RECEIVED
JUN 15 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

FILED
2007 JN 15 PM 4: 32

# The Cook Law Firm

GRANT COOK
E-MAIL gcook@cooklawonline.com

5005 RIVERWAY
SUITE 210
HOUSTON, TEXAS 77056

TELEPHONE (713) 552-0700
FAX (713) 552-1610
CELL (713) 823-2186

June 12, 2007

U.S. District Clerk's Office                                          *Via Regular Mail*
111 East Broadway, Room L100
Del Rio, Texas 78840

    Re:    Cause No; DR-70-CA-14; *Morales v. Shannon*

Dear Clerk:

    Please find enclosed for filing among the papers of the above entitled and numbered cause the Statistical Report of the Uvalde Consolidated Independent School District called for in the Court's prior Order. This report covers the school years 2005-2006 and 2006-2007. Additionally, this includes a Staff Ethnicity Report for school years 2001-2002 and 2006-2007.

    Please file stamp the copy enclosed and return it in the self-addressed envelope to the undersigned.

    Thank you for your usual cooperation and courtesies.

                                Yours very truly,

                                Grant Cook

GC:rmf
Enclosure

cc:    Dr. Wendell J. Brown
       David G. Hinojosa

2:70-CV-14

## GOAL:

Recruit, employ and retain a quality teaching, administrative and support staff to attain excellence in student performance.

FILED
JUN 15 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

## UCISD Demographic Information:

### STUDENT ENROLLMENT

87%   Hispanic

13% White and Others
(As of 06/11/07)

### TEACHER EMPLOYMENT

|  | Hispanic | White and Others |
|---|---|---|
| 2000-01 | 33.1% | 66.9% |
| 2001-02 | 38.3% | 61.7% |
| 2002-03 | 40.2% | 59.8% |
| 2003-04 | 40.7% | 59.3% |
| 2004-05 | 40.7% | 59.3% |
| 2005-06 | 41.4% | 58.6% |
| 2006-07 | 42.7% | 57.3% |

## UCISD ETHNICITY STATISTICS

6/11/2007

### 2001-2002

| | Total Employees | | Professional only | | Teachers Only | |
|---|---|---|---|---|---|---|
| Asian | 2 | | 2 | | 2 | |
| Black | 1 | | 0 | | 0 | |
| Hispanic | 504 | 59.6% | 173 | 39.4% | 141 | **38.3%** |
| White | 337 | 39.9% | 263 | 59.9% | 225 | 61.1% |
| Native American | 1 | | 1 | | 0 | |
| | 845 | | 439 | | 368 | |

### 2002-2003

| | Total Employees | | Professional only | | Teachers Only | |
|---|---|---|---|---|---|---|
| Asian | 2 | | 2 | | 2 | |
| Black | 1 | | 0 | | 0 | |
| Hispanic | 484 | 59.5% | 180 | 39.9% | 148 | **40.2%** |
| White | 325 | 40.0% | 268 | 59.4% | 218 | 59.2% |
| Native American | 1 | | 1 | | 0 | |
| | 813 | | 451 | | 368 | |

### 2003-2004

| | Total Employees | | Professional only | | Teachers Only | |
|---|---|---|---|---|---|---|
| Asian | 2 | | 2 | | 2 | |
| Black | 0 | | 0 | | 0 | |
| Hispanic | 463 | 59.5% | 179 | 40.1% | 149 | **40.7%** |
| White | 312 | 40.1% | 264 | 59.2% | 215 | 58.7% |
| Native American | 1 | | 1 | | 0 | |
| | 778 | | 446 | | 366 | |

### 2004-2005

| | Total Employees | | Professional only | | Teachers Only | |
|---|---|---|---|---|---|---|
| Asian | 2 | | | | 2 | |
| Black | 1 | | | | 1 | |
| Hispanic | 460 | 59.5% | 34 | 38.6% | 150 | **40.7%** |
| White | 309 | 40.0% | 53 | 60.2% | 216 | 58.5% |
| Native American | 1 | | 1 | | | |
| | 773 | | 88 | | 369 | |

### 2005-2006

| | Total Employees | | Professional only | | Teachers Only | |
|---|---|---|---|---|---|---|
| Asian | 3 | | | | 3 | |
| Black | 1 | | | | 1 | |
| Hispanic | 474 | 60.4% | 39 | 44.8% | 158 | **41.4%** |
| White | 306 | 39.0% | 47 | 54.0% | 220 | 57.6% |
| Native American | 1 | | 1 | | | |
| | 785 | | 87 | | 382 | |

### 2006-2007

| | Total Employees | | Professional only | | Teachers Only | |
|---|---|---|---|---|---|---|
| Asian | 4 | | | | 4 | |
| Black | 3 | | 1 | | 2 | |
| Hispanic | 470 | 60.5% | 33 | 38.8% | 163 | **42.7%** |
| White | 297 | 38.2% | 49 | 57.6% | 212 | 55.5% |
| Native American | 3 | | 2 | | 1 | |
| | 777 | | 85 | | 382 | |

December 8, 2005

To: Administrative Council

From: Lee Schermerhorn

Re: Enrollment and ethnic breakdowns for Anthon, Benson and Robb

As of October 28, 2005 the following represents enrollments and Hispanic population percentages for:

| School | Total Enrollment | Hispanic Enrollment | Hispanic percentage |
|---|---|---|---|
| Anthon | 563 | 504 | 89.52% |
| Benson | 362 | 326 | 90.00% |
| Robb | 472 | 426 | 90.25% |

| Uvalde CISD Enrollment | | Hispanic Enrollment | Hispanic percentage |
|---|---|---|---|
| District | 5212 | 4523 | 86.78% |

The District is in compliance with the Federal Court Order concerning ethnic distribution for the 2005-06 school year because all of the three 1-4 grade campuses are fewer than 5 percentage points more or less than the district percentage of 86.78%.

The three campuses are very well aligned with less than one percentage point variance among them.

Agenda Item – 13
January 9, 2007

# INFORMATION ON MULTI-GRADE ALIGNMENT

## Background Information:

Uvalde CISD, through a Multi-Grade Task Force, monitors the student demographics at Anthon Elementary, Benson Elementary, and Robb Elementary Schools. Since the Multi-Grade Alignment for grades 1 – 4 occurred in 1996, UCISD has insured that student demographics at these campuses match the demographics of the community.

As of October 27, 2006 the following represents enrollments and Hispanic population percentages for:

| Uvalde CISD Enrollment | | Hispanic Enrollment | Hispanic Percentage |
|---|---|---|---|
| Uvalde CISD | 5135 | 4471 | 87.07% |

| School | Total Enrollment | Hispanic Enrollment | Hispanic Percentage |
|---|---|---|---|
| Anthon | 596 | 530 | 88.93% |
| Benson | 413 | 373 | 90.3% |
| Robb | 469 | 417 | 88.9% |

Uvalde Consolidated Independent School District is in compliance with the Federal Court Order concerning ethnic distribution for the 2006-07 school year because all of the 1-4th grade campuses are within 5 percentage points more or less than the district percentage of 87.07% for Hispanics.

The three campuses are very well aligned with less than 1.5 percentage point variance among them.

## Contact Persons:

Dr. Wendell J. Brown
Dr. Sara Bixler

# UVALDE CISD ETHNICITY REPORT BY CAMPUS 2004-05

| UVALDE HIGH SCHOOL (105 FULL TIME) | | | FLORES ELEMENTARY (44) | |
|---|---|---|---|---|
| 57 F | 74 A | | 37 F | 27 A |
| 48 M | 31 H | | 7 M | 17 H |

| EXCEL ACADEMY (8) | | | ROBB SCHOOL (34) | |
|---|---|---|---|---|
| 4 F | 4 A | | 31 F | 17 A |
| 4 M | 4 H | | 3 M | 16 H |
| | | | | 1 ASIAN/PACIFIC |

| AEP CENTER (4) | | | SPECIAL ED (3) | |
|---|---|---|---|---|
| | | | 3 F | 2 A |
| 1 F | 2 A | | | 1 H |
| 3 M | 2 H | | | |

| JUNIOR HIGH SCHOOL (46) | |
|---|---|
| 29 F | 31 A |
| 17 M | 14 H |
| | 1 BLACK |

| ANTHON SCHOOL (34) | |
|---|---|
| 34 F | 19 A |
| | 14 H |
| | 1 ASIAN/PACIFIC |

| BATESVILLE SCHOOL (17) | |
|---|---|
| 12 F | 8 A |
| 5 M | 9 H |

| BENSON SCHOOL (32) | |
|---|---|
| 31 F | 10 A |
| 1 M | 22 H |

| DALTON E.C.C. (42) | |
|---|---|
| 40 F | 22 A |
| 2 M | 20 H |

# UVALDE CISD ETHNICITY REPORT BY CAMPUS 2005-06

| UVALDE HIGH SCHOOL (104 FULL TIME) | |
|---|---|
| 54 F | 74 A |
| 50 M | 29 H |
|  | 1 ASIAN/PACIFIC |

| UVALDE HIGH SCHOOL (2 PART TIME) | |
|---|---|
| 1 F | 1 A |
| 1 M | 1 H |

| EXCEL ACADEMY (8) | |
|---|---|
| 4 F | 3 A |
| 4 M | 5 H |

| AEP CENTER (4) | |
|---|---|
| 1 F | 2 A |
| 3 M | 2 H |

| JUNIOR HIGH SCHOOL (49) | |
|---|---|
| 26 F | 32 A |
| 23 M | 17 H |

| ANTHON SCHOOL (41) | |
|---|---|
| 40 F | 23 A |
| 1 M | 17 H |
|  | 1 ASIAN/PACIFIC |

| BATESVILLE SCHOOL (18) | |
|---|---|
| 13 F | 6 A |
| 5 M | 12 H |

| BENSON SCHOOL (29) | |
|---|---|
| 28 F | 9 A |
| 1 M | 20 H |

| DALTON E.C.C. (43) | |
|---|---|
| 41 F | 23 A |
| 2 M | 20 H |

| FLORES ELEMENTARY (47) | |
|---|---|
| 39 F | 30 A |
| 8 M | 17 H |

| ROBB SCHOOL (33) | |
|---|---|
| 30 F | 14 A |
| 3 M | 17 H |
|  | 1 ASIAN/PACIFIC |
|  | 1 BLACK |

| SPECIAL ED (4) | |
|---|---|
| 4 F | 3 A |
| 0 M | 1 H |

# UVALDE CISD ETHNICITY BY CAMPUS - 2006-07

| UVALDE HIGH SCHOOL (108) | | | | ROBB SCHOOL (35) | |
|---|---|---|---|---|---|
| 58 F | 75 A | | | 31 F | 13 A |
| 50 M | 31 H | | | 4 M | 19 H |
| | 1 AMERICAN INDIAN | | | | 1 ASIAN/PACIFIC |
| | 1 ASIAN/PACIFIC | | | | 2 BLACK |
| EXCEL ACADEMY (9) | | | | SPECIAL ED (4) | |
| 5 F | 5 A | | | 4 F | 3 A |
| 4 M | 4 H | | | 0 M | 1 H |
| DAEP CENTER (3) | | | | | |
| 1 F | 3 A | | | | |
| 2 M | 0 H | | | | |
| JUNIOR HIGH SCHOOL (46) | | | | | |
| 26 F | 24 A | | | | |
| 20 M | 21 H | | | | |
| | 1 ASIAN/PACIFIC | | | | |
| ANTHON SCHOOL (42) | | | | | |
| 39 F | 24 A | | | | |
| 3 M | 17 H | | | | |
| | 1 ASIAN/PACIFIC | | | | |
| BATESVILLE SCHOOL (19) | | | | | |
| 14 F | 9 A | | | | |
| 5 M | 10 H | | | | |
| BENSON SCHOOL (30) | | | | | |
| 29 F | 7 A | | | | |
| 1 M | 23 H | | | | |
| DALTON E.C.C. (42) | | | | | |
| 40 F | 22 A | | | | |
| 2 M | 20 H | | | | |
| FLORES ELEMENTARY (44) | | | | | |
| 37 F | 27 A | | | | |
| 7 M | 17 H | | | | |