FILED
JUN 2 2 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

2:70-CA-14

# UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT

April 2007

1.  The number of students by race and ethnicity enrolled in the school district.

| American Indian | Asian | Black | Hispanic | White | Total |
|---|---|---|---|---|---|
| 4 | 22 | 26 | 4469 | 613 | 5134 |

2.  The number of students by race and ethnicity enrolled in each school of the school district.

| School | American Indian | Asian | Black | Hispanic | White | Total |
|---|---|---|---|---|---|---|
| Batesville | 0 | 0 | 0 | 189 | 9 | 198 |
| Dalton | 0 | 4 | 4 | 640 | 67 | 715 |
| Anthon | 0 | 0 | 2 | 530 | 64 | 596 |
| Benson | 0 | 1 | 1 | 372 | 39 | 413 |
| Robb | 1 | 2 | 7 | 417 | 42 | 469 |
| Flores | 1 | 3 | 4 | 551 | 57 | 616 |
| Jr. High | 0 | 5 | 4 | 558 | 107 | 674 |
| High School | 2 | 7 | 4 | 1151 | 223 | 1387 |
| Excel | 0 | 0 | 0 | 61 | 5 | 66 |
| Totals | 4 | 22 | 26 | 4469 | 613 | 5134 |

3.  The number of students by race enrolled in each classroom in each school in the district.

    (See Attached Computer Print-Outs)

4.  The number of full-time teachers by race and ethnicity in the school district.

| American Indian | Asian | Black | Hispanic | White | Total |
|---|---|---|---|---|---|
| 1 | 4 | 2 | 212 | 163 | 382 |



Uvalde C.I.S.D.

April 15, 1998

5. The number of full-time teachers by race and ethnicity in each school in the district.

| School | American Indian | Asian | Black | Hispanic | White | Total |
|---|---|---|---|---|---|---|
| High School | 1 | 1 | 0 | 31 | 75 | 108 |
| Excel | 0 | 0 | 0 | 4 | 5 | 9 |
| Jr. High | 0 | 1 | 0 | 21 | 24 | 46 |
| Benson | 0 | 0 | 0 | 23 | 7 | 30 |
| Dalton | 0 | 0 | 0 | 20 | 22 | 42 |
| Robb | 0 | 1 | 2 | 19 | 13 | 35 |
| Anthon | 0 | 1 | 0 | 17 | 24 | 42 |
| DES | 0 | 0 | 0 | 1 | 3 | 4 |
| Batesville | 0 | 0 | 0 | 10 | 9 | 19 |
| Flores | 0 | 0 | 0 | 17 | 27 | 44 |
| DAEP Center | 0 | 0 | 0 | 0 | 3 | 3 |
| Total | 1 | 4 | 2 | 163 | 212 | 382 |

6. The number of part-time teachers by race and ethnicity in the district.

    There were NO part-time teachers in the 2006-2007 school year.

7. The number of part-time teachers by race and ethnicity in each school in the district.

    None

8. The number of inter-district transfers granted during the current school semester or since the last report, the race and ethnicity of the students granted such transfers and the school district to which the transfers were allowed.

    There were 7 inter-district transfers---2 Hispanic and 5 White.

**Uvalde C.I.S.D.**

April 2007

9. A brief description of any present or proposed construction or expansion of facilities, including location, grade to serve, anticipated number of students described by race or ethnicity to be assigned to each school and anticipated date of completion.

   The Honey Bowl, the district football stadium, is being renovated for ADA accessibility.

10. Whether the School Board has sold or abandoned any school facility, equipment or supplies having a total value of more than $500 since the entry of this order, or the date of the last report filed with the Court.

    The Uvalde CISD has not sold any property that exceeded $500 or that has a total aggregate exceeding $500 during the 2006-2007 school year.