IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GENOVEVA MORALES, ET AL., | § | |
|     Plaintiffs | § | |
| | § | |
| v. | § | DR-70-CA-14 |
| | § | |
| E.P. SHANNON, ET AL., | § | |
|     Defendants | § | |

**APPENDIX TO PLAINTIFFS' RESPONSE IN
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

In compliance with Local Civil Rule CV-7(b), Plaintiffs submit this Appendix to Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss.

| EXHIBIT | DESCRIPTION |
|---|---|
| Exhibit P-1 | UCISD Proposed Elementary Grade Arrangement for 1995-96 |
| Exhibit P-2 | Supplement to Desegregation Order in Morales v. Shannon |
| Exhibit P-3 | Letter to District, June 5, 2007 |
| Exhibit P-4 | Letter from Grant Cook, June 15, 2007 |
| Exhibit P-5 | Memorandum of Agreement |
| Exhibit P-6 | 2001 Audit of Uvalde CISD |
| Exhibit P-7 | Decl. of J. Flores, July 18, 2007 |
| Exhibit P-8 | Letter to Grant Cook, dated June 17, 2007 |
| Exhibit P-9 | Uvalde CISD Summary of TEA AEIS Reports-Ethnic Distribution of Students |
| Exhibit P-10 | Uvalde CISD Summary of TEA AEIS Reports-Ethnic Distribution of Teachers |
| Exhibit P-11 | "The Case of the Disappearing Brown Girls," La Voz de Uvalde County, Sept. 27, 2003 |
| Exhibit P-12 | "What Next-Correction, or Cover-up?" La Voz de Uvalde County, May 30, 2003 |
| Exhibit P-13 | TEA AEIS Uvalde CISD Report, 2005-06 |
| Exhibit P-14 | TEA AEIS State Report, 2005-06 |
| Exhibit P-15 | TEA AEIS Uvalde High School Campus Report, 2005-06 |
| Exhibit P-16 | October 20, 2006 letter from TEA, with List of Districts Cited |
| Exhibit P-17 | AYP Letter to Parents of Uvalde CISD students, August 25, 2006 |
| Exhibit P-18 | Uvalde High School AP Class Enrollment by Ethnicity |

DATED:  July 20, 2007                    Respectfully submitted,

                                         David G. Hinojosa
                                         State Bar No. 24010689
                                         Nina Perales
                                         State Bar No. 24005046
                                         Mexican American Legal Defense and
                                           Educational Fund, Inc. (MALDEF)
                                         110 Broadway, Suite 300
                                         San Antonio, TX 78205
                                         Tel.: (210) 224-5476
                                         Fax: (210) 224-5382


                                         By: David G. Hinojosa   /S/
                                             David G. Hinojosa
                                             Attorneys for Plaintiffs




## Certificate of Service


        I certify that a true copy of the aforementioned document was sent to the following by
certified mail, return-receipt requested on July 20, 2007:

                        Grant Cook
                        5005 Riverway, Ste. 210
                        Houston, Texas 77056


                                         By: David G. Hinojosa   /S/
                                             David G. Hinojosa