# UCISD

## Proposed Elementary Grade Arrangement

## for

## 1995-96

*"Improving Student Performance"*



EXHIBIT
P-1

Blumberg No. 5118

Revised November 14, 1994

# UCISD Proposed Elementary Grade Arrangement for 1995-96

## Table of Contents


| | | Page |
|---|---|---|
| 1. | UCISD Concerns - Student Achievement | 1-2 |
| 2. | Texas Education Agency Concerns - UCISD Student Achievement | |
| | A. TEA Letter re UCISD Student Achievement - September 3, 1992 | 3-5 |
| | B. TEA Accreditation Status & UCISD - February 19, 1993 | 6 |
| | C. TEA Accreditation Letter - April 6, 1993 | 7 |
| 3. | Superintendent's Goals | 8-9 |
| 4. | Benefits of Multi-Graded Campuses | 10-11 |
| 5. | Research - Full Day Kindergarten and Grade Arrangement | 12 |
| 6. | Single Grade Elementary Campuses in Texas | 13 |
| 7. | Cost of Student Failure and Value of Success | 14 |
| 8. | Projected Expenditures and Revenues With Change in Elementary Grade Arrangement | 15 |
| 9. | UCISD Elementary Grade Arrangement - Current and Proposed for 1995-96 | 16 |
| 10 | Campus Enrollment and Ethnic Distribution | 17 |
| 11. | Attendance Zone Maps and Descriptions | 18-26 |
| 12. | Impact of Elementary Grade Realignment Plan on UCISD Court Order and Court Approval | 27 |
| 13. | Task Force Recommendations | 28-31 |
| 14. | Public Information Meetings on Elementary Project | 32 |
| 15. | Attorney Opinion - Referendum | 33 |
| 16. | How To Proceed? Direction from UCISD Board of Trustees | 34 |
| 17. | Supplemental Information on Elementary Grade Project | 35-37 |
| 18. | Montoring of Multi-grade Campuses | 38 |
| 19. | Personnel Assignments | 39-40 |

## Student Achievement Concerns

The 1990-91 UCISD test scores were below state standards for a large majority of students, and scores in 1991-92 were lower than in 1990-91. The Texas Education Code, 21.7531 holds school districts accountable for excellence in student performance and equity for all segments of the student population.

In April, 1992 the UCISD Board of Trustees increased their commitment to improve academic achievement for all students. The goal was to "build a program that works for all students". To accomplish the goal will require the development of an early childhood/elementary school instructional program that will provide students with a strong foundation that will enable them to be successful at all grade levels, graduate from high school, and have the ability to be successful in life. Attached is a copy of the October 19, 1992 correspondence to UCISD staff members and various committees, stressing the importance of a strong academic foundation at the early childhood/elementary grades and the goals for 1993-94 & 1994-95.

In May-August, 1992 the following program/plans were expanded to help address the concern of student performance:

* Reorganized District Administration
* Expanded 1992 Summer School Program
* Increased Staff Development
* Adopted Student Code of Conduct
* Increased Parental Involvement
* Started Holding Public Forums
* Opened New Hope Learning Center & Day-Care Centers
* Increased Funding for Instruction
* Implemented Site-Based Decision Making in Compliance with State Law
* Increased Teacher Salaries - $1,000

## Texas Education Agency Review

In September, 1992 the UCISD received a letter from the Texas Education Agency expressing concerns with student achievement in our school district, and gave notification of its intent to conduct an accreditation review in February, 1993. During the on-site visit we focused on the fact that our district had already implemented plans to address concerns with student performance, and outlined areas that would be reviewed and receive additional focus. These were:

* Full Day Kindergarten and Expansion of PreK Classes
* Expansion of Language Development Programs
* Focus on Student Needs and Increase Student Involvement
* Provide Academically Challenging Programs
* Improve Coordination of Curriculum and Programs
* Expand Summer Schools and Staff Development
* Increase Focus on Instructional Leadership
* Increase Accountability for Student Achievement
* Increase Parent/Community Involvement
* Increase financial resources for instructional programs

## Texas Education Agency Response

Attached to this report is a copy of a letter of September 3, 1992 from the Texas Education Agency outlining their concerns with student performance in our district. Also, included is a TEA response regarding our Accreditation Status, and a letter dated April 6, 1993.

UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT
John H. Harrell, Superintendent
P.O. Box 1909 Uvalde, Texas 78802
(512) 278-6655

Date: October 19, 1992

To: Uvalde C.I.S.D. Staff
District Educational Improvement Council
Campus Committees
Elementary Committee

From: John Harrell, Superintendent

Frank Hidalgo, President
UCISD Board of Trustees

Re: Improving Student Performance

During the past few months, our school system has increased its focus and commitment toward improving student performance. It is our duty and responsibility to accept the challenge and make the changes necessary to provide a quality education for all students.

Today it is clear that our school system has much to improve in the area of student performance. There are many students who are performing on or above grade level. However, the majority of our students are not at the appropriate grade level. We have good teachers and students who are capable of being successful in school. We must ask where are we and how can we develop a program that works for all students. We must provide a quality program for all students.

Our focus to improve academic success must begin with a program that provides a strong early childhood foundation and an elementary program that produces students who can read and write at the appropriate grade level. This will be the foundation for improving student performance at all grade levels. To realize our goal will require a unity of purpose and a common vision to make needed changes.

We appreciate your service and dedication to work toward a common goal of building a program that will improve student performance. To be successful will require hard work, sacrifice, and a review of our expectations and attitudes toward students and the instructional process. There must be change that provides for improvement and success for all students.



"An Equal Opportunity Employer"



1701 NORTH CONGRESS AVENUE AUSTIN, TEXAS 78701-1494 (512) 463-9734

SEP 4 1992

September 3, 1992

Mr. John H. Harrell, Superintendent
Uvalde Independent School District
P.O. Box 1909
Uvalde, Texas 78802-1909

Dear Mr. Harrell:

As stated in Texas Education Code 21.7531, the district's performance on the Academic Excellence Indicator System (AEIS) shall be the main consideration in determining the accreditation rating of a district. The purpose of school accreditation is to assure that school districts are held accountable for excellence in student performance and equity for all segments of the student population.

A comprehensive analysis of the academic performance of students is based on the Academic Excellence Indicator System. The analysis also focuses on differences in performance among subgroups and at gains/losses from 1990-91 to 1991-92 data among all district students, the economically disadvantaged, African American, White, and Hispanic. Gains or losses are compared from 1990-91 performance to 1991-92 performance for all the indicators.

District data was analyzed in four ways:

1) the average magnitude of difference, if any, against the state standard;

2) the average magnitude of expected gains to meet state standard, if any, in five years;

3) the average magnitude of the equity gap, if any; and

4) the average magnitude of expected gains made toward closing the equity gap over the next five years.

An analysis of your district's data reveals that your district is not meeting the state standard and falls in the lowest quartile in three of the four categories listed above.

Enclosed you will find relevant graphs which depict your district's current status on the TAAS. The information reveals:

- Student achievement in the district was below state standard (90 percent of the students mastering at least 70 percent of the objectives) at all grade levels in the areas of reading, writing, and mathematics on the 1990-91 and 1991-92 Texas Assessment of Academic Skills (TAAS) tests.

- When the two years of 1990-91 and 1991-92 TAAS are compared, all subject areas and all grade levels tested--with the exception of reading, writing, and mathematics in Grade 7 and reading in Grade 5--show decline in student achievement. With the exception of Grade 7 reading and writing, the present rate of achievement gain is not sufficient for all subject areas and all grade levels tested to reach the state excellence standard in the five-year period.

- Scores for White students are consistently higher than scores for Hispanic students. When comparing district averages with scores for Economically Disadvantaged students, data indicate that Economically Disadvantaged students had fewer students passing (mastering 70 percent of the objectives) during the 1990-91 and 1991-92 TAAS administrations.

- The gap in student achievement of subgroups in Hispanic, White, and Economically Disadvantaged students indicate: (a) mixed gains and losses for the subgroups in Grades 3 and 5, (b) gains for all subgroups in Grade 7, and (c) losses for all subgroups in all subject areas tested in Grade 9 and 11. With the exception of Grade 7, all subgroups in reading, writing, and mathematics in Grades 3, 5, 9, and 11 will not reach the state equity standard within a five-year period. If gains are sustained, a few subgroups will achieve the state equity standard as follows: (a) Hispanic and Economically Disadvantaged students in Grade 7 reading (b) Economically Disadvantaged students in Grade 7 writing, and (c) White students in all subject areas in Grade 7.

Because of these student achievement concerns, your district is scheduled for an on-site accreditation visit during the week of February 15, 1993. However, it is important to note that the selection of your district for a visit does not necessarily mean that your accreditation status will be modified. The final accreditation rating will be determined as a result of the on-site peer evaluation findings. The on-site peer review team will be looking at district and campus efforts to improve student performance. Specifically, the expected deficiencies will be evaluated. The evaluation will also include the following:

- site-based decision making process and implementation

- other indicators in the Academic Excellence Indicator System and their relationship to specific district and campus goals and objectives
- resource allocations
- other student performance data such as NAPT, Spanish, TAAS, etc.
- school and program restructuring initiatives
- the involvement of parents and community members
- other variables that impact student performance specific to your district such as demographics and conditions of physical facilities.

Please note that this notification and the accompanying performance information have been sent to your Regional Educational Service Center. The service center is ready to assist the school district in strengthening the district's planning efforts.

You are encouraged to contact your Educational Service Center and request any assistance you may need. Please contact Mr. Larry Garcia, Regional Director at (512) 463-9663 if you need further information or clarification.

Sincerely,

Linda G. Mora

Linda G. Mora
Senior Director
Division of Accreditation

Enclosure

cc: Dr. Judy Castleberry, Executive Director
Region XX Education Service Center

February 19, 1993

# ACCREDITATION STATUS

This section contains the accreditation status of the district. Districts with identified improvement needs may be assigned a monitor, master, management team, or technical support team.

On-site review revealed that the district is functioning at various transitional stages in the areas of SBDM implementation, utilization of disaggregated TAAS data for campus improvement planning, and establishing AEIS standards as goals for the future. The team determined that one major concern for the district deals with inequity in student performance, and that current efforts aimed at closing existing equity gaps do not appear to be sufficient to reach the targeted AEIS standards by the 1996-97 school year. It was further determined that programmatic changes are necessary in order to address the needs of all student subgroups and provide an educational system that promotes both excellence and equity.

Another area posing a particular challenge to the district involves the recent resignation of the Assistant Superintendent for Curriculum and Instruction. This vacancy further complicates the speedy implementation of recommended strategies for improving student performance. Additionally, the team noted that there were a substantial number of racially related concerns voiced by parents at the public forum. The district will need to make major changes in the current methods of communication with students, parents, and community members, as well as immediate implementation of new program initiatives that target improving student performance for all student subgroups.

The team observed that the superintendent and board of trustees appeared to have a strong commitment to change and have attempted to communicate these expectations to staff and community members. The administration has established an atmosphere of collaboration, and there is a willingness to accept the peer review team's findings and recommendations as a positive catalyst toward improving student achievement for all students.

Although the district is below the state standards on most AEIS indicators and is currently exhibiting substantial inequity in student performance, the peer review team noted an exemplary cooperative attitude displayed by the superintendent and a genuine willingness to make all recommended changes necessary to provide an educational system that is both excellent and equitable.

Currently, the Uvalde Consolidated Independent School District is Accredited. On the basis of the recent findings of the peer review accreditation team, it is recommended that the status of the district remain as Accredited. However, it is further recommended that the Agency conduct an additional follow-up accreditation visit in January of 1994, unless the district makes substantial gains on all AEIS by December of 1993.




1701 NORTH CONGRESS AVENUE • AUSTIN, TEXAS 78701-1494 • (512) 463-9734

April 6, 1993

Mr. John Harrell, Superintendent
Uvalde Consolidated Independent School District
1000 North Getty Street
Uvalde, Texas 78802-1909

Dear Mr. Harrell:

Enclosed is the draft report of the accreditation visit conducted in Uvalde Consolidated Independent School District (ISD) on February 15-19, 1993. These findings are not public nformation at this time. Mandates of the State Board of Education require that observations nade during an accreditation visit concentrate on those findings most closely affecting the overall quality of the district's educational programs. The on-site visit revealed that the district ıas established a progressive vision with district and campus plans for focusing on improvement of student achievement. For this reason, it is recommended that Uvalde Consolidated ISD emain Accredited.

ease review these findings closely for both content and accuracy. Your review is in keeping h the policy of the Division of Accreditation that provides school districts 12 days in which to espond to the accreditation team's findings before an accreditation report becomes final. If the istrict disagrees with the recommended status and the report, the district may request an ıformal resolution with Agency staff or a formal hearing before the Commissioner of Education r his designee, pursuant to Title 19 of the Texas Administrative Code (TAC) Section 97.5(m). he deadline for the district to complete and return the enclosed Receipt of Draft Report is oted at the bottom of the form.

lease be advised that the individual campus reports which were submitted to you on February ), 1993 are considered final and should be available to the public upon request.

you have questions regarding the procedure described, please call Mr. Larry Garcia, Regional irector at (512) 463-9663.

ncerely,

Linda G. Mora

nda G. Mora
nior Director
vision of Accreditation

Approved: [signature]
Ruben D. Olivarez
Executive Deputy Commissioner
for Accountability

GM:RDO:rp

losure

August 16, 1993

## Superintendent's Goals - 1993-94

### Improving Student Performance

1. Improve the evaluation system and increase the accountability and responsibility of campus administrators as instructional leaders

2. Focus on improving the early childhood/elementary program to provide students with a strong academic foundation

3. Review the educational benefits of changing the elementary campus grade arrangement and make appropriate recommendations

4. Improve the effectiveness of special programs, particularly bilingual and vocational programs

5. Increase the effectiveness of Site-Based Decision Making and provide support for implementation of the District Goals

6. Improve district communication and coordination of all programs.

7. Improve the parental involvement program

8. Improve the effectiveness of instructional programs for at-risk students

9. Continue to address concerns noted by the Texas Education Agency

10. Improve the effectiveness of support systems such as Custodial and Maintenance, Energy Education, and Transportation Department and operate the district as an effective and efficient business operation. The specific recommendations for changes in the Transportation Department must be implemented.

tember 6, 1994

## Superintendent's Goals 1994-95

- Support efforts to improve student performance as outlined in the UCISD District Improvement Plan and Campus Performance Objectives.

- Specific focus will include the following:

  (a) Continue efforts to improve the Early Childhood/Elementary program to provide students with a strong academic foundation.

  (b) Improve effectiveness of Special Programs.

  Vocational Education
  Attendance & Truancy/Dropout Prevention
  Bilingual Education
  Chapter Programs
  Special Education
  At-Risk Programs
  Gifted/Talented Programs

Improve District Communication and Coordination of all programs

Improve Parental Involvement Programs

Personnel

(a) Improve evaluation system for all personnel
(b) Continue focus that campus administrator is the instructional leader on their campus
(c) During the 1994-95 school year will review areas in the employee pay schedule that may need to be addressed. However, it may not be possible to make any adjustments in 1995-96. The area of review will focus on pay for similar positions, years of experience, qualifications, level of responsibility, duties, job description, and current pay and or pay step. Also, local, state and federal policies will be considered.

Continue to review effectiveness of support programs

(a) Food Service
(b) Energy Education
(c) Plant Maintenance
(d) Transportation

# Benefits of Multi-Graded Campuses

The administration's recommendation to change the elementary grade arrangement in grades PreK through 4 is based on the belief that a change would have a significant and positive impact on student learning. We realize that a change alone will not solve all of our problems but we believe that a change will allow for school improvement faster. The following represent some of the major categories of benefits which will result from a change in the grade arrangement.

Increase in Instructional Time:
Research is very clear that students who attend an all-day vs. a half-day kindergarten program perform better and are more successful in later grades. These positive results are seen in all student groups but the greatest impact is on at-risk student populations. By changing the elementary grade arrangement, UCISD will be able to offer a full-day kinder program and will be able to increase the number of students attending pre-kinder by 80.

Reducing the Number of Transitions:
Students in our school district must change campuses five times before they enter the fifth grade. Each transition impacts negatively on the progress made by students in many ways. One negative impact results from a lack of specific data available to teachers on each student. Faculty must relearn what works and what does not work for each child each year. By the time this key information is determined, most of the school year has passed and the students are ready to move on to another campus. Transitions between campuses also affect the security level of students in new surroundings. Children rely heavily on adults for providing safety and security. Each year most of our children are placed on a campus with few or no familiar adult faces.

Improved Campus Accountability:
Each campus in grades PreK through 4 is judged based on the performance of faculty and staff on other campuses. For example, the Texas accountability system begins measuring student performance at third grade. Teachers on this campus have only one year to impact student learning yet their students are tested on material that should have been mastered on other campuses in grades PreK through 3rd. A change in elementary arrangement will allow for a more accurate measure of the quality of the instructional program at each individual campus. This data, in turn, will help teachers on each campus to identify specific strategies which can improve student learning and will allow each campus SBDM committee to plan more effectively on a year-to-year basis with out having to rely on "others".

Improved Continuity in Curriculum and Instruction

The current grade arrangement does not allow students to receive the full benefit of the expertise of our teaching and administrative staff at each campus. Principals and teachers have excellent training on how to meet the educational needs of all levels of students and each campus team devotes much time and effort to develop their own individual implementation plans. These plans, which usually differ between campuses, can only be implemented for one year. Differences in plans result since each campus approaches the teaching/learning process differently based on the overall philosophy of the campus. Individually, these programs can be effective over several years, but when consistency cannot be guaranteed between campuses, the impact of different programs and philosophies on a yearly basis is not as good as it could be.

Improved Parental Involvement and Commitment

Increased parental involvement has become a district goal since this variable has been found to have a positive impact on student performance. Our current campus arrangement may be limiting parental involvement in the following ways. First, parents with two or more early elementary-aged children may find it difficult to commit much time and effort on more than one campus. If all young children are at the same campus, parents may be more willing to participate since only one campus would be involved. Second, the fact that students are at a particular campus for only one year can also inhibit parent participation since a parent's investment in fund raising activities for future purchases (playground equipment, computers, etc.) will not be realized until the following year. By this time the child will be at a different campus, not being able to take advantage of the equipment his/her parents helped to acquire.

Flexible Curricular Options

Our current elementary grade arrangement limits the curricular options available to campus instructional teams. Many schools with multi-grade elementary campuses are experiencing success with different ways of grouping students for instruction. Some have used multi-age classroom groupings, others have a teacher follow the same group of students for more than one year, or other creative ways of meeting the varied needs of student populations. By changing the grade arrangement our teaching and administrative staff will have more options available to help address the instructional programs on their campus. A multi-grade arrangement will also allow the impact of a change in curricular options to be monitored over a long period of time. Research has suggested that it takes up to three years before a new program impacts student performance. The current one year time frame does not allow for this.

Court Order Requirements

UCISD is under a federal desegregation court order which has been in place for the last 20 years. The order requires district administration to monitor student demographics at each campus to ensure that the percentages of Hispanic vs. Anglo students matches the demographics of the community. The proposed change in the elementary grade arrangement would still keep our district in compliance with the federal order but would provide the added benefit of addressing the quality issues related to instructional programs.

# RESEARCH

## Full-Day Versus Half-Day Kindergarten

Over 20 research studies that span over twenty years support a full-day versus half-day kindergarten to improve student performance, particularly for "educationally disadvantaged" students. Longitudinal studies show that the effects remain in place many years later.

Full-day kindergarten benefited low SES children (Lysiak and Evans, 1976). For "educational disadvantaged students" achievement scores were far higher than those in half-day programs, and the differences remained one year later (Winter and Klein, 1970). Later, at third and fourth grades, children in full day kindergartens tended to have higher mathematics grades and conduct marks, lower retention rates, and higher standardized achievement tests scores than did half-day kindergarten students (Humphrey, 1983). Full day students showed significantly higher levels of reading readiness than those in half-day programs (Oliver, 1980). First grade teachers judged full-day kindergarten students more capable than half-day kindergarten students (McClinton and Topping, 1981). After six months, full-day at-risk pupils had achieved the readiness skills level of the not-at-risk half-day pupils (Warjanka, 1982). Pupils who attended extended day kindergarten scored higher in both reading and math (Adcock, et. al, 1980; Rose, 1981; Campbell, 1984, Bornstein, 1985; Anderson, 1985; Brierley, 1987). Full day students in bilingual classrooms made greater gains in English language proficiency than students in half-day classes (New York City Board of Education, 1985). Full-day students outperformed half-day children on nearly every academic measure (Humphrey, 1980).

From: Report of the Task Force on Early Childhood and Elementary Education, FIRST IMPRESSIONS, (TEA, 1994)

Recommedations for districts to improve early childhood student performance include:

- Fund and staff prekindergarten programs at a level that provides for full enrollment of all eligible three and four year old children (p. 21).
- Expand the eligibility for prekindergarten enrollment to include children of parents willing to pay tuition for these services (p. 72).
- The task force recognizes that an important element are full-day kindergarten programs (p. 24).

## Grade Arrangement

In an effort to improve student performance, it is not unusual to see K-4 or K-5 elementary schools (Rydeen, 1993). "Board members who want to give very young children a healthy boost toward academic success ought to consider establishing an early learning center -- a school where the curriculum as well as the staff members focus on the needs of preschool and kindergarten students... (Rikes and Wendlendt, 1987, p. 38). "Different communities support different organizational options. For example, a community where early learning is especially valued may choose to provide a full-day kindergarten..." (Vann, 1992, p. 17). An elementary school arranged K-3 would allow teachers to decide at the end of grade 3 rather than grade 1 whether to promote or retain a child (Braun, 1985).

None of the 126 school districts surveyed in New York had single grade campuses except for one district which had a five school pattern: K, 1-2, 3-5, 6-8, 9-12 (Vann, 1992, p. 11). In the eleven state Southern Association of Colleges and School region, of 6,556 school accredited by this body, only 6 schools had single grade campuses in grades 1-4 (Southern Association, 1994). In the Texas School Directory (1994), there are only eight "single grade" campuses in grades 1-4 in the entire state. Three of the campuses are in Uvalde CISD.

## Single-Grade Elementary Campuses in Texas

Of the 3,650 elementary campuses in Texas, only eight are single-graded campuses. Of the eight, three are here in Uvalde. The following are the district and campus names of the schools:

| | | |
|---|---|---|
| Pecos I.S.D. | Pecos Elementary | 3rd Grade |
| Wylie I.S.D. | Butterfield Elementary | 2rd Grade |
| Donna I.S.D. | Donna Elementary | 1st Grade |
| Lamesa I.S.D. | Rogers Elementary | 4th Grade |
| Kilgore I.S.D. | Elder Elementary | 4th Grade |
| Uvalde C.I.S.D. | Anthon Elementary<br>Benson Elementary<br>Robb Elementary | 2nd Grade<br>3rd Grade<br>4th Grade |

**Cost of Student Failure**

| | | |
|---|---|---|
| $1 for quality preschool education | OR | $4.75 for later special education, crime, welfare, and other costs |
| $850 for one year of education | OR | $4,000 for the cost of a single repeated grade |

**Sources of Cost Projections:**

Report of the Task Force on Early Childhood and Elementary Education, **FIRST IMPRESSIONS**, (Texas Education Agency, 1994)

**Value of Student Success?**

s difficult to place a value on the benefits of students being successful. The value of student uccess and graduation from high school provides many opportunities for students, limited only by ieir imaginations. The value of being productive citizens, the quality of life that is available, and the enefits for a community can be realized with improved student performance.

## Projected Expenditures and Revenues With Change in Elementary Grade Arrangement

Expenditure Estimates:

| | | |
|---|---|---|
| *a. | Moving of portable buildings | $ 50,000 |
| b. | <u>18 additional teaching units</u><br>9 additional kinder teachers<br>3 additional 2nd - 4th teachers<br>2 PreK teachers<br>1 GT teacher<br>1 Music teacher<br>2 Librarians | $396,000 |
| *c. | Cost to move classroom furniture, equipment, library books, etc. | $ 20,000 |
| *d. | Miscellaneous costs (furniture, books, software, etc.) | $ 50,000 |
| *e. | Three additional contract days for teacher planning for teachers affected by change | $ 15,000 |
| **Total** | | $531,000 |

Revenue Increase Estimates:

| | | |
|---|---|---|
| a. | Additional ADA for 1/2 day kinder for 353 students | $423,600 |
| b. | Additional ADA for 1/2 day PreK for 40 additional students | $ 48,000 |

(Additional funding from compensatory education, special education, bilingual education, and Title I, will also be received in addition to the above listed ADA amounts. These have not been included in revenue estimates.)

| | |
|---|---|
| **Total** | $471,600 |
| **Difference** | ($ 59,400) |

* indicates one-time costs. On second year of implementation revenues will exceed expenditures by $75,600.

## UCISD Early Childhood/Elementary Grade Arrangement for 1995-96 (Proposed)

| Current | | Proposed | |
|---|---|---|---|
| West Garden | PreK | West Garden | (special programs as needed) |
| Dalton | K - 1 | Dalton PreK - K (K= full day) | |
| Anthon | 2 | Anthon 1 - 4 | |
| Benson | 3 | Benson 1- 4 | |
| Robb | 4 | Robb 1 - 4 | |

*Under the proposed plan the PreK enrollment could be expanded and Kindergarten could be offered on a full day basis, and West Garden would be available for special programs or used as needed. There would not be any change in the Batesville grade arrangement. It is currently PreK - thru 8th grade.

## UCISD Current Elementary Grade Arrangement

1. **Court Order**

In 1976 UCISD received a federal desegregation court order which required a change in the 1-6 elementary grade arrangement, and resulted in our current arrangement. UCISD is still operating under the 1976 Court Order.

2. **UCISD Elementary Grade Arrangement and other Texas School Districts**

There are 1045 school districts in Texas and only five (5) school districts have a similar grade arrangement currently used by UCISD. There are 3,650 elementary campuses in Texas, only eight are single-graded campuses. Of the eight, three are in Uvalde. Source: Texas School Directory (1994)

Current and Projected Enrollment and Ethnicity of Students
by District and 1-4 Campuses

| District | Enrollment | % Hispanic | % White |
|---|---|---|---|
| All Campuses | 5319 | 78 | 22 |

| Campus | Enrollment | % Hispanic | % White |
|---|---|---|---|
| Dalton-First | 358 | 82 | 18 |
| Anthon: 2nd | 366 | 79 | 20 |
| *Anthon: 1-4* | *567* | *83* | *17* |
| Benson: 3rd | 341 | 80 | 20 |
| *Benson: 1-4* | *380* | *83* | *17* |
| Robb:4th | 361 | 77 | 23 |
| *Robb: 1-4* | *507* | *81* | *19* |

# UVALDE CONSOLIDATED SCHOOL DISTRICT

FIRST TO FOURTH GRADE SCENARIO

## Three Elementary Zones: Uvalde County

(County and District names supplied by Uvalde I.S.D)



# UVALDE CONSOLIDATED SCHOOL DISTRICT

## FIRST TO FOURTH GRADE SCENARIO

### Ethnicity for Three Elementary Zones

| School | Capacity | Actual Enrollment* | % Hispanic | % White |
|---|---|---|---|---|
| Anthon | 660 | 567 | 83 | 17 |
| Benson | 572 | 380 | 83 | 17 |
| Robb | 682 | 542 | 81 | 19 |

* Enrollment data for 1994-95 supplied by Uvalde C.S.D.



# UVALDE CONSOLIDATED SCHOOL DISTRICT






ROBB
ATTENDANCE AREA
UVALDE MEMORIAL HOSPITAL
CONTINENTAL INN
DOWNTOWN UVALDE
1574
1023
1435
83
Leona
River
Taylor
Slough

**Geographic Description**
**Robb Attendance Zone**

Begin: Intersection of Hwy 90 and UCISD and Knippa District Boundaries

1. West on Hwy 90 to Hacienda Road;
2. West on Hacienda Road to Anderson Road;
3. South on Anderson Road to Hwy 90;
4. Turn right to Leona Road;
5. West on Leona Road to 4th Street;
6. Across 4th Street to Wimberly;
7. West on Wimberly Street, including all property facing Wimberly between 2nd and 4th Streets, to 2nd;
8. South on 2nd to East Mesquite;
9. West on East Mesquite to River Street;
10. South on River Street to East Oak Street;
11. East on East Oak Street to 1st Street;
12. South on 1st Street to Main Street;
13. West on Main Street to the Leona River boundary;
14. South on Leona River to the southern boundary of property along a line bounding the City of Uvalde Park and Golf Course and the property adjacent to East Doughty Avenue;
15. West on the property line bounding the City of Uvalde Park and Golf Course and the property adjacent to East Doughty Avenue and up to Cardwell Street;
16. West on Cardwell Street to South Getty;
17. North on South Getty to Main Street;
18. West on Main Street to Evans Street;
19. South on Evans to Doughty Street;
20. West on Doughty Street to the western boundary of all property facing west of Doolie and Elizabeth Streets until it intersects with Cook's Slough;
21. South on Cook's Slough until it intersects the Old Landfill Road;
22. East on Old Landfill Road until it intersects with Hwy 140;
23. South on Hwy 140 to district Boundary;
24. North along UCISD/Knippa ISD boundaries to US 90 East;
25. West on Hwy 90 to Haceinda Road;
26. West on Hacienda Road to Intersection of Hacienda Road and Anderson Road.

**If you are uncertain about which campus your child will be attending please call the UCISD central office at 278-6655.**