

## Geographic Description
## Benson Attendance Zone

**Begin:**      Intersection of Hacienda Road and Anderson Road
1. South on Anderson Road to Hwy 90;
2. Turn right to Leona Road;
3. West on Leona Road to 4th Street;
4. Across 4th Street to Wimberly;
5. West on Wimberly Street, including all property facing Leona Street between 2nd and 4th Streets, to 2nd;
6. South on 2nd to East Mesquite;
7. West on East Mesquite to River Street;
8. South on River Street to East Oak Street;
9. East on East Oak Street to 1st Street;
10. South on 1st Street to Main Street;
11. West on Main Street to the Leona River boundary;
12. South on Leona River to the southern boundary of property along a line bounding the City of Uvalde Park and Golf Course  and the property adjacent to East Doughty Avenue;
13. West on the property line bounding the City of Uvalde Park and Golf Course and the property adjacent to East Doughty Avenue and up to Cardwell Street;
14. West on Cardwell Street to South Getty;
15. North on South Getty to Main Street;
16. West on Main Street to Grove Street;
17. North on Grove Street to Bohme Street;
18. East on Bohme Street to Como Street;
19. North on Como Street to Cummings Street;
20. East on Cummings to Black Street;
21. North on Black Street to Martin Street;
22. East on Martin Street to High Street;
23. North on High Street to Schwartz Street;
24. East on Schwartz Street to North Getty Street;
25. North on Getty Street to Oppenheimer Street;
26. West on Oppenheimer Street to North Park Street;
27. South on North Park Street to Benson Road;
28. West on Benson Road to North Grove Street;
29. North on North Grove Street to Front Street;
30. East on Front Street to Knox Street;
31. North on Knox Street to Pacific Street;
32. West on Pacific Street to Hood Street;
33. North on Hood Street to Rio Grande;
34. East on Rio Grande to northern end of Knox Street;
35. South on Knox Street to Brazos Street;
36. East on Brazos Street to U.S. Hwy 83;
37. North on U.S. Hwy 83 to Windsong Drive;
38. East on Windsong Drive to East side boundary of Old Drive In Theater;
39. South on East Boundary of Old Drive In Theater to Camp Street;
40. South on Camp Street to Hacienda Road;
41. East on Hacienda Road to Anderson Road.



**f** you are uncertain about which campus your child will be attending please call the UCISD **e** ntral office at 278-6655.



ANTHON
ATTENDANCE AREA

## Geographic Description
## Anthon Attendance Zone

Everything north, west, and south of the outer Benson and Robb attendance boundaries will represent the Anthon attendance area.

**If you are uncertain about which campus your child will be attending please   call the UCISD central office at 278-6655.**

## Impact of Elementary Realignment Plan on UCISD
## Court Order and Court Approval

UCISD is currently under a federal desegregation court order requiring district administrators to monitor student demographics at each campus to ensure that the percentages of Hispanic vs. Anglo students matches the demographics of the community at large. Our school district has been under this court order for the last 20 years and any change in the grade arrangement must comply with the mandates contained in the order.

Realizing the sensitivity of the topic of attendance areas as they related to the community situation prior to the court order, UCISD administration began discussing the possibility of changing the current grade arrangement with members of the Hispanic community who represented the interests of this segment of the population. Included in the talks was the original plaintiff named in the suit against the district which resulted in the court order. The Hispanic Ad Hoc committee has been involved in all phases of the review of the current grade arrangement and has provided key information used in the development of a recommendation for change.

We are stressing that the court order will remain in effect even if a change in grade arrangement should occur. Our recommended change would keep our district in compliance with the federal court requirements and will add the dimension of quality when addressing our instructional programs.

UCISD will seek court approval for any implementation plan and will proceed only after such approval is granted.

## Task Force Recommendations

I.   Assignment of Teaching Staff
Survey teachers as to their priority (campus vs. grade level) and attempt to place each based on at least second choice.

Include a statement of district's commitment to assign a full-time instructional library teacher at each campus.

II.  Facilities:  Space
The following information was developed in terms of facilities:

| Campus | Classrooms Needed | Classrooms Available | Portables to be Moved |
|---|---|---|---|
| Dalton | 32<br><br>28 regular<br>4 special | 32 | Two portables will be moved from Dalton to other campuses leaving 30 permanent rooms and two classrooms in one portable for a total of 32 classrooms. |
| Anthon | 36<br><br>28 regular<br>8 special | 30 | Move two portables from Dalton and big building from West Garden for six additional classrooms (36). |
| Benson | 27<br>22 regular<br>5 special | 25 | Move one portable from West Garden for two additional classrooms (27). |
| Robb | 37<br><br>27 regular<br>10 special | 31 | Move three portables from West Garden for six additional classrooms (37). |

membership of the committee or to develop criteria for membership changes.

III.   Equipment and Materials:

a.  The following will be distributed to each campus <u>proportionately and fairly</u>, based on student enrollment:

computers, televisions, video cassette recorders, video disc players, overhead projectors, instructional teaching aides (manipulatives), dictionaries, and any other materials and equipment which can be distributed in this manner.

b.  The following equipment will be provided for each campus to the extent possible:

software (district vs. site license), file servers (or upgrades), electrical work, grade specific curriculum and equipment, playground equipment, appropriate sizing of water fountains and commodes, age-appropriate furniture (new furniture for 1st grade teachers), library books (leave as-is with expansion budget), textbooks, age-appropriate encyclopedias.

IV.   Curriculum

All campuses will have as their goal student success on the district identified TAAS targets and objectives for reading, writing, mathematics, science, and social studies. All campus staff will be expected to reflect an attitude of high expectations for <u>all</u> student groups. Instructional program effectiveness will be evaluated based on performance by reviewing data on all students and data on each of the student groups.

## Public Information Meetings on Elementary Project

November 22, 1993
JCISD Administrators, Teachers, and Staff

September 8, 1994
Community Hearing at West Garden

September 15, 1994
Community Hearing at Dalton

September 22, 1994
Community Hearing at Benson

October 6, 1994
Community Hearing at Robb

October 10, 1994
Benson Faculty

October 11, 1994
Parents Meeting

October 13, 1994
Robb Faculty/Community Hearing at Anthon

October 17, 1994
Anthon Faculty

October 19, 1994
Dalton Faculty

October 20, 1994
West Garden Faculty

November, 1994
Uvalde Noon Lion's Club

Ames, Jr. High, High School, New Hope, and Batesville Faculties will be scheduled at later date.

Walsh
see Howell Anderson
Underwood
W. Schulze
S. Aldridge
Jizalde
J. Hunn
M. Gallegos
P. Seidenfeld

and of Legal Specialization
of Certified Civil Appellate Law
of Certified Civil Trial Law

Renaissance Plaza   Suite 800   70 N.E. Loop 410
San Antonio, Texas 78216
San Antonio Mailing Address:
P.O. Box 460606   San Antonio, Texas 78246-0606
(210) 979-6633   FAX (210) 979-7024

6300 La Calma   Suite 200   Austin, Texas 78752
Austin Mailing Address:
P.O. Box 2156   Austin, Texas 78768

OCT 03 1994

Melissa Wipnton
Oscar G. Trevino
Dorcas Ann Green
Jim Holla
Therold I. Farmer
Bridget R. Robinson*
Mark C. Goulet
Michael D. Manno
C.U. "Nick" Nixon
Robert Russo

September 30, 1994

Mr. John H. Harrell
Superintendent of Schools
UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT
Box 1909
Uvalde, Texas 78802

Re:   *Authority to Hold Non-Binding Referendum*

Dear Mr. Harrell:

This letter is in response to your inquiry concerning the possibility of holding a non-binding referendum to determine community attitudes toward the current grade level campus structure in your district. Elections, including non-binding referenda, require express statutory authority before such an election can be held. Although a district might attempt to hold such an unauthorized election, a challenge should be anticipated for calling an election without authority or for the unauthorized used of tax dollars.

Additionally, the procedure for seeking to hold an election timely begins with a request for pre-clearance from the Department of Justice. This application must include (1) a statement of this authority under which the requested election can be held; (2) a statement as to what impact the election would have on the community as a whole, as well as the minority community; and (3) a statement as to what input the minority community has had on the decision to seek to hold the referendum. The lack of express authority to hold a non-binding referendum for the purpose described above would almost certainly result in a denial of pre-clearance, and could raise questions with the Department of Justice concerning the motivations underlying the request.

I would suggest that other means be considered which might provide you with the same substantive feedback that you desire, such as use of a community questionnaire or the scheduling of public hearings on the subject.

I would also suggest that you send to our office a copy of the court desegregation order now in force in case some change in your district's campus format is anticipated.

If you have any questions regarding this matter, please do not hesitate to call our office.

Sincerely,

C.U. "NICK" NIXON

# How to Proceed?

# Direction from UCISD Board of Trustees

The UCISD Administrative team would like to move forward on the proposed elementary grade arrangement for the 1995-96 school year.  If we move forward, there is much to do including seeking court approval of the plan, making personnel assignments; moving furniture and books; making adaptations to Chapter I, Special Education, and Gifted and Talented programs; developing bus routes; making alternate summer school arrangements; and making decisions relative to the West Garden Campus and the New Hope Learning Center.  In order to accomplish all of these tasks effectively, it would be helpful if a decision could be made before December 22 when the holidays begin.

At this point, we request guidance from the UCISD School Board on how to proceed.

# Supplemental Information on Elementary Grade Project

1. **Benefits of Proposed Plan**
   a. full day kindergarten
   b. expanded prekinder program
   c. change is based on effective schools research and Texas school practices
   d. increased instructional time with reduction in number of transitions
   e. improved campus accountability
   f. improved continuity in curriculum and instruction, in counseling program, and in student health services program
   g. improved parental involvement and commitment
   h. more flexible curriculum options for campus teams
   i. meets court order requirements
   j. some reduction in student transportation
   k. more convenient for parents with more than one child in Prek-4
   l. expansion/development of elementary library program
   m. improved PTO projects and campus programs

2. **Reasons for selecting proposed grade arrangement**
   It would be ideal to have all neighborhood campuses in our district. However, the community demographics does not allow for this and still be in compliance with the 1976 court order. The following considerations guided the grade/campus designations in the proposed plan:
   - Provide for neighborhood concept as much as possible within court order guidelines
   - Provide opportunities for students to attend grades 1-4 at one campus
   - Provide for a full day kindergarten program and expanded prek
   - Reduce transportation whenever possible
   - Provide best arrangement possible with the existing facilities
   Benson does not have sufficient classroom capacity to accommodate the Prek and kinder programs, and so was designated a 1-4 campus. The student density was greater in the Anthon and Robb areas, and so these were designated 1-4 campuses and Dalton was designated as a prek-kinder campus. Dalton was the best choice as an early childhood center since 1) it is currently the K-1 campus, and 2) the community demographics around this campus would make it difficult to meet court order requirements.

3. **Purpose of Hispanic Ad Hoc Committee**
   Since 1976 UCISD has been operating under a court order requiring UCISD administration to monitor student demographics at each campus. The court order was the result of legal action brought by members of the Hispanic community. For this reason, members of the Hispanic community were contacted and consulted with in the planning stages of considering possible changes to the current elementary grade arrangement.

4.   **Exceptions to attendance area assignment of students**
The task force decided that all student assignments would be based on attendance area designation with only one exception. At this point only special education students requiring specialized services offered at a campus not within a student's attendance area may attend a campus outside his/her attendance area. These decisions can only be made by the campus ARD committee and minutes of these meetings must document the recommended exception to attendance area. Future task force meetings will make recommendations on how to address other attendance area issues such as the attendance area status of students whose family has moved from one attendance area to another.

5.   **Personnel Assignments**
See attached memo from John Harrell to administrative staff.

6.   Monitoring of student performance by Task Force (see chart)

John H. Harrell, Superintendent

P.O. Box 1909    Uvalde, Texas 78802

(210) 278-6655

ATE:      October 21, 1994

O:        Mary Helen Saiz              ·    Eddie Ramirez
          Mary Helen Diaz-Gonzales     ·    Sara Bixler
          Diane Crawford

ROM:      John Harrell  *John H. Harrell*

E:

## Status - Proposed Elementary Grade Arrangement for 1995-96

m providing information to keep you informed as to the current status (10/21/94) of the proposed elementary
ide arrangement plan for 1995-96, and ask that you share this information with your campus personnel.

eport will be given to the school board on November 1, 1994, and I will be asking the board to offer
ggestions as to how they would like for us to proceed regarding further study/review of the proposed plan.
o, I am hopeful the review/study can be completed prior to dismissal for the Christmas holidays.

## rsonnel Assignments  (1995-96 if proposed plan is implemented)

## mpus Principal

ive no plans of making any changes in the current assignment of campus principals. However, the current
st Garden principal would have a different assignment, since this campus is not used in the proposed PreK-4
   alignment.

## chers

chers will be assigned according to survey results.

## er Professional Personnel (Counselors, Librarians, Nurses)

re is no plan to reassign any of these positions from their current campus. Again, the nurse at West Garden
ld be reassigned to a campus as appropriate.

## retaries, Clerks, Aides

same approach would be followed to keep changes to a minimum. However, aides would be assigned to a
pus as needed. West Garden secretaries would be assigned as appropriate.

se convey to your personnel that efforts will be made to keep personnel changes to a minimum, however,
ersonnel are employed subject to assignment, and the student and instructional program will always receive
consideration when making assignments.

## ort - Proposed Elementary Grade Plan for 1995-96

be distributing a report for your review on Wednesday, October 26, 1994. This will be the same report that
ill review with the board on November 1, 1994. I will provide additional copies for each campus to be
s available for review by campus personnel.

**Barbara Skipper**
**Noe Sauceda**
**District Administration Staff**
**UCISD Board Members**

"An Equal Opportunity Employer"

37



# Monitoring
# of
# Multi-Grade
# Campuses

Each year the Elementary Grade Task Force will review the data from the grade 1-4 campuses including student achievement and demographics relative to ethnicity and requirements of federal and state programs. If concerns are noted at any time, the Elementary Grade Task Force will bring its concerns to the District Education Improvement Council which in turn will make recommendations to the Superintendent to address the concern. Any other concerns noted by the Task Force relative to the grade 1-4 campuses could be handled in a similar way.

# Proposed Teacher Assignments 1995-96
## Dalton, Anthon, Benson, Robb
### (Contingent on approval of Multigrade Campus Proposal)

Contact Noe Sauceda and Barbara Skipper if there are questions about the assignments. Assignments are subject to student enrollment needs. As openings occur, teachers may request a transfer from the campus principal.

## Dalton

Principal:  Eddie Ramirez
Counselor: Billie Davis
Teachers:

| | |
|---|---|
| PK | Phyllis Hellum (Bil) |
| PK | Herminia Torres (Bil) |
| PK | Sandra Vasquez (Bil) |
| PK | Brenda Portis (Bil) |
| PK | Edna Hernandez (Bil) |
| PK | Sandra Alviar |
| PK | Tim Reed |
| PK | Ronna Gilliam |
| | |
| K | Molly Bull |
| K | Enriqueta Ortiz (Bil) |
| K | Peggy Luna (Bil) |
| K | Norma Garcia (Bil) |
| K | Emma Cano (Bil) |
| K | Ann Meyer |
| K | Karen Baker |
| K | Marye Gill |
| K | Kathryn Walker |
| K | Ouida Schliesing |
| K | Dee Worley |
| K | Edwina Scott |
| K | Joy Cade |
| K | April Mechler |
| K | Jo Patterson |
| K | Linda Littleton |
| K | Irene Triplett |

Library Aide/Carol Beasley
| | |
|---|---|
| PE | Mary Dee Pitts |
| Spec. Ed. | Sarah Burns |
| Chapter I | Lorraine Ponnish |
| To Be Hired: | 2 PK 1K |

## Anthon

Mary Helen Diaz-Gonzales
Gloria Gonzalez

| | |
|---|---|
| 1st | Dora Gallardo |
| 1st | Delia Guevara |
| 1st | Mary Jane Winn |
| 1st | Hope Murphy |
| 1st | Norma Ruiz |
| 1st | Norma Hildalgo (Bil) |
| 1st | Sherry Reddick (Bil) |
| 2nd | Melanie Jones |
| 2nd | Deanna Parker |
| 2nd | Ruane Renninger |
| 2nd | Sherri Routh |
| 2nd | Kay Bradham |
| 2nd | Nancy Musquiz (Bil) |
| 2nd | Elisa Rodriguez (Bil) |
| 3rd | Hollie Martinez |
| 3rd | Kathi Ham |
| 3rd | Paula Hale |
| 3rd | Sammye Smallwood |
| 4th | Bennie Youngs (Bil) |
| 4th | Gloria Ramos (Bil) |
| Spec. Ed. | Kathleen Carr |
| Spec. Ed. | Laura Hendler |
| Spec. Ed. | Patricia Sheppard |
| PE | Stacey Keeney |
| Music | Jessica Hart |
| Library | Lana Rollans |
| Chapter I (CEI) | Veronsett Atkinson |
| Chapter I | Julian Contreras |
| Chapter I | Linda Gilleland |
| Chapter I | Elisa Quiroga |
| To Be Hired: | 5 4th Grade |
| | 3 3rd Grade (Bil) |

Gifted and Talented - Grades K-2 - Charnel Ehlers
Grades 3-6 - Karen Kolinek
JHS CEI - Nancy Ivey

# Proposed Teacher Assignments 1995-96
## Dalton, Anthon, Benson, Robb
### (Contingent on approval of Multigrade Campus Proposal)

Contact Noe Sauceda and Barbara Skipper if there are questions about the assignments. Assignments are subject to student enrollment needs. As openings occur, teachers may request a transfer from the campus principal.

**Benson**
*Principal:* Sara Bixler
*Counselor:* Josefina Ramirez

| | |
|---|---|
| 1st | Zula Irby |
| 1st | Edith Sims |
| 1st | Marina Gonzalez |
| 1st | Mary Arizmendi |
| 1st | Maria Aguilera (Bil) |
| 2nd | Gilbert Garcia |
| 2nd | Dora Suarez |
| 2nd | Barbara Wilkinson |
| 2nd | Jovonne Calk |
| 2nd | Bertha Garcia (Bil) |
| 3rd | Carrie Trevino |
| 3rd | Missy Speer |
| 3rd | Rosalinda Cordova |
| 3rd | Lois Kone |
| 3rd | Ninfa Benavidez (Bil) |
| 3rd | Sofia Jackson (Bil) |
| 4th | Hortensia Morales (Bil) |
| 4th | Abby Zemanek |
| 4th | Martha Bowers (Bil) |

| | |
|---|---|
| Library | Johnnie Carson |
| PE | Larry Warren |
| Music | Ann McKinney |
| Chapter I | Kathryn Crockard |
| Chapter I | Barbara Brewer (CEI) |
| Spec. Ed. | Lenoir Melton |
| Spec. Ed. | Ellen McDonald |
| To Be Hired: | 1 Chapter 1 |
| | 3 4th Grade |

**Robb**
Diane Crawford
Kim Ray

| | |
|---|---|
| 1st | Lana Kerbow |
| 1st | Rachel Servantes |
| 1st | Debbie Mechler |
| 1st | Christine Bowers |
| 1st | Jennifer Hooper |
| 1st | Hilda Mata (Bil) |
| 2nd | Dee Anna Raley |
| 2nd | Sharon Backor |
| 2nd | Tom Lain |
| 2nd | Elizabeth Craig |
| 2nd | Gail Johnson |
| 2nd | Rebecca Ortega (Bil) |
| 2nd | Dolores Munoz (Bil) |
| 3rd | Lisa Ivey |
| 3rd | Nora Santos |
| 3rd | Julie Hipp |
| 3rd | Donna Connell |
| 3rd | Mary Braker |
| 3rd | Sylvia Munoz (Bil) |
| 3rd | Michael Morales (Bil) |
| 4th | Susan Riggins |
| 4th | Lorretta Warren |
| 4th | Kay Oliphant |
| 4th | Donna Dockal |
| 4th | Lillian Flores (Bil) |
| 4th | Elsa Samarripa (Bil) |
| Chapter I (CEI) | C. Boultinghouse |
| Chapter I | Juan Guzman |
| Chapter I | Rose Connor |
| Chapter I | Kay Royal |
| Spec. Ed. | Rosalinda Arizmendi |
| Spec. Ed. | Norma Easley |
| Spec. Ed. | Jane Allen |
| Music | Frankie Nelson |
| Library | Carole Beasley |
| PE | Ray Simpson |
| To Be Hired: | 1st Grade Bilingual |

| | |
|---|---|
| Gifted and Talented | Grades K-2 - Charnel Ehlers |
| | Grades 3-6 - Karen Kolinek |
| JHS CEI - Nancy Ivey | |

# UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT
## Regional School District of Choice
## 2002-2003

# Application Packet



**Application Deadline**
**June 10, 2002**

Applications are accepted throughout the school year. After the application deadline, admissions are on a space available basis.



# UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT

Regional School District of Choice
1000 N. Getty        P.O. Box 1919        Uvalde, TX  78802        (830)278-6655

Dear Applicant:

Thank you for your interest in the Regional School District of Choice Program. The enclosed application packet includes materials which will allow us to assess your academic and developmental qualifications, and predict your potential success in our program.  All information must be received by the initial due date. Your application is processed and reviewed by campus administration.  We have a limited number of spaces available in our program, therefore to be given first priority in the review process it is important that we receive your completed packet by June 10, 2002.

The first page is the Application Checklist, which will help you to organize your materials.  The next page is the Application Form.  Please take care to complete this form neatly and accurately. (Be sure the form is signed by a parent or guardian.)  The next two pages are available for your writing sample. The last five pages include information and procedural guidelines.

The faculty and I look forward to receiving your completed application.  If you have any questions, please call me at (830) 278-6655.

Sincerely,

Ramon Abarca
Superintendent of Schools

This school district does not discriminate on the basis of sex, disability, race, color, age or national origin in its educational programs, activities, or employment.

# UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT

Distrito Escolar Regional de Eleccion
1000 N. Getty        P.O. Box 1919        Uvalde, TX  78802        (830)278-6655

Estimado Solicitante:

Gracias por su interes en el Programa Del Distrito Escolar Regional de Eleccion. La solicitud adjunta a esta carta incluye los materials que nos ayudaran a evaluar las cualificacciones de desarrollo academico, y predice su exito en nuestro programa. Toda la informacion debe ser recibida para la fecha indicada. Su solicitud es procesada y revisada por la administracion de la escuela. Tenemos espacio limitado en el programa, asi es que para dar prioridad en el proceso de revision es muy imporante que recibamos toda la informacion para el dia 10 de junio del 2002.

La primera pagina es la Lista de Verificaccion de la Solicitud, la cual le ayudara a organizar sus materials. La siguiente pagina es la Solicitud. Porfavor tome su tiempo para completar la solicitud con esmero y precision. (Asegurese que la forma este firmada por el padre/guardian.) Las siguientes dos paginas son disponibles para el ejemplo de la escritura. Las ultimas cinco paginas incluye las guias de informacion y procedimientos.

Sinceramente,

Ramon Abarca
Superintendiente de Esculas

Este distrito escolar no discriminan an base de sexo, disabilidad, raza, color, edad u origen nacional en sus programas educativos, actividades, o empleo.

# UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT

Regional School District of Choice
1000 N. Getty        P.O. Box 1919        Uvalde, TX  78802        (830)278-6655

## 2002-2003
## Application Checklist

**NAME:** _____

The Application Review Committee will not review an application until all materials have been received.  The following checklist is provided to help you organize your application materials.  Check off each item as it is  completed and place all items in the order listed below.

Return your completed application to :

> **Lee Schermerhorn**
> **Student Services Director**
> **P.O. Box 1909**
> **Uvalde, TX  78802-1909**

- ❑ Application Checklist
- ❑ Application Form
- ❑ Copy of most recent report card
- ❑ Academic History
- ❑ Writing Sample

# APPLICATION DEADLINE
# June 10, 2002

**PLEASE NOTE:**  Applications are accepted throughout the school year.  After the application deadline, admissions are on a space available basis.

**Uvalde Consolidated Independent School District**
**Regional School District of Choice Application**
**For School Year 2002 – 2003**

**I.**   **Student Information:**

_____
Date of Application

_____
Name of Student          Current grade level          Date of Birth          Age

_____
Address                    City          State          Zip Code

_____
Parent/Guardian Name                Home Phone          Work Phone

_____
Parent/Guardian Name                Home Phone          Work Phone

_____
Last School Attended          Years in Attendance          District of Residence

Ethnicity:   ☐ American Indian   ☐ Asian or   ☐ Black, not   ☐ Hispanic   ☐ White, not
                or Alaskan Native      Pacific Islander    Hispanic                        Hispanic

**II.**   **UCISD Program/School of Choice**
   ☐ **Flores Elementary (5-6 grades)**

   ☐ **Batesville Middle School (5-8 grades)**

   ☐ **Uvalde Junior High School (7-8 grades)**

   ☐ **Uvalde High School (9-12 grades)**

**III.**   **Record Required for Transfer (Check boxes and attach documentation)**

   ☐ Official copy of Transcript / Student records
   ☐ Citizenship/ Discipline record
   ☐ Copy of current state testing results
   ☐ Copy of current report card through the last completed six weeks
   ☐ Student letter explaining reason for attending UCISD School District of Choice

**Note to Parents:** If necessary, please attach a note explaining any circumstances you feel we should be aware of if the student is accepted, such as Gifted and Talented, Special Education, Section 504, Bilingual/ESL, or Medical conditions.

**IV.**   **Parental Agreement:**
We the undersigned parents/guardians of _____ agree to the
above mandatory record requirements.

_____          _____
Parent/Guardian                                               Date

_____          _____
Director of Student Services                               Date

---

For Office Use:
☐ Approved          ☐ Denied          ☐ Interview Requested

# UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT

Regional School District of Choice
1000 N. Getty        P.O. Box 1919        Uvalde, TX  78802        (830)278-6655

**NAME:** _____

# WRITING SAMPLE:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**NAME:** _____                    **Page 2**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____