Filed 5-5-95
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

# SUPPLEMENT TO DESEGREGATION ORDER IN MORALES V. SHANNON
Civil Action No. DR-70-CA-14

As a supplement to the June 29, 1976 decree in this case, the parties agree that the following reports and documentation will be produced and reported to the plaintiffs by the defendant, Uvalde Consolidated Independent School District beginning with the 1995-96 school year:

1. In addition to information regarding the name, grade and school district from which a transferred student came from outside the school district into the school district, the Uvalde Consolidated Independent School District will maintain records regarding:

    (a) the race, national origin of the student transferring into the Uvalde Consolidated Independent School District from some other school district;

    (b) the Uvalde Consolidated Independent School District school into which the student was transferred and the grade and class into which transferred; and

    (c) the reason for the transfer from outside the U.C.I.S.D. into the U.C.I.S.D.

2. Regarding transfers out of the Uvalde Consolidated Independent School District into another school district, list:

    (a) the race, national origin of the student;

    (b) the school district to which the student transferred;

    (c) the school within the Uvalde Consolidated Independent School District from which the student transferred; and

    (d) the reason for the transfer.

3. Regarding all transfers of students from one school to another at the pre-K, K or grades 1 through 4 level in the Uvalde schools, the school district will maintain information regarding:

    (a) the school from which the student transferred;


EXHIBIT P-2

 (b) the school to which the student transferred;

 (c) the race and national origin of the student;

 (d) each and every reason for the transfer;

 (e) written documentation from the student showing the request for a transfer and each and every reason for the request; and

 (f) documentation showing that the superintendent or deputy superintendent of the U.C.I.S.D. has considered the request for transfer and his or her decision and each and every reason for granting or denying the transfer.

4. The U.C.I.S.D. will maintain a list of all students in grades Pre-K through grade 4 who attend any other school than that the school zone in which they reside under the attendance zone set by the Uvalde Consolidated Independent School District.

5. The U.C.I.S.D. will maintain a summary each year of all transfers within the school district with a summary of the net effect of transfers into and out of elementary schools from either outside the district or inside the district each year.

6. ~~The district will report on any new housing developments or multi-family units that are likely to produce more than 20 new students at the elementary school level. For each such project list a projected date of completion of the project and the school attendance zone in which the project will be built, the projected effect on the overall attendance at the school and the racial, national origin profile of the school after the housing development or multi-family dwelling is put into effect.~~



7. The district will report on the TAAS and other state or national standardized test score (e.g. California Achievement Test or Iowa Test of Basic Skills) (IF SUCH TESTS ARE GIVEN) students in grades pre K -grade 4. The information will be disaggregated by school, grade, race and national origin. ~~The information will be given for each student in the district using identification numbers to protect confidentiality.~~ The information will be kept ~~for each student~~ beginning with the 1994-1995 school year for each year until 1999-2000 and will made available to plaintiffs through their counsel each year. For each student the district will maintain that student's scores for each year during this time period.

8. ~~The Anthon, Robb and Benson attendance zones will be modified, after consultation with the Plaintiffs and approval by the Court, if in any year the percentage of the students that are Mexican American or Anglo in any one of the three schools is more than 5% different than the percentage of that ethnic group is of the student population of any of the other schools, i.e. the top to bottom range will be no greater than 5%.~~

SCHOOL DISTRICT EXHIBIT 8 SHALL BE APPENDED BY REFERENCE TO THE 1995 AMENDMENT TO DESEGREGATION PLAN A UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT AND BECOME A PART THEREOF.

Agreed to as to form and content.

_____
Grant Cook
Attorney for Uvalde Consolidated Independent School District


_____
Albert H. Kauffman
Attorney for Plaintiffs Morales, et al.

3.