# MALDEF
Mexican American Legal Defense and Educational Fund

**San Antonio Regional Office**
110 Broadway
Suite 300
San Antonio, TX 78205
*Tel:* 210.224.5476
*Fax:* 210.224.5382

**National Headquarters
Los Angeles Regional Office**
634 S. Spring Street
Los Angeles, CA 90014
*Tel:* 213.629.2512
*Fax:* 213.629.0266

**Atlanta Regional Office**
41 Marietta Street
Suite 1000
Atlanta, GA 30303
*Tel:* 678.559.1071
*Fax:* 678.559.1079

**Chicago Regional Office**
11 East Adams Street
Suite 700
Chicago, IL 60603
*Tel:* 312.427.0701
*Fax:* 312.427.0691

**Washington, D.C. Regional Office**
1717 K Street, NW
Suite 311
Washington, DC 20036
*Tel:* 202.293.2828
*Fax:* 202.293.2849

**Houston Program Office**
Ripley House
4410 Navigation
Suite 118
Houston, TX 77011
*Tel:* 713.315.6494
*Fax:* 713.315.6404

**Sacramento Satellite Office**
1107 9th Street
Suite 240
Sacramento, CA 95814
*Tel:* 916.443.7531
*Fax:* 916.443.1541

*Via CMRRR*

June 5, 2007

Grant Cook
5005 Riverway, Ste. 210
Houston, TX, 77056

Re: Letter to Dr. Wendell Brown, Superintendent- UCISD and Uvalde CISD Board of Trustees
DR-70-CA-14, *Morales v. Shannon*

Dear Mr. Cook:

As you are aware, MALDEF represents the *Morales* plaintiff class in the longstanding federal district court case, *Morales v. Shannon*. We are writing to address a couple of issues involving the desegregation plan and would request a response within ten days.

I. Batesville School

First, it is our clients' understanding that the Uvalde C.I.S.D. intends to close Batesville School for grades 7-8 and to transfer these students to Uvalde Jr. High School. According to a letter from Superintendent Dr. Wendell Brown in response to a letter of inquiry regarding the prospective closure, Dr. Brown stated that he was "unaware of any such legal impediment to the proposed action." However, under the Court's order, the District does have an obligation to seek approval from the Court regarding changes to its student assignment plan. In fact, as late as 2002, the District sought approval from the Court regarding a plan to *allow* students to transfer *into* the Batesville School to take advantage of the special curricula program the District was suppose to have developed at the school.

Thus far, we have not received any motions from the school district requesting authority from the district court to transfer the students. Please advise whether or not the District has reached a final decision and also of the steps and the direction the District intends to take, along with copies of all required notices and supporting documentation related to the closure and transfer. Also, if a motion has been filed with the district court, please forward such to my attention.

EXHIBIT P-3 (Blumberg No. 5118)

*Celebrating Our 38ᵗʰ Anniversary*
*Protecting and Promoting Latino Civil Rights*
www.maldef.org

June 5, 2007
Page Two


II.     Annual Report

Under the Court's desegregation order, the District is to submit an Annual Report along with a supplemental report on April 15 of each year. In checking our records, we were unable to locate an annual report or the required supplement for the years 2005-2007. Please forward a copy of each to my attention.

Thank you for your immediate attention to this matter.


Sincerely,

David G. Hinojosa
Staff Attorney


CC:     Client