# The Cook Law Firm

GRANT COOK  
E-MAIL gcook@cooklawonline.com

5005 RIVERWAY  
SUITE 210  
HOUSTON, TEXAS 77056

TELEPHONE (713) 552-0700  
FAX (713) 552-1610  
CELL (713) 823-2186

June 15, 2007

Mr. David J. Hinojosa  
Staff Attorney  
MALDEF  
110 Broadway, Suite 300  
San Antonio, Texas 78205

*Via Fax: 210.224.5382*

Re: *Uvalde Consolidated Independent School District*

Dear Mr. Hinojosa:

This letter responds to your letter of June 5, 2007 in which you inquired concerning the plan to move all 7th and 8th grade students previously attending the Batesville School to the Uvalde Junior High School and the failure of the District to file reports last year.

First, with respect to the reports, I've previously sent you a copy of reports filed earlier this week with the United States District Clerk. Hopefully that satisfies that inquiry.

With regard to the Batesville matter, I assume that you are aware of the terms of the Interim Order of Modification entered by Judge Fred Berry on July 26, 2002. That Order, *inter alia*, allowed students attending Batesville School to attend Flores Elementary and/or Uvalde Junior High School in the future. That Order went on to provide that if the Plaintiffs wished to express any concerns about that new plan, they had the opportunity, after seeing how the plan works, to file a motion for re-evaluation. No such motion has ever been filed. Accordingly, there is no necessity to ask the Court for permission to move the 7th and 8th grade students from Batesville into Uvalde Junior High School.

I have attached to this letter a narrative explanation of the rationale for this student assignment decision by the Uvalde School Board. Hopefully it will be some assistance to you.



EXHIBIT P-4

If you have any other questions concerning these matters, please do not hesitate to call me.

Yours very truly,

Grant Cook

GC:rmf
Attachment

cc:   Dr. Wendell J. Brown