Case #06-0063-93

## MEMORANDUM OF AGREEMENT

During meetings of May 7, 1993 and July 8, 1993 between Uvalde Independent School District officials and representatives of the local League of United Latin American Citizens (LULAC)/Concerned Citizens, convened by the Community Relations Service (CRS), U.S. Department of Justice, the following issues/concerns and corresponding solutions were discussed and agreed upon by the parties:

ISSUE #1: Under-representation of minorities, especially Hispanics, at all levels of the school district's professional staff:

SOLUTIONS:

The Uvalde C.I.S.D. will address concerns noted by the Texas Education Agency in its 1992-93 accreditation report to expand parental involvement and communication with parents, students, and community members for the purpose of improving student performance.

A) As part of this effort, the parties agree that the Superintendent will provide for a superintendent's parents'/students'community education advisory committee for the purpose of improving parental involvement, communication, and student performance. The membership of the committee and selection will be determined by the Superintendent; however, the committee membership will be similar to the ethnic distribution of the student enrollment in the district.

B. The members of the commmittee will determine name, duties and responsibilities, and similar items of organization of the committee; however, all efforts and decisions will be directed toward improving student performance for all students. The committee will consist of 10-15 members.

C. The Uvalde C.I.D. will follow the recommendations contained in the 1992-93 Texas Education Agency accreditation report. The TEA recommendations state: "The team recommends that the current recruitment attempts be adjusted to include recruitment visits to universities that have high enrollment and graduation rates of Hispanic students, as well as other minorities, and to place a greater emphasis on equalizing the ratio of Hispanic to White staff members. By doing so, Hispanic and other student sub-groups will be provided with role models in the school setting."

It is understood that Texas school district employment practices include the state requirement of inclusion of the


EXHIBIT P-5

Campus Based Committee. This is a committee of teachers on each campus that interviews applicants and makes recommendations for employment.

Also, the most qualified and capable applicant will be given highest consideration regardless of ethnicity. All employment practices and recruitment will be conducted by the Uvalde C.I.S.D.

ISSUE #2: Teacher Training:

There is a perception among some parents that some teachers are insensitive to minority parents' and students' culture.

SOLUTIONS: The parties agree that the school district:

A) continue to provide, as part of in-service, cultural awareness training to all members of the professional staff;

B) develop and implement cultural awareness activities for all staff and students throughout the school year;

C) encourage teachers to use minority role models as speakers throughout the school year in those courses where such speakers would be appropriate;

D) superintendent's parents'/students'/community edcucation advisory committee will suggest speakers for the above initiatives.

ISSUE #3: Racial Harassment:

There is a perception by some LULAC Members/Concerned Citizens that racial harassment is tolerated by the school district.

SOLUTIONS: The parties agree:

A) that the Uvalde C.I.S.D. will consult with the Texas Education Agency and the Texas Association of School Boards and request suggestions and directions from an attorney on how to proceed to improve this area of concern, including the foramtion of a racial harsssment policy;

B) that the Superintendent's Parents'/Students'/Community Education Advisory Committee will review recommendations of the groups and individuals noted above;

C) that the Uvaldo C.I.S.D. will continue to expect the highest standards of all employees. Professional employees will be required to follow the Uvalde C.I.S.D. school board policy listed under Section DH (E) - Employee Standard of Conduct: Code of Ethics and Standard Practices for Texas Educators.

ISSUE #4: Extra-curricular Activities:

There is a perception among some parents and students that the school district discriminates against Hispanics in the selection for participation in extra-curricular activities such as cheerleading, most popular student, superlatives, senior trips, scholarships, sports, etc..

SOLUTIONS:

The parties agree that the school district, with the assistance of the proposed superintendent's parents'/students'/community education advisory committee, up-date the criteria for selection of students for extra-curricular activities.

ISSUE #5: Naming of a School:

LULACC/Concerned Citizens feel that the school district has been insensitive to the accomplishments of Hispanics in Uvalde by not naming a school after a Hispanic role model or examplary person.

SOLUTION:

The parties agree that the Uvalde C.I.S.D. will give consideration to naming and/or renaming a school in recognition of a deserving Hispanic the next time a school is named.

ISSUE #6: LULAC/Concerned Citizen's Support to Uvalde C.I.S.D.Y.

The Uvalde LULAC/Concerned Citizens pledge their full support and cooperation to the Uvalde C.I.S.D. effort to improve student performance and recognize and support the positive direction that has been initiated by the school district during the 1992-93 school year.

It is also agreeed that the Uvalde LULAC/Concerned Citizens support the efforts of the Uvalde C.I.S.D. in trying to implement the recommendations of the Texas Education Agency in the 1992-93 accreditation report.

The Uvalde LULAC/Concerned Citizens understand the financial difficulties currently impacting low wealth school school districts in Texas and recognize that the Uvalde C.I.S.D. is a low wealth district. The ability to include new programs and directions of the district will be affected by this financial crisis; however, the Uvalde C.I.S.D. will do everything possible with its financial resources to improve student performance at all times.

everything possible with its financial resources to improve student performance at all times.

## IMPLEMENTATION

The parties agree that the Uvalde CISD and LULAC/Concerned Citizens that have come together to discuss the above issues and solutions continue to meet on a quarterly basis to monitor implementation of the provisions of this Memorandum of Understanding and to discuss other issues that may be raised by either party. Should there be disagreements over this MOU's interpretation or implementation, either party may request CRS's and/or the Texas Education Agency's assistance in bringing the involved parties together to discuss their concerns. This MOU becomes effective on July 8, 1993 and will expire on July 31, 1994, but the MOU may be renewed for a two year priod, beginning August 1, 1994 and continuing through July 31, 1996. The two-year renewal term will be based upon mutual agreement of the Uvalde C.I.S.D. and the LULAC/Concerned Citizens. The MOU may be dissolved at any time by the mutual consent of all the parties.

The parties involved recognize that although this agreement was entered on a voluntary basis, it is important that good faith efforts be made in carrying out its provisions. Amendments to the agreement will be made only upon the mutual consent of the Uvalde CISD and LULAC/Concerned Citizens.

MEDIATION TEAMS

| UVALDE CISD | LULAC/Concerned Citizens |
|---|---|
| *John H. Harrell* DATE 7/8/93<br>John Harrell, Superintendent | *Robert Reyes* DATE 7-8-93<br>Robert Reyes, LULAC President |
| *Frank Hidalgo* DATE 7-8-93<br>Frank Hidalgo, Board Pres. | *Dean LaFever* DATE 7-8-93<br>Dean LaFever, Member |
| *Daniel Sanchez* DATE 7/21/93<br>Daniel Sanchez, Board Secretary | *Anita T. Smith* DATE 8-24-93<br>Anita Torres Smith, Member |
| *Michael Boyle* DATE 7-8-93<br>Michael Boyle, Board Member | *Raymond Velos* DATE 7-8-93<br>Raymond Velos, Member |
| *Noris Garcia* DATE 7/30/93<br>Noris Garcia, HS Principal | *Rosa Rosales* DATE 7-8-93<br>Rosa Rosales, State Pres.<br>(Witness) |
| _____ DATE _____<br>Board Member | *Angie Garcia* DATE 7-8-93<br>Angie Garcia, District Dir.<br>(Witness) |
| _____ DATE _____<br>Board Member | _____ DATE _____ |
| *Vicente Gonzales* DATE 7/7/93<br>Vicente Gonzales, Businessman<br>(Witness) | _____ DATE _____ |

Witnessed by *Richard Zambrano* 7/8/93
Richard Zambrano, Conciliation Specialist
CRS, U. S. Department of Justice