# STANDARD 3: A School System Demonstrates Internal Connectivity and Rational Equity in Its Program Development and Implementation.

A school system meeting this Curriculum Management Audit standard is able to show how its program has been created as the result of a systematic identification of deficiencies in the achievement and growth of its students compared to measurable standards of pupil learning.

In addition, a school system meeting this standard is able to demonstrate that it possesses a focused and coherent approach toward defining curriculum and that, as a whole, it is more effective than the sum of its parts, i.e., any arbitrary combinations of programs or schools do not equate to the larger school system entity.

The purpose of having a school <u>system</u> is to obtain the educational and economic benefits of a coordinated and focused program for students, both to enhance learning, which is complex and multi-year in its dimensions, and to employ economies of scale where applicable.

## What the Auditors Expected to Find in the Uvalde Consolidated Independent School District

The TASA-TCMAC auditors expected to find a highly-developed, articulated, and coordinated curriculum in the school system that was effectively monitored by the administrative and supervisory staffs at the central and site levels. Common indicators are:

- Documents/sources that reveal internal connections at different levels in the system;
- Predictable consistency through a coherent rationale for content delineation within the curriculum;
- Equity of curriculum/course access and opportunity;
- Allocation of resource flow to areas of greatest need;
- A curriculum that is clearly explained to members of the teaching staff and building-level administrators and other supervisory personnel;
- Specific professional development programs to enhance curricular design and delivery;
- A curriculum that is monitored by central office and site supervisory personnel; and
- Teacher and administrator responsiveness to school board policies, currently and over time.

## Overview of What the Auditors Found in the Uvalde Consolidated Independent School District

This section is an overview of the findings that follow in the area of <u>Standard Three</u>. The details follow within separate findings.

The auditors found a lack of internal connectivity and consistency in the operations of the school system. No board policies were presented to the auditors that provided direction for curriculum articulation and coordination. Absent of policies, practices within the Uvalde Consolidated Independent School District lacked articulation and coordination. Additionally, auditors found that disparity exists in the achievement of students when the results of Hispanic and Anglo students are compared, and inequities exist in the diversity of enrollment in upper level classes and advanced courses, in disciplinary actions, and in activities that encourage students toward higher academic levels in high school. Disparity in access to course work also exists between the students at Batesville Middle School and Uvalde Junior High School. Finally, the auditors found that the design of the district and campus staff development programs and the necessary connectivity to curriculum needs to be inadequate to systematically improve student learning.

EXHIBIT
P-6
Blumberg No. 5118

**Finding 3.1: Curriculum Articulation and Coordination Are Insufficient to Provide Instructional Congruity.**

Articulation refers to the vertical communication of curriculum from one grade level to the next within aschool and between the different levels of schools (elementary, middle or junior high, and high). Coordination is the horizontal communication of curriculum across grade levels or subject areas within and between schools. Internal connectivity occurs when teachers are cognizant of the objectives that come before their grade level, and the concepts and skills that students need to know or be able to perform at the next grade level. A school system also displays internal connectivity when it ensures that all students in a grade level, or a course, are achieving the same exit outcomes in all school buildings.

Auditors examined curriculum documents, articulation agreements, staff memos, and interviewed administrators, professional staff, board members, and parents regarding the communication of curriculum in the Uvalde Consolidated Independent School District.

Auditors first looked for policy within the school district to determine what expectation existed for articulation and coordination of the curriculum. Normally, in Texas, *Policy EG (Local) Curriculum Development* would have given some hint of this expectation. However, in the Uvalde Consolidated Independent School District, this policy has not been updated since May 1979 when the last *Policy EG* was adopted. No expectation for curriculum articulation and coordination existed in this policy or in any other policies reviewed by auditors.

Overall, auditors found the articulation and coordination of the curriculum to be limited in the Uvalde Consolidated Independent School District. Concomitantly, internal connectivity was limited in the district.

Curriculum documents reveal the extent to which the curriculum planners made efforts to enhance articulation and coordination. For example, auditors expected to find pre-requisite skills for all objectives within the district curriculum. Criterion three of the Curriculum Guide Audit Criteria found in <u>Exhibit 2.3.1</u> states that the audit expects delineation of prerequisite essential skills, knowledge, and attitudes in curriculum documents as a measure of quality. However, when the curriculum documents of the Uvalde Consolidated Independent School District were analyzed, that criterion was ranked the lowest of the five criteria at 0.3 points out of a possible three points (see <u>Exhibit 2.3.2</u>). Only the English III and English IV guides exhibited prerequisite skills adequate to receive three points. Therefore, the design of the curriculum was inadequate to provide articulation of skills from kindergarten through grade 12.

Curriculum documents other than guides were reviewed by auditors. Elementary scopes and sequences were provided to the auditors. These documents defined the mastery level of objectives at the different grade levels and did serve to address articulation of skills. Work was done on the scope and sequence charts for the four content areas. However, when teachers and administrators were interviewed about these charts, conflicting information surfaced. For instance, some thought that the scope and sequence charts had been very valuable. Representative comments included the following:

- "We have a lot of curriculum that is organized for the grade level. They meet as teams. I see that we have a consistency in our curriculum."
- "We do have a scope and sequence document that guides and coordinates all the campuses."
- "We do a lot of collaborating between campuses."
- "The grade levels are working together a lot more."

However, others expressed views that were contradictory to those expressed above. Representative comments included the following:

- "We have no vertical alignment between campuses. Some efforts between junior high and high school started two years ago but have not continued. With the elementary, there are none (efforts toward vertical articulation)."

- "[There have been] no efforts to coordinate pre-kindergarten and kindergarten with [grades] 1 through 4, or with [grades] 5 and 6, or with [grades] 7 and 8."
- "We talk about it (articulation) at the beginning of the year, but it never gets done."
- "Seventh and 8[th] grades kind of fly by the seat of their pants. They don't have a set scope and sequence to follow."
- "Ninth grade meets with each other and occasionally meets with 8[th] grade. Some talk with 8[th] grade teachers, but it is not routine."

Auditors interviewed high school personnel and community college personnel to discover if curriculum articulation existed beyond the high school. Auditors found various articulation agreements between the community college and the career and technology program at Uvalde High School. These articulation agreements were for tech-prep classes for which students could earn college credit for classes taken at the high school. When personnel were interviewed, the following examples of articulation were offered:

- "The community college teachers are following the TEKS in the courses for which students are concurrently enrolled."
- "The head counselor at the high school will meet with college personnel to get descriptions of courses."

In addition, grant records reveal that the community college and district personnel have collaborated through interactive technology and other grants, such as the JTPA grant, to bring high school students to the college campus. According to college personnel, 85 percent of students who enroll in the community college complete the associate degree or transfer to a four-year college.

The Uvalde Consolidated Independent School District has hired grade level facilitators for two years. Although no job descriptions have been developed for the position (see Finding 1.3), the expressed purpose of the people hired in these positions was to design curriculum and coordinate the delivery of that curriculum in the classrooms at the elementary level. When facilitators were interviewed, it was discovered that they are assigned to specific grade levels and work with all of the teachers at that grade level in all elementary schools within the district. Their work contributes to the coordination among grade level teachers through grade 6. No similar positions exist at the 7th and 8th grade levels. Department chairs are used at the high school level, but no evidence was found that the high school chairs assist with an articulation process for grades 9 through 12. The Algebra I teachers in the math department, for example, worked together to coordinate Algebra I instruction, but no evidence was provided to indicate that Algebra I was then aligned with Algebra II or geometry or any of the upper level mathematics courses.

Auditors also looked for evidence of internal consistency in the district. They expected to find linkages between special programs such as special education, the bilingual program, and the gifted and talented programs and the regular programs offered within the schools. They also expected to find curriculum modifications linked to the curriculum that was offered for all students. These linkages would appear as modifications or enhancements to the regular curriculum and program and would not be separate from the regular program. Auditors also looked for the same access to all programs provided to all students regardless of the school that they attended.

A review of the curriculum documents provided to the auditors revealed no accommodations such as modifications or enhancements for special needs students. When personnel were interviewed the following comments were made:

- "I really think that we need to look at the way we develop curriculum for bilingual students. There isn't a bilingual curriculum."
- "Special education [teachers] don't have the materials they need."

Auditors interviewed special education teachers and administrators and found that teachers are provided with the CLASS curriculum for use in their classrooms. For the most part, special education

students are included in the regular classroom and then provided extra assistance through a content mastery teacher.   The CLASS program is used by the content mastery teacher and is a list of objectives that are matched with the students' needs.   Auditors randomly selected a group of five CLASS objectives from mathematics and five CLASS objectives from language arts and correlated them to the TEKS objectives to determine if special education students were receiving the same level of instruction in the content mastery classroom.   Exhibit 3.1.1 displays this correlation.

| Exhibit 3.1.1 Correlation of CLASS Objectives With TEKS Uvalde Consolidated Independent School District | | |
|---|---|---|
| **Mathematics TEKS** | **CLASS Codes** | **CLASS Objectives** |
| 2.1 Number, operation, and quantitative reasoning. The student understands how place value is used to represent whole numbers. | | |
| (A) use concrete models to represent, compare and order whole numbers (through 999), read the numbers, and record the comparisons using numbers and symbols (< > =) | M2.5 | determine the relationship between the two numbers (0-1,000) using < > = signs |
| | M2.13 | using rods or cubes, match 10 ones with a "ten" rod with the number 10 |
| | M2.14 | exchange ones for tens; play games involving trading |
| | M2.15 | using rods or cubes, build "one more," " one less," "ten more," "ten less" than a specified number |
| | M2.16 | create the numbers 1-99 with combinations of ones and tens; write the number symbols |
| | M2.17 | read the numbers and identify the place values in a 2-digit number |
| | M2.18 | sort and create bins for ones, tens, and hundreds blocks or rods: label bins; refresh the bins daily |
| | M2.19 | label sets of ones, tens, and hundreds by naming number in each category: 2 tens and 1 one = 21; 3 hundreds, no tens, 4 ones = 304 (attention to zero) |
| | M2.20 | write 2- and 3- digit numbers in 3 digit numbers |
| 3.13 Measurement. The student applies measurement concepts. | | |
| (A) measure to solve problems involving length, area, temperature, and time | M3.78 | use a ruler to draw line segments of specified lengths in inches, half inches, ¼ inch, and centimeters |
| | M3.81 | recall and perform the math sentence for figuring perimeter and area: solve problems [ ] with [ ] without cubes |
| | M3.94 | use a thermometer to measure temperatures: glass of water, cup of soup, body temperature |
| | M3.95 | use a thermometer to measure and compare temperatures: outside air, inside air, piece of ice, cup of coffee |
| | M3.96 | read temperatures on a [ ] Fahrenheit and [ ] Celsius thermometer to nearest 2 degrees |
| | M3.98 | recall freezing point, boiling point, and normal body temperature in Fahrenheit |
| | M3.104 | state time equivalents: # sec./min., min./hr., hrs./day, days/year |
| | M3.105 | use "a.m." and "p.m." notation to equate morning, noon, and night and various everyday routines |
| | M3.106 | count the number of hours between routines: getting up and eating lunch, soccer practice and bedtime |
| | M3.107 | count the minute markers between the numbers; read the time in minutes before the hour |
| | M3.108 | write time in digits with colons separating hours from minutes |
| | M3.109 | write and read time to the [ ] quarter hour [ ] five- and [ ] one-minute increments (3:47 p.m.) |

**Exhibit 3.1.1 (continued)**
Correlation of CLASS Objectives With TEKS
Uvalde Consolidated Independent School District

| Mathematics TEKS | CLASS Codes | CLASS Objectives |
|---|---|---|
| (5.1) Number, operations, and quantitative reasoning. The student uses place value to represent whole numbers and decimals. | | |
| (A) use place value to read, write, compare, and order decimals through the thousandths place. | M5.22 | identify place value in decimal numbers to [ ] tenths and [ ] hundredths [ ] thousandths |
| | M5.24 | compare using decimal values using < > = symbols |
| (5.12) Probability and statistics. The student describes and predicts the results of a probability experiment. | | |
| (B) use experimental results to make predictions | M5.129 | create a graph or graphic showing range of probabilities in an experimental event: showing "heads" or " tails" in one or more coin tosses; spinner; cards in a deck, etc. |
| (7.2) Number, operation and quantitative reasoning. The student adds, subtracts, multiplies, or divides to solve problems and justify solutions. | | |
| (F) select and use appropriate operations to solve problems and justify the selections | M3.47 | solve application problems using graphics, estimating and/or mental math |
| | M4.45 | solve problems in story settings using number lines, number sentences, charts, diagrams |
| | M5.47 | solve application problems by implementing one or more effective strategies |
| | M6.47 | solve percent problems finding base: 24% of ? is 10 |
| | A96 | devise clarification techniques and solve word problems; circle facts, underline question, draw pictures, make charts |
| **Language Arts** | | |
| (1.21) Writing/grammar/usage. The student composes meaningful texts by applying knowledge of grammar and usage. | | |
| (B) compose complete sentences in written texts and use the appropriate end punctuation (1-2) | WL1.42 | write complete simple sentences [ ] declarative [ ] interrogative using appropriate capitalization and punctuation |
| (3.12) Reading/inquiry/research. The student generates questions and conducts research using information from various sources. | | |
| (H) demonstrate learning through productions and displays such as oral and written reports, murals, and dramatizations (2-3) | R3.31 | Give oral reports, structured and spontaneous; using visuals to support and clarify |
| | R3.41 | recall sequence events in a selection heard by [ ] drawing a comic strip [ ] acting out the sequence [ ] retelling [ ] sequencing sentence statements |
| | R3.44 | create chart to compare and contrast main ideas, characters, plot, setting per chapter in multi-chapter selections heard |
| (4.9) Reading/vocabulary development. The student acquires an extensive vocabulary through reading and systemic word study. | | |
| (B) draw on experiences to bring meanings to words in context such as interpreting figurative language and multiple-meaning words (4-5) | R4.17 | read aloud grade level sight words [ ] in context and [ ] from random list |
| | R4.23 | create and update a "figurative language" notebook: include sections for expressive synonyms, common idioms, and similes with their meanings annotated (drawings, phrases) |
| | R4.24 | identify and paraphrase examples of figurative language in reading selections |
| (6.8) Reading/variety of texts. The student reads widely for different purposes in varied sources. | | |
| (A) read classic and contemporary works (2-8) | R6.59 | silently read grade level selections [ ] in preparation for oral discussion [ ] for pleasure |

| Exhibit 3.1.1 (continued)<br>Correlation of CLASS Objectives With TEKS<br>Uvalde Consolidated Independent School District | | |
|---|---|---|
| **Language Arts** | **CLASS Codes** | **CLASS Objectives** |
| (8.10) Reading/comprehension.  The student uses a variety of strategies to comprehend a wide range of texts of increasing levels of difficulty. | | |
| (J) distinguish fact and opinion in various texts (4-8) | R4.55 | identify selections that are fiction or nonfiction; fact or opinion; logical or relevant |
| | R5.46 | identify persuasive speech; discriminate hyperbole from factual material; promises, dares, flattery, exaggerations, distortions |
| | R9.43 | identify persuasive speech; discriminate hyperbole from factual material; promises, dares, flattery, exaggerations, distortions |
| | R9.44 | identify selections that are fiction, nonfiction; biographical or historical fiction, essay, propaganda, sales |

As can be noted from Exhibit 3.1.1:

- The TEKS objectives in mathematics require students to operate at much higher cognitive levels than the CLASS objectives.  For example, TEKS 3.13 in mathematics requires students to solve problems using length, area, temperature, and time.  The CLASS objectives correlated to that specific TEKS objective require students to use a ruler to draw line segments, read temperatures on a Fahrenheit and Celsius thermometer, and to state time equivalents.

- The TEKS objectives in language arts require students to demonstrate learning in more complex ways than the CLASS objectives do.  For example, TEKS 3.12 (H) in language arts requires a student to demonstrate learning through productions and displays such as oral and written reports, murals, and dramatizations.  The CLASS objective correlated with that TEKS objective requires the student to give an oral report, recall the sequence of events, and/or to retell a story.

Auditors concluded that students in special education classrooms did not experience the delivery of a curriculum that had internal consistency.  No evidence was offered to auditors to indicate that the regular classroom teacher and the special education teacher communicated more than the basic objective that was being taught to the students.  There was no mechanism in place for special education and regular education teachers to discuss the different expectations between the CLASS objectives and the TEKS objectives.

Finally, auditors examined the degree to which students at Batesville Middle School and Uvalde Junior High School had equal access to the curriculum and had equal opportunities to participate in a variety of activities.  Auditors discovered that although Uvalde Junior High offers pre-advanced placement courses in the four core subject areas, no pre-advanced placement courses are offered on the Batesville campus (see Exhibit 3.2.8).  Furthermore, Junior National Honor Society is offered on the Uvalde Junior High campus, but it is not offered at Batesville (see Exhibit 3.2.2).  Consequently, the district does not exhibit internal consistency with respect to offerings for 7th and 8th grade students.

In summary, the district has allocated a substantial amount of personnel money to hire elementary facilitators, and their work with grade level teachers across the district has enhanced coordination of the curriculum design and delivery.  However, this type of coordination is not provided at other levels.  In addition, the elementary facilitators' tasks have not included curriculum articulation among the elementary grades.  No other system within the district has provided a complete K-12 or K-14 articulation system.  And finally, internal consistency is lacking within the Uvalde Consolidated Independent School District related to access of special education and bilingual students to the core curriculum and with respect to 7th and 8th grades students at Batesville Middle School.

**Finding 3.2: Several Inequities Exist Throughout the District Regarding the Allocation of Support and Resources to Students Based on Need; Inequalities Exist in the Application of Some District Procedures.**

An effective school district reflects a belief and commitment that all students, regardless of their gender, ethnicity, cultural background, or economic status will experience academic success at similar levels and that special learning needs students will achieve to their potential. To this end, all students must be provided with equal opportunity and access to programs as well as equitable support to achieve the intended outcomes. Fairness is expected in areas of student placement in programs and in promotion, retention, and discipline practices.

The board of trustees and employees of a school district committed to the success of all learners recognize that students do have differences and that some of these differences relate to the manner and speed in which students learn. Accordingly, it is reasonable to expect that students should be treated differentially. The audit defines this as "equity." Human and financial resources are distributed across the district equitably to ensure that students with differential needs are given equal opportunity to learn at optimal levels.

To determine the status of equality and equity in the Uvalde Consolidated Independent School District, the auditors reviewed the Office of Civil Rights Report (2001), the Texas Education Agency Bilingual Education/ESL Compliance Report (July 28, 2000); the Texas Education Agency Accreditation Report (April 6, 1993); the 2000-2001 Gifted and Talented Staff Handbook; the 2000-2001Bilingual/ESL Program document; the 1999-2000 Academic Excellence Indicator System (AEIS) Report; several PEIMS generated reports based on demographics, class enrollment, program enrollment, and disciplinary reports; and school board policies. In addition to visiting all campuses, they also interviewed district administrators, parents, community members, and teachers.

The auditors found achievement gaps among various student demographic groups as well as inequities in levels of support offered to students in the Uvalde Consolidated Independent School District. Furthermore, the opportunity for male, Hispanic, and economically disadvantaged students to receive an equal opportunity for optimal learning is negatively affected by their disproportionate involvement in programs and disciplinary practices.

For the 2000-2001 school year, the Uvalde Consolidated Independent School District adopted five goals. The first of those goals indirectly reflects the outcome of equity in stating that "all students will...meet their full educational potential." This goal is printed at the beginning of the District Improvement Plan and all Campus Improvement Plans. However, there is no direct reference to equity with broad coverage for all students in the district's goals, mission statement, or board policies.

The following board policies indirectly reference equal opportunity or specific equity issues:

- *Board Policy AE (Local) Educational Philosophy* includes an expectation that "...education should provide opportunity for optimum mental, physical, emotional, moral, and social growth and development of each individual...." A statement in the second paragraph comes very close to the equity issues without labeling it as such: "to develop the student's highest potentialities, the District must take into consideration the nature of the student's assets."

- *Board Policy AF (Exhibit) Goals and Objectives* includes a statement that "...all Texas children have access to a quality education that enables them to achieve their full potential...." This wording is also referenced in Objective 2 of the state's plan.

**Student Achievement**

Test Scores

The district administers the Texas Assessment of Academic Skills (TAAS), the state-mandated criterion-referenced test, annually to students in grades 3 through 8 and 10. Content areas tested include reading and mathematics at all grade levels, writing at grades 4, 8, and 10, and science and social studies at grade 8. End-of-course tests are administered at the end of Algebra I, biology,

English II, and United States History. Data from the 1999-2000 Academic Excellence Indicator System (AEIS) Report indicate that all student groups (based on race and economic status) are not performing at comparable levels (see Exhibit 4.3.16). Anglo students outperform Hispanic and economically disadvantaged students at every grade level and in every content area, including end-of-course tests.

While some variation in achievement is natural and therefore expected, gaps between Anglo and Hispanic students that range from 10 percentage points on the grade 3 reading test to 35 percentage points on the grade 8 social studies test and 39 percentage points on the United States History end-of-course exam are excessive and do not exist in an effective school district. Even wider gaps exist between Anglo and economically disadvantaged students at every grade level and content area tested (see Exhibits 4.3.12 through 4.3.15).

The April 6, 1993, TEA Accreditation Report cited the district on "the magnitude of the equity gap." Anglo-Hispanic student achievement gaps on the 1991-92 TAAS were noted to range from 25 to 44 percentage points. The TEA team recommended immediate steps to close the gap. To date, only limited progress has been made in some areas. Large gaps still exist.

The Anglo-Hispanic achievement gaps have not gone unnoticed by some people in the community. An Hispanic parent made the following comment to auditors: "I want to know what the district is doing to address the equity gaps between student groups. We don't have all the data, but I'll bet it (gap) would be seen across everything. It jumps out at you in the TAAS scores. We're talking about 20-30 points difference."

Uvalde Consolidated Independent School District students may choose to take other tests, including those associated with higher levels of academic performance and preparation for college entrance. Exhibit 3.2.1 reveals data relative to the Scholastic Aptitude Test I (SAT) and American College Testing program (ACT) (college entrance examinations), and the Advanced Placement (AP) program at Uvalde High School (grades 11 and 12).

| | **Exhibit 3.2.1**<br>Comparison of SAT, ACT, and AP Performance of<br>Anglo, Hispanic, and Economically Disadvantaged Students<br>Uvalde Consolidated Independent School District<br>1999-2000 | | | |
|---|---|---|---|---|
| | | | **Performance** | |
| **Test** | **Criterion** | **Anglo** | **Hispanic** | **Econ. Disad.** |
| SAT, ACT | Percent of students tested | 72% | 45% | n/a |
| | Percent scoring at or above criterion* | 27% | 6% | n/a |
| AP | Percent of students taking at least one AP examination | 18% | 5% | n/a |
| | Percent of AP test scores of three or above | 47% | 38% | n/a |
| | Percent of students with at least one AP score of three or above | 48% | 50% | n/a |
| *1110 on SAT and 24 on ACT<br>Data Source: UCISD 1999-2000 AEIS Report | | | | |

Important findings in Exhibit 3.2.1 include:

- Anglo students outperformed Hispanic students on college entrance tests in test performance as well as the percentage of students tested.
- Anglo students outperformed Hispanic students in the percentage of students taking at least one AP test and in the percentage of their AP test scores that were a three or better (on a scale of one to five).
- Hispanic students outperformed Anglo students by a small margin (two percentage points) in percentage of students with at least one AP score of three or better.

- The number of economically disadvantaged students who took the ACT, SAT, and AP tests was too small for the scores to be reported ("N/A") indicating a significant underrepresentation, as 56 percent of the students at Uvalde High School are economically disadvantaged.

National Honor Society

The main criterion for admission to the National Honor Society at Uvalde High School and the Junior National Honor Society at Uvalde Junior High School is student grades, ostensibly based on student academic performance in the classroom and as related to discrete subjects studied. As reported by campus staff, students must have a cumulative grade average of 92 at Uvalde High School and 94 at Uvalde Junior High School before they can be considered for admittance.

The student composition of prestigious groups such as honor societies are expected to reflect similar characteristics of the student body. However, the auditors found that Hispanic students are underrepresented in the honor society membership at both schools. According to one employee, "Hispanic students are not recruited into the National Honor Society and other clubs. These organizations are predominately Anglo." Exhibit 3.2.2 and Exhibit 3.2.3 present an analysis of National Honor Society membership by ethnicity.

**Exhibit 3.2.2**
Composition of Junior National Honor Society Membership by Ethnicity
Uvalde Junior High School
Uvalde Consolidated Independent School District
2000-2001



*Data Source: District Generated Report*

**Exhibit 3.2.3**
Composition of National Honor Society Membership by Ethnicity
Uvalde High School
Uvalde Consolidated Independent School District
2000-2001



*Data Source: District Generated Report*

These two exhibits reveal that:

- Although the Hispanic student enrollment at Uvalde Junior High School is 79 percent, only 48 percent of the membership of grade 7 and 8 Junior National Honor Society is Hispanic.
- Although the Hispanic student enrollment at Uvalde High School is 76 percent, only 43 percent of the membership in the National Honor Society is Hispanic.

## Support Services

### Administrative Support

In an effective school district, a variety of services that indirectly facilitate learning are provided to students and staff, including administrative leadership, staff development, and parental support. These are all important elements to student success.

It is reasonable to expect that assignment of program administrative oversight be based on complexity of the program and the specific needs of the students enrolled in the program.  However, after reviewing job descriptions and interviewing central office staff, the auditors found a disproportionate under-assignment of administrative staff to provide direction to the bilingual/English as a Second Language program.  As per the 1999-2000 AEIS report, 13 percent of the Uvalde Consolidated Independent School District enrollment is Limited English Proficient, and 11.9 percent of students are served in special education programs.  Special education and bilingual/ESL programs are similar in complexity in that entry to both programs involves a multiple-step assessment and placement process; both programs must comply with numerous federal and state guidelines; and the provision of student services must be monitored on a regular basis.  A director of special education administers the special education program, but the bilingual/ESL program has been and is currently administered by a professional employee who has other responsibilities.  According to staff and parent interviews, this lack of responsibility and leadership has existed for twenty years or so.

Insufficient leadership and attention to the bilingual/ESL program is likely a contributing factor to the program deficiencies identified during the June 5-7, 2000, TEA compliance audit visit as well as two problems the auditors found during interviews, visits, and document review: (1) access to the curriculum by Limited English Proficient students who remain in bilingual programs after they become fluent in English, and (2) a high rate of "denials" by parents of LEP children who do not want their children served in the bilingual/ESL programs.  Although 13 percent of the district enrollment is LEP, only 10.2 percent are served in bilingual/ESL programs.

### Staff Development

Auditors also found inequalities in offerings of district-sponsored staff development.  The district offered more staff development opportunities for elementary than for secondary personnel.  Of the total of 23 training opportunities for professional staff during the 2000-2001 school year (as of the audit visit date), 14 (23 percent) were targeted to elementary staff, three (13 percent) were targeted to secondary staff, and six (26 percent) were appropriate for elementary and secondary staff.  This imbalance of service or attention to staff needs at the elementary level also was expressed to the auditors by several staff members.

During interviews with auditors, several employees opined that they felt the central office staff was partial to the elementary schools -- that more attention was given to elementary programs and curriculum.

### Parent Communication

Another area in which the auditors found inequality in support services was in communication with parents. Parent involvement is an integral element of an effective school. To be maximally involved, parents must be informed about campus and district activities as well as apprised of specific issues regarding their child(ren).

Approximately 13 percent of the Uvalde Consolidated Independent School District student enrollment is Limited English Proficient (LEP).  Approximately 11 percent of the student enrollment is served in

bilingual-ESL programs. Administrators reported that approximately five percent of the parents of students lack proficiency in speaking and/or understanding the English language. However, during interviews and document review, the auditors found that none of the district's publications are translated into Spanish. Central office and campus personnel reported the use of interpreters, as needed, and those commenting said that the current system appears to be working. One principal reported that the school secretary, who speaks Spanish, translates notes into Spanish when campus personnel know the parent of a child does not speak or read English.

In order to ensure that clear communication with school personnel is in place, parents must be able to understand the message being transmitted without exception, and the communication method should be one in which the parent feels confident and comfortable. The result of failure to communicate could result in lack of equal access to opportunities that are critical to the student's success.

**Allocation of Resources**

The auditors found a wide variation across the district in the allocation of human, financial, and learning resources to students. Equity in curriculum delivery requires resources to flow according to student needs. A common indicator of need among student groups is economic status, defined in Texas as being eligible for the federal free and reduced-price breakfast and lunch programs. Exhibit 3.2.4 provides a comparison of economic status of students by campus to the allocation of teachers, funds, and library books. The exhibit includes the district average and a +/- 20 percent variance range for each variable. Campuses are listed in descending order according to the percentage of enrolled economically disadvantaged students, with the expectation that the equitable allocation of resources would reflect a similar order. One exception would exist to this statement: the number of students per teacher should have a corresponding ascending order.

| School | Grade | Total Enrollment | % Economically Disadvantaged | # of Students per Teacher | Average Years Experience of Teachers | Budgeted Expenditures Per Student | TI & SCE Funds per Student | # Library Books per Student |
|---|---|---|---|---|---|---|---|---|
| **Exhibit 3.2.4** Comparison of Campus Economic Status to Human, Learning, and Financial Resources Uvalde Consolidated Independent School District 1999-2000 | | | | | | | | |
| *District* | PK-12 | 5323 | 72.9% | 13.7 | 11.7 | $4,180 | $590 | 20 |
| (+-)20% Range | | | 58.3-87.4 | 10.5-15.72 | 9.4-14.0 | $3344-$5016 | $472-$780 | 16-24 |
| Batesville Elementary | PK-4 | 151 | 96.0% | 13.1 | 8.8 | $5,094 | $849 | 36 |
| Batesville Middle | 5-8 | 124 | 92.7% | 13.1 | 13.2 | $5,465 | $566 | 36 |
| Anthon Elementary | 1-4 | 602 | 84.1% | 13.9 | 11.2 | $3,261 | $597 | 20 |
| Excel Academy | 9-12 | 90 | 83.3% | 10.2 | 5.5 | $7,853 | $5,911 | 0 |
| Dalton Elementary | Pre-K | 635 | 81.9% | 19.8 | 14.1 | $2,903 | $576 | 19 |
| Robb Elementary | 1-4 | 549 | 80.3% | 13.7 | 11.2 | $3,664 | $696 | 28 |
| Flores Elementary | 5-6 | 697 | 77.9% | 14.6 | 9.5 | $3,436 | $437 | 13 |
| Benson Elementary | 1-4 | 371 | 70.9% | 12.3 | 12.2 | $3,902 | $511 | 24 |
| Uvalde Jr. High | 7-8 | 756 | 68.1% | 14.0 | 10.2 | $4,060 | $367 | 19 |
| Uvalde High School | 9-12 | 1348 | 56.2% | 12.2 | 13.6 | $4,911 | $501 | 16 |
| *Data Source: UCISD 1999-2000 AEIS Report and District Generated Report* | | | | | | | | |

Important findings in Exhibit 3.2.4 are as follows:

- The percentage of economically disadvantaged students ranges from a low of 56 percent at Uvalde High School to a high of 96 percent at Batesville Elementary.
- There is no observable relationship between the economic status of a campus and the flow of any single resource reflected on the exhibit.
- The relatively low percentages of economically disadvantaged students at the two secondary schools are likely the result of the student self-reporting system that often under identifies secondary students.
- The number of students per teacher ranges from a low of 10.2 at the Excel Academy, an alternative program of choice, to a high of 19.8 at Dalton Elementary, a PK-K campus. The high ratio at Dalton is likely the result of half-day prekindergarten classes.
- The range in average years of teacher experience ranged from 5.5 years at the Excel Academy to 14.1 at Dalton Elementary.
- The average budgeted expenditure per student ranged from $2,903 per student at Dalton elementary to $7,853 at the Excel Academy. Auditors discovered that funds are typically allocated to campuses based on a per capita formula (see Finding 5.1) rather than needs of the students.
- The amount of combined entitlement dollars (State Compensatory Education and Federal Title I) allocated to campuses ranges from $367 at Uvalde Junior High to $5,911 at the Excel Academy. District administrators informed auditors that the larger expenditure of entitlement funds at the Excel Academy was by design. When the Excel Academy is eliminated from the comparison, Robb Elementary School, ranking sixth out of ten schools in concentration of economically disadvantaged students, is receiving the largest entitlement funding at $696 per student.
- The average number of library books ranges from zero (0) at the Excel Academy to 36 at the Batesville School, which has only one library that serves elementary and middle school students. When the Excel Academy is not considered for this variable, Flores Elementary has the next lowest number of library books per student designated at 13.
- When allocation of the five resources depicted in the exhibit are ranked for each campus, the two Batesville campuses are at the top of the list for overall resource allocation, indicating a correlation between resources and high student needs at that campus.
- The remaining comparisons provide no direct relationships between student need and overall resource allocation. Flores Elementary, with almost 78 percent economically disadvantaged students, has significantly fewer resources of those measured in this exhibit than all other campuses.

Another resource critical to the success of students is the presence of teachers and staff who can serve as ethnic and/or cultural role models for students in the learning environment. The auditors found a significant disproportion of students per teacher according to ethnicity in the Uvalde Consolidated Independent School District.

Exhibit 3.2.5 presents a district-wide and campus comparison of teacher to student ratios by ethnicity.

**Exhibit 3.2.5**
**Comparison of Students and Teachers by Ethnicity**
**Uvalde Independent School District**
**1999-2000**

| School | Total Students | Total Teachers | Hispanic | | | | | Anglo | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | # Students | % Students | # Teachers | % Teachers | Ratio: 1: | # Students | % Students | # Teachers | % Teachers | Ratio: 1: |
| *District* | *5323* | *388* | *4404* | *83%* | *118* | *30%* | *37* | *887* | *17%* | *269* | *69%* | *3* |
| Uvalde High School | 1348 | 110 | 1006 | 75% | 22 | 20% | 46 | 337 | 25% | 88 | 80% | 4 |
| Uvalde Jr. High | 756 | 54 | 606 | 80% | 12 | 22% | 51 | 148 | 20% | 42 | 78% | 4 |
| Excel Academy | 90 | 9 | 86 | 96% | 4 | 44% | 22 | 4 | 4% | 5 | 56% | 1 |
| Batesville Middle | 124 | 10 | 119 | 96% | 3 | 30% | 40 | 5 | 4% | 7 | 70% | 1 |
| Batesville Elementary | 151 | 12 | 145 | 96% | 9 | 75% | 16 | 6 | 4% | 3 | 25% | 2 |
| Anthon Elementary | 602 | 43 | 521 | 87% | 14 | 33% | 37 | 80 | 13% | 29 | 67% | 3 |
| Benson Elementary | 371 | 30 | 307 | 83% | 14 | 47% | 22 | 59 | 16% | 16 | 53% | 4 |
| Dalton Elementary | 635 | 32 | 567 | 89% | 12 | 38% | 47 | 63 | 10% | 20 | 63% | 3 |
| Flores Elementary | 697 | 48 | 580 | 83% | 11 | 23% | 53 | 110 | 16% | 37 | 77% | 3 |
| Robb Elementary | 549 | 40 | 467 | 85% | 17 | 43% | 27 | 75 | 14% | 23 | 58% | 3 |

Percentages may not total 100 due to rounding.
*Data Source: 1999-2000 UCISD AEIS Report*

Important points in Exhibit 3.2.5 are as follows:

• The district-wide ratio of Hispanic teachers to Hispanic students is 1:37.
• The district-wide ratio of Anglo teachers to Anglo students is 1:3.
• The Anglo ratios range from one to four students per teacher, with the Excel Academy and Batesville Middle School having an Anglo teacher for each student.
• The Hispanic ratios range from 16 students per teacher at Batesville Elementary to 56 at Flores Elementary.

The auditors received many comments from employees and community members regarding the low Hispanic teacher-to-student ratios across the district. The following are some examples:

• "There are a lot more Anglo teachers than Hispanic. People will communicate better to their race."
• "I feel we need to hire teachers that represent the demographics of Uvalde."
• "Our school district has not hired enough Hispanic school teachers. If you look at our school background, the ethnic background is reversed. I don't think the school district has made a concerted effort to bring in Hispanic teachers."
• "This district does not recruit Hispanic teachers. It took me several tries over seven years to get in. I have Hispanic friends who have tried and do not get in. They get overlooked."

**Grouping and Placement Practices**

In an effective school district, placement or assignment of students to special programs or classes is based on procedures that relate to specific student needs and program benefits and do not reflect economic, ethnic, or gender bias. Assignment of students to such programs is anticipated to reflect the composition of the student enrollment based on categories within these demographic characteristics.

Special education, gifted and talented, and Advanced Placement are among the programs offered to Uvalde Consolidated Independent School District students who have special learning needs. The auditors found disproportionate numbers of student groups enrolled in these programs.

Enrollment in special education by gender (excluding speech handicapped) is reflected in Exhibit 3.2.6.

| School | Total Enrollment | # Special Education | % Special Education of Total Enrollment | Males | | | Females | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | # Special Education | % of Total Special Education | % of Total Enrollment | # Special Education | % of Total Special Education | % of Total Enrollment |
| **Exhibit 3.2.6** Distribution of Special Education Students by Gender Uvalde Consolidated Independent School District 1999-2000 | | | | | | | | | |
| *District* | *5323* | *653* | *12%* | *441* | *68%* | *8%* | *212* | *32%* | *4%* |
| Secondary | 2318 | 265 | 11% | 168 | 63% | 7% | 97 | 37% | 4% |
| Uvalde High | 1348 | 140 | 10% | 81 | 58% | 6% | 59 | 42% | 4% |
| Uvalde Jr. High | 756 | 102 | 13% | 73 | 72% | 10% | 29 | 28% | 4% |
| Excel Academy | 90 | 6 | 7% | 2 | 33% | 2% | 4 | 67% | 4% |
| Batesville Middle | 124 | 17 | 14% | 12 | 71% | 10% | 5 | 29% | 4% |
| Elementary | 3005 | 388 | 13% | 273 | 70% | 9% | 115 | 30% | 4% |
| Batesville | 151 | 17 | 11% | 14 | 82% | 9% | 3 | 18% | 2% |
| Anthon | 602 | 64 | 11% | 43 | 67% | 7% | 21 | 33% | 3% |
| Benson | 371 | 40 | 11% | 32 | 80% | 9% | 8 | 20% | 2% |
| Dalton | 635 | 57 | 9% | 44 | 77% | 7% | 13 | 23% | 2% |
| Flores | 697 | 133 | 19% | 90 | 68% | 13% | 43 | 32% | 6% |
| Robb | 549 | 77 | 14% | 50 | 65% | 9% | 27 | 35% | 5% |
| *Data Source: 1999-2000 UCISD AEIS Report and District Generated Report* | | | | | | | | | |

As can be noted in Exhibit 3.2.6:

- Twelve percent of the total district enrollment is served in special education (excluding speech services).
- Sixty-eight percent of the total special education population is male. Since males represent 51 percent of the total student body, they are overrepresented in special education programs throughout the district.
- The incidence of males in special education programs at the elementary level (70 percent) is slightly higher than at the secondary level (63 percent).
- The overrepresentation of males in special education is consistent among all campuses except for the Excel Academy.
- The percentage of special education students at Flores Elementary (19 percent) is five percentage points higher than at the next highest schools (Robb Elementary and Batesville Middle).

Enrollment in the gifted and talented program by ethnicity is presented in Exhibit 3.2.7.

**Exhibit 3.2.7**
Distribution of Gifted and Talented Students by Ethnicity
Uvalde Consolidated Independent School District
1999-2000

| School | Total Enrollment | # GT | % GT of Total Enrollment | Hispanic | | | | Other | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | # GT | % of Total GT Enrollment | % of Total Enrollment | % GT of Total Enrollment | # GT | % of Total GT Enrollment | % of Total Enrollment | % GT of Total Enrollment |
| *District* | 5323 | 303 | 6% | 145 | 48% | 83% | 3% | 158 | 52% | 27% | 3% |
| Secondary | 2318 | 144 | 6% | 49 | 34% | 78% | 2% | 95 | 66% | 22% | 4% |
| Uvalde High | 1348 | 88 | 2% | 24 | 27% | 75% | 2% | 64 | 73% | 25% | 1% |
| Uvalde Jr. High | 756 | 46 | 6% | 15 | 33% | 80% | 2% | 31 | 67% | 20% | 4% |
| Excel Academy | 90 | 0 | 0% | 0 | 0% | 96% | 0% | 0 | 0% | 4% | 0% |
| Batesville Middle | 124 | 10 | 8% | 10 | 100% | 96% | 8% | 0 | 0% | 4% | 0% |
| Elementary | 3005 | 159 | 5% | 96 | 60% | 86% | 3% | 63 | 40% | 14% | 2% |
| Batesville | 151 | 6 | 4% | 6 | 100% | 96% | 4% | 0 | 0% | 4% | 0% |
| Anthon | 602 | 36 | 6% | 21 | 58% | 87% | 3% | 15 | 42% | 13% | 2% |
| Benson | 371 | 27 | 7% | 15 | 56% | 83% | 4% | 12 | 44% | 17% | 3% |
| Dalton | 635 | 0 | 0% | 0 | 0% | 89% | 0% | 0 | 0% | 11% | 0% |
| Flores | 697 | 57 | 8% | 36 | 63% | 83% | 5% | 21 | 37% | 17% | 3% |
| Robb | 549 | 33 | 6% | 18 | 55% | 85% | 3% | 15 | 45% | 15% | 3% |

*Data Source: District Generated Report*

Important points presented in Exhibit 3.2.7 are as follows:

- Six percent of the total district enrollment is served in gifted and talented programs.
- All campuses serve gifted and talented students except the Excel Academy and Dalton Elementary. (Data in Exhibit 3.2.7 are based on the fall 2000 enrollment snapshot and therefore do not reflect the initiation of services to gifted and talented students at Dalton during the 2000-2001 school year.)
- The percentage of Hispanic students served in gifted and talented programs is 48 percent as compared to the total district Hispanic enrollment of 83 percent, a disproportionately low representation of Hispanic students.
- Hispanic students are more likely to be in gifted and talented programs at the elementary level (60 percent of the total GT enrollment) when compared to the secondary level (34 percent of the total GT enrollment).
- The percentage of students from all ethnic backgrounds served in secondary gifted and talented programs is almost twice the number served on elementary campuses.
- All gifted and talented students served at Batesville Middle and Elementary Schools are Hispanic; however, the number and percentage of gifted and talented students are small (six percent and four percent, respectively).

Enrollment in Pre-Advanced Placement courses by gender and ethnicity at Uvalde Junior High School is presented in Exhibit 3.2.8.

**Exhibit 3.2.8**
Pre-advanced Placement Enrollment by Ethnicity and Gender
Uvalde Junior High School
Uvalde Consolidated Independent School District
1999-2000

| Subject | # Classes | Total Enrollment | Hispanic | | | | | Other | | | | | Gender | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | # Male | % Male | # Female | % Female | Total % Hispanic | # Male | % Male | # Female | % Female | Total % Other | Total % Male | Total % Female |
| Language | 4 | 60 | 5 | 8% | 21 | 35% | 43% | 11 | 18% | 23 | 38% | 57% | 27% | 73% |
| Math | 10 | 216 | 48 | 22% | 67 | 31% | 53% | 49 | 23% | 52 | 24% | 47% | 45% | 55% |
| Science | 6 | 127 | 16 | 13% | 34 | 27% | 39% | 30 | 24% | 47 | 37% | 61% | 36% | 64% |
| Social Studies | 3 | 34 | 3 | 9% | 7 | 21% | 29% | 7 | 21% | 17 | 50% | 71% | 29% | 71% |
| Total | 23 | 437 | 72 | 16% | 129 | 30% | 46% | 97 | 22% | 139 | 32% | 54% | 39% | 61% |

*Data Source: District Generated Report*

Points of note in Exhibit 3.2.8 are as follows:

- Pre-AP classes in all four core content areas are offered at Uvalde Junior High School.
- Although Hispanic students comprise 79 percent of the campus student enrollment, only 46 percent of the enrollment in Pre-AP classes is Hispanic, indicating under representation.
- Hispanic students are better represented in mathematics Pre-AP courses than the other three content areas.
- Almost twice as many Pre-AP courses are taken by Hispanic females (30 percent) than Hispanic males (16 percent).
- When ethnicity is excluded from the comparison, the percentage of Pre-AP classes taken by females is much higher (61 percent) than those taken by males (39 percent). Males comprise 51 percent of the student enrollment at Uvalde Junior high; therefore, they are underrepresented in Pre-AP courses offered on the campus.
- Girls are more likely than boys to take Pre-AP classes in all four core content areas (including mathematics).

Enrollment in Advanced Placement courses by gender and ethnicity at Uvalde High School is presented in Exhibit 3.2.9.

**Exhibit 3.2.9**
Advanced Placement Enrollment by Ethnicity and Gender
Uvalde High School
Uvalde Consolidated Independent School District
1999-2000

| Subject | # Classes | Total Enrollment | Hispanic | | | | | Other | | | | | Gender | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | # Male | % Male | # Female | % Female | Total % Hispanic | # Male | % Male | # Female | % Female | Total % Other | Total % Male | Total % Female |
| English | 8 | 171 | 21 | 12% | 48 | 28% | 40% | 49 | 29% | 53 | 31% | 60% | 41% | 59% |
| Math | 8 | 167 | 41 | 25% | 36 | 22% | 46% | 53 | 32% | 37 | 22% | 54% | 56% | 44% |
| Science | 10 | 201 | 38 | 19% | 54 | 27% | 46% | 61 | 30% | 48 | 24% | 54% | 49% | 51% |
| Social Studies | 7 | 99 | 16 | 16% | 21 | 21% | 37% | 34 | 34% | 28 | 28% | 63% | 51% | 49% |
| Spanish | 5 | 98 | 15 | 15% | 78 | 80% | 95% | 3 | 3% | 2 | 2% | 5% | 18% | 82% |
| Latin | 4 | 29 | 2 | 7% | 5 | 17% | 24% | 10 | 34% | 12 | 41% | 76% | 41% | 59% |
| Acad. Decath | 2 | 24 | 3 | 13% | 8 | 33% | 46% | 6 | 25% | 7 | 29% | 54% | 38% | 63% |
| Total | 44 | 789 | 136 | 17% | 250 | 32% | 49% | 216 | 27% | 187 | 24% | 51% | 45% | 55% |

*Data Source: District Generated Report*

Points of note in Exhibit 3.2.9 are as follows:

- Advanced Placement courses are offered in the four core content areas and in Spanish and Latin at Uvalde High School.
- Hispanic students comprise 75 percent of the campus student enrollment, but only 49 percent of the enrollment in AP classes is Hispanic, indicating underrepresentation. This number is elevated by the overrepresentation of Hispanic females in AP Spanish courses (80 percent).
- Ninety-five percent of all AP Spanish seats are filled by Hispanic students.
- Only 24 percent of all AP Latin seats are filled by Hispanic students.
- Almost twice as many AP courses are taken by Hispanic females (32 percent) than Hispanic males (17 percent).
- When ethnicity is excluded from the comparison, the percentage of Pre-AP classes taken by females is slightly higher (55 percent) than those taken by males (45 percent). Males comprise 52 percent of the student enrollment at Uvalde High; therefore, they are slightly underrepresented in the total number of AP courses offered on the campus. However, female representation is skewed by the heavy enrollment of females in AP Spanish (82 percent).
- Females are slightly less likely to take AP mathematics and social studies classes than males.

Parents, staff, and community members expressed concern regarding the underrepresentation of Hispanic students in academically advanced programs. The following are examples of comments made to auditors during interviews:

- "A lot of kids are left out of the GT programs. A majority of Hispanics are denied."
- "There are more white kids in GT classes."
- "A lot of treatment of Hispanics has not changed since we were in school, and that is sad."
- "I'm concerned that we don't have many LEP students in GT."
- "Uvalde (CISD) was cited this year because we had very low representation from the LEP population in GT."
- "The Hispanic community is very aggressive, and they want to see some changes in our district. This (GT identification) has been an issue for some time."
- "I think we could have a bit more (minority representation in GT). It's up to the parents. If the teacher doesn't recommend them, they're not in."
- "I can't say that we've made a concerted effort (to enroll Hispanic students in GT)."

### Access to Programs and Related Opportunities

Batesville Middle School serves approximately 70 students in grades 7 and 8. These students attend Uvalde High School for grades 9-12. Although Uvalde Junior High, the district campus that serves all other grade 7 and 8 students, offers Pre-Advanced Placement courses in the four core subject areas (see Exhibit 3.2.8), no Pre-Advanced Placement courses are offered on the Batesville campus. The lack of opportunity for Batesville grade 7 and 8 students to take Pre-AP classes while at the middle school puts them at a definite disadvantage in being knowledgeable about and prepared to take Advanced Placement courses on the high school campus.

Furthermore, Junior National Honor Society is offered on the Uvalde Junior High campus, but it is not offered at Batesville (see Exhibit 3.2.2). Two purposes of this organization are to provide incentives for students to perform well academically and to reward them with recognition in becoming members of this prestigious academic organization. Consequently, Batesville students are at a disadvantage (to Uvalde Junior High students) in not having access to the same encouragement to set and achieve higher academic goals and to be publicly recognized when they do.

### Student Management Practices

The auditors expected to find comparable percentages of enrolled student groups receiving disciplinary actions across the district. However, a review of disciplinary records, including the

district's most recent OCR report, as well as employee and parent comments indicated an imbalance in the assignment of disciplinary consequences according to gender and ethnicity.

Exhibit 3.2.10 provides details regarding assignment of the three most serious disciplinary actions administered by the district by ethnicity and gender. The numbers are duplicated, as a student may have had multiple actions.

**Exhibit 3.2.10**
Distribution of Disciplinary Actions by Gender
Uvalde Consolidated Independent School District
1999-2000

| Action | Total | Hispanic | | | | | | Other | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | # Male | % Male | # Female | % Female | Total # | % of Total | # Male | % Male | # Female | % Female | Total # | % of Total |
| Corporal Punishment | 59 | 43 | 77% | 13 | 23% | 56 | 95% | 3 | 100% | 0 | 0% | 3 | 5% |
| Out-of-School Suspension | 722 | 513 | 77% | 157 | 23% | 670 | 93% | 37 | 71% | 15 | 29% | 52 | 7% |
| Expulsion | 18 | 14 | 100% | 0 | 0% | 14 | 78% | 4 | 100% | 0 | 0% | 4 | 22% |
| Total | 799 | 570 | 77% | 170 | 23% | 740 | 93% | 44 | 75% | 15 | 25% | 59 | 7% |

*Data Source: District Generated Report*

Important points revealed in Exhibit 3.2.10 are:

- A total of 799 disciplinary actions (corporal punishment, out-of-school suspensions, and expulsions) were taken in the Uvalde Consolidated Independent School District during the 1999-2000 school year.
- The majority (90 percent) of all disciplinary actions were out-of-school suspensions.
- The majority (93 percent) of all disciplinary actions were assigned to Hispanic students. Since Hispanic students comprise 83 percent of the total enrollment in the district and 78 percent of the enrollment at secondary (most of the disciplinary actions were taken at secondary), Hispanic students are overrepresented in district disciplinary actions.
- Seventy-seven percent of all disciplinary actions were assigned to Hispanic males.
- All expulsions were assigned to males, including Hispanic and Other.
- The male to female ratio for disciplinary actions was about the same for Hispanic and Other student groups (approximately 3:1).
- No females within the "Other" ethnic group received corporal punishment.

Exhibit 3.2.11 provides disciplinary actions by gender only.

**Exhibit 3.2.11**
Distribution of Disciplinary Action by Gender
Uvalde Consolidated Independent School District
1999-2000



Data Source: District Generated Report

Important notations in Exhibit 3.2.11 include:

- Males comprise 77 percent of all disciplinary actions taken in the Uvalde Consolidated Independent School District during the 1999-2000 school year.
- Males comprise a similar percentage of all corporal punishment incidences and out-of-school suspensions (78 percent and 76 percent, respectively).

**Retention Practices**

In the Uvalde Consolidated Independent School District, students are promoted from one grade to another "...based on mastery of the curriculum..." as stated in *Board Policy EIE (Local) Academic Achievement: Retention and Promotion.* How mastery is determined varies, depending upon grade level, content area and course, and coordination with compensatory/accelerated services. In general, mastery of the curriculum is based on classroom grades.

As stated in the same board policy, "The district recognizes that the retaining of students is not an effective strategy. Therefore, the district shall establish procedures designed to reduce retaining students at a grade level, with the ultimate goal being elimination of the practice of retaining students."

According to data provided to the auditors, the district is making progress toward that goal. In 1998-99, 333 students were retained in grade level across the district. In 1999-2000, the number of retentions dropped to 79. Of the 79 retentions, 76 (96 percent) were Hispanic students, who comprise 83 percent of the total student enrollment. With regard to gender, 49 (62 percent) of the retentions were males, who comprise 51 percent of the district enrollment. The 1998-99 retention report indicated that 60 percent of the retained students were male and 89 percent were Hispanic. According to two years of retention data, Hispanic and male students are overrepresented in the number of students retained in the Uvalde Consolidated Independent School District.

In summary, the auditors found inequalities across the district in the areas of student achievement, grouping and placement practices, student management practices, and retention practices. Inequities were identified in the allocation of support services as well as financial, human, and learning resources. These inconsistencies may serve as deterrents to the district's goal of all students having full opportunities to achieve their educational potential.

## Finding 3.3: Staff Development Is Inadequate in Design and Delivery to Promote Consistent Improvement in Employee Performance and Increase Student Learning.

Employees are the most valuable resource of any organization, including school districts. The quality of deployed human resources has a positive, linear relationship to the ultimate effectiveness of a school district as determined by success in reaching the district's stated goals and objectives. Regardless of the quality of their expertise at the time of employment, all staff need continual professional growth opportunities that facilitate new knowledge, personal reflection, refinement of skills, assimilation of best practices and new research, and ultimately—improvement of student performance.

A district that recognizes the need for quality human resources recognizes the importance of an effective staff development program. Effective staff development involves high quality focused, ongoing training with intensive follow-up and support. Needs assessments and employee performance evaluations drive the identification of what employees need in order to achieve district and campus goals, effectively deliver the curriculum, and reach desired levels of student achievement.

The auditors reviewed Campus Improvement Plans, the 2000-2001 District Improvement Plan, the 2000-2001 District Wide Staff Development Log, the 1999-2000 Academic Excellence Indicator System Report, campus-based staff development offerings, school board policies, and job descriptions. They also interviewed district administrators, principals, and teachers regarding the district's staff development efforts.

The auditors found that the Uvalde Consolidated Independent School District staff development program is inadequate in design and delivery and, therefore, unlikely to lead to improvement in employee performance and student learning.

Many staff development opportunities are offered annually at the district and campus levels, with most being offered during the summer and seven non-student days on the school calendar. Campuses have flexibility in conducting or sponsoring staff development activities on these seven non-student days.

The district's staff development program was evaluated according to the Curriculum Management Audit established criteria for effective staff development programs. The criteria are built around two major categories: context and process. Context indicators address the organization and culture in which new learning is to be implemented. Process indicators refer to how staff development efforts take place—the means for acquisition of new knowledge and skills.

Exhibit 3.3.1 presents the audit criteria and the auditors' findings respective to each criterion: