IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GENOVEVA MORALES, ET AL., Plaintiffs | § § § | |
| v. | § | DR-70-CA-14 |
| E.P. SHANNON, ET AL., Defendants | § § § § | |

## Declaration of Javier Flores

"My name is Javier Flores and I am at least 18 years of age and fully competent to make this declaration. I have submitted a prior declaration in this case, which details my personal involvement with the schools of the Uvalde Consolidated Independent School District.

As I have previously stated, I am a member of CATS, Committee Against Transferring our Students, also known as Committee Against Taking our Students. We are a local organization formed in response to the District's neglect of our Batesville community and the transfer of our students.

On or about July 10, 2007, I attended a board meeting of the UCISD Board of Trustees. During this meeting, the Superintendent Dr. Wendell Brown mentioned his decision to have the district come out from under the court's desegregation order. As a member of the UCISD Latino parental community, this was the first time publicly that I had heard from the district about it motion for dismissal. I have attended prior meetings of the board and I have reviewed many other board minutes during the past year but I have never come across a discussion or reference related to the desegregation issue from the district until the most recent board meeting. I also have not heard the district discuss any plan for the district if the district is released from the court order.

EXHIBIT P-7

In fact, at the board meeting on or about July 10, 2007, two of the three Latino board members stated that they were never consulted or informed about the district's decision to move for dismissal. These trustees were elected by the community as our representatives and defendants in this case, yet they did not even know about the superintendent's decision to move for dismissal until this day—which was over two weeks after the motion to dismiss was filed. The other Latino board member and the four Anglo board members said nothing about the matter, so I do not know whether they were informed or consulted.

As a member of the Latino community in UCISD, I am very troubled about the lack of communication from the district to the Latino community about the desegregation order. I am greatly concerned that the district will revert back to a segregated system, especially because the district's latest actions involving the Batesville School identified in my previous declaration, as well as the superintendent's latest, non-public decision to move for dismissal from the court's oversight altogether.

My concern is also supported by the continuing gap in student achievement between Latino students and White students, the poor performance of many of our Latino students who do not speak English and the programs they are provided, the lack of Latinos in advanced placement classes, as well as other negative perceptions of our Latino students in our schools that continue through this day. There are far too many questions that remain to be answered at this time. I voice these concerns not just on behalf of myself but on behalf of CATS and other Latino community members.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on July 18, 2007.

_____
Javier Flores
Declarant