| Uvalde Consolidated Independent School District | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary of TEA AEIS Reports- Ethnic Distribution of Students** | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | **2001-02** | African American | | Hispanic | | White | | Asian/Pacific Islander | | Native American | | Total |
| 1. | Uvalde CISD | 21 | 0.4% | 4366 | 83.9% | 791 | 15.2% | 20 | 0.4% | 5 | 0.1% | 5203 |
| | | | | | | | | | | | | |
| 2. | Anton Elem | 1 | 0.4% | 508 | 89.6% | 56 | 9.9% | 0 | 0.0% | 2 | 0.4% | 567 |
| 3. | Batesville Elem | 0 | 0.0% | 111 | 92.5% | 9 | 7.5% | 0 | 0.0% | 0 | 0.0% | 120 |
| 5. | Benson Elem | 0 | 0.0% | 299 | 81.9% | 59 | 16.2% | 7 | 1.9% | 0 | 0.0% | 365 |
| 6. | Dalton Elem | 3 | 0.5% | 577 | 88.0% | 72 | 11.0% | 4 | 0.6% | 0 | 0.0% | 656 |
| 8. | Flores Elem | 4 | 0.5% | 614 | 83.9% | 114 | 15.6% | 0 | 0.0% | 0 | 0.0% | 732 |
| 9. | Robb Elem | 9 | 1.9% | 410 | 84.7% | 62 | 12.8% | 3 | 0.6% | 0 | 0.0% | 484 |
| | | | | | | | | | | | | |
| | *Total Elems* | *17* | *0.6%* | *2519* | *86.1%* | *372* | *12.7%* | *14* | *0.5%* | *2* | *0.1%* | *2924* |
| | | | | | | | | | | | | |
| 4. | Batesville Middle | 0 | 0.0% | 97 | 96.0% | 4 | 4.0% | 0 | 0.0% | 0 | 0.0% | 101 |
| 11. | Uvalde Junior | 3 | 0.4% | 601 | 82.0% | 124 | 16.9% | 4 | 0.5% | 1 | 0.1% | 733 |
| | | | | | | | | | | | | |
| 10. | Uvalde High | 1 | 0.1% | 1071 | 78.6% | 286 | 21.0% | 2 | 0.1% | 2 | 0.1% | 1362 |
| | | | | | | | | | | | | |
| 7. | Excel Academy | 0 | 0.0% | 78 | 94.0% | 5 | 6.0% | 0 | 0.0% | 0 | 0.0% | 83 |
| | | | | | | | | | | | | |
| | **2002-03** | African American | | Hispanic | | White | | Asian/Pacific Islander | | Native American | | Total |
| 1. | Uvalde CISD | 27 | 0.5% | 4408 | 84.8% | 737 | 14.2% | 23 | 0.4% | 2 | 0.0% | 5197 |
| | | | | | | | | | | | | |
| 2. | Anton Elem | 2 | 0.5% | 374 | 87.0% | 54 | 12.6% | 0 | 0.0% | 0 | 0.0% | 430 |
| 3. | Batesville Elem | 0 | 0.0% | 127 | 92.0% | 11 | 8.0% | 0 | 0.0% | 0 | 0.0% | 138 |
| 5. | Benson Elem | 1 | 0.2% | 389 | 86.4% | 53 | 11.8% | 7 | 1.6% | 0 | 0.0% | 450 |
| 6. | Dalton Elem | 5 | 0.7% | 595 | 89.1% | 64 | 9.6% | 4 | 0.6% | 0 | 0.0% | 668 |
| 8. | Flores Elem | 4 | 0.5% | 625 | 84.3% | 108 | 14.6% | 4 | 0.5% | 0 | 0.0% | 741 |
| 9. | Robb Elem | 5 | 1.1% | 425 | 89.5% | 42 | 8.8% | 2 | 0.4% | 1 | 0.2% | 475 |
| | | | | | | | | | | | | |
| | *Total Elems* | *17* | *0.6%* | *2535* | *87.4%* | *332* | *11.4%* | *17* | *0.6%* | *1* | *0.0%* | *2902* |
| | | | | | | | | | | | | |
| 4. | Batesville Middle | 0 | 0.0% | 102 | 96.2% | 4 | 3.8% | 0 | 0.0% | 0 | 0.0% | 106 |
| 11. | Uvalde Junior | 5 | 0.7% | 617 | 83.5% | 114 | 15.4% | 3 | 0.4% | 0 | 0.0% | 739 |
| | | | | | | | | | | | | |
| 10. | Uvalde High | 5 | 0.4% | 1085 | 78.9% | 282 | 20.5% | 3 | 0.2% | 1 | 0.1% | 1376 |
| | | | | | | | | | | | | |
| 7. | Excel Academy | 0 | 0.0% | 69 | 93.2% | 5 | 6.8% | 0 | 0.0% | 0 | 0.0% | 74 |
| | | | | | | | | | | | | |
| | **2003-04** | African American | | Hispanic | | White | | Asian/Pacific Islander | | Native American | | Total |
| 1. | Uvalde CISD | 21 | 0.4% | 4426 | 85.6% | 697 | 13.5% | 6 | 0.1% | 21 | 0.4% | 5171 |
| | | | | | | | | | | | | |
| 2. | Anton Elem | 1 | 0.2% | 381 | 87.8% | 51 | 11.8% | 1 | 0.2% | 0 | 0.0% | 434 |
| 3. | Batesville Elem | 0 | 0.0% | 125 | 94.7% | 7 | 5.3% | 0 | 0.0% | 0 | 0.0% | 132 |
| 5. | Benson Elem | 2 | 0.5% | 379 | 89.0% | 42 | 9.9% | 0 | 0.0% | 3 | 0.7% | 426 |
| 6. | Dalton Elem | 0 | 0.0% | 609 | 89.4% | 69 | 10.1% | 1 | 0.1% | 2 | 0.3% | 681 |
| 8. | Flores Elem | 2 | 0.3% | 600 | 85.5% | 94 | 13.4% | 0 | 0.0% | 6 | 0.9% | 702 |
| 9. | Robb Elem | 6 | 1.2% | 442 | 89.3% | 41 | 8.3% | 1 | 0.2% | 5 | 1.0% | 495 |
| | | | | | | | | | | | | |
| | *Total Elems* | *11* | *0.4%* | *2536* | *88.4%* | *304* | *10.6%* | *3* | *0.1%* | *16* | *0.6%* | *2870* |
| | | | | | | | | | | | | |
| 4. | Batesville Middle | 0 | 0.0% | 99 | 96.1% | 4 | 3.9% | 0 | 0.0% | 0 | 0.0% | 103 |
| 11. | Uvalde Junior | 3 | 0.4% | 621 | 83.1% | 123 | 16.5% | 0 | 0.0% | 0 | 0.0% | 747 |
| | | | | | | | | | | | | |
| 10. | Uvalde High | 7 | 0.5% | 1107 | 80.0% | 263 | 19.0% | 3 | 0.2% | 4 | 0.3% | 1384 |
| | | | | | | | | | | | | |
| 7. | Excel Academy | 0 | 0.0% | 63 | 94.0% | 3 | 4.5% | 0 | 0.0% | 1 | 1.5% | 67 |

S:\EDUCATION\MORALES V. SHANNON (2056)\Ethnic Distribution of Students Teachers\7/20/2007\2:09 PM



| | 2004-05 | African American | | Hispanic | | White | | Asian/Pacific Islander | | Native American | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Uvalde CISD | 23 | 0.4% | 4453 | 86.2% | 668 | 12.9% | 3 | 0.1% | 21 | 0.4% | 5168 |
| | | | | | | | | | | | | |
| 2. | Anton Elem | 0 | 0.0% | 401 | 88.7% | 50 | 11.1% | 1 | 0.2% | 0 | 0.0% | 452 |
| 3. | Batesville Elem | 0 | 0.0% | 122 | 98.4% | 2 | 1.6% | 0 | 0.0% | 0 | 0.0% | 124 |
| 5. | Benson Elem | 2 | 0.5% | 394 | 91.2% | 32 | 7.4% | 0 | 0.0% | 4 | 0.9% | 432 |
| 6. | Dalton Elem | 3 | 0.4% | 643 | 88.0% | 84 | 11.5% | 0 | 0.0% | 1 | 0.1% | 731 |
| 8. | Flores Elem | 4 | 0.6% | 559 | 87.6% | 71 | 11.1% | 0 | 0.0% | 4 | 0.6% | 638 |
| 9. | Robb Elem | 4 | 0.8% | 420 | 87.3% | 53 | 11.0% | 1 | 0.2% | 3 | 0.6% | 481 |
| | | | | | | | | | | | | |
| | *Total Elems* | *13* | *0.5%* | *2539* | *88.8%* | *292* | *10.2%* | *2* | *0.1%* | *12* | *0.4%* | *2858* |
| | | | | | | | | | | | | |
| 4. | Batesville Middle | 0 | 0.0% | 93 | 97.9% | 2 | 2.1% | 0 | 0.0% | 0 | 0.0% | 95 |
| 11. | Uvalde Junior | 3 | 0.4% | 632 | 82.4% | 128 | 16.7% | 0 | 0.0% | 4 | 0.5% | 767 |
| | | | | | | | | | | | | |
| 10. | Uvalde High | 7 | 0.5% | 1135 | 81.6% | 243 | 17.5% | 1 | 0.1% | 5 | 0.4% | 1391 |
| | | | | | | | | | | | | |
| 7. | Excel Academy | 0 | 0.0% | 54 | 94.7% | 3 | 5.3% | 0 | 0.0% | 0 | 0.0% | 57 |

| | 2005-06 | African American | | Hispanic | | White | | Asian/Pacific Islander | | Native American | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Uvalde CISD | 26 | 0.5% | 4456 | 86.6% | 641 | 12.5% | 3 | 0.1% | 17 | 0.3% | 5143 |
| | | | | | | | | | | | | |
| 2. | Anton Elem | 1 | 0.2% | 513 | 89.7% | 56 | 9.8% | 2 | 0.3% | 0 | 0.0% | 572 |
| 3. | Batesville Elem | 0 | 0.0% | 122 | 96.1% | 5 | 3.9% | 0 | 0.0% | 0 | 0.0% | 127 |
| 5. | Benson Elem | 0 | 0.0% | 321 | 89.9% | 35 | 9.8% | 0 | 0.0% | 1 | 0.3% | 357 |
| 6. | Dalton Elem | 5 | 0.7% | 607 | 88.0% | 77 | 11.2% | 0 | 0.0% | 1 | 0.1% | 690 |
| 8. | Flores Elem | 5 | 0.8% | 537 | 88.3% | 64 | 10.5% | 0 | 0.0% | 2 | 0.3% | 608 |
| 9. | Robb Elem | 2 | 0.4% | 426 | 90.3% | 42 | 8.9% | 0 | 0.0% | 2 | 0.4% | 472 |
| | | | | | | | | | | | | |
| | *Total Elems* | *13* | *0.5%* | *2526* | *89.4%* | *279* | *9.9%* | *2* | *0.1%* | *6* | *0.2%* | *2826* |
| | | | | | | | | | | | | |
| 4. | Batesville Middle | 0 | 0.0% | 89 | 96.7% | 3 | 3.3% | 0 | 0.0% | 0 | 0.0% | 92 |
| 11. | Uvalde Junior | 3 | 0.4% | 626 | 83.5% | 113 | 15.1% | 1 | 0.1% | 7 | 0.9% | 750 |
| | | | | | | | | | | | | |
| 10. | Uvalde High | 10 | 0.7% | 1154 | 81.7% | 244 | 17.3% | 0 | 0.0% | 4 | 0.3% | 1412 |
| | | | | | | | | | | | | |
| 7. | Excel Academy | 0 | 0.0% | 61 | 96.8% | 2 | 3.2% | 0 | 0.0% | 0 | 0.0% | 63 |