## Uvalde Consolidated Independent School District
### Summary of TEA AEIS Reports- Ethnic Distribution of Teachers

| | 2001-02 | African American | | Hispanic | | White | | Asian/Pacific Islander | | Native American | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Uvalde CISD | 0.0 | 0.0% | 136.8 | 37.5% | 226.0 | 62.0% | 2.0 | 0.5% | 0.0 | 0.0% | 364.8 |
| 2. | Anton Elem | 0.0 | 0.0% | 14.5 | 37.2% | 23.5 | 60.3% | 1.0 | 2.6% | 0.0 | 0.0% | 39.0 |
| 3. | Batesville Elem | 0.0 | 0.0% | 4.9 | 50.0% | 4.9 | 50.0% | 0.0 | 0.0% | 0.0 | 0.0% | 9.8 |
| 5. | Benson Elem | 0.0 | 0.0% | 12.0 | 43.3% | 15.7 | 56.7% | 0.0 | 0.0% | 0.0 | 0.0% | 27.7 |
| 6. | Dalton Elem | 0.0 | 0.0% | 17.0 | 46.7% | 19.4 | 53.3% | 0.0 | 0.0% | 0.0 | 0.0% | 36.4 |
| 8. | Flores Elem | 0.0 | 0.0% | 17.9 | 40.7% | 26.1 | 59.3% | 0.0 | 0.0% | 0.0 | 0.0% | 44.0 |
| 9. | Robb Elem | 0.0 | 0.0% | 14.0 | 37.7% | 22.1 | 59.6% | 1.0 | 2.7% | 0.0 | 0.0% | 37.1 |
| | *Total Elems* | *0.0* | *0.0%* | *80.3* | *41.4%* | *111.7* | *57.6%* | *2.0* | *1.0%* | *0.0* | *0.0%* | *194.0* |
| 4. | Batesville Middle | 0.0 | 0.0% | 3.1 | 53.4% | 2.7 | 46.6% | 0.0 | 0.0% | 0.0 | 0.0% | 5.8 |
| 11. | Uvalde Junior | 0.0 | 0.0% | 16.6 | 34.7% | 31.3 | 65.3% | 0.0 | 0.0% | 0.0 | 0.0% | 47.9 |
| 10. | Uvalde High | 0.0 | 0.0% | 29.9 | 28.8% | 74.1 | 71.3% | 0.0 | 0.0% | 0.0 | 0.0% | 104.0 |
| 7. | Excel Academy | 0.0 | 0.0% | 7.0 | 53.8% | 6.0 | 46.2% | 0.0 | 0.0% | 0.0 | 0.0% | 13.0 |
| | **2002-03** | African American | | Hispanic | | White | | Asian/Pacific Islander | | Native American | | Total |
| 1. | Uvalde CISD | 0.0 | 0.0% | 146.1 | 39.3% | 223.3 | 60.1% | 2.0 | 0.5% | 0.0 | 0.0% | 371.4 |
| 2. | Anton Elem | 0.0 | 0.0% | 12.0 | 36.8% | 19.6 | 60.1% | 1.0 | 3.1% | 0.0 | 0.0% | 32.6 |
| 3. | Batesville Elem | 0.0 | 0.0% | 7.8 | 74.3% | 2.7 | 25.7% | 0.0 | 0.0% | 0.0 | 0.0% | 10.5 |
| 5. | Benson Elem | 0.0 | 0.0% | 17.0 | 53.6% | 14.7 | 46.4% | 0.0 | 0.0% | 0.0 | 0.0% | 31.7 |
| 6. | Dalton Elem | 0.0 | 0.0% | 20.9 | 51.4% | 19.8 | 48.6% | 0.0 | 0.0% | 0.0 | 0.0% | 40.7 |
| 8. | Flores Elem | 0.0 | 0.0% | 19.0 | 38.6% | 30.2 | 61.4% | 0.0 | 0.0% | 0.0 | 0.0% | 49.2 |
| 9. | Robb Elem | 0.0 | 0.0% | 11.0 | 33.8% | 20.5 | 63.1% | 1.0 | 3.1% | 0.0 | 0.0% | 32.5 |
| | *Total Elems* | *0.0* | *0.0%* | *87.7* | *44.5%* | *107.5* | *54.5%* | *2.0* | *1.0%* | *0.0* | *0.0%* | *197.2* |
| 4. | Batesville Middle | 0.0 | 0.0% | 3.1 | 53.4% | 2.7 | 46.6% | 0.0 | 0.0% | 0.0 | 0.0% | 5.8 |
| 11. | Uvalde Junior | 0.0 | 0.0% | 20.8 | 42.5% | 28.1 | 57.5% | 0.0 | 0.0% | 0.0 | 0.0% | 48.9 |
| 10. | Uvalde High | 0.0 | 0.0% | 28.9 | 27.1% | 77.9 | 72.9% | 0.0 | 0.0% | 0.0 | 0.0% | 106.8 |
| 7. | Excel Academy | 0.0 | 0.0% | 5.6 | 44.4% | 7.0 | 55.6% | 0.0 | 0.0% | 0.0 | 0.0% | 12.6 |
| | **2003-04** | African American | | Hispanic | | White | | Asian/Pacific Islander | | Native American | | Total |
| 1. | Uvalde CISD | 0.0 | 0.0% | 151.0 | 41.3% | 212.3 | 58.1% | 0.0 | 0.0% | 2.0 | 0.5% | 365.3 |
| 2. | Anton Elem | 0.0 | 0.0% | 12.0 | 36.4% | 20.0 | 60.6% | 0.0 | 0.0% | 1.0 | 3.0% | 33.0 |
| 3. | Batesville Elem | 0.0 | 0.0% | 8.8 | 80.7% | 2.1 | 19.3% | 0.0 | 0.0% | 0.0 | 0.0% | 10.9 |
| 5. | Benson Elem | 0.0 | 0.0% | 17.0 | 56.5% | 13.1 | 43.5% | 0.0 | 0.0% | 0.0 | 0.0% | 30.1 |
| 6. | Dalton Elem | 0.0 | 0.0% | 18.9 | 46.3% | 21.9 | 53.7% | 0.0 | 0.0% | 0.0 | 0.0% | 40.8 |
| 8. | Flores Elem | 0.0 | 0.0% | 17.0 | 36.6% | 29.5 | 63.4% | 0.0 | 0.0% | 0.0 | 0.0% | 46.5 |
| 9. | Robb Elem | 0.0 | 0.0% | 13.0 | 38.0% | 20.2 | 59.1% | 0.0 | 0.0% | 1.0 | 2.9% | 34.2 |
| | *Total Elems* | *0.0* | *0.0%* | *86.7* | *44.3%* | *106.8* | *54.6%* | *0.0* | *0.0%* | *2.0* | *1.0%* | *195.5* |
| 4. | Batesville Middle | 0.0 | 0.0% | 4.2 | 67.7% | 2.0 | 32.3% | 0.0 | 0.0% | 0.0 | 0.0% | 6.2 |
| 11. | Uvalde Junior | 0.0 | 0.0% | 21.0 | 45.3% | 25.4 | 54.7% | 0.0 | 0.0% | 0.0 | 0.0% | 46.4 |
| 10. | Uvalde High | 0.0 | 0.0% | 33.4 | 31.6% | 72.2 | 68.4% | 0.0 | 0.0% | 0.0 | 0.0% | 105.6 |
| 7. | Excel Academy | 0.0 | 0.0% | 5.6 | 48.3% | 6.0 | 51.7% | 0.0 | 0.0% | 0.0 | 0.0% | 11.6 |



EXHIBIT P-10

| | 2004-05 | African American | | Hispanic | | White | | Asian/Pacific Islander | | Native American | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Uvalde CISD | 1.0 | 0.3% | 149.9 | 40.5% | 217.6 | 58.7% | 0.0 | 0.0% | 2.0 | 0.5% | 370.5 |
| 2. | Anton Elem | 0.0 | 0.0% | 14.0 | 40.1% | 19.9 | 57.0% | 0.0 | 0.0% | 1.0 | 2.9% | 34.9 |
| 3. | Batesville Elem | 0.0 | 0.0% | 6.0 | 61.9% | 3.7 | 38.1% | 0.0 | 0.0% | 0.0 | 0.0% | 9.7 |
| 5. | Benson Elem | 0.0 | 0.0% | 21.0 | 65.6% | 11.0 | 34.4% | 0.0 | 0.0% | 0.0 | 0.0% | 32.0 |
| 6. | Dalton Elem | 0.0 | 0.0% | 20.0 | 47.7% | 21.9 | 52.3% | 0.0 | 0.0% | 0.0 | 0.0% | 41.9 |
| 8. | Flores Elem | 0.0 | 0.0% | 17.0 | 37.0% | 29.0 | 63.0% | 0.0 | 0.0% | 0.0 | 0.0% | 46.0 |
| 9. | Robb Elem | 0.0 | 0.0% | 16.0 | 45.7% | 18.0 | 51.4% | 0.0 | 0.0% | 1.0 | 2.9% | 35.0 |
| | *Total Elems* | *0.0* | *0.0%* | *94.0* | *47.1%* | *103.5* | *51.9%* | *0.0* | *0.0%* | *2.0* | *1.0%* | *199.5* |
| 4. | Batesville Middle | 0.0 | 0.0% | 3.0 | 39.5% | 4.6 | 60.5% | 0.0 | 0.0% | 0.0 | 0.0% | 7.6 |
| 11. | Uvalde Junior | 1.0 | 2.2% | 14.0 | 30.1% | 31.5 | 67.7% | 0.0 | 0.0% | 0.0 | 0.0% | 46.5 |
| 10. | Uvalde High | 0.0 | 0.0% | 34.0 | 32.1% | 72.0 | 67.9% | 0.0 | 0.0% | 0.0 | 0.0% | 106.0 |
| 7. | Excel Academy | 0.0 | 0.0% | 5.0 | 45.5% | 6.0 | 54.5% | 0.0 | 0.0% | 0.0 | 0.0% | 11.0 |
| | **2005-06** | African American | | Hispanic | | White | | Asian/Pacific Islander | | Native American | | Total |
| 1. | Uvalde CISD | 1.0 | 0.3% | 157.2 | 41.5% | 217.4 | 57.4% | 0.0 | 0.0% | 3.0 | 0.8% | 378.6 |
| 2. | Anton Elem | 0.0 | 0.0% | 16.9 | 41.3% | 23.0 | 56.2% | 0.0 | 0.0% | 1.0 | 2.4% | 40.9 |
| 3. | Batesville Elem | 0.0 | 0.0% | 8.7 | 77.7% | 2.5 | 22.3% | 0.0 | 0.0% | 0.0 | 0.0% | 11.2 |
| 5. | Benson Elem | 0.0 | 0.0% | 19.0 | 65.5% | 10.0 | 34.5% | 0.0 | 0.0% | 0.0 | 0.0% | 29.0 |
| 6. | Dalton Elem | 0.0 | 0.0% | 20.0 | 46.5% | 23.0 | 53.5% | 0.0 | 0.0% | 0.0 | 0.0% | 43.0 |
| 8. | Flores Elem | 0.0 | 0.0% | 16.0 | 33.4% | 31.9 | 66.6% | 0.0 | 0.0% | 0.0 | 0.0% | 47.9 |
| 9. | Robb Elem | 1.0 | 3.0% | 17.0 | 51.5% | 14.0 | 42.4% | 0.0 | 0.0% | 1.0 | 3.0% | 33.0 |
| | *Total Elems* | *1.0* | *0.5%* | *97.6* | *47.6%* | *104.4* | *50.9%* | *0.0* | *0.0%* | *2.0* | *1.0%* | *205.0* |
| 4. | Batesville Middle | 0.0 | 0.0% | 2.3 | 46.0% | 2.7 | 54.0% | 0.0 | 0.0% | 0.0 | 0.0% | 5.0 |
| 11. | Uvalde Junior | 0.0 | 0.0% | 16.9 | 35.2% | 31.1 | 64.8% | 0.0 | 0.0% | 0.0 | 0.0% | 48.0 |
| 10. | Uvalde High | 0.0 | 0.0% | 33.4 | 30.7% | 74.3 | 68.4% | 0.0 | 0.0% | 1.0 | 0.9% | 108.7 |
| 7. | Excel Academy | 0.0 | 0.0% | 7.0 | 58.3% | 5.0 | 41.7% | 0.0 | 0.0% | 0.0 | 0.0% | 12.0 |