# What Next - Correction, or Cover-up?



Comentario Por
**Juan O. Sánchez**

Over the past couple of weeks since our last issue, I've received quite a bit of feedback on the article concerning the goings-on at the Uvalde Junior High. Surprisingly, no one has sent a letter countering anything stated in the article. What I have been made aware of is that individuals, both at the junior high campus and at the central office, are scurrying around like bloodhounds trying to find out who "leaked" the information and provided the letters to *La Voz*.

This reminds me of the presidential administration of Richard Nixon after the Watergate break-in was discovered. Instead of attempting to correct the problems, the administration focused on stopping the "leaks" and became involved in covering-up its wrongdoing.

Is this the route that this school administration and the school board is going to take with a regards to the activities at the junior high? Instead of trying to find who is "leaking" the information, what the school administration and the school board should be doing is correcting the system. Who and where the leak is located is irrelevant; what is of importance is that the systemic problems that lead to this type of activity be dealt with.

However, the problem, according to our sources, is that the activities going on at the junior high are only part of the overall systemic breakdown (systemic manipulation may be a better phrase). The same types of activities that are going on at the junior high are found throughout the school district at other campuses. What has brought this about?

According to the various sources within the school district that provide information to *La Voz*, this has developed over the years as the student population (reflecting the demographic makeup of the area) has become, unquestionably, Hispanic in majority. With the Hispanic student population at nearly 4,500 (approximately 84%), and the white student population at less than 800 (approximately 15%) it has become more and more evident to the small yet influential white population (i.e., the persons in key administrative positions), that in order to keep themselves in control of the educational system, they must manipulate the system to grant themselves the more prominent positions for the benefit of the dwindling white student population.

A clear indication of this is the Junior Honor Society at the junior high. Amazingly, the amount of students inducted came to and even 31 whites and 31 Hispanics. Now, if a person didn't give it much thought they would say "This is really great, we're now at 50% for each group, this is a real improvement." However, what the 50/50 split produces is an *illusion of equality*. Why? Lets take a look at the broader picture from which the numbers and percentages are derived.

How is it that out of a Hispanic student population of over 591 students only 31 (5%) qualified for this distinction, yet the same number (31) (27%) qualify out of a white student population of 115? If indeed equality were the case, then 27% (the same as for the white student population) of the Hispanic student population would equal 159 students. I would hope that people are capable enough to see through the subterfuge and understand that 31 and 31 is not equality. I simply do not understand, is it that Hispanic students are just simply dumber, or is the process manipulated? And by the way, who is in charge of the process, and, is the process fully

*(Please See Page 13)*

# ¿Qué Sigue - Corrección, o Encubrimiento?

Sobre las ultimas dos semanas desde nuestra última edición, he recibido varios comentarios sobre el artículo acerca de la ocurrencias en el Uvalde Junior High. Es muy interesante pues nadie ha enviado una carta opuesta a ninguna cosa escrita en el artículo. De lo que si me he dado cuenta es que varios individuos, en la escuela junior high y a la oficina escolar central, han andado como perros huelleros corriendo por todos lados tratando de descubrir la "fuente" quien porporciono la información y las cartas a *La Voz*.

Esto me recuerda de la administración de Richard Nixon después de que se descubrió la entrada ilegal al hotel Watergate. En lugar de intentar de corregir los problemas, la administración se enfocó en descubrir y parar las "fuentes" cuales proporcionaban información y se envolvieron en tratar de ocultar los males en los que andaban envueltos.

¿Es esta la ruta que esta administración y camara escolar va a tomar según las actividades en la escuela junior high? En lugar de tratar de encontrar la "fuente" cual proporciona la información, lo que la administración y la camara escolar debe de hacer es corregir el sistema. Quien y en donde se localiza la fuente no es relativo, lo qué es de importancia es que los problemas sistémicos cuales dan vuelo a este tipo de actividad deben ser resueltos.

Sin embargo, el problema, según nuestras fuentes, es que las actividades que están pasando en el junior high es sólo parte del problema total que existe en el sistema escolar (tal vez manipulación del sistema sería una frase mejor). Los mismos tipos de actividades que ocurren en el junior high se encuentra por todas las escuelas del distrito. ¿Qué es lo que ha traído este tipo de actividad?

Según las varias fuentes dentro del distrito escolar que proporciona información a *La Voz*, este problema se ha desarrollado sobre los años con el cambio de la población estudiantil (la cual refleja la demográfia de la área) la cual se ha vuelto, indisputablemente, hispana en su mayoría. Con la población estudiantil hispana llegando a casi 4,500 (aproximadamente 84%), y la población estudiantil blanca a menos que 800 (aproximadamente 15%) se ha vuelto más y más evidente al pequeño pero influyente población blanca (note las personas en posiciones importantes administrativas), que para mantenerse al mando del sistema educativo, deben manipular el sistema para concederse las posiciones más prominentes para el beneficio de la población de estudiantes blancos cual continua disminuyendo.

Una clara indicación de esto es la Junior Honor Society en el junior high. Increíblemente, la cantidad de estudiantes instalados fue al igual, 31 blancos y 31 hispanos. Ahora, si una persona no se pone a pensar mucho digiera, "Esto es muy bueno, ya llegamos a 50% para cada grupo, esto es un mejoramiento." Pero, lo que produce el porcentaje de 50/50 para cado grupo es solamente una *ilusión de igualdad*. ¿Porque¿ Vamos a darle una buena revisada al panorama del cual se procedían los números y porcentajes.

Cómo es que de una población de 591 estudiantes hispanos sólo 31 (5%) calificaron para esta distinción, y que el mismo número - 31 (27%) de una población de 115 estudiantes blancos calificaron? Estoy con las esperanzas que la gente es suficiente audaz de ver el subterfugio y entender que 31 y 31 no es igualdad. ¿Yo simplemente no lo entiendo, acaso los estudiantes hispanos son de menos inteligencia, o es que el proceso es manipulado? ¿Además, quién está a cargo del proceso, y, ese proceso ha sido claramente explicado?

*(Por Favor Lea Pagina 13)*

# What Next? (cont)

explained?

How much longer will we continue to tolerate such a system? Will the central office administration and school board concentrate on correction of the system, or will it concentrate on stopping the "leaks" so as to maintain the same tarnished system?

Which has more relevance, correction or cover-up? More importantly, for whom is the correction more beneficial, and for whom is the cover-up and continued manipulation of the system more favorable?

This, more than any other factor, will drive the activities within and without the school system to their eventual outcome.

A key decision to focus on will be the replacement of the junior high principal. Who will replace Dr. Carpenter? Will he or she be white or Hispanic? Who will have the greater decision making influence in the selection process? Will the person hired be reflective of the district's demographic makeup, or will they be representative of the small yet influential power structure?

This decision will provide a glimpse into whether the district is attempting corrective measures, or is simply continuing to manipulate the system for the benefit of a select group.

# ¿Qué Sigue? (cont)

¿Cuanto tiempo más continuamos tolerando tal sistema? ¿Concentrarán la administración de la oficina central y la camara escolar en corrección del sistema, o se concentrara en sofocar las "fuentes" para mantener el mismo sistema empañado?

¿Cuál tiene más pertinencia, corrección o encubrimiento? ¿Y de más importancia aun, para quien es la corrección más beneficioso, y para quien es el encubrimiento y la continua manipulación del sistema más favorable?

Este, más que cualquier otro factor, dictara las actividades adentro y afuera del sistema escolar y darán el resultado final.

Una decisión importante será el reemplazo del principal en el junior high.

¿Quién reemplazará a Dr. Carpenter? ¿Sera él individuo blano, o hispano?

¿Quién tendrá más influencia el la decisión tocante el proceso de la selección?

¿La persona contratada sera un reflejo de la demográfia del distrito, o sera representante de la pequeña pero influyente estructura?

Esta decisión proporcionará una pista tocante si el distrito intentara medidas correctivas, o simplemente continuará manipulando el sistema para el beneficio de un grupo selecto.



**0% @ 60 Months On Selected Vehicles**
Open All Sundays
11:00 to 7:00pm
1997 Loop 431
Eagle Pass, Texas
(830) 757-5700
1 800 944-2000

**ANCIRA Ford Mercury — EAGLE PASS**

**2003 Ford F-250 Crew Cab XLT** STK #TEA23047
7.3L POWER STROKE TURBO DIESEL, AUTO TRANS., A/C, P/W, P/L, ENGINE BLOCK HEATER, 3.73 RATIO AXLE, PASSENGER AIR BAG, PREMIUM AM/FM STEREO CASSETTE/CD, CLOCK, 8800#GVWR PACKAGE, BSW ALL SEASON TIRES
MSRP $35,355 / ANCIRA DISC. $3,455 / REBATE $1,500 / **RCO DISC $500
**SAVE $5,455 — $27,900**

**2003 Ford F-150 Crew Cab XLT** STK #TKA64203
4.6L V8, AUTOMATIC TRANSMISSION, AIR CONDITIONING, POWER WINDOWS, POWER LOCKS, ALUMINUM WHEELS, AM/FM/CD, OVERHEAD CONSOLE, 40/60 SPLIT BENCH, POWER MIRRORS
MSRP $29,260 / ANCIRA DISC. $3,283 / REBATE $2,500 / **RCO DISC $500
**SAVE $5,783 — $22,977**

**2003 Ford Expedition XLT** STK #C3006
4.6L V-8, AUTOMATIC TRANSMISSION, PREMIUM STEREO CD/CASSETTE W/CLOCK, THIRD ROW SEAT, 17" OWL ALL SEASON TIRES
MSRP $32,435 / ANCIRA DISC. $3,458 / REBATE $3,000 / **RCO DISC $1,000
**SAVE $7,458 — $24,977**

*Regency* CONVERSIONS

We are authorized distributors for *Regency* CONVERSIONS come by and test drive our regency conversion vans with different accessories to choose from

Selected models are available with 13" color TV, video cassette player, rear AM/FM, CD, DCD Player, 20.1" flat screen monitor, 6.8 flip TV game system, hot & cold cup holders, leather seating & much more!

** RCO RENEWAL DISCOUNTS APPLY TO RED CARPET OPTION CUSTOMES ONLY          WE ACCEPT ALL TRADES