# 2005-06 Academic Excellence Indicator System

**District Name:** UVALDE CISD
**District #:** 232903
**2006 Accountability Rating:** *Academically Acceptable*

**PBM Special Education Monitoring Results Status:**
*Local Intervention Implemented*

**Gold Performance Acknowledgments:**
*Commended on Writing*


EXHIBIT P-13

This page intentionally left blank.

District Name: UVALDE CISD
District #: 232903

TEXAS EDUCATION AGENCY
Academic Excellence Indicator System
2005-06 District Performance

Section I - Page 1

| Indicator: | | State | Region 20 | District | African American | Hispanic | White | Native American | Asian/ Pacific Is | Male | Female | Special Ed | Econ Disad | LEP | At Risk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TAKS Met 2006 Standard (NOTE: The two 'All Tests' rows were revised Feb 2007)** | | | | | | | | | | | | | | | |
| **Grade 3 (English) First Administration Only** | | | | | | | | | | | | | | | |
| Reading | 2006 | 90% | 90% | 87% | * | 86% | 89% | * | * | 83% | 91% | 53% | 85% | 68% | 76% |
|         | 2005 | 89% | 89% | 87% | * | 85% | >99% | * | * | 84% | 88% | 75% | 85% | 73% | 78% |
| Mathematics | 2006 | 83% | 80% | 82% | * | 81% | 93% | * | * | 81% | 82% | 63% | 80% | 66% | 69% |
|             | 2005 | 82% | 81% | 81% | * | 81% | 87% | * | * | 79% | 83% | 82% | 79% | 56% | 69% |
| All Tests | 2006 | 79% | 77% | 77% | * | 76% | 85% | * | * | 74% | 80% | 41% | 74% | 60% | 62% |
|           | 2005 | 79% | 77% | 77% | * | 76% | 87% | * | * | 74% | 79% | 67% | 74% | 56% | 63% |
| **TAKS Met 2006 Standard (NOTE: The two 'All Tests' rows were revised Feb 2007)** | | | | | | | | | | | | | | | |
| **Grade 3 (Spanish) First Administration Only** | | | | | | | | | | | | | | | |
| Reading | 2006 | 76% | 78% | * | * | * | * | * | * | * | * | * | * | * | * |
|         | 2005 | 74% | 78% | * | * | * | * | * | * | * | * | * | * | * | * |
| Mathematics | 2006 | 69% | 71% | * | * | * | * | * | * | * | * | * | * | * | * |
|             | 2005 | 68% | 70% | * | * | * | * | * | * | * | * | * | * | * | * |
| All Tests | 2006 | 62% | 64% | * | * | * | * | * | * | * | * | * | * | * | * |
|           | 2005 | 60% | 63% | * | * | * | * | * | * | * | * | * | * | * | * |
| **TAKS Met 2006 Standard** | | | | | | | | | | | | | | | |
| **Grade 4 (English)** | | | | | | | | | | | | | | | |
| Reading | 2006 | 83% | 83% | 82% | * | 82% | 85% | * | * | 79% | 85% | >99% | 80% | 67% | 67% |
|         | 2005 | 80% | 78% | 74% | * | 73% | 88% | * | * | 75% | 74% | 38% | 71% | 50% | 55% |
| Mathematics | 2006 | 84% | 83% | 82% | * | 84% | 70% | * | * | 80% | 85% | 83% | 81% | 71% | 63% |
|             | 2005 | 82% | 80% | 81% | * | 80% | 96% | * | * | 81% | 82% | 44% | 80% | 65% | 70% |
| Writing | 2006 | 92% | 93% | 94% | * | 94% | 96% | * | * | 90% | 97% | >99% | 93% | 83% | 86% |
|         | 2005 | 91% | 91% | 90% | * | 89% | 96% | * | * | 89% | 91% | 71% | 89% | 81% | 79% |
| All Tests | 2006 | 74% | 74% | 73% | * | 74% | 63% | * | * | 69% | 77% | 83% | 70% | 59% | 54% |
|           | 2005 | 70% | 68% | 69% | * | 67% | 88% | * | * | 66% | 72% | 33% | 66% | 49% | 51% |
| **TAKS Met 2006 Standard (NOTE: The two 'All Tests' rows were revised Feb 2007)** | | | | | | | | | | | | | | | |
| **Grade 5 (English) First Administration Only** | | | | | | | | | | | | | | | |
| Reading | 2006 | 81% | 81% | 71% | * | 68% | 93% | * | * | 67% | 74% | 50% | 66% | 29% | 41% |
|         | 2005 | 75% | 75% | 72% | * | 70% | 93% | * | * | 73% | 72% | 63% | 68% | 17% | 43% |
| Mathematics | 2006 | 82% | 83% | 79% | * | 77% | 96% | * | * | 77% | 80% | 86% | 74% | 50% | 60% |
|             | 2005 | 80% | 80% | 80% | * | 78% | 96% | * | * | 81% | 79% | 89% | 79% | 50% | 57% |
| Science | 2006 | 76% | 76% | 61% | * | 58% | 85% | * | * | 64% | 58% | * | 55% | 19% | 43% |
|         | 2005 | 64% | 64% | 54% | * | 50% | 86% | * | * | 60% | 47% | 40% | 49% | 17% | 26% |
| All Tests | 2006 | 66% | 66% | 52% | * | 48% | 82% | * | * | 52% | 51% | 70% | 45% | 16% | 26% |
|           | 2005 | 56% | 56% | 46% | * | 42% | 79% | * | * | 50% | 41% | 40% | 40% | <1% | 16% |

District Name: UVALDE CISD
District #: 232903

**TEXAS EDUCATION AGENCY**
Academic Excellence Indicator System
2005-06 District Performance

Section I - Page 2

| Indicator: | | State | Region 20 | District | African American | Hispanic | White | Native American | Asian/ Pacific Is | Male | Female | Special Ed | Econ Disad | LEP | At Risk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TAKS Met 2006 Standard Grade 6 (English)** | | | | | | | | | | | | | | | |
| Reading | 2006 | 92% | 92% | 96% | * | 95% | >99% | * | * | 96% | 95% | * | 94% | 20% | 87% |
|  | 2005 | 86% | 83% | 81% | * | 78% | 97% | * | * | 76% | 86% | 67% | 77% | 31% | 64% |
| Mathematics | 2006 | 81% | 79% | 90% | * | 88% | >99% | * | * | 90% | 90% | * | 89% | 20% | 79% |
|  | 2005 | 73% | 69% | 73% | * | 69% | 97% | * | * | 72% | 73% | 50% | 68% | 8% | 56% |
| All Tests | 2006 | 78% | 76% | 87% | * | 85% | >99% | * | * | 87% | 88% | 80% | 85% | <1% | 72% |
|  | 2005 | 69% | 65% | 67% | * | 62% | 97% | * | * | 66% | 68% | 56% | 62% | 8% | 47% |
| **TAKS Met 2006 Standard Grade 6 (Spanish)** | | | | | | | | | | | | | | | |
| Reading | 2006 | 67% | 68% | * | * | * | * | * | * | * | * | * | * | * | * |
|  | 2005 | 61% | 48% | * | * | * | * | * | * | * | * | * | * | * | * |
| Mathematics | 2006 | 54% | 43% | * | * | * | * | * | * | * | * | * | * | * | * |
|  | 2005 | 45% | 34% | * | * | * | * | * | * | * | * | * | * | * | * |
| All Tests | 2006 | 51% | 45% | * | * | * | * | * | * | * | * | * | * | * | * |
|  | 2005 | 43% | 33% | * | * | * | * | * | * | * | * | * | * | * | * |
| **TAKS Met 2006 Standard Grade 7** | | | | | | | | | | | | | | | |
| Reading | 2006 | 80% | 78% | 73% | * | 69% | 96% | * | * | 70% | 77% | * | 68% | 17% | 45% |
|  | 2005 | 81% | 79% | 70% | * | 66% | 92% | * | * | 66% | 74% | * | 65% | 15% | 39% |
| Mathematics | 2006 | 71% | 68% | 54% | * | 45% | 94% | * | * | 56% | 52% | * | 46% | 8% | 20% |
|  | 2005 | 65% | 61% | 52% | * | 47% | 76% | * | * | 47% | 56% | * | 44% | 21% | 18% |
| Writing | 2006 | 91% | 91% | 88% | * | 85% | 98% | * | * | 82% | 93% | * | 85% | 27% | 73% |
|  | 2005 | 89% | 88% | 83% | * | 81% | 88% | * | * | 74% | 91% | * | 79% | 39% | 61% |
| All Tests | 2006 | 65% | 62% | 50% | * | 42% | 89% | * | * | 51% | 49% | * | 42% | <1% | 15% |
|  | 2005 | 60% | 57% | 47% | * | 42% | 69% | * | * | 42% | 52% | * | 39% | 5% | 12% |

TEXAS EDUCATION AGENCY
Academic Excellence Indicator System
2005-06 District Performance

Section I - Page 3

District Name: UVALDE CISD
District #: 232903

| Indicator: | | State | Region 20 | District | African American | Hispanic | White | Native American | Asian/ Pacific Is | Male | Female | Special Ed | Econ Disad | LEP | At Risk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TAKS Met 2006 Standard Grade 8** | | | | | | | | | | | | | | | |
| Reading | 2006 | 84% | 83% | 72% | * | 69% | 85% | * | * | 70% | 74% | * | 66% | 15% | 51% |
|  | 2005 | 84% | 82% | 73% | * | 69% | 95% | * | * | 73% | 74% | * | 65% | 22% | 58% |
| Mathematics | 2006 | 68% | 65% | 42% | * | 38% | 58% | * | * | 39% | 44% | * | 37% | 8% | 15% |
|  | 2005 | 62% | 58% | 42% | * | 36% | 75% | * | * | 44% | 41% | * | 33% | 1% v | 21% |
| * Science | 2006 | 72% | 72% | 52% | * | 47% | 80% | * | * | 55% | 50% | * | 45% | 8% | 24% |
| Soc Studies | 2006 | 84% | 83% | 58% | * | 53% | 84% | * | * | 54% | 62% | * | 53% | 1% v | 32% |
|  | 2005 | 85% | 85% | 76% | * | 72% | 95% | * | * | 77% | 76% | * | 69% | 40% | 64% |
| * All Tests | 2006 | 58% | 56% | 35% | * | 31% | 51% | * | * | 32% | 38% | 67% | 30% | 1% v | 8% |
|  | 2005 | 58% | 54% | 39% | * | 31% | 72% | * | * | 40% | 37% | 20% | 29% | 1% v | 17% |
| **TAKS Met 2006 Standard Grade 9** | | | | | | | | | | | | | | | |
| Reading | 2006 | 88% | 88% | 80% | * | 77% | 94% | * | * | 74% | 87% | 28% | 76% | 29% | 73% |
|  | 2005 | 83% | 83% | 75% | * | 72% | 95% | * | * | 69% | 81% | 27% | 70% | 25% | 61% |
| Mathematics | 2006 | 58% | 55% | 39% | * | 33% | 66% | * | * | 37% | 42% | 11% | 30% | 8% | 17% |
|  | 2005 | 58% | 53% | 42% | * | 37% | 68% | * | * | 41% | 43% | 15% | 33% | 17% | 19% |
| All Tests | 2006 | 57% | 54% | 40% | * | 35% | 66% | * | * | 36% | 43% | 10% | 32% | 1% v | 20% |
|  | 2005 | 56% | 51% | 41% | * | 35% | 69% | * | * | 38% | 44% | 6% | 32% | 8% | 18% |
| **TAKS Met 2006 Standard Grade 10** | | | | | | | | | | | | | | | |
| Eng Lang Arts | 2006 | 86% | 86% | 72% | * | 68% | 89% | * | * | 57% | 86% | 1% v | 68% | 18% | 59% |
|  | 2005 | 68% | 69% | 41% | * | 38% | 57% | * | * | 34% | 50% | 5% | 32% | 1% v | 19% |
| Mathematics | 2006 | 62% | 59% | 40% | * | 33% | 70% | * | * | 41% | 40% | 18% | 30% | 9% | 14% |
|  | 2005 | 59% | 57% | 38% | * | 29% | 73% | * | * | 35% | 40% | 6% | 27% | 1% v | 14% |
| Science | 2006 | 61% | 61% | 34% | * | 25% | 74% | * | * | 38% | 31% | 8% | 26% | 1% | 13% |
|  | 2005 | 55% | 55% | 37% | * | 28% | 71% | * | * | 40% | 34% | 5% | 25% | 5% v | 12% |
| Soc Studies | 2006 | 84% | 84% | 70% | * | 65% | 94% | * | * | 65% | 76% | 33% | 64% | 8% | 53% |
|  | 2005 | 85% | 84% | 71% | * | 66% | 88% | * | * | 70% | 72% | 37% | 63% | 17% | 39% |
| All Tests | 2006 | 50% | 49% | 28% | * | 21% | 59% | * | * | 27% | 29% | 1% v | 20% | 1% v | 8% |
|  | 2005 | 40% | 39% | 20% | * | 15% | 43% | * | * | 20% | 21% | 1% v | 11% | 1% v | 2% |

* Grade 8 Science (tested at 2 SEM below Panel Recommended value) is included in All Tests for 2006.

District Name: UVALDE CISD
District #: 232903

T E X A S   E D U C A T I O N   A G E N C Y
Academic Excellence Indicator System
2005-06 District Performance

Section I - Page 4

| Indicator: | | State | Region 20 | District | African American | Hispanic | White | Native American | Asian/Pacific Is | Male | Female | Special Ed | Econ Disad | LEP | At Risk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TAKS Met 2006 Standard** ^ Grade 11 | | | | | | | | | | | | | | | |
| Eng Lang Arts | 2006 | 89% | 90% | 82% | * | 81% | 87% | * | * | 80% | 84% | 8% | 77% | 13% | 74% |
| | 2005 | 87% | 87% | 73% | * | 67% | 93% | * | * | 66% | 79% | 14% | 65% | 16% | 39% |
| Mathematics | 2006 | 78% | 78% | 58% | * | 53% | 80% | * | * | 60% | 57% | 10% | 47% | 21% | 44% |
| | 2005 | 72% | 69% | 54% | * | 46% | 84% | * | * | 50% | 58% | 8% | 43% | 11% | 10% |
| Science | 2006 | 76% | 75% | 58% | * | 51% | 89% | * | * | 66% | 50% | 15% | 50% | 13% | 44% |
| | 2005 | 71% | 70% | 55% | * | 46% | 86% | * | * | 56% | 54% | 5% | 43% | 5% | 15% |
| Soc Studies | 2006 | 94% | 94% | 81% | * | 78% | 96% | * | * | 86% | 76% | 46% | 75% | 43% | 73% |
| | 2005 | 91% | 91% | 81% | * | 76% | 98% | * | * | 82% | 80% | 27% | 73% | 22% | 49% |
| All Tests | 2006 | 66% | 66% | 45% | * | 40% | 72% | * | * | 48% | 43% | 6% | 34% | 1% | 29% |
| | 2005 | 60% | 58% | 42% | * | 34% | 72% | * | * | 38% | 46% | v 1% | 29% | v 5% | 6% |

**TAKS Met 2006 Standard (Sum of All Grades Tested, EXCLUDING grade 8 Science)**
(Standard Accountability Indicator)

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reading/ELA | 2006 | 87% | 87% | 81% | > 99% | 79% | 91% | * | > 99% | 77% | 85% | 43% | 78% | 48% | 67% |
| | 2005 | 83% | 82% | 73% | 77% | 70% | 89% | * | 92% | 70% | 77% | 36% | 69% | 40% | 56% |
| Mathematics | 2006 | 75% | 73% | 62% | 80% | 59% | 79% | * | > 99% | 62% | 63% | 40% | 58% | 44% | 38% |
| | 2005 | 71% | 68% | 60% | 62% | 56% | 81% | * | 92% | 58% | 61% | 38% | 55% | 33% | 37% |
| Writing | 2006 | 91% | 92% | 91% | * | 89% | 98% | * | * | 86% | 95% | > 99% | 89% | 68% | 79% |
| | 2005 | 90% | 89% | 86% | * | 85% | 91% | * | > 99% | 80% | 91% | 78% | 83% | 67% | 69% |
| Science | 2006 | 70% | 70% | 51% | * | 45% | 82% | * | * | 56% | 46% | 18% | 44% | 12% | 32% |
| | 2005 | 63% | 63% | 48% | 71% | 41% | 80% | * | > 99% | 51% | 45% | 12% | 39% | 7% | 18% |
| Soc Studies | 2006 | 87% | 87% | 70% | * | 65% | 92% | * | > 99% | 68% | 71% | 37% | 63% | 18% | 53% |
| | 2005 | 87% | 86% | 76% | > 99% | 71% | 94% | * | * | 76% | 76% | 32% | 68% | 24% | 54% |
| All Tests | 2006 | 67% | 65% | 54% | 70% | 50% | 73% | * | 93% | 53% | 55% | 33% | 49% | 31% | 30% |
| | 2005 | 62% | 59% | 50% | 54% | 46% | 72% | * | 92% | 48% | 51% | 23% | 44% | 25% | 27% |

**TAKS Met 2006 Standard (Sum of All Grades Tested, INCLUDING grade 8 Science)**
(2008 Preview at Panel Recommended)

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Science | 2006 | 66% | 65% | 46% | * | 41% | 77% | * | 86% | 52% | 41% | 19% | 39% | 9% | 26% |
| All Tests | 2006 | 65% | 64% | 53% | 60% | 49% | 72% | * | 93% | 53% | 53% | 33% | 48% | 31% | 29% |

^ Primary Spring Administration, plus June 2005 and October 2005 first-time testers who pass all 4 tests.

```
District Name: UVALDE CISD                    TEXAS EDUCATION AGENCY                          Section I - Page 5
District #: 232903                       Academic Excellence Indicator System
                                           2005-06 District Performance
```

| Indicator: | | State | Region 20 | District | African American | Hispanic | White | Native American | Asian/ Pacific Is | Male | Female | Special Ed | Econ Disad | LEP | At Risk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TAKS Commended Performance (Sum of All Grades Tested, EXCLUDING grade 8 Science) | | | | | | | | | | | | | | | |
| Reading/ELA | 2006 | 27% | 26% | 19% | 20% | 16% | 39% | * | 57% | 18% | 21% | 3% | 15% | 6% | 6% |
|  | 2005 | 25% | 24% | 18% | 23% | 15% | 34% | * | 46% | 16% | 19% | 4% | 12% | 6% | 5% |
| Mathematics | 2006 | 23% | 21% | 16% | 10% | 15% | 26% | * | 43% | 17% | 16% | 7% | 14% | 11% | 5% |
|  | 2005 | 20% | 18% | 13% | 8% | 11% | 24% | * | 54% | 14% | 12% | 5% | 10% | 6% | 3% |
| Writing | 2006 | 30% | 28% | 29% | * | 26% | 46% | * | * | 23% | 35% | 50% | 25% | 22% | 12% |
|  | 2005 | 26% | 24% | 22% | * | 19% | 36% | * | > 99% | 15% | 28% | 11% | 16% | 12% | 7% |
| Science | 2006 | 16% | 15% | 7% | * | 5% | 14% | * | * | 8% | 5% | < 1% | 5% | v 1% | 1% |
|  | 2005 | 14% | 13% | 8% | 14% | 6% | 18% | * | 20% | 10% | 6% | 2% | 6% | v 1% | 2% |
| Soc Studies | 2006 | 30% | 29% | 14% | * | 8% | 39% | * | 50% | 16% | 11% | 4% | 7% | v 1% | 3% |
|  | 2005 | 26% | 24% | 12% | 13% | 8% | 33% | * | * | 15% | 11% | < 1% | 6% | 2% | 3% |
| All Tests | 2006 | 11% | 10% | 6% | 10% | 5% | 13% | * | 21% | 6% | 7% | 1% | 5% | 4% | 1% |
|  | 2005 | 10% | 8% | 6% | < 1% | 4% | 13% | * | 31% | 6% | 6% | < 1% | 4% | 1% | 1% |
| TAKS-I (Sum of All Grades Tested) Met Standard | | | | | | | | | | | | | | | |
| Science | 2006 | 20% | 20% | 27% | * | 29% | * | * | * | 40% | < 1% | 27% | 29% | 14% | 20% |
| Soc Studies | 2006 | 31% | 32% | * | * | * | * | * | * | * | * | * | * | * | * |
| SDAA II Examinations (Sum of All Grades Tested) Met ARD Expectations (Standard Accountability & AEA Indicator) | | | | | | | | | | | | | | | |
| 2006 | | 84% | 82% | 81% | * | 81% | 75% | * | * | 82% | 80% | 81% | 82% | 78% | 83% |
| 2005 | | 79% | 75% | 64% | 71% | 63% | 74% | * | * | 61% | 69% | 64% | 63% | 58% | 66% |
| SDAA II Examinees (Sum of All Grades Tested) Met ARD Expectations | | | | | | | | | | | | | | | |
| Reading/ELA | 2006 | 87% | 84% | 84% | * | 85% | 67% | * | * | 85% | 83% | 84% | 84% | 79% | 84% |
|  | 2005 | 82% | 78% | 64% | * | 64% | 77% | * | * | 62% | 70% | 64% | 62% | 51% | 65% |
| Mathematics | 2006 | 86% | 85% | 89% | * | 89% | 88% | * | * | 87% | 92% | 89% | 91% | 85% | 91% |
|  | 2005 | 80% | 76% | 64% | * | 64% | 58% | * | * | 63% | 67% | 64% | 64% | 65% | 67% |
| Writing | 2006 | 68% | 63% | 54% | * | 54% | * | * | * | 57% | 48% | 54% | 55% | 55% | 61% |
|  | 2005 | 65% | 62% | 61% | * | 57% | > 99% | * | * | 54% | 74% | 61% | 61% | 57% | 63% |
| All Tests | 2006 | 74% | 72% | 67% | * | 67% | 73% | * | * | 69% | 62% | 67% | 68% | 63% | 70% |
|  | 2005 | 68% | 63% | 45% | * | 44% | 50% | * | * | 43% | 49% | 45% | 44% | 37% | 46% |

District Name: UVALDE CISD
District #: 232903

TEXAS EDUCATION AGENCY
Academic Excellence Indicator System
2005-06 District Performance

Section I - Page 6

| Indicator: | State | Region 20 | District | African American | Hispanic | White | Native American | Asian/ Pacific Is | Male | Female | Special Ed | Econ Disad | LEP | At Risk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2006 TAKS/SDAA II/TAKS-I Participation (Grades 3-11)** | | | | | | | | | | | | | | |
| Tested | 97.1% | 97.5% | 97.9% | 92.3% | 98.0% | 98.1% | * | 100.0% | 97.3% | 98.7% | 87.3% | 97.6% | 96.1% | 97.6% |
| **By Assessment** | | | | | | | | | | | | | | |
| TAKS (1 or more) | 90.7% | 90.7% | 91.3% | 76.9% | 90.8% | 95.6% | * | 100.0% | 88.6% | 94.3% | 31.7% | 89.8% | 71.4% | 87.6% |
| Not on TAKS | 6.4% | 6.8% | 6.6% | 15.4% | 7.2% | 2.6% | * | 0.0% | 8.6% | 4.4% | 55.6% | 7.8% | 24.7% | 10.0% |
| TAKS-I Only | 0.1% | 0.2% | 0.0% | 0.0% | 0.0% | 0.0% | * | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| SDAA II Only | 5.4% | 5.6% | 6.1% | 15.4% | 6.6% | 2.3% | * | 0.0% | 8.0% | 4.0% | 51.2% | 7.2% | 23.1% | 9.0% |
| TAKS-I/SDAA II Only | 0.8% | 1.1% | 0.5% | 0.0% | 0.6% | 0.2% | * | 0.0% | 0.6% | 0.4% | 4.4% | 0.6% | 1.6% | 1.0% |
| **By Acct Status** | | | | | | | | | | | | | | |
| Acct System | 90.5% | 90.3% | 93.5% | 92.3% | 93.6% | 93.7% | * | 100.0% | 92.4% | 95.0% | 78.4% | 93.6% | 88.6% | 93.1% |
| Non-Acct System | 6.5% | 7.2% | 4.4% | 0.0% | 4.4% | 4.4% | * | 0.0% | 4.9% | 3.7% | 8.8% | 4.0% | 7.5% | 4.5% |
| Mobile | 5.6% | 6.6% | 4.4% | 0.0% | 4.4% | 4.4% | * | 0.0% | 4.9% | 3.7% | 8.8% | 4.0% | 7.5% | 4.5% |
| Non-Acct Test | 0.2% | 0.2% | 0.0% | 0.0% | 0.0% | 0.0% | * | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Katrina/Rita | 0.8% | 0.4% | 0.0% | 0.0% | 0.0% | 0.0% | * | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Not Tested | 2.9% | 2.5% | 2.1% | 7.7% | 2.0% | 1.9% | * | 0.0% | 2.7% | 1.3% | 12.7% | 2.4% | 3.9% | 2.4% |
| Absent | 0.2% | 0.2% | 0.2% | 0.0% | 0.2% | 0.2% | * | 0.0% | 0.2% | 0.1% | 0.5% | 0.2% | 0.4% | 0.4% |
| ARD Exempt | 0.7% | 0.9% | 0.8% | 7.7% | 0.7% | 1.4% | * | 0.0% | 1.3% | 0.3% | 6.8% | 0.9% | 1.6% | 0.8% |
| LEP Exempt | 1.0% | 0.5% | 0.1% | 0.0% | 0.1% | 0.0% | * | 0.0% | 0.1% | 0.1% | 0.0% | 0.1% | 0.8% | 0.1% |
| Other | 1.0% | 0.9% | 1.0% | 0.0% | 1.1% | 0.2% | * | 0.0% | 1.1% | 0.8% | 5.5% | 1.2% | 1.2% | 1.1% |
| Katrina/Rita | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | * | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Count | 3,001,657 | 242,867 | 3,252 | 13 | 2,793 | 427 | 2 | 14 | 1,680 | 1,568 | 385 | 2,433 | 255 | 1,618 |
| **2005 TAKS/SDAA II Participation (Grades 3-11)** | | | | | | | | | | | | | | |
| Tested | 97.0% | 97.4% | 97.6% | 95.0% | 97.6% | 98.6% | * | 100.0% | 97.1% | 98.3% | 86.8% | 97.6% | 94.9% | 97.5% |
| **By Assessment** | | | | | | | | | | | | | | |
| TAKS (1 or more) | 90.8% | 91.2% | 90.9% | 80.0% | 90.5% | 95.0% | ** | 100.0% | 88.0% | 94.1% | 33.3% | 89.5% | 72.7% | 86.7% |
| SDAA II Only | 6.2% | 6.2% | 6.7% | 15.0% | 7.1% | 3.6% | ** | 0.0% | 9.1% | 4.3% | 53.5% | 8.1% | 22.2% | 10.8% |
| **By Mobility Status** | | | | | | | | | | | | | | |
| Acct Subset | 91.3% | 90.0% | 91.2% | 80.0% | 91.4% | 92.5% | ** | 92.9% | 90.9% | 91.9% | 78.4% | 92.1% | 88.0% | 91.7% |
| Mobile Subset | 5.7% | 7.4% | 6.4% | 15.0% | 6.2% | 6.1% | ** | 7.1% | 6.2% | 6.5% | 8.4% | 5.5% | 6.9% | 5.8% |
| Not Tested | 3.0% | 2.6% | 2.4% | 5.0% | 2.4% | 1.4% | * | 0.0% | 2.9% | 1.7% | 13.2% | 2.4% | 5.1% | 2.5% |
| Absent | 0.2% | 0.2% | 0.1% | 0.0% | 0.1% | 0.2% | * | 0.0% | 0.1% | 0.1% | 0.2% | 0.1% | 0.0% | 0.2% |
| ARD Exempt | 0.8% | 1.0% | 0.7% | 0.0% | 0.8% | 0.2% | * | 0.0% | 0.7% | 0.7% | 5.5% | 0.9% | 1.1% | 0.5% |
| LEP Exempt | 1.0% | 0.5% | 0.2% | 0.0% | 0.2% | 0.0% | * | 0.0% | 0.2% | 0.1% | 0.0% | 0.1% | 2.2% | 0.4% |
| Other | 1.0% | 0.9% | 1.4% | 5.0% | 1.3% | 0.9% | * | 0.0% | 1.9% | 0.7% | 7.4% | 1.2% | 1.8% | 1.4% |
| Total Count | 2,931,773 | 237,296 | 3,327 | 20 | 2,840 | 441 | 1 | 14 | 1,690 | 1,632 | 417 | 2,349 | 275 | 1,477 |
| **TAKS Exit-Level Cumulative Pass Rate** | | | | | | | | | | | | | | |
| Class of 2006 | 87% | 85% | 66% | * | 58% | 97% | * | * | 65% | 68% | 22% | 57% | 13% | 21% |
| Class of 2005 | 91% | 89% | 79% | * | 75% | 91% | * | * | 81% | 78% | 50% | 71% | 29% | 40% |

```
District Name: UVALDE CISD                  T E X A S   E D U C A T I O N   A G E N C Y                        Section I - Page 7
District #: 232903                              Academic Excellence Indicator System
                                                    2005-06 District Performance

                                                          African         Native       Asian/
                              Region                     American        American     Pacific Is
Indicator:          State       20     District  Hispanic   White                      Male    Female   Special   Econ    LEP    At
                                                                                                          Ed      Disad          Risk

Progress of Prior Year TAKS Failers (Sum of Grades 4-11)

Percent of Failers Passing TAKS

Reading/ELA  2006    51%       50%      44%       42%    *    64%    *    *    39%     50%      8%      41%    16%    42%
             2005    45%       44%      30%       29%    *    62%    *    *    28%     33%     14%      28%    16%    26%

Mathematics  2006    32%       29%      19%       18%    *    28%    *    *    19%     19%     15%      18%    19%    18%
             2005    25%       23%      18%       17%    *    31%    *    *    17%     19%      7%      17%    13%    13%

Average TGI Growth

Reading/ELA  2006   0.56      0.50     0.35      0.29    *   1.04    *    *   0.26    0.45   -0.21     0.29  -0.22   0.28
             2005   0.53      0.50     0.27      0.25    *   0.85    *    *   0.24    0.31   -0.13     0.24   0.10   0.21

Mathematics  2006   0.34      0.31     0.14      0.12    *   0.40    *    *   0.17    0.11    0.14     0.12   0.28   0.12
             2005   0.38      0.32     0.29      0.28    *   0.44    *    *   0.31    0.27    0.01     0.27   0.21   0.25

Student Success Initiative

Grade 3 Reading (English and Spanish)

Students Requiring Accelerated Instruction
          2006      12%       11%      15%       15%    *    11%    *    *    17%     11%     47%      17%    34%    26%
          2005      13%       13%      14%       16%    *   < 1%    *    *    17%     12%     33%      16%    29%    23%

TAKS Cumulative Met Standard (First and Second Administrations)
          2006      94%       95%      93%       92%    *    96%    *    *    92%     94%     75%      92%    83%    88%
          2005      93%       93%      94%       93%    *  > 99%    *    *    94%     93%   > 99%      93%    85%    89%

Grade 5 Reading (English and Spanish)

Students Requiring Accelerated Instruction
          2006      20%       20%      29%       32%    *     7%    *    *    33%     26%     50%      34%    71%    59%
          2005      25%       25%      29%       30%    *    14%    *    *    28%     29%     38%      33%    71%    58%

TAKS Cumulative Met Standard (First and Second Administrations)
          2006      89%       89%      83%       82%    *    93%    *    *    80%     86%     60%      80%    47%    62%
          2005      86%       86%      83%       82%    *  > 99%    *    *    85%     81%     75%      80%    43%    60%
```

```
T E X A S   E D U C A T I O N   A G E N C Y                        Section I - Page 8
              Academic Excellence Indicator System
                  2005-06 District Performance
```

District Name: UVALDE CISD
District #: 232903

| Indicator: | State | Region 20 | District | African American | Hispanic | White | Native American | Asian/ Pacific Is | Male | Female | Special Ed | Econ Disad | LEP | At Risk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grade 5 Mathematics (English and Spanish) | | | | | | | | | | | | | | |
| Students Requiring Accelerated Instruction | | | | | | | | | | | | | | |
| 2006 | 19% | 18% | 21% | * | 23% | 4% | * | * | 23% | 20% | 14% | 26% | 50% | 40% |
| 2005 | 21% | 21% | 20% | * | 22% | 7% | * | * | 19% | 22% | 11% | 22% | 57% | 44% |
| TAKS Cumulative Met Standard (First and Second Administrations) | | | | | | | | | | | | | | |
| 2006 | 90% | 90% | 87% | * | 86% | >99% | * | * | 86% | 88% | 86% | 84% | 67% | 74% |
| 2005 | 88% | 88% | 86% | * | 84% | 97% | * | * | 88% | 84% | >99% | 85% | 57% | 66% |
| TAKS Failers Promoted by Grade Placement Committee | | | | | | | | | | | | | | |
| 2005 | 69.6% | 64.3% | 0.0% | - | 0.0% | - | - | - | * | 0.0% | - | 0.0% | - | 0.0% |
| TAKS Met Standard/SDAA II Met ARD Expectations (Failed in Previous Year) | | | | | | | | | | | | | | |
| Retained in Grade 5 | | | | | | | | | | | | | | |
| 2006 | 75% | 75% | 73% | * | 73% | * | * | * | * | 67% | * | 73% | * | 80% |
| English Language Learners Progress Measure | | | | | | | | | | | | | | |
| 2005-06 | 66% | 66% | 52% | * | 52% | * | * | * | 43% | 64% | 11% | 53% | 45% | 48% |
| Attendance Rate | | | | | | | | | | | | | | |
| 2004-05 | 95.7% | 95.2% | 94.7% | 96.1% | 94.6% | 95.2% | * | 98.2% | 94.6% | 94.8% | 92.3% | 94.5% | 94.6% | 93.9% |
| 2003-04 | 95.7% | 95.2% | 94.7% | 96.0% | 94.6% | 95.2% | * | 96.8% | 94.6% | 94.8% | 91.9% | 94.6% | 94.2% | 93.6% |
| Annual Dropout Rate (Gr 7-8) (Standard Accountability Indicator) | | | | | | | | | | | | | | |
| 2004-05 | 0.2% | 0.2% | 0.4% | * | 0.5% | 0.0% | - | * | 0.7% | 0.2% | 1.1% | 0.3% | 1.6% | 0.7% |
| 2003-04 | 0.2% | 0.2% | 0.0% | * | 0.0% | 0.0% | - | - | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Annual Dropout Rate (Gr 7-12) (AEA Indicator) | | | | | | | | | | | | | | |
| 2004-05 | 0.9% | 1.2% | 1.4% | 0.0% | 1.6% | 0.7% | * | 0.0% | 1.8% | 1.0% | 3.3% | 1.5% | 3.9% | 2.1% |
| 2003-04 | 0.9% | 1.0% | 1.5% | 0.0% | 1.7% | 0.2% | * | 0.0% | 1.3% | 1.6% | 1.8% | 0.9% | 3.0% | 1.7% |

District Name: UVALDE CISD
District #: 232903

**TEXAS EDUCATION AGENCY**
Academic Excellence Indicator System
2005-06 District Performance

Section I - Page 9

| Indicator: | State | Region 20 | District | African American | Hispanic | White | Native American | Asian/ Pacific Is | Male | Female | Special Ed | Econ Disad | LEP | At Risk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Completion/Student Status Rate (Gr 9-12)** | | | | | | | | | | | | | | |
| **Class of 2005** | | | | | | | | | | | | | | |
| Graduated | 84.0% | 80.7% | 79.7% | - | 77.1% | 88.7% | * | * | 75.0% | 84.9% | 69.4% | 75.3% | 50.0% | 58.9% |
| Received GED | 3.8% | 4.4% | 4.5% | - | 3.4% | 8.5% | * | * | 5.7% | 3.1% | 0.0% | 4.1% | 3.6% | 8.1% |
| Continued HS | 7.9% | 9.7% | 9.6% | - | 12.2% | 0.0% | * | * | 11.9% | 6.9% | 20.4% | 12.9% | 21.4% | 20.2% |
| Dropped Out (4-yr) | 4.3% | 5.2% | 6.3% | - | 7.3% | 2.8% | * | * | 7.4% | 5.0% | 10.2% | 7.7% | 25.0% | 12.9% |
| **Class of 2004** | | | | | | | | | | | | | | |
| Graduated | 84.6% | 82.4% | 79.9% | - | 76.7% | 90.5% | * | - | 80.7% | 79.1% | 75.0% | 70.9% | 67.6% | 65.7% |
| Received GED | 4.2% | 4.5% | 4.0% | - | 2.8% | 8.1% | * | - | 3.4% | 4.7% | 0.0% | 5.5% | 0.0% | 2.8% |
| Continued HS | 7.3% | 8.5% | 8.6% | - | 10.8% | 1.4% | * | - | 10.8% | 6.1% | 12.5% | 12.6% | 11.8% | 16.8% |
| Dropped Out (4-yr) | 3.9% | 4.6% | 7.4% | - | 9.6% | 0.0% | * | - | 5.1% | 10.1% | 12.5% | 11.0% | 20.6% | 14.7% |
| **Completion Rate II (w/GED) (AEA Indicator)** | | | | | | | | | | | | | | |
| Class of 2005 | 95.7% | 94.8% | 93.7% | - | 92.7% | 97.2% | * | * | 92.6% | 95.0% | 89.8% | 92.3% | 75.0% | 87.1% |
| Class of 2004 | 96.1% | 95.4% | 92.6% | - | 90.4% | 100.0% | * | - | 94.9% | 89.9% | 87.5% | 89.0% | 79.4% | 85.3% |
| **Completion Rate I (w/o GED) (Standard Accountability Indicator)** | | | | | | | | | | | | | | |
| Class of 2005 | 91.9% | 90.4% | 89.3% | - | 89.3% | 88.7% | * | * | 86.9% | 91.8% | 89.8% | 88.1% | 71.4% | 79.0% |
| Class of 2004 | 91.9% | 90.9% | 88.6% | - | 87.6% | 91.9% | * | - | 91.5% | 85.1% | 87.5% | 83.5% | 79.4% | 82.5% |
| **COLLEGE READINESS INDICATORS** | | | | | | | | | | | | | | |
| **Advanced Course/Dual Enrollment Completion** | | | | | | | | | | | | | | |
| 2004-05 | 20.5% | 20.1% | 16.4% | 0.0% | 11.9% | 36.4% | * | 80.0% | 12.4% | 20.8% | 0.0% | 9.2% | 0.0% | 0.9% |
| 2003-04 | 19.9% | 19.7% | 12.8% | 0.0% | 9.8% | 24.4% | * | 40.0% | 10.7% | 15.2% | 0.6% | 8.3% | 1.7% | 2.7% |
| **RHSP/DAP Graduates** | | | | | | | | | | | | | | |
| Class of 2005 | 72.3% | 73.0% | 70.0% | - | 67.8% | 76.6% | * | * | 60.4% | 80.1% | 0.0% | 65.5% | 23.5% | 37.7% |
| Class of 2004 | 68.4% | 66.3% | 70.2% | - | 65.8% | 84.1% | * | - | 64.1% | 77.2% | 9.7% | 64.2% | 27.3% | 49.6% |
| **AP/IB Results** | | | | | | | | | | | | | | |
| **Tested** | | | | | | | | | | | | | | |
| 2005 | 18.4% | 18.6% | 8.9% | * | 6.7% | 14.7% | * | * | 8.4% | 9.3% | n/a | n/a | n/a | n/a |
| 2004 | 17.4% | 17.4% | 11.4% | - | 7.0% | 25.6% | * | * | 12.1% | 10.8% | n/a | n/a | n/a | n/a |
| **Examinees >= Criterion** | | | | | | | | | | | | | | |
| 2005 | 51.8% | 42.7% | 34.0% | - | 37.0% | 23.5% | * | * | 30.0% | 37.0% | n/a | n/a | n/a | n/a |
| 2004 | 53.9% | 45.4% | 30.7% | - | 24.1% | 34.4% | * | - | 34.4% | 26.7% | n/a | n/a | n/a | n/a |
| **Scores >= Criterion** | | | | | | | | | | | | | | |
| 2005 | 47.4% | 37.7% | 24.0% | - | 23.4% | 18.2% | * | * | 22.2% | 25.0% | n/a | n/a | n/a | n/a |
| 2004 | 49.3% | 40.2% | 23.3% | - | 17.0% | 28.6% | * | - | 27.3% | 19.6% | n/a | n/a | n/a | n/a |
| **Texas Success Initiative (TSI) - Higher Education Readiness Component** | | | | | | | | | | | | | | |
| Eng Lang Arts 2006 | 40% | 45% | 33% | * | 28% | 57% | * | * | 24% | 42% | <1% | 26% | <1% | 23% |
| 2005 | 39% | 43% | 26% | * | 17% | 55% | * | * | 22% | 30% | 7% | 14% | * | 7% |
| Mathematics 2006 | 51% | 49% | 27% | * | 21% | 53% | * | * | 27% | 27% | <1% | 17% | 14% | 13% |
| 2005 | 48% | 45% | 33% | * | 24% | 63% | * | * | 30% | 35% | * | 21% | * | 3% |

District Name: UVALDE CISD
District #: 232903

TEXAS EDUCATION AGENCY
Academic Excellence Indicator System
2005-06 District Performance

Section I - Page 10

| Indicator: | State | Region 20 | District | African American | Hispanic | White | Native American | Asian/ Pacific Is | Male | Female | Special Ed | Econ Disad | LEP | At Risk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SAT/ACT Results Tested** | | | | | | | | | | | | | | |
| Class of 2005 | 65.5% | 62.9% | 45.5% | ? | 39.9% | 55.9% | * | * | 41.0% | 49.6% | n/a | n/a | n/a | n/a |
| Class of 2004 | 61.9% | 60.9% | 49.2% | - | 41.7% | 69.2% | * | - | 49.6% | 48.8% | n/a | n/a | n/a | n/a |
| **At/Above Criterion** | | | | | | | | | | | | | | |
| Class of 2005 | 27.4% | 23.3% | 15.3% | * | 1.4% | 42.4% | * | * | 18.8% | 12.7% | n/a | n/a | n/a | n/a |
| Class of 2004 | 27.0% | 23.0% | 15.7% | - | 5.0% | 33.3% | * | - | 23.4% | 7.9% | n/a | n/a | n/a | n/a |
| **Mean SAT Score** | | | | | | | | | | | | | | |
| Class of 2005 | 992 | 957 | 903 | * | 813 | 1060 | * | * | 908 | 899 | n/a | n/a | n/a | n/a |
| Class of 2004 | 987 | 950 | 911 | * | 839 | 1023 | - | - | 972 | 848 | n/a | n/a | n/a | n/a |
| **Mean ACT Score** | | | | | | | | | | | | | | |
| Class of 2005 | 20.0 | 19.6 | 17.8 | - | 15.7 | 21.4 | * | - | 18.1 | 17.3 | n/a | n/a | n/a | n/a |
| Class of 2004 | 20.1 | 19.8 | 17.3 | - | 15.7 | 19.4 | * | - | 18.1 | 16.2 | n/a | n/a | n/a | n/a |

'?' Indicates that the data for this item were statistically improbable, or were reported outside a reasonable range.
'*' indicates results are masked due to small numbers to protect student confidentiality.
'-' indicates zero observations reported for this group.
'n/a' indicates data reporting is not applicable for this group.

```
District Name: UVALDE CISD              T E X A S   E D U C A T I O N   A G E N C Y              Section II - Page 1
County Name: UVALDE                        Academic Excellence Indicator System
District #: 232903                            2005-06 District Profile
```

| STUDENT INFORMATION | District | | State | |
|---|---|---|---|---|
| | Count | Percent | Count | Percent |
| Total Students: | 5,143 | 100.0% | 4,505,572 | 100.0% |
| Students By Grade: Early Childhood Education | 15 | 0.3% | 13,234 | 0.3% |
| Pre-Kindergarten | 319 | 6.2% | 181,420 | 4.0% |
| Kindergarten | 386 | 7.5% | 349,748 | 7.8% |
| Grade 1 | 447 | 8.7% | 359,006 | 8.0% |
| Grade 2 | 377 | 7.3% | 344,441 | 7.6% |
| Grade 3 | 352 | 6.8% | 340,527 | 7.6% |
| Grade 4 | 322 | 6.3% | 329,798 | 7.3% |
| Grade 5 | 339 | 6.6% | 336,923 | 7.5% |
| Grade 6 | 306 | 5.9% | 323,870 | 7.2% |
| Grade 7 | 399 | 7.8% | 338,731 | 7.5% |
| Grade 8 | 406 | 7.9% | 335,606 | 7.4% |
| Grade 9 | 457 | 8.9% | 391,955 | 8.7% |
| Grade 10 | 374 | 7.3% | 322,715 | 7.2% |
| Grade 11 | 347 | 6.7% | 281,269 | 6.2% |
| Grade 12 | 297 | 5.8% | 256,329 | 5.7% |
| Ethnic Distribution: African American | 26 | 0.5% | 664,242 | 14.7% |
| Hispanic | 4,456 | 86.6% | 2,040,449 | 45.3% |
| White | 641 | 12.5% | 1,644,308 | 36.5% |
| Native American | 3 | 0.1% | 14,984 | 0.3% |
| Asian/Pacific Islander | 17 | 0.3% | 141,589 | 3.1% |
| Economically Disadvantaged | 3,925 | 76.3% | 2,503,755 | 55.6% |
| Limited English Proficient (LEP) | 408 | 7.9% | 711,237 | 15.8% |
| Students w/Disciplinary Placements (2004-05) | 157 | 2.8% | 104,198 | 2.3% |
| At-Risk | 2,597 | 50.5% | 2,195,942 | 48.7% |
| Graduates (Class of 2005): | | | | |
| Total Graduates | 280 | 100.0% | 239,716 | 100.0% |
| By Ethnicity (incl. Special Ed.): | | | | |
| African American | 0 | 0.0% | 32,811 | 13.7% |
| Hispanic | 214 | 76.4% | 84,566 | 35.3% |
| White | 64 | 22.9% | 113,212 | 47.2% |
| Native American | 1 | 0.4% | 764 | 0.3% |
| Asian/Pacific Islander | 1 | 0.4% | 8,363 | 3.5% |
| By Graduation Type (incl. Special Ed.): | | | | |
| Minimum H.S. Program | 84 | 30.0% | 66,380 | 27.7% |
| Recommended H.S. Pgm./DAP | 196 | 70.0% | 173,336 | 72.3% |
| Special Education Graduates | 36 | 12.9% | 25,951 | 10.8% |

```
District Name: UVALDE CISD              T E X A S   E D U C A T I O N   A G E N C Y                    Section II - Page 2
County Name: UVALDE                        Academic Excellence Indicator System
District #: 232903                             2005-06 District Profile
```

```
                                    |---Non-Special Education Rates---|  |---Special Education Rates----|
                                       District              State          District              State
Retention Rates By Grade: Kindergarten    2.7%               2.9%            13.3%               11.8%
                         Grade 1         11.5%               5.9%            22.5%               10.2%
                         Grade 2          8.2%               3.5%            10.9%                4.3%
                         Grade 3          2.1%               3.3%             0.0%                2.6%
                         Grade 4          0.0%               1.8%             0.0%                1.4%
                         Grade 5          6.8%               3.8%             0.0%                2.2%
                         Grade 6          0.0%               1.5%             0.0%                1.6%
                         Grade 7          0.3%               2.3%             0.0%                2.5%
                         Grade 8          0.5%               1.7%             0.0%                3.0%

                                    |---------District--------|           |------------State-----------|
                                       Count      Percent                     Count       Percent
Data Quality: PID Errors (student)        1         0.0%                     12,720         0.2%
              Underreported Students      0         0.0%                      3,449         0.2%
```

```
CLASS SIZE INFORMATION                                       District                              State
(Derived from teacher responsibility records.)

Class Size Averages by Grade and Subject:

   Elementary: Kindergarten                                    18.7                                 19.3
               Grade 1                                         19.3                                 18.9
               Grade 2                                         19.8                                 18.9
               Grade 3                                         19.1                                 18.9
               Grade 4                                         20.2                                 19.3
               Grade 5                                         18.8                                 21.9
               Grade 6                                         21.7                                 21.4
               Mixed Grades                                      -                                  25.7

   Secondary:  English/Language Arts                           18.9                                 20.3
               Foreign Languages                               19.5                                 21.3
               Mathematics                                     17.8                                 20.3
               Science                                         20.1                                 21.5
               Social Studies                                  22.1                                 22.5
```

District Name: UVALDE CISD  
County Name: UVALDE  
District #: 232903  

TEXAS EDUCATION AGENCY  
Academic Excellence Indicator System  
2005-06 District Profile  

Section II - Page 3

| STAFF INFORMATION | District Count | District Percent | State Count | State Percent |
|---|---|---|---|---|
| Total Staff: | 773.0 | 100.0% | 596,297.7 | 100.0% |
| Professional Staff: | | | | |
| Teachers | 464.6 | 60.1% | 372,671.4 | 62.5% |
| Professional Support | 378.6 | 49.0% | 302,148.7 | 50.7% |
| Campus Administration (School Leadership) | 57.0 | 7.4% | 47,868.5 | 8.0% |
| Central Administration | 21.0 | 2.7% | 16,744.4 | 2.8% |
| | 8.0 | 1.0% | 5,909.8 | 1.0% |
| Educational Aides: | 96.6 | 12.5% | 60,944.2 | 10.2% |
| Auxiliary Staff: | 211.7 | 27.4% | 162,682.2 | 27.3% |
| Total Minority Staff: | 470.2 | 60.8% | 247,644.6 | 41.5% |
| Teachers by Ethnicity and Sex: | | | | |
| African American | 1.0 | 0.3% | 27,464.8 | 9.1% |
| Hispanic | 157.2 | 41.5% | 60,816.9 | 20.1% |
| White | 217.4 | 57.4% | 209,743.0 | 69.4% |
| Native American | 0.0 | 0.0% | 803.9 | 0.3% |
| Asian/Pacific Islander | 3.0 | 0.8% | 3,319.1 | 1.1% |
| Males | 99.4 | 26.2% | 69,103.0 | 22.9% |
| Females | 279.2 | 73.8% | 233,044.6 | 77.1% |
| Teachers by Highest Degree Held: | | | | |
| No Degree | 0.0 | 0.0% | 2,884.1 | 1.0% |
| Bachelors | 327.1 | 86.4% | 233,604.7 | 77.3% |
| Masters | 50.5 | 13.3% | 64,148.7 | 21.2% |
| Doctorate | 1.0 | 0.3% | 1,511.2 | 0.5% |
| Teachers by Years of Experience: | | | | |
| Beginning Teachers | 27.7 | 7.3% | 22,763.9 | 7.5% |
| 1-5 Years Experience | 100.5 | 26.5% | 87,513.1 | 29.0% |
| 6-10 Years Experience | 84.9 | 22.4% | 58,741.1 | 19.4% |
| 11-20 Years Experience | 98.0 | 25.9% | 73,121.5 | 24.2% |
| Over 20 Years Experience | 67.5 | 17.8% | 60,009.0 | 19.9% |
| Number of Students per Teacher: | 13.6 | n/a | 14.9 | n/a |

```
District Name: UVALDE CISD          T E X A S  E D U C A T I O N  A G E N C Y           Section II - Page 4
County Name: UVALDE                     Academic Excellence Indicator System
District #: 232903                         2005-06 District Profile

STAFF INFORMATION (Continued)               |-------District-------|    |----------State----------|

Average Years Experience of Teachers:              11.4 yrs.                    11.5 yrs.

Average Years Experience of Teachers with District: 7.7 yrs.                     7.6 yrs.

Average Teacher Salary by Years of Experience:
  (regular duties only)

  Beginning Teachers                              $31,034                       $34,505
  1-5 Years Experience                            $32,364                       $36,567
  6-10 Years Experience                           $34,917                       $39,008
  11-20 Years Experience                          $42,359                       $43,978
  Over 20 Years Experience                        $49,254                       $51,998

Average Actual Salaries (regular duties only):

  Teachers                                        $38,438                       $41,744
  Professional Support                            $47,981                       $50,029
  Campus Administration (School Leadership)       $56,491                       $62,704
  Central Administration                          $77,206                       $77,499

Turnover Rate for Teachers:                        15.8%                         14.6%

Instructional Staff Percent*:                      63.4%                         64.0%

EXCLUSIONS:

Shared Services Arrangement Staff:
  Professional Staff                                0.0                       1,390.0
  Educational Aides                                 0.0                         315.4
  Auxiliary Staff                                   0.2                         808.7
Contracted Instructional Staff:                     4.5                       4,958.9
```

* For more details on this Chapter 44 measure, please go to http://www.tea.state.tx.us/school.finance/audit/instexp_ratio.html.

```
District Name: UVALDE CISD            TEXAS EDUCATION AGENCY                    Section II - Page 5
County Name: UVALDE                Academic Excellence Indicator System
District #: 232903                       2005-06 District Profile
```

| TAX INFORMATION (CALENDAR YEAR 2005) | |------District------| | |------State------| |
|---|---|---|---|---|
| | Amount | Percent/Rate | Amount | Percent/Rate |
| **Adopted Tax Rate** | | | | |
| Maintenance and Operations | n/a | $1.387 | n/a | $1.457 |
| Interest and Sinking Fund # | n/a | $0.161 | n/a | $0.112 |
| Total Rate (sum of above) | n/a | $1.548 | n/a | $1.569 |
| **Standardized Local Tax Base (comptroller valuation)** | | | | |
| Value (after exemptions) | $628,905,371 | n/a | $1,217,164,215,099 | n/a |
| Value Per Pupil ^ | $122,284 | n/a | $274,818 | n/a |
| **Value by Category** | | | | |
| Business | $256,266,867 | 34.1% | $462,652,835,760 | 33.4% |
| Residential | $341,100,177 | 45.3% | $755,943,876,961 | 54.6% |
| Land | $138,620,793 | 18.4% | $89,686,042,868 | 6.5% |
| Oil and Gas | $1,692,507 | 0.2% | $67,412,630,466 | 4.9% |
| Other | $14,907,328 | 2.0% | $9,539,467,375 | 0.7% |

| FUND BALANCE INFORMATION | | | | |
|---|---|---|---|---|
| Fund Balance (End of Year 2004-05 audited) | $2,566,494 | n/a | $5,477,398,260 | n/a |
| Percent of Total Budgeted Expenditures (2005-06) | n/a | 8.0% | n/a | 17.9% |

| ACTUAL REVENUE INFORMATION (2004-05) | |---------------District---------------| | | | |---------State---------| | |
|---|---|---|---|---|---|---|---|---|
| | General Fund | Percent | Per Student | All Funds | Percent | Amount | Per Student | All Funds | Percent | Per Student |

| ACTUAL REVENUE INFORMATION (2004-05) | General Fund | Percent | Per Student | All Funds | Percent | Per Student | All Funds | Percent | Per Student |
|---|---|---|---|---|---|---|---|---|---|
| **By Source:** | | | | | | | | | |
| Total Revenues | $31,143,011 | 100.0% | $6,026 | $43,754,282 | 100.0% | $8,466 | $36,596,399,901 | 100.0% | $8,349 |
| Local Tax | $8,046,053 | 25.8% | $1,557 | $9,008,211 | 20.6% | $1,743 | $17,592,408,827 | 48.1% | $4,014 |
| Other Local & Intermediate | $790,590 | 2.5% | $153 | $1,505,822 | 3.4% | $291 | $1,939,988,233 | 5.3% | $443 |
| State | $22,152,280 | 71.1% | $4,286 | $25,269,095 | 57.8% | $4,890 | $13,166,271,425 | 36.0% | $3,004 |
| Federal | $154,088 | 0.5% | $30 | $7,971,154 | 18.2% | $1,542 | $3,897,731,416 | 10.7% | $889 |
| Equity Transfers (excluded from revenues) | $0 | n/a | $0 | $0 | n/a | $0 | $1,107,002,300 | n/a | $253 |

| ACTUAL EXPENDITURE INFORMATION (2004-05) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **By Object:** | | | | | | | | | |
| Total Expenditures | $30,763,484 | 100.0% | $5,953 | $45,477,710 | 100.0% | $8,800 | $40,627,525,739 | 100.0% | $9,269 |
| Payroll Costs | $24,423,330 | 79.4% | $4,726 | $30,069,370 | 66.1% | $5,818 | $25,422,926,260 | 62.6% | $5,800 |
| Other Operating Costs | $6,239,759 | 20.3% | $1,207 | $10,149,708 | 22.3% | $1,964 | $6,715,530,914 | 16.5% | $1,532 |
| Debt Service | $0 | 0.0% | $0 | $2,915,187 | 6.4% | $564 | $3,261,371,054 | 8.0% | $744 |
| Capital Outlay | $100,395 | 0.3% | $19 | $2,343,445 | 5.2% | $453 | $5,227,697,511 | 12.9% | $1,193 |

# The $0.112 includes 293 districts with an Interest and Sinking (I & S) tax rate of $0.000. Among districts with I & S tax rates, the state average is $0.156.
^ Not Used for School Funding calculations.

```
District Name: UVALDE CISD              T E X A S  E D U C A T I O N  A G E N C Y                Section II - Page 6
County Name: UVALDE                     Academic Excellence Indicator System
District #: 232903                          2005-06 District Profile
```

| ACTUAL EXPENDITURE INFORMATION (continued) | General Fund | Percent | ----District----<br>Per Student | All Funds | Percent | Per Student | ----State----<br>All Funds | Percent | Per Student |
|---|---|---|---|---|---|---|---|---|---|
| **By Function (Objects 6100-6400 only):** | | | | | | | | | |
| Total Operating Expenditures | $30,617,522 | 100.0% | $5,924 | $40,031,524 | 100.0% | $7,746 | $31,684,439,697 | 100.0% | $7,229 |
| Instruction (11,95) | $17,267,636 | 56.4% | $3,341 | $22,109,984 | 55.2% | $4,278 | $18,304,800,060 | 57.8% | $4,176 |
| Instructional-Related Services (12,13) | $1,020,059 | 3.3% | $197 | $1,741,037 | 4.3% | $337 | $1,152,087,258 | 3.6% | $263 |
| Instructional Leadership (21) | $729,360 | 2.4% | $141 | $969,735 | 2.4% | $188 | $493,685,877 | 1.6% | $113 |
| School Leadership (23) | $1,873,767 | 6.1% | $363 | $2,118,859 | 5.3% | $410 | $1,787,967,963 | 5.6% | $408 |
| Support Services-Student (31,32,33) | $1,564,134 | 5.1% | $303 | $2,534,641 | 6.3% | $490 | $1,519,774,521 | 4.8% | $347 |
| Student Transportation (34) | $1,316,193 | 4.3% | $255 | $1,319,608 | 3.3% | $255 | $863,357,045 | 2.7% | $197 |
| Food Services (35) | $87,585 | 0.3% | $17 | $2,287,803 | 5.7% | $443 | $1,676,750,837 | 5.3% | $383 |
| Cocurricular Activities (36) | $1,314,300 | 4.3% | $254 | $1,318,375 | 3.3% | $255 | $809,628,358 | 2.6% | $185 |
| Central Administration (41,92) | $1,548,719 | 5.1% | $300 | $1,553,503 | 3.9% | $301 | $1,122,303,126 | 3.5% | $256 |
| Plant Maintenance and Operations (51) | $3,420,177 | 11.2% | $662 | $3,557,325 | 8.9% | $688 | $3,328,712,192 | 10.5% | $759 |
| Security and Monitoring Services (52) | $249,422 | 0.8% | $48 | $253,499 | 0.6% | $49 | $222,250,998 | 0.7% | $51 |
| Data Processing Services (53) | $226,170 | 0.7% | $44 | $267,155 | 0.7% | $52 | $402,072,261 | 1.3% | $92 |
| Community Services (61) | $45,567 | n/a | $9 | $187,554 | n/a | $36 | $183,873,319 | n/a | $42 |
| Equity Transfers (excluded from expenditures) | $0 | n/a | $0 | $0 | n/a | $0 | $1,107,002,300 | n/a | $253 |
| Instructional Expenditure Ratio* (11,12,13,31) | | 63.0% | | | | | | 62.5% | |
| **ACTUAL PROGRAM EXPENDITURE INFORMATION (2004-05)** | | | | | | | | | |
| **By Program:** | | | | | | | | | |
| Total Operating Expenditures | $23,345,465 | 100.0% | $4,517 | $30,372,562 | 100.0% | $5,877 | $23,792,801,952 | 100.0% | $5,428 |
| Bilingual/ESL Education (25) | $80,127 | 0.3% | $16 | $115,373 | 0.4% | $22 | $1,018,445,900 | 4.3% | $232 |
| Career & Technology Education (22) | $1,079,227 | 4.6% | $209 | $1,201,066 | 4.0% | $232 | $841,369,287 | 3.5% | $192 |
| Accelerated Education (24,30) | $2,641,939 | 11.3% | $511 | $7,537,056 | 24.8% | $1,458 | $2,985,766,010 | 12.5% | $681 |
| Gifted & Talented Education (21) | $71,068 | 0.3% | $14 | $71,271 | 0.2% | $14 | $364,115,599 | 1.5% | $83 |
| Regular Education (11) | $15,203,451 | 65.1% | $2,942 | $15,512,954 | 51.1% | $3,002 | $13,869,852,144 | 58.3% | $3,164 |
| Special Education (23) | $3,398,902 | 14.6% | $658 | $5,060,669 | 16.7% | $979 | $3,881,430,242 | 16.3% | $886 |
| Athletics/Related Activities (91) | $870,751 | 3.7% | $168 | $874,173 | 2.9% | $169 | $563,302,935 | 2.4% | $129 |
| Other (26,28,29) | $0 | 0.0% | $0 | $0 | 0.0% | $0 | $268,519,835 | 1.1% | $61 |

* For more details on this Chapter 44 measure, please go to http://www.tea.state.tx.us/school.finance/audit/instexp_ratio.html.

```
District Name: UVALDE CISD              T E X A S   E D U C A T I O N   A G E N C Y              Section II - Page 7
County Name: UVALDE                     Academic Excellence Indicator System
District #: 232903                           2005-06 District Profile
```

| PROGRAM INFORMATION | District | | State | |
|---|---|---|---|---|
| | Count | Percent | Count | Percent |
| Student Enrollment by Program: | | | | |
| Bilingual/ESL Education | 316 | 6.1% | 657,716 | 14.6% |
| Career & Technology Education | 1,073 | 20.9% | 914,268 | 20.3% |
| Gifted & Talented Education | 257 | 5.0% | 342,353 | 7.6% |
| Special Education | 531 | 10.3% | 500,037 | 11.1% |
| Teachers by Program (population served): | | | | |
| Bilingual/ESL Education | 22.0 | 5.8% | 26,441.0 | 8.8% |
| Career & Technology Education | 15.8 | 4.2% | 11,958.5 | 4.0% |
| Compensatory Education | 32.5 | 8.6% | 9,814.1 | 3.2% |
| Gifted & Talented Education | 0.0 | 0.0% | 6,591.3 | 2.2% |
| Regular Education | 258.8 | 68.4% | 208,245.2 | 68.9% |
| Special Education | 48.6 | 12.8% | 31,437.5 | 10.4% |
| Other | 1.0 | 0.3% | 7,660.9 | 2.5% |

'?' Indicates that the data for this item were statistically improbable, or were reported outside a reasonable range.
'-' indicates zero observations reported for this group.
'n/a' indicates data reporting is not applicable for this group.