TEXAS EDUCATION AGENCY
Academic Excellence Indicator System
2005-06 State Performance Report

Section I - Page 1

| Indicator: | | State | African American | Hispanic | White | Native American | Asian/ Pacific Is | Male | Female | Special Ed | Econ Disad | LEP | At Risk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TAKS Met 2006 Standard (NOTE: The two 'All Tests' rows were revised Feb 2007) Grade 3 (English) First Administration Only | | | | | | | | | | | | | |
| Reading | 2006 | 90% | 82% | 86% | 96% | 92% | 95% | 89% | 91% | 83% | 85% | 82% | 82% |
|  | 2005 | 89% | 83% | 85% | 95% | 93% | 96% | 88% | 90% | 83% | 84% | 79% | 80% |
| Mathematics | 2006 | 83% | 70% | 78% | 91% | 84% | 95% | 83% | 82% | 76% | 76% | 75% | 73% |
|  | 2005 | 82% | 70% | 77% | 91% | 87% | 94% | 83% | 81% | 75% | 75% | 73% | 71% |
| All Tests | 2006 | 79% | 65% | 74% | 89% | 81% | 92% | 79% | 79% | 71% | 71% | 69% | 66% |
|  | 2005 | 79% | 65% | 72% | 89% | 83% | 92% | 79% | 78% | 70% | 70% | 66% | 64% |
| TAKS Met 2006 Standard (NOTE: The two 'All Tests' rows were revised Feb 2007) Grade 3 (Spanish) First Administration Only | | | | | | | | | | | | | |
| Reading | 2006 | 76% | 80% | 76% | 85% | 42% | >99% | 71% | 81% | 53% | 76% | 76% | 76% |
|  | 2005 | 74% | 61% | 74% | 87% | 29% | >99% | 71% | 78% | 53% | 74% | 74% | 74% |
| Mathematics | 2006 | 69% | 82% | 69% | 88% | 55% | >99% | 69% | 69% | 52% | 69% | 69% | 69% |
|  | 2005 | 68% | 59% | 68% | 93% | 71% | >99% | 68% | 67% | 53% | 67% | 67% | 67% |
| All Tests | 2006 | 62% | 71% | 62% | 81% | 33% | >99% | 59% | 65% | 41% | 62% | 62% | 62% |
|  | 2005 | 60% | 49% | 60% | 86% | 29% | >99% | 59% | 62% | 42% | 60% | 60% | 60% |
| TAKS Met 2006 Standard Grade 4 (English) | | | | | | | | | | | | | |
| Reading | 2006 | 83% | 74% | 77% | 92% | 87% | 92% | 81% | 85% | 75% | 76% | 63% | 65% |
|  | 2005 | 80% | 69% | 74% | 89% | 83% | 92% | 78% | 81% | 70% | 71% | 58% | 58% |
| Mathematics | 2006 | 84% | 74% | 80% | 92% | 86% | 96% | 85% | 84% | 78% | 78% | 72% | 67% |
|  | 2005 | 82% | 68% | 77% | 90% | 84% | 95% | 83% | 81% | 73% | 74% | 68% | 62% |
| Writing | 2006 | 92% | 89% | 90% | 95% | 91% | 97% | 90% | 94% | 84% | 89% | 83% | 84% |
|  | 2005 | 91% | 87% | 89% | 94% | 90% | 97% | 88% | 94% | 82% | 87% | 81% | 80% |
| All Tests | 2006 | 74% | 62% | 68% | 85% | 76% | 89% | 73% | 76% | 64% | 65% | 55% | 51% |
|  | 2005 | 70% | 56% | 63% | 82% | 74% | 88% | 69% | 72% | 57% | 60% | 49% | 45% |
| TAKS Met 2006 Standard Grade 4 (Spanish) | | | | | | | | | | | | | |
| Reading | 2006 | 76% | 62% | 76% | 97% | * | * | 72% | 80% | 57% | 76% | 76% | 76% |
|  | 2005 | 69% | 68% | 69% | 79% | 71% | * | 65% | 73% | 42% | 69% | 69% | 69% |
| Mathematics | 2006 | 70% | 64% | 70% | 94% | * | 80% | 72% | 67% | 57% | 69% | 70% | 70% |
|  | 2005 | 65% | 75% | 65% | 77% | 50% | * | 66% | 64% | 50% | 65% | 65% | 65% |
| Writing | 2006 | 90% | 86% | 90% | 96% | * | * | 87% | 93% | 78% | 90% | 90% | 90% |
|  | 2005 | 88% | 90% | 88% | 92% | >99% | * | 84% | 91% | 71% | 87% | 88% | 88% |
| All Tests | 2006 | 63% | 53% | 63% | 89% | * | 80% | 61% | 65% | 47% | 63% | 63% | 63% |
|  | 2005 | 56% | 64% | 56% | 65% | 50% | * | 54% | 59% | 35% | 56% | 56% | 56% |

EXHIBIT P-14

TEXAS EDUCATION AGENCY
Academic Excellence Indicator System
2005-06 State Performance Report

Section I - Page 2

| Indicator: | | State | African American | Hispanic | White | Native American | Asian/ Pacific Is | Male | Female | Special Ed | Econ Disad | LEP | At Risk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TAKS Met 2006 Standard** | | | | | | | | | | | | | |
| **Grade 5 (English) First Administration Only** (NOTE: The two 'All Tests' rows were revised Feb 2007) | | | | | | | | | | | | | |
| Reading | 2006 | 81% | 71% | 73% | 92% | 86% | 92% | 79% | 82% | 71% | 72% | 48% | 59% |
| | 2005 | 75% | 64% | 66% | 88% | 79% | 87% | 75% | 76% | 62% | 64% | 37% | 48% |
| Mathematics | 2006 | 82% | 70% | 77% | 91% | 87% | 95% | 83% | 81% | 73% | 75% | 63% | 64% |
| | 2005 | 80% | 65% | 74% | 89% | 85% | 93% | 81% | 79% | 67% | 72% | 59% | 58% |
| Science | 2006 | 76% | 61% | 68% | 88% | 81% | 90% | 78% | 73% | 66% | 66% | 46% | 53% |
| | 2005 | 64% | 47% | 55% | 80% | 72% | 81% | 68% | 61% | 45% | 52% | 32% | 37% |
| All Tests | 2006 | 66% | 49% | 56% | 81% | 72% | 84% | 67% | 64% | 55% | 53% | 32% | 37% |
| | 2005 | 56% | 38% | 45% | 74% | 63% | 76% | 59% | 54% | 38% | 42% | 23% | 26% |
| **TAKS Met 2006 Standard** | | | | | | | | | | | | | |
| **Grade 5 (Spanish) First Administration Only** (NOTE: The two 'All Tests' rows were revised Feb 2007) | | | | | | | | | | | | | |
| Reading | 2006 | 65% | 33% | 65% | 88% | * | * | 63% | 68% | 51% | 65% | 65% | 65% |
| | 2005 | 60% | * | 60% | 43% | * | * | 57% | 63% | 48% | 60% | 60% | 60% |
| Mathematics | 2006 | 49% | 85% | 49% | 50% | * | * | 51% | 46% | 43% | 49% | 49% | 49% |
| | 2005 | 45% | * | 45% | 71% | * | * | 46% | 44% | 28% | 45% | 45% | 45% |
| Science | 2006 | 31% | * | 31% | 80% | * | * | 35% | 27% | 26% | 31% | 31% | 31% |
| | 2005 | 24% | * | 24% | 20% | * | * | 26% | 22% | 13% | 23% | 24% | 24% |
| All Tests | 2006 | 33% | 71% | 33% | 58% | * | * | 34% | 32% | 26% | 33% | 33% | 33% |
| | 2005 | 26% | * | 26% | 40% | * | * | 26% | 26% | 14% | 26% | 26% | 26% |
| **TAKS Met 2006 Standard** | | | | | | | | | | | | | |
| **Grade 6 (English)** | | | | | | | | | | | | | |
| Reading | 2006 | 92% | 89% | 88% | 97% | 93% | 97% | 90% | 93% | 79% | 87% | 64% | 83% |
| | 2005 | 86% | 78% | 80% | 94% | 90% | 95% | 84% | 87% | 70% | 78% | 51% | 70% |
| Mathematics | 2006 | 81% | 68% | 75% | 90% | 84% | 94% | 80% | 81% | 60% | 73% | 55% | 63% |
| | 2005 | 73% | 58% | 65% | 85% | 78% | 92% | 73% | 73% | 51% | 62% | 41% | 49% |
| All Tests | 2006 | 78% | 66% | 72% | 88% | 82% | 93% | 77% | 79% | 60% | 69% | 45% | 59% |
| | 2005 | 69% | 54% | 60% | 83% | 75% | 90% | 69% | 70% | 50% | 58% | 31% | 43% |
| **TAKS Met 2006 Standard** | | | | | | | | | | | | | |
| **Grade 6 (Spanish)** | | | | | | | | | | | | | |
| Reading | 2006 | 67% | * | 67% | * | * | * | 60% | 74% | 43% | 66% | 67% | 67% |
| | 2005 | 61% | * | 61% | * | * | * | 58% | 64% | 25% | 61% | 61% | 61% |
| Mathematics | 2006 | 54% | * | 54% | * | * | * | 54% | 55% | 50% | 54% | 54% | 55% |
| | 2005 | 45% | * | 45% | * | * | * | 46% | 44% | <1% | 45% | 45% | 45% |
| All Tests | 2006 | 51% | * | 51% | * | * | * | 48% | 53% | 44% | 50% | 50% | 51% |
| | 2005 | 43% | * | 43% | * | * | * | 43% | 43% | 25% | 43% | 43% | 43% |

TEXAS EDUCATION AGENCY
Academic Excellence Indicator System
2005-06 State Performance Report

| Indicator: | | State | African American | Hispanic | White | Native American | Asian/ Pacific Is | Male | Female | Special Ed | Econ Disad | LEP | At Risk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TAKS Met 2006 Standard Grade 7 | | | | | | | | | | | | | |
| Reading | 2006 | 80% | 71% | 72% | 90% | 84% | 92% | 77% | 82% | 59% | 70% | 29% | 60% |
| | 2005 | 81% | 74% | 74% | 91% | 86% | 93% | 79% | 83% | 62% | 73% | 33% | 61% |
| Mathematics | 2006 | 71% | 56% | 63% | 84% | 77% | 92% | 72% | 71% | 50% | 61% | 33% | 46% |
| | 2005 | 65% | 48% | 55% | 79% | 70% | 88% | 65% | 64% | 41% | 52% | 25% | 34% |
| Writing | 2006 | 91% | 89% | 87% | 96% | 93% | 98% | 88% | 94% | 75% | 86% | 56% | 81% |
| | 2005 | 89% | 85% | 84% | 94% | 90% | 96% | 85% | 93% | 68% | 83% | 52% | 76% |
| All Tests | 2006 | 65% | 50% | 55% | 80% | 70% | 87% | 63% | 67% | 41% | 52% | 18% | 36% |
| | 2005 | 60% | 44% | 49% | 75% | 66% | 85% | 59% | 61% | 36% | 47% | 16% | 28% |
| TAKS Met 2006 Standard Grade 8 | | | | | | | | | | | | | |
| Reading | 2006 | 84% | 78% | 77% | 93% | 88% | 93% | 83% | 86% | 63% | 76% | 32% | 69% |
| | 2005 | 84% | 79% | 76% | 93% | 87% | 92% | 83% | 84% | 62% | 75% | 30% | 65% |
| Mathematics | 2006 | 68% | 52% | 59% | 81% | 71% | 90% | 68% | 68% | 41% | 57% | 29% | 42% |
| | 2005 | 62% | 45% | 51% | 76% | 63% | 86% | 62% | 62% | 32% | 49% | 23% | 30% |
| * Science | 2006 | 72% | 56% | 62% | 88% | 80% | 89% | 76% | 69% | 48% | 60% | 23% | 50% |
| Soc Studies | 2006 | 84% | 78% | 77% | 92% | 88% | 96% | 84% | 84% | 62% | 76% | 46% | 69% |
| | 2005 | 85% | 79% | 79% | 93% | 90% | 95% | 85% | 85% | 62% | 78% | 51% | 71% |
| * All Tests | 2006 | 58% | 40% | 46% | 75% | 63% | 84% | 59% | 57% | 32% | 44% | 12% | 28% |
| | 2005 | 58% | 42% | 46% | 73% | 61% | 83% | 58% | 58% | 33% | 44% | 14% | 26% |
| TAKS Met 2006 Standard Grade 9 | | | | | | | | | | | | | |
| Reading | 2006 | 88% | 84% | 82% | 96% | 92% | 94% | 85% | 91% | 69% | 82% | 41% | 79% |
| | 2005 | 83% | 75% | 75% | 93% | 88% | 91% | 78% | 87% | 57% | 74% | 30% | 68% |
| Mathematics | 2006 | 58% | 40% | 46% | 75% | 61% | 85% | 58% | 58% | 27% | 44% | 19% | 31% |
| | 2005 | 58% | 40% | 45% | 74% | 62% | 84% | 58% | 58% | 28% | 43% | 18% | 29% |
| All Tests | 2006 | 57% | 40% | 46% | 75% | 62% | 83% | 56% | 58% | 35% | 44% | 16% | 32% |
| | 2005 | 56% | 38% | 43% | 73% | 60% | 80% | 55% | 57% | 31% | 41% | 13% | 28% |

* Grade 8 Science (tested at 2 SEM below Panel Recommended value) is included in All Tests for 2006.

TEXAS EDUCATION AGENCY
Academic Excellence Indicator System
2005-06 State Performance Report

| Indicator: | | State | African American | Hispanic | White | Native American | Asian/ Pacific Is | Male | Female | Special Ed | Econ Disad | LEP | At Risk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TAKS Met 2006 Standard ^ Grade 10** | | | | | | | | | | | | | |
| Eng Lang Arts | 2006 | 86% | 80% | 79% | 93% | 90% | 93% | 81% | 90% | 56% | 78% | 32% | 74% |
| | 2005 | 68% | 59% | 59% | 77% | 72% | 81% | 61% | 75% | 37% | 57% | 20% | 51% |
| Mathematics | 2006 | 62% | 43% | 51% | 76% | 70% | 85% | 63% | 61% | 29% | 48% | 23% | 34% |
| | 2005 | 59% | 39% | 46% | 75% | 67% | 84% | 61% | 58% | 27% | 44% | 18% | 28% |
| Science | 2006 | 61% | 41% | 46% | 80% | 72% | 79% | 66% | 57% | 34% | 44% | 13% | 35% |
| | 2005 | 55% | 35% | 39% | 72% | 63% | 78% | 58% | 52% | 24% | 37% | 11% | 25% |
| Soc Studies | 2006 | 84% | 76% | 76% | 93% | 90% | 94% | 85% | 83% | 60% | 75% | 41% | 70% |
| | 2005 | 85% | 76% | 77% | 93% | 90% | 94% | 85% | 84% | 61% | 76% | 43% | 69% |
| All Tests | 2006 | 50% | 30% | 36% | 67% | 60% | 74% | 52% | 48% | 21% | 34% | 8% | 21% |
| | 2005 | 40% | 22% | 27% | 56% | 46% | 66% | 39% | 41% | 12% | 24% | 6% | 13% |
| **TAKS Met 2006 Standard ^ Grade 11** | | | | | | | | | | | | | |
| Eng Lang Arts | 2006 | 89% | 85% | 83% | 94% | 92% | 94% | 86% | 91% | 65% | 81% | 36% | 82% |
| | 2005 | 87% | 83% | 80% | 93% | 88% | 92% | 84% | 90% | 59% | 79% | 34% | 78% |
| Mathematics | 2006 | 78% | 63% | 70% | 88% | 83% | 92% | 81% | 76% | 47% | 68% | 43% | 65% |
| | 2005 | 72% | 55% | 62% | 84% | 75% | 89% | 75% | 69% | 39% | 59% | 35% | 52% |
| Science | 2006 | 76% | 61% | 64% | 88% | 83% | 89% | 80% | 72% | 47% | 62% | 30% | 60% |
| | 2005 | 71% | 56% | 58% | 85% | 78% | 86% | 77% | 66% | 40% | 56% | 29% | 52% |
| Soc Studies | 2006 | 94% | 92% | 90% | 98% | 97% | 97% | 95% | 93% | 80% | 90% | 65% | 90% |
| | 2005 | 91% | 88% | 85% | 97% | 95% | 95% | 93% | 90% | 72% | 85% | 53% | 84% |
| All Tests | 2006 | 66% | 48% | 53% | 80% | 73% | 84% | 68% | 64% | 34% | 50% | 16% | 47% |
| | 2005 | 60% | 41% | 45% | 75% | 64% | 79% | 63% | 57% | 26% | 42% | 13% | 35% |

^ Primary Spring Administration, plus June 2005 and October 2005 first-time testers who pass all 4 tests.

TEXAS EDUCATION AGENCY
Academic Excellence Indicator System
2005-06 State Performance Report

| Indicator: | | State | African American | Hispanic | White | Native American | Asian/ Pacific Is | Male | Female | Special Ed | Econ Disad | LEP | At Risk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TAKS Met 2006 Standard (Sum of All Grades Tested, EXCLUDING grade 8 Science)** | | | | | | | | | | | | | |
| (Standard Accountability Indicator) | | | | | | | | | | | | | |
| Reading/ELA | 2006 | 87% | 82% | 82% | 94% | 90% | 94% | 85% | 89% | 71% | 81% | 63% | 76% |
|  | 2005 | 83% | 76% | 77% | 91% | 87% | 92% | 80% | 85% | 65% | 76% | 58% | 68% |
| Mathematics | 2006 | 75% | 61% | 68% | 86% | 79% | 92% | 75% | 74% | 57% | 66% | 58% | 55% |
|  | 2005 | 71% | 55% | 63% | 83% | 75% | 90% | 72% | 70% | 52% | 61% | 53% | 47% |
| Writing | 2006 | 91% | 89% | 89% | 95% | 92% | 97% | 89% | 94% | 79% | 88% | 77% | 83% |
|  | 2005 | 90% | 86% | 87% | 94% | 90% | 97% | 86% | 93% | 75% | 85% | 74% | 78% |
| Science | 2006 | 70% | 54% | 59% | 85% | 79% | 86% | 74% | 67% | 49% | 58% | 35% | 49% |
|  | 2005 | 63% | 45% | 50% | 79% | 70% | 82% | 67% | 59% | 37% | 48% | 26% | 38% |
| Soc Studies | 2006 | 87% | 81% | 80% | 94% | 91% | 95% | 88% | 86% | 67% | 79% | 49% | 76% |
|  | 2005 | 87% | 81% | 80% | 94% | 91% | 95% | 87% | 86% | 65% | 79% | 49% | 75% |
| All Tests | 2006 | 67% | 52% | 58% | 81% | 72% | 87% | 67% | 67% | 49% | 56% | 45% | 44% |
|  | 2005 | 62% | 45% | 52% | 76% | 67% | 83% | 62% | 62% | 41% | 50% | 39% | 36% |
| **TAKS Met 2006 Standard (Sum of All Grades Tested, INCLUDING grade 8 Science)** | | | | | | | | | | | | | |
| (2008 Preview at Panel Recommended) | | | | | | | | | | | | | |
| Science | 2006 | 66% | 49% | 53% | 82% | 74% | 83% | 70% | 62% | 44% | 52% | 29% | 43% |
| All Tests | 2006 | 65% | 50% | 56% | 79% | 70% | 85% | 66% | 65% | 47% | 54% | 44% | 42% |
| **TAKS Commended Performance (Sum of All Grades Tested, EXCLUDING grade 8 Science)** | | | | | | | | | | | | | |
| Reading/ELA | 2006 | 27% | 17% | 18% | 38% | 29% | 43% | 24% | 30% | 12% | 17% | 10% | 10% |
|  | 2005 | 25% | 15% | 17% | 36% | 28% | 40% | 23% | 27% | 12% | 15% | 9% | 8% |
| Mathematics | 2006 | 23% | 11% | 16% | 32% | 24% | 50% | 24% | 22% | 12% | 15% | 12% | 7% |
|  | 2005 | 20% | 9% | 13% | 29% | 21% | 46% | 21% | 19% | 10% | 12% | 9% | 5% |
| Writing | 2006 | 30% | 21% | 22% | 40% | 30% | 49% | 24% | 35% | 12% | 20% | 11% | 13% |
|  | 2005 | 26% | 17% | 19% | 36% | 26% | 46% | 21% | 32% | 10% | 17% | 11% | 9% |
| Science | 2006 | 16% | 6% | 9% | 23% | 16% | 31% | 19% | 12% | 8% | 9% | 4% | 4% |
|  | 2005 | 14% | 6% | 8% | 20% | 15% | 27% | 16% | 11% | 7% | 8% | 3% | 3% |
| Soc Studies | 2006 | 30% | 17% | 19% | 43% | 34% | 53% | 35% | 25% | 11% | 17% | 3% | 11% |
|  | 2005 | 26% | 14% | 15% | 38% | 29% | 47% | 30% | 22% | 8% | 13% | 3% | 8% |
| All Tests | 2006 | 11% | 4% | 6% | 17% | 11% | 27% | 11% | 11% | 5% | 5% | 4% | 2% |
|  | 2005 | 10% | 4% | 5% | 15% | 10% | 24% | 10% | 10% | 4% | 5% | 3% | 2% |
| **TAKS-I (Sum of All Grades Tested)** | | | | | | | | | | | | | |
| Met Standard | | | | | | | | | | | | | |
| ELA | 2006 | 30% | 22% | 25% | 39% | 38% | 29% | 25% | 39% | 30% | 25% | 18% | 31% |
| Mathematics | 2006 | 13% | 3% | 10% | 20% | <1% | 11% | 16% | 8% | 13% | 9% | 7% | 13% |
| Science | 2006 | 20% | 11% | 15% | 32% | 28% | 28% | 23% | 15% | 20% | 16% | 11% | 19% |
| Soc Studies | 2006 | 31% | 23% | 24% | 43% | 45% | 39% | 33% | 27% | 31% | 26% | 19% | 30% |

T E X A S   E D U C A T I O N   A G E N C Y
Academic Excellence Indicator System
2005-06 State Performance Report

| Indicator: | | State | African American | Hispanic | White | Native American | Asian/ Pacific Is | Male | Female | Special Ed | Econ Disad | LEP | At Risk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SDAA II Examinations (Sum of All Grades Tested) Met ARD Expectations (Standard Accountability & AEA Indicator) | | | | | | | | | | | | | |
| | 2006 | 84% | 83% | 82% | 87% | 87% | 87% | 83% | 85% | 84% | 83% | 82% | 83% |
| | 2005 | 79% | 78% | 76% | 83% | 83% | 83% | 78% | 81% | 79% | 78% | 76% | 78% |
| SDAA II Examinees (Sum of All Grades Tested) Met ARD Expectations | | | | | | | | | | | | | |
| Reading/ELA | 2006 | 87% | 86% | 85% | 90% | 91% | 90% | 86% | 88% | 87% | 86% | 85% | 86% |
| | 2005 | 82% | 81% | 80% | 86% | 85% | 87% | 81% | 85% | 82% | 81% | 78% | 81% |
| Mathematics | 2006 | 86% | 85% | 85% | 89% | 89% | 89% | 86% | 87% | 86% | 86% | 86% | 86% |
| | 2005 | 80% | 79% | 78% | 84% | 86% | 84% | 80% | 81% | 80% | 80% | 78% | 79% |
| Writing | 2006 | 68% | 67% | 65% | 71% | 68% | 73% | 66% | 71% | 68% | 67% | 65% | 67% |
| | 2005 | 65% | 65% | 62% | 70% | 69% | 70% | 63% | 69% | 65% | 64% | 61% | 63% |
| All Tests | 2006 | 74% | 72% | 72% | 79% | 79% | 78% | 73% | 76% | 74% | 73% | 72% | 74% |
| | 2005 | 68% | 66% | 64% | 73% | 74% | 74% | 67% | 70% | 68% | 66% | 63% | 67% |

T E X A S   E D U C A T I O N   A G E N C Y
Academic Excellence Indicator System
2005-06 State Performance Report

| Indicator: | State | African American | Hispanic | White | Native American | Asian/ Pacific Is | Male | Female | Special Ed | Econ Disad | LEP | At Risk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2006 TAKS/SDAA II/TAKS-I Participation (Grades 3-11)** | | | | | | | | | | | | |
| Tested | 97.1% | 97.3% | 95.8% | 98.5% | 97.6% | 96.0% | 96.7% | 97.4% | 90.5% | 96.1% | 87.2% | 95.5% |
| **By Assessment** | | | | | | | | | | | | |
| TAKS (1 or more) | 90.7% | 87.2% | 89.3% | 93.4% | 89.9% | 94.3% | 88.5% | 92.9% | 39.8% | 87.4% | 76.4% | 86.7% |
| Not on TAKS | 6.4% | 10.1% | 6.6% | 5.1% | 7.7% | 1.7% | 8.2% | 4.5% | 50.7% | 8.8% | 10.8% | 8.9% |
| TAKS-I Only | 0.1% | 0.2% | 0.1% | 0.1% | 0.3% | 0.0% | 0.2% | 0.1% | 1.1% | 0.2% | 0.1% | 0.2% |
| SDAA II Only | 5.4% | 8.7% | 5.6% | 4.3% | 6.3% | 1.5% | 7.0% | 3.8% | 42.9% | 7.5% | 9.5% | 7.5% |
| TAKS-I/SDAA II Only | 0.8% | 1.2% | 0.8% | 0.7% | 1.2% | 0.2% | 1.1% | 0.6% | 6.6% | 1.1% | 1.2% | 1.2% |
| **By Acct Status** | | | | | | | | | | | | |
| Acct System | 90.5% | 84.8% | 90.4% | 93.3% | 87.1% | 91.8% | 90.1% | 91.2% | 81.4% | 89.3% | 82.7% | 89.9% |
| Non-Acct System | 6.5% | 12.5% | 5.5% | 5.2% | 10.4% | 4.2% | 6.7% | 6.3% | 9.0% | 6.9% | 4.5% | 5.6% |
| Mobile | 5.6% | 7.9% | 5.3% | 4.9% | 9.6% | 3.6% | 5.7% | 5.4% | 7.3% | 5.4% | 4.3% | 4.3% |
| Non-Acct Test | 0.2% | 0.3% | 0.1% | 0.1% | 0.3% | 0.0% | 0.2% | 0.1% | 1.1% | 0.2% | 0.1% | 0.2% |
| Katrina/Rita | 0.8% | 4.3% | 0.1% | 0.2% | 0.6% | 0.6% | 0.7% | 0.8% | 0.6% | 1.3% | 0.1% | 1.2% |
| Not Tested | 2.9% | 2.7% | 4.2% | 1.5% | 2.4% | 4.0% | 3.3% | 2.6% | 9.5% | 3.9% | 12.8% | 4.5% |
| Absent | 0.2% | 0.3% | 0.3% | 0.2% | 0.4% | 0.1% | 0.3% | 0.2% | 0.5% | 0.3% | 0.2% | 0.4% |
| ARD Exempt | 0.7% | 0.9% | 0.7% | 0.6% | 0.6% | 0.4% | 0.8% | 0.5% | 5.2% | 0.8% | 1.0% | 0.7% |
| LEP Exempt | 1.0% | 0.2% | 2.1% | 0.1% | 0.3% | 2.3% | 1.1% | 1.0% | 0.0% | 1.6% | 8.9% | 2.0% |
| Other | 1.0% | 1.1% | 1.2% | 0.6% | 1.1% | 1.1% | 1.1% | 0.8% | 3.7% | 1.2% | 2.7% | 1.3% |
| Katrina/Rita | 0.0% | 0.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% | 0.1% | 0.0% | 0.0% |
| Total Count | 3,001,657 | 445,706 | 1,312,319 | 1,132,571 | 10,472 | 94,641 | 1,536,639 | 1,461,791 | 379,444 | 1,577,706 | 348,334 | 1,397,945 |
| **2005 TAKS/SDAA II Participation (Grades 3-11)** | | | | | | | | | | | | |
| Tested | 97.0% | 97.2% | 95.7% | 98.4% | 97.4% | 96.0% | 96.6% | 97.4% | 90.1% | 96.0% | 87.0% | 95.1% |
| **By Assessment** | | | | | | | | | | | | |
| TAKS (1 or more) | 90.8% | 87.3% | 89.3% | 93.5% | 90.0% | 94.4% | 88.7% | 93.0% | 43.0% | 87.3% | 76.5% | 86.3% |
| SDAA II Only | 6.2% | 9.9% | 6.4% | 4.9% | 7.4% | 1.6% | 7.9% | 4.4% | 47.1% | 8.7% | 10.6% | 8.8% |
| **By Mobility Status** | | | | | | | | | | | | |
| Acct Subset | 91.3% | 89.5% | 90.4% | 93.4% | 88.2% | 92.6% | 90.9% | 92.0% | 82.7% | 90.6% | 82.7% | 90.7% |
| Mobile Subset | 5.7% | 7.7% | 5.3% | 5.0% | 9.2% | 3.4% | 5.7% | 5.4% | 7.4% | 5.4% | 4.4% | 4.5% |
| Not Tested | 3.0% | 2.8% | 4.3% | 1.6% | 2.6% | 4.0% | 3.4% | 2.6% | 9.9% | 4.0% | 13.0% | 4.9% |
| Absent | 0.2% | 0.3% | 0.3% | 0.2% | 0.3% | 0.1% | 0.3% | 0.2% | 0.5% | 0.3% | 0.2% | 0.4% |
| ARD Exempt | 0.8% | 1.1% | 0.8% | 0.7% | 0.9% | 0.5% | 1.0% | 0.6% | 5.9% | 0.9% | 1.0% | 0.9% |
| LEP Exempt | 1.0% | 0.2% | 2.1% | 0.1% | 0.3% | 2.3% | 1.1% | 1.0% | 0.0% | 1.7% | 9.0% | 2.1% |
| Other | 1.0% | 1.1% | 1.2% | 0.6% | 1.1% | 1.1% | 1.1% | 0.8% | 3.5% | 1.1% | 2.7% | 1.4% |
| Total Count | 2,931,773 | 419,924 | 1,261,614 | 1,144,136 | 9,937 | 88,936 | 1,501,929 | 1,426,001 | 385,626 | 1,511,786 | 333,324 | 1,262,502 |
| **TAKS Exit-Level Cumulative Pass Rate** | | | | | | | | | | | | |
| Class of 2006 | 87% | 78% | 80% | 94% | 76% | 94% | 87% | 86% | 56% | 78% | 48% | 77% |
| Class of 2005 | 91% | 85% | 86% | 95% | 90% | 95% | 90% | 91% | 60% | 84% | 60% | 83% |

TEXAS EDUCATION AGENCY
Academic Excellence Indicator System
2005-06 State Performance Report

| Indicator: | State | African American | Hispanic | White | Native American | Asian/ Pacific Is | Male | Female | Special Ed | Econ Disad | LEP | At Risk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Progress of Prior Year TAKS Failers (Sum of Grades 4-11) | | | | | | | | | | | | |
| Percent of Failers Passing TAKS | | | | | | | | | | | | |
| Reading/ELA 2006 | 51% | 49% | 46% | 67% | 59% | 65% | 50% | 53% | 44% | 46% | 31% | 51% |
| 2005 | 45% | 42% | 40% | 58% | 53% | 56% | 44% | 46% | 37% | 40% | 30% | 44% |
| Mathematics 2006 | 32% | 26% | 29% | 41% | 34% | 46% | 33% | 32% | 25% | 28% | 23% | 31% |
| 2005 | 25% | 21% | 23% | 34% | 29% | 38% | 26% | 25% | 20% | 22% | 18% | 25% |
| Average TGI Growth | | | | | | | | | | | | |
| Reading/ELA 2006 | 0.56 | 0.51 | 0.45 | 0.87 | 0.72 | 0.91 | 0.53 | 0.60 | 0.37 | 0.46 | 0.28 | 0.51 |
| 2005 | 0.53 | 0.49 | 0.43 | 0.80 | 0.75 | 0.70 | 0.53 | 0.52 | 0.35 | 0.44 | 0.32 | 0.51 |
| Mathematics 2006 | 0.34 | 0.30 | 0.32 | 0.42 | 0.35 | 0.53 | 0.35 | 0.34 | 0.28 | 0.32 | 0.34 | 0.34 |
| 2005 | 0.38 | 0.34 | 0.34 | 0.47 | 0.40 | 0.58 | 0.40 | 0.36 | 0.30 | 0.34 | 0.32 | 0.37 |
| Student Success Initiative | | | | | | | | | | | | |
| Grade 3 Reading (English and Spanish) | | | | | | | | | | | | |
| Students Requiring Accelerated Instruction | | | | | | | | | | | | |
| 2006 | 12% | 18% | 16% | 5% | 9% | 5% | 13% | 10% | 19% | 17% | 21% | 20% |
| 2005 | 13% | 18% | 17% | 6% | 9% | 5% | 14% | 11% | 20% | 18% | 23% | 22% |
| TAKS Cumulative Met Standard (First and Second Administrations) | | | | | | | | | | | | |
| 2006 | 94% | 91% | 92% | 98% | 96% | 98% | 94% | 95% | 91% | 91% | 89% | 90% |
| 2005 | 93% | 90% | 90% | 98% | 97% | 98% | 92% | 94% | 89% | 90% | 86% | 87% |
| TAKS Failers Promoted by Grade Placement Committee | | | | | | | | | | | | |
| 2005 | 49.0% | 52.5% | 47.5% | 52.4% | 28.6% | 47.1% | 49.1% | 48.9% | 70.7% | 48.2% | 48.4% | 49.3% |
| 2004 | 48.2% | 54.6% | 43.8% | 57.5% | 72.7% | 54.3% | 50.5% | 44.8% | 84.9% | 47.4% | 44.6% | 49.0% |
| TAKS Met Standard/SDAA II Met ARD Expectations (Failed in Previous Year) | | | | | | | | | | | | |
| Promoted to Grade 4 | | | | | | | | | | | | |
| 2006 | 38% | 38% | 36% | 50% | 29% | 29% | 37% | 38% | 16% | 37% | 33% | 36% |
| 2005 | 56% | 56% | 50% | 73% | 67% | 71% | 56% | 54% | 13% | 54% | 49% | 50% |
| Retained in Grade 3 | | | | | | | | | | | | |
| 2006 | 86% | 85% | 86% | 93% | 83% | 89% | 86% | 86% | 81% | 85% | 84% | 86% |
| 2005 | 76% | 73% | 75% | 86% | * | 84% | 76% | 76% | 76% | 75% | 72% | 76% |

TEXAS EDUCATION AGENCY
Academic Excellence Indicator System
2005-06 State Performance Report

| Indicator: | State | African American | Hispanic | White | Native American | Asian/ Pacific Is | Male | Female | Special Ed | Econ Disad | LEP | At Risk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Student Success Initiative (continued)** | | | | | | | | | | | | |
| **Grade 5 Reading (English and Spanish)** | | | | | | | | | | | | |
| Students Requiring Accelerated Instruction | | | | | | | | | | | | |
| 2006 | 20% | 30% | 28% | 9% | 15% | 9% | 22% | 19% | 30% | 29% | 49% | 41% |
| 2005 | 25% | 36% | 34% | 12% | 22% | 13% | 26% | 25% | 39% | 36% | 57% | 51% |
| TAKS Cumulative Met Standard (First and Second Administrations) | | | | | | | | | | | | |
| 2006 | 89% | 83% | 83% | 96% | 93% | 96% | 88% | 89% | 82% | 83% | 67% | 75% |
| 2005 | 86% | 79% | 80% | 95% | 90% | 95% | 85% | 87% | 76% | 79% | 61% | 68% |
| TAKS Failers Promoted by Grade Placement Committee | | | | | | | | | | | | |
| 2005 | 69.9% | 70.9% | 69.3% | 70.7% | 68.0% | 73.3% | 70.1% | 69.6% | 86.4% | 69.6% | 69.2% | 69.6% |
| TAKS Met Standard/SDAA II Met ARD Expectations (Failed in Previous Year) | | | | | | | | | | | | |
| Promoted to Grade 6 | | | | | | | | | | | | |
| 2006 | 57% | 62% | 53% | 68% | 85% | 67% | 53% | 61% | 46% | 55% | 47% | 56% |
| Retained in Grade 5 | | | | | | | | | | | | |
| 2006 | 68% | 71% | 65% | 81% | 67% | 79% | 66% | 70% | 57% | 66% | 59% | 68% |
| **Grade 5 Mathematics (English and Spanish)** | | | | | | | | | | | | |
| Students Requiring Accelerated Instruction | | | | | | | | | | | | |
| 2006 | 19% | 30% | 24% | 9% | 14% | 5% | 18% | 20% | 28% | 26% | 39% | 37% |
| 2005 | 21% | 35% | 27% | 11% | 16% | 7% | 20% | 22% | 34% | 30% | 44% | 43% |
| TAKS Cumulative Met Standard (First and Second Administrations) | | | | | | | | | | | | |
| 2006 | 90% | 82% | 87% | 96% | 93% | 98% | 90% | 90% | 84% | 85% | 76% | 78% |
| 2005 | 88% | 78% | 84% | 95% | 92% | 97% | 89% | 87% | 80% | 82% | 72% | 72% |
| TAKS Failers Promoted by Grade Placement Committee | | | | | | | | | | | | |
| 2005 | 69.6% | 71.9% | 68.5% | 71.1% | 52.2% | 70.3% | 69.3% | 70.0% | 87.5% | 69.3% | 68.2% | 69.3% |
| TAKS Met Standard/SDAA II Met ARD Expectations (Failed in Previous Year) | | | | | | | | | | | | |
| Promoted to Grade 6 | | | | | | | | | | | | |
| 2006 | 28% | 29% | 26% | 36% | 31% | 36% | 29% | 28% | 15% | 27% | 25% | 27% |
| Retained in Grade 5 | | | | | | | | | | | | |
| 2006 | 75% | 73% | 73% | 84% | >99% | 81% | 74% | 75% | 72% | 74% | 70% | 75% |
| **English Language Learners Progress Measure** | | | | | | | | | | | | |
| 2005-06 | 66% | 72% | 65% | 81% | 65% | 87% | 63% | 69% | 24% | 65% | 59% | 61% |
| **Attendance Rate** | | | | | | | | | | | | |
| 2004-05 | 95.7% | 95.3% | 95.5% | 95.8% | 94.9% | 97.6% | 95.7% | 95.7% | 94.2% | 95.4% | 96.5% | 94.9% |
| 2003-04 | 95.7% | 95.4% | 95.5% | 95.9% | 95.0% | 97.7% | 95.7% | 95.8% | 94.3% | 95.4% | 96.5% | 94.9% |

TEXAS EDUCATION AGENCY
Academic Excellence Indicator System
2005-06 State Performance Report

| Indicator: | State | African American | Hispanic | White | Native American | Asian/ Pacific Is | Male | Female | Special Ed | Econ Disad | LEP | At Risk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Annual Dropout Rate (Gr 7-8)** | | | | | | | | | | | | |
| **(Standard Accountability Indicator)** | | | | | | | | | | | | |
| 2004-05 | 0.2% | 0.2% | 0.3% | 0.1% | 0.3% | 0.1% | 0.2% | 0.2% | 0.2% | 0.2% | 0.5% | 0.2% |
| 2003-04 | 0.2% | 0.2% | 0.3% | 0.1% | 0.2% | 0.1% | 0.2% | 0.2% | 0.2% | 0.2% | 0.5% | 0.2% |
| **Annual Dropout Rate (Gr 7-12)** | | | | | | | | | | | | |
| **(AEA Indicator)** | | | | | | | | | | | | |
| 2004-05 | 0.9% | 1.2% | 1.4% | 0.5% | 1.1% | 0.4% | 1.0% | 0.8% | 1.3% | 1.0% | 2.1% | 1.2% |
| 2003-04 | 0.9% | 1.0% | 1.3% | 0.4% | 0.8% | 0.4% | 0.9% | 0.8% | 1.2% | 0.9% | 2.0% | 1.1% |
| **Completion/Student Status Rate (Gr 9-12)** | | | | | | | | | | | | |
| **Class of 2005** | | | | | | | | | | | | |
| Graduated | 84.0% | 81.7% | 77.4% | 89.5% | 84.3% | 92.7% | 80.8% | 87.3% | 74.8% | 77.4% | 61.2% | 72.9% |
| Received GED | 3.8% | 2.6% | 3.4% | 4.7% | 5.2% | 1.2% | 4.8% | 2.9% | 2.8% | 3.9% | 1.6% | 5.5% |
| Continued HS | 7.9% | 10.2% | 12.3% | 3.9% | 5.6% | 4.3% | 9.7% | 6.0% | 15.7% | 12.0% | 21.1% | 14.2% |
| Dropped Out (4-yr) | 4.3% | 5.5% | 6.9% | 2.0% | 4.9% | 1.8% | 4.7% | 3.9% | 6.8% | 6.7% | 16.0% | 7.3% |
| **Class of 2004** | | | | | | | | | | | | |
| Graduated | 84.6% | 82.8% | 78.4% | 89.4% | 84.3% | 92.7% | 81.4% | 87.8% | 75.4% | 78.6% | 58.1% | 75.6% |
| Received GED | 4.2% | 3.1% | 3.8% | 5.1% | 6.1% | 1.6% | 5.2% | 3.2% | 3.2% | 4.2% | 1.9% | 5.7% |
| Continued HS | 7.3% | 9.2% | 11.6% | 3.7% | 5.9% | 4.0% | 9.1% | 5.5% | 15.1% | 11.3% | 23.7% | 12.8% |
| Dropped Out (4-yr) | 3.9% | 4.9% | 6.3% | 1.9% | 3.7% | 1.7% | 4.3% | 3.4% | 6.3% | 5.9% | 16.3% | 6.0% |
| **Completion Rate II (w/GED)** | | | | | | | | | | | | |
| **(AEA Indicator)** | | | | | | | | | | | | |
| Class of 2005 | 95.7% | 94.5% | 93.1% | 98.0% | 95.1% | 98.2% | 95.3% | 96.1% | 93.2% | 93.3% | 84.0% | 92.7% |
| Class of 2004 | 96.1% | 95.1% | 93.7% | 98.1% | 96.3% | 98.3% | 95.7% | 96.6% | 93.7% | 94.1% | 83.7% | 94.0% |
| **Completion Rate I (w/o GED)** | | | | | | | | | | | | |
| **(Standard Accountability Indicator)** | | | | | | | | | | | | |
| Class of 2005 | 91.9% | 91.9% | 89.7% | 93.3% | 89.9% | 97.0% | 90.5% | 93.3% | 90.4% | 89.4% | 82.4% | 87.2% |
| Class of 2004 | 91.9% | 92.0% | 90.0% | 93.0% | 90.1% | 96.7% | 90.5% | 93.3% | 90.5% | 90.0% | 81.9% | 88.3% |
| **COLLEGE READINESS INDICATORS** | | | | | | | | | | | | |
| **Advanced Course/Dual Enrollment Completion** | | | | | | | | | | | | |
| 2004-05 | 20.5% | 13.7% | 16.0% | 25.4% | 18.9% | 41.2% | 18.2% | 22.8% | 4.5% | 14.2% | 8.8% | 10.7% |
| 2003-04 | 19.9% | 13.0% | 15.5% | 24.7% | 19.8% | 38.6% | 17.7% | 22.2% | 4.4% | 13.6% | 8.5% | 11.0% |
| **RHSP/DAP Graduates** | | | | | | | | | | | | |
| Class of 2005 | 72.3% | 64.9% | 72.1% | 73.6% | 70.0% | 87.0% | 66.8% | 77.7% | 16.6% | 68.2% | 58.1% | 57.1% |
| Class of 2004 | 68.4% | 59.9% | 68.2% | 69.9% | 64.8% | 83.1% | 62.9% | 73.7% | 14.6% | 64.7% | 48.8% | 55.5% |
| **AP/IB Results** | | | | | | | | | | | | |
| **Tested** | | | | | | | | | | | | |
| 2005 | 18.4% | 9.8% | 14.7% | 21.8% | 17.3% | 42.3% | 16.1% | 20.6% | n/a | n/a | n/a | n/a |
| 2004 | 17.4% | 9.2% | 13.2% | 21.0% | 18.3% | 39.8% | 15.2% | 19.4% | n/a | n/a | n/a | n/a |
| **Examinees >= Criterion** | | | | | | | | | | | | |
| 2005 | 51.8% | 25.2% | 40.2% | 59.1% | 51.7% | 66.0% | 54.0% | 50.2% | n/a | n/a | n/a | n/a |
| 2004 | 53.9% | 26.6% | 44.9% | 59.5% | 43.3% | 68.0% | 55.8% | 52.6% | n/a | n/a | n/a | n/a |
| **Scores >= Criterion** | | | | | | | | | | | | |
| 2005 | 47.4% | 23.2% | 31.0% | 54.7% | 44.0% | 61.5% | 50.1% | 45.3% | n/a | n/a | n/a | n/a |
| 2004 | 49.3% | 24.5% | 34.5% | 55.3% | 37.5% | 62.5% | 51.8% | 47.3% | n/a | n/a | n/a | n/a |

TEXAS EDUCATION AGENCY
Academic Excellence Indicator System
2005-06 State Performance Report

| Indicator: | State | African American | Hispanic | White | Native American | Asian/ Pacific Is | Male | Female | Special Ed | Econ Disad | LEP | At Risk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Texas Success Initiative (TSI) - Higher Education Readiness Component | | | | | | | | | | | | |
| Eng Lang Arts 2006 | 40% | 28% | 31% | 49% | 43% | 57% | 33% | 46% | 13% | 28% | 4% | 26% |
| 2005 | 39% | 28% | 30% | 48% | 44% | 53% | 32% | 46% | 13% | 27% | 4% | 24% |
| Mathematics 2006 | 51% | 29% | 39% | 64% | 55% | 77% | 54% | 47% | 19% | 36% | 17% | 28% |
| 2005 | 48% | 26% | 34% | 62% | 51% | 74% | 52% | 44% | 17% | 32% | 14% | 22% |
| SAT/ACT Results Tested | | | | | | | | | | | | |
| Class of 2005 | 65.5% | 66.2% | 50.7% | 70.7% | 80.4% | 86.9% | 62.6% | 68.1% | n/a | n/a | n/a | n/a |
| Class of 2004 | 61.9% | 60.9% | 46.3% | 67.2% | 76.3% | 80.3% | 59.4% | 64.0% | n/a | n/a | n/a | n/a |
| At/Above Criterion | | | | | | | | | | | | |
| Class of 2005 | 27.4% | 8.1% | 11.0% | 38.7% | 29.9% | 48.0% | 30.3% | 24.9% | n/a | n/a | n/a | n/a |
| Class of 2004 | 27.0% | 7.6% | 10.5% | 37.6% | 30.6% | 45.6% | 30.0% | 24.6% | n/a | n/a | n/a | n/a |
| Mean SAT Score | | | | | | | | | | | | |
| Class of 2005 | 992 | 855 | 902 | 1059 | 1004 | 1095 | 1013 | 974 | n/a | n/a | n/a | n/a |
| Class of 2004 | 987 | 843 | 894 | 1047 | 993 | 1072 | 1008 | 970 | n/a | n/a | n/a | n/a |
| Mean ACT Score | | | | | | | | | | | | |
| Class of 2005 | 20.0 | 17.0 | 17.8 | 21.8 | 20.9 | 22.4 | 20.0 | 20.0 | n/a | n/a | n/a | n/a |
| Class of 2004 | 20.1 | 17.1 | 17.9 | 21.8 | 20.7 | 22.3 | 20.1 | 20.1 | n/a | n/a | n/a | n/a |

'*' indicates results are masked due to small numbers to protect student confidentiality.
'n/a' indicates data reporting is not applicable for this group.

```
T E X A S   E D U C A T I O N   A G E N C Y                                    Section II - Page 1
Academic Excellence Indicator System
2005-06 State Profile
```

| STUDENT INFORMATION | Count | Percent | PROGRAM INFORMATION | Count | Percent |
|---|---|---|---|---|---|
| Total Students | 4,505,572 | 100.0% | Student Enrollment by Program: | | |
| Students By Grade: Early Childhood Education | 13,234 | 0.3% | Bilingual/ESL Education | 657,716 | 14.6% |
| Pre-Kindergarten | 181,420 | 4.0% | Career and Technology Education | 914,268 | 20.3% |
| Kindergarten | 349,748 | 7.8% | Gifted and Talented Education | 342,353 | 7.6% |
| Grade 1 | 359,006 | 8.0% | Special Education | 500,037 | 11.1% |
| Grade 2 | 344,441 | 7.6% | | | |
| Grade 3 | 340,527 | 7.6% | Teachers by Program (population served): | | |
| Grade 4 | 329,798 | 7.3% | | | |
| Grade 5 | 336,923 | 7.5% | Bilingual/ESL Education | 26,441.0 | 8.8% |
| Grade 6 | 323,870 | 7.2% | Career and Technology Education | 11,958.5 | 4.0% |
| Grade 7 | 338,731 | 7.5% | Compensatory Education | 9,814.1 | 3.2% |
| Grade 8 | 335,606 | 7.4% | Gifted and Talented Education | 6,591.3 | 2.2% |
| Grade 9 | 391,955 | 8.7% | Regular Education | 208,245.2 | 68.9% |
| Grade 10 | 322,715 | 7.2% | Special Education | 31,437.5 | 10.4% |
| Grade 11 | 281,269 | 6.2% | Other | 7,660.9 | 2.5% |
| Grade 12 | 256,329 | 5.7% | | | |
| | | | Class Size Averages by Grade and Subject: | | |
| Ethnic Distribution: African American | 664,242 | 14.7% | | | |
| Hispanic | 2,040,449 | 45.3% | Elementary:   Kindergarten | | 19.3 |
| White | 1,644,308 | 36.5% | Grade 1 | | 18.9 |
| Native American | 14,984 | 0.3% | Grade 2 | | 18.9 |
| Asian/Pacific Islander | 141,589 | 3.1% | Grade 3 | | 18.9 |
| | | | Grade 4 | | 19.3 |
| Economically Disadvantaged | 2,503,755 | 55.6% | Grade 5 | | 21.9 |
| Limited English Proficient (LEP) | 711,237 | 15.8% | Grade 6 | | 21.4 |
| Students w/Disciplinary Placements (2004-05) | 104,198 | 2.3% | Mixed Grades | | 25.7 |
| At-Risk | 2,195,942 | 48.7% | | | |
| | | | Secondary:   English/Language Arts | | 20.3 |
| Total Graduates (Class of 2005): | 239,716 | 100.0% | Foreign Language | | 21.3 |
| | | | Mathematics | | 20.3 |
| By Ethnicity (incl. Special Ed.): | | | Science | | 21.5 |
| African American | 32,811 | 13.7% | Social Studies | | 22.5 |
| Hispanic | 84,566 | 35.3% | | | |
| White | 113,212 | 47.2% | | Non-Special Education Rates | Special Education Rates |
| Native American | 764 | 0.3% | | | |
| Asian/Pacific Islander | 8,363 | 3.5% | | | |
| | | | Retention Rates By Grade: Kindergarten | 2.9% | 11.8% |
| By Graduation Type (incl. Special Ed.): | | | Grade 1 | 5.9% | 10.2% |
| Minimum H.S. Program | 66,380 | 27.7% | Grade 2 | 3.5% | 4.3% |
| Recommended H.S. Pgm./DAP | 173,336 | 72.3% | Grade 3 | 3.3% | 2.6% |
| | | | Grade 4 | 1.8% | 1.4% |
| Special Education Graduates | 25,951 | 10.8% | Grade 5 | 3.8% | 2.2% |
| | | | Grade 6 | 1.5% | 1.6% |
| Data Quality: PID Errors (student) | 12,720 | 0.2% | Grade 7 | 2.3% | 2.5% |
| Underreported Students | 3,449 | 0.2% | Grade 8 | 1.7% | 3.0% |

TEXAS EDUCATION AGENCY                                                          Section II - Page 2
Academic Excellence Indicator System
2005-06 State Profile

| STAFF INFORMATION | Count | Percent | | Years |
|---|---:|---:|---|---:|
| Total Staff: | 596,297.7 | 100.0% | Average Yrs. Experience of Teachers: | 11.5 yrs. |
|  |  |  | Average Yrs. Experience of Teachers with Districts: | 7.6 yrs. |
| Professional Staff: | 372,671.4 | 62.5% |  |  |
| Teachers | 302,148.7 | 50.7% | Average Teacher Salary by Years of Experience: | Amount |
| Professional Support | 47,868.5 | 8.0% | (regular duties only) |  |
| Campus Administration (School Leadership) | 16,744.4 | 2.8% |  |  |
| Central Administration | 5,909.8 | 1.0% | Beginning Teachers | $34,505 |
|  |  |  | 1-5 Years Experience | $36,567 |
| Educational Aides: | 60,944.2 | 10.2% | 6-10 Years Experience | $39,008 |
|  |  |  | 11-20 Years Experience | $43,978 |
| Auxiliary Staff: | 162,682.2 | 27.3% | Over 20 Years Experience | $51,998 |
| Total Minority Staff: | 247,644.6 | 41.5% | Average Actual Salaries (regular duties only): |  |
| Teachers by Ethnicity and Sex: |  |  | Teachers | $41,744 |
|  |  |  | Professional Support | $50,029 |
| African American | 27,464.8 | 9.1% | Campus Administration (School Leadership) | $62,704 |
| Hispanic | 60,816.9 | 20.1% | Central Administration | $77,499 |
| White | 209,743.0 | 69.4% |  |  |
| Native American | 803.9 | 0.3% | Turnover Rate For Teachers: | 14.6% |
| Asian/Pacific Islander | 3,319.1 | 1.1% |  |  |
|  |  |  | Instructional Staff Percent: | 64.0% |
| Males | 69,103.0 | 22.9% |  |  |
| Females | 233,044.6 | 77.1% | EXCLUSIONS: |  |
| Teachers by Highest Degree Held: |  |  | Shared Services Arrangement Staff: | Count |
| No Degree | 2,884.1 | 1.0% | Professional Staff | 1,390.0 |
| Bachelors | 233,604.7 | 77.3% | Educational Aides | 315.4 |
| Masters | 64,148.7 | 21.2% | Auxiliary Staff | 808.7 |
| Doctorate | 1,511.2 | 0.5% |  |  |
|  |  |  | Contracted Instructional Staff: | 4,958.9 |
| Teachers by Years of Experience: |  |  |  |  |
| Beginning Teachers | 22,763.9 | 7.5% |  |  |
| 1-5 Years Experience | 87,513.1 | 29.0% |  |  |
| 6-10 Years Experience | 58,741.1 | 19.4% |  |  |
| 11-20 Years Experience | 73,121.5 | 24.2% |  |  |
| Over 20 Years Experience | 60,009.0 | 19.9% |  |  |
| Number of Students Per Teacher: | 14.9 | n/a |  |  |

```
                                    T E X A S   E D U C A T I O N   A G E N C Y                          Section II - Page 3
                                       Academic Excellence Indicator System
                                              2005-06 State Profile
```

| TAX INFORMATION (CALENDAR YEAR 2005) | State | | | ACTUAL EXPENDITURE INFORMATION (2004-05) | All Funds | State Percent | Per Student |
|---|---|---|---|---|---|---|---|
| Adopted Tax Rate | Amount | Percent/Rate | | | | | |
| Maintenance and Operations | n/a | $1.457 | | By Object: | | | |
| Interest and Sinking Fund # | n/a | $0.112 | | Total Expenditures | $40,627,525,739 | 100.0% | $9,269 |
| Total Rate (sum of above) | n/a | $1.569 | | Payroll Costs | $25,422,926,260 | 62.6% | $5,800 |
| | | | | Other Operating Costs | $6,715,530,914 | 16.5% | $1,532 |
| Standardized Local Tax Base | | | | Debt Service | $3,261,371,054 | 8.0% | $744 |
| (comptroller valuation) | | | | Capital Outlay | $5,227,697,511 | 12.9% | $1,193 |
| Value (after exemptions) | $1,217,164,215,099 | | | By Function (Objects 6100-6400 only): | | | |
| Value Per Pupil ^ | $274,818 | n/a | | Total Operating Expenditures | $31,684,439,697 | 100.0% | $7,229 |
| Value by Category | | n/a | | Instruction (11,95) | $18,304,800,060 | 57.8% | $4,176 |
| | | | | Instructional-Related Services (12,13) | $1,152,087,258 | 3.6% | $263 |
| Business | $462,652,835,760 | 33.4% | | Instructional Leadership (21) | $493,685,877 | 1.6% | $113 |
| Residential | $755,943,876,961 | 54.6% | | School Leadership (23) | $1,787,967,963 | 5.6% | $408 |
| Land | $89,686,042,868 | 6.5% | | Support Services-Student (31,32,33) | $1,519,774,521 | 4.8% | $347 |
| Oil and Gas | $67,412,630,466 | 4.9% | | Student Transportation (34) | $863,357,045 | 2.7% | $197 |
| Other | $9,539,467,375 | 0.7% | | Food Services (35) | $1,676,750,837 | 5.3% | $383 |
| | | | | Cocurricular Activities (36) | $809,628,358 | 2.6% | $185 |
| FUND BALANCE INFORMATION | | | | Central Administration (41,92) | $1,122,303,126 | 3.5% | $256 |
| Fund Balance (End of Year | $5,477,398,260 | | | Plant Maintenance and Operations (51) | $3,328,712,192 | 10.5% | $759 |
| 2004-05 audited) | | | | Security and Monitoring Services (52) | $222,250,998 | 0.7% | $51 |
| | | | | Data Processing Services (53) | $402,072,261 | 1.3% | $92 |
| Percent of Total Budgeted | n/a | 17.9% | | | | | |
| Expenditures (2005-06) | | | | Community Services (61) | $183,873,319 | n/a | $42 |
| | | | | Equity Transfers | | | |
| | | | | (excluded from expenditures) | | n/a | $253 |
| | | | | Instructional Expenditure Ratio *(11,12,13,31) | | 62.5% | |

| ACTUAL PROGRAM EXPENDITURE INFORMATION | State | | | ACTUAL REVENUE INFORMATION (2004-05) | | | |
|---|---|---|---|---|---|---|---|
| (2004-05) | All Funds | Percent | Per Student | | | | |
| By Program: | | | | By Source: | | | |
| Total Operating Expenditures | $23,792,801,952 | 100.0% | $5,428 | Total Revenues | $36,596,399,901 | 100.0% | $8,349 |
| Bilingual/ESL Education (25) | $1,018,445,900 | 4.3% | $232 | Local Tax | $17,592,408,827 | 48.1% | $4,014 |
| Career & Technology Education (22) | $841,369,287 | 3.5% | $192 | Other Local & Intermediate | $1,939,988,233 | 5.3% | $443 |
| Accelerated Education (24,30) | $2,985,766,010 | 12.5% | $681 | State | $13,166,271,425 | 36.0% | $3,004 |
| Gifted & Talented Education (21) | $364,115,599 | 1.5% | $83 | Federal | $3,897,731,416 | 10.7% | $889 |
| Regular Education (11) | $13,869,852,144 | 58.3% | $3,164 | | | | |
| Special Education (23) | $3,881,430,242 | 16.3% | $886 | Equity Transfers (excluded from revenues) | $1,107,002,300 | n/a | $253 |
| Athletics/Related Activities (91) | $563,302,935 | 2.4% | $129 | | | | |
| Other (26,28,29) | $268,519,835 | 1.1% | $61 | | | | |

\# The $0.112 includes 293 districts with an Interest and Sinking (I & S) tax rate of $0.000.  Among districts with I & S tax rates, the state average is $0.156.
\* For more details on this Chapter 44 measure, please go to http://www.tea.state.tx.us/school.finance/audit/instexp_ratio.html.
^ Not Used for School Funding calculations.
'n/a' indicates data reporting is not applicable for this group.