*2005-06 Academic Excellence Indicator System*

*District Name:* **UVALDE CISD**

*Campus Name:* **UVALDE H S**

*Campus #: 232903001*

*2006 Accountability Rating: Academically Acceptable*



EXHIBIT P-15

This page intentionally left blank.

```
District Name: UVALDE CISD                    TEXAS EDUCATION AGENCY              Section I - Page  1
Campus Name:   UVALDE H S                 Academic Excellence Indicator System    Total Students: 1,412
Campus #: 232903001                          2005-06 Campus Performance           Grade Span: 09 - 12
                                                                                  School Type: Secondary
```

| Indicator: | | State | District | Campus Group | Campus | African American | Hispanic | White | Native American | Asian/ Pacific Is | Male | Female | Special Ed | Econ Disad | LEP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TAKS Met 2006 Standard Grade 9** | | | | | | | | | | | | | | | |
| Reading | 2006 | 88% | 80% | 86% | 81% | * | 78% | 94% | * | * | 75% | 87% | 28% | 77% | 29% |
|  | 2005 | 83% | 75% | 81% | 76% | * | 72% | 95% | * | * | 70% | 81% | 27% | 70% | 25% |
| Mathematics | 2006 | 58% | 39% | 44% | 40% | * | 34% | 66% | * | * | 38% | 42% | 11% | 31% | 8% |
|  | 2005 | 58% | 42% | 47% | 43% | * | 37% | 68% | * | * | 41% | 44% | 15% | 34% | 17% |
| All Tests | 2006 | 57% | 40% | 45% | 40% | * | 35% | 66% | * | * | 37% | 43% | 10% | 32% | < 1% |
|  | 2005 | 56% | 41% | 46% | 41% | * | 36% | 69% | * | * | 38% | 44% | 6% | 32% | 8% |
| **TAKS Met 2006 Standard Grade 10** | | | | | | | | | | | | | | | |
| Eng Lang Arts | 2006 | 86% | 72% | 83% | 74% | * | 70% | 89% | * | * | 59% | 88% | < 1% | 70% | 18% |
|  | 2005 | 68% | 41% | 67% | 42% | * | 38% | 57% | * | * | 34% | 51% | 5% | 33% | < 1% |
| Mathematics | 2006 | 62% | 40% | 50% | 41% | * | 34% | 72% | * | * | 42% | 41% | 18% | 31% | 9% |
|  | 2005 | 59% | 38% | 46% | 38% | * | 30% | 76% | * | * | 36% | 41% | 6% | 27% | < 1% |
| Science | 2006 | 61% | 34% | 46% | 35% | * | 26% | 75% | * | * | 39% | 32% | 8% | 27% | < 1% |
|  | 2005 | 55% | 37% | 38% | 37% | * | 28% | 74% | * | * | 40% | 34% | 5% | 26% | 5% |
| Soc Studies | 2006 | 84% | 70% | 75% | 72% | * | 66% | 96% | * | * | 67% | 76% | 33% | 65% | 8% |
|  | 2005 | 85% | 71% | 81% | 72% | * | 67% | 91% | * | * | 71% | 72% | 37% | 64% | 17% |
| All Tests | 2006 | 50% | 28% | 36% | 29% | * | 22% | 60% | * | * | 29% | 29% | < 1% | 21% | < 1% |
|  | 2005 | 40% | 20% | 26% | 21% | * | 15% | 44% | * | * | 20% | 21% | < 1% | 11% | < 1% |
| **TAKS Met 2006 Standard ^ Grade 11** | | | | | | | | | | | | | | | |
| Eng Lang Arts | 2006 | 89% | 82% | 85% | 84% | * | 83% | 88% | * | * | 81% | 87% | 8% | 80% | 13% |
|  | 2005 | 87% | 73% | 84% | 74% | * | 68% | 93% | * | * | 68% | 80% | 14% | 66% | 19% |
| Mathematics | 2006 | 78% | 58% | 70% | 60% | * | 55% | 82% | * | * | 62% | 58% | 10% | 49% | 21% |
|  | 2005 | 72% | 54% | 63% | 57% | * | 48% | 84% | * | * | 51% | 62% | 8% | 47% | 13% |
| Science | 2006 | 76% | 58% | 67% | 60% | * | 54% | 90% | * | * | 68% | 53% | 15% | 53% | 13% |
|  | 2005 | 71% | 55% | 59% | 57% | * | 48% | 86% | * | * | 57% | 57% | 5% | 46% | 6% |
| Soc Studies | 2006 | 94% | 81% | 92% | 84% | * | 80% | 98% | * | * | 87% | 80% | 46% | 78% | 43% |
|  | 2005 | 91% | 81% | 88% | 83% | * | 78% | 98% | * | * | 84% | 81% | 27% | 75% | 27% |
| All Tests | 2006 | 66% | 45% | 54% | 48% | * | 42% | 74% | * | * | 50% | 46% | 6% | 37% | < 1% |
|  | 2005 | 60% | 42% | 48% | 44% | * | 36% | 72% | * | * | 38% | 49% | < 1% | 31% | 5% |

^ Primary Spring Administration, plus June 2005 and October 2005 first-time testers who pass all 4 tests.

```
T E X A S   E D U C A T I O N   A G E N C Y
Academic Excellence Indicator System
2005-06 Campus Performance
```

```
District Name: UVALDE CISD                                    Section I - Page 2
Campus Name: UVALDE H S                                       Total Students: 1,412
Campus #: 232903001                                           Grade Span: 09 - 12
                                                              School Type: Secondary
```

| Indicator: | | State | District | Campus Group | Campus | African American | Hispanic | White | Native American | Asian/ Pacific Is | Male | Female | Special Ed | Econ Disad | LEP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TAKS Met 2006 Standard (Sum of All Grades Tested)** | | | | | | | | | | | | | | | |
| *(Standard Accountability Indicator)* | | | | | | | | | | | | | | | |
| Reading/ELA | 2006 | 87% | 81% | 85% | 80% | * | 77% | 91% | * | * | 72% | 87% | 13% | 76% | 20% |
|  | 2005 | 83% | 73% | 76% | 63% | 86% | 59% | 82% | * | * | 56% | 71% | 14% | 56% | 13% |
| Mathematics | 2006 | 75% | 62% | 56% | 46% | * | 40% | 73% | * | * | 46% | 46% | 13% | 36% | 13% |
|  | 2005 | 71% | 60% | 51% | 45% | 43% | 38% | 76% | * | * | 42% | 48% | 9% | 35% | 9% |
| Science | 2006 | 70% | 51% | 55% | 48% | * | 40% | 83% | * | * | 53% | 43% | 12% | 40% | 8% |
|  | 2005 | 63% | 48% | 49% | 46% | 83% | 37% | 80% | * | * | 48% | 45% | 5% | 35% | 6% |
| Soc Studies | 2006 | 87% | 70% | 83% | 78% | * | 73% | 97% | * | * | 77% | 78% | 40% | 72% | 26% |
|  | 2005 | 87% | 76% | 85% | 77% | >99% | 72% | 95% | * | * | 77% | 77% | 32% | 69% | 21% |
| All Tests | 2006 | 67% | 54% | 45% | 39% | * | 33% | 66% | * | * | 38% | 40% | 6% | 30% | <1% |
|  | 2005 | 62% | 50% | 40% | 35% | 43% | 29% | 62% | * | * | 32% | 38% | 2% | 25% | 4% |
| **TAKS Commended Performance (Sum of All Grades Tested)** | | | | | | | | | | | | | | | |
| Reading/ELA | 2006 | 27% | 19% | 13% | 12% | * | 8% | 33% | * | * | 9% | 16% | <1% | 7% | <1% |
|  | 2005 | 25% | 18% | 10% | 9% | 14% | 6% | 22% | * | * | 7% | 11% | <1% | 4% | <1% |
| Mathematics | 2006 | 23% | 16% | 8% | 6% | * | 3% | 19% | * | * | 7% | 6% | <1% | 3% | <1% |
|  | 2005 | 20% | 13% | 7% | 7% | <1% | 4% | 20% | * | * | 7% | 7% | <1% | 3% | <1% |
| Science | 2006 | 16% | 7% | 3% | 4% | * | 2% | 12% | * | * | 4% | 3% | <1% | 1% | <1% |
|  | 2005 | 14% | 8% | 2% | 3% | 17% | 1% | 9% | * | * | 3% | 3% | <1% | 1% | <1% |
| Soc Studies | 2006 | 30% | 14% | 16% | 15% | * | 9% | 42% | * | * | 18% | 12% | 4% | 8% | <1% |
|  | 2005 | 26% | 12% | 16% | 15% | 17% | 9% | 36% | * | * | 16% | 14% | <1% | 8% | <1% |
| All Tests | 2006 | 11% | 6% | 1% | 2% | * | 1% | 5% | * | * | 1% | 2% | <1% | 1% | <1% |
|  | 2005 | 10% | 6% | 2% | 2% | <1% | 1% | 7% | * | * | 2% | 3% | <1% | 1% | <1% |
| **TAKS-I (Sum of All Grades Tested)** | | | | | | | | | | | | | | | |
| *Met Standard* | | | | | | | | | | | | | | | |
| Science | 2006 | 20% | 27% | 1% | * | * | * | * | * | * | * | * | * | * | |
| Soc Studies | 2006 | 31% | * | 17% | * | * | * | * | * | * | * | * | * | * | |
| **SDAA II Examinations (Sum of All Grades Tested)** | | | | | | | | | | | | | | | |
| *Met ARD Expectations* | | | | | | | | | | | | | | | |
| *(Standard Accountability & AEA Indicator)* | | | | | | | | | | | | | | | |
| 2006 | | 84% | 81% | 68% | 82% | * | 81% | * | * | * | 83% | 79% | 82% | 81% | 74% |
| 2005 | | 79% | 64% | 72% | 44% | * | 43% | * | * | * | 45% | 41% | 44% | 44% | 60% |

```
District Name: UVALDE CISD                                    TEXAS EDUCATION AGENCY                    Section I - Page 3
Campus Name: UVALDE H S                                  Academic Excellence Indicator System           Total Students: 1,412
Campus #: 232903001                                          2005-06 Campus Performance                 Grade Span: 09 - 12
                                                                                                        School Type: Secondary
```

| Indicator: | | State | District | Campus Group | Campus | African American | Hispanic | White | Native American | Asian/Pacific Is | Male | Female | Special Ed | Econ Disad | LEP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SDAA II Examinees (Sum of All Grades Tested) | | | | | | | | | | | | | | | |
| Met ARD Expectations | | | | | | | | | | | | | | | |
| Reading/ELA | 2006 | 87% | 84% | 71% | 82% | * | 81% | * | * | * | 85% | 75% | 82% | 78% | 70% |
|  | 2005 | 82% | 64% | 78% | 50% | * | 52% | * | * | * | 52% | 43% | 50% | 50% | 63% |
| Mathematics | 2006 | 86% | 89% | 68% | 87% | * | 86% | * | * | * | 87% | 86% | 87% | 88% | 89% |
|  | 2005 | 80% | 64% | 73% | 31% | * | 29% | * | * | * | 31% | 30% | 31% | 30% | 50% |
| Writing | 2006 | 68% | 54% | 50% | 69% | * | 67% | * | * | * | 67% | * | 69% | 70% | * |
|  | 2005 | 65% | 61% | 50% | 61% | * | 59% | * | * | * | 62% | 60% | 61% | 59% | * |
| All Tests | 2006 | 74% | 67% | 45% | 74% | * | 72% | * | * | * | 75% | 70% | 74% | 74% | 60% |
|  | 2005 | 68% | 45% | 55% | 30% | * | 31% | * | * | * | 34% | 18% | 30% | 33% | 44% |

```
District Name: UVALDE CISD                         TEXAS EDUCATION AGENCY                   Section I - Page 4
Campus Name: UVALDE H S                       Academic Excellence Indicator System          Total Students: 1,412
Campus #: 232903001                              2005-06 Campus Performance                  Grade Span: 09 - 12
                                                                                             School Type: Secondary
```

| Indicator: | State | District | Campus Group | Campus | African American | Hispanic | White | Native American | Asian/ Pacific Is | Male | Female | Special Ed | Econ Disad | LEP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2006 TAKS/SDAA II/TAKS-I Participation (Grades 3-11) | | | | | | | | | | | | | | |
| Tested | 97.1% | 97.9% | 96.8% | 96.5% | * | 96.3% | 97.8% | - | * | 94.7% | 98.3% | 78.4% | 95.5% | 86.9% |
| By Assessment | | | | | | | | | | | | | | |
| TAKS (1 or more) | 90.7% | 91.3% | 89.7% | 93.9% | * | 93.3% | 96.7% | - | * | 90.8% | 97.0% | 53.2% | 92.9% | 73.8% |
| Not on TAKS | 6.4% | 6.6% | 6.6% | 2.6% | * | 2.9% | 1.1% | - | * | 3.9% | 1.3% | 25.2% | 2.7% | 13.1% |
| TAKS-I Only | 0.1% | 0.0% | 0.2% | 0.0% | * | 0.0% | 0.0% | - | * | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| SDAA II Only | 5.4% | 6.1% | 4.4% | 2.5% | * | 2.9% | 0.5% | - | * | 3.7% | 1.3% | 24.3% | 2.7% | 13.1% |
| TAKS-I/SDAA II Only | 0.8% | 0.5% | 0.2% | 0.1% | * | 0.0% | 0.5% | - | * | 0.2% | 0.0% | 0.9% | 0.0% | 0.0% |
| By Acct Status | | | | | | | | | | | | | | |
| Acct System | 90.5% | 93.5% | 90.7% | 93.7% | * | 93.3% | 95.6% | - | * | 92.3% | 95.1% | 71.2% | 93.6% | 83.6% |
| Non-Acct System | 6.5% | 4.4% | 5.4% | 2.8% | * | 2.9% | 2.2% | - | * | 2.4% | 3.2% | 7.2% | 2.0% | 3.3% |
| Mobile | 5.6% | 4.4% | 5.1% | 2.8% | * | 2.9% | 2.2% | - | * | 2.4% | 3.2% | 7.2% | 2.0% | 3.3% |
| Non-Acct Test | 0.2% | 0.0% | 0.2% | 0.0% | * | 0.0% | 0.0% | - | * | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Katrina/Rita | 0.8% | 0.0% | 0.0% | 0.0% | * | 0.0% | 0.0% | - | * | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Not Tested | 2.9% | 2.1% | 3.3% | 3.5% | * | 3.7% | 2.2% | - | * | 5.3% | 1.7% | 21.6% | 4.5% | 13.1% |
| Absent | 0.2% | 0.2% | - | 0.1% | * | 0.1% | 0.0% | - | * | 0.2% | 0.0% | 0.0% | 0.1% | 0.0% |
| ARD Exempt | 0.7% | 0.8% | 1.1% | 1.8% | * | 1.6% | 2.2% | - | * | 3.1% | 0.4% | 17.1% | 2.4% | 6.6% |
| LEP Exempt | 1.0% | 0.1% | 0.0% | 0.2% | * | 0.2% | 0.0% | - | * | 0.2% | 0.2% | 0.0% | 0.3% | 3.3% |
| Other | 1.0% | 1.0% | 1.1% | 1.5% | * | 1.8% | 0.0% | - | * | 1.8% | 1.1% | 4.5% | 1.7% | 3.3% |
| Katrina/Rita | 0.0% | 0.0% | 0.0% | 0.0% | * | 0.0% | 0.0% | - | * | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Count | 3,001,657 | 3,252 | 463 | 1,074 | 4 | 886 | 182 | 0 | 2 | 544 | 530 | 111 | 716 | 61 |
| 2005 TAKS/SDAA II Participation (Grades 3-11) | | | | | | | | | | | | | | |
| Tested | 97.0% | 97.6% | 95.7% | 95.5% | 100.0% | 95.0% | 99.4% | - | * | 94.5% | 96.9% | 75.0% | 94.3% | 88.4% |
| By Assessment | | | | | | | | | | | | | | |
| TAKS (1 or more) | 90.8% | 90.9% | 89.6% | 92.7% | 100.0% | 91.9% | 98.9% | - | * | 90.3% | 95.7% | 53.7% | 90.5% | 81.2% |
| SDAA II Only | 6.2% | 6.7% | 5.8% | 2.7% | 0.0% | 3.1% | 0.6% | - | * | 4.2% | 1.2% | 21.3% | 3.8% | 7.2% |
| By Mobility Status | | | | | | | | | | | | | | |
| Acct Subset | 91.3% | 91.2% | 90.8% | 90.8% | 87.5% | 90.6% | 96.6% | - | * | 90.0% | 92.3% | 67.6% | 90.2% | 81.2% |
| Mobile Subset | 5.7% | 6.4% | 5.3% | 4.7% | 12.5% | 4.4% | 2.8% | - | * | 4.6% | 4.5% | 7.4% | 4.1% | 7.2% |
| Not Tested | 3.0% | 2.4% | 4.4% | 4.5% | 0.0% | 5.0% | 0.6% | - | * | 5.5% | 3.1% | 25.0% | 5.7% | 11.6% |
| Absent | 0.2% | 0.1% | 0.2% | 0.3% | 0.0% | 0.3% | 0.0% | - | * | 0.4% | 0.2% | 0.7% | 0.4% | 0.0% |
| ARD Exempt | 0.8% | 0.7% | 1.6% | 1.7% | 0.0% | 2.1% | 0.0% | - | * | 1.5% | 2.0% | 13.2% | 2.5% | 4.3% |
| LEP Exempt | 1.0% | 0.2% | 0.0% | 0.2% | 0.0% | 0.2% | 0.0% | - | * | 0.4% | 0.0% | 0.0% | 0.0% | 2.9% |
| Other | 1.0% | 1.4% | 1.3% | 2.4% | 0.0% | 2.3% | 0.6% | - | * | 3.3% | 1.0% | 11.0% | 2.8% | 4.3% |
| Total Count | 2,931,773 | 3,327 | 473 | 1,060 | 8 | 862 | 176 | 0 | 4 | 548 | 508 | 136 | 682 | 69 |

```
District Name: UVALDE CISD                    TEXAS EDUCATION AGENCY                        Section I - Page 5
Campus Name: UVALDE H S                    Academic Excellence Indicator System             Total Students: 1,412
Campus #: 232903001                           2005-06 Campus Performance                    Grade Span: 09 - 12
                                                                                            School Type: Secondary
```

| Indicator: | State | District | Campus Group | Campus | African American | Hispanic | White | Native American | Asian/Pacific Is | Male | Female | Special Ed | Econ Disad | LEP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Progress of Prior Year TAKS Failers (Sum of Grades 4-11)** | | | | | | | | | | | | | | |
| *Percent of Failers Passing TAKS* | | | | | | | | | | | | | | |
| Reading/ELA 2006 | 51% | 44% | 61% | 59% | * | 57% | 73% | * | * | 51% | 69% | 10% | 57% | 17% |
| 2005 | 45% | 30% | 46% | 30% | * | 28% | 58% | * | * | 29% | 31% | 6% | 27% | 16% |
| Mathematics 2006 | 32% | 19% | 28% | 21% | * | 19% | 34% | * | * | 21% | 20% | 13% | 18% | 13% |
| 2005 | 25% | 18% | 25% | 19% | * | 18% | 32% | * | * | 17% | 21% | <1% | 17% | 17% |
| **Average TGI Growth** | | | | | | | | | | | | | | |
| Reading/ELA 2006 | 0.56 | 0.35 | 0.50 | 0.55 | * | 0.46 | 1.29 | * | * | 0.35 | 0.79 | -0.18 | 0.47 | -0.52 |
| 2005 | 0.53 | 0.27 | 0.43 | 0.24 | * | 0.19 | 0.85 | * | * | 0.22 | 0.26 | -0.45 | 0.19 | -0.10 |
| Mathematics 2006 | 0.34 | 0.14 | 0.22 | 0.14 | * | 0.12 | 0.41 | * | * | 0.15 | 0.14 | 0.17 | 0.12 | -0.04 |
| 2005 | 0.38 | 0.29 | 0.32 | 0.34 | * | 0.34 | 0.43 | * | * | 0.39 | 0.30 | -0.11 | 0.32 | 0.22 |
| **English Language Learners Progress Measure** | | | | | | | | | | | | | | |
| 2005-06 | 66% | 52% | 43% | 23% | * | 23% | * | * | * | 11% | 42% | 6% | 25% | 20% |
| **Attendance Rate** | | | | | | | | | | | | | | |
| 2004-05 | 95.7% | 94.7% | 94.1% | 92.2% | 96.3% | 91.7% | 94.3% | * | * | 91.8% | 92.6% | 87.4% | 91.4% | 90.1% |
| 2003-04 | 95.7% | 94.7% | 94.1% | 92.1% | 96.3% | 91.6% | 94.0% | * | * | 92.0% | 92.2% | 87.6% | 91.4% | 90.0% |
| **Annual Dropout Rate (Gr 7-12) (AEA Indicator)** | | | | | | | | | | | | | | |
| 2004-05 | 0.9% | 1.4% | 1.2% | 2.0% | 0.0% | 2.1% | 1.1% | * | 0.0% | 2.5% | 1.3% | 4.3% | 2.1% | 5.1% |
| 2003-04 | 0.9% | 1.5% | 1.0% | 2.0% | 0.0% | 2.5% | 0.4% | * | 0.0% | 1.8% | 2.3% | 2.6% | 1.3% | 3.6% |
| **Completion/Student Status Rate (Gr 9-12)** | | | | | | | | | | | | | | |
| *Class of 2005* | | | | | | | | | | | | | | |
| Graduated | 84.0% | 79.7% | 86.5% | 84.2% | - | 82.0% | 91.3% | * | * | 80.1% | 88.6% | 70.8% | 81.1% | 58.3% |
| Received GED | 3.8% | 4.5% | 2.6% | 3.9% | - | 3.3% | 5.8% | * | * | 5.0% | 2.7% | 0.0% | 4.0% | 4.2% |
| Continued HS | 7.9% | 9.6% | 4.2% | 5.5% | - | 7.1% | 0.0% | * | * | 7.5% | 3.4% | 18.8% | 6.3% | 8.3% |
| Dropped Out (4-yr) | 4.3% | 6.3% | 4.6% | 6.5% | - | 7.5% | 2.9% | * | * | 7.5% | 5.4% | 10.4% | 8.6% | 29.2% |
| *Class of 2004* | | | | | | | | | | | | | | |
| Graduated | 84.6% | 79.9% | 88.1% | 84.7% | - | 82.8% | 90.4% | * | - | 84.6% | 85.0% | 75.0% | 78.8% | 75.9% |
| Received GED | 4.2% | 4.0% | 3.0% | 4.1% | - | 2.7% | 8.2% | * | - | 3.7% | 4.5% | 0.0% | 5.8% | 0.0% |
| Continued HS | 7.3% | 8.6% | 5.0% | 4.1% | - | 5.0% | 1.4% | * | - | 6.2% | 1.5% | 12.5% | 4.5% | 3.4% |
| Dropped Out (4-yr) | 3.9% | 7.4% | 3.8% | 7.1% | - | 9.5% | 0.0% | * | - | 5.6% | 9.0% | 12.5% | 10.9% | 20.7% |
| **Completion Rate II (w/GED) (AEA Indicator)** | | | | | | | | | | | | | | |
| Class of 2005 | 95.7% | 93.7% | 95.5% | 93.5% | - | 92.5% | 97.1% | * | * | 92.5% | 94.6% | 89.6% | 91.4% | 70.8% |
| Class of 2004 | 96.1% | 92.6% | 96.2% | 92.9% | - | 90.5% | 100.0% | * | - | 94.4% | 91.0% | 87.5% | 89.1% | 79.3% |
| **Completion Rate I (w/o GED) (Standard Accountability Indicator)** | | | | | | | | | | | | | | |
| Class of 2005 | 91.9% | 89.3% | 92.3% | 89.7% | - | 89.1% | 91.3% | * | * | 87.6% | 91.9% | 89.6% | 87.4% | 66.7% |
| Class of 2004 | 91.9% | 88.6% | 92.2% | 88.8% | - | 87.8% | 91.8% | * | - | 90.7% | 86.5% | 87.5% | 83.3% | 79.3% |

```
District Name: UVALDE CISD                          TEXAS EDUCATION AGENCY                        Section I - Page   6
Campus Name: UVALDE H S                        Academic Excellence Indicator System               Total Students: 1,412
Campus #: 232903001                              2005-06 Campus Performance                       Grade Span: 09 - 12
                                                                                                  School Type: Secondary
```

| Indicator: | State | District | Campus Group | Campus | African American | Hispanic | White | Native American | Asian/ Pacific Is | Male | Female | Special Ed | Econ Disad | LEP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **COLLEGE READINESS INDICATORS** | | | | | | | | | | | | | | |
| Advanced Course/Dual Enrollment Completion | | | | | | | | | | | | | | |
| 2004-05 | 20.5% | 16.4% | 19.1% | 16.4% | 0.0% | 11.9% | 36.4% | * | 80.0% | 12.4% | 20.8% | 0.0% | 9.2% | 0.0% |
| 2003-04 | 19.9% | 12.8% | 16.7% | 13.5% | 0.0% | 10.4% | 24.5% | * | * | 11.0% | 16.2% | 0.6% | 8.8% | 1.8% |
| RHSP/DAP Graduates | | | | | | | | | | | | | | |
| Class of 2005 | 72.3% | 70.0% | 73.9% | 70.0% | - | 67.6% | 76.6% | * | * | 60.7% | 80.0% | 0.0% | 66.2% | 23.5% |
| Class of 2004 | 68.4% | 70.2% | 69.3% | 69.6% | - | 64.9% | 83.6% | * | - | 63.0% | 77.2% | 9.7% | 62.2% | 27.3% |
| AP/IB Results Tested | | | | | | | | | | | | | | |
| 2005 | 18.4% | 8.9% | 12.1% | 9.7% | * | 7.4% | 14.9% | * | * | 8.9% | 10.3% | n/a | n/a | n/a |
| 2004 | 17.4% | 11.4% | 11.3% | 12.6% | - | 7.9% | 26.2% | * | - | 12.7% | 12.4% | n/a | n/a | n/a |
| Examinees >= Criterion | | | | | | | | | | | | | | |
| 2005 | 51.8% | 34.0% | 16.0% | 34.0% | - | 37.0% | 23.5% | * | * | 30.0% | 37.0% | n/a | n/a | n/a |
| 2004 | 53.9% | 30.7% | 28.0% | 30.7% | - | 24.1% | 34.4% | * | - | 34.4% | 26.7% | n/a | n/a | n/a |
| Scores >= Criterion | | | | | | | | | | | | | | |
| 2005 | 47.4% | 24.0% | 11.7% | 24.0% | - | 23.4% | 18.2% | * | * | 22.2% | 25.0% | n/a | n/a | n/a |
| 2004 | 49.3% | 23.3% | 21.8% | 23.3% | - | 17.0% | 28.6% | * | - | 27.3% | 19.6% | n/a | n/a | n/a |
| Texas Success Initiative (TSI) - Higher Education Readiness Component | | | | | | | | | | | | | | |
| Eng Lang Arts 2006 | 40% | 33% | 26% | 35% | * | 30% | 58% | * | * | 25% | 45% | <1% | 28% | <1% |
| 2005 | 39% | 26% | 35% | 27% | * | 18% | 55% | * | * | 22% | 32% | 7% | 15% | * |
| Mathematics 2006 | 51% | 27% | 38% | 28% | * | 23% | 54% | * | * | 28% | 29% | <1% | 18% | 14% |
| 2005 | 48% | 33% | 35% | 34% | * | 26% | 63% | * | * | 31% | 37% | * | 23% | * |
| SAT/ACT Results Tested | | | | | | | | | | | | | | |
| Class of 2005 | 65.5% | 45.5% | 64.7% | 47.4% | ? | 42.2% | 55.9% | * | * | 42.5% | 52.1% | n/a | n/a | n/a |
| Class of 2004 | 61.9% | 49.2% | 58.1% | 51.2% | - | 43.8% | 69.8% | * | - | 50.8% | 51.7% | n/a | n/a | n/a |
| At/Above Criterion | | | | | | | | | | | | | | |
| Class of 2005 | 27.4% | 15.3% | 9.6% | 15.3% | * | 1.4% | 42.4% | * | * | 18.8% | 12.7% | n/a | n/a | n/a |
| Class of 2004 | 27.0% | 15.7% | 10.0% | 16.1% | - | 5.1% | 34.1% | * | - | 24.2% | 8.1% | n/a | n/a | n/a |
| Mean SAT Score | | | | | | | | | | | | | | |
| Class of 2005 | 992 | 903 | 939 | 903 | * | 813 | 1060 | * | * | 908 | 899 | n/a | n/a | n/a |
| Class of 2004 | 987 | 911 | 893 | 913 | * | 840 | 1029 | - | - | 975 | 848 | n/a | n/a | n/a |
| Mean ACT Score | | | | | | | | | | | | | | |
| Class of 2005 | 20.0 | 17.8 | 18.3 | 17.8 | - | 15.7 | 21.4 | * | - | 18.1 | 17.3 | n/a | n/a | n/a |
| Class of 2004 | 20.1 | 17.3 | 18.5 | 17.2 | - | 15.4 | 19.8 | * | - | 18.1 | 16.1 | n/a | n/a | n/a |

'?' Indicates that the data for this item were statistically improbable, or were reported outside a reasonable range.
'*' indicates results are masked due to small numbers to protect student confidentiality.
'-' indicates zero observations reported for this group.
'n/a' indicates data reporting is not applicable for this group.

```
District Name: UVALDE CISD                    TEXAS EDUCATION AGENCY                        Section II - Page  1
Campus Name: UVALDE H S                    Academic Excellence Indicator System             Total Students:  1,412
Campus #: 232903001                              2005-06 Campus Profile                     Grade Span: 09 - 12
                                                                                            School Type: Secondary
```

STUDENT INFORMATION

| | -------Campus-------- | | Campus Group | District | State |
|---|---|---|---|---|---|
| | Count | Percent | | | |
| Total Students: | 1,412 | 100.0% | 31,379 | 5,143 | 4,505,572 |
| Students By Grade: Early Childhood Education | 0 | 0.0% | 0.0% | 0.3% | 0.3% |
| Pre-Kindergarten | 0 | 0.0% | 0.0% | 6.2% | 4.0% |
| Kindergarten | 0 | 0.0% | 0.0% | 7.5% | 7.8% |
| Grade 1 | 0 | 0.0% | 0.0% | 8.7% | 8.0% |
| Grade 2 | 0 | 0.0% | 0.0% | 7.3% | 7.6% |
| Grade 3 | 0 | 0.0% | 0.0% | 6.8% | 7.6% |
| Grade 4 | 0 | 0.0% | 0.0% | 6.3% | 7.3% |
| Grade 5 | 0 | 0.0% | 0.0% | 6.6% | 7.5% |
| Grade 6 | 0 | 0.0% | 0.0% | 5.9% | 7.2% |
| Grade 7 | 0 | 0.0% | 0.8% | 7.8% | 7.5% |
| Grade 8 | 0 | 0.0% | 0.9% | 7.9% | 7.4% |
| Grade 9 | 450 | 31.9% | 31.3% | 8.9% | 8.7% |
| Grade 10 | 359 | 25.4% | 25.2% | 7.3% | 7.2% |
| Grade 11 | 329 | 23.3% | 21.7% | 6.7% | 6.2% |
| Grade 12 | 274 | 19.4% | 20.2% | 5.8% | 5.7% |
| Ethnic Distribution: African American | 10 | 0.7% | 1.6% | 0.5% | 14.7% |
| Hispanic | 1,154 | 81.7% | 82.5% | 86.6% | 45.3% |
| White | 244 | 17.3% | 15.1% | 12.5% | 36.5% |
| Native American | 0 | 0.0% | 0.1% | 0.1% | 0.3% |
| Asian/Pac. Islander | 4 | 0.3% | 0.6% | 0.3% | 3.1% |
| Economically Disadvantaged | 932 | 66.0% | 62.1% | 76.3% | 55.6% |
| Limited English Proficient (LEP) | 81 | 5.7% | 5.7% | 7.9% | 15.8% |
| Students w/Disciplinary Placements (2004-05) | 103 | 6.7% | 4.8% | 2.8% | 2.3% |
| At-Risk | 844 | 59.8% | 62.9% | 50.5% | 48.7% |
| Mobility (2004-05) | 282 | 18.4% | 20.0% | 18.0% | 21.1% |
| Number of Students per Teacher | 13.0 | n/a | 14.2 | 13.6 | 14.9 |

```
District Name: UVALDE CISD                      T E X A S   E D U C A T I O N   A G E N C Y         Section II - Page  2
Campus Name: UVALDE H S                           Academic Excellence Indicator System              Total Students: 1,412
Campus #: 232903001                                    2005-06 Campus Profile                       Grade Span: 09 - 12
                                                                                                    School Type: Secondary
```

## STUDENT INFORMATION

|  | Campus | Percent | Campus Group | District | State |
|---|---|---|---|---|---|
| **Graduates (Class of 2005):** | | | | | |
| Total Graduates | 270 | 100.0% | 5,996 | 280 | 239,716 |
| By Ethnicity (incl. Special Ed.): | | | | | |
| African American | 0 | 0.0% | 116 | 0 | 32,811 |
| Hispanic | 204 | 75.6% | 4,790 | 214 | 84,566 |
| White | 64 | 23.7% | 1,049 | 64 | 113,212 |
| Native American | 1 | 0.4% | 6 | 1 | 764 |
| Asian/Pacific Islander | 1 | 0.4% | 35 | 1 | 8,363 |
| By Graduation Type (incl. Special Ed.): | | | | | |
| Minimum H.S. Program | 81 | 30.0% | 1,416 | 84 | 66,380 |
| Recommended H.S. Pgm./DAP | 189 | 70.0% | 4,580 | 196 | 173,336 |
| Special Education Graduates | 36 | 13.3% | 721 | 36 | 25,951 |

### CLASS SIZE INFORMATION
(Derived from teacher responsibility records.)

| Class Size Averages by Grade and Subject: | Campus | Campus Group | District | State |
|---|---|---|---|---|
| **Elementary:** Kindergarten | - | - | 18.7 | 19.3 |
| Grade 1 | - | - | 19.3 | 18.9 |
| Grade 2 | - | - | 19.8 | 18.9 |
| Grade 3 | - | - | 19.1 | 18.9 |
| Grade 4 | - | - | 20.2 | 19.3 |
| Grade 5 | - | - | 18.8 | 21.9 |
| Grade 6 | - | - | 21.7 | 21.4 |
| Mixed Grades | - | - | - | 25.7 |
| **Secondary:** English/Language Arts | 19.5 | 19.9 | 18.9 | 20.3 |
| Foreign Languages | 20.9 | 21.1 | 19.5 | 21.3 |
| Mathematics | 19.3 | 19.2 | 17.8 | 20.3 |
| Science | 21.6 | 20.1 | 20.1 | 21.5 |
| Social Studies | 23.4 | 21.9 | 22.1 | 22.5 |

```
District Name: UVALDE CISD                    TEXAS EDUCATION AGENCY              Section II - Page 3
Campus Name: UVALDE H S                     Academic Excellence Indicator System  Total Students: 1,412
Campus #: 232903001                              2005-06 Campus Profile            Grade Span: 09 - 12
                                                                                   School Type: Secondary
```

| STAFF INFORMATION | Campus Count | Campus Percent | Campus Group | District | State |
|---|---|---|---|---|---|
| Total Staff: | 140.7 | 100.0% | 100.0% | 100.0% | 100.0% |
| Professional Staff: |  |  |  |  |  |
| Teachers | 124.7 | 88.6% | 90.0% | 60.1% | 62.5% |
| Professional Support | 108.7 | 77.3% | 78.3% | 49.0% | 50.7% |
| Campus Admin. (School Leader.) | 10.0 | 7.1% | 7.5% | 7.4% | 8.0% |
|  | 6.0 | 4.3% | 4.1% | 2.7% | 2.8% |
| Educational Aides: | 16.0 | 11.4% | 10.0% | 12.5% | 10.2% |
| Total Minority Staff: | 55.4 | 39.4% | 51.0% | 60.8% | 41.5% |
| Teachers By Ethnicity and Sex: |  |  |  |  |  |
| African American | 0.0 | 0.0% | 1.6% | 0.3% | 9.1% |
| Hispanic | 33.4 | 30.7% | 43.4% | 41.5% | 20.1% |
| White | 74.3 | 68.3% | 53.8% | 57.4% | 69.4% |
| Native American | 0.0 | 0.0% | 0.1% | 0.0% | 0.3% |
| Asian/Pacific Islander | 1.0 | 0.9% | 1.1% | 0.8% | 1.1% |
| Males | 51.2 | 47.1% | 48.4% | 26.2% | 22.9% |
| Females | 57.5 | 52.9% | 51.6% | 73.8% | 77.1% |
| Teachers by Years of Experience: |  |  |  |  |  |
| Beginning Teachers | 8.7 | 8.0% | 7.7% | 7.3% | 7.5% |
| 1-5 Years Experience | 25.5 | 23.5% | 21.6% | 26.5% | 29.0% |
| 6-10 Years Experience | 21.0 | 19.3% | 17.4% | 22.4% | 19.4% |
| 11-20 Years Experience | 32.0 | 29.4% | 29.1% | 25.9% | 24.2% |
| Over 20 Years Experience | 21.5 | 19.8% | 24.2% | 17.8% | 19.9% |

| | Campus | Campus Group | District | State |
|---|---|---|---|---|
| Average Years Experience of Teachers: | 12.0 yrs. | 13.0 yrs. | 11.4 yrs. | 11.5 yrs. |
| Average Years Experience of Teachers with District: | 8.0 yrs. | 9.0 yrs. | 7.7 yrs. | 7.6 yrs. |
| Average Teacher Salary by Years of Experience: (regular duties only) |  |  |  |  |
| Beginning Teachers | $31,969 | $33,187 | $31,034 | $34,505 |
| 1-5 Years Experience | $35,014 | $35,286 | $32,364 | $36,567 |
| 6-10 Years Experience | $37,302 | $38,826 | $34,917 | $39,008 |
| 11-20 Years Experience | $44,574 | $44,675 | $42,359 | $43,978 |
| Over 20 Years Experience | $49,770 | $51,051 | $49,254 | $51,998 |
| Average Actual Salaries (regular duties only): |  |  |  |  |
| Teachers | $40,945 | $42,286 | $38,438 | $41,744 |
| Professional Support | $47,775 | $48,985 | $47,981 | $50,029 |
| Campus Administration (School Leadership) | $60,339 | $63,238 | $56,491 | $62,704 |
| Contracted Instructional Staff (not incl. above): | 3.2 | 5.8 | 4.5 | 4,958.9 |

```
District Name: UVALDE CISD                      TEXAS EDUCATION AGENCY                              Section II - Page 4
Campus Name: UVALDE H S                    Academic Excellence Indicator System                    Total Students: 1,412
Campus #: 232903001                              2005-06 Campus Profile                            Grade Span: 09 - 12
                                                                                                   School Type: Secondary
```

## ACTUAL OPERATING EXPENDITURE INFORMATION

|  | General Fund | Percent | ---Campus--- Per Student | All Funds | Percent | Per Student | All Funds | ---Campus Group--- Percent | Per Student |
|---|---|---|---|---|---|---|---|---|---|
| **By Function:** | | | | | | | | | |
| Total Operating Expenditures | $8,592,932 | 100.0% | $6,178 | $9,800,168 | 100.0% | $7,045 | $205,454,217 | 100.0% | $6,639 |
| Instruction (11,95) | $5,931,110 | 69.0% | $4,264 | $6,688,157 | 68.2% | $4,808 | $134,090,567 | 65.3% | $4,333 |
| Instructional-Related Services (12,13) | $240,072 | 2.8% | $173 | $264,354 | 2.7% | $190 | $6,831,377 | 3.3% | $221 |
| Instructional Leadership (21) | $191,629 | 2.2% | $138 | $194,315 | 2.0% | $140 | $3,129,718 | 1.5% | $101 |
| School Leadership (23) | $524,093 | 6.1% | $377 | $610,760 | 6.2% | $439 | $13,491,730 | 6.6% | $436 |
| Support Services-Student (31,32,33) | $432,968 | 5.0% | $311 | $593,825 | 6.1% | $427 | $11,760,806 | 5.7% | $380 |
| Other Campus Costs (35,36,51,52,53) | $1,273,060 | 14.8% | $915 | $1,448,757 | 14.8% | $1,042 | $36,150,019 | 17.6% | $1,168 |
| **By Program:** | | | | | | | | | |
| Total Operating Expenditures | $7,319,872 | 100.0% | $5,262 | $8,346,443 | 100.0% | $6,000 | $168,267,174 | 100.0% | $5,437 |
| Bilingual/ESL Education (25) | $2,835 | 0.0% | $2 | $2,858 | 0.0% | $2 | $534,167 | 0.3% | $17 |
| Career & Technology Education (22) | $1,073,910 | 14.7% | $772 | $1,169,049 | 14.0% | $840 | $22,200,539 | 13.2% | $717 |
| Accelerated Education (24,30) | $746,944 | 10.2% | $537 | $1,398,176 | 16.8% | $1,005 | $21,838,120 | 13.0% | $706 |
| Gifted & Talented Education (21) | $1,923 | 0.0% | $1 | $1,926 | 0.0% | $1 | $1,915,977 | 1.1% | $62 |
| Regular Education (11) | $4,346,045 | 59.4% | $3,124 | $4,391,062 | 52.6% | $3,157 | $101,829,987 | 60.5% | $3,290 |
| Special Education (23) | $1,148,215 | 15.7% | $825 | $1,383,372 | 16.6% | $995 | $19,086,132 | 11.3% | $617 |
| Other (26,28,29) | $0 | 0.0% | $0 | $0 | 0.0% | $0 | $862,252 | 0.5% | $28 |

## PROGRAM INFORMATION

|  | ---Campus--- Count | Percent | Campus Group | District | State |
|---|---|---|---|---|---|
| **Student Enrollment by Program:** | | | | | |
| Bilingual/ESL Education | 61 | 4.3% | 4.7% | 6.1% | 14.6% |
| Career & Technology Education | 1,033 | 73.2% | 66.3% | 20.9% | 20.3% |
| Gifted & Talented Education | 115 | 8.1% | 10.9% | 5.0% | 7.6% |
| Special Education | 163 | 11.5% | 12.4% | 10.3% | 11.1% |
| **Teachers by Program (population served):** | | | | | |
| Bilingual/ESL Education | 0.0 | 0.0% | 0.7% | 5.8% | 8.8% |
| Career & Technology Education | 13.0 | 12.0% | 13.3% | 4.2% | 4.0% |
| Compensatory Education | 0.0 | 0.0% | 1.2% | 8.6% | 3.2% |
| Gifted & Talented Education | 0.0 | 0.0% | 4.0% | 0.0% | 2.2% |
| Regular Education | 78.0 | 71.8% | 67.9% | 68.4% | 68.9% |
| Special Education | 17.6 | 16.2% | 8.9% | 12.8% | 10.4% |
| Other | 0.0 | 0.0% | 4.0% | 0.3% | 2.5% |

'?' Indicates that the data for this item were statistically improbable, or were reported outside a reasonable range.
'-' indicates zero observations reported for this group.
'n/a' indicates data reporting is not applicable for this group.