

# TEXAS EDUCATION AGENCY

1701 North Congress Ave. ★ Austin, Texas 78701-1494 ★ 512/463-9734 ★ FAX: 512/463-9838 ★ http://www.tea.state.tx.us

Shirley J. Neeley, Ed.D.
Commissioner

> **ACTION REQUIRED**

October 20, 2006

TO THE ADMINISTRATOR ADDRESSED:

The Texas Education Agency (TEA or the agency) previously outlined key provisions of state legislation (House Bill 3459, 78th Regular Legislative Session) that significantly revised the scope of school district monitoring. As such, the agency has been working collaboratively with local education agencies (LEAs), education service centers, and others to implement an overall system for the effective monitoring of school districts and charter schools. In line with this effort, the agency is implementing a series of Performance-Based Monitoring (PBM) activities for the 2006-2007 school year. The purpose of this letter is to notify LEAs that 2006-2007 interventions staging information for the bilingual education/English as a second language, career and technology education, No Child Left Behind (NCLB), and special education program areas will be available on October 23, 2006, on the *Intervention Stage and Activity Manager* (ISAM) application on the Texas Education Agency Secure Environment (TEASE). A supporting *Summary of Interventions* document available in the ISAM application will provide you with detailed information on any activities in which your district or charter school is required to engage during this program year. Additionally, information will be available in ISAM that details the criteria that were used to select districts and charter schools for 2006-2007 interventions. The document detailing the selection criteria for 2006-2007 interventions, as well as other important monitoring documents, will be available on the TEA website by the week of October 30, 2006. A document to assist LEAs in accessing the ISAM system will be available on the TEA website under the *Resources* section of the Program Monitoring and Interventions homepage at: http://www.tea.state.tx.us/pmi/. LEAs that need additional background information regarding the ISAM application can contact their regional education service center or reference a September 18, 2006, *To The Administrator Addressed* letter posted to the TEA website at: http://www.tea.state.tx.us/taa/pmi091806.html.

Monitoring and intervention activities have been designed to focus on a data-driven and performance-based system that will take place in a continuous improvement model. Determinations regarding monitoring and interventions are the result of a performance-based evaluation process implemented by the agency through the Performance-Based Monitoring Analysis System (PBMAS). The results of this PBMAS analysis for all program areas included in the system were disseminated to districts and charter schools in September 2006 in the form of a PBMAS summary report. Additionally, for the NCLB program area, the Division of NCLB Coordination has calculated and will disseminate the results of specific Initial Compliance Review (ICR) indicators.

*"Good, Better, Best—never let it rest—until your good is better—and your better is BEST!"*

Blumberg No. 5118

EXHIBIT

P-16

To the Administrator Addressed
October 20, 2006
Page 2

The agency has conducted a review of PBMAS data, including determinations resulting from special data analysis for districts and charter schools with small numbers of students, and has reviewed longitudinal data related to PBM interventions. The results of the longitudinal PBM review, the PBMAS review and, in the case of NCLB, the Initial Compliance Review, have been used to determine required stages of intervention for the various program areas. In certain instances, the agency was unable to rely on the PBMAS results for a particular district or charter school because of inaccurate or unreliable data submitted by the district or charter school. When data integrity issues such as these are identified either as part of the agency's PBMAS data review or during the implementation of intervention activities, the district or charter school will be required to address improvements in the procedures and systems it uses to collect and submit data and may be selected for additional interventions.

The *Summary of Interventions* document available in ISAM provides background information on 2006-2007 monitoring activities and details the stages of monitoring interventions identified for the program areas in the PBM system. Information also is included that will help you prepare for actions and/or responses that are needed specific to these program areas. The education service center (ESC) and agency contacts listed in the enclosure to this letter will work directly with you and your program staff to complete the monitoring process.

If unanticipated circumstances impact the ability of the district or charter school to meet required intervention timelines as specified in the enclosures and related monitoring materials, information detailing the district's or charter school's individual circumstances, along with a projected date for completion of activities, should be submitted to the TEA Division of Program Monitoring and Interventions no later than November 10, 2006. Such a submission does not automatically defer any other requirement contained in this letter or other monitoring documents. The agency will consider any individual circumstances or requests for timeline extension submitted under this paragraph and will be in further communication with the district or charter school regarding the status of any required interventions.

Should your district or charter school be identified as a result of any of the other monitoring activities the agency is required to conduct for the remainder of this school year, including monitoring activities related to compliance with federal formula and discretionary grant requirements, you will be notified in a timely manner by appropriate agency staff.

We appreciate your support and anticipate that a data-driven, performance-based approach to monitoring will continue to assist LEAs in their ongoing efforts to improve student achievement.

Sincerely,

Gene Lenz,
Deputy Associate Commissioner
  for Special Programs, Monitoring, and Interventions

GL:lt

cc:    Education Service Center Executive Director
       Education Service Center PBM Contact
       Education Service Center Special Education and Federal Programs Contact

2006-2007
Bilingual Education/English as a Second Language
Stage 3 PBM Interventions

| DISTRICT # | DISTRICT NAME | ESC REGION |
|---|---|---|
| 011902 | ELGIN ISD | 13 |
| 021902 | BRYAN ISD | 06 |
| 049901 | GAINESVILLE ISD | 11 |
| 057804 | DALLAS CAN ACADEMY CHARTER | 10 |
| 064903 | CARRIZO SPRINGS CISD | 20 |
| 068901 | ECTOR COUNTY ISD | 18 |
| 071902 | EL PASO ISD | 19 |
| 071903 | FABENS ISD | 19 |
| 071904 | SAN ELIZARIO ISD | 19 |
| 108902 | DONNA ISD | 01 |
| 108907 | MERCEDES ISD | 01 |
| 165901 | MIDLAND ISD | 18 |
| 186902 | FORT STOCKTON ISD | 18 |
| 214903 | ROMA ISD | 01 |
| 220804 | FORT WORTH CAN ACADEMY | 11 |
| 227907 | MANOR ISD | 13 |
| 232903 | UVALDE CISD | 20 |
| 233901 | SAN FELIPE-DEL RIO CISD | 15 |
| 240903 | UNITED ISD | 01 |
| 253901 | ZAPATA COUNTY ISD | 01 |
| 254901 | CRYSTAL CITY ISD | 20 |