Uvalde Consolidated Independent School District
Diane Crawford
Executive Director of Curriculum & Instruction

P.O. Box 1909
Uvalde, Texas 78802

diane.crawford@ucisd.net

(830) 278-6655
FAX (830) 591-4971

August 25, 2006

Uvalde Consolidated Independent School District
1000 N. Getty
Uvalde, Texas 78801

TO PARENTS OF STUDENTS ATTENDING UVALDE HIGH SCHOOL:

Under the federal No Child Left Behind (NCLB) Act of 2001, the Texas Education Agency (TEA) is required to identify campuses in need of improvement if the campus does not make adequate yearly progress (AYP) for the same indicator for two consecutive years. TEA has notified the school district administration on August 15, 2006, that Uvalde High School will be subject to Stage 1 school improvement requirements for not meeting AYP in Hispanic math for two or more years.

The No Child Left Behind Act (P.L. 107-110) requires the district to notify you of this status and to provide you the following information. Please be advised that the campus will have the opportunity to appeal this school improvement designation later this fall. However, the requirements described in this letter must be implemented for the entire school year, regardless of the outcome of the appeal.

You may read about the AYP definition on TEA's website at http://www.tea.state.tx.us/ayp/2005/guide.pdf. In addition the website also describes the school improvement requirements at http://www.tea.state.tx.us/nclb/Schoolimprovement06.html. If you do not have access to the internet, please call the contact person listed at the end of this letter and this information will be provided to you.

As the parent or guardian of a student attending a campus identified for school improvement status, you have the option to request a transfer of your child to another public school within the district that is not identified for school improvement status. You have the option to request a transfer beginning immediately or at the beginning of the second semester. As stated above, even if the campus is granted an appeal of this designation, the school transfer requests will be honored through the end of the school year. The following campuses are available to you to request a transfer.

    Excel Academy

To request a transfer, for academic information on campuses available for transfer, or for more information on this school choice option, please contact Diane Crawford by September 25, 2006. Attached is a short question and answer document regarding this school choice option.

Additional information related to the following areas is available on the TEA website.
- an explanation of what the school improvement status means;
  http://www.tea.state.tx.us/nclb/Schoolimprovement06.html
- how the campus compares in performance to other elementary campuses or secondary campuses in the district and the state; http://www.tea.state.tx.us/student.assessment/reporting/
- more detailed information on the reason(s) for the status; http://www.tea.state.tx.us/ayp


EXHIBIT P-17

The campus will be implementing the following to address the reasons the campus has been identified for school improvement:

- Review campus curriculum and insure the vertical and horizontal alignment with the Texas Education Knowledge and Skills
- Incorporate Professional Learning Communities allowing teachers to collaborate
- Benchmark student progress every six weeks
- TRIAND student data information system will be implemented
- Additional teacher training
- Focused tutorial will be incorporated in the school day
- Parent/Teacher Conferences to discuss student needs

In addition, the district will provide the following assistance to the campus to address the reasons for identification under AYP:

- Staff Development
- Administrative support
- Technical support for benchmarking and data tracking

You may become involved in addressing the reasons the campus is identified for improvement by assisting in the following ways:

- participate in parent involvement activities that assist you in learning how to increase your child's achievement level
- attend parent-teacher conferences

If you have questions concerning this letter or need us to provide you with paper copies of the material referenced in the web sites, please contact Diane Crawford at UCISD Central Office, (830) 278-6655.

Sincerely,


Diane Crawford
Executive Director of Curriculum and Instruction
Uvalde Consolidated Independent School District
1000 North Getty
Uvalde, Texas 78801

# Questions About Public School Choice Under NCLB School Improvement Programs

For detailed information on Title I Public School Choice provisions, additional guidance will be posted at:
http://www.tea.state.tx.us/nclb/Schoolimprovement06.html

### Which campuses and school districts are required to offer public school choice?

School districts receiving federal funds under Title I, Part A are required to make choice available to all students who are enrolled in Title I campuses if their campus has been identified as in: (1) school improvement; (2) corrective action; or (3) restructuring. The school district is responsible for paying all or a portion of the transportation necessary for students to attend their new campuses, subject to the limitations in statute.

Note:  Open-enrollment public charter schools are, by design, a school of choice.  Public School Choice is not applicable to open-enrollment charter schools that are identified in school improvement or other types of campuses that are by design already a school of choice.

### Which students are eligible to change campuses under the Title I public school choice provisions?

All students enrolled in Title I campuses identified for school improvement, corrective action, or restructuring are eligible to transfer to another public school campus within the district (which may be a charter school) that is not in school improvement.  This requirement for all students applies whether the campus in which a child is enrolled administers Title I as a schoolwide program or as a targeted assistance program.  The only exception applies in the situations when there are no other campuses in the district (or outside the district) to which students could transfer.

In the case of a campus that operates a targeted assistance program, all students in the campus, not just those receiving Title I services, must have the opportunity to change campuses.

### Is there any priority for students to be allowed to transfer under the Title I public school choice option?

The school district must give _all_ students in a campus identified for improvement the opportunity to transfer to another public school.  In implementing this option to transfer, however, there may be circumstances in which the school district needs to give priority to the lowest-achieving children from low-income families.  For example, if not all students can attend their first choice of campuses, a school district would give first priority in assigning spaces to the low-achieving low-income students.  Similarly, if a school district does not have sufficient funding to provide transportation to all students who wish to transfer, it would apply this priority in determining which students can receive transportation.

### How long must a school district continue to offer students in eligible Title I campuses the option to attend another public school?

The school district must offer choice to all students in an eligible Title I campus until the campus is no longer identified for improvement, corrective action, or restructuring, i.e., until the campus makes Adequate Yearly Progress (AYP) for two consecutive years.

### How long must students who change campuses be allowed to attend the campus of their choice?

If an eligible student exercises the option to transfer to another public school campus, the school district must permit the student to remain in that campus until he or she has completed the highest grade in the campus. However, the school district is no longer obligated to provide transportation for the student after the end of the school year in which the student's campus of origin is no longer identified for school improvement, corrective action, or restructuring

**What if providing the option to transfer to another campus within the district is not possible?**

A number of school districts may have no campuses available to which students can transfer. This situation might occur when all campuses at a grade level are in school improvement or when the school district has only a single campus at that grade level. It may also occur in rural areas where a school district's campuses are so remote from another that choice is impractical. For example, if the only other elementary school is over 50 miles away, then choice is likely impractical. On the other hand, if other potential elementary school choices are located outside an district-defined attendance zone or internal boundary, these school district defined boundaries may not be used to prevent student transfers.

In these cases, the school district must, to the extent practical, enter into cooperative agreements with other school districts in the area (or with open-enrollment charter schools in the State) that can accept its students as transfers. The school district may also wish to offer supplemental services or other campus reform strategies to students attending campuses in their first stage of improvement who cannot be given the opportunity to change campuses.