**UVALDE HIGH SCHOOL AP CLASS ENROLLMENT BY ETHNICITY\***

AP Chemistry—2 Latino; 4 Anglo

AP Biology 2—8 Latino; 7 Anglo

AP Calculus—10 Latino; 13 Anglo

AP Economics—7 Latino; 2 Anglo

AP English—19 Latino; 22 Anglo

AP INC w/geometry—no students enrolled

AP Latin—no students enrolled

AP Spanish III—38 Latino; 11 Anglo

AP Spanish IV—5 Latino; 0 Anglo

AP U.S. History—10 Latino; 15 Anglo

AP World History—40 Latino; 29 Anglo

\* Based on Classroom Data Provided by Defendants in their 2007 Report to the Court.



EXHIBIT

P-18