UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
JUL 2 7 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| GENOVEVA MORALES | § | |
| | § | CIVIL NO: |
| vs. | § | DR:70-CV-00014-OLG |
| | § | |
| DEAN P. DIMMIT, C. A. DISHMAN, JAKE LANNING, E. P. SHANNON, TAYLOR NICHOLS, R. E. BYROM, BUELL STEWART, GARRIS MARSH, FRANK MILLER JR., R. W. SHEPPERD, GORDON L. ERKFITZ, UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § | |

The exhibits in this case are in the possession of Judge Orlando L. Garcia's Briefing Attorney, Steve Hoffmann. Once this matter is resolved the exhibits will be forwarded to the U.S. Clerk's Office in Del Rio, Texas.   Gail Johns

## PLAINTIFF EXHIBITS

| Exhibit | Description | Date Admitted |
|---|---|---|
| P-5 | Course Offering: Uvalde Jr High | 7/26/2007 |
| P-6 | Course Offerings: Batesville Middle School | 7/26/2007 |
| P-7 | 2003-2004 Academic Excellence Indicator System | 7/26/2007 |
| P-8 | 2205-2006 Academic Excellence Indicator System | 7/26/2007 |
| P-9 | 2005-2006 Academic Excellence Indicator System | 7/26/2007 |
| P-10 | Letter dated April 13, 2007 to Dr. Brown from Gilberto Torres | Admission of Exhibit Under Advisement |
| P-11 | Petition to Stop Dr. Brown, et al, from transfering Batesville 7th & 8th Grade Students | Admission of Exhibit Under Advisement |
| P-12 | Curriculum Management Audit of the Uvalde Consolidated Independent School District | 7/27/2007 |

| | | |
|---|---|---|
| P-13 | Letter dated June 15, 2007 to Grant Cook from Dr. Brown | 7/26/2007 |
| P-14 | Letter dated June 15, 2007 from Grant Cook to David Hinojosa | 7/26/2007 |
| P-15 | Map from school internet site | 7/26/2007 |
| P-16 | Notice of Parent Meeting on May 10, 2007 | 7/26/2007 |
| P-17 | Uvalde Junior High School Course/Class Count Report 044 | 7/26/2007 |
| P-18 | Uvalde High School Course/Class Count Report 001 | 7/27/2007 |
| P-19 | Course/Class Count Report 108 | 7/27/2007 |