UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
JUL 2 7 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

GENOVEVA MORALES                          §
                                          §   CIVIL NO:
vs.                                       §   DR:70-CV-00014-OLG
                                          §
DEAN P. DIMMIT, C. A. DISHMAN, JAKE       §
LANNING, E. P. SHANNON, TAYLOR
NICHOLS, R. E. BYROM, BUELL
STEWART, GARRIS MARSH, FRANK
MILLER JR., R. W. SHEPPERD, GORDON
L. ERKFITZ, UVALDE CONSOLIDATED
INDEPENDENT SCHOOL DISTRICT

The exhibits in this case are in the possession of Judge Orlando L. Garcia's Briefing Attorney, Steve Hoffmann. Once this matter is resolved the exhibits will be forwarded to the U. S. Clerk's Office in Del Rio, Texas. Gail Johns

## DEFENDANT EXHIBITS

| Exhibit | Description | Date Admitted |
|---------|-------------|---------------|
| D-8 | 2007-2008 Application Checklist | 7/27/2007 |
| D-9 | Regional School of Choice List of Students 2006-2007 | 7/27/2007 |