UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

**FILED**
JUL 2 7 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| GENOVEVA MORALES | § |
| | § CIVIL NO: |
| vs. | § DR:70-CV-00014-OLG |
| | § |
| DEAN P. DIMMIT, C. A. DISHMAN, JAKE LANNING, E. P. SHANNON, TAYLOR NICHOLS, R. E. BYROM, BUELL STEWART, GARRIS MARSH, FRANK MILLER JR., R. W. SHEPPERD, GORDON L. ERKFITZ, UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | § |

## ORDER SETTING ORAL ARGUMENT ON MOTION TO DISMISS, OR ALTERNATIVELY MOTION FOR MODIFICATION OF DECREE BY UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **ORAL ARGUMENT ON MOTION TO DISMISS, OR ALTERNATIVELY MOTION FOR MODIFICATION OF DECREE BY UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT** in Courtroom 1, on the First Floor of the John H. Wood, Jr. United States Courthouse, 655 E. Durango Boulevard, San Antonio, TX, on **Monday, August 06, 2007 at 09:30 AM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 27th day of July, 2007.

_____
ORLANDO L GARCIA
UNITED STATES DISTRICT JUDGE