# The Cook Law Firm

GRANT COOK
E-MAIL gcook@cooklawonline.com
WEBSITE: www.grantcooklaw.com

5005 RIVERWAY
SUITE 210
HOUSTON, TEXAS 77056

TELEPHONE (713) 552-0700
FAX (713) 552-1610
CELL (713) 823-2186

April 22, 2008

**FILED**

APR 2 5 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

United States District Clerk
U. S. Courthouse
111 E. Broadway, Room L-100
Del Rio, Texas 78840

    Re:   *Genoveva Morales vs. E. P. Shannon, et al*
           No. DR-70-CA-14

Dear Clerk:

Please find enclosed for filing the April 2008 Annual Report of the Uvalde Consolidated Independent School District. Thank you for your usual cooperation and consideration.

Yours very truly,

Grant Cook

Enclosure

cc:   David G. Hinojosa
      MALDEF
      110 Broadway Street, Suite 300
      San Antonio, Texas 78205

      Dr. Wendall J. Brown
      P. O. Box 1909
      Uvalde, Texas 78802

GC:dac

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

## Notice of Document/Attachment(s)/Pages Not Imaged

# DR-70-CV-14

See Case File to View/Copy
Document/Attachment(s)

_____   Document and/or attachments exceed 100 pages

_____   Exhibits or attachments submitted in binders or spiral notebooks

__X__   Other: (bulky pleadings)