UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
MAY 19 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| GENOVEVA MORALES, ET AL | § | |
| *Plaintiffs* | § | |
| | § | |
| v. | § | Civil No. DR-70-CA-14 |
| | § | |
| E.P. SHANNON, ET AL | § | |
| *Defendants* | § | |

## JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs, Genoveva Morales, et al., and Defendant, Uvalde Consolidated Independent School District ("UCISD"), and file this Joint Alternative Dispute Resolution Report pursuant to the Pretrial Order heretofore entered in this case and as grounds therefore would show the Court the following:

1. The parties have agreed to jointly select Joseph Casseb as the mediator in this case, and Mr. Casseb has agreed to serve in that capacity. Mr. Casseb's contact information is: Goode Casseb Jones Rilkin Choate Watson, 2122 Main Avenue, P. O. Box 120480, San Antonio, Texas 78212-9680; Telephone: (210) 733-6030; Facsimile: (210) 733-0330; Email: jcasseb@goodelaw.com.



Respectfully submitted,

MALDEF

By: *David Hinojosa*
David Hinojosa
State Bar No. 24010689
110 Broadway, Suite 300
San Antonio, Texas 78205
(210) 224-5476
(210) 224-5382 Fax

ATTORNEY FOR PLAINTIFFS

THE COOK LAW FIRM

By: *[signature]*
Grant Cook
State Bar No. 04732000
5005 Riverway, Suite 210
Houston, Texas 77056
(713) 552.0700
(713) 552.1610 Fax

ATTORNEY FOR DEFENDANT,
UVALDE CONSOLIDATED
INDEPENDENT SCHOOL DISTRICT

2