IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

SEP 0 8 2008
CLERK, U.S. DISTRICT
WESTERN DISTRICT
BY_____
DEPUTY

| | | |
|---|---|---|
| GENOVEVA MORALES, ET AL | () | |
| | () | |
| VS. | () | DR-70-CA-14 |
| | () | |
| E. P. SHANNON, ET AL | () | |

GENE L. STEELE, CSR #908
DEPOSITION OF DAVID M. GONZALES
JULY 2, 2008

   I, GENE L. STEELE, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

   That the witness, DAVID M. GONZALES, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

   That the deposition transcript was submitted on July 16, 2008, to the witness or to the attorney for the witness for examination, signature, and return to Gene L. Steele by August 19, 2008;

   That the amount of time used by each party at the deposition is as follows:

   MR. DAVID G. HINOJOSA - 2 HOURS, 40 MINUTES
   MR. GRANT COOK - 35 MINUTES

   That pursuant to information given to the deposition officer at the time said testimony was taken, the following

```
 1  includes counsel for all parties of record:

 2       Mr. David G. Hinojosa, Attorney for Plaintiffs
             GENOVEVA MORALES, ET AL
 3       MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
         110 Broadway, Suite 300
 4       San Antonio, Texas 78205

 5
         Mr. GRANT COOK, Attorney for Defendants
 6           E. P. SHANNON, ET AL
         THE COOK LAW FIRM
 7       5005 Riverway, Suite 210
         Houston, Texas 77056
 8
         I further certify that I am neither counsel for, related
 9
    to, nor employed by any of the parties or attorneys in the
10
    action in which this proceeding was taken, and further that I
11
    am not financially or otherwise interested in the outcome of
12
    the action.
13
         Certified to by me this 16th day of July, 2008.
14

15

16                         _____
                           GENE L. STEELE, Texas CSR #908
17                         Expiration Date:  12/31/08
                           Post Office Box 1742
18                         Uvalde, Texas 78802
                           (830) 278-2184
19
```

FURTHER CERTIFICATION UNDER RULE 203 FRCP

The original deposition ~~was~~ was not returned to the deposition officer ~~on~~ _____;

If returned, the attached Changes and Signature page contains any changes and the reasons therefor;

If returned, the original deposition was delivered to David G. Hinojosa, Custodial Attorney;

That $ 614.25 is the deposition officer's charges to the David G. Hinojosa, Attorney for Defendants, for preparing the original deposition transcript and any copies of exhibits;

That the deposition was delivered in accordance with Rule 203.3, and that a copy of this certificate was served on all parties shown herein on and filed with the Clerk.

Certified to by me this 4TH day of September, 2008.


_____
GENE L. STEELE, Texas CSR #908
Expiration Date: 12/31/08
Post Office Box 1742
Uvalde, Texas 78802
(830) 278-2184