ORIGINAL

1

FILED
SEP 0 8 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

GENOVEVA MORALES, ET AL     ()
    ()
VS.     ()    DR-70-CA-14
    ()
E. P. SHANNON, ET AL     ()

GENE L. STEELE, CSR #908
DEPOSITION OF GREGORY TOD NIX
JULY 2, 2008

    I, GENE L. STEELE, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

    That the witness, GREGORY TOD NIX, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

    That the deposition transcript was submitted on July 16, 2008, to the witness or to the attorney for the witness for examination, signature, and return to Gene L. Steele by August 19, 2008;

    That the amount of time used by each party at the deposition is as follows:

    MR. DAVID G. HINOJOSA - 3 HOURS, 45 MINUTES

    That pursuant to information given to the deposition officer at the time said testimony was taken, the following

Case 2:70-cv-00014-OLG   Document 166   Filed 09/08/08   Page 2 of 3

2

```
 1  includes counsel for all parties of record:
 2       Mr. David G. Hinojosa, Attorney for Plaintiffs
            GENOVEVA MORALES, ET AL
 3     MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
       110 Broadway, Suite 300
 4     San Antonio, Texas 78205

 5
         Mr. GRANT COOK, Attorney for Defendants
 6          E. P. SHANNON, ET AL
       THE COOK LAW FIRM
 7     5005 Riverway, Suite 210
       Houston, Texas 77056
 8
         I further certify that I am neither counsel for, related
 9
    to, nor employed by any of the parties or attorneys in the
10
    action in which this proceeding was taken, and further that I
11
    am not financially or otherwise interested in the outcome of
12
    the action.
13
         Certified to by me this 16th day of July, 2008.
14

15

16                              _____
17                              GENE L. STEELE, Texas CSR #908
                                Expiration Date:  12/31/08
18                              Post Office Box 1742
                                Uvalde, Texas 78802
19                              (830) 278-2184

20

21

22

23

24

25
```

GENE L. STEELE - CSR - RPR
UVALDE COUNTY COURTHOUSE, UVALDE, TEXAS 78801
(830) 278-3918 OR (830) 278-2184

```
 1              FURTHER CERTIFICATION UNDER RULE 203 FRCP

 2         The original deposition was/was not returned to the

 3  deposition officer, _____;

 4         If returned, the attached Changes and Signature page

 5  contains any changes and the reasons therefor;

 6         If returned, the original deposition was delivered to

 7  David G. Hinojosa, Custodial Attorney;

 8         That $ 803.50 is the deposition officer's charges to

 9  the David G. Hinojosa, Attorney for Defendants, for preparing

10  the original deposition transcript and any copies of

11  exhibits;

12         That the deposition was delivered in accordance with

13  Rule 203.3, and that a copy of this certificate was served on

14  all parties shown herein on and filed with the Clerk.

15         Certified to by me this  4 7TH  day of SEPTEMBER 2008.

16

17

18                          _____
                            GENE L. STEELE, Texas CSR #908
19                          Expiration Date: 12/31/08
                            Post Office Box 1742
20                          Uvalde, Texas 78802
                            (830) 278-2184
21

22

23

24

25
```