ORIGINAL

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
SEP 0 8 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

GENOVEVA MORALES, ET AL    ()
                           ()
VS.                        ()    DR-70-CA-14
                           ()
E. P. SHANNON, ET AL       ()

GENE L. STEELE, CSR #908
DEPOSITION OF ALLEN MIZE
JULY 2, 2008

I, GENE L. STEELE, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, ALLEN MIZE, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the deposition transcript was submitted on July 16, 2008, to the witness or to the attorney for the witness for examination, signature, and return to Gene L. Steele by August 19, 2008;

That the amount of time used by each party at the deposition is as follows:

MR. DAVID G. HINOJOSA - 2 HOURS, 45 MINUTES

That pursuant to information given to the deposition officer at the time said testimony was taken, the following

1  includes counsel for all parties of record:

2     Mr. David G. Hinojosa, Attorney for Plaintiffs
          GENOVEVA MORALES, ET AL
3  MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
   110 Broadway, Suite 300
4  San Antonio, Texas 78205

5
   Mr. GRANT COOK, Attorney for Defendants
6     E. P. SHANNON, ET AL
   THE COOK LAW FIRM
7  5005 Riverway, Suite 210
   Houston, Texas 77056

8
   I further certify that I am neither counsel for, related
9
to, nor employed by any of the parties or attorneys in the
10
action in which this proceeding was taken, and further that I
11
am not financially or otherwise interested in the outcome of
12
the action.
13
   Certified to by me this 16th day of July, 2008.
14

15

16                    /s/ Gene L. Steele
                    _____
17                  GENE L. STEELE, Texas CSR #908
                    Expiration Date:  12/31/08
18                  Post Office Box 1742
                    Uvalde, Texas 78802
19                  (830) 278-2184

20

21

22

23

24

25

```
 1              FURTHER CERTIFICATION UNDER RULE 203 FRCP
 2         The original deposition was not returned to the
    deposition officer,                            ;
 3
 4         If returned, the attached Changes and Signature page
 5  contains any changes and the reasons therefor;
 6         If returned, the original deposition was delivered to
 7  David G. Hinojosa, Custodial Attorney;
 8         That $ 680.25 is the deposition officer's charges to
 9  the David G. Hinojosa, Attorney for Defendants, for preparing
10  the original deposition transcript and any copies of
11  exhibits;
12         That the deposition was delivered in accordance with
13  Rule 203.3, and that a copy of this certificate was served on
14  all parties shown herein on and filed with the Clerk.
15         Certified to by me this 4TH day of September, 2008.
16
17
18                            _____
19                            GENE L. STEELE, Texas CSR #908
                              Expiration Date: 12/31/08
20                            Post Office Box 1742
                              Uvalde, Texas 78802
21                            (830) 278-2184
22
23
24
25
```

```
 1                    CHANGES AND SIGNATURE

 2   WITNESS NAME:  ALLEN MIZE

 3   DATE OF DEPOSITION:  JULY 2, 2008

 4   PAGE      LINE      CHANGE              REASON

 5   51        19        Diana Day           Not Dagg
```

GENE L. STEELE - CSR - RPR
UVALDE COUNTY COURTHOUSE, UVALDE, TEXAS 78801
(830) 278-3918 OR (830) 278-2184