IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GENOVEVA MORALES, *et al.*, Plaintiffs | ' ' ' | |
| v. | ' ' | DR-70-CA-14 |
| E.P. SHANNON, *et al.*, Defendants | ' ' | |

## JOINT MOTION TO APPROVE SETTLEMENT AND ENTER CONSENT ORDER

Defendants, Uvalde Consolidated Independent School District, *et al.*, and Plaintiffs, Genoveva Morales, *et al.*, come before the Court seeking approval of a settlement agreement and consent order entered into among the parties. In support of their Motion, Plaintiffs and Defendants show as follows:

Plaintiffs and Defendants have engaged in extensive settlement discussions, resulting in a comprehensive settlement agreement and consent order between the parties. *See* Consent Order and Settlement Agreement, Ex. 1. This Consent Order is consistent with the Fourteenth Amendment to the United States Constitution and Title VI of the Civil Rights Act of 1964 and will further the orderly desegregation of the District.

For the reasons stated above, Defendants and Plaintiffs respectfully request that the Court approve the attached settlement agreement and consent order.

DATED: September 12, 2008

Respectfully Submitted,

Mexican American Legal Defense and Educational Fund, Inc.

_____
David G. Hinojosa
State Bar No. 24010689
Nina Perales
110 Broadway, Suite 300
San Antonio, TX 78205
Tel: (210)224-5476 / Fax: (210)224-5382

**ATTORNEYS FOR PLAINTIFFS**

The Cook Law Firm

_____
Grant Cook
State Bar No. 04732000
5005 Riverway, Ste. 210
Houston, Texas 77056
Tel: (713) 552-0700 / Fax: (713) 552-1610

**ATTORNEY FOR DEFENDANTS**