## The Cook Law Firm

**GRANT COOK**
E-MAIL gcook@cooklawonline.com

5701 WOODWAY
SUITE 330
HOUSTON, TEXAS 77057

TELEPHONE (713) 552-0760
FAX (713) 552-1610
CELL (713) 823-2186

FILED
APR 14 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

April 8, 2009

U.S. District Clerk's Office
111 East Broadway, Room L100
Del Rio, Texas 78840

*Certified Mail, R.R.R.*

Re:   Civil Action No. DR-70-CA-14; *Morales v. Shannon*; In the United States District Court for the Western District of Texas, Del Rio Division.

Dear Clerk:

Enclosed please find Uvalde Consolidated Independent School District's Annual Report as required by the Consent Order and Settlement Agreement entered on September 15, 2008 by the United States District Court. Please do not hesitate to contact the undersigned if you have any questions. Thank you for your usual courtesy and cooperation.

Yours very truly,

Grant Cook

Enclosures

cc:   David G. Hinojosa/with enclosures/Certified Mail, R.R.R.
      Dr. Wendell J. Brown

GC:dc