UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

NOTICE OF DOCUMENT/ATTACHMENT(S) PAGES NOT IMAGED

SEE CASE FILE TO VIEW /COPY

CASE # __09-CV-0014__

_____   DOCUMENT (FINANCIAL AFFIDAVIT) SEALED PURSUANT TO
E GOVERNMENT ACT OF 2002.
( PLACED IN VAULT).

_____   ATTACHMENTS WERE NOT SCANNED, AS THESE WERE SUBMITTED IN
CD FORMAT AND SURVEY MAP FORMAT

__XX__   EXHIBITS OR ATTACHMENTS SUBMITTED BOUNDED