UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

NOTICE OF DOCUMENT/ATTACHMENT(S) PAGES NOT IMAGED

SEE CASE FILE TO VIEW /COPY

CASE # DR- 70-CV- 14

__X__ DOCUMENT AND/OR ATACHMENTS EXCEED DATA/PAGE LIMIT

_____ ATTACHMENTS WERE NOT SCANNED, AS THESE WERE SUBMITTED IN CD FORMAT AND SURVEY MAP FORMAT

_____ EXHIBITS OR ATTACHMENTS SUBMITTED IN BINDERS OR SPIRAL NOTEBOOKS.

# The Cook Law Firm

| GRANT COOK | 5701 WOODWAY | TELEPHONE (713) 552-0700 |
| --- | --- | --- |
| E-MAIL | SUITE 330 | FAX (713) 552-1610 |
| | HOUSTON, TEXAS 77057 | CELL (713) 823-2186 |

April 19, 2010

U.S. District Clerk's Office *Certified Mail, R.R.R.*
111 East Broadway, Room L100
Del Rio, Texas 78840

Re:  Civil Action No. DR-70-CA-14; *Morales v. Shannon*; In the United States District Court for the Western District of Texas, Del Rio Division.

Dear Clerk:

Enclosed please find Uvalde Consolidated Independent School District's Annual Report as required by the Consent Order and Settlement Agreement entered on September 15, 2008 by the United States District Court. Please do not hesitate to contact the undersigned if you have any questions. Thank you for your usual courtesy and cooperation.

Yours very truly,

Grant Cook

Enclosures

cc:  David G. Hinojosa/with enclosures/Certified Mail, R.R.R.
     Dr. Wendell J. Brown

GC:dc