# The Cook Law Firm

GRANT COOK  
E-MAIL

5701 WOODWAY  
SUITE 330  
HOUSTON, TEXAS  77057

TELEPHONE (713) 552-0700  
FAX (713) 552-1610  
CELL (713) 823-2186

April 19, 2010

U.S. District Clerk's Office　　　　　　　　　　　　　　　*Certified Mail, R.R.R.*  
111 East Broadway, Room L100  
Del Rio, Texas 78840

Re:　Civil Action No. DR-70-CA-14; *Morales v. Shannon*; In the United States District Court for the Western District of Texas, Del Rio Division.

Dear Clerk:

　　Enclosed please find Uvalde Consolidated Independent School District's Annual Report as required by the Consent Order and Settlement Agreement entered on September 15, 2008 by the United States District Court. Please do not hesitate to contact the undersigned if you have any questions. Thank you for your usual courtesy and cooperation.

　　　　　　　　　　　　　　　　　　　Yours very truly,

　　　　　　　　　　　　　　　　　　　Grant Cook

Enclosures

cc:　David G. Hinojosa/with enclosures/Certified Mail, R.R.R.  
　　Dr. Wendell J. Brown

GC:dc