# UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT

## APRIL 2010

1. The number of students by race and ethnicity enrolled in the school district.

| American Indian | Asian | Black | Hispanic | White | Total |
|---|---|---|---|---|---|
| 12 | 35 | 38 | 4375 | 546 | 5006 |

2. The number of students by race and ethnicity enrolled in each school of the school district.

| School | American Indian | Asian | Black | Hispanic | White | Total |
|---|---|---|---|---|---|---|
| Batesville | 0 | 0 | 0 | 154 | 6 | 160 |
| Dalton | 2 | 5 | 4 | 620 | 59 | 690 |
| Anthon | 1 | 0 | 5 | 518 | 71 | 595 |
| Benson | 2 | 6 | 8 | 296 | 35 | 347 |
| Robb | 1 | 2 | 4 | 413 | 38 | 458 |
| Flores | 1 | 4 | 3 | 649 | 63 | 720 |
| Jr. High | 2 | 6 | 3 | 607 | 81 | 699 |
| High School | 3 | 12 | 11 | 977 | 189 | 1192 |
| Excel | 0 | 0 | 0 | 141 | 4 | 145 |
| Totals | 12 | 35 | 38 | 4375 | 546 | 5006 |

3. The number of students by race enrolled in each classroom in each school in the district.

   (See enclosed Computer Print-Outs) (The counts are from the accountability period.)

4. The number of full-time teachers by race and ethnicity in the school district.

| American Indian | Asian | Black | Hispanic | White | Total |
|---|---|---|---|---|---|
| 1 | 2 | 1 | 180 | 190 | 374 |

**Uvalde C.I.S.D.**

April 2010

5. The number of full-time teachers by race and ethnicity in each school in the district.

| School | American Indian | Asian | Black | Hispanic | White | Total |
|---|---|---|---|---|---|---|
| High School | 1 | 1 | 1 | 27 | 69 | 99 |
| Excel | 0 | 0 | 0 | 5 | 3 | 8 |
| Jr. High | 0 | 0 | 0 | 27 | 22 | 49 |
| Benson | 0 | 0 | 0 | 17 | 10 | 27 |
| Dalton | 0 | 0 | 0 | 23 | 20 | 43 |
| Robb | 0 | 1 | 0 | 20 | 11 | 32 |
| Anthon | 0 | 1 | 0 | 21 | 19 | 40 |
| DES | 0 | 0 | 0 | 1 | 3 | 4 |
| Batesville | 0 | 0 | 0 | 13 | 4 | 17 |
| Flores | 0 | 1 | 0 | 23 | 26 | 49 |
| DAEP Center | 0 | 0 | 0 | 3 | 3 | 6 |
| Total | 1 | 2 | 1 | 180 | 190 | 374 |

6. The number of part-time teachers by race and ethnicity in the district.

   There are NO part-time teachers in the 2009-2010 school year.

7. The number of part-time teachers by race and ethnicity in each school in the district.

   None

8. The number of inter-district transfers granted during the current school semester or since the last report, the race and ethnicity of the students granted such transfers and the school district to which the transfers were allowed.

   There were 22 inter-district transfers—12 Hispanic and 10 White—to UCISD.

Uvalde C.I.S.D.

April 2010

9.  A brief description of any present or proposed construction or expansion of facilities, including location, grade to serve, anticipated number of students described by race or ethnicity to be assigned to each school and anticipated date of completion.

    Dressing rooms/restrooms/coaches' office were provided at the tennis courts at cost of approximately $150,000. Athletes from Uvalde High School and Uvalde Junior High School use the facilities.

10. Whether the School Board has sold or abandoned any school facility, equipment or supplies having a total value of more than $500 since the entry of this order, or the date of the last report filed with the Court.

    An auction was held on March 5, 2010 that had a net of $2188.82.

## ADDITIONAL INFORMATION REQUESTED

1.  The number and percentages of students by race, ethnicity and LEP status enrolled in the District;

    In accompanying folder.

2.  The number and percentages of students by race, ethnicity and LEP status enrolled in each school of the District;

    In accompanying folder.

3.  The number and percentages of students by race and ethnicity enrolled in each classroom in each school in the District;

    In accompanying folder.

4.  The number and percentages of full-time teachers by race and ethnicity in the District;

    Listed above.

5.  The number and percentages of full-time teachers by race and ethnicity in school in the District;

    Listed above.

6.  The number and percentages of part-time teachers by race and ethnicity in the District;

    There are no part-time teachers.

7.  The number and percentages of part-time teachers by race and ethnicity in each school in the District;

    There are no part-time teachers.

8.  A brief description of any present or proposed construction or expansion of facilities, including location, grade(s) served, anticipated number of students described by race and/or ethnicity to be assigned to such school, and anticipated date of completion;

    Information is provided above.

9.  The number and percentages of students by race, ethnicity and LEP status in the Gifted and Talented Program District-wide;

    Information is provided in accompanying material.

10. The number and percentages of students by race, ethnicity and LEP status in the Gifted and Talented Program in each school in the District;

    Information is provided in accompanying material.

11. The number and percentages of students by race, ethnicity and LEP status during the current school year of students applying for entry, denied entry and accepted for entry into the GT Program District-wide;

    Information is provided in accompanying material.

12. The number and percentages of students by race, ethnicity and LEP status during the current school year of students applying for entry, denied entry and accepted for entry into the GT Program in each school in the District;

   Information is provided in accompanying material.

13. The number and percentages of students by race, ethnicity and LEP status in each of the Junior National Honor Society and the National Honor Society;

   Information is provided in accompanying material.

14. The number of parental denials to the language service programs, (e.g., bilingual education and English as a Second Language) for ELL students;

   Information is provided in accompanying folder.

15. The number and percentages of students by race, ethnicity and LEP status identified as special education;

   Information is provided in accompanying material.

16. The number and percentages of students by race, ethnicity and LEP status in the Top Ten Graduates as recognized by the District (if not final, then state: not yet final); (2009)

   There were six Anglo students and four Hispanic students in the Top Ten Graduates for 2009. None of the students were LEP.

17. The number and percentages of students by race, ethnicity and LEP status ranking in the Top Ten Percent of the junior and senior classes, respectively; (2009)

   Information is provided in accompanying material.

18. The number of waivers and exceptions to the Bilingual and English as a Second Language educational programs submitted by the District and the corresponding grade level and language program for which the waivers or exceptions apply;

   Information is provided in accompanying folder.

19. The number of teachers, principals and administrators, respectively, by race and ethnicity hired by the District during the present school year:

    **31 teachers (16 Anglo; 15 Hispanic); 1 Assistant Principal (1 Anglo)**

20. The number of teachers, principals and administrators, respectively, by race and ethnicity lost by attrition or other means during the present school year; and

    **12 teachers (5 Anglo; 7 Hispanic); 1 Principal (1 Hispanic)**

21. The results of Latino students in the areas identified in Sections:
    VIII(D)—Gifted and Talented;
    IX(C)—Junior National Honor Society and National Honor Society;
    X(D)—PreAdvanced Placement and Advanced Placement;
    XII(A)—TAKS;
    XII(B)—Graduation, Retention and Dropouts