# #2
# LEP Enrolled in Each School 2009-2010

```
PRF5CJ29                                                                                                                    Thursday 04/01/2010  3:13PM
V 0.1.1                              P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W                                     Page 1 of 2
                                                LEP/BIL/ESL Student Roster by Grade
* * *   CONFIDENTIAL   * * *                       2009 - 2010 Fall Collection

Filename:  F2010232903
District:  232903 - UVALDE CISD
Campus:    232903102 - DALTON EL
Grade:     PK

                                         G  S  E  L  B  E                                    Home  Parent  At
                                         E  E  T  E  I  S  ADA                               Lang  Perm    Risk  Immig  Mig  CTE  GT
Student Name              Student ID    Local ID   N  X  H  P  L  L  Elig  Title I  Spec Ed
CAMARENA, DAMARIS =       649360916     24517         F  H  1  0  0   1      6        0       01    C       1      0    0    0    0
PEREZ-AVILES, ADRIANA ISABEL 598780922  24635         F  H  1  0  0   1      6        0       01    C       1      0    0    0    0

Total LEP Students for Grade PK:   2

ALONSO, ARMANDO =                 644949008   24188      M  H  1  5  0   1      6        0       01    D       1      0    1    0    0
ARELLANO, BRENDA GUADALUPE        638949154   24160      F  H  1  5  0   1      6        1       01    D       1      0    1    0    0
CASTRO, MARITZA MARIE             644965592   24526      F  H  1  5  0   1      6        0       01    D       1      0    0    0    0
DE LEON, ELIZABETH =              643961832   24533      F  H  1  5  0   1      6        0       01    D       1      0    0    0    0
ESCOBAR, SARAHY =                 643964938   24537      F  H  1  5  0   1      6        0       01    D       1      0    0    0    0
FERNANDEZ, GAEL =                 645966615   24690      M  H  1  5  0   1      6        0       01    D       1      0    0    0    0
GARZA, DAYANARA =                 633945799   24579      F  H  1  5  0   1      6        0       01    D       1      0    0    0    0
GUZMAN, KELLY =                   345049776   24737      F  H  1  5  0   1      6        0       01    D       1      0    0    0    0
HERNANDEZ, SAIDA YAMILETH         641949320   24400      F  H  1  5  0   1      6        0       01    D       1      0    1    0    0
LEIJA, JOSE GUADALUPE             627968182   21648   1  M  H  1  5  0   1      6        0       01    D       1      0    0    0    0
LOPEZ, ANGEL JACOBO               631968957   24604      M  H  1  5  0   1      6        0       01    D       1      0    0    0    0
MARIN-TORRES, REINALDO ALBERTO    599762463   24663      M  H  1  5  0   1      6        0       01    D       1      0    0    0    0
MATA, DANIELA HAYLEE              631987782   24616      F  H  1  5  0   1      6        0       01    D       1      0    0    0    0
MORALES, BENJAMIN =               629960380   24621      M  H  1  5  0   1      6        0       01    D       1      0    0    0    0
OCHOA, IVONNE =                   632967481   24624      F  H  1  5  0   1      6        0       01    D       1      0    0    0    0
RAMIREZ, ELIAS =                  639942558   24640      M  H  1  5  0   1      6        0       01    D       1      0    0    0    0
REYES, ALEX ABEL                  644940582   24643   1  M  H  1  5  0   1      6        0       01    D       1      0    0    0    0
RODRIGUEZ, ERIC ADAN              644966413   24651      M  H  1  5  0   1      6        0       01    D       1      0    0    0    0
SANCHEZ, NAYELI MONICA LOYOLA     764564418   25050      F  H  1  5  0   1      6        0       01    D       1      0    0    0    0
SILVA, MAXIMILIANO DELGADO        641963622   24659      M  H  1  5  0   1      6        0       01    D       1      0    0    0    0

Total BIL Students for Grade PK:         20

Total LEP/BIL/ESL Students for Grade PK: 22
```

```
PRF5C029                    P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W              Thursday 04/01/2010  3:13PM
V 0.1.1                                   LEP/BIL/ESL Student Roster by Grade                                      Page 2 of 2
* * *   CONFIDENTIAL   * * *                    2009 - 2010 Fall Collection

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903102 - DALTON EL
Grade:    KG
```

| Student Name | Student ID | Local ID | GEN/SEX | ETH | ELL/BIL | LEP | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AGUILAR, CELINA ELIZABETH | 632928670 | 24883 | F | H | 1 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| ALARDIN, RYNALDO DANIEL | 643907144 | 23770 | M | H | 1 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| ALVAREZ, ENRIQUE NIETO | 633887300 | 23772 | M | H | 1 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| CARREON, MARCO ANTONIO | 356027490 | 24463 | M | H | 1 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| CHACON, JUSTIN = | 639904375 | 23794 | M | H | 1 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| CONTRERAS, ANDREA G | 628924134 | 23795 | F | H | 1 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| CORDOVA, ISAIAS = | 634928192 | 24234 | M | H | 1 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| DE LEON, JORGE = | 639889390 | 23462 | 1 M | H | 1 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GARCIA, MARISSA = | 433922278 | 24135 | F | H | 1 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| GARCIA, TOBY = | 320045404 | 24304 | M | H | 1 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| GARZA, ISAIAS = | 637923368 | 23829 | M | H | 1 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GARZA, JOHANNA = | 636883622 | 23830 | F | H | 0 | 0 | 1 | 6 | 0 | 01 | 3 | 1 | 0 | 0 | 0 | 0 |
| GONZALES, NICHOLAS RENEE | 636881354 | 23835 | M | H | 1 | 0 | 1 | 6 | 0 | 98 | 3 | 1 | 0 | 1 | 0 | 0 |
| GONZALEZ, DIVANY = | 634902065 | 24970 | F | H | 0 | 0 | 1 | 6 | 0 | 98 | D | 1 | 0 | 0 | 0 | 0 |
| HUERTA, ALFRED JOZAYA | 631969392 | 24937 | M | H | 1 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| LOPEZ, BLANCA MARYSOL | 637904922 | 24048 | F | H | 1 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| MENDEZ, SHERYLN LILLY | 644908168 | 23464 | F | H | 1 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| PEREZ-AVILES, DAVID JOEL | 599749428 | 23928 | M | H | 1 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| REYES, JOANA = | 639924413 | 23687 | F | H | 1 | 0 | 1 | 6 | 1 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| RIVERA, GERARDO = | 645907515 | 24185 | M | H | 1 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| RODRIGUEZ, LUCAS LEE | 637889426 | 23896 | M | H | 0 | 0 | 1 | 6 | 0 | 98 | 3 | 1 | 0 | 0 | 0 | 0 |
| ROMERO, ROBERTO CARLOS RAMIREZ | 638887601 | 24642 | 1 M | H | 1 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| SALDANA, CANDELARIO EZEQUIEL | 642926243 | 23218 | M | H | 1 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| TORRES, ARMANDO = | 642880099 | 23960 | 1 M | H | 1 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |

Total BIL Students for Grade KG:   24

| CHUM, ALICE MARIE | 636904019 | 24819 | F | A | 1 | 0 | 2 | 1 | 6 | 0 | 04 | B | 1 | 0 | 0 | 0 | 0 |

Total ESL Students for Grade KG:    1

Total LEP/BIL/ESL Students for Grade KG:   25

Total LEP/BIL/ESL Students for All Grades:   47