```
PRF5C029                    P E I M S  E D I T + R E P O R T S  D A T A  R E V I E W       Thursday 04/01/2010  3:13PM
v 0.1.1                              LEP/BIL/ESL Student Roster by Grade                               Page 1 of 4
* * *  CONFIDENTIAL  * * *                  2009 - 2010 Fall Collection

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903104 - ANTHON EL
Grade:    01
```

| Student Name | Student ID | Local ID | G N X | S E T H | E T H N | L E P | B I L | E S L | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADRIANO, JOSHUA = | 764348522 | 23229 | M | H | 1 | 1 | 0 | 0 | 1 | 6 | 0 | 01 | C | 1 | 0 | 0 | 0 | 0 |
| LONGORIA, FABIAN = | 634849812 | 22092 | M | H | 1 | 1 | 0 | 0 | 1 | 6 | 0 | 01 | C | 1 | 0 | 1 | 0 | 1 |

Total LEP Students for Grade 01:  2

| Student Name | Student ID | Local ID | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARELLANO, KASSANDRA MARIE | 629833696 | 22720 | F | H | 0 | 3 | 0 | 1 | 6 | 0 | 98 | 3 | 1 | 1 | 0 | 0 | 0 |
| BARBOZA, BRISA YAELY | 629843034 | 23025 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| CHAPA, KAYLENE ANN | 652247635 | 24845 | F | H | 0 | 3 | 0 | 1 | 6 | 0 | 98 | D | 0 | 0 | 0 | 0 | 0 |
| ESPINOZA, ERIK BRYAN CERVANTE | 651283990 | 23528 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GALINDO, MARIA GUADALUPE | 510231409 | 23764 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GARCIA, ESTEBAN ALEXANDER | 627884922 | 23759 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GARZA, ELIDA KARIMAR | 643867693 | 23074 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GONGORIA, CESAR MARCOS | 635849018 | 23534 | M | H | 1 | 3 | 0 | 1 | 6 | 1 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| LOPEZ, EDUARDO DANIEL | 635840666 | 23451 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| MARIN TORRES, KASSANDRA ENID | 598728588 | 24391 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| MEZA, LUIS FERNANDO | 655163311 | 24002 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| PIZARRO, MANUEL ENRIQUE | 632880161 | 23760 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 1 | 0 | 0 | 0 |
| RODRIGUEZ, VALERIA AZENETT | 631865937 | 23386 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| SALDANA, ROSA RUBI | 645849736 | 22199 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| SANCHEZ, ANGELA = | 764206236 | 24996 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| SANCHEZ, RODOLFO = | 642846889 | 25052 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| VEGA, GALILEA = | 645842868 | 23235 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| VELA, DOMINIQUE BO | 642780854 | 25016 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 1 |

Total BIL Students for Grade 01:  18

Total LEP/BIL/ESL Students for Grade 01:  20

```
PRF5C029                P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W              Thursday 04/01/2010  3:13PM
V 0.1.1                                    LEP/BIL/ESL Student Roster by Grade                                Page 2 of 4
 * * *  CONFIDENTIAL  * * *                        2009 - 2010 Fall Collection

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903104 - ANTHON EL
Grade:    02
```

| Student Name | Student ID | Local ID | G E N X | S E T H | E T H P | L E P | B I L | E S L | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASTILLO, BIANKA JIMENEZ | 645734464 | 22437 | F | H | 1 | 0 | 0 | 0 | 1 | 6 | 0 | 01 | C | 1 | 0 | 0 | 0 | 0 |
| DURAN, DELANY MARIE | 642827894 | 22714 | F | H | 1 | 0 | 0 | 0 | 1 | 6 | 0 | 01 | C | 1 | 0 | 0 | 0 | 0 |
| ESQUIVEL, JALEN | 632727576 | 23651 | M | H | 1 | 0 | 0 | 0 | 1 | 6 | 1 | 01 | C | 1 | 0 | 0 | 0 | 0 |

Total LEP Students for Grade 02:      3

| Student Name | Student ID | Local ID | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AGUILAR, ABEL | 640787880 | 22708 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| ALONZO, MARIA MILAGROS | 638807870 | 22191 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| ARELLANO, MAXIMILIANO | 633783814 | 22712 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| CHACON, JUAN | 631826267 | 23369 | 1 M | H | 0 | 3 | 0 | 0 | 1 | 6 | 0 | 98 | 3 | 1 | 0 | 1 | 0 | 0 |
| GARZA, JULIANA EDELMIRA | 635804523 | 22273 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| HERNANDEZ GARCIA, JUAN ERNESTO | 639783456 | 23639 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| HUERTA, LIZBETH | 633826976 | 23749 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| MENDOZA, SERGIO | 638784768 | 22320 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| MONTES, JULIET DURAN | 771687101 | 24418 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| PADILLA, CASSANDRA MARIE | 643784663 | 22331 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| RAMIREZ, JOHNATHAN | 633824953 | 22547 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| SANCHEZ, AMY ALEXANDRIA FRA | 634820778 | 23287 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| ZAVALA, DANIELA MARIA | 636789754 | 22403 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |

Total BIL Students for Grade 02:     13

Total LEP/BIL/ESL Students for Grade 02:   16

```
PRF5C029                    P E I M S   E D I T +  R E P O R T S   D A T A   R E V I E W           Thursday 04/01/2010   3:13PM
V 0.1.1                              LEP/BIL/ESL Student Roster by Grade                                     Page 3 of 4
   *  *  *    CONFIDENTIAL    *  *  *              2009 - 2010 Fall Collection

Filename: F201023290 3
District: 232903 - UVALDE CISD
Campus:   232903104 - ANTHON EL
Grade:    03
```

| Student Name | Student ID | Local ID | G E N X | S E T H | E L P L | E M S L | L E B E | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALVAREZ, MARCELINO ALEJANDRO | 641729442 | 21554 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| AMAYA, JUAN ANTONIO | 635761867 | 21090 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| FERNANDEZ, EMIR = | 636845016 | 21592 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GARCIA, JOSE LUIS MUNOZ | 628781463 | 18614 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | C | 1 | 0 | 0 | 0 | 0 |
| GONZALEZ, DIOS DANYS | 636761929 | 24254 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | C | 1 | 0 | 0 | 0 | 0 |
| GUTIERREZ, JOSE ALBERTO | 629701709 | 21917 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 1 | 0 | 0 | 0 |
| MALDONADO, SELENA ABIGAIL | 642727079 | 21603 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| MUNOZ, ASHLEY NICOLE CARDENAS | 645769724 | 21504 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | C | 1 | 0 | 0 | 0 | 0 |
| ROMAN, DAISY MARIE | 632707015 | 24842 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | C | 1 | 0 | 0 | 0 | 0 |

Total LEP Students for Grade 03:      9

| Student Name | Student ID | Local ID | G E N X | S E T H | E L P L | E M S L | L E B E | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BALDERAS, CARLOS = | 640743259 | 21433 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| BUENO, ITZA NAYELI | 640726211 | 22420 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| BUENO, ITZEL ALEJANDRA | 640726212 | 22418 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| CAHUE, ANDREANA = | 319981005 | 22762 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| CANALES, IZAIHA REY | 633747982 | 21814 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| CORDOVA, XIOMARI BUENO | 644681752 | 20740 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| DE LUNA, CIELO = | 627743979 | 21587 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GARCIA, ELEAZAR = | 628747249 | 00008 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| GARZA, ANNA MARIE = | 638743471 | 21927 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| HERNANDEZ, DAVID = | 631708172 | 21405 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| LOPEZ, MYA ESTRELLA | 631782387 | 23002 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| LOREDO, LUCILA = | 638769227 | 20695 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| MENDEZ, JUAN GILBERTO | 636762434 | 21501 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| PADILLA, NESTOR ROY | 638740641 | 21792 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| PIZARRO, VICTOR EMILIANO | 645725445 | 21939 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| PLATA, IRWIN ALBERTO GALVAN | 628749401 | 21673 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| RAMIREZ, ANAHI = | 627765278 | 21514 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| RAMIREZ, NATHALIE = | 627765279 | 21516 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| RUIZ, JACQUELINE MARIE | 474392365 | 24088 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| SALAS, FRIDA GENOVEVA | 638763284 | 21531 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| SANCHEZ, JACKELINE MORIN | 634747138 | 21099 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| TORRES TAPIA, NADIA VALERIA | 629701087 | 21643 | F | H | 1 | 3 | 0 | 1 | 6 | 1 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| VEGA, RICARDO CORONADO | 630742226 | 21632 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |

Total BIL Students for Grade 03:     23

Total LEP/BIL/ESL Students for Grade 03:     32

```
PRF5C029                P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W              Thursday 04/01/2010  3:13PM
V 0.1.1                              LEP/BIL/ESL Student Roster by Grade                                       Page 4 of 4
   * * *   CONFIDENTIAL   * * *            2009 - 2010 Fall Collection

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903104 - ANTHON EL
Grade:    04

                                                    G S  E         M
                                                    E E  E  L  E   E
                                                    N T  X  E  L   M        ADA
Student Name            Student ID    Local ID      : H  H  P  L   S  ADA   Elig  Title I  Spec Ed  Home    Parent  At    Immig  Mig  CTE  GT
                                                                                                    Lang    Perm    Risk
RUIZ, JONATHAN D         634721959    20806          M  H  1  1 0  0    1    6       0       01      D       1      0     0      0    0
Total LEP Students for Grade 04:        1

ARELLANO, RAUL JOVANI    629705318    20186          M  H  1  3 0       1    6       0       01      D       1      0     0      0    0
CORONADO, CHRIS RAMOS    636682755    19514          M  H  1  3 0       1    6       0       01      D       1      0     0      0    0
FERNANDEZ, LISSET =      636845053    19573          F  H  1  3 0       1    6       0       01      D       1      0     0      0    0
GODOY, JESUS ANTONIO     643709793    20304          M  H  1  3 0       1    6       0       01      D       1      1     1      0    0
LOPEZ, SERGIO ARMANDO    635725105    22998          M  H  1  3 0       1    6       0       01      D       1      0     0      0    0
SOTO, BENANCIO =         627721685    21073          M  H  1  3 0       1    6       0       01      D       1      0     0      0    0
SOTO, RUBY ROCHA         632728210    20888          F  H  1  3 0       1    6       0       01      D       1      0     0      0    0
Total BIL Students for Grade 04:        7

Total LEP/BIL/ESL Students for Grade 04:    8

Total LEP/BIL/ESL Students for All Grades:  76
```