```
PRF5C029                  P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W           Thursday 04/01/2010  3:13PM
V 0.1.                                        LEP/BIL/ESL Student Roster by Grade                              Page 1 of 4
*** CONFIDENTIAL ***                              2009 - 2010 Fall Collection

Filename: F201023290З
District: 232903 - UVALDE CISD
Campus:   232903101 - BENSON EL
Grade:    01

                                                G  S  E  L
                                                E  E  T  E
                                                N  X  H  P                            Home  Parent  At
Student Name             Student ID   Local ID  N  :  :  :  ADA Elig  Title I  Spec Ed Lang  Perm   Risk  Immig  Mig  CTE  GT
------------             ----------   --------  -  -  -  -  --------  -------  ------- ----  ------ ----  -----  ---  ---  --
RODRIGUEZ, SANTIAGO =    643825237    22127     M  H  1  0     1         6        1      01    C      1     0     0    0    0

Total LEP Students for Grade 01:  1

ALMEIDA, ELIZABETH GRACE 628848904    24889     F  H  1  3     1         6        0      01    D      1     0     0    0    0
DIAZ, JUAN ANTONIO       406597920    25005     M  H  1  3     1         6        0      01    D      1     0     0    0    0

Total BIL Students for Grade 01:  2

Total LEP/BIL/ESL Students for Grade 01:  3
```

```
PRF5C029                          P E I M S   E D I T +  R E P O R T S   D A T A  R E V I E W           Thursday 04/01/2010  3:13PM
V 0.1.1                                      LEP/BIL/ESL Student Roster by Grade                                   Page 2 of 4
                                                      2009 - 2010 Fall Collection
* * *    CONFIDENTIAL    * * *

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903101 - BENSON EL
Grade:    02
```

| Student Name | Student ID | Local ID | GEN | ETH | S MEM | E L I P | L E P | B I L | E S L | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIONGZON, LYNDON CHRISTIA CANSECO | 524078974 | 22830 | M | A | 1 | 1 | 0 | 0 | 0 | 1 | 6 | 0 | 4P | C | 1 | 0 | 0 | 0 | 0 |
| RAMIREZ, ADRIANA MICHELLE | 502273333 | 21612 | F | H | 1 | 1 | 0 | 0 | 0 | 1 | 6 | 0 | 01 | C | 1 | 0 | 1 | 0 | 0 |

Total LEP Students for Grade 02:   2

| Student Name | Student ID | Local ID | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DE LEON, RODRIGO | 645781852 | 23361 | M | H | 1 | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| DIAZ, MICHELLE | 333985437 | 25004 | F | H | 1 | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| DIAZ, RACHEL | 333985438 | 25003 | F | H | 1 | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| PINTOR-HERRERA, OMAR | 541634658 | 23196 | M | H | 1 | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| PUENTE, BELINDA | 638781166 | 22337 | F | H | 1 | 1 | 3 | 0 | 0 | 1 | 6 | 1 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| ROBLES, ROSANNA | 639825916 | 21708 | F | H | 1 | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| RODRIGUEZ, ELIZABETH VARELA | 642809151 | 22480 | F | H | 1 | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| SALAS, SAMANTHA LIZBETH | 638807869 | 22159 | F | H | 1 | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| VAZQUEZ CHACON, REYNALDO ROLANDO | 643800808 | 22371 | M | H | 1 | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |

Total BIL Students for Grade 02:   9

Total LEP/BIL/ESL Students for Grade 02:   11

```
PRF5C029*                    P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W        Thursday 04/01/2010  3:13PM
V 0.1.1                              LEP/BIL/ESL Student Roster by Grade                                     Page 4 of 4
* * *    CONFIDENTIAL    * * *              2009 - 2010 Fall Collection

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903101 - BENSON EL
Grade:    04
                                               G S                                    Home   Parent   At
                                               E E  S  E           A                  Lang   Perm    Risk
                                               N X  E  T  L B   E  D                                        Mig
Student Name          Student ID    Local ID   D E  T  H  E I  S  A  Title I  Spec Ed                  Immig      CTE   GT
-----------------------------------------------------------------------------------------------------------------------
BUENDIA, MARTIN =     643686544     21089      1 M  H  1  0 0   1  1    6        0      01      C      1    0    0    0    0

Total LEP Students for Grade 04:    1

CARREON, GERARDO =        343966738   24461    1 M  H  1  3 0   1   6    0      01      D      1    0    0    0
CASAREZ, JUAN ALBERTO     639668151   20188    1 M  H  1  3 0   1   6    0      01      D      1    0    0    0
MENDOZA SOLIS, ANGELA PRESIOSA 634150867 24914 1 F  H  1  3 0   1   6    0      01      D      1    0    0    0
PINTOR HERRERA, ANGELA =  541576054   21397    1 F  H  1  3 0   1   6    0      01      D      1    0    0    0

Total BIL Students for Grade 04:    4

Total LEP/BIL/ESL Students for Grade 04:    5

Total LEP/BIL/ESL Students for All Grades:   29
```