```
PRF5C029                                                                                              Thursday 04/01/2010   3:13PM
V 0.1.1                              P E I M S  E D I T +  R E P O R T S  D A T A  R E V I E W                             Page 1 of 4
* * *  CONFIDENTIAL  * * *                LEP/BIL/ESL Student Roster by Grade
                                              2009 - 2010 Fall Collection
Filename: F201O232903
District: 232903 - UVALDE CISD
Campus:   232903103 - ROBB EL
Grade:    01
```

|                         |            |          |     |     |     |     |     |     |     |     |       |     |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Student Name | Student ID | Local ID | Gen | Ethn | LEP | Bil | ESL | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
| CASTRO, HECTOR EDUARDO       | 632861296 | 23040 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GARCIA, JULIO ADRIAN         | 637865554 | 23069 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GUTIERREZ, MELINA =          | 640867204 | 23084 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| LUNA, MARIVELLA CYLESTE      | 628868056 | 23241 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| MARTINEZ, SAVANNAH MARIE     | 635847758 | 24239 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| RABAGO GRANADOS, JOSUE ROBERTO | 631804592 | 21324 | M | H | 1 | 3 | 0 | 1 | 6 | 1 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| RODRIGUEZ, DIEGO EDUARDO     | 638865111 | 23125 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| ROMO, DANIEL =               | 645843063 | 23133 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| SMITH, DEREK ANTHONY         | 631887316 | 23188 | M | H | 1 | 0 | 3 | 0 | 6 | 0 | 98 | 3 | 0 | 0 | 1 | 0 | 0 |

Total BIL Students for Grade 01: 9

Total LEP/BIL/ESL Students for Grade 01: 9

```
029
0.1.1
* * *  CONFIDENTIAL  * * *
```

```
Filename: F201023290
District: 232903 - UVALDE CISD
Campus:   232903103 - ROBB EL
Grade:    02
```

**P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W**
**LEP/BIL/ESL Student Roster by Grade**
2009 - 2010 Fall Collection

Thursday 04/01/2010   3:13PM
Page 2 of 4

| Student Name | Student ID | Local ID | Gen | Eth | Sx | Mth | ELP | LBE | ESL | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALANIZ, GABRIAL LOUIS | 642786669 | 22563 | | M | H | 0 | 3 | 0 | | 1 | 6 | 0 | 98 | 3 | 1 | 0 | 0 | 0 | 0 |
| ARELLANO, YESENIA ESMERALDA | 524078980 | 23202 | | F | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| BUENO, UZZIEL UGO | 631808978 | 25026 | | M | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| CADENA, LAUREL IIONA AGUSTE | 641780180 | 22501 | | F | H | 1 | 3 | 0 | | 1 | 6 | 0 | 98 | D | 1 | 0 | 0 | 0 | 0 |
| CARDENAS, ZAYELLY GUADALUPE | 628807641 | 22386 | | F | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| CASTILLO, AGUSTIN = | 636823876 | 21883 | | M | H | 1 | 3 | 0 | | 1 | 6 | 0 | 98 | 3 | 0 | 0 | 1 | 0 | 0 |
| GARCIA, JAVIEL = | 634741259 | 22526 | 1 | M | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GARCIA, LARYSSA = | 636828015 | 22512 | | F | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GRANADOS, ADRIAN LIMON | 636803043 | 22080 | | M | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| HERNANDEZ, KAYLA AALIYAH | 642787399 | 22710 | | F | H | 1 | 3 | 0 | | 1 | 6 | 0 | 98 | 3 | 1 | 0 | 0 | 0 | 0 |
| JUAREZ, YUMARA JAZMINE | 635782508 | 22300 | | F | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| MARTINEZ, JANIE AMANDA | 632808036 | 21922 | | F | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| MONSIVAIS, BRIAN ANTHONY | 640764940 | 23351 | | M | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| OCHOA, SARAI ADIEL | 632822339 | 24426 | | F | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| RIVERA, ANDREA ABIGAIL | 636805747 | 22740 | | F | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |

Total BIL Students for Grade 02:  15

Total LEP/BIL/ESL Students for Grade 02:  15

```
4C029                   P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W           Thursday 04/01/2010   3:13PM
0.1.1                              LEP/BIL/ESL Student Roster by Grade                                    Page 3 of 4
                                           2009 - 2010 Fall Collection
      * * *   CONFIDENTIAL   * * *

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903103 - ROBB EL
Grade:    03
```

| Student Name | Student ID | Local ID | Gen | Sex | Eth | Elig | LEP | BIL | ESL | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CANO, JULISSA MARIE | 640746118 | 21438 | | F | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| CARDOZA, PRISCILA = | 633743735 | 21439 | | F | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| FIGUEROA SILVA, NATHALIA = | 597683329 | 22848 | | F | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GARZA, BARBARA GISELLE | 643762481 | 21459 | | F | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 1 |
| GRANADOS, CESAR TORRES | 641741828 | 21596 | | M | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GUERRA, CASSANDRA = | 644723274 | 21932 | | F | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| LEIJA, ENRRIQUE = | 637762399 | 21740 | | M | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| LUNA, ANTHONY LEE | 630687575 | 22722 | | M | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| MENDOZA, ANDREA SAN JUANITA | 629764650 | 24240 | | F | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| REYES, ERIK LEE | 628689601 | 19453 | | M | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| RODRIGUEZ, DANIELA = | 628749142 | 21525 | | F | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| RUEDAS, JOSE HUMBERTO L | 643728300 | 21160 | 4 | M | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| SILVA, CHRISTOPHER GEORGE DELGADO | 637747811 | 21621 | | M | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| VAZQUEZ, CALISSA ANALYSE | 632747666 | 21965 | | F | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| YANEZ, PAMELA = | 642747616 | 00004 | | F | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |

Total BIL Students for Grade 03:       15

Total LEP/BIL/ESL Students for Grade 03:    15

```
SC029                    P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W              Thursday 04/01/2010   3:13PM
v 0.1.1                              LEP/BIL/ESL Student Roster by Grade                                         Page 4 of 4
                                            2009 - 2010 Fall Collection

* * *   CONFIDENTIAL   * * *

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903103 - ROBB EL
Grade:    04
```

| Student Name | Student ID | Local ID | Gen Ex | Eth | Sem Et H | LEP | BIL ESL | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALANIZ, JACOB R | 636686316 | 20525 | M | H | 0 | 3 | 0 | 1 | 6 | 0 | 98 | 3 | 0 | 0 | 0 | 0 | 0 |
| CARDOZA, MICHAEL SEBASTIAN | 632700548 | 20545 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| CASTILLO, DARIELA MARLENE BARBOZA | 638706094 | 20543 | F | H | 0 | 3 | 0 | 1 | 6 | 0 | 01 | D | 0 | 0 | 0 | 0 | 1 |
| COBOS, DAVID EDUARDO | 628729322 | 21649 | M | H | 0 | 3 | 0 | 1 | 6 | 0 | 98 | 3 | 0 | 0 | 0 | 0 | 1 |
| CONTRERAS, CERINA RHAE | 632700547 | 24103 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 98 | 3 | 0 | 0 | 0 | 0 | 0 |
| DELGADO, BRENDA SARAHI | 638720423 | 20555 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| ENAMORADO, JEFFERSON ALEXANDER | 524078991 | 24058 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| FIGUEROA SILVA, LIZANDRA JEANINE | 598642588 | 22849 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GONZALEZ, AGUSTIN = | 648200529 | 20715 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GRACIA, ANTHONY JACOB | 474351106 | 19496 | M 6 | H | 0 | 3 | 0 | 1 | 6 | 0 | 98 | 3 | 0 | 0 | 0 | 0 | 0 |
| HERMOSILLO, BRIANNA KYLENE | 649187813 | 22761 | F | H | 0 | 3 | 0 | 1 | 6 | 0 | 98 | 3 | 1 | 0 | 0 | 0 | 1 |
| HERNANDEZ, HALEY KRISTINE | 671091482 | 20584 | F | H | 0 | 3 | 0 | 1 | 6 | 0 | 98 | 3 | 0 | 0 | 0 | 0 | 0 |
| LUNA, NATHANIEL G | 638720434 | 20752 | M | W | 0 | 3 | 0 | 1 | 6 | 1 | 98 | 3 | 0 | 0 | 0 | 0 | 1 |
| MATTIE, MADISON NICOLE | 633700712 | 20756 | F | W | 0 | 3 | 0 | 1 | 6 | 0 | 98 | 3 | 0 | 0 | 0 | 0 | 0 |
| MENDOZA, CARYSSA LYNDA | 632724634 | 20761 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 98 | 3 | 1 | 0 | 1 | 0 | 1 |
| PAGAN-ALVAREZ, MARIA CRISTINA | 596660696 | 24045 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| SILVA, CASSANDRA = | 372258595 | 20820 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 0 | 0 | 0 | 0 | 0 |
| WATSON, MADISON ELAINE | 642700117 | 20836 | F | H | 0 | 3 | 0 | 1 | 6 | 0 | 98 | 3 | 1 | 0 | 0 | 0 | 1 |
| WOOTON, SOPHIE MC KAYE | 515380262 | 23616 | F | W | 0 | 3 | 0 | 1 | 6 | 0 | 98 | 3 | 0 | 0 | 0 | 0 | 1 |

Total BIL Students for Grade 04:        19
Total LEP/BIL/ESL Students for Grade 04:   19
Total LEP/BIL/ESL Students for All Grades: 58