```
PRF5C025                  P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W              Thursday 04/01/2010   3:13PM
V 0.1.1                              LEP/BIL/ESL Student Roster by Grade                                       Page 1 of 2
                                            2009 - 2010 Fall Collection

  * * *   CONFIDENTIAL   * * *

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903044 - UVALDE J H
Grade:    07
```

| Student Name | Student ID | Local ID | G E N X | S E T H | E L P L | B I L | E S L | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CANO, DIANA HERRERA | 637587748 | 17517 | F | H | 1 | 0 | 0 | 1 | 6 | 1 | 01 | C | 1 | 0 | 0 | 0 | 0 |
| CANTU, KIMBERLY = | 636580428 | 17999 | F | H | 1 | 0 | 0 | 1 | 6 | 0 | 01 | C | 1 | 0 | 0 | 0 | 0 |

Total LEP Students for Grade 07:   2

| Student Name | Student ID | Local ID | G E N X | S E T H | E L P L | B I L | E S L | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BENTLEY, DELROY ALEC | 638485946 | 22693 | M | H | 1 | 0 | 3 | 1 | 6 | 0 | 01 | B | 1 | 0 | 0 | 0 | 0 |
| CAHUE, JOHN ANTHONY | 633527358 | 17968 | M | H | 1 | 0 | 3 | 1 | 6 | 0 | 01 | B | 1 | 0 | 0 | 0 | 0 |
| CERVANTES, EFRAIN PARRA | 640025210 | 20636 | M | H | 1 | 0 | 3 | 1 | 6 | 1 | 01 | B | 1 | 0 | 0 | 0 | 0 |
| COLIN, DIEGO ALONZO | 474333184 | 19269 | M | H | 1 | 0 | 3 | 1 | 6 | 0 | 01 | B | 1 | 0 | 1 | 0 | 0 |
| ESCAMILLA, EDGAR = | 638547230 | 18019 | M | H | 1 | 0 | 3 | 1 | 6 | 1 | 01 | B | 1 | 0 | 0 | 0 | 0 |
| GARCIA, SAMUEL = | 644483900 | 18584 | M | H | 1 | 0 | 3 | 1 | 6 | 0 | 01 | B | 1 | 0 | 1 | 0 | 0 |
| GONZALEZ, AGUSTIN = | 770704349 | 24023 | M | H | 1 | 0 | 3 | 1 | 6 | 0 | 01 | B | 1 | 0 | 0 | 0 | 0 |
| HERNANDEZ, ERIC = | 635485916 | 17349 | M | H | 1 | 0 | 3 | 1 | 6 | 0 | 01 | B | 1 | 0 | 0 | 0 | 0 |
| HERNANDEZ-BLANCO, LUIS ANGEL | 634628866 | 20946 | M | H | 1 | 0 | 3 | 1 | 6 | 0 | 01 | B | 1 | 0 | 0 | 0 | 0 |
| IBARRA, STEPHANIE HILL | 634503908 | 16065 | F | H | 1 | 0 | 3 | 1 | 6 | 0 | 01 | B | 1 | 0 | 0 | 0 | 0 |
| JIMENEZ, JENNIFER = | 397158720 | 20086 | F | H | 1 | 0 | 3 | 1 | 6 | 1 | 01 | B | 1 | 0 | 1 | 0 | 0 |
| MARTINEZ, LESLIE = | 641561886 | 21978 | F | H | 1 | 0 | 3 | 1 | 6 | 0 | 01 | B | 1 | 0 | 0 | 0 | 0 |
| MENDEZ, ABIGAIL MORENO | 524078975 | 22897 | F | H | 1 | 0 | 3 | 1 | 6 | 0 | 01 | B | 1 | 0 | 1 | 0 | 0 |
| MUNOZ, KEPLER MORENO | 634565015 | 18158 | M | H | 1 | 0 | 3 | 1 | 6 | 0 | 01 | B | 1 | 0 | 0 | 0 | 0 |
| PAGAN-ALVAREZ, DAISY EDNA | 595666603 | 24010 | F | H | 1 | 0 | 3 | 1 | 6 | 1 | 01 | B | 1 | 0 | 0 | 0 | 0 |
| RAMOS, DIVAD = | 644523145 | 17954 | M | H | 1 | 0 | 3 | 1 | 6 | 1 | 01 | B | 1 | 0 | 0 | 0 | 0 |
| RODRIGUEZ, TANISHA NICOLE | 634502727 | 17279 | F | H | 1 | 0 | 3 | 1 | 6 | 0 | 01 | B | 1 | 0 | 0 | 0 | 0 |
| SALAS, MIREYA JANETT | 628569398 | 18209 | F | H | 1 | 0 | 3 | 1 | 6 | 0 | 01 | B | 1 | 0 | 0 | 0 | 0 |
| SANDOVAL, MARY JANE O | 635526424 | 17285 | F | H | 1 | 0 | 3 | 1 | 6 | 0 | 01 | B | 1 | 0 | 0 | 0 | 0 |

Total ESL Students for Grade 07:   19

Total LEP/BIL/ESL Students for Grade 07:   21

```
-sCC
v 0.1.1                                     P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W           Thursday 04/01/2010   3:13PM
                                                      LEP/BIL/ESL Student Roster by Grade                                    Page 2 of 2
 * * *   CONFIDENTIAL   * * *                              2009 - 2010 Fall Collection

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903044 - UVALDE J H
Grade:    08
                                          G  S  E  L  B  E
                                          E  E  T  E  I  S
                                          N  T  H  P  L  L        ADA                         Home   Parent   At
Student Name               Student ID   Local ID   X  H  1  .  .  .   Elig   Title I   Spec Ed   Lang   Perm    Risk   Immig   Mig   CTE   GT
MARTINEZ, ALEJANDRO =      63467523     16353      M  H  1  0  0  1     6        1         1     01      C       1       0     0    0     0
Total LEP Students for Grade 08:  1

BOTELLO, TRINIDAD =        62505646     16057      M  H  1  0  3  1     6                  1     01      B       1       0     0    0     0
FLORES, CRISTIAN DELMAR    63950991     18427      M  H  1  0  3  1     6                  0     01      B       1       0     0    0     0
FLORES, MARIO ORLANDO      63450390     24895      M  H  1  0  3  1     6                  0     01      B       1       0     0    0     0
GONZALEZ, ANA KARINA       77070434     24041      F  H  1  0  3  1     6                  0     01      B       1       0     0    0     0
HINOJOSA, JUAN PATRICIO    64052756     17963      M  H  1  0  3  1     6                  0     01      B       1       0     0    0     0
MARTINEZ, DAVID =          63548803     21979      M  H  1  0  3  1     6                  1     01      B       1       1     1    1     0
MENDOZA, RODRIGO =         64052824     23564      M  H  1  0  3  1     6                  0     01      B       1       0     0    0     0
PAGAN, JESSICA MARIE       34792204     24038      F  H  1  0  3  1     6                  1     01      B       1       0     0    0     0
RAMIREZ, MORIAH SARAI      63546718     16461      F  H  1  0  3  1     6                  0     01      B       1       1     0    0     0
RIVERA, FIDEL ANTONIO      64142868     23529      M  H  1  0  3  1     6                  0     01      B       1       1     1    1     0
SALDANA, KAYLA =           64246114     16245      F  H  1  0  3  1     6                  0     01      B       1       0     0    0     0
SANDOVAL, MARGARITA =      32592519     24389      F  H  1  0  3  1     6                  1     01      B       1       0     1    0     0
TERRAZAS, ALEXIS MERCEDES  64052825     17585      F  H  1  0  3  1     6                  0     01      B       1       0     0    0     0
TORRES, NATLIE NICOLE B    63848641     16336      F  H  1  0  3  1     6                  0     01      B       1       0     0    0     0
VELASQUEZ, ANDIE NICOLE    62750068     17001      F  H  1  0  3  1     6                  0     01      B       1       0     0    0     0

Total ESL Students for Grade 08:  15

Total LEP/BIL/ESL Students for Grade 08:  16

Total LEP/BIL/ESL Students for All Grades:  37
```