```
PRF5CO29                         P E I M S  E D I T +  R E P O R T S  D A T A  R E V I E W          Thursday 04/01/2010   3:13PM
V 0.1.1                              LEP/BIL/ESL Student Roster by Grade                                  Page 1 of 4
* * * CONFIDENTIAL * * *                     2009 - 2010 Fall Collection

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903001 - UVALDE H S
Grade:    09

                                            G  S E L B E                                  Home  Parent  At
                                            E  E X T I S                                  Lang  Perm   Risk
Student Name              Student ID  Local ID  N  H P L L  ADA  Title I  Spec Ed                      Immig  Mig  CTE  GT
                                                     E   Elig
ALVAREZ, SILVESTRE GARCIA  63467522   16262   M  H 1 0 2   1      6        1       01      F      1     0     0    0    0
ARELLANO, THALIA =         635424012  15890   F  H 1 0 2   1      6        0       01      F      1     0     0    1    0
BALDERAS, ESMEREJILDO =    634260428  15701   M  H 1 0 2   1      6        0       01      F      1     0     0    0    0
BLANCO, BRANDON LEE        642442095  16272   M  H 1 0 2   1      6        0       01      F      1     0     0    0    0
CAHUE, ROSAMARIA =         350902786  20244   F  H 1 0 2   1      6        0       01      F      1     0     0    1    0
CAMACHO, IVAN =            627443694  15761   M  H 1 0 2   1      6        0       01      F      1     0     1    1    0
CASTILLO, KAREN V          628461293  21166   F  H 1 0 2   1      6        1       01      F      1     0     0    0    0
CORONADO, CHRISTIAN GARCIA 633429356  15526   M  H 1 0 2   1      6        0       01      F      1     0     0    1    0
FLORES, JESUS ALFONSO      633468100  16311   M  H 1 0 2   1      6        0       01      F      1     0     0    1    0
FLORES, KAREN LIZETH       633447573  24841   F  H 1 0 2   1      6        0       01      F      1     0     0    1    0
HERRERA, EVA GUZMAN        614665891  24966   F  H 1 0 2   1      6        0       01      F      1     0     0    0    0
LEIJA, GUADALUPE =         645462882  14211   M  H 1 0 2   1      6        0       01      F      1     0     0    1    0
LOPEZ, MARGARITO =         637424884  15434  1 M  H 1 0 2  1      6        0       01      F      1     0     0    0    0
UGO, JENNIFER G            627428944  15435   F  H 1 0 2   1      6        0       01      F      1     0     0    1    0
MENDOZA, JESUS RAMON       635440328  23565   M  H 1 0 2   1      6        0       01      F      1     0     0    0    0
TORRES, SELENA ANITA       643406362  15770   F  H 1 0 2   1      6        0       01      F      1     0     0    0    0

Total ESL Students for Grade 09:         16
Total LEP/BIL/ESL Students for Grade 09: 16
```

```
**PRF5C029                    P E I M S   E D I T +  R E P O R T S   D A T A   R E V I E W          Thursday 04/01/2010   3:13PM
 V. 0.1.1                              LEP/BIL/ESL Student Roster by Grade                                      Page 2 of 4
 * * *    CONFIDENTIAL    * * *           2009 - 2010 Fall Collection

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903001 - UVALDE H S
Grade:    10
```

| Student Name | Student ID | Local ID | Sex | Gen Eth | EMH | LEP | BIL | ESL | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARELLANO, MICHAEL ANGELO | 638363953 | 14417 | M | H | 1 | 0 | 2 | 1 | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| GARCIA, BENITO = | 634609777 | 16224 | M | H | 1 | 0 | 2 | 1 | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 0 | 0 |
| GARZA, JUAN FIDENCIO | 637387342 | 15405 | M | H | 1 | 0 | 2 | 1 | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| MEDINA, MARIO ALBERTO | 627428942 | 19301 | M | H | 1 | 0 | 2 | 1 | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| MONTES, NICOLAS DURAN | 594492264 | 24416 | M | H | 1 | 0 | 2 | 1 | 1 | 6 | 0 | 01 | F | 1 | 0 | 1 | 0 | 0 |
| MUNOZ, MARIA DEL CARMEN | 631326972 | 14077 | F | H | 1 | 0 | 2 | 1 | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 2 | 0 |
| RAMIREZ, ESTRELLA BIANCA | 62740 554 | 15467 | F | H | 1 | 0 | 2 | 1 | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 0 | 0 |
| RODRIGUEZ, MIGUEL ALBERTO HERNANDEZ | 639325164 | 14684 | M | H | 1 | 0 | 2 | 1 | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| VEGA, ADRIAN CORONADO | 628344859 | 15692 | M | H | 1 | 0 | 2 | 1 | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 0 | 0 |
| VILLASANA, SONYA = | 640365111 | 14097 | F | H | 1 | 0 | 2 | 1 | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 0 | 0 |

Total ESL Students for Grade 10:       10

Total LEP/BIL/ESL Students for Grade 10:   10

```
PRF5C029                    P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W              Thursday 04/01/2010   3:13PM
V 0.1.1                                        LEP/BIL/ESL Student Roster by Grade                              Page 3 of 4
                                                      2009 - 2010 Fall Collection

 * * *   CONFIDENTIAL   * * *

Filename: F201023 2903
District: 232903 - UVALDE CISD
Campus:   232903001 - UVALDE H S
Grade:    11
```

| Student Name | Student ID | Local ID | G E N D E R | S E X | E T H | E L I G | M E M B | I S S | E L L | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALVAREZ, JESUS GARCIA | 641349850 | 14296 | | M | H | 1 | 0 | 2 | L | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| ALVAREZ, JUAN JOSE | 639368765 | 14415 | | M | H | 1 | 0 | 2 | L | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| BANDA, JULIO VILLASANA | 633364450 | 15272 | | M | H | 1 | 0 | 2 | L | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| GAMEZ, JENNIFER = | 628344863 | 15980 | | F | H | 1 | 0 | 2 | L | 1 | 6 | 0 | 01 | F | 1 | 0 | 1 | 0 | 0 |
| GAMEZ, JONATHAN = | 628344864 | 15981 | | M | H | 1 | 0 | 2 | L | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| HERNANDEZ, MIGUEL ANGEL | 628284011 | 13093 | | M | H | 1 | 0 | 2 | L | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| HINOJOSA, BENJAMIN = | 644344687 | 14160 | | M | H | 1 | 0 | 2 | L | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 0 | 0 |
| MARTINEZ, CHRISTOPHER = | 639289792 | 13706 | | M | H | 1 | 0 | 2 | L | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 0 | 0 |
| MUNOZ, BIANCA = | 640365108 | 14509 | | F | H | 1 | 0 | 2 | L | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| OLIVAREZ, JONATHAN = | 632301277 | 13714 | | M | H | 1 | 0 | 2 | L | 1 | 6 | 1 | 01 | F | 1 | 0 | 1 | 1 | 0 |
| PEREZ, JOSHUA R | 644346391 | 14516 | | M | H | 1 | 0 | 2 | L | 1 | 6 | 0 | 01 | F | 1 | 0 | 1 | 1 | 0 |
| RAMON, NATASHA MARIE | 641349491 | 14518 | | F | H | 1 | 0 | 2 | L | 1 | 6 | 0 | 01 | F | 1 | 0 | 1 | 0 | 0 |
| RODRIGUEZ, KARLOS USVALDO | 639302602 | 13729 | | M | H | 1 | 0 | 2 | L | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| TORRES, ANA LAURA M | 524072931 | 20494 | | F | H | 1 | 0 | 2 | L | 1 | 6 | 0 | 01 | F | 1 | 1 | 0 | 1 | 0 |
| ZAMORA, CARLOS = | 635301678 | 15645 | | M | H | 1 | 0 | 2 | L | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 0 | 0 |

```
Total ESL Students for Grade 11:     15

Total LEP/BIL/ESL Students for Grade 11:   15
```

```
PRF5C029                    P E I M S   E D I T +  R E P O R T S   D A T A   R E V I E W           Thursday 04/01/2010   3:13PM
v 0.1.1                                   LEP/BIL/ESL Student Roster by Grade                                 Page 4 of 4
 * * *    CONFIDENTIAL   * * *                        2009 - 2010 Fall Collection

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903001 - UVALDE H S
Grade:    12
```

| Student Name | Student ID | Local ID | G E N X | S E T H | S E L P | E M B L | I S E | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AGUIRRE, LOUIS = | 638321331 | 21036 | M | H | 1 | 0 | 2 | 1 | 6 | 0 | 01 | F | 1 | 0 | 1 | 2 | 0 |
| ALVARADO, ROBERTO = | 633445744 | 19167 | M | H | 1 | 0 | 2 |   | 6 | 0 | 01 | F | 1 | 0 | 0 | 2 | 0 |
| FERNANDEZ, MARIA NANCY | 642587466 | 15077 | F | H | 1 | 0 | 2 | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| HERNANDEZ, SALENA MICHELLE | 638306387 | 13409 | F | H | 1 | 0 | 2 | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 0 | 0 |
| MARTINEZ, ABRAHAM LUNA | 631326976 | 13425 | M | H | 1 | 0 | 2 | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| RODRIGUEZ, DIEGO = | 642303800 | 16976 | M | H | 1 | 0 | 2 | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 2 | 0 |
| TORRES, MAYRA = | 631263136 | 14409 | F | H | 1 | 0 | 2 | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 3 | 0 |
| VIRAMONTES, ISMAEL = | 631280126 | 14935 | M | H | 1 | 0 | 2 | 1 | 6 | 1 | 01 | F | 1 | 0 | 1 | 2 | 0 |

Total ESL Students for Grade 12:        8

Total LEP/BIL/ESL Students for Grade 12:    8

Total LEP/BIL/ESL Students for All Grades: 49