```
PRF5C029                    P E I M S  E D I T +  R E P O R T S  D A T A  R E V I E W           Thursday 04/01/2010  3:13PM
V 0.1.1                              LEP/BIL/ESL Student Roster by Grade                                    Page 1 of 4
* * *  CONFIDENTIAL  * * *                     2009 - 2010 Fall Collection

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903002 - EXCEL ACADEMY
Grade:    09

                                          G  S  E  L  B  E
                                          E  E  X  E  I  S
                                          N  X  H  P  L  L     ADA
Student Name            Student ID  Local ID  F  H  1  0  0  0  Elig  Title I  Spec Ed  Home Lang  Parent Perm  At Risk  Immig  Mig  CTE  GT
RODRIGUEZ, AZENETH =     629447210  17350     F  H  1  0  0  0    1       6        0        01           C         1       0     0    0    0

Total LEP Students for Grade 09:  1

Total LEP/BIL/ESL Students for Grade 09:  1
```

```
MF5C029                    P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W         Thursday 04/01/2010  3:13PM
V 0.1.1                              LEP/BIL/ESL Student Roster by Grade                                    Page 2 of 4
                                              2009 - 2010 Fall Collection

             * * *  CONFIDENTIAL  * * *

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903002 - EXCEL ACADEMY
Grade:    10
                                         G  S  E  L  B  E
                                         E  E  S  E  I  M
                                         N  X  L  P  L  S   ADA
Student Name          Student ID  Local ID  :  :  :  :  :  :  Elig  Title I  Spec Ed  Home Lang  Parent Perm  At Risk  Immig  Mig  CTE  GT
DELEON, ADRIAN =      630342035    14870    M  H  1  0  2  1    1      6         0        01          F          1       0     0    0    0
SANCHEZ, SELENA =     631327493    21489    F  H  1  0  2  1    1      6         0        01          F          1       0     0    1    0

Total ESL Students for Grade 10:     2

Total LEP/BIL/ESL Students for Grade 10:   2
```

```
KF5C029                        P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W              Thursday 04/01/2010   3:13PM
V 0.1.1                                    LEP/BIL/ESL Student Roster by Grade                                         Page 3 of 4
                                                    2009 - 2010 Fall Collection

* * *  CONFIDENTIAL  * * *

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903002 - EXCEL ACADEMY
Grade:    11
```

| Student Name | Student ID | Local ID | Sex | Eth Hisp | ELL | Membs | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEDEZMA, JUAN ANTONIO | 632262025 | 13754 | M | H | 1 | 02 | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 0 | 0 |

Total ESL Students for Grade 11:   1

Total LEP/BIL/ESL Students for Grade 11:   1

```
KF5C029                                                                                          Thursday 04/01/2010    3:13PM
V 0.1.1                        P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W                       Page 4 of 4
* * *  CONFIDENTIAL  * * *               LEP/BIL/ESL Student Roster by Grade
                                                   2009 - 2010 Fall Collection
Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903002 - EXCEL ACADEMY
Grade:    12
                                          G  S  E  L  B  E
                                          N  E  T  E  I  S
                                          D  X  H  P  L  L   ADA              Home  Parent  At
Student Name              Student ID  Local ID  R  .  N  .  .  .  Elig  Title I  Spec Ed  Lang  Perm  Risk  Immig  Mig  CTE  GT
GOMEZ, CANDICE NICOLE     640260475   13395    F  H  1  0  0  0    7      6        1      01     C     1     0     0    0   0

Total LEP Students for Grade 12:     1

CORTEZ, MARK ANTHONY      641078717   17567    M  H  1  0  2  7    7      6        0      01     F     1     0     0    1   0
RODRIGUEZ, YAZMIN =       644166964   11814    F  H  1  0  2  7    0      0        0      01     F     1     0     0    0   0

Total ESL Students for Grade 12:     2

Total LEP/BIL/ESL Students for Grade 12:  3

Total LEP/BIL/ESL Students for All Grades: 7
```