```
PRF5C029                    P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W              Thursday 04/01/2010  3:13PM
V 0.1a1                                    LEP/BIL/ESL Student Roster by Grade                                    Page 1 of 5
* * *    CONFIDENTIAL    * * *                          2009 - 2010 Fall Collection

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903108 - BATESVILLE SCHOOL
Grade:    01

                                                    G  S  E                                                Home  Parent   At
Student Name                       Student ID  Local ID   N  E  T  L  B  M   ADA                            Lang   Perm   Risk  Immig  Mig  CTE  GT
                                                          D  X  H  P  I  S   Elig  Title I  Spec Ed         
                                                             X  P  L  L  E
                                                                L  I  G
                                                                S  S  E
                                                                M  M
                                                                E  E
                                                                N  N
                                                                T  T
                                                                S  S
-----------------------------------------------------------------------------------------------------------------------------------
CUELLAR, ALYZEA MARIE              632863453   23434       F  H  1  3  0  1     6        0      01      D     1      0     0    0
GARCIA, YARAVY ANAY                633866408   23521       F  H  1  3  0  1     6        0      01      D     1      0     0    0
NAJERA, HECTOR MANUEL              630865073   23544       M  H  1  3  0  1     6        0      01      D     1      0     0    0
RODRIGUEZ, HILARIO =               630888898   23317    S  M  H  1  3  0  1     6        0      01      D     1      0     0    0
SANCHEZ-SANCHEZ, DARLYN YAHAIRA    733186214   25044       F  H  1  3  0  1     6        0      01      D     1      0     0    0

Total BIL Students for Grade 01:       5

Total LEP/BIL/ESL Students for Grade 01:   5
```

```
PRF5C029                    P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W              Thursday 04/01/2010  3:13PM
V 0.1.1                                    LEP/BIL/ESL Student Roster by Grade                                      Page 2 of 5
 * * *    CONFIDENTIAL    * * *                    2009 - 2010 Fall Collection

Filename: F20102032903
District: 232903 - UVALDE CISD
Campus:   232903108 - BATESVILLE SCHOOL
Grade:    02

                                                    G S E   L B E
                                                    E E T   E I S
                                                    N X H   P L E                    Home  Parent  At
Student Name              Student ID    Local ID    .  .  . .  .  .   ADA            Lang            Risk
                                                    .  .  . .  .  .   Elig  Title I  Spec Ed  Perm         Immig  Mig  CTE  GT
ROBLES, JESSE JAYMEZ      634828367     23435       M H 1   0 0 0     1     6        0        01    C     1      0    0    0    1

Total LEP Students for Grade 02:   1

GALINDO, MADISON MARIE    643800449     23321       F H 1   3 0 0     1     6        0        01    D     1      0    0    0
RIOS, RIO G               634808103     22267       M H 1   3 0 0     1     6        0        01    D     1      0    0    0

Total BIL Students for Grade 02:   2

Total LEP/BIL/ESL Students for Grade 02:   3
```

```
PRF5CD29                     P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W              Thursday 04/01/2010    3:13PM
V 0.1.1                                        LEP/BIL/ESL Student Roster by Grade                                        Page 3 of 5
***  CONFIDENTIAL  ***                                 2009 - 2010 Fall Collection

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903108 - BATESVILLE SCHOOL
Grade:    03

                                                G
                                                e
                                          S     n  E  B
                                          e     d  t  i  L
                                          q     e  h  l  E   ADA                   Home  Parent  At                 CTE
Student Name          Student ID  Local ID n  Sx n  P  l  S   Elig  Title I Spec Ed Lang  Perm    Risk  Immig  Mig       GT
-------------         ----------  -------- -  -- -  -  -  -   ----  ------- ------- ----  ------  ----  -----  ---   --- --
GARCIA, MONTOYA NOEL  633748756   21836    :  M  H 1  0  0     1      6       0      01    C       1     0     0     0  0
VELA, ANGEL RAY       638729907   21837    :  M  H 1  0  0     1      6       1      01    C       1     0     0     0  0

Total LEP Students for Grade 03:        2

BAZAN, ROBERT AARON   634741271   21714       M  H 1  3  0     1      6       0      01    D       1     0     0     0  0

Total BIL Students for Grade 03:        1

Total LEP/BIL/ESL Students for Grade 03:   3
```

```
rRF5C029                P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W        Thursday 04/01/2010  3:13PM
V. 0.1.1                              LEP/BIL/ESL Student Roster by Grade                              Page 4 of 5
* * *   CONFIDENTIAL   * * *                     2009 - 2010 Fall Collection

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903108 - BATESVILLE SCHOOL
Grade:    04

                                          G  S  E                                        Home  Parent  At
Student Name                Student ID    Local ID    N  E  E  L  B  E  ADA              Lang  Perm    Risk  Immig  Mig  CTE  GT
                                                      D  X  T  E  I  S  Elig  Title I  Spec Ed
                                                      R     H  P  L  L
                                                            I     L
---------------------------------------------------------------------------------------------------------------------------------
CAMPOS, CHRISTIAN NOE       638728520    20446                    1     6       1         01    C       1     0      0    0    0

Total LEP Students for Grade 04:   1

Total LEP/BIL/ESL Students for Grade 04:   1
```

```
PRF5C029                       P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W              Thursday 04/01/2010  3:13PM
V 0.1.1                                     LEP/BIL/ESL Student Roster by Grade                                        Page 5 of 5
* * *  CONFIDENTIAL  * * *                          2009 - 2010 Fall Collection

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903108 - BATESVILLE SCHOOL
Grade:    05

                                                 G  S
                                                 E  E
                                                 N  T       E  B
                                              E  E  H  L  M  I     ADA                         Home  Parent  At
Student Name              Student ID  Local ID N  X  T  P  S  L  L  Elig  Title I  Spec Ed      Lang  Perm    Risk  Immig  Mig  CTE  GT
MARTINEZ, ADONIS =        642662481   20935    M  H  1  1  0  0  1        6        0            01    C       1     0      0    0    0
MARTINEZ, ELI =           639662437   20096    M  H  1  1  0  0  1        6        1            01    C       1     0      0    0    0

Total LEP Students for Grade 05:    2

BAZAN, KYARA ASHLEY       629649923   19816    F  H  1  3  0  0  1        6        0            01    D       1     0      0    0    0
GARCIA, VEOMARA MARIE     645640114   20002    F  H  1  3  0  0  1        6        0            01    D       1     0      0    0    0

Total BIL Students for Grade 05:    2

Total LEP/BIL/ESL Students for Grade 05:    4

Total LEP/BIL/ESL Students for All Grades:  16
```