**Item 9-10**

# •Number and Percentage of GT Students by District and Campus

Gifted and Talented Student Enrollment for 2009-10 as of the October Snapshot Date

| Campus | Number of GT Students Enrolled * | Number of Hispanic GT Students | % of Hispanic GT Students | Number of African American GT Students | % of African American GT Students | Number of Asian GT Students | % of Asian GT Students | Number of White GT Students | % of White GT Students | Number of LEP GT Students | % of LEP GT Students |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Anthon | 71 | 56 | 79% | 0 | 0% | 0 | 0% | 15 | 21% | 4 | 6% |
| Benson | 17 | 12 | 71% | 0 | 0% | 0 | 0% | 5 | 29% | 0 | 0% |
| Robb | 31 | 22 | 71% | 0 | 0% | 0 | 0% | 9 | 29% | 3 | 10% |
| Batesville | 6 | 6 | 100% | 0 | 0% | 0 | 0% | 0 | 0% | 1 | 17% |
| Dalton | ** | | | | | | | | | | |
| Flores | 52 | 34 | 65% | 0 | 0% | 2 | 4% | 16 | 31% | 0 | 0% |
| Junior High | 62 | 42 | 68% | 0 | 0% | 2 | 3% | 18 | 29% | 0 | 0% |
| Excel | 2 | 1 | 50% | 0 | 0% | 0 | | 1 | 50% | 0 | 0% |
| High School | 84 | 52 | 62% | 0 | 0% | 2 | 2% | 30 | 36% | 0 | 0% |
| | | | | | | | | | | | |
| District | 325 | 225 | 69% | 0 | 0% | 6 | 2% | 94 | 30% | 8 | 3% |

** Enrollment as of the last day of October - Dalton GT students are not screened until the spring of 2010
* Enrolled indicates permission to serve has been received from the parent/guardian