**Item 11-12**

- **Number and Percentage of GT Nominations, Acceptance, and Non-Acceptance by District and Campus**

District GT Decisions for 2009-2010 as of April 9, 2010

| Campus | Number of Students Nominated | Hispanic Nominations Number | % (% of Campus Total Nominated) | African American Nominations Number | % (% of Campus Total Nominated) | Asian Nominations Number | % (% of Campus Total Nominated) | White Nominations Number | % (% of Campus Total Nominated) | LEP Nominations Number | % (% of Campus Total Nominated) | Non-LEP Nominations Number | % (% of Campus Total Nominated) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anthon | 59 | 47 | 80% | 0 | | 0 | | 12 | 20% | 7 | 12% | 52 | 88% |
| Benson | 27 | 21 | 78% | 0 | | 1 | 4% | 5 | 19% | 1 | 4% | 26 | 96% |
| Robb | 22 | 16 | 73% | 0 | | 0 | | 6 | 27% | 1 | 5% | 21 | 95% |
| Batesville | 8 | 8 | 100% | 0 | | 0 | | 0 | | 1 | 13% | 7 | 87% |
| Dalton | 33 | 26 | 79% | 0 | | 1 | 3% | 6 | 18% | 1 | 3% | 32 | 97% |
| Flores | 33 | 23 | 70% | 0 | | 0 | | 10 | 31% | 0 | | 33 | 100% |
| Junior High | 4 | 3 | 75% | 0 | | 0 | | 1 | 25% | 0 | | 4 | 100% |
| High School | 6 | 2 | 33% | 0 | | 0 | | 4 | 67% | 0 | | 6 | 100% |
| Excel Academy | 0 | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| UCISD Totals (% of District Totals) | 192 | 146 | 76% | 0 | | 2 | 1% | 44 | 23% | 11 | 6% | 181 | 94% |

1

District GT Decisions for 2009-2010 as of April 9, 2010

| Campus | Students Accepted Number (of Total Students Nominated) | % | Hispanic Accepted Number (% of Campus Total Accepted) | % | African American Accepted Number (% of Campus Total Nominated) | % | Asian Accepted Number (% of Campus Total Accepted) | % | White Accepted Number (% of Campus Total Accepted) | % | LEP Accepted Number (% of Campus Accepted) | % | Non-LEP Accepted Number (% of Campus Total Accepted) | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anthon | 48 | 25% | 38 | 79% | 0 | | 0 | | 10 | 21% | 5 | 10% | 43 | 90% |
| Benson | 25 | 13% | 19 | 76% | 0 | | 1 | 4% | 5 | 20% | 1 | 4% | 24 | 96% |
| Robb | 19 | 10% | 14 | 74% | 0 | | 0 | | 5 | 26% | 0 | | 19 | 100% |
| Batesville | 8 | 4% | 8 | 100% | 0 | | 0 | | 0 | | 1 | 13% | 7 | 88% |
| Dalton | 21 | 11% | 14 | 67% | 0 | | 1 | 4% | 6 | 29% | 1 | 4% | 20 | 95% |
| Flores | 24 | 13% | 17 | 71% | 0 | | 0 | | 7 | 29% | 0 | | 24 | 100% |
| Junior High | 4 | 2% | 3 | 75% | 0 | | 0 | | 1 | 40% | 0 | | 4 | 100% |
| High School | 6 | 3% | 2 | 33% | 0 | | 0 | | 4 | 67% | 0 | | 6 | 100% |
| Excel Academy | 0 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| UCISD Totals (% of District Totals) | 155 | 81% | 115 | 74% | 0 | | 2 | 1% | 38 | 25% | 8 | 5% | 147 | 95% |

2

District GT Decisions for 2009-2010 as of April 9, 2010

| Campus | Students Not Accepted Number (of Total Students Nominated) | % | Hispanic Not Accepted Number (% of Campus Total Not Accepted) | % | African American Not Accepted Number (% of Campus Total Nominated) | % | Asian Not Accepted Number (% of Campus Total Not Accepted) | % | White Not Accepted Number (% of Campus Total Not Accepted) | % | LEP Not Accepted Number (% of Campus Total Not Accepted) | % | Non-LEP Not Accepted Number (% of Campus Total Not Accepted) | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anthon | 11 | 6% | 9 | 82% | 0 | | 0 | | 2 | 18% | 2 | 18% | 9 | 82% |
| Benson | 2 | 1% | 2 | 100% | 0 | | 0 | | 0 | | 0 | | 2 | 100% |
| Robb | 3 | 2% | 2 | 66% | 0 | | 0 | | 1 | 33% | 1 | 33% | 2 | 66% |
| Batesville | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | |
| Dalton | 12 | 6% | 11 | 92% | 0 | | 0 | | 1 | 8% | 0 | | 12 | 100% |
| Flores | 9 | 5% | 6 | 7% | 0 | | 0 | | 3 | 33% | 0 | | 9 | 100% |
| Junior High | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | |
| High School | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | |
| Excel Academy | 0 | | | | | | | | | | | | | |
| UCISD Totals (% of District Totals) | 37 | 19% | 30 | 81% | 0 | | 0 | | 7 | 19% | 3 | 8% | 34 | 92% |

Students who are not accepted after screening can be renominated and rescreened after one calendar year.

3

District GT Decisions for 2009-2010 as of April 9, 2010

| | Students | | Hispanic | | African American | | Asian | | White | | LEP | | Non LEP | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UCISD Total Nominated (% of District Totals) | 192 | | 146 | 76% | 0 | | 2 | 1% | 44 | 23% | 11 | 6% | 181 | 94% |
| UCISD Total Accepted (% of District Totals) | 155 | 81% | 115 | 74% | 0 | | 2 | 1% | 38 | 25% | 8 | 5% | 147 | 95% |
| UCISD Total Not Accepted (% of District Totals) | 37 | 19% | 30 | 81% | 0 | | 0 | | 7 | 19% | 3 | 8% | 34 | 92% |



2009-2010 Gifted and Talented Nominations

■ UCISD Total Nominated (% of District Totals)  ■ UCISD Total Accepted (% of District Totals)
■ UCISD Total Not Accepted (% of District Totals)

4