Item 13

- Number and Percentage of Students in NJHS

- Number and Percentage of Students in NHS

## National Honor Society
## Uvalde HS
## Members 2009-2010

|  | Number | Percent of Total |
|---|---|---|
| Hispanic | 60 | 57% |
| White | 40 | 38% |
| Asian/ Pacific Islander | 5 | 5% |
| African American | 0 | 0 % |
| LEP | 0 | 0% |
| Total | 105 | 100% |

Note:

NHS induction for the 2010-2011 school years has not been held yet. The information above is for returning members from the 2009 induction.

# National Junior Honor Society
## 2009 - 2010
## Uvalde JH

| Grade 8 | Number | Percent |
|---|---|---|
| Hispanic | 49 | 73% |
| White | 17 | 25% |
| Asian/ Pacific Islander | 1 | 2% |
| African American | 0 | 0% |
| LEP | 0 | 0% |
| Total | 67 | 100% |

Note – Three 8th graders were inducted in Spring 2010. Their numbers are included above.

| Grade 7 Inducted in Spring 2010 | Number | Percent |
|---|---|---|
| Hispanic | 37 | 66% |
| White | 17 | 30% |
| Asian/ Pacific Islander | 2 | 4% |
| African American | 0 | 0% |
| LEP | 0 | 0% |
| Total | 56 | 100% |