# #14
# Parent Denials
# 2009-2010

## UVALDE C.I.S.D. BILINGUAL/ESL PROGRAM
## PARENT DENIALS BY CAMPUS
## 2009-2010

| | PRE-K | KINDER | 1ST | 2ND | 3RD | 4TH | 5TH | 6TH | 7TH | 8TH | 9TH | 10TH | 11TH | 12TH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DALTON | 2 | 0 | | | | | | | | | | | | |
| ANTHON | | | 2 | 3 | 9 | 1 | | | | | | | | |
| BENSON | | | 1 | 2 | 3 | 1 | | | | | | | | |
| ROBB | | | 0 | 0 | 0 | 0 | | | | | | | | |
| FLORES | | | | | | | 6 | 5 | | | | | | |
| JR HIGH | | | | | | | | | 2 | 1 | | | | |
| H.SCHOOL | | | | | | | | | | | 0 | 0 | 0 | 0 |
| EXCEL | | | | | | | | | | | 0 | 0 | 0 | 1 |
| BATES. | 0 | 0 | 0 | 1 | 2 | 0 | 2 | 0 | | | | | | |
| TOTAL | 2 | 0 | 3 | 6 | 14 | 2 | 8 | 5 | 2 | 1 | 0 | 0 | 0 | 1 |