```
PRF5C029                          P E I M S  E D I T +  R E P O R T S  D A T A  R E V I E W           Thursday 04/01/2010  3:13PM
V 0.1.1                                       LEP/BIL/ESL Student Roster by Grade                               Page 1 of 2
                                                     2009 - 2010 Fall Collection

*  *  *   CONFIDENTIAL   *  *  *

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903102 - DALTON EL
Grade:    PK
```

| Student Name | Student ID | Local ID | G E N D E R | E T H N X | S E X H | E L P L | L E B S | E M S E | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAMARENA, DAMARIS = | 649360916 | 24517 | F | H | 1 | 0 | 0 | 0 | 1 | 6 | 0 | 01 | C | 1 | 0 | 0 | 0 | 0 |
| PEREZ-AVILES, ADRIANA ISABEL | 598780922 | 24635 | F | H | 1 | 0 | 0 | 0 | 1 | 6 | 0 | 01 | C | 1 | 0 | 0 | 0 | 0 |

Total LEP Students for Grade PK:  2

| Student Name | Student ID | Local ID | G | E | S | E | L | B | E | ADA | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALONSO, ARMANDO = | 644949008 | 24188 | M | H | 1 | 5 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| ARELLANO, BRENDA GUADALUPE | 638949154 | 24160 | F | H | 1 | 5 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| CASTRO, MARITZA MARIE | 644965592 | 24526 | F | H | 1 | 5 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| DE LEON, ELIZABETH = | 643961832 | 24533 | F | H | 1 | 5 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| ESCOBAR, SARAHY = | 643964938 | 24537 | F | H | 1 | 5 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| FERNANDEZ, GAEL = | 645966615 | 24690 | M | H | 1 | 5 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GARZA, DAYANARA = | 633945799 | 24579 | F | H | 1 | 5 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GUZMAN, KELLY = | 345049776 | 24737 | F | H | 1 | 5 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| HERNANDEZ, SAIDA YAMILETH | 641949320 | 24400 | F | H | 1 | 5 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| LEIJA, JOSE GUADALUPE | 627968182 | 21648 | M | H | 1 | 5 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| LOPEZ, ANGEL JACOBO | 631968957 | 24604 | M | H | 1 | 5 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| MARIN-TORRES, REINALDO ALBERTO | 599762463 | 24663 | M | H | 1 | 5 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| MATA, DANIELA HAYLEE | 631987782 | 24616 | F | H | 1 | 5 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| MORALES, BENJAMIN = | 629960380 | 24621 | M | H | 1 | 5 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| OCHOA, IVONNE = | 632967481 | 24624 | F | H | 1 | 5 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| RAMIREZ, ELIAS = | 639942558 | 24640 | M | H | 1 | 5 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| REYES, ALEX ABEL | 644940582 | 24643 | M | H | 1 | 5 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| RODRIGUEZ, ERIC ADAN | 644966413 | 24651 | M | H | 1 | 5 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| SANCHEZ, NAYELI MONICA LOYOLA | 764564418 | 25050 | F | H | 1 | 5 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| SILVA, MAXIMILIANO DELGADO | 641963622 | 24659 | M | H | 1 | 5 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |

Total BIL Students for Grade PK:  20

Total LEP/BIL/ESL Students for Grade PK:  22

```
AF5C029                    * * *  CONFIDENTIAL  * * *        P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W        Thursday 04/01/2010   3:13PM
V 0.1.1                                                      LEP/BIL/ESL Student Roster by Grade                                              Page 2 of 2
                                                                      2009 - 2010 Fall Collection

Filename: F201023290
District: 232903 - UVALDE CISD
Campus:   232903102 - DALTON EL
Grade:    KG
```

| Student Name | Student ID | Local ID | G E N | G E T H | S E X | E H P | L E P | B I L | E S L | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AGUILAR, CELINA ELIZABETH | 632928670 | 24883 |   | F | H |   | 1 | 5 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| ALARDIN, RYNALDO DANIEL | 643907144 | 23770 |   | M | H |   | 1 | 5 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| ALVAREZ, ENRIQUE NIETO | 633887300 | 23772 |   | M | H |   | 1 | 5 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| CARREON, MARCO ANTONIO | 356027490 | 24463 |   | M | H |   | 1 | 5 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| CHACON, JUSTIN = | 635904375 | 23794 |   | M | H |   | 1 | 5 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| CONTRERAS, ANDREA G | 628924134 | 23795 |   | F | H |   | 1 | 5 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| CORDOVA, ISAIAS = | 634928192 | 24234 |   | M | H |   | 1 | 5 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| DE LEON, JORGE = | 639889390 | 23462 |   | M | H |   | 1 | 5 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GARCIA, MARISSA = | 433922278 | 24135 | 1 | F | H |   | 1 | 5 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GARCIA, TOBY = | 320045404 | 24304 |   | M | H |   | 1 | 5 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| GARZA, ISAIAS = | 637923368 | 23829 |   | M | H |   | 1 | 5 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GARZA, JOHANNA = | 636836622 | 23830 |   | F | H |   | 1 | 5 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| GONZALES, NICHOLAS RENEE | 636881354 | 23835 |   | M | H |   | 1 | 5 | 0 | 1 | 6 | 0 | 98 | 3 | 1 | 0 | 0 | 0 | 0 |
| GONZALEZ, DIVANY = | 634902065 | 24970 |   | F | H |   | 1 | 5 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| HUERTA, ALFRED JOZAYA | 631969392 | 24937 |   | M | H |   | 1 | 5 | 0 | 1 | 6 | 0 | 98 | D | 1 | 0 | 1 | 0 | 0 |
| LOPEZ, BLANCA MARYSOL | 637904922 | 24048 |   | F | H |   | 1 | 5 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| MENDEZ, SHERYLN LILLY | 644908168 | 23464 |   | F | H |   | 1 | 5 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| PEREZ-AVILES, DAVID JOEL | 599749428 | 23928 |   | M | H |   | 1 | 5 | 0 | 1 | 6 | 1 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| REYES, JOANA = | 639924413 | 23687 |   | F | H |   | 1 | 5 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| RIVERA, GERARDO = | 645907515 | 24185 |   | M | H |   | 0 | 5 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| RODRIGUEZ, LUCAS LEE | 637889426 | 23896 |   | M | H |   | 1 | 5 | 0 | 1 | 6 | 0 | 01 | 3 | 1 | 0 | 0 | 0 | 0 |
| ROMERO, ROBERTO CARLOS RAMIREZ | 638887601 | 24642 | 1 | M | H |   | 1 | 5 | 0 | 1 | 6 | 0 | 98 | D | 1 | 0 | 0 | 0 | 0 |
| SALDANA, CANDELARIO EZEQUIEL | 642926243 | 23218 |   | M | H |   | 1 | 5 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| TORRES, ARMANDO = | 642880099 | 23960 | 1 | M | H |   | 1 | 5 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |

Total BIL Students for Grade KG: 24

| CHUM, ALICE MARIE | 636904019 | 24819 | | F | A | | 1 | 0 | 2 | 1 | 6 | 0 | 04 | B | 1 | 0 | 0 | 0 | 0 |

Total ESL Students for Grade KG: 1

Total LEP/BIL/ESL Students for Grade KG: 25

Total LEP/BIL/ESL Students for All Grades: 47