```
PRF5C029                    P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W      Thursday 04/01/2010   3:13PM
V 0.1.1                               LEP/BIL/ESL Student Roster by Grade                            Page 1 of 4
                                            2009 - 2010 Fall Collection

* * *  CONFIDENTIAL  * * *

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903104 - ANTHON EL
Grade:    01
```

|  |  |  |  | G | S | E | L | B | E |  |  |  | Home | Parent | At |  |  |  |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Student Name | Student ID | Local ID | | N | E | T | P | L | S | | ADA Elig | Title I | Spec Ed | Lang | Perm | Risk | Immig | Mig | CTE | GT |
| ARELLANO, KASSANDRA MARIE | 629883696 | 22720 | | F | H | 0 | 3 | 0 | 0 | | 1 | 6 | 0 | 98 | 3 | 1 | 0 | 1 | 0 | 0 |
| BARBOZA, BRISA YAELY | 629843034 | 23025 | | F | H | 1 | 3 | 0 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| CHAPA, KAYLENE ANN | 652247635 | 24845 | | F | H | 0 | 3 | 0 | 0 | | 1 | 6 | 0 | 98 | 3 | 0 | 0 | 1 | 0 | 0 |
| ESPINOZA, ERIK BRYAN CERVANTE | 651283990 | 23528 | | M | H | 1 | 3 | 0 | 0 | | 1 | 6 | 1 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GALINDO, MARIA GUADALUPE | 510231409 | 23764 | | F | H | 1 | 3 | 0 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GARCIA, ESTEBAN ALEXANDER | 627884922 | 23759 | | M | H | 1 | 3 | 0 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| GARZA, ELIDA KARIMAR | 643867693 | 23074 | | F | H | 1 | 3 | 0 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| LONGORIA, CESAR MARCOS | 635849018 | 23534 | | M | H | 1 | 3 | 0 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| LOPEZ, EDUARDO DANIEL | 635840666 | 23451 | | M | H | 1 | 3 | 0 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| MARIN TORRES, KASSANDRA ENID | 598728588 | 24391 | | F | H | 1 | 3 | 0 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| MEZA, LUIS FERNANDO | 655163311 | 24002 | | M | H | 1 | 3 | 0 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| PIZARRO, MANUEL ENRIQUE | 632880161 | 23760 | | M | H | 1 | 3 | 0 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| RODRIGUEZ, VALERIA AZENETT | 631865937 | 23386 | | F | H | 1 | 3 | 0 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| SALDANA, ROSA RUBI | 645849736 | 22199 | | F | H | 1 | 3 | 0 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| SANCHEZ, ANGELA | 764206236 | 24996 | | F | H | 1 | 3 | 0 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| SANCHEZ, RODOLFO | 642846889 | 25052 | | M | H | 1 | 3 | 0 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| VEGA, GALILEA | 645842868 | 23235 | | F | H | 1 | 3 | 0 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| VELA, DOMINIQUE BO | 642780854 | 25016 | | M | H | 1 | 3 | 0 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |

Total BIL Students for Grade 01:  18

| Student Name | Student ID | Local ID | | N | E | T | P | L | S | | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ADRIANO, JOSHUA | 764348522 | 23229 | | M | H | 1 | 0 | 0 | 0 | | 1 | 6 | 0 | 01 | C | 1 | 0 | 1 | 0 | 0 |
| LONGORIA, FABIAN | 634849812 | 22092 | | M | H | 1 | 0 | 0 | 0 | | 1 | 6 | 0 | 01 | C | 1 | 0 | 0 | 0 | 1 |

Total LEP Students for Grade 01:  2

Total LEP/BIL/ESL Students for Grade 01:  20

PRF5C029
V 01.1

```
*  *  *    CONFIDENTIAL    *  *  *
```

```
Filename: F201023290 3
District: 232903 - UVALDE CISD
Campus:   232903104 - ANTHON EL
Grade:    02
```

P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W
LEP/BIL/ESL Student Roster by Grade
2009 - 2010 Fall Collection

Thursday 04/01/2010   3:13PM
Page 2 of 4

| Student Name | Student ID | Local ID | Gen | Eth | Sex | Elig Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASTILLO, BIANKA JIMENEZ | 645734464 | 22437 | F H 1 0 0 | 1 | 6 | 0 | 01 | C | 1 | 0 | 0 | 0 | 0 |
| DURAN, DELANY MARIE | 642827894 | 22714 | F H 1 0 0 | 1 | 6 | 0 | 01 | C | 1 | 0 | 0 | 0 | 0 |
| ESQUIVEL, JALEN | 632727576 | 23651 | M H 1 0 0 | 1 | 6 | 1 | 01 | C | 1 | 0 | 0 | 0 | 0 |

Total LEP Students for Grade 02:   3

| Student Name | Student ID | Local ID | Gen | Eth | Sex | Elig Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AGUILAR, ABEL | 640787880 | 22708 | 1 M H 1 3 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| ALONZO, MARIA MILAGROS | 638807870 | 22191 | F H 1 3 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| ARELLANO, MAXIMILIANO | 633783814 | 22712 | M H 0 3 0 | 1 | 6 | 0 | 98 | 3 | 1 | 0 | 1 | 0 | 0 |
| CHACON, JUAN | 631826267 | 23369 | 1 M H 1 3 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| GARZA, JULIANA EDELMIRA | 635804523 | 22273 | F H 1 3 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| HERNANDEZ GARCIA, JUAN ERNESTO | 639783456 | 23639 | M H 1 3 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| HUERTA, LIZBETH | 633826976 | 23749 | F H 1 3 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| MENDOZA, SERGIO | 638784768 | 22320 | M H 1 3 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| MONTES, JULIET DURAN | 771687101 | 24418 | F H 1 3 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| PADILLA, CASSANDRA MARIE | 643784663 | 22331 | F H 1 3 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| RAMIREZ, JOHNATHAN | 633824953 | 22547 | M H 1 3 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| SANCHEZ, AMY ALEXANDRIA FRA | 634820778 | 23287 | F H 1 3 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| ZAVALA, DANIELA MARIA | 636789754 | 22403 | F H 1 3 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |

Total BIL Students for Grade 02:   13

Total LEP/BIL/ESL Students for Grade 02:   16

```
PRF5C029                          P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W              Thursday 04/01/2010  3:13PM
V 0.1.1                                            LEP/BIL/ESL Student Roster by Grade                              Page 3 of 4
  * * *   CONFIDENTIAL   * * *                           2009 - 2010 Fall Collection

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903104 - ANTHON EL
Grade:    03
```

|                                  |            |          | G | S | E |   |   |      |         |         |      |        |      |       |       |     |     |
|----------------------------------|------------|----------|---|---|---|---|---|------|---------|---------|------|--------|------|-------|-------|-----|-----|
|                                  |            |          |   |   | L | B |   |      |         |         |      | Home   | Parent | At  |       |       |     |     |
|                                  |            |          | N | E | T | I | E | ADA  |         |         |      |        |        |     |       |       |     |     |
| Student Name                     | Student ID | Local ID | X | X | H | L | L | Elig | Title I | Spec Ed | Lang | Perm   | Risk   | Immig | Mig | CTE | GT |
|----------------------------------|------------|----------|---|---|---|---|---|------|---------|---------|------|--------|--------|-------|-----|-----|-----|
| ALVAREZ, MARCELINO ALEJANDRO     | 641729442  | 21554    | M | H | 1 | 0 | 0 | 1    | 6       | 0       | 01   | C      | 1      | 0     | 0   | 0   | 0   |
| AMAYA, JUAN ANTONIO              | 635761867  | 21090    | M | H | 1 | 0 | 0 | 1    | 6       | 0       | 01   | C      | 1      | 0     | 0   | 0   | 0   |
| FERNANDEZ, EMIR                  | 636845016  | 21592    | M | H | 1 | 0 | 0 | 1    | 6       | 0       | 01   | C      | 1      | 0     | 0   | 0   | 0   |
| GARCIA, JOSE LUIS MUNOZ          | 628781463  | 18614    | M | H | 1 | 3 | 0 | 1    | 6       | 0       | 01   | C      | 1      | 1     | 0   | 0   | 0   |
| GONZALEZ, DIOS DANYS             | 636761929  | 24254    | M | H | 1 | 3 | 0 | 1    | 6       | 0       | 01   | C      | 1      | 0     | 0   | 0   | 0   |
| GUTIERREZ, JOSE ALBERTO          | 629701709  | 21917    | M | H | 1 | 0 | 0 | 1    | 6       | 0       | 01   | C      | 1      | 0     | 0   | 0   | 0   |
| MALDONADO, SELENA ABIGAIL        | 642727079  | 21603    | F | H | 1 | 0 | 0 | 1    | 6       | 0       | 01   | C      | 1      | 0     | 0   | 0   | 0   |
| MUNOZ, ASHLEY NICOLE CARDENAS    | 645769724  | 21504    | F | H | 1 | 0 | 0 | 1    | 6       | 0       | 01   | C      | 1      | 0     | 0   | 0   | 0   |
| ROMAN, DAISY MARIE               | 632707015  | 24842    | F | H | 1 | 0 | 0 | 1    | 6       | 0       | 01   | C      | 1      | 0     | 0   | 0   | 0   |

```
Total LEP Students for Grade 03:     9
```

| Student Name                    | Student ID | Local ID |   |   |   |   |   |   |   |   |    |   |   |   |   |   |
|---------------------------------|------------|----------|---|---|---|---|---|---|---|---|----|---|---|---|---|---|
| BALDERAS, CARLOS                | 640743259  | 21433    | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 |
| BUENO, ITZA NAYELI              | 640726211  | 22420    | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 |
| BUENO, ITZEL ALEJANDRA          | 640726212  | 22418    | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 |
| CAHUE, ANDREANA                 | 319981005  | 22762    | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 |
| CANALES, IZAIHA REY             | 633747982  | 21814    | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 |
| CORDOVA, XIOMARI BUENO          | 644681752  | 20740    | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 |
| DE LUNA, CIELO                  | 627743979  | 21587    | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 |
| GARCIA, ELEAZAR                 | 628747249  | 00008    | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 |
| GARZA, ANNA MARIE               | 638743471  | 21927    | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 |
| HERNANDEZ, DAVID                | 631708172  | 21405    | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 |
| LOPEZ, MYA ESTRELLA             | 631782387  | 23002    | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 |
| LOREDO, LUCILA                  | 638769227  | 20695    | F | H | 1 | 3 | 0 | 1 | 6 | 1 | 01 | D | 1 | 0 | 0 | 0 |
| MENDEZ, JUAN GILBERTO           | 636762434  | 21501    | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 |
| PADILLA, NESTOR ROY             | 638740641  | 21792    | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 |
| PIZARRO, VICTOR EMILIANO        | 645725445  | 21939    | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 |
| PLATA, IRWIN ALBERTO GALVAN     | 628749401  | 21673    | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 |
| RAMIREZ, ANAHI                  | 627765278  | 21514    | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 |
| RAMIREZ, NATHALIE               | 627765279  | 21516    | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 |
| RUIZ, JACQUELINE MARIE          | 474392365  | 24088    | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 |
| SALAS, FRIDA GENOVEVA           | 638763284  | 21531    | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 |
| SANCHEZ, JACKELINE MORIN        | 634747138  | 21099    | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 |
| TORRES TAPIA, NADIA VALERIA     | 629701087  | 21643    | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 |
| VEGA, RICARDO CORONADO          | 630742226  | 21632    | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 |

```
Total BIL Students for Grade 03:     23

Total LEP/BIL/ESL Students for Grade 03:     32
```

```
PRF5C029                  P E I M S  E D I T +  R E P O R T S  D A T A  R E V I E W      Thursday 04/01/2010   3:13PM
V 0.1.1                            LEP/BIL/ESL Student Roster by Grade                          Page 4 of 4
***  CONFIDENTIAL  ***                    2009 - 2010 Fall Collection

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903104 - ANTHON EL
Grade:    04
```

| Student Name | Student ID | Local ID | Gen | Eth | Semesters Elig | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RUIZ, JONATHAN D | 634721959 | 20806 | M | H | 1 0 0 | 1 | 6 | 0 | 01 | C | 1 | 0 | 0 | 0 | 0 |

Total LEP Students for Grade 04: 1

| ARELLANO, RAUL JOVANI | 629705318 | 20186 | M | H | 1 3 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| CORONADO, CHRIS RAMOS | 636682755 | 19514 | M | H | 1 3 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| FERNANDEZ, LISSET = | 636845053 | 19573 | F | H | 1 3 0 | 1 | 6 | 0 | 01 | D | 1 | 1 | 0 | 0 | 0 |
| GODOY, JESUS ANTONIO | 643709793 | 20304 | M | H | 1 3 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| LOPEZ, SERGIO ARMANDO | 635725105 | 22998 | M | H | 3 0 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| SOTO, BENANCIO = | 627721685 | 21073 | M | H | 1 3 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| SOTO, RUBY ROCHA | 632728210 | 20888 | F | H | 1 3 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |

Total BIL Students for Grade 04: 7

Total LEP/BIL/ESL Students for Grade 04: 8

Total LEP/BIL/ESL Students for All Grades: 76