```
PRF5C029                                                                                     Thursday 04/01/2010  3:13PM
V 0.1.1              P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W                    Page 1 of 4
                              LEP/BIL/ESL Student Roster by Grade
*** CONFIDENTIAL ***                   2009 - 2010 Fall Collection

Filename: F20102329O3
District: 232903 - UVALDE CISD
Campus:   232903101 - BENSON EL
Grade:    01

Student Name                                              G  S E L B E
                                                          E  E E E I E
                                                          N  X T H P L                                  Home  Parent   At
RODRIGUEZ, SANTIAGO =      Student ID      Local ID       N  : I P L L     ADA Elig  Title I  Spec Ed   Lang   Perm   Risk   Immig   Mig   CTE   GT
                             64825237       22127         M  H 1 0 0 :         1        6        1       01     C      1      0      0     0     0

Total LEP Students for Grade 01:    1

ALMEIDA, ELIZABETH GRACE    628848904       24889         F  H 1 3 0 1         6        0       01       D      1      0      0     0     0
DIAZ, JUAN ANTONIO          406597920       25005         M  H 1 3 0 1         6        0       01       D      1      0      0     0     0

Total BIL Students for Grade 01:    2

Total LEP/BIL/ESL Students for Grade 01:   3
```

```
PRF5C029                        P E I M S  E D I T +  R E P O R T S  D A T A  R E V I E W           Thursday 04/01/2010   3:13PM
V 0.1.1                                      LEP/BIL/ESL Student Roster by Grade                         Page 2 of 4
*** CONFIDENTIAL ***                              2009 - 2010 Fall Collection
```

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903101 - BENSON EL
Grade:    02

| Student Name | Student ID | Local ID | Sex | Eth | Grd | Elem | LEP | BIL | ESL | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIONGZON, LYNDON CHRISTIA CANSECO | 524078974 | 22830 | M | A | 1 | 0 | 0 | 0 | 0 | 1 | 6 | 0 | 4P | C | 1 | 0 | 0 | 0 | 0 |
| RAMIREZ, ADRIANA MICHELLE | 502273333 | 21612 | F | H | 1 | 0 | 0 | 0 | 0 | 1 | 6 | 0 | 01 | C | 1 | 0 | 1 | 0 | 0 |

Total LEP Students for Grade 02: 2

| Student Name | Student ID | Local ID | Sex | Eth | Grd | Elem | LEP | BIL | ESL | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DE LEON, RODRIGO | 645781852 | 23361 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 | |
| DIAZ, MICHELLE | 333985437 | 25004 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 | |
| DIAZ, RACHEL | 333985438 | 25003 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 | |
| PINTOR-HERRERA, OMAR | 541634658 | 23196 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 | |
| PUENTE, BELINDA | 638781166 | 22337 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 | |
| ROBLES, ROSANNA | 639825916 | 21708 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 1 | 01 | D | 1 | 0 | 0 | 0 | 0 | |
| RODRIGUEZ, ELIZABETH VARELA | 642809151 | 22480 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 | |
| SALAS, SAMANTHA LIZBETH | 638807869 | 22159 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 | |
| VAZQUEZ CHACON, REYNALDO ROLANDO | 643800808 | 22371 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 | |

Total BIL Students for Grade 02: 9

Total LEP/BIL/ESL Students for Grade 02: 11

```
PRF5C029                        P E I M S  E D I T +  R E P O R T S  D A T A  R E V I E W           Thursday 04/01/2010   3:13PM
V 0.1.1                                      LEP/BIL/ESL Student Roster by Grade                           Page 3 of 4
                                                    2009 - 2010 Fall Collection

* * *  CONFIDENTIAL  * * *

Filename:  F20102322903
District:  232903 - UVALDE CISD
Campus:    232903101 - BENSON EL
Grade:     03

                                                       G S            B
                                                       E E   S E L I E                        Home  Parent  At
                                                       N X   E T P S M       ADA              Lang  Perm    Risk
Student Name                Student ID    Local ID     . .   X H L L L   Elig  Title I  Spec Ed                    Immig  Mig  CTE  GT
-------------------------------------------------------------------------------------------------------------------------------------
MENCHACA, ADRIANA FRAIRE      638766487   21605        F H   1 1 0 0 0   1     6        0     01    C       1      0      0    0    0
MENCHACA, ROBERT FRAIRE       638766486   21606      1 M H   1 1 0 0 0   1     6        0     01    C       1      0      0    0    0
TORRES, DESTINY MARIE         505430097   18635        F H   1 1 0 0 0   1     6        0     01    C       1      0      0    0    0

Total LEP Students for Grade 03:     3

HERNANDEZ GARCIA, LAURA VICTORIA 524078957 21867       F H   1 1 3 0 0   1     6        0     01    D       1      0      0    0    0
MARTINEZ, JUAN JOSE           644744121   21808      1 M H   1 1 3 0 0   1     6        0     01    D       1      1      0    0    0
ONOFRE, MONICA JOANN          640767111   21608        F H   1 1 3 0 0   1     6        0     01    D       1      0      0    0    0
PEREZ, ANDREA =               644723327   21944        F H   1 1 3 0 0   1     6        0     01    D       1      0      0    0    0
TALAMANTEZ, JOSEPHINE H       642743194   21624        F H   1 1 3 0 0   1     6        0     01    D       1      0      0    0    0
TORRES, BRISA ALYA            639725553   22637        F H   1 1 3 0 0   1     6        0     01    D       1      0      0    0    0
VILLALOBOS, BRANDY =          629689379   22815        F H   1 1 3 0 0   1     6        1     01    D       1      0      0    0    0

Total BIL Students for Grade 03:     7

Total LEP/BIL/ESL Students for Grade 03:    10
```

```
PRF5C029                       P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W        Thursday 04/01/2010   3:13PM
V 0.1.1                                        LEP/BIL/ESL Student Roster by Grade                              Page 4 of 4
                                                     2009 - 2010 Fall Collection
   * * *  CONFIDENTIAL  * * *

Filename: F201023290
District: 232903 - UVALDE CISD
Campus:   232903101 - BENSON EL
Grade:    04
                                           G  S  E  L  B  E
                                           E  X  T  E  I  S       ADA                       Home   Parent   At
Student Name           Student ID  Local ID N  H  H  P  L  L  Elig  Title I  Spec Ed  Lang   Perm   Risk  Immig  Mig   CTE  GT
BUENDIA, MARTIN =       643686544  21089    M  H  1  0  0  1    1      6        0      01     C     1     0     0    0    0

Total LEP Students for Grade 04:    1

CARREON, GERARDO =      343966738  24461    M  H  1  3  0  1    1      6        0      01     D     1     0     0    0    0
CASAREZ, JUAN ALBERTO   639668151  20188    M  H  1  3  0  1    1      6        0      01     D     1     0     0    0    0
MENDOZA SOLIS, ANGELA PRESIOSA
                        634150867  24914    F  H  1  3  0  1    1      6        0      01     D     1     0     0    0    0
PINTOR HERRERA, ANGELA = 541576054 21397    F  H  1  3  0  1    1      6        0      01     D     1     0     0    0    0

Total BIL Students for Grade 04:    4

Total LEP/BIL/ESL Students for Grade 04:  5

Total LEP/BIL/ESL Students for All Grades: 29
```