```
PRF5C029                        P E I M S  E D I T +  R E P O R T S  D A T A  R E V I E W            Thursday 04/01/2010  3:13PM
V.0.1.1                                  LEP/BIL/ESL Student Roster by Grade                                    Page 1 of 4
* * *  CONFIDENTIAL  * * *                     2009 - 2010 Fall Collection

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903103 - ROBB EL
Grade:    01
```

| Student Name | Student ID | Local ID | G N | S E X | E T H | L E P | B I L | E S L | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASTRO, HECTOR EDUARDO | 632861296 | 23040 | 1 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GARCIA, JULIO ADRIAN | 637865554 | 23069 | 1 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GUTIERREZ, MELINA = | 640867204 | 23084 | | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| LUNA, MARIVELLA CYLESTE | 628868056 | 23241 | | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| MARTINEZ, SAVANNAH MARIE | 635847758 | 24239 | | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| RABAGO GRANADOS, JOSUE ROBERTO | 631804592 | 21324 | | M | H | 1 | 3 | 0 | 1 | 6 | 1 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| RODRIGUEZ, DIEGO EDUARDO | 638865111 | 23125 | | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| ROMO, DANIEL = | 645843063 | 23133 | | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| SMITH, DEREK ANTHONY | 631887316 | 23188 | | M | H | 0 | 0 | 0 | 1 | 6 | 0 | 98 | 3 | 0 | 0 | 0 | 0 | 0 |

Total BIL Students for Grade 01:    9

Total LEP/BIL/ESL Students for Grade 01:    9

```
>C029                           P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W              Thursday 04/01/2010  3:13PM
'.0.1.1'                                         LEP/BIL/ESL Student Roster by Grade                                  Page 2 of 4
*  *  *    CONFIDENTIAL    *  *  *                        2009 - 2010 Fall Collection
```

Filename: F201023290 3
District: 232903 - UVALDE CISD
Campus:   232903103 - ROBB EL
Grade:    02

| Student Name | Student ID | Local ID | G S E X | G R D | E T H | S E X | T I T L E | E L I G B L E | M S | E | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALANIZ, GABRIAL LOUIS | 642786669 | 22563 | | M | H | 0 | 3 | 0 | | 1 | 6 | 0 | 98 | 3 | 1 | 0 | 0 | 0 | 0 | |
| ARELLANO, YESENIA ESMERALDA | 524078980 | 23202 | | F | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 | |
| BUENO, UZZIEL UGO | 631808978 | 25026 | | M | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 | |
| CADENA, LAUREL IIONA AGUSTE | 641780180 | 22501 | | F | H | 0 | 3 | 0 | | 1 | 6 | 0 | 98 | 3 | 1 | 0 | 0 | 0 | 0 | |
| CARDENAS, ZAYELLY GUADALUPE | 628807641 | 22386 | | F | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 | |
| CASTILLO, AGUSTIN = | 636823876 | 21883 | | M | H | 0 | 3 | 0 | | 1 | 6 | 0 | 98 | D | 0 | 1 | 0 | 0 | 0 | |
| GARCIA, JAVIEL = | 634741259 | 22526 | 1 | M | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 | |
| GARCIA, LARYSSA = | 636828015 | 22512 | | F | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 | |
| GRANADOS, ADRIAN LIMON | 636803043 | 22080 | | M | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 | |
| HERNANDEZ, KAYLA AALIYAH | 642787399 | 22710 | | F | H | 0 | 3 | 0 | | 1 | 6 | 0 | 98 | 3 | 1 | 0 | 0 | 0 | 0 | |
| JUAREZ, YUMARA JAZMINE | 635782508 | 22300 | | F | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 | |
| MARTINEZ, JANIE AMANDA | 632808036 | 21922 | | F | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 | |
| MONSIVAIS, BRIAN ANTHONY | 640764940 | 23351 | | M | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 | |
| OCHOA, SARAI ADIEL | 632822339 | 24426 | | F | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 | |
| RIVERA, ANDREA ABIGAIL | 636805747 | 22740 | | F | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 | |

Total BIL Students for Grade 02:   15

Total LEP/BIL/ESL Students for Grade 02:   15

```
SC029                                P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W           Thursday 04/01/2010  3:13PM
0.1.1                                           LEP/BIL/ESL Student Roster by Grade                                       Page 3 of 4
                                                       2009 - 2010 Fall Collection

*  *  *    C O N F I D E N T I A L    *  *  *

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903103 - ROBB EL
Grade:    03
```

| Student Name | Student ID | Local ID | SEX | GEN NXT | ETHP | EL MEL | BES L | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CANO, JULISSA MARIE | 640746118 | 21438 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| CARDOZA, PRISCILA = | 633743735 | 21439 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| FIGUEROA SILVA, NATHALIA = | 597683329 | 22848 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GARZA, BARBARA GISELLE | 643762481 | 21459 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 1 |
| GRANADOS, CESAR TORRES | 641741828 | 21596 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GUERRA, CASSANDRA = | 644723274 | 21932 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| LEIJA, ENRIQUE = | 637762399 | 21740 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| LUNA, ANTHONY LEE | 630687575 | 22722 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| MENDOZA, ANDREA SAN JUANITA | 629764650 | 24240 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| REYES, ERIK LEE | 628689601 | 19453 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| RODRIGUEZ, DANIELA = | 628749142 | 21525 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| RUEDAS, JOSE HUMBERTO L | 643728300 | 21160 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| SILVA, CHRISTOPHER GEORGE DELGADO | 637747811 | 21621 | M | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| VAZQUEZ, CALISSA ANALYSE | 632747666 | 21965 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| YANEZ, PAMELA = | 642747616 | 00004 | F | H | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |

```
Total BIL Students for Grade 03:      15

Total LEP/BIL/ESL Students for Grade 03:    15
```

```
>Sc029                    P E I M S   E D I T +  R E P O R T S   D A T A   R E V I E W           Thursday 04/01/2010   3:13PM
v 0.1.1                              LEP/BIL/ESL Student Roster by Grade                                      Page 4 of 4
                                             2009 - 2010 Fall Collection

* * *  CONFIDENTIAL  * * *

Filename:  F20102329O3
District:  232903 - UVALDE CISD
Campus:    232903103 - ROBB EL
Grade:     04
```

| Student Name | Student ID | Local ID | Gen | Eth | Sxh | Elp | LsL | BEm | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALANIZ, JACOB R | 636686316 | 20525 | M | H | : | 0 | 3 | 0 | 1 | 6 | 0 | 98 | 3 | 0 | 0 | 0 | 0 | 0 |
| CARDOZA, MICHAEL SEBASTIAN | 632700548 | 20545 | M | H | 1 | 0 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| CASTILLO, DARIELA MARLENE BARBOZA | 638706094 | 20543 | F | H | 1 | 0 | 3 | 0 | 1 | 6 | 0 | 01 | D | 0 | 0 | 0 | 0 | 0 |
| COBOS, DAVID EDUARDO | 628729322 | 21649 | M | H | 0 | 0 | 3 | 0 | 1 | 6 | 0 | 98 | 3 | 0 | 0 | 0 | 0 | 1 |
| CONTRERAS, CERINA RHAE | 632700547 | 24103 | F | H | 0 | 0 | 3 | 0 | 1 | 6 | 0 | 98 | 3 | 0 | 0 | 0 | 0 | 0 |
| DELGADO, BRENDA SARAHI | 638720423 | 20555 | F | H | 1 | 0 | 3 | 0 | 1 | 6 | 0 | 01 | D | 0 | 0 | 0 | 0 | 0 |
| ENAMORADO, JEFFERSON ALEXANDER | 524078991 | 24058 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| FIGUEROA SILVA, LIZANDRA JEANINE | 598642588 | 22849 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GONZALEZ, AGUSTIN = | 648200529 | 20715 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GRACIA, ANTHONY JACOB | 474351106 | 19496 | M | H | 0 | 3 | 0 | 6 | 1 | 6 | 0 | 98 | 3 | 0 | 0 | 0 | 0 | 0 |
| HERMOSILLO, BRIANNA KYLENE | 649187813 | 22761 | F | H | 0 | 3 | 0 | 0 | 1 | 6 | 0 | 98 | 3 | 0 | 0 | 0 | 0 | 0 |
| HERNANDEZ, HALEY KRISTINE | 671091482 | 20584 | F | H | 0 | 3 | 0 | 0 | 1 | 6 | 0 | 98 | 3 | 1 | 0 | 0 | 0 | 0 |
| LUNA, NATHANIEL G | 638720434 | 20752 | M | W | 0 | 3 | 0 | 0 | 1 | 6 | 1 | 98 | 3 | 0 | 0 | 0 | 0 | 0 |
| MATTIE, MADISON NICOLE | 633700712 | 20756 | F | W | 0 | 3 | 0 | 0 | 1 | 6 | 0 | 98 | 3 | 0 | 0 | 0 | 0 | 1 |
| MENDOZA, CARYSSA LYNDA | 632724634 | 20761 | F | H | 0 | 3 | 0 | 0 | 1 | 6 | 0 | 98 | 3 | 0 | 0 | 0 | 0 | 1 |
| PAGAN-ALVAREZ, MARIA CRISTINA | 599660696 | 24045 | F | H | 0 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| SILVA, CASSANDRA = | 372258595 | 20820 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 0 | 0 | 0 | 0 | 1 |
| WATSON, MADISON ELAINE | 642700117 | 20836 | F | H | 0 | 3 | 0 | 0 | 1 | 6 | 0 | 98 | 3 | 0 | 0 | 0 | 0 | 1 |
| WOOTON, SOPHIE MC KAYE | 515380262 | 23616 | F | W | 0 | 3 | 0 | 0 | 1 | 6 | 0 | 98 | 3 | 0 | 0 | 0 | 0 | 1 |

```
Total BIL Students for Grade 04:        19

Total LEP/BIL/ESL Students for Grade 04:   19

Total LEP/BIL/ESL Students for All Grades:  58
```