```
PRF5Q29                    * * *  CONFIDENTIAL  * * *           P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W        Thursday 04/01/2010  3:13PM
V 0.2.1                                                              LEP/BIL/ESL Student Roster by Grade                                    Page 1 of 2
Filename: F201023290                                                      2009 - 2010 Fall Collection
District: 232903 - UVALDE CISD
Campus:   232903109 - FLORES EL
Grade:    05
```

| Student Name | Student ID | Local ID | Gen | Eth | Sex | LEP | Bil | ESL | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GUERRA, YSABEL = | 627626981 | 18984 | F | H | 1 | 1 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| MARTINEZ, AURORA MARIBEL | 635603385 | 21357 | F | H | 1 | 1 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| RIVERA, RICARDO = | 636660341 | 00003 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| RODRIGUEZ, JONATHAN = | 645663031 | 19747 | M | H | 1 | 1 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| RODRIGUEZ, NATHALY ALEJANDRA | 630626462 | 17933 | F | H | 1 | 1 | 0 | 0 | 1 | 6 | 1 | 01 | C | 1 | 0 | 0 | 0 | 0 |
| VELASQUEZ, SALMA SARAI | 642640635 | 19682 | F | H | 1 | 1 | 0 | 0 | 1 | 6 | 0 | 01 | C | 1 | 0 | 0 | 0 | 0 |

Total LEP Students for Grade 05:   6

| BANDA, LISETTE VILLASANA | 638623965 | 18783 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| BLANCO, JULISSA = | 638601258 | 18868 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| CASTILLO, CHRISTOPHER JAMES | 628644021 | 18871 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| FERNANDEZ, MARTIN EDUARDO | 524078950 | 21358 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GALLARDO, AUSTIN BRYAN | 640696967 | 20091 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GARZA, EZEQUIEL ISAI | 634741615 | 18302 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 98 | D | 1 | 0 | 0 | 0 | 0 |
| GARZA, JAVIER = | 630688315 | 19795 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GAVIRIO, GERARDO = | 524078990 | 24117 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GAZCA, MAXIMILIANO = | 641640772 | 20119 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 1 | 01 | D | 0 | 0 | 0 | 0 | 0 |
| GONZALEZ, ALONDRA = | 607136530 | 22792 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GUZMAN, JOSSLYN RAE | 631669018 | 19730 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| IVES, CAMERON PHILLIP | 637668852 | 22566 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 98 | D | 0 | 0 | 0 | 0 | 0 |
| LARA, ANSELMO = | 631647507 | 18919 | M | H | 1 | 1 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| LOPEZ, BRENDA VIRGINIA | 645663931 | 22999 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 98 | D | 0 | 0 | 0 | 0 | 0 |
| MALDONADO, ASHLEY MARIE | 637661601 | 19680 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| MALDONADO, MARIO ALBERTO | 642648435 | 20320 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| MARTINEZ, YAJAIRA MARLIZA | 630606200 | 20202 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 98 | D | 0 | 0 | 0 | 0 | 0 |
| MUNOZ, ROLANDO IVAN | 635624594 | 18934 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| ONOFRE, YASMEEN GUADALUPE | 634601912 | 19356 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| PEREZ, EDUARDO = | 632680037 | 21945 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 98 | D | 1 | 0 | 0 | 0 | 0 |
| PICKENS, FARRAH GWENDOLYN | 629648884 | 19851 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 0 | 0 | 0 | 0 | 0 |
| RIVERA, CRYSTAL = | 629680984 | 19940 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 98 | D | 1 | 0 | 0 | 0 | 0 |
| RIVERA, MADELIN = | 637604403 | 23532 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| RODRIGUEZ, ALEXSANDER ADRIEL | 636642471 | 19829 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| RODRIGUEZ, DAVID ISAIAH | 593797713 | 19831 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 0 | 0 | 0 | 1 | 0 |

Total BIL Students for Grade 05:   25

Total LEP/BIL/ESL Students for Grade 05:   31

```
5C029                                    P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W              Thursday 04/01/2010   3:13PM
V 0.1.1                                           LEP/BIL/ESL Student Roster by Grade                                           Page 2 of 2
                                                          2009 - 2010 Fall Collection

* * *   CONFIDENTIAL   * * *

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903109 - FLORES EL
Grade:    06
```

| Student Name | Student ID | Local ID | Gen | Eth | SpEd | LEP | Bil | ESL | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALVAREZ, CRISTIAN OMAR | 629605177 | 19236 | M | H | 1 | 0 | 0 | 1 | 1 | 6 | 0 | 01 | C | 1 | 0 | 0 | 0 | 0 |
| DE LEON, ABIGAIL ITATY | 642547662 | 17648 | F | H | 1 | 0 | 0 | 1 | 1 | 6 | 0 | 01 | C | 1 | 0 | 0 | 0 | 0 |
| GARCIA, JARED = | 639586712 | 18043 | M | H | 1 | 0 | 0 | 0 | 1 | 6 | 0 | 01 | C | 1 | 0 | 0 | 0 | 0 |
| GONZALEZ, GLENDA LIZZETT | 631589367 | 24250 | F | H | 1 | 0 | 0 | 0 | 1 | 6 | 0 | 01 | C | 1 | 0 | 1 | 0 | 0 |
| HERNANDEZ, ARELI R | 634582416 | 18095 | F | H | 1 | 0 | 0 | 0 | 1 | 6 | 0 | 01 | C | 1 | 0 | 0 | 0 | 0 |

Total LEP Students for Grade 06:  5

| Student Name | Student ID | Local ID | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALVAREZ-VELEZ, ADRIANA MICHELLE | 599580367 | 24012 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| BUENO, ALEXIS CONSUELO | 642601391 | 19028 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| CORDOVA, XANDRA BUENO | 629605160 | 19029 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| CRUZ, JORGE = | 644560015 | 19362 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 1 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GONZALEZ, MIGUEL ALEJANDRO | 632587328 | 18695 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| LEIJA, HECTOR GERARDO | 644584736 | 18989 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| ORTIZ, ALEJANDRA = | 638621437 | 18995 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| VALDEZ, ELI = | 644625685 | 19215 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 1 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| VARELA, MIGUEL ANGEL | 636609043 | 24965 | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |

Total BIL Students for Grade 06:  9

Total LEP/BIL/ESL Students for Grade 06: 14

Total LEP/BIL/ESL Students for All Grades: 45