```
PRF5C029                    P E I M S   E D I T +  R E P O R T S   D A T A   R E V I E W              Thursday 04/01/2010  3:13PM
V 0.1                              LEP/BIL/ESL Student Roster by Grade                                              Page 1 of 2
 * * *  CONFIDENTIAL  * * *              2009 - 2010 Fall Collection

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903044 - UVALDE J H
Grade:    07

                                          G  S                              Home   Parent   At
Student Name            Student ID  Local ID  E  E  E  L  B  E  ADA           Spec  Lang   Perm    Risk  Immig  Mig  CTE  GT
                                          N  X  T  P  I  S  Elig  Title I  Ed
---------------------------------------------------------------------------------------------------------------------------------
CANO, DIANA HERRERA     637587748    17517  F  H  1  0  0  0  1      6       1     01       C       1      0     0    0    0
CANTU, KIMBERLY =       636580428    17999  F  H  1  0  0  0  1      6       0     01       C       1      0     0    0    0

Total LEP Students for Grade 07:  2

BENTLEY, DELROY ALEC    638485946    22693  M  H  1  0  3  3  1      6       0     01       B       1      0     0    0    0
CAHUE, JOHN ANTHONY     633527358    17968  M  H  1  0  3  3  1      6       0     01       B       1      0     0    0    0
CERVANTES, EFRAIN PARRA 640025210    20636  M  H  1  0  3  3  1      6       1     01       B       1      0     0    0    0
COLIN, DIEGO ALONZO     474333184    19269  M  H  1  0  3  3  1      6       0     01       B       1      0     1    0    0
ESCAMILLA, EDGAR =      638547230    18019  M  H  1  0  3  3  1      6       1     01       B       1      0     0    0    0
GARCIA, SAMUEL =        644483900    18584  M  H  1  0  3  3  1      6       1     01       B       1      0     1    0    0
GONZALEZ, AGUSTIN =     770704349    24023  M  H  1  0  3  3  1      6       0     01       B       1      0     0    0    0
HERNANDEZ, ERIC =       635485916    17349  M  H  1  0  3  3  1      6       0     01       B       1      0     0    0    0
HERNANDEZ-BLANCO, LUIS ANGEL 634628866 20946 M H 1 0 3 3 1       6       0     01       B       1      0     0    0    0
IBARRA, STEPHANIE HILL  634503908    16065  F  H  1  0  3  3  1      6       1     01       B       1      0     0    0    0
JIMENEZ, JENNIFER =     397158720    20086  F  H  1  0  3  3  1      6       0     01       B       1      0     0    0    0
MARTINEZ, LESLIE =      641561886    21978  F  H  1  0  3  3  1      6       0     01       B       1      0     1    0    0
MENDEZ, ABIGAIL MORENO  524078975    22897  F  H  1  0  3  3  1      6       0     01       B       1      0     0    0    0
MUNOZ, KEPLER MORENO    634565015    18158  M  H  1  0  3  3  1      6       0     01       B       1      0     1    0    0
PAGAN-ALVAREZ, DAISY EDNA 595566603  24010  F  H  1  0  3  3  1      6       1     01       B       1      0     0    0    0
RAMOS, DIVAD =          644523145    17954  M  H  1  0  3  3  1      6       1     01       B       1      0     0    0    0
RODRIGUEZ, TANISHA NICOLE 634502727  17279  F  H  1  0  3  3  1      6       0     01       B       1      0     0    0    0
SALAS, MIREYA JANETT    628569398    18209  F  H  1  0  3  3  1      6       0     01       B       1      0     0    0    0
SANDOVAL, MARY JANE O   633526424    17285  F  H  1  0  3  3  1      6       0     01       B       1      0     0    0    0

Total ESL Students for Grade 07: 19

Total LEP/BIL/ESL Students for Grade 07:  21
```

```
* * *  CONFIDENTIAL  * * *           P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W           Thursday 04/01/2010   3:13PM
Filename: F20102332903                              LEP/BIL/ESL Student Roster by Grade                       Page 2 of 2
District: 232903                                         2009 - 2010 Fall Collection
Campus:   232903 - UVALDE CISD
          232903044 - UVALDE J H
Grade:    08
```

| Student Name | Student ID | Local ID | Gen | Eth | Sem | ELP | BIL | ESL | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MARTINEZ, ALEJANDRO = | 633467523 | 16353 | M | H | 1 | 0 | 0 | 1 | 1 | 6 | 1 | 01 | C | 1 | 0 | 0 | 0 | 0 |

Total LEP Students for Grade 08: 1

| Student Name | Student ID | Local ID | Gen | Eth | Sem | ELP | BIL | ESL | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOTELLO, TRINIDAD = | 632505646 | 16057 | M | H | 1 | 1 | 0 | 3 | 1 | 6 | 0 | 01 | B | 1 | 0 | 0 | 1 | 0 |
| FLORES, CRISTIAN DELMAR | 639509913 | 18427 | M | H | 1 | 1 | 0 | 3 | 1 | 6 | 0 | 01 | B | 1 | 0 | 0 | 0 | 0 |
| FLORES, MARIO ORLANDO | 634503902 | 24895 | M | H | 1 | 1 | 0 | 3 | 1 | 6 | 0 | 01 | B | 1 | 0 | 0 | 0 | 0 |
| GONZALEZ, ANA KARINA | 770704347 | 24041 | F | H | 1 | 1 | 0 | 3 | 1 | 6 | 0 | 01 | B | 1 | 0 | 0 | 0 | 0 |
| HINOJOSA, JUAN PATRICIO | 640527561 | 17963 | M | H | 1 | 1 | 0 | 3 | 1 | 6 | 0 | 01 | B | 1 | 0 | 0 | 0 | 0 |
| MARTINEZ, DAVID = | 635488031 | 21979 | M | H | 1 | 1 | 0 | 3 | 1 | 6 | 0 | 01 | B | 1 | 0 | 0 | 0 | 0 |
| MENDOZA, RODRIGO = | 640528241 | 23564 | M | H | 1 | 1 | 0 | 3 | 1 | 6 | 1 | 01 | B | 1 | 0 | 0 | 0 | 0 |
| PAGAN, JESSICA MARIE | 347922049 | 24038 | F | H | 1 | 1 | 0 | 3 | 1 | 6 | 0 | 01 | B | 1 | 0 | 0 | 0 | 0 |
| RAMIREZ, MORIAH SARAI | 635467184 | 16461 | F | H | 1 | 1 | 0 | 3 | 1 | 6 | 0 | 01 | B | 1 | 0 | 0 | 0 | 0 |
| RIVERA, FIDEL ANTONIO | 641428684 | 16245 | M | H | 1 | 1 | 0 | 3 | 1 | 6 | 0 | 01 | B | 1 | 1 | 0 | 0 | 0 |
| SALDANA, KAYLA = | 642461140 | 23529 | F | H | 1 | 1 | 0 | 3 | 1 | 6 | 0 | 01 | B | 1 | 0 | 0 | 0 | 0 |
| SANDOVAL, MARGARITA = | 325925197 | 24389 | F | H | 1 | 1 | 0 | 3 | 1 | 6 | 0 | 01 | B | 1 | 0 | 1 | 1 | 0 |
| TERRAZAS, ALEXIS MERCEDES | 640528252 | 17585 | F | H | 1 | 1 | 0 | 3 | 1 | 6 | 0 | 01 | B | 1 | 0 | 0 | 0 | 0 |
| TORRES, NATLIE NICOLE B | 638486417 | 16336 | F | H | 1 | 1 | 0 | 3 | 1 | 6 | 0 | 01 | B | 1 | 0 | 1 | 0 | 0 |
| VELASQUEZ, ANDIE NICOLE | 627500687 | 17001 | F | H | 1 | 1 | 0 | 3 | 1 | 6 | 0 | 01 | B | 1 | 0 | 0 | 0 | 0 |

Total ESL Students for Grade 08: 15

Total LEP/BIL/ESL Students for Grade 08: 16

Total LEP/BIL/ESL Students for All Grades: 37