```
PRF5C029                                    P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W              Thursday 04/01/2010  3:13PM
V. 0.17                                                LEP/BIL/ESL Student Roster by Grade                                      Page 1 of 4
                                                           2009 - 2010 Fall Collection
*** CONFIDENTIAL ***

Filename: F20101232903
District: 232903 - UVALDE CISD
Campus:   232903001 - UVALDE H S
Grade:    09
```

| Student Name | Student ID | Local ID | Gen | Eth | Sem Mbr | LEP BIL ESL | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALVAREZ, SILVESTRE GARCIA | 633467522 | 16262 | M | H | 1 | 0 | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| ARELLANO, THALIA = | 635424012 | 15890 | F | H | 1 | 2 | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 0 | 0 |
| BALDERAS, ESMEREJILDO = | 634260428 | 15701 | M | H | 1 | 2 | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 0 | 0 |
| BLANCO, BRANDON LEE | 642442095 | 16272 | M | H | 1 | 0 | 1 | 6 | 0 | 01 | F | 1 | 0 | 1 | 1 | 0 |
| CAHUE, ROSAMARIA = | 350902786 | 20244 | F | H | 1 | 2 | 1 | 6 | 0 | 01 | F | 1 | 1 | 0 | 0 | 0 |
| CAMACHO, IVAN = | 627443694 | 15761 | M | H | 1 | 2 | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| CASTILLO, KAREN V | 628461293 | 21166 | F | H | 1 | 0 | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 0 | 0 |
| CORONADO, CHRISTIAN GARCIA | 633429356 | 15526 | M | H | 1 | 2 | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| FLORES, JESUS ALFONSO | 633468100 | 16311 | M | H | 1 | 2 | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 0 | 0 |
| FLORES, KAREN LIZETH | 633447573 | 24841 | F | H | 1 | 2 | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| HERRERA, EVA GUZMAN | 614665891 | 24966 | F | H | 1 | 2 | 1 | 6 | 0 | 01 | F | 1 | 0 | 1 | 0 | 0 |
| LEIJA, GUADALUPE = | 645462882 | 14211 | M | H | 1 | 2 | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| LOPEZ, MARGARITO = | 637424884 | 15434 | 1 M | H | 1 | 2 | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| LUGO, JENNIFER G | 627428944 | 15435 | F | H | 1 | 0 | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| MENDOZA, JESUS RAMON | 635440328 | 23565 | M | H | 1 | 2 | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 0 | 0 |
| TORRES, SELENA ANITA | 643406362 | 15770 | F | H | 1 | 0 | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 0 | 0 |

Total ESL Students for Grade 09:  16

Total LEP/BIL/ESL Students for Grade 09:  16

```
*PRF5C029                              P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W            Thursday 04/01/2010  3:13PM
V 0.1.1                                              LEP/BIL/ESL Student Roster by Grade                                    Page 2 of 4
* * *    CONFIDENTIAL    * * *                                2009 - 2010 Fall Collection

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903001 - UVALDE H S
Grade:    10
```

| Student Name | Student ID | Local ID | Gen Sex | Eth Nic | LEP | BIL | ESL | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARELLANO, MICHAEL ANGELO | 638363953 | 14417 | M | H | 1 | 0 | 2 | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| GARCIA, BENITO | 634609777 | 16224 | M | H | 1 | 0 | 2 | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 0 | 0 |
| GARZA, JUAN FIDENCIO | 637387342 | 15405 | M | H | 1 | 0 | 2 | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 0 | 0 |
| MEDINA, MARIO ALBERTO | 627428942 | 19301 | M | H | 1 | 0 | 2 | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| MONTES, NICOLAS DURAN | 594493264 | 24416 | M | H | 1 | 0 | 2 | 1 | 6 | 0 | 01 | F | 1 | 0 | 1 | 0 | 0 |
| MUNOZ, MARIA DEL CARMEN | 631326972 | 14077 | F | H | 1 | 0 | 2 | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 2 | 0 |
| RAMIREZ, ESTRELLA BIANCA | 62740 554 | 15467 | F | H | 1 | 0 | 2 | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 0 | 0 |
| RODRIGUEZ, MIGUEL ALBERTO HERNANDEZ | 639325164 | 14684 | M | H | 1 | 0 | 2 | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| VEGA, ADRIAN CORONADO | 628344859 | 15692 | M | H | 1 | 0 | 2 | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| VILLASANA, SONYA | 640365111 | 14097 | F | H | 1 | 0 | 2 | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 0 | 0 |

Total LEP/BIL/ESL Students for Grade 10: 10

Total ESL Students for Grade 10: 10

PRF5E029
V 0.1.1

P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W
LEP/BIL/ESL Student Roster by Grade
2009 - 2010 Fall Collection

Thursday 04/01/2010   3:13PM
Page 3 of 4

\*\*\* CONFIDENTIAL \*\*\*

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus: 232903001 - UVALDE H S
Grade: 11

| Student Name | Student ID | Local ID | Sex | Gen Ethx | ESL | BIL | EMPL | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALVAREZ, JESUS GARCIA | 641349850 | 14296 | M | H | 1 | 0 | 2 | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| ALVAREZ, JUAN JOSE | 639368765 | 14415 | M | H | 1 | 0 | 2 | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| BANDA, JULIO VILLASANA | 633364450 | 15272 | M | H | 1 | 0 | 2 | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| GAMEZ, JENNIFER = | 628344863 | 15980 | F | H | 1 | 0 | 2 | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| GAMEZ, JONATHAN = | 628344864 | 15981 | M | H | 1 | 0 | 2 | 1 | 6 | 0 | 01 | F | 1 | 0 | 1 | 0 | 0 |
| HERNANDEZ, MIGUEL ANGEL | 628284011 | 13093 | M | H | 1 | 0 | 2 | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| HINOJOSA, BENJAMIN = | 644344687 | 14160 | M | H | 1 | 0 | 2 | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| MARTINEZ, CHRISTOPHER = | 639289792 | 13706 | M | H | 1 | 0 | 2 | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 0 | 0 |
| MUNOZ, BIANCA = | 640365108 | 14509 | F | H | 1 | 0 | 2 | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| OLIVAREZ, JONATHAN = | 632301277 | 13714 | M | H | 1 | 0 | 2 | 1 | 6 | 1 | 01 | F | 1 | 0 | 1 | 1 | 0 |
| PEREZ, JOSHUA R | 644346391 | 14516 | M | H | 1 | 0 | 2 | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 1 | 0 |
| RAMON, NATASHA MARIE | 641349491 | 14518 | F | H | 1 | 0 | 2 | 1 | 6 | 1 | 01 | F | 1 | 0 | 0 | 0 | 0 |
| RODRIGUEZ, KARLOS USVALDO | 639302602 | 13729 | M | H | 1 | 0 | 2 | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 0 | 0 |
| TORRES, ANA LAURA M | 524072931 | 20494 | F | H | 1 | 0 | 2 | 1 | 6 | 0 | 01 | F | 1 | 0 | 1 | 0 | 0 |
| ZAMORA, CARLOS = | 635301678 | 15645 | M | H | 1 | 0 | 2 | 1 | 6 | 0 | 01 | F | 1 | 0 | 0 | 0 | 0 |

Total ESL Students for Grade 11:  15

Total LEP/BIL/ESL Students for Grade 11:  15

```
PRFSC029                    P E I M S   E D I T +  R E P O R T S   D A T A   R E V I E W        Thursday 04/01/2010   3:13PM
V 0.1.1                                    LEP/BIL/ESL Student Roster by Grade                              Page 4 of 4
                                                    2009 - 2010 Fall Collection

* * *  CONFIDENTIAL  * * *

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903001 - UVALDE H S
Grade:    12
                                        G S       E
                                        E E   S L M
                                        N T   H P E  ADA                  Home  Parent At
Student Name           Student ID Local ID X H E L S Elig Title I Spec Ed Lang  Perm   Risk Immig Mig CTE GT
AGUIRRE, LOUIS =        638321331  21036   M H 1 0 2   1    6       0      01    F      1     0    1   2   0
ALVARADO, ROBERTO =     633445744  19167   M H 1 0 2   1    6       0      01    F      1     0    0   2   0
FERNANDEZ, MARIA NANCY  642587466  15077   F H 1 0 2   1    6       0      01    F      1     0    0   0   0
HERNANDEZ, SALENA MICHELLE 638306387 13409 F H 1 0 2   1    6       0      01    F      1     0    0   1   0
MARTINEZ, ABRAHAM LUNA  631326976  13425   M H 1 0 2        6       0      01    F      1     0    0   2   0
RODRIGUEZ, DIEGO =      642303800  16976   M H 1 0 2   1    6       1      01    F      1     0    0   2   0
TORRES, MAYRA =         631263136  14409   F H 1 0 2   1    6       0      01    F      1     0    0   3   0
VIRAMONTES, ISMAEL =    631280126  14935   M H 1 0 2   1    6       1      01    F      1     0    1   2   0

Total ESL Students for Grade 12:     8

Total LEP/BIL/ESL Students for Grade 12:   8

Total LEP/BIL/ESL Students for All Grades: 49
```