```
PRF5C029                     P E I M S  E D I T +  R E P O R T S  D A T A  R E V I E W              Thursday 04/01/2010  3:13PM
V 0.1.1                                    LEP/BIL/ESL Student Roster by Grade                              Page 1 of 5
* * *  CONFIDENTIAL  * * *                       2009 - 2010 Fall Collection

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903108 - BATESVILLE SCHOOL
Grade:    01
```

| Student Name | Student ID | Local ID | G E N X | S E X | E T H | S P L | L E P | B I L | E S L | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUELLAR, ALYZEA MARIE | 632863453 | 23434 | | F | H | 1 | 3 | 0 | | 1 | 6 | 0 | 01 | D | 1 | 0 | 1 | 0 | 0 |
| GARCIA, YARAVY ANAY | 633866408 | 23521 | | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| NAJERA, HECTOR MANUEL | 630865073 | 23544 | | M | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| RODRIGUEZ, HILARIO = | 630888898 | 23317 | 5 | M | H | 1 | 3 | 0 | 0 | | | 0 | | D | | 0 | 0 | 0 | 0 |
| SANCHEZ-SANCHEZ, DARLYN YAHAIRA | 733186214 | 25044 | | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |

Total BIL Students for Grade 01:  5

Total LEP/BIL/ESL Students for Grade 01:  5

\*\*\* CONFIDENTIAL \*\*\*

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus: 232903108 - BATESVILLE SCHOOL
Grade: 02

P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W
LEP/BIL/ESL Student Roster by Grade
2009 - 2010 Fall Collection

Thursday 04/01/2010  3:13PM
Page 2 of 5

| Student Name | Student ID | Local ID | Sex | Gen Ext | Elem Tit | LEP | BIL/ESL | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ROBLES, JESSE JAYMEZ | 634828367 | 23435 | M | | 1 | 0 | 0 | 1 | 6 | 0 | 01 | C | 1 | 0 | 0 | 0 | 1 |

Total LEP Students for Grade 02: 1

| GALINDO, MADISON MARIE | 634800449 | 23321 | F | | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | |
| RIOS, RIO G | 634808103 | 22267 | M | | 1 | 3 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | |

Total BIL Students for Grade 02: 2

Total LEP/BIL/ESL Students for Grade 02: 3

PRE5C029
v 0.1.1

P E I M S   E D I T +   R E P O R T S   D A T A   R E V I E W
LEP/BIL/ESL Student Roster by Grade
2009 - 2010 Fall Collection

Thursday 04/01/2010   3:13PM
Page 3 of 5

**\* \* \* CONFIDENTIAL \* \* \***

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus: 232903108 - BATESVILLE SCHOOL
Grade: 03

| Student Name | Student ID | Local ID | Sex | Eth | G M T X | S E T H P L | E L L | B I L | E S L | ADA Elig | Title I | Spec Ed | Home Lang | Parent Perm | At Risk | Immig | Mig | CTE | GT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GARCIA, MONTOYA NOEL | 633748756 | 21836 | M | H | 1 | 0 | 0 | 1 | | 1 | 6 | 0 | 01 | C | 1 | 0 | 0 | 0 | 0 |
| VELA, ANGEL RAY | 638729907 | 21837 | M | H | 1 | 0 | 0 | | 1 | 1 | 6 | 1 | 01 | C | 1 | 0 | 0 | 0 | 0 |

Total LEP Students for Grade 03: 2

| BAZAN, ROBERT AARON | 634741271 | 21714 | M | H | 1 | 3 | 0 | | | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |

Total BIL Students for Grade 03: 1

Total LEP/BIL/ESL Students for Grade 03: 3

```
RF5C029                       P E I M S  E D I T +  R E P O R T S  D A T A  R E V I E W              Thursday 04/01/2010  3:13PM
V 0.1.1                              LEP/BIL/ESL Student Roster by Grade                                       Page 4 of 5
                                            2009 - 2010 Fall Collection

* * *   CONFIDENTIAL   * * *

Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903108 - BATESVILLE SCHOOL

Grade:   04
                                                G  S  E  L  B  E
                                                E  T  T  E  I  S
                                                N  E  H  P  L  L                   Home    Parent   At
Student Name                Student ID   Local ID  X  H  N  .  .  . ADA  Title I Spec Ed  Lang    Perm    Risk   Immig   Mig   CTE   GT
                                                                      Elig
CAMPOS, CHRISTIAN NOE       638728520    20446     M  H  1  0  0  1   6       1    01      C       1       0      0      0     0

Total LEP Students for Grade 04:       1

Total LEP/BIL/ESL Students for Grade 04:   1
```

```
*RF5C029                                                                                                                  Thursday 04/01/2010   3:13PM
V 0.1.1                            P E I M S   E D I T + R E P O R T S   D A T A   R E V I E W                                       Page 5 of 5
* * *   CONFIDENTIAL   * * *                       LEP/BIL/ESL Student Roster by Grade
                                                          2009 - 2010 Fall Collection
Filename: F2010232903
District: 232903 - UVALDE CISD
Campus:   232903108 - BATESVILLE SCHOOL
Grade:    05
```

|   |   |   |   | G | S | E | L | B |   |         |         |      |       |        |      |      |     |
| Student Name | Student ID | Local ID | N | e | E | E | E | I | ADA |         |         | Home | Parent | At   |      |     |     |
|              |            |          | X | n | T | P | P | L | Elig | Title I | Spec Ed | Lang | Perm | Risk | Immig | Mig | CTE | GT |
| MARTINEZ, ADONIS = | 642662481 | 20935 | M | H | 1 | 1 | 0 | 0 | 1 | 6 | 0 | 01 | C | 1 | 0 | 0 | 0 | 0 |
| MARTINEZ, ELI = | 639662437 | 20096 | M | H | 1 | 1 | 0 | 0 | 1 | 6 | 1 | 01 | C | 1 | 0 | 0 | 0 | 0 |

Total LEP Students for Grade 05:   2

| BAZAN, KYARA ASHLEY | 629649923 | 19816 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |
| GARCIA, VEOMARA MARIE | 645640114 | 20002 | F | H | 1 | 3 | 0 | 0 | 1 | 6 | 0 | 01 | D | 1 | 0 | 0 | 0 | 0 |

Total BIL Students for Grade 05:   2

Total LEP/BIL/ESL Students for Grade 05:   4

Total LEP/BIL/ESL Students for All Grades: 16