## Items 16 and 17

- Number and Percentages of students by race/ethnicity and LEP status of the Top 10 Graduating Seniors

    2010 – not available until after the end of the fifth six weeks
    2009 – final

- Number and percentages of students by race/ethnicity and LEP status for the top 10% of the junior and the senior class

    2010 – not available until after the end of the 5th six weeks
    2009 - final

## 2009 Top 10 Graduates

| | |
|---|---|
| Hispanic – 4 | 40% |
| White – 6 | 60% |
| LEP – 0 | 0% |
| Non-LEP – 10 | 100% |

## 2009 Top 10%

### Juniors – 37

| | |
|---|---|
| Hispanic – 19 | 51% |
| White – 12 | 32% |
| Asian – 4 | 11% |
| LEP – 0 | 0% |
| Non-LEP – 37 | 100% |

### Seniors – 37

| | |
|---|---|
| Hispanic – 19 | 51% |
| White – 17 | 46% |
| African American – 1 | 3% |
| LEP – 0 | 0% |
| Non-LEP – 37 | 100% |