# #18
# Wavers and Exceptions
# 2009-2010

#18 – Uvalde C.I.S.D. did not file for any waivers or exceptions for the 2009-2010 school year.