**Item 21**

# Enrollments in Pre AP and AP Courses 7-12

Pre AP/ AP Enrollments
09-10

| Course | # of Students | Am. Indian | Asian | Black | Hispanic | White |
|---|---|---|---|---|---|---|
| Pre AP 7 ELA | 193 | 1 | 4 | 2 | 155 | 31 |
| Pre AP 8 ELA | 161 | 0 | 1 | 0 | 132 | 28 |
| English 1 Pre AP | 120 | 0 | 0 | 1 | 85 | 34 |
| English 2 Pre AP | 114 | 0 | 3 | 0 | 75 | 36 |
| AP English Language | 51 | 0 | 1 | 0 | 23 | 27 |
| AP English Literature | 11 | 0 | 3 | 0 | 7 | 1 |
| Pre AP 7 TX History | 186 | 1 | 3 | 0 | 151 | 31 |
| Pre AP 8 US History | 143 | 1 | 1 | 0 | 109 | 32 |
| Pre AP World Geography | 97 | 0 | 1 | 1 | 65 | 30 |
| AP US History | 37 | 0 | 2 | 1 | 18 | 16 |
| AP World History | 92 | 0 | 3 | 0 | 58 | 31 |
| Pre AP 7 Spanish | 4 | 0 | 0 | 0 | 4 | 0 |
| Spanish 2 Pre AP | 46 | 0 | 1 | 1 | 38 | 6 |
| AP Spanish Literature | 5 | 0 | 0 | 0 | 5 | 0 |
| AP Spanish Language JH | 5 | 0 | 0 | 0 | 5 | 0 |
| AP Spanish Language HS | 5 | 0 | 0 | 0 | 5 | 0 |
| Latin 2 Pre AP | 26 | 0 | 0 | 0 | 11 | 15 |
| Latin 3 Pre AP | 14 | 0 | 2 | 0 | 2 | 10 |
| Pre AP 7 Math | 160 | 0 | 4 | 2 | 127 | 27 |
| Pre AP 8 Math | 45 | 0 | 1 | 0 | 38 | 6 |
| Alg 1 JH | 112 | 0 | 1 | 0 | 87 | 24 |
| Pre AP Alg 1 | 26 | 0 | 0 | 0 | 19 | 7 |
| Pre AP Alg 2 | 102 | 1 | 1 | 1 | 55 | 44 |
| Pre AP Geometry | 105 | 0 | 3 | 2 | 75 | 25 |
| AP Calculus AB | 19 | 0 | 4 | 0 | 13 | 2 |
| Pre AP Physics | 82 | 0 | 2 | 0 | 48 | 32 |
| Pre AP Pre Cal | 59 | 0 | 2 | 1 | 27 | 29 |
| AP Statistics | 8 | 0 | 0 | 0 | 5 | 3 |
| Pre AP 7 Science | 186 | 1 | 3 | 1 | 149 | 32 |
| Pre AP 8 Science | 135 | 0 | 1 | 0 | 104 | 30 |
| AP Biology | 12 | 0 | 3 | 0 | 8 | 21 |
| Pre AP Biology | 120 | 0 | 10 | 1 | 86 | 32 |
| Pre AP Chemistry | 97 | 1 | 3 | 1 | 61 | 31 |
| AP Music Theory | 10 | 0 | 1 | 0 | 8 | 2 |
| AP Art History | 4 | 0 | 1 | 0 | 2 | 1 |

4/12/2010