FILED

APR 2 1 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY CLERK

## *The Cook Law Firm*

| | | |
|---|---|---|
| GRANT COOK<br>E-MAIL gcook@cooklawonline.com | 5701 WOODWAY<br>SUITE 330<br>HOUSTON, TEXAS 77057 | TELEPHONE (713) 552-0700<br>FAX (713) 552-1610<br>CELL (713) 823-2186 |

April 19, 2011

U.S. District Clerk's Office                           *Certified Mail, R.R.R.*
111 East Broadway, Room L100
Del Rio, Texas 78840

Re:   Civil Action No. DR-70-CA-14; *Morales v. Shannon*; In the United States
      District Court for the Western District of Texas, Del Rio Division.

Dear Clerk:

    Enclosed please find Uvalde Consolidated Independent School District's
Annual Report as required by the Consent Order and Settlement Agreement entered
on September 15, 2008 by the United States District Court. Please do not hesitate to
contact the undersigned if you have any questions. Thank you for your usual courtesy
and cooperation.

                          Yours very truly,

                          Grant Cook

Enclosures

cc:   David G. Hinojosa/with enclosures/Certified Mail, R.R.R.
      Dr. Richard Loesch

GC:dc

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### Del Rio  DIVISION

## Notice of Document/Attachment(s)/Pages  Not Imaged

## See Case File to View/Copy
## Document/Attachment(s)

 Document and/or  attachments exceed 100 pages.

_____ Exhibits or attachments submitted in binders or spiral notebooks