# UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT

## APRIL 2011

1. The number of students by race and ethnicity enrolled in the school district.

| American Indian | Asian | Black | Hispanic | White | Total |
|---|---|---|---|---|---|
| 11 | 32 | 28 | 4298 | 523 | 4891 |

2. The number of students by race and ethnicity enrolled in each school of the school district.

| School | American Indian | Asian | Black | Hispanic | White | Total |
|---|---|---|---|---|---|---|
| Batesville | 0 | 1 | 0 | 148 | 7 | 156 |
| Dalton | 0 | 2 | 1 | 625 | 48 | 676 |
| Anthon | 1 | 2 | 4 | 531 | 48 | 586 |
| Benson | 1 | 6 | 2 | 292 | 46 | 347 |
| Robb | 2 | 4 | 4 | 405 | 38 | 453 |
| Flores | 2 | 4 | 2 | 603 | 67 | 678 |
| Jr. High | 1 | 4 | 5 | 634 | 78 | 722 |
| High School | 3 | 9 | 9 | 933 | 186 | 1140 |
| Excel | 0 | 0 | 1 | 127 | 5 | 133 |
| Totals | 10 | 32 | 28 | 4298 | 523 | 4891 |

3. The number of students by race enrolled in each classroom in each school in the district.

   (See enclosed Computer Print-Outs) (The counts are from the accountability period.)

4. The number of full-time teachers by race and ethnicity in the school district.

| American Indian | Asian | Black | Hispanic | White | Total |
|---|---|---|---|---|---|
| 1 | 2 | 1 | 180 | 171 | 355 |

**Uvalde C.I.S.D.**

April 2010

**5.    The number of full-time teachers by race and ethnicity in each school in the district.**

| School | American Indian | Asian | Black | Hispanic | White | Total |
|---|---|---|---|---|---|---|
| High School | 1 | 1 | 1 | 28 | 58 | 89 |
| Excel | 0 | 0 | 0 | 6 | 2 | 8 |
| Jr. High | 0 | 0 | 0 | 29 | 20 | 49 |
| Benson | 0 | 0 | 0 | 16 | 11 | 27 |
| Dalton | 0 | 0 | 0 | 24 | 16 | 40 |
| Robb | 0 | 1 | 0 | 20 | 10 | 31 |
| Anthon | 0 | 0 | 0 | 22 | 16 | 38 |
| DES | 0 | 0 | 0 | 1 | 3 | 4 |
| Batesville | 0 | 0 | 0 | 13 | 3 | 16 |
| Flores | 0 | 0 | 0 | 20 | 28 | 48 |
| DAEP Center | 0 | 0 | 0 | 1 | 4 | 5 |
| Total | 1 | 2 | 1 | 180 | 171 | 355 |

**6.    The number of part-time teachers by race and ethnicity in the district.**

There are NO part-time teachers in the 2010-2011 school year.

**7.    The number of part-time teachers by race and ethnicity in each school in the district.**

**None**

8. The number of inter-district transfers granted during the current school semester or since the last report, the race and ethnicity of the students granted such transfers and the school district to which the transfers were allowed.

   There were 5 inter-district transfers— 1 Hispanic and 4 White—to UCISD. The state tracking system no longer provides information through PEIMS (Public Education Information Management System) that indicates a student who attends school in a district but resides in another district.

9. A brief description of any present or proposed construction or expansion of facilities, including location, grade to serve, anticipated number of students described by race or ethnicity to be assigned to each school and anticipated date of completion.

   There has been no construction or proposed construction or expansion of facilities during the 2010-2011 school year.

10. Whether the School Board has sold or abandoned any school facility, equipment or supplies having a total value of more than $500 since the entry of this order, or the date of the last report filed with the Court.

    No auction has been held during the 2010-2011 school year.

## ADDITIONAL INFORMATION REQUESTED

1. The number and percentages of students by race, ethnicity and LEP status enrolled in the District;

    In accompanying folder.

2. The number and percentages of students by race, ethnicity and LEP status enrolled in each school of the District;

    In accompanying folder.

3. The number and percentages of students by race and ethnicity enrolled in each classroom in each school in the District;

    In accompanying folder.

4. The number and percentages of full-time teachers by race and ethnicity in the District;

    There are 355 full-time teachers—180 or 50.7% Hispanic; 169 or 47.6%; 17% other—American Indian, Asian and Black.

5. The number and percentages of full-time teachers by race and ethnicity in school in the District;

    Listed above.

6. The number and percentages of part-time teachers by race and ethnicity in the District;

    There are no part-time teachers.

7. The number and percentages of part-time teachers by race and ethnicity in each school in the District;

    There are no part-time teachers.

8.  A brief description of any present or proposed construction or expansion of facilities, including location, grade(s) served, anticipated number of students described by race and/or ethnicity to be assigned to such school, and anticipated date of completion;

    There is no present or proposed construction or expansion of facilities.

9.  The number and percentages of students by race, ethnicity and LEP status in the Gifted and Talented Program District-wide;

    Information is provided in accompanying material.

10. The number and percentages of students by race, ethnicity and LEP status in the Gifted and Talented Program in each school in the District;

    Information is provided in accompanying material.

11. The number and percentages of students by race, ethnicity and LEP status during the current school year of students applying for entry, denied entry and accepted for entry into the GT Program District-wide;

    Information is provided in accompanying material.

12. The number and percentages of students by race, ethnicity and LEP status during the current school year of students applying for entry, denied entry and accepted for entry into the GT Program in each school in the District;

    Information is provided in accompanying material.

13. The number and percentages of students by race, ethnicity and LEP status in each of the Junior National Honor Society and the National Honor Society;

    Information is provided in accompanying material.

14. The number of parental denials to the language service programs, (e.g., bilingual education and English as a Second Language) for ELL students;

    Information is provided in accompanying folder.

15. The number and percentages of students by race, ethnicity and LEP status identified as special education;

    There are presently 548 students in special education—492 Hispanic or 89.8%; 6 Black or 1.1%; 1 Asian or .2%; 49 White or 8.9%; and 52 LEP or 9.5%. Additional information is provided in the accompanying folder.

For #16 and #17 we have included both 2010 and 2011 information.

16. The number and percentages of students by race, ethnicity and LEP status in the Top Ten Graduates as recognized by the District (if not final, then state: not yet final); (2010)

    There were four Asian students, five Hispanic and one White students in the Top Ten Graduates for 2010. None of the students were LEP.

17. The number and percentages of students by race, ethnicity and LEP status ranking in the Top Ten Percent of the junior and senior classes, respectively; (2010)

    There were 28 seniors in the Top Ten Percent—4 Asian, 17 Hispanic, 6 White. There were 30 juniors in the Top Ten Percent—11 Hispanic and 19 White.

18. The number of waivers and exceptions to the Bilingual and English as a Second Language educational programs submitted by the District and the corresponding grade level and language program for which the waivers or exceptions apply;

    The District has no waivers or exceptions submitted for the 2010-2011 school year.

19. The number of teachers, principals and administrators, respectively, by race and ethnicity hired by the District during the present school year:

    54 teachers (23 Hispanic, 31 White); 2 Assistant Principal (1 Hispanic and 1 White)

20. The number of teachers, principals and administrators, respectively, by race and ethnicity lost by attrition or other means during the present school year; and

    8 teachers (5 White; 3 Hispanic)

21. The results of Latino students in the areas identified in Sections:
    VIII(D)—Gifted and Talented—Information is included in Items 9 – 12.
    IX(C)—Junior National Honor Society and National Honor Society—Items 16 and 17.
    X(D)—PreAdvanced Placement and Advanced Placement;
    XII(A)—TAKS—The results of the TAKS will be received by UCISD on or about May 25, 2011.
    XII(B)—Graduation, Retention and Dropouts