# Item 1, 2

DALTON LEP STUDENTS
AS OF APRIL 1, 2011

| Grade | PEIMSID | Name | Bil | ESL | LEP | HomeLang | AtRisk | SE | GT | Sex | Migrant | CTE | AmInd | Asian | Black | Hawaiian | White | Hispanic | EcoDis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KG | 644949008 | ALONSO,ARMANDO | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| KG | 638949154 | ARELLANO,BRENDA G | 3 | 0 | 1 | 01 | 1 | 1 | 0 | F | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| KG | 628948493 | CASTRO,ANDREA | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| KG | 644965592 | CASTRO,MARITZA M | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| KG | 643961832 | DE LEON,ELIZABETH | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| KG | 643964938 | ESCOBAR,SARAHY | 3 | 0 | 1 | 01 | 1 | 1 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 00 |
| KG | 645966615 | FERNANDEZ,GAEL | 3 | 0 | 1 | 01 | 1 | 0 | 1 | M | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| KG | 345049776 | GUZMAN,KELLY | 0 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 00 |
| KG | 635949930 | GARCIA,APRIL | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| KG | 346047755 | GARCIA,PRISCILLA | 3 | 0 | 1 | 98 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| KG | 633945799 | GARZA,DAYANARA | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| KG | 641949320 | HERNANDEZ,SAIDA Y | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| KG | 629984831 | HUERTA,NAOMI | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| KG | 627968182 | LEIJA,JOSE G | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| KG | 631968957 | LOPEZ,ANGEL J | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| KG | 599762463 | MARIN-TORRES,REINALDO A | 3 | 0 | 1 | 01 | 1 | 0 | 1 | M | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| KG | 631987782 | MATA,DANIELA H | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| KG | 627940881 | MELENDEZ,JAQUELINNE | 3 | 0 | 1 | 01 | 1 | 0 | 1 | F | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| KG | 629960380 | MORALES,BENJAMIN | 0 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| KG | 598780922 | PEREZ-AVILES,ADRIANA I | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| KG | 639942558 | RAMIREZ,ELIAS | 3 | 0 | 1 | 01 | 1 | 1 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| KG | 630969607 | RAMIREZ,ENRIQUE | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| KG | 644940582 | REYES,ALEX A | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| KG | 644966413 | RODRIGUEZ,ERIC A | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 00 |
| KG | 641963622 | SILVA,MAXIMILIANO D | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| PK | 640049762 | AGUILAR,JAZMIN M | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| PK | 641020367 | ALCALA,AYLY I | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| PK | 632985190 | BALDERAS,JESUS J | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |

#1, #2

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | 640020055 | CERVANTES,HILARIO | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| PK | 640047091 | DEHOYOS,JESUS E | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| PK | 627049220 | FLORES,DIEGO E | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| PK | 322068150 | GARCIA,EMMANUEL | 3 | 0 | 1 | 01 | 1 | 1 | 0 | M | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| PK | 636046835 | LUNA,NARDA A | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| PK | 635022001 | MARTINEZ,JAIME E | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| PK | 641988966 | MELENDEZ-HERRERA,JASMINE | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| PK | 636047730 | MENDOZA,DIEGO A | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| PK | 642986774 | MORIN,JACOBO N | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 01 |
| PK | 633047934 | RAMIREZ,ALONDRA I | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| PK | 641024839 | RAMIREZ-ROMERO,TAMARA A | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| PK | 632041562 | RIVERA,OMAR | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| PK | 636988495 | RODRIGUEZ,VICTORIA A | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| PK | 638982547 | ULLOA,VERONICA M | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| PK | 627024336 | VASQUEZ CHACON,HECTOR E | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |

ANTHON LEP STUDENTS
As of April 1, 2011

| Grade | PEIMSID | Name | Bil | ESL | LEP | imeLatRis | SE | GT | Sex | Migrant | CTE | AmInd | Asian | Black | awaiia | White | Hispan | EcoDis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 632928670 | AGUILAR,CELINA E | 3 | 0 | 1 | 01 | 1 | 0 | F | 1 | 0 | 0 | 0 | 0 | | | 1 | 01 |
| 01 | 643907144 | ALARDIN,RYNALDO D | 3 | 0 | 1 | 01 | 1 | 1 | M | 0 | 0 | 0 | 0 | 0 | | | 1 | 00 |
| 01 | 356027490 | CARREON,MARCO A | 3 | 0 | 1 | 01 | 1 | 0 | M | 0 | 0 | 0 | 0 | 0 | | | 1 | 01 |
| 01 | 639904375 | CHACON,JUSTIN | 3 | 0 | 1 | 01 | 1 | 0 | M | 0 | 0 | 0 | 0 | 0 | | | 1 | 01 |
| 01 | 510231409 | GALINDO,MARIA G | 3 | 0 | 1 | 01 | 1 | 0 | F | 0 | 0 | 0 | 0 | 0 | | | 1 | 01 |
| 01 | 433922278 | GARCIA,MARISSA | 3 | 0 | 1 | 01 | 1 | 0 | F | 0 | 0 | 0 | 0 | 0 | | | 1 | 01 |
| 01 | 637923368 | GARZA,ISAIAS | 3 | 0 | 1 | 01 | 1 | 0 | M | 0 | 1 | 0 | 0 | 0 | | | 0 | 02 |
| 01 | 634902065 | GONZALEZ,DIVANY | 3 | 0 | 1 | 01 | 1 | 0 | F | 1 | 0 | 0 | 0 | 0 | | | 1 | 01 |
| 01 | 631969392 | HUERTA,ALFRED J | 3 | 0 | 1 | 01 | 1 | 0 | M | 1 | 0 | 0 | 0 | 0 | | | 1 | 01 |
| 01 | 635849018 | LONGORIA,CESAR M | 3 | 0 | 1 | 01 | 1 | 0 | M | 0 | 0 | 0 | 0 | 0 | | | 1 | 01 |
| 01 | 637904922 | LOPEZ,BLANCA M | 3 | 0 | 1 | 01 | 1 | 0 | F | 1 | 0 | 0 | 0 | 0 | | | 1 | 01 |
| 01 | 683056604 | MARTINEZ,JESSE J | 3 | 0 | 1 | 01 | 1 | 0 | M | 1 | 0 | 0 | 0 | 0 | | | 1 | 01 |
| 01 | 644908168 | MENDEZ,SHERYLN L | 3 | 0 | 1 | 01 | 1 | 0 | F | 0 | 0 | 0 | 0 | 0 | | | 1 | 01 |
| 01 | 642882129 | MUNGUIA,MICHELLE | 3 | 0 | 1 | 01 | 1 | 0 | F | 0 | 0 | 0 | 0 | 0 | | | 1 | 01 |
| 01 | 638877601 | ROMERO,ROBERTO CARLOS R | 3 | 0 | 1 | 01 | 1 | 0 | M | 0 | 0 | 0 | 0 | 0 | | | 1 | 01 |
| 01 | 642926243 | SALDANA,CANDELARIO E | 3 | 0 | 1 | 01 | 1 | 0 | M | 1 | 0 | 0 | 0 | 0 | | | 1 | 01 |
| 02 | 764348522 | ADRIANO,JOSHUA | 3 | 0 | 1 | 01 | 1 | 0 | M | 0 | 0 | 0 | 0 | 0 | | | 1 | 01 |
| 02 | 629843034 | BARBOZA,BRISA Y | 3 | 0 | 1 | 01 | 1 | 0 | F | 0 | 0 | 0 | 0 | 0 | | | 1 | 01 |
| 02 | 631826267 | CHACON,JUAN | 3 | 0 | 1 | 01 | 1 | 0 | M | 0 | 0 | 0 | 0 | 0 | | | 1 | 01 |
| 02 | 651833990 | ESPINOZA,ERIK B | 3 | 0 | 1 | 01 | 1 | 0 | M | 0 | 0 | 0 | 0 | 0 | | | 1 | 01 |
| 02 | 627884922 | GARCIA,ESTEBAN A | 3 | 0 | 1 | 01 | 1 | 0 | M | 0 | 0 | 0 | 0 | 0 | | | 1 | 01 |
| 02 | 643867693 | GARZA,ELIDA K | 3 | 0 | 1 | 01 | 1 | 0 | F | 0 | 0 | 0 | 0 | 0 | | | 1 | 01 |
| 02 | 627848551 | JACOBO,SAMANTHA A | 3 | 0 | 1 | 98 | 1 | 0 | F | 0 | 0 | 0 | 0 | 0 | | | 1 | 01 |
| 02 | 634849812 | LONGORIA,FABIAN | 0 | 0 | 1 | 01 | 1 | 1 | M | 0 | 0 | 0 | 0 | 0 | | | 1 | 01 |
| 02 | 635840666 | LOPEZ,EDUARDO D | 3 | 0 | 1 | 01 | 1 | 0 | M | 0 | 0 | 0 | 0 | 0 | | | 1 | 01 |
| 02 | 598728588 | MARIN TORRES,KASSANDRA E | 3 | 0 | 1 | 01 | 1 | 0 | F | 0 | 0 | 0 | 0 | 0 | | | 1 | 01 |
| 02 | 655163311 | MEZA,LUIS F | 3 | 0 | 1 | 01 | 1 | 0 | M | 0 | 0 | 0 | 0 | 0 | | | 1 | 01 |
| 02 | 632880161 | PIZARRO,MANUEL E | 3 | 0 | 1 | 01 | 1 | 0 | M | 0 | 0 | 1 | 0 | 0 | | | 0 | 01 |
| 02 | 631865937 | RODRIGUEZ,VALERIA A | 3 | 0 | 1 | 01 | 1 | 0 | F | 1 | 0 | 0 | 0 | 0 | | | 1 | 01 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 645849736 | SALDANA,ROSA R | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 1 | 0 | 0 | 0 | 1 | 01 |
| 02 | 645428868 | VEGA,GALILEA | 3 | 0 | 1 | 01 | 1 | 0 | 1 | F | 1 | 0 | 0 | 0 | 1 | 01 |
| 02 | 393237340 | VILLASANA,JASLYN | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 1 | 01 |
| 03 | 640787880 | AGUILAR,ABEL | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 1 | 0 | 0 | 0 | 1 | 01 |
| 03 | 638807870 | ALONZO,MARIA M | 3 | 0 | 1 | 01 | 1 | 0 | 1 | F | 1 | 0 | 0 | 0 | 1 | 01 |
| 03 | 645734464 | CASTILLO,BIANKA J | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 1 | 01 |
| 03 | 638743471 | GARZA,ANNA MARIE | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 1 | 01 |
| 03 | 635804523 | GARZA,JULIANA E | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 1 | 01 |
| 03 | 639783456 | HERNANDEZ GARCIA,JUAN E | 3 | 0 | 1 | 01 | 1 | 0 | 1 | M | 1 | 0 | 0 | 0 | 1 | 01 |
| 03 | 633826976 | HUERTA,LIZBETH | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 1 | 0 | 0 | 0 | 1 | 01 |
| 03 | 638784768 | MENDOZA,SERGIO | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 1 | 01 |
| 03 | 632808036 | MARTINEZ,JANIE A | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 1 | 01 |
| 03 | 643784663 | PADILLA,CASSANDRA M | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 1 | 01 |
| 03 | 631827938 | NARVAEZ,BRIANNA R | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 1 | 01 |
| 03 | 633824953 | RAMIREZ,JOHNATHAN | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 1 | 01 |
| 03 | 634820778 | SANCHEZ,AMY A | 3 | 0 | 1 | 01 | 1 | 0 | 1 | F | 0 | 0 | 0 | 0 | 1 | 01 |
| 03 | 636789754 | ZAVALA,DANIELA M | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 1 | 01 |
| 04 | 641729442 | ALVAREZ,MARCELINO A | 0 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 1 | 01 |
| 04 | 635761867 | AMAYA,JUAN A | 0 | 0 | 1 | 01 | 1 | 0 | 0 | M | 1 | 0 | 0 | 0 | 1 | 01 |
| 04 | 640743259 | BALDERAS,CARLOS | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 1 | 0 | 0 | 0 | 1 | 01 |
| 04 | 640762212 | BUENO,ITZEL A | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 1 | 01 |
| 04 | 319981005 | CAHUE,ANDREANA | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 1 | 02 |
| 04 | 633747982 | CANALES,IZAIHA R | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 1 | 01 |
| 04 | 627743979 | DE LUNA,CIELO | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 1 | 01 |
| 04 | 636845016 | FERNANDEZ,EMIR | 3 | 0 | 1 | 01 | 1 | 1 | 0 | M | 0 | 0 | 1 | 0 | 0 | 01 |
| 04 | 628781463 | GARCIA,JOSE LUIS M | 0 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 1 | 01 |
| 04 | 636761929 | GONZALEZ,DIOS D | 0 | 0 | 1 | 01 | 1 | 0 | 0 | F | 1 | 0 | 0 | 0 | 1 | 01 |
| 04 | 644723274 | GUERRA,CASSANDRA | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 1 | 01 |
| 04 | 629701709 | GUTIERREZ,JOSE A | 0 | 0 | 1 | 01 | 1 | 1 | 0 | M | 0 | 0 | 0 | 0 | 1 | 01 |
| 04 | 631708172 | HERNANDEZ,DAVID | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 1 | 0 | 1 | 01 |
| 04 | 639744888 | JACOBO,NOELIA S | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 1 | 01 |
| 04 | 631782387 | LOPEZ,MYA E | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 1 | 01 |

| 04 | 638769227 | LOREDO,LUCILA | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 | 636762434 | MENDEZ,JUAN G | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 04 | 629764650 | MENDOZA,ANDREA S | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 04 | 645769724 | MUNOZ,ASHLEY NICOLE C | 0 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 00 |
| 04 | 638740641 | PADILLA,NESTOR R | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 04 | 627765278 | RAMIREZ,ANAHI | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 04 | 627765279 | RAMIREZ,NATHALIE | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 04 | 640703357 | RODRIGUEZ,OSBALDO R | 3 | 0 | 1 | 01 | 1 | 0 | 1 | M | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 04 | 638763284 | SALAS,FRIDA G | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 04 | 637747811 | SILVA,CHRISTOPHER G | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 04 | 629701087 | TORRES TAPIA,NADIA V | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 04 | 630742226 | VEGA,RICARDO C | 3 | 0 | 1 | 01 | 1 | 1 | 0 | M | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |

BENSON LEP STUDENTS
AS OF APRIL 1, 2011

| Grad | PEIMSID | Name | Bil | ESL | LEP | meL | AtRis | SE | GT | Sex | Migrant | CTE | AmInd | Asian | Black | Hawaiial | White | Hispanic | EcoDis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 474433887 | ALCALA,EUSEBIO | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 01 | 633887300 | ALVAREZ,ENRIQUE N | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 01 | 320045404 | GARCIA,TOBY | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 01 | 599749428 | PEREZ-AVILES,DAVID J | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| 02 | 643825237 | RODRIGUEZ,SANTIAGO | 0 | 0 | 1 | 01 | 1 | 1 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 03 | 645781852 | DE LEON,RODRIGO | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 03 | 524078974 | DIONGZON,LYNDON CHRISTIA | 3 | 0 | 1 | 4P | 1 | 0 | 1 | M | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 00 |
| 03 | 632727576 | ESQUIVEL,JALEN | 3 | 0 | 1 | 01 | 1 | 1 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 03 | 524088770 | LIN,QIN | 3 | 0 | 1 | 99 | 1 | 0 | 1 | F | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 02 |
| 03 | 769424504 | MARIN-GARCIA,ANDREU | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 03 | 541634658 | PINTOR-HERRERA,OMAR | 3 | 0 | 1 | 01 | 1 | 0 | 1 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 02 |
| 03 | 638781166 | PUENTE,BELINDA | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 03 | 502273333 | RAMIREZ,ADRIANA M | 3 | 0 | 1 | 01 | 1 | 1 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 03 | 639825916 | ROBLES,ROSANNA | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 03 | 642809151 | RODRIGUEZ,ELIZABETH V | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 03 | 638807869 | SALAS,SAMANTHA L | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 02 |
| 03 | 643803768 | SOTO,ISAAC I | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 03 | 643800808 | VAZQUEZ CHACON,REYNALDO | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 04 | 644744121 | MARTINEZ,JUAN J | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 04 | 638766487 | MENCHACA,ADRIANA F | 0 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| 04 | 638766486 | MENCHACA,ROBERT F | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 04 | 640767111 | ONOFRE,MONICA J | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 04 | 474392365 | RUIZ,JACQUELINE M | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 04 | 642743194 | TALAMANTEZ,JOSEPHINE H | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 04 | 639725553 | TORRES,BRISA A | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| 04 | 505430097 | TORRES,DESTINY M | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 04 | 629689379 | VILLALOBOS,BRANDY | 3 | 0 | 1 | 01 | 1 | 1 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |

ROBB LEP STUDENTS
AS OF APRIL 1, 2011

| Grade | PEIMSID | Name | Bil | ESL | LEP | onetarlAtRisk | SE | GT | Sex | Migrant | CTE | AmInd | Asian | Black | Hawaiian | White | Hispanic | EcoDis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 636904019 | CHUM,ALICE M | 3 | 0 | 1 | 04 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 00 |
| 01 | 628924134 | CONTRERAS,ANDREA G | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| 01 | 639889390 | DE LEON,JORGE | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| 01 | 645908105 | ESCOBAR,ERICK A | 3 | 0 | 1 | 98 | 1 | 0 | 0 | M | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| 01 | 640900964 | FERNANDEZ | 3 | 0 | 1 | 98 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| 01 | 635847758 | MARTINEZ,SAVANNAH M | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| 01 | 639924413 | REYES,JOANA | 3 | 0 | 1 | 01 | 1 | 1 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 00 |
| 01 | 645907515 | RIVERA,GERARDO | 3 | 0 | 1 | 01 | 1 | 1 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| 01 | 643883104 | SMITH,FAITH A | 0 | 0 | 1 | 98 | 0 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| 01 | 642880099 | TORRES,ARMANDO | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| 02 | 628848904 | ALMEIDA,ELIZABETH G | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| 02 | 632861296 | CASTRO,HECTOR E | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| 02 | 637865554 | GARCIA,JULIO A | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| 02 | 640867204 | GUTIERREZ,MELINA | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 02 |
| 02 | 628868056 | LUNA,MARIVELLA C | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| 02 | 631804592 | RABAGO GRANADOS,JOSUE R | 3 | 0 | 1 | 01 | 1 | 1 | 0 | M | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| 02 | 638865111 | RODRIGUEZ,DIEGO E | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| 02 | 645843063 | ROMO,DANIEL | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| 03 | 524078980 | ARELLANO,YESENIA E | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| 03 | 628807641 | CARDENAS,ZAYELLY G | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| 03 | 634741259 | GARCIA,JAVIEL | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| 03 | 636828015 | GARCIA,LARYSSA | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| 03 | 632788791 | GONZALEZ,ALBERT E | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| 03 | 636803043 | GRANADOS,ADRIAN L | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| 03 | 635789956 | GUILLEN,JOSE G | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| 03 | 635782508 | JUAREZ,YUMARA J | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| 03 | 640764940 | MONSIVAIS,BRIAN A | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |
| 03 | 636805747 | RIVERA,ANDREA A | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 01 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 | 640746118 | CANO,JULISSA M | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 04 | 633743735 | CARDOZA,PRISCILA | 3 | 0 | 1 | 01 | 1 | 1 | 0 | F | 0 | 0 | 0 | 0 | 1 | 1 | 02 |
| 04 | 641741828 | GRANADOS,CESAR T | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 04 | 628760293 | IBARRA,LAZARO I | 3 | 0 | 1 | 98 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 04 | 637762399 | LEIJA,ENRRIQUE | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 04 | 630687575 | LUNA,ANTHONY L | 3 | 0 | 1 | 01 | 1 | 1 | 0 | M | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 04 | 628689601 | REYES,ERIK L | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 04 | 643728300 | RUEDAS,JOSE H | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 04 | 645763437 | TREVINO,GABRIELLA A | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 04 | 642747616 | YANEZ,PAMELA | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 1 | 1 | 01 |

FLORES LEP STUDENTS
AS OF APRIL 1, 2011

| Grade | PEIMSID | Name | Bil | ESL | LEP | pmeLaAtRisk | SE | GT | Imigra | Sex | Migrant | CTE | AmInd | Asian | Black | Hawaiian | White | Hispanic | EcoDis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 | 629705318 | ARELLANO,RAUL J | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 05 | 643686544 | BUENDIA,MARTIN | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 05 | 343966738 | CARREON,GERARDO | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 05 | 636682755 | CORONADO,CHRIS R | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 05 | 643709793 | GODOY,JESUS A | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 05 | 648200529 | GONZALEZ,AGUSTIN | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 05 | 635725105 | LOPEZ,SERGIO A | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 05 | 511234934 | MARINES,DIEGO D | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 05 | 541576054 | PINTOR HERRERA,ANGELA | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 05 | 627721685 | SOTO,BENANCIO | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 05 | 632728210 | SOTO,RUBY R | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 06 | 638623965 | BANDA,LISETTE V | 3 | 0 | 1 | 01 | 1 | 1 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 06 | 638601258 | BLANCO,JULISSA | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 06 | 372230615 | BOCANEGRA,CECILIA J | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 06 | 628644021 | CASTILLO,CHRISTOPHER J | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 02 |
| 06 | 524078950 | FERNANDEZ,MARTIN E | 3 | 0 | 1 | 01 | 1 | 0 | 1 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 06 | 634741615 | GARZA,EZEQUIEL I | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 06 | 630688315 | GARZA,JAVIER | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 06 | 524078990 | GAVIRIO,GERARDO | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 06 | 641640772 | GAZCA,MAXIMILIANO | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 06 | 642629101 | GONZALEZ,ROLANDO C | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 06 | 627626981 | GUERRA,YSABEL | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 06 | 643663931 | LOPEZ,BRENDA V | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 06 | 642648435 | MALDONADO,MARIO A | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 06 | 635603385 | MARTINEZ,AURORA M | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 06 | 634601912 | ONOFRE,YASMEEN G | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 06 | 636660341 | RIVERA,RICARDO | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 06 | 630626462 | RODRIGUEZ,NATHALY A | 0 | 0 | 1 | 01 | 1 | 1 | 0 | F | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 01 |

06 642640635 VELASQUEZ,SALMA S 3 0 1 01 1 1 0 0 F 0 0 0 0 0 0 1 1 01

JR HIGH LEP STUDENTS
AS OF APRIL 1, 2011

| Grad | PEIMSID | Name | Bil | ESL | LEP | pmeLa | AtRisk | SE | GT | migrd | Sex | Migran | CTE | AmInd | Asian | Black | Hawaiia | White | Hispanic | EcoDis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | 642601391 | BUENO,ALEXIS C | 0 | 3 | 1 | 01 | 1 | 0 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 07 | 629605160 | CORDOVA,XANDRA B | 0 | 3 | 1 | 01 | 1 | 0 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 07 | 642547662 | DE LEON,ABIGAIL I | 0 | 3 | 1 | 01 | 1 | 0 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 07 | 342945247 | GUZMAN,JOSE G | 0 | 3 | 1 | 98 | 0 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 07 | 639587426 | LARA,JAILENE A | 0 | 3 | 1 | 01 | 1 | 0 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 07 | 644584736 | LEIJA,HECTOR G | 0 | 3 | 1 | 01 | 1 | 0 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 07 | 638621437 | ORTIZ,ALEJANDRA | 0 | 3 | 1 | 01 | 1 | 0 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 07 | 644625685 | VALDEZ,ELI | 0 | 3 | 1 | 01 | 1 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 07 | 636609043 | VARELA,MIGUEL A | 0 | 3 | 1 | 01 | 1 | 0 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 02 |
| 07 | 639625990 | VILLARREAL,KASSANDRA | 0 | 3 | 1 | 01 | 1 | 0 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 08 | 633527358 | CAHUE,JOHN A | 0 | 3 | 1 | 01 | 1 | 0 | 0 | 0 | M | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 01 |
| 08 | 640025210 | CERVANTES,EFRAIN P | 0 | 3 | 1 | 01 | 1 | 1 | 0 | 0 | M | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 08 | 635543618 | CRISPIN,DAISY M | 0 | 0 | 1 | 01 | 0 | 0 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 00 |
| 08 | 638547230 | ESCAMILLA,EDGAR | 0 | 3 | 1 | 01 | 1 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 08 | 644483900 | GARCIA,SAMUEL | 0 | 3 | 1 | 01 | 1 | 1 | 0 | 0 | M | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 01 |
| 08 | 641527895 | GUILLEN,ANTHONY G | 0 | 0 | 1 | 01 | 0 | 0 | 0 | 0 | M | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 08 | 635485916 | HERNANDEZ,ERIC | 0 | 3 | 1 | 01 | 1 | 0 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 08 | 731222243 | HINCAPIE,VANESSA R | 0 | 3 | 1 | 01 | 1 | 0 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 08 | 634503908 | IBARRA,STEPHANIE H | 0 | 3 | 1 | 01 | 1 | 1 | 0 | 0 | F | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 08 | 475314424 | LOPEZ,GILBERT | 0 | 3 | 1 | 01 | 1 | 0 | 0 | 0 | M | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 08 | 641561886 | MARTINEZ,LESLIE | 0 | 3 | 1 | 01 | 1 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 08 | 524078975 | MENDEZ,ABIGAIL M | 0 | 3 | 1 | 01 | 1 | 0 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 08 | 634565015 | MUNOZ,KEPLER M | 0 | 3 | 1 | 01 | 1 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 08 | 634502727 | RODRIGUEZ,TANISHA N | 0 | 3 | 1 | 01 | 1 | 1 | 0 | 0 | F | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 08 | 628569398 | SALAS,MIREYA J | 0 | 3 | 1 | 01 | 1 | 0 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 08 | 633526424 | SANDOVAL,MARY JANE O | 0 | 3 | 1 | 01 | 1 | 0 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |

HIGH SCHOOL LEP STUDENTS
AS OF APRIL 1, 2011

| Grade | PEIMSID | Name | Bil | ESL | LEP | HomeLan | AtRisk | SE | GT | Immigrant | Sex | Migrant | CTE | AmInd | Asian | Black | Hawaiia | White | Hispani | EcoDis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09 | 632505646 | BOTELLO,TRINIDAD | 0 | 2 | 1 | 01 | 1 | 1 | 0 | 0 | M | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 02 |
| 09 | 634503902 | FLORES,MARIO O | 0 | 2 | 1 | 01 | 1 | 0 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 09 | 640527561 | HINOJOSA,JUAN P | 0 | 2 | 1 | 01 | 1 | 0 | 0 | 0 | M | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 09 | 524088771 | LIN,QING | 0 | 2 | 1 | 99 | 1 | 0 | 0 | 1 | F | 0 | 3 | 0 | 1 | 0 | 0 | 0 | 0 | 02 |
| 09 | 635488031 | MARTINEZ,DAVID | 0 | 3 | 1 | 01 | 1 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 09 | 640528241 | MENDOZA,RODRIGO | 0 | 2 | 1 | 01 | 1 | 0 | 0 | 1 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 09 | 635467184 | RAMIREZ,MORIAH S | 0 | 2 | 1 | 01 | 1 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 09 | 643212259 | RIOS,DANIEL O | 0 | 2 | 1 | 01 | 1 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 09 | 641428684 | RIVERA,FIDEL A | 0 | 2 | 1 | 01 | 1 | 0 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 09 | 731220976 | RODRIGUEZ,DANILO | 0 | 2 | 1 | 01 | 1 | 0 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 09 | 643481291 | ROJAS,GIGI | 0 | 2 | 1 | 01 | 1 | 0 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 09 | 642461140 | SALDANA,KAYLA | 0 | 2 | 1 | 01 | 1 | 0 | 0 | 0 | F | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 09 | 325925197 | SANDOVAL,MARGARITA | 0 | 2 | 1 | 01 | 1 | 0 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 09 | 640528252 | TERRAZAS,ALEXIS M | 0 | 2 | 1 | 01 | 1 | 0 | 0 | 0 | F | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 09 | 627500687 | VELASQUEZ,ANDIE N | 0 | 2 | 1 | 01 | 1 | 1 | 0 | 0 | M | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 10 | 642442095 | BLANCO,BRANDON L | 0 | 2 | 1 | 01 | 1 | 1 | 0 | 0 | M | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 10 | 350902786 | CAHUE,ROSAMARIA | 0 | 2 | 1 | 01 | 1 | 0 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 10 | 627443694 | CAMACHO,IVAN | 0 | 2 | 1 | 01 | 1 | 0 | 0 | 0 | M | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 10 | 638386508 | CASTRO,RAMIRO M | 0 | 2 | 1 | 01 | 1 | 0 | 0 | 0 | M | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 10 | 633429356 | CORONADO,CHRISTIAN G | 0 | 2 | 1 | 01 | 1 | 0 | 0 | 0 | M | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 00 |
| 10 | 645462882 | LEIJA,GUADALUPE | 0 | 2 | 1 | 01 | 1 | 0 | 0 | 0 | M | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 10 | 637424884 | LOPEZ,MARGARITO | 0 | 2 | 1 | 01 | 1 | 0 | 0 | 0 | M | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 10 | 635440328 | MENDOZA,JESUS R | 0 | 2 | 1 | 01 | 1 | 1 | 0 | 1 | M | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 11 | 638363953 | ARELLANO,MICHAEL A | 0 | 2 | 1 | 01 | 1 | 1 | 0 | 0 | M | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 11 | 644342917 | CANO,SERGIO | 0 | 2 | 1 | 01 | 1 | 0 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 11 | 631387145 | NINO,LUCIANO R | 0 | 2 | 1 | 01 | 0 | 0 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 12 | 633364450 | BANDA,JULIO V | 0 | 2 | 1 | 01 | 1 | 1 | 0 | 0 | M | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 12 | 605637806 | ESCOTO FUENTES,EDUARDO | 0 | 2 | 1 | 01 | 1 | 1 | 0 | 0 | M | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 00 |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 634609777 | GARCIA,BENITO | 0 | 2 | 1 | 01 | 1 | 1 | 0 | 0 | M | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 00 |
| 12 | 643529567 | ORTEGA,JOHANA J | 0 | 2 | 1 | 01 | 1 | 0 | 0 | 0 | F | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 00 |
| 12 | 627406554 | RAMIREZ,ESTRELLA B | 0 | 2 | 1 | 01 | 1 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 12 | 524072931 | TORRES,ANA LAURA M | 0 | 2 | 1 | 01 | 1 | 0 | 0 | 1 | F | 1 | 2 | 0 | 0 | 0 | 1 | 1 | 01 |
| 12 | 635301678 | ZAMORA,CARLOS | 0 | 2 | 1 | 01 | 1 | 1 | 0 | 0 | M | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 01 |

# EXCEL LEP STUDENTS
## AS OF APRIL 1, 2011

| Grade | PEIMSID | Name | Bil | ESL | LEP | meLAt | AtRisk | SE | GT | Sex | Migrant | CTE | AmInd | Asian | Black | Hawaiiad | White | Hispanid | EcoDis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09 | 628289312 | MONSIVAIZ,ANDRES | 0 | 2 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 00 |
| 10 | 635424012 | ARELLANO,THALIA | 0 | 2 | 1 | 01 | 1 | 1 | 0 | F | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 10 | S21838947 | MONTES,MARISA | 0 | 2 | 1 | 01 | 1 | 0 | 0 | F | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 00 |
| 11 | 633447573 | FLORES,KAREN L | 0 | 2 | 1 | 01 | 1 | 0 | 0 | F | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 11 | 632262025 | LEDEZMA,JUAN A | 0 | 2 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 00 |
| 11 | 639302602 | RODRIGUEZ,KARLOS U | 0 | 2 | 1 | 01 | 1 | 0 | 0 | M | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 12 | 450959822 | ESCAMILLA,YVONNE A | 0 | 2 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 00 |
| 12 | 642587466 | FERNANDEZ,MARIA N | 0 | 2 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 00 |
| 12 | 633223873 | GARZA,JESSICA | 0 | 2 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 00 |
| 12 | 629465958 | MARTINEZ,SENIA | 0 | 2 | 1 | 98 | 1 | 0 | 0 | F | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 12 | 632261813 | MORIN,CINTHIA A | 0 | 2 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 00 |
| 12 | 637424899 | RIOS,MARICRUZ | 0 | 2 | 1 | 98 | 1 | 1 | 0 | F | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 12 | 631327493 | SANCHEZ,SELENA | 0 | 2 | 1 | 01 | 1 | 0 | 0 | F | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |

BATESVILLE LEP STUDENTS
AS OF APRIL 1, 2011

| Grad | PEIMSID | Name | Bil | ESL | LEP | omeLan | AtRisk | SE | GT | Sex | Migrant | CTE | AmInd | Asian | Black | Hawaiia | White | Hispanic | EcoDis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 634928192 | CORDOVA,ISAIAS | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 02 | 632863453 | CUELLAR,ALYZEA M | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 02 | 633866408 | GARCIA,YARAVY A | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 02 | 630865073 | NAJERA,HECTOR M | 3 | 0 | 1 | 01 | 1 | 0 | 1 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 02 | 645862343 | PINA RAMIREZ,GERARDO | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 02 | 630888898 | RODRIGUEZ,HILARIO | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 02 | 733186214 | SANCHEZ-SANCHEZ,DARLYN Y | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 03 | 643800449 | GALINDO,MADISON M | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 03 | 634809678 | PINA,ARACELY | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 03 | 634808103 | RIOS,RIO G | 3 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 03 | 634828367 | ROBLES,JESSE J | 0 | 0 | 1 | 01 | 1 | 0 | 1 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 04 | 644681752 | CORDOVA,XIOMARI B | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 04 | 633748756 | GARCIA,MONTOYA N | 0 | 0 | 1 | 01 | 1 | 0 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 06 | 629649923 | BAZAN,KYARA A | 3 | 0 | 1 | 01 | 1 | 1 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 06 | 645640114 | GARCIA,VEOMARA M | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| 06 | 642662481 | MARTINEZ,ADONIS | 0 | 0 | 1 | 01 | 1 | 1 | 0 | M | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |
| PK | 633022779 | MUNOZ,CRYSTAL | 3 | 0 | 1 | 01 | 1 | 0 | 0 | F | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 01 |