# Item 3

| COURSE | DESCRIPTION | LGTH | EST SEC | NBR AVL | NBR REQ | TOT | TOTALS FEM | MAL | AmerInd TOT | FEM | MAL | Asian TOT | FEM | MAL | Black TOT | FEM | MAL | Hispanic TOT | FEM | MAL | White TOT | FEM | MAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 120 | ELA | YR | 1 | 30 | 23 | 23 | 6 | 17 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 23 | 6 | 17 | 0 | 0 | 0 |
| 01 | HECTOR GOMEZ | YR | 02 | | | 23 | 6 | 17 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 23 | 6 | 17 | 0 | 0 | 0 |

Number of Sections: 1   Average Students Per Section: 23.00

| 220 | ELA | YR | 1 | 30 | 17 | 17 | 6 | 11 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 6 | 9 | 1 | 0 | 1 |
| 01 | VANESSA C. SANCHEZ | YR | 02 | | | 17 | 6 | 11 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 6 | 9 | 1 | 0 | 1 |

Number of Sections: 1   Average Students Per Section: 17.00

| 310 | READING | YR | 1 | 60 | 11 | 11 | 5 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 5 | 6 | 0 | 0 | 0 |
| 01 | HORTENCIA QUIROGA | YR | 02 | | | 11 | 5 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 5 | 6 | 0 | 0 | 0 |

Number of Sections: 1   Average Students Per Section: 11.00

| 340 | SOCIAL STUDIES | YR | 1 | 60 | 9 | 9 | 1 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 1 | 8 | 0 | 0 | 0 |
| 02 | CHEYENNE MANSFIELD | YR | 02 | | | 9 | 1 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 1 | 8 | 0 | 0 | 0 |

Number of Sections: 1   Average Students Per Section: 9.00

| 430 | MATH | YR | 1 | 60 | 23 | 23 | 11 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23 | 11 | 12 | 0 | 0 | 0 |
| 01 | JESUS O. PRADO | YR | 02 | | | 23 | 11 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23 | 11 | 12 | 0 | 0 | 0 |

Number of Sections: 1   Average Students Per Section: 23.00

| 540 | SOCIAL STUDIES | YR | 0 | 30 | 12 | 12 | 4 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 4 | 8 | 0 | 0 | 0 |
| 01 | STEPHANIE FLORES | YR | 02 | | | 12 | 4 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 4 | 8 | 0 | 0 | 0 |

Number of Sections: 1   Average Students Per Section: 12.00

| 581 | BASIC WRITING | YR | 0 | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 01 | JILL BEARD | YR | 02 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Number of Sections: 1   Average Students Per Section: 0.00

| 610 | READING | YR | 1 | 60 | 7 | 7 | 6 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 5 | 1 | 1 | 1 | 0 |
| 02 | DEBORAH A. CHAPOY | YR | 02 | | | 7 | 6 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 5 | 1 | 1 | 1 | 0 |

Number of Sections: 1   Average Students Per Section: 7.00

| 630 | MATH | YR | 0 | 64 | 10 | 10 | 6 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 5 | 4 | 1 | 1 | 0 |
| 01 | JESSE BROUSE | YR | 02 | | | 10 | 6 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 5 | 4 | 1 | 1 | 0 |

Number of Sections: 1   Average Students Per Section: 10.00

| 631 | BSC MATH | YR | 0 | 30 | 4 | 4 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 2 | 2 | 0 | 0 | 0 |
| 01 | JILL BEARD | YR | 02 | | | 4 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 2 | 2 | 0 | 0 | 0 |

Number of Sections: 1   Average Students Per Section: 4.00

| KG | MATH | YR | 1 | 60 | 26 | 26 | 17 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24 | 15 | 9 | 2 | 2 | 0 |
| 01 | VERONICA FLORES | YR | 02 | | | 13 | 8 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 7 | 5 | 1 | 1 | 0 |
| 02 | GISEL I. MIRELES | YR | 02 | | | 13 | 9 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 8 | 4 | 1 | 1 | 0 |

Number of Sections: 2   Average Students Per Section: 13.00

| PK | MATH | YR | 1 | 30 | 14 | 14 | 8 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 7 | 5 | 2 | 1 | 1 |
| 01 | MELISSA ALVARADO | YR | 02 | | | 14 | 8 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 7 | 5 | 2 | 1 | 1 |

Number of Sections: 1   Average Students Per Section: 14.00

```
lsonyr01.p                        Batesville School                       04/08/11
04.10.12.00.00-010033          Course/Class Count Report Totals          12:36 PM
                                                                          PAGE: 2

TITLE FOR TOTAL
TOTALS GROUP              TOTAL      FEMALE      MALE

GRAND TOTALS                156         72         84
     Amerind                  0          0          0
     Asian                    1          0          1
     Black                    0          0          0
     Hispanic               148         67         81
     White                    7          5          2

****************** End of report ******************
```

Dalton Elementary School
Course/Class Count Report J02

| COURSE | DESCRIPTION | LGTH | EST SEC | NBR AVL | NBR REQ | TOTALS TOT | TOTALS FEM | TOTALS MAL | AmerInd TOT | AmerInd FEM | AmerInd MAL | Asian TOT | Asian FEM | Asian MAL | Black TOT | Black FEM | Black MAL | Hispanic TOT | Hispanic FEM | Hispanic MAL | White TOT | White FEM | White MAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EE | EARLY EDUCATION YR | 1 | | 82 | 41 | 41 | 19 | 22 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 37 | 18 | 19 | 4 | 1 | 3 |
| 01 | NORA M. LANN | YR 02 | | | | 9 | 2 | 7 | | | | | | | | | | 7 | 2 | 5 | 2 | 0 | 2 |
| 04 | WAYNDALEN M. WILLIAMS | YR 02 | | | | 10 | 3 | 7 | | | | 1 | 0 | 1 | | | | 8 | 2 | 6 | 1 | 1 | 0 |
| 05 | JEAN DEMASI | YR 02 | | | | 22 | 14 | 8 | | | | | | | | | | 22 | 14 | 8 | | | |
| | Number of Sections: 3 | | | | | | | | | | | | | | | | | Average Students Per Section: 13.67 | | | | | |
| KG | K | 1 | | 450 | 316 | 316 | 165 | 151 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 293 | 153 | 140 | 22 | 12 | 10 |
| 01 | JOSE L. BERMEA | YR 02 | | | | 19 | 9 | 10 | | | | | | | | | | 18 | 8 | 10 | 1 | 1 | 0 |
| 02 | RACHEL H. CHAVEZ | YR 02 | | | | 20 | 10 | 10 | | | | | | | | | | 18 | 8 | 10 | 2 | 2 | 0 |
| 03 | JENNIFER VASQUEZ | YR 02 | | | | 18 | 8 | 10 | | | | | | | | | | 16 | 8 | 8 | 1 | 0 | 1 |
| 04 | BETTY RUBIO | YR 02 | | | | 20 | 9 | 11 | | | | | | | | | | 19 | 9 | 10 | 1 | 0 | 1 |
| 05 | DEYANIRA DAVIS | YR 02 | | | | 20 | 11 | 9 | | | | | | | | | | 18 | 9 | 9 | 2 | 2 | 0 |
| 06 | CASSANDRA E. DE HOYOS | YR 02 | | | | 19 | 10 | 9 | | | | | | | | | | 17 | 10 | 7 | 2 | 0 | 2 |
| 08 | DORA GALLARDO | YR 02 | | | | 12 | 5 | 7 | | | | | | | | | | 12 | 5 | 7 | 0 | 0 | 0 |
| 09 | SANDRA S. VASQUEZ | YR 02 | | | | 19 | 9 | 10 | | | | | | | | | | 19 | 9 | 10 | 0 | 0 | 0 |
| 11 | DELIA G. GUEVARA | YR 02 | | | | 11 | 8 | 3 | | | | | | | | | | 11 | 8 | 3 | 0 | 0 | 0 |
| 12 | JUDY HOLMES | YR 02 | | | | 19 | 12 | 7 | | | | | | | | | | 17 | 10 | 7 | 2 | 2 | 0 |
| 13 | JULIE R. IRETON | YR 02 | | | | 19 | 13 | 6 | | | | | | | | | | 16 | 11 | 5 | 3 | 2 | 1 |
| 14 | REBECCA S. MERRITT | YR 02 | | | | 19 | 9 | 10 | | | | | | | | | | 18 | 9 | 9 | 1 | 0 | 1 |
| 15 | JEAN A. CHISUM | YR 02 | | | | 19 | 8 | 11 | | | | | | | | | | 17 | 8 | 9 | 2 | 0 | 2 |
| 16 | VANESSA NOLTNER | YR 02 | | | | 21 | 12 | 9 | | | | | | | | | | 20 | 11 | 9 | 1 | 1 | 0 |
| 17 | SARAH RUMFIELD | YR 02 | | | | 20 | 11 | 9 | | | | | | | | | | 18 | 11 | 7 | 2 | 0 | 2 |
| 18 | NORMA L. RUIZ | YR 02 | | | | 19 | 9 | 10 | | | | | | | | | | 19 | 9 | 10 | 0 | 0 | 0 |
| 21 | JENNIFER ZAMORA | YR 02 | | | | 22 | 12 | 10 | | | | | | | | | | 20 | 10 | 10 | 2 | 2 | 0 |
| | Number of Sections: 17 | | | | | | | | | | | | | | | | | Average Students Per Section: 18.59 | | | | | |
| PK | PK | 1 | | 377 | 319 | 319 | 158 | 161 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 295 | 145 | 150 | 22 | 11 | 11 |
| 02 | NORMA M. GARCIA | YR 02 | | | | 20 | 8 | 12 | | | | | | | | | | 17 | 8 | 9 | 3 | 0 | 3 |
| 03 | LORENA C. GONZALES | YR 02 | | | | 20 | 11 | 9 | | | | | | | | | | 19 | 10 | 9 | 1 | 1 | 0 |
| 04 | DEEANNA L. GONZALEZ | YR 02 | | | | 22 | 11 | 11 | | | | | | | | | | 18 | 9 | 9 | 4 | 2 | 2 |
| 05 | KAREN S. CLARK | YR 02 | | | | 20 | 10 | 10 | | | | | | | | | | 20 | 10 | 10 | 0 | 0 | 0 |
| 06 | 261 HABY | YR 02 | | | | 20 | 10 | 10 | | | | | | | | | | 19 | 9 | 10 | 1 | 1 | 0 |
| 07 | MARISSA C. RODRIGUEZ | YR 02 | | | | 19 | 9 | 10 | | | | | | | | | | 19 | 9 | 10 | 0 | 0 | 0 |
| 08 | TAMRA D. WASH | YR 02 | | | | 20 | 12 | 8 | | | | | | | | | | 20 | 12 | 8 | 0 | 0 | 0 |
| 09 | CAROL KIRKHAM | YR 02 | | | | 19 | 8 | 11 | | | | | | | | | | 17 | 7 | 10 | 2 | 1 | 1 |
| 10 | PEGGY C. LUNA | YR 02 | | | | 20 | 9 | 11 | | | | | | | | | | 20 | 9 | 11 | 0 | 0 | 0 |
| 11 | ENRIQUETA P. ORTIZ | YR 02 | | | | 19 | 10 | 9 | | | | | | | | | | 17 | 10 | 7 | 2 | 0 | 2 |
| 12 | VERONICA MATA | YR 02 | | | | 19 | 10 | 9 | | | | | | | | | | 18 | 10 | 8 | 1 | 0 | 1 |
| 13 | AUDREY E. GONZALES | YR 02 | | | | 20 | 11 | 9 | | | | | | | | | | 20 | 11 | 9 | 0 | 0 | 0 |
| 14 | HERMINIA S. TORRES | YR 02 | | | | 20 | 10 | 10 | | | | | | | | | | 16 | 6 | 10 | 4 | 4 | 0 |
| 15 | LAURI L. WELCH | YR 02 | | | | 19 | 10 | 9 | | | | | | | | | | 17 | 8 | 9 | 2 | 2 | 0 |
| 16 | DORA YBARRA | YR 02 | | | | 22 | 12 | 10 | 1 | 1 | 0 | | | | 1 | 1 | 0 | 20 | 10 | 10 | 0 | 0 | 0 |
| 29 | BRYAN J. PEREZ | YR 02 | | | | 20 | 7 | 13 | | | | | | | | | | 18 | 7 | 11 | 2 | 0 | 2 |
| | Number of Sections: 16 | | | | | | | | | | | | | | | | | Average Students Per Section: 19.94 | | | | | |

lsonyr01.p
04.10.12.00.00-010033
04/08/11   12:32 PM   PAGE 1

```
lsonyr01.p                          Dalton Elementary School                         04/08/11
04.10.12.00.00-010033             Course/Class Count Report Totals                   12:32 PM
                                                                                     PAGE: 2
```

| TITLE FOR TOTAL | | | |
|---|---|---|---|
| TOTALS GROUP | TOTAL | FEMALE | MALE |
| GRAND TOTALS | 676 | 342 | 334 |
| Amerind | 0 | 0 | 0 |
| Asian | 2 | 1 | 1 |
| Black | 1 | 1 | 0 |
| Hispanic | 625 | 316 | 309 |
| White | 48 | 24 | 24 |

*********************** End of report ***********************

```
1sonyr01.p                                    Anthon Elementary School                              12:35 PM  04/08/11
04.10.12.00.00-010833                         Course/Class Count Report 104                         PAGE:      1
```

| COURSE | DESCRIPTION | LGTH | EST SEC | NBR AVL | NBR REQ | TOTALS TOT | TOTALS FEM | TOTALS MAL | AmerInd TOT | AmerInd FEM | AmerInd MAL | Asian TOT | Asian FEM | Asian MAL | Black TOT | Black FEM | Black MAL | Hispanic TOT | Hispanic FEM | Hispanic MAL | White TOT | White FEM | White MAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 120 | ELA | YR | 0 | 154 | 144 | 141 | 65 | 76 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 132 | 58 | 74 | 7 | 5 | 2 |
| 30 | ALFRED LOPEZ | YR | 02 | | | 20 | 9 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 18 | 7 | 11 | 1 | 1 | 0 |
| 31 | ALICIA C. CONTRERAS | YR | 02 | | | 19 | 10 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 | 10 | 9 | 0 | 0 | 0 |
| 32 | VERONICA R. PILES | YR | 02 | | | 21 | 11 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 10 | 10 | 1 | 1 | 0 |
| 33 | LIZZETTE MCCLEERY | YR | 02 | | | 21 | 9 | 12 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17 | 7 | 10 | 3 | 1 | 2 |
| 34 | MARICIELA A. HERNANDEZ | YR | 02 | | | 19 | 8 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 | 8 | 11 | 0 | 0 | 0 |
| 35 | VERONICA B. CASTILLO | YR | 02 | | | 20 | 9 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 9 | 11 | 0 | 0 | 0 |
| 44 | MARIAN F. SKAINS | YR | 02 | | | 21 | 9 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 | 7 | 12 | 2 | 2 | 0 |

Number of Sections: 7   Average Students Per Section: 20.14

| 220 | ELA | YR | 8 | 204 | 135 | 133 | 69 | 64 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 118 | 58 | 60 | 13 | 11 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | HONORA M. POLLARD | YR | 02 | | | 18 | 8 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 14 | 6 | 8 | 3 | 2 | 1 |
| 42 | NELLIE RIGGS | YR | 02 | | | 20 | 9 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 9 | 11 | 0 | 0 | 0 |
| 43 | SYLVIA C. MUNOZ | YR | 02 | | | 21 | 11 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 | 9 | 10 | 2 | 2 | 0 |
| 51 | SANDRA SILVA | YR | 02 | | | 20 | 10 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 | 9 | 10 | 1 | 1 | 0 |
| 52 | MARY OLIVAREZ | YR | 02 | | | 19 | 11 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17 | 9 | 8 | 2 | 2 | 0 |
| 53 | SHERYL L. ROUTH | YR | 02 | | | 18 | 10 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 16 | 9 | 7 | 1 | 1 | 0 |
| 54 | LESLIE MUNOZ | YR | 02 | | | 17 | 10 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 7 | 6 | 4 | 3 | 1 |
| 70 | WENDY WHITE | YR | 02 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Number of Sections: 8   Average Students Per Section: 16.63

| 320 | ELA | YR | 0 | 248 | 157 | 155 | 84 | 71 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 141 | 76 | 65 | 14 | 8 | 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | KRISTA SLOAN | YR | 02 | | | 22 | 12 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22 | 12 | 10 | 0 | 0 | 0 |
| 62 | DEBRA R. MACHEN | YR | 02 | | | 23 | 13 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 9 | 7 | 7 | 4 | 3 |
| 63 | SONYA GUZMAN | YR | 02 | | | 22 | 12 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 | 10 | 9 | 3 | 2 | 1 |
| 64 | ESMERALDA SANTOS | YR | 02 | | | 22 | 10 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22 | 10 | 12 | 0 | 0 | 0 |
| 70 | WENDY WHITE | YR | 02 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 73 | DOLORES GARCIA | YR | 02 | | | 23 | 13 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22 | 12 | 10 | 1 | 1 | 0 |
| 74 | ROXANNE MILLER | YR | 02 | | | 22 | 11 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 | 10 | 9 | 3 | 1 | 2 |
| 75 | ELISA P. RODRIGUEZ | YR | 02 | | | 21 | 13 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 13 | 8 | 0 | 0 | 0 |

Number of Sections: 8   Average Students Per Section: 19.38

| 420 | ELA | YR | 5 | 208 | 160 | 157 | 71 | 86 | 1 | 1 | 0 | 2 | 1 | 1 | 1 | 0 | 1 | 140 | 65 | 75 | 14 | 4 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | DAVID GONZALES | YR | 02 | | | 21 | 8 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17 | 8 | 9 | 4 | 0 | 4 |
| 11 | SUSANA G. SERNA | YR | 02 | | | 19 | 8 | 11 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 18 | 8 | 10 | 0 | 0 | 0 |
| 12 | GRISELDA S. FLORES | YR | 02 | | | 19 | 10 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 | 9 | 9 | 1 | 1 | 0 |
| 13 | PATRICIA ALBARADO | YR | 02 | | | 21 | 9 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 | 9 | 10 | 2 | 0 | 2 |
| 14 | JESSICA ROMO-CARTER | YR | 02 | | | 18 | 9 | 9 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17 | 8 | 9 | 0 | 0 | 0 |
| 15 | MERCEDES SOTELO | YR | 02 | | | 21 | 10 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 19 | 9 | 10 | 1 | 1 | 0 |
| 16 | ELSA AVILA | YR | 02 | | | 19 | 8 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 5 | 9 | 3 | 1 | 2 |
| 19 | STEPHEN DECOCK | YR | 02 | | | 19 | 9 | 10 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 18 | 8 | 10 | 0 | 1 | 0 |

Number of Sections: 8   Average Students Per Section: 19.63

```
1sonyr01.p                              Anthon Elementary School                        12:35 PM  04/08/11
04.12.00.00-010033                      Course/Class Count Report Totals                          PAGE: 2
```

## TITLE FOR TOTAL

| TOTALS GROUP | TOTAL | FEMALE | MALE |
|---|---|---|---|
| GRAND TOTALS | 586 | 289 | 297 |
| Amerind | 1 | 1 | 0 |
| Asian | 2 | 1 | 1 |
| Black | 4 | 2 | 2 |
| Hispanic | 531 | 257 | 274 |
| White | 48 | 28 | 20 |

****************** End of report ******************

```
lsonyr01.p                          Benson Elementary School                  12:31 PM   04/08/11
04.10.12.00.00-010033               Course/Class Count Report 101                PAGE: 1
```

| COURSE | DESCRIPTION | | LGTH | EST SEC | NBR AVL | NBR REQ | TOT | TOTALS FEM | MAL | TOT | AmerInd FEM | MAL | TOT | Asian FEM | MAL | TOT | Black FEM | MAL | TOT | Hispanic FEM | MAL | TOT | White FEM | MAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002-13 | E.E.D.E | | YR | 0 | 30 | 01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | SANDRA LOPEZ | | YR | 02 | | | | | | | | | | | | | | | | | | | | |
| Number of Sections: 1 | | | | | Average Students Per Section: 0.00 | | | | | | | | | | | | | | | | | | | |
| 120 | ELA | YR | | 0 | 184 | 901 | 90 | 35 | 55 | 1 | 0 | 1 | 2 | 2 | 0 | 0 | 0 | 0 | 76 | 27 | 49 | 11 | 5 | 6 |
| 01 | ANA M. THOMAS | | YR | 02 | | | 19 | 7 | 12 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 14 | 5 | 9 | 4 | 1 | 3 |
| 02 | ELMA J. SAMARRIPA | | YR | 02 | | | 20 | 8 | 12 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 16 | 6 | 10 | 3 | 1 | 2 |
| 03 | CINDY K. MOTLEY | | YR | 02 | | | 20 | 9 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17 | 7 | 10 | 3 | 2 | 1 |
| 04 | NORMA J. HILL | | YR | 02 | | | 12 | 5 | 7 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 4 | 7 | 0 | 0 | 0 |
| 05 | BELINDA CARRILLO | | YR | 02 | | | 19 | 6 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 | 5 | 13 | 1 | 0 | 0 |
| Number of Sections: 5 | | | | | Average Students Per Section: 18.00 | | | | | | | | | | | | | | | | | | | |
| 220 | ELA | YR | | 5 | 204 | 861 | 86 | 41 | 45 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 68 | 31 | 37 | 17 | 10 | 7 |
| 04 | NORMA J. HILL | | YR | 02 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 06 | SARAH HUTCHISON | | YR | 02 | | | 17 | 8 | 9 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 11 | 5 | 6 | 6 | 3 | 3 |
| 07 | CRYSTAL KALMRING | | YR | 02 | | | 18 | 9 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 8 | 8 | 2 | 1 | 1 |
| 08 | PATTI MODD | | YR | 02 | | | 18 | 8 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 5 | 9 | 4 | 3 | 1 |
| 09 | JENNIFER B. McGEHEE | | YR | 02 | | | 15 | 9 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 8 | 5 | 2 | 1 | 1 |
| 10 | KARA D. JONES | | YR | 02 | | | 18 | 7 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 5 | 9 | 2 | 1 | 1 |
| Number of Sections: 6 | | | | | Average Students Per Section: 14.33 | | | | | | | | | | | | | | | | | | | |
| 320 | ELA | YR | | 0 | 124 | 80 | 80 | 42 | 38 | 0 | 0 | 0 | 3 | 2 | 1 | 0 | 0 | 0 | 65 | 30 | 35 | 12 | 10 | 2 |
| 20 | YOLANDA C. KING | | YR | 02 | | | 22 | 12 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 | 9 | 9 | 4 | 3 | 1 |
| 21 | CHRISTINA STROFF | | YR | 02 | | | 21 | 13 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 7 | 8 | 6 | 6 | 0 |
| 22 | MARIA T. MARTINEZ | | YR | 02 | | | 16 | 7 | 9 | 0 | 0 | 0 | 2 | 1 | 1 | 0 | 0 | 0 | 14 | 6 | 8 | 0 | 0 | 0 |
| 28 | KATHY CORTEZ | | YR | 02 | | | 21 | 10 | 11 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 18 | 8 | 10 | 2 | 1 | 1 |
| Number of Sections: 4 | | | | | Average Students Per Section: 20.00 | | | | | | | | | | | | | | | | | | | |
| 420 | ELA | YR | | 0 | 166 | 91 | 91 | 55 | 36 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 83 | 52 | 31 | 6 | 3 | 3 |
| 23 | COURTNEY L. TITSWORTH | | YR | 02 | | | 20 | 11 | 9 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 1 | 18 | 10 | 8 | 0 | 1 | 0 |
| 24 | LISA A. ALEGRIA | | YR | 02 | | | 20 | 12 | 8 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 19 | 12 | 7 | 0 | 0 | 0 |
| 25 | CASSANDRA LOPEZ | | YR | 02 | | | 12 | 8 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 8 | 4 | 0 | 0 | 0 |
| 26 | BRITTA D. McDONALD | | YR | 02 | | | 20 | 12 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 10 | 6 | 4 | 2 | 2 |
| 27 | EMILY WILLIS | | YR | 02 | | | 19 | 12 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 | 12 | 6 | 1 | 0 | 1 |
| Number of Sections: 5 | | | | | Average Students Per Section: 18.20 | | | | | | | | | | | | | | | | | | | |

```
1sonyr01.p                              Benson Elementary School                           12:31 PM   04/08/11
04.10.12.00.00-010033                  Course/Class Count Report Totals                    PAGE:
```

### TITLE FOR TOTAL
#### TOTALS GROUP

| | TOTAL | FEMALE | MALE |
|---|---|---|---|
| GRAND TOTALS | 347 | 173 | 174 |
| AmerInd | 1 | 1 | 0 |
| Asian | 6 | 4 | 2 |
| Black | 2 | 0 | 2 |
| Hispanic | 292 | 140 | 152 |
| White | 46 | 28 | 18 |

*************** End of report ***************

```
1sonyr01.p                           Robb Elementary School                     12:34 PM
04.10.12.00.00-010033              Course/Class Count Report 103                04/08/11
                                                                                PAGE: 1
```

| COURSE | DESCRIPTION | LGTH | EST SEC | NBR AVL | NBR REQ | TOTALS TOT | TOTALS FEM | TOTALS MAL | AmerInd TOT | AmerInd FEM | AmerInd MAL | Asian TOT | Asian FEM | Asian MAL | Black TOT | Black FEM | Black MAL | Hispanic TOT | Hispanic FEM | Hispanic MAL | White TOT | White FEM | White MAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 012 | DLS SOCIAL BEHA | YR | 0 | 68 | 17 | 17 | 6 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 15 | 5 | 10 | 2 | 1 | 1 |
| 14 | SYLVIA HUERTA | YR | 02 | | | 9 | 2 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 7 | 1 | 6 | 1 | 0 | 1 |
| 32 | DAWN M. MC GUIRE | YR | 02 | | | 8 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 8 | 4 | 4 | 1 | 1 | 0 |
| Number of Sections: 2 | | | | | | Average Students Per Section: 8.50 | | | | | | | | | | | | | | | | | |
| 120 | ELA | YR | 0 | 184 | 127 | 127 | 61 | 66 | 1 | 1 | 0 | 2 | 1 | 1 | 0 | 0 | 0 | 111 | 50 | 61 | 11 | 7 | 4 |
| 01 | SILVIA G. DELACRUZ | YR | 02 | | | 17 | 8 | 9 | 0 | 0 | 0 | 2 | 1 | 1 | 0 | 0 | 0 | 13 | 5 | 8 | 1 | 1 | 0 |
| 02 | RACHEL G. SERVANTES | YR | 02 | | | 22 | 10 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17 | 6 | 11 | 5 | 4 | 1 |
| 03 | CHERYL A. SLOAN | YR | 02 | | | 22 | 12 | 10 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 11 | 10 | 0 | 0 | 0 |
| 04 | EVANGELINE R. SALAZAR | YR | 02 | | | 22 | 10 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 10 | 11 | 1 | 0 | 1 |
| 05 | ALLISON MCCULLOUGH | YR | 02 | | | 23 | 10 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 8 | 12 | 2 | 2 | 0 |
| 06 | SAMANTHA R. CASTANO | YR | 02 | | | 21 | 11 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 | 10 | 9 | 2 | 1 | 1 |
| Number of Sections: 6 | | | | | | Average Students Per Section: 21.17 | | | | | | | | | | | | | | | | | |
| 220 | ELA | YR | 0 | 198 | 112 | 112 | 50 | 62 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 98 | 42 | 56 | 12 | 6 | 6 |
| 07 | MICHELLE GONZALES | YR | 02 | | | 21 | 11 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 18 | 9 | 9 | 2 | 1 | 1 |
| 08 | SARAH M. ZEITHAMMEL | YR | 02 | | | 18 | 9 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 7 | 7 | 4 | 2 | 2 |
| 09 | REBECCA O. GUZMAN | YR | 02 | | | 18 | 8 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 6 | 10 | 2 | 2 | 0 |
| 10 | LETICIA ESPINOSA | YR | 02 | | | 18 | 7 | 11 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 16 | 7 | 9 | 1 | 0 | 1 |
| 11 | TRISHA GARCIA | YR | 02 | | | 20 | 7 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 | 7 | 12 | 1 | 0 | 1 |
| 12 | LUCINDA GARCIA | YR | 02 | | | 17 | 8 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 6 | 9 | 2 | 1 | 1 |
| Number of Sections: 6 | | | | | | Average Students Per Section: 18.67 | | | | | | | | | | | | | | | | | |
| 320 | ELA | YR | 0 | 154 | 102 | 102 | 48 | 54 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 92 | 45 | 47 | 7 | 2 | 5 |
| 26 | SANDRA P. RUBIO | YR | 02 | | | 22 | 11 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 11 | 10 | 1 | 0 | 1 |
| 27 | ANNETTE ARCE | YR | 02 | | | 23 | 11 | 12 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 19 | 9 | 10 | 2 | 1 | 1 |
| 29 | ANGELICA GOMEZ | YR | 02 | | | 15 | 7 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 7 | 8 | 0 | 0 | 0 |
| 30 | GINGER BRACK | YR | 02 | | | 21 | 11 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 11 | 9 | 1 | 0 | 1 |
| 31 | IRMA L. GARCIA | YR | 02 | | | 21 | 8 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17 | 7 | 10 | 4 | 1 | 3 |
| Number of Sections: 5 | | | | | | Average Students Per Section: 20.40 | | | | | | | | | | | | | | | | | |
| 420 | ELA | YR | 0 | 164 | 95 | 95 | 44 | 51 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 89 | 42 | 47 | 6 | 2 | 4 |
| 02 | GENA K. OLIPHANT | YR | 02 | | | 21 | 8 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 | 7 | 11 | 3 | 1 | 2 |
| 03 | MANDY GUTIERREZ | YR | 02 | | | 20 | 11 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 11 | 9 | 0 | 0 | 0 |
| 04 | ELSA MALDONADO | YR | 02 | | | 16 | 6 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 6 | 10 | 0 | 0 | 0 |
| 08 | SUZANNE CARROLL | YR | 02 | | | 18 | 9 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17 | 8 | 9 | 1 | 1 | 0 |
| 09 | SHARON ROSE | YR | 02 | | | 20 | 10 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 | 10 | 8 | 2 | 0 | 2 |
| Number of Sections: 5 | | | | | | Average Students Per Section: 19.00 | | | | | | | | | | | | | | | | | |

```
lsonyr01.p                              Robb Elementary School                         04/08/11
04:10:12:00.00-010033               Course/Class Count Report Totals                  12:34 PM
                                                                                      PAGE:  2

TITLE FOR TOTAL
TOTALS GROUP                TOTAL      FEMALE      MALE

GRAND TOTALS                  453        209        244
        Amerind                 2          2          0
        Asian                   4          2          2
        Black                   4          3          1
        Hispanic              405        184        221
        White                  38         18         20

************** End of report **************
```