```
1sonyr01.p                              Uvalde Junior High School                      11:33 AM   04/11/11
04.10.12.00.00-010033                   Course/Class Count Report 044                             PAGE:  1
```

| COURSE | | DESCRIPTION | FUNC SOC STU | LGTH SEC | EST NBR AVL | NBR REQ | TOTALS TOT | FEM | MAL | AmerInd TOT | FEM | MAL | Asian TOT | FEM | MAL | Black TOT | FEM | MAL | Hispanic TOT | FEM | MAL | White TOT | FEM | MAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4055 | 06 | BRENDA CALDERON | YR | 1 50 03 | 11 | 11 | 7 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 7 | 3 | 1 | 0 | 1 |
| 7100 | 11 | DENISE MUSQUEZ | LANGUAGE | YR | 0 250 03 | 18 | 18 | 12 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17 | 11 | 6 | 1 | 1 | 0 |
| 7110 | 05 | DORA GOMEZ | LANGUAGE PRE AP YR | 0 200 03 | 39 | 39 | 25 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 33 | 20 | 13 | 6 | 5 | 1 |
| | 07 | ELMA GOMEZ | | YR 03 | 19 | 19 | 9 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17 | 7 | 10 | 2 | 2 | 0 |
| 7200 | | JERRY BERNAL | MATH | YR | 0 250 03 | 16 | 16 | 7 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 7 | 7 | 2 | 0 | 2 |
| | 03 | JERRY BERNAL | | YR 03 | | | | | | | | | | | | | | | | | | | | |
| | 05 | MALIA PEREZ | | YR 03 | | 16 | 7 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 7 | 7 | 2 | 0 | 2 |
| 7210 | 06 | SHANA WOOTEN | MATH PRE AP | YR | 0 200 03 | 23 | 23 | 14 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 10 | 6 | 7 | 4 | 3 |
| 7250 | 06 | JERRY BERNAL | ACC MATH 1 | SM | 0 90 03 | 13 | 13 | 5 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 4 | 8 | 1 | 1 | 0 |
| 7270 | 01 | JENIFER GONZALES | BASIC MATH | YR | 1 30 03 | 9 | 9 | 2 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 2 | 6 | 1 | 0 | 1 |
| 7300 | 03 | CHRISTOPHER CHASE | TEXAS HISTORY | YR | 0 225 03 | 47 | 47 | 20 | 27 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 43 | 18 | 25 | 3 | 2 | 1 |
| | 04 | CHRISTOPHER CHASE | | YR 03 | | 23 | 8 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 7 | 13 | 2 | 1 | 1 |
| 7310 | 05 | ELIZABETH TENNANT | TEXAS HISTORY P | YR | 0 150 03 | 24 | 24 | 12 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23 | 11 | 12 | 1 | 1 | 0 |
| 7400 | 06 | JOEL ESCAMILLA | SCIENCE I | YR | 0 250 03 | 21 | 21 | 11 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 | 10 | 9 | 2 | 1 | 1 |
| | 08 | TIMOTHY ENGLER | | YR 03 | | 43 | 26 | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 43 | 26 | 17 | 0 | 0 | 0 |
| | | ESTELA MORALES | | YR 03 | | 22 | 14 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22 | 14 | 8 | 0 | 0 | 0 |
| 7410 | 03 | BARBARA K. BURELL | SCIENCE I PR | YR | 0 200 03 | 17 | 17 | 7 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 7 | 7 | 3 | 0 | 3 |
| 7730 | 06 | DANA R. DILLARD | LANGUAGE | YR | 0 250 03 | 37 | 37 | 19 | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 12 | 9 | 0 | 0 | 0 |
| 7730 | 07 | CARLOS SANDOVAL | BOYS WELLNESS | SM | 0 240 03 | 3 | 3 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 3 | 0 | 0 | 0 |
| 7760 | 01 | CARLOS SANDOVAL | SYMPHONIC BAND | YR | 0 120 03 | 43 | 43 | 27 | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 39 | 25 | 14 | 3 | 1 | 2 |
| 7760 | 01 | ELENA FUNK | | YR 03 | | 43 | 27 | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 39 | 25 | 14 | 3 | 1 | 2 |
| 8050 | 10 | LAZARO PLACENCIA JR. | OFFICE PRACTICE | SM | 0 56 03 | 21 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 1 |
| 8100 | 06 | SYLVIA SPENGLER | LANGUAGE | YR | 0 250 03 | 37 | 37 | 19 | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 33 | 17 | 16 | 4 | 2 | 2 |
| 8110 | 10 | SYLVIA SPENGLER | LANGUAGE PRE AP | YR | 0 225 03 | 19 | 19 | 10 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 8 | 7 | 3 | 0 | 3 |
| 8170 | 06 | JODIE K. HUIE | | YR 03 | | 24 | 24 | 10 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 | 9 | 10 | 4 | 1 | 3 |
| 8170 | 06 | BASIC LANGUAGE | | YR | 0 30 03 | 7 | 7 | 1 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 6 | 1 | 5 | 0 | 0 | 0 |
| 8200 | 02 | BONNIE BARTEK | MATH | YR | 0 250 03 | 33 | 33 | 12 | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 31 | 10 | 21 | 2 | 2 | 0 |
| 8240 | 02 | SUSAN T. SHENKO | MATH | YR 03 | | 17 | 6 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 4 | 11 | 2 | 2 | 0 |
| 8240 | 06 | HEATHER HEATON | | YR 03 | | 16 | 6 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 6 | 10 | 0 | 0 | 0 |
| 8240 | 01 | M ZIMMERMAN | ALGEBRA | YR | 0 150 03 | 24 | 24 | 11 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 | 7 | 11 | 6 | 4 | 2 |
| | | M ZIMMERMAN | | YR 03 | | 24 | 11 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 | 7 | 11 | 6 | 4 | 2 |
| 8300 | 03 | U S HISTORY | | YR | 0 250 03 | 37 | 37 | 12 | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 33 | 10 | 23 | 4 | 2 | 2 |
| | | BARBIE HOFFMAN | | YR 03 | | 17 | 7 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 5 | 8 | 4 | 2 | 2 |
| 8310 | 09 | ABRAHAM CONTRERAS | U S HISTORY PRE | YR | 0 200 03 | 24 | 24 | 12 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 5 | 15 | 3 | 3 | 0 |
| 8730 | 02 | ERNEST AMENDE | BOYS WELLNESS | SN | 0 240 03 | 24 | 24 | 12 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 | 10 | 9 | 5 | 2 | 3 |
| 8730 | 07 | CARLOS SANDOVAL | | SM2 03 | | 8 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 8 | 0 | 0 | 0 |
| 8737 | 02 | GIRLS WEIGHT TR | | SM | 0 60 10 | 10 | 10 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 9 | 9 | 0 | 0 | 0 | 0 |
| 8780 | 02 | DEBRA FLORES | HEALTH | SM | 0 180 29 | 28 | 17 | 11 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 0 | 1 | 23 | 14 | 9 | 2 | 1 | 1 |

```
1sonyr01.p                                          Uvalde Junior High School                              04/11/11
04.10.12.00/00-01003S                              Course/Class Count Report 044                           11:33 AM
                                                                                                           PAGE:

                         EST  NBR    NBR  ----TOTALS----  ---AmerInd---  ----Asian----  ----Black----  ---Hispanic---  ----White----
COURSE  DESCRIPTION  LGTH SEC AVL    REQ  TOT FEM MAL    TOT FEM MAL   TOT FEM MAL    TOT FEM MAL    TOT FEM MAL     TOT FEM MAL
  07    SUSAN TREVINO
 8790   SPANISH       YR   0  SM2 03 21   20  11   9      1   0   1    1   1   0      1   0   1      17  10   7       2   1   1
  03    ADELA AYALA
 9001   ESL SUPPORT   YR   1  YR  03 20   11   9   2      0   0   0    0   0   0      0   0   0      17  10   7       3   1   2
  01    ELIDA LUNA
 9140   READ 180      YR   1  60     3    3    1   2      0   0   0    0   0   0      0   0   0       3   1   2       0   0   0
  03    BLAIR DORRIS
 9302   SPANISH IN SOUT SM  0 YR  03 10   10   4   6      0   0   0    0   0   0      0   0   0      10   4   6       0   0   0
  04    MANUEL GUTIERREZ
 9400   BUSIM1        YR   1  SM2 03 30   30  12  18      0   0   0    0   0   0      0   0   0      28  10  18       2   2   0
   2    CATHY HERNDON
 9601   EXPLORING CAREE SM  0 96     20   20  13   7      0   0   0    0   0   0      0   0   0      15   9   6       5   4   1
  06    GRISELDA GARZA
 9650   TOUCH DAVA    SM   6 192     24   23   9  14      0   0   0    0   0   0      0   0   0      20   9  11       3   0   3
   8    ANTONIA M BRIONES
 9800   LANDSCAPING   SM   0 344     20   20  10  10      0   0   0    0   0   0      0   0   0      20   9  11       3   0   3
  02    JOSE OLVERA
 9810   CTE SHOP      SM   0 SM2 03 20   20  10  10      0   0   0    0   0   0      0   0   0      18   9   9       2   1   1
  07    JESSE ARIAS
 9960   AVID-8TH      YR   3  240    27   26  11  15      0   0   0    1   1   0      1   0   1      22   9  13       2   1   1
  02    ANTONIA MIRELES
 9998   LEARNING LAB  YR   1  204    15   15   3  12      0   0   0    0   0   0      1   0   1      13   3  10       1   0   1
  03    GENEVA GUTIERREZ                                                                                           
 9970                YR       60     18   18   9   9      0   0   0    1   1   0      1   1   0      13   3  10       1   0   1
  09    DAVID ELDER                                                                                                   
 9990                YR       YR  03  0    0   0   0      0   0   0    0   0   0      0   0   0       0   0   0       0   0   0
IEP     IEP MGR       YR   0 YR  03 01    0   0   0      0   0   0    0   0   0      0   0   0       0   0   0       0   0   0
  03    CHARLIE BATAGLIA                                                                                              
                            YR  03  0    0   0   0      0   0   0    0   0   0      0   0   0       0   0   0       0   0   0
```

```
lsonyr01.p                          Uvalde Junior High School                    11:33 AM   04/11/11
04:12:00.00-010033                  Course/Class Count Report Totals                        PAGE:
```

## TITLE FOR TOTAL

### TOTALS GROUP

| | TOTAL | FEMALE | MALE |
|---|---|---|---|
| GRAND TOTALS | 722 | 351 | 371 |
| AmerInd | 1 | 1 | 0 |
| Asian | 4 | 3 | 1 |
| Black | 5 | 2 | 3 |
| Hispanic | 634 | 307 | 327 |
| White | 78 | 38 | 40 |

*********************** End of report ***********************

```
lsonyr01.p                            Uvalde High School                              10:25 AM
04.10.12.00.00-010033                 Course/Class Count Report 001                   04/11/11
                                                                                      PAGE 1
```

| COURSE | DESCRIPTION | LGTH | EST SEC | NBR AVL | NBR REQ | TOTALS TOT | FEM | MAL | AmerInd TOT | FEM | MAL | Asian TOT | FEM | MAL | Black TOT | FEM | MAL | Hispanic TOT | FEM | MAL | White TOT | FEM | MAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 999BIO 08 | APPLIED BIOLOGY YR LEE SUMMERS | YR | 23 | 300 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| 99ALG1 08 | APPLIED ALG 1 YR ANDRE D'AVERSA | YR 02 | 17 | 240 | 3 | 3 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 1 | 0 | 1 |
| 99CHEM1 01 | APPLIED CHEM YR BERNARD BUJARD | YR 02 | 13 | 330 | 2 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 0 | 0 | 0 |
| 99ENG1 02 | APPLIED ENG 1 YR ROSANA ESPADAS | YR 02 | 16 | 270 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| 99ENG2 03 | APPLIED ENG 2 YR SHANNON MORTENSEN | YR 02 | 12 | 210 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| 99ENG3 01 | APPLIED ENG 3 YR SHERRY HERRINGTON | YR 02 | 15 | 270 | 2 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| 99ENG4 01 | APPLIED ENG 4 YR SARA L. KALLIO | YR | 1 | 240 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| 99GEOM 02 | APPLIED GEOMETRY YR LORRETTA DALRYMPLE | YR 02 | 13 | 240 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| 99MAMO 08 | APPLIED MTH MOD YR DEBRA ORAM | YR 02 | 2 | 120 | 2 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 1 |
| 99WGEO 01 | APPLIED WGEO YR DONALD RIGGS | YR 02 | 20 | 210 | 2 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 |
| 99WHIS 02 | APPLIED WD HIST YR KAMERON ARNOLD | YR 02 | 14 | 270 | 5 | 5 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 2 | 3 | 0 | 0 | 0 |
| 99USHI 01 | APPLIED US HIST YR JIM GUZMAN | YR 02 | 15 | 240 | 0 | 3 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 2 | 0 | 2 | 0 | 0 | 0 |
| 9APCL 04 | 99 COMP LEARN YR ASHLEY BOWERMAN | YR 02 | 1 | 240 | 5 | 5 | 1 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 1 | 4 | 0 | 0 | 0 |
| 9APPHY 02 | 99 APPL PHYSICS YR MELANIE N. BURNEY | YR 02 | 1 | 270 | 3 | 3 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 1 | 2 | 0 | 0 | 0 |
| 9FLSC2 02 | FUNCT COM BASE2 YR MELANIE N. BURNEY | YR 02 | 1 | 60 | 3 | 3 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 1 | 2 | 0 | 0 | 0 |
| 9FLSC4 02 | FUNCT COM BASE4 YR MELANIE N. BURNEY | YR 02 | 1 | 60 | 5 | 5 | 1 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 1 | 3 | 1 | 0 | 1 |
| 9FLSC5 02 | FUNCT COM BASE5 YR MELANIE N. BURNEY | YR 02 | 1 | 60 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| 9OCAW1 02 | 9 OCCUP AWARE YR MELANIE N. BURNEY | YR 02 | 1 | 120 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| 9OCAW2 02 | 9 OCCUP AWARE YR FRANCHESCA M. JOHNSTON | YR 02 | 1 | 120 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| 9VAPHY 01 | VAC PHYSICS YR FRANCHESCA M. JOHNSTON | YR 02 | 1 | 30 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| 9VENG4 | VAC ENG 4 YR | YR | 1 | 120 | 2 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 |

lsonyr01.p                                          Uvalde High School                                    10:25 AM   04/11/11
04.10.12.00.00-010033                          Course/Class Count Report 001                              PAGE: 2

| COURSE | DESCRIPTION | LGTH | SEC | EST AVL | NBR REQ | NBR TOT | TOTALS FEM | MAL | AmerInd TOT | FEM | MAL | Asian TOT | FEM | MAL | Black TOT | FEM | MAL | Hispanic TOT | FEM | MAL | White TOT | FEM | MAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9VUSHI 05 | VAC US HISTORY | YR | 1 | 42 | 01 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 0 | 0 | 0 |
| ACADEC 01 | HUMANITIES ACD FRANCHESCA M JOHNSTON | YR | 3 | 35 | 19 | 19 | 14 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 9 | 3 | 7 | 5 | 2 |
| ADPPE1 02 | ADAPTIVE PE 1 JAMES BUTLER | YR | 2 | 98 | 11 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| ADPPE2 02 | ADAPTIVE PE 2 LINDA LINDSEY | YR | 3 | 98 | 01 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| ADPPE3 02 | ADAPTIVE PE-3 LINDA LINDSEY | YR | | YR 02 | | | 0 | | | | | | | | | | | | | | | | | |
| ADPPE4 02 | ADAPTIVE PE 4 | YR | 2 | 64 | 01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ADPPE5 02 | ADAPTIVE PE 5 | YR | 2 | 102 | 01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ADVOUT 01 | ADV OUTDOOR ED STEPHANIE A. COATES | SM | 2 | 160 | 13 | 13 | 6 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 6 | 7 | 0 | 0 | 0 |
| | | SM2 02 | | | | | | | | | | | | | | | | | | | | | | |
| ALG1 04 | ALGEBRA 1 ANDRE D'AVERSA | YR | 15 | 210 | 24 | 24 | 13 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 13 | 8 | 3 | 0 | 3 |
| ALG2 06 | ALGEBRA 2 BRYAN HERNANDEZ | YR | 12 | 303 | 24 | 24 | 11 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 10 | 10 | 4 | 1 | 3 |
| ALG2P 02 | ALGEBRA 2 PRE-A MARCUS NORVELL | YR | 4 | 120 | 22 | 22 | 9 | 13 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 0 | 0 | 0 | 20 | 10 | 4 | 3 | 1 | 3 |
| ART2 01 | ART 2 AMANDA AGUIRRE | YR | 1 | 60 | 20 | 20 | 12 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17 | 9 | 8 | 3 | 3 | 0 |
| ART2CR 01 | ART 2 3D CERAMI LAURA JOHNSON | YR | 2 | 30 | 11 | 11 | 7 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 7 | 4 | 0 | 0 | 0 |
| ARTCR 01 | ART 3 3D CERAMI LAURA JOHNSON | YR | 2 | 64 | 5 | 5 | 4 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 2 | 1 | 1 | 1 | 0 |
| ART43D 02 | ART 4 3D CERAM LAURA JOHNSON | YR | 1 | 30 | 2 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 0 | 0 | 0 |
| AVID1 03 | AVID 1 MIGUEL J. GARCIA | YR | 2 | 120 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| AVID2 02 | AVID 2 MIGUEL J. GARCIA | YR | 2 | 60 | 2 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 0 | 0 | 0 |
| AVID3 01 | AVID 3 MIGUEL J. GARCIA | YR | 1 | 30 | 8 | 8 | 6 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 5 | 2 | 1 | 1 | 0 |
| BAND1S 01 | BAND1-SYMPHONIC STERLING SNYDER | YR | 1 | 999 | 28 | 28 | 19 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 28 | 19 | 9 | 0 | 0 | 0 |
| BAND2S 01 | BAND2-SYMPHONIC STERLING SNYDER | YR | 1 | 999 | 17 | 17 | 13 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 12 | 4 | 1 | 1 | 0 |
| BAND3S 01 | BAND3-SYMPHONIC STERLING SNYDER | YR | 1 | 999 | 8 | 8 | 6 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 6 | 2 | 0 | 0 | 0 |

```
1sonyr01.p                                    Uvalde High School                          10:25 AM   04/11/11
04.10.12.00.00-010033                     Course/Class Count Report 001                   PAGE:    3
```

| COURSE | DESCRIPTION | LGTH | SEC | EST NBR AVL | NBR REQ | TOT | FEM | MAL | AmerInd TOT | FEM | MAL | Asian TOT | FEM | MAL | Black TOT | FEM | MAL | Hispanic TOT | FEM | MAL | White TOT | FEM | MAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BAND4S 01 | BAND4-SYMPHONIC | YR | 1 | 999 | 2 | 8 | 6 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 6 | 2 | 0 | 0 | 0 |
| BASECO 01 | STERLING SNYDER BASIC ECONOMICS | SM | 1 | 120 | 4 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 0 | 0 | 0 |
| BASECO 03 | GERALD IANNI BASIC ECONOMICS | SM | 1 | SM2 120 | 4 | 4 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 4 | 0 | 0 | 0 |
| BAUSHS 02 | GERALD IANNI BASIC US HISTOR | YR | 1 | 68 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| BAWGEO 02 | GERALD IANNI BASIC W GEO | YR | 1 | 68 | 3 | 3 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 2 | 1 | 0 | 0 | 0 |
| BIO1 02 | GERALD IANNI BIOLOGY 1 | YR | 21 | 300 | 31 | 31 | 16 | 15 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30 | 15 | 15 | 1 | 1 | 0 |
| BIOP 07 | LISA CORRIE BIOLOGY 1 PRE-A | YR | 4 | 120 | 31 | 31 | 18 | 13 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 10 | 10 | 11 | 8 | 3 |
| BMTH1 04 | LEE SUMMERS MIKE HAWKES | YR | | | 12 | 12 | 7 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 7 | 5 | 0 | 0 | 0 |
| BMTH1 02 | BASIC ALG 1 | YR | 2 | 68 | 19 | 19 | 9 | 10 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 | 8 | 10 | 1 | 1 | 0 |
| BMTH2 05 | BASIC GEOM | YR | 2 | 68 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BMTH3 01 | BERNARD BUSARD BASIC MTH MODEL | YR | 2 | 64 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CARPR1 02 | CAREER PREP 1 | YR | 1 | 60 | 20 | 20 | 6 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 4 | 10 | 6 | 2 | 4 |
| CHEM1 02 | DIANE EDWARDS CHEMISTRY 1 | YR | 15 | 270 | 12 | 12 | 5 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 4 | 6 | 2 | 1 | 1 |
| CHEMP 05 | BERNARD BUSARD CHEMISTRY PRE-A | YR | 4 | 120 | 28 | 28 | 13 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22 | 10 | 12 | 6 | 3 | 3 |
| CONFER 01 | DONALD H OFFNER CONFERENCE | YR | 117 | 544 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| COSMO1 08 | RACHEL HOFFMAN COSMETOLOGY 1 | YR | 2 | 25 | 16 | 16 | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 14 | 14 | 0 | 0 | 0 | 0 |
| CREAD 01 | HEATHER KARNES CHALLENGE RDG | YR | 1 | 12 | 7 | 7 | 2 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 2 | 5 | 0 | 0 | 0 |
| DLSOP1 01 | DUSTIN WHITE EDNA V. RIVERA OCC PREP 1 | YR | 2 | YR 02 170 | 0 | 7 | 2 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 2 | 5 | 0 | 0 | 0 |
| DLSOP4 72 | DONALD L. MILLS OCC PREP 4 | YR | 3 | 136 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ENG1 09 | ENGLISH 1 | YR | 14 | 240 | 19 | 19 | 5 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17 | 5 | 12 | 2 | 0 | 2 |
| ENG1P 03 | ROSANA ESPADAS ENGLISH 1 PRE-A VICTOR BARON | YR | 4 | 150 | 27 | 27 | 17 | 10 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 11 | 9 | 6 | 5 | 1 |

```
1sonyr01.p                                Uvalde High School                              10:25 AM   04/11/11
04.10.12.00.00-010033                   Course/Class Count Report 001                                  PAGE:  4
```

| COURSE | | DESCRIPTION | LGTH | EST SEC | NBR AVL | NBR REQ | TOTALS TOT | TOTALS FEM | TOTALS MAL | Amerind TOT | Amerind FEM | Amerind MAL | Asian TOT | Asian FEM | Asian MAL | Black TOT | Black FEM | Black MAL | Hispanic TOT | Hispanic FEM | Hispanic MAL | White TOT | White FEM | White MAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENG2 | 07 | ENGLISH 2 | YR | 15 | 210 | 161 | 16 | 7 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 7 | 9 | 0 | 0 | 0 |
| ENG2P | | ENGLISH 2 PRE-A | YR | 4 | 150 | 19 | 18 | 7 | 11 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 11 | 3 | 8 | 6 | 4 | 2 |
| ENG2P | 02 | KYLEE HOLT | YR | 02 | | | 18 | 7 | 11 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 11 | 3 | 8 | 6 | 4 | 2 |
| ENG3 | | ENGLISH 3 | YR | 12 | 270 | 221 | 22 | 11 | 11 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 17 | 10 | 7 | 5 | 1 | 4 |
| ENG3 | 01 | SHERRY HERRINGTON | YR | 02 | | | 22 | 11 | 11 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 17 | 10 | 7 | 5 | 1 | 4 |
| ENG4 | | ENGLISH 4 | YR | 11 | 240 | 291 | 29 | 10 | 19 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 28 | 10 | 18 | 1 | 0 | 1 |
| ENG4 | 02 | DUSTIN WHITE | YR | 02 | | | 29 | 10 | 19 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 28 | 10 | 18 | 1 | 0 | 1 |
| ENVSY | | ENVIRONMENTAL S | YR | 4 | 150 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| FASDSN | | FASHION DESIGN | YR | 1 | 90 | 26 | 26 | 25 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 21 | 20 | 1 | 4 | 4 | 0 |
| FASDSN | 02 | LISA CASTRO | YR | 02 | | | 26 | 25 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 21 | 20 | 1 | 4 | 4 | 0 |
| FLSECO | | FUNCTIONAL ECO | SM | 1 | 98 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| FLSE1 | | FUNCTIONAL EM1 | YR | 1 | 68 | 4 | 4 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 4 | 0 | 0 | 0 |
| FLSE1 | 02 | DAWN M. MC GUIRE | YR | 02 | | | 4 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 4 | 0 | 0 | 0 |
| FLSHE2 | | FUNCTIONAL EM2 | YR | 1 | 68 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| FLSHE2 | 01 | DAWN M. MC GUIRE | YR | 02 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| FLSHE4 | | FUNCTIONAL EM4 | YR | 1 | 68 | 2 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 0 | 0 | 0 |
| FLSHE4 | 01 | DAWN M. MC GUIRE | YR | 02 | | | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 0 | 0 | 0 |
| FLSLA2 | | FUNCTIONAL LAR2 | YR | 1 | 136 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| FLSLA2 | 02 | MELINDA BUTLER | YR | 02 | | | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| FLSLE2 | | FUNCTIONAL R/L2 | YR | 2 | 102 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| FLSSS2 | | FUNCTIONAL SS2 | YR | 3 | 166 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| FLSSW1 | | FUNCTIONAL SHT1 | YR | 6 | 180 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| FLSSW1 | 03 | DAWN M. MC GUIRE | YR | 02 | | | 1 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GEOM | | GEOMETRY | YR | 12 | 282 | 23 | 23 | 10 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 9 | 12 | 2 | 1 | 1 |
| GEOM | 11 | LORRETTA DALRYMPLE | YR | 02 | | | 23 | 10 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 9 | 12 | 2 | 1 | 1 |
| GEOMP | | GEOMETRY PRE-AP | YR | 4 | 90 | 31 | 30 | 13 | 17 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 20 | 9 | 11 | 9 | 3 | 6 |
| GEOMP | 01 | ERICA GOEKE | YR | 02 | | | 30 | 13 | 17 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 20 | 9 | 11 | 9 | 3 | 6 |
| INDSSS | | IND STUD SOC ST | YR | 1 | 210 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 |
| INDSSS | 03 | DAVE HULETT | YR | 02 | | | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 |
| INSM10 | | IND STUDY MT10 | YR | 1 | 150 | 21 | 21 | 11 | 10 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 19 | 10 | 9 | 1 | 0 | 1 |
| INSM10 | 02 | JOSE A. FLORES | YR | 02 | | | 21 | 11 | 10 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 19 | 10 | 9 | 1 | 0 | 1 |
| INSM12 | | IND STUDY MT12 | YR | 1 | 60 | 16 | 16 | 3 | 13 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 3 | 12 | 0 | 0 | 0 |
| INSM12 | 02 | ALEX SANCHEZ | YR | 02 | | | 16 | 3 | 13 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 3 | 12 | 0 | 0 | 0 |
| JOUR | | JOURNALISM | YR | 1 | 30 | 10 | 10 | 7 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 5 | 1 | 4 | 2 | 2 |
| JOUR | 03 | JENNIFER DURAN | YR | 02 | | | 10 | 7 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 5 | 1 | 4 | 2 | 2 |
| JZIMP1 | | JAZZ IMPROV 1 | YR | 1 | 30 | 10 | 10 | 2 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 1 | 3 | 6 | 1 | 5 |
| JZIMP1 | 01 | MARK LYON | YR | 02 | | | 10 | 2 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 1 | 3 | 6 | 1 | 5 |
| LAT1 | | LATIN 1 | YR | 2 | 120 | 12 | 12 | 7 | 5 | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 5 | 3 | 2 | 5 | 3 | 2 |

```
lsonyr01.p                           Uvalde High School                    10:25 AM   04/11/11
04.10.12.00 00-010033             Course/Class Count Report 001                       PAGE: 5
```

| COURSE | DESCRIPTION | LGTH | EST SEC | NBR AVL | NBR REQ | TOT | TOTALS FEM | MAL | Amerind TOT | FEM | MAL | Asian TOT | FEM | MAL | Black TOT | FEM | MAL | Hispanic TOT | FEM | MAL | White TOT | FEM | MAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIVEPR 02 | MELANIE M. IRETON LIVESTOCK PROD | SM | 1 | 30 | 31 | 30 | 8 | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 1 | 4 | 25 | 7 | 18 |
| LIVEPR 02 | RAMON RAMIREZ LIVESTOCK PROD | SM | 1 | 30 | 31 | 30 | 8 | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 3 | 5 | 22 | 5 | 17 |
| M-RD 01 | RAMON RAMIREZ M- READING | SM2 | 02 | 30 | 8 | 22 | | | | | | | | | | | | | | | | | | |
| M-RD 01 | CLAY BAUGH M- READING | YR | 1 | 30 | 6 | 6 | 1 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 1 | 5 | 0 | 0 | 0 |
| MCABT 01 | EZEQUIEL DE LA FUENTE MILL/CABINETMKG | SM | 1 | 60 | 13 | 13 | 0 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 0 | 11 | 2 | 0 | 2 |
| MCABT 01 | EZEQUIEL DE LA FUENTE MILL/CABINETMKG | SM2 | 02 | | 13 | 0 | 13 | | | | | | | | | | | | | | | | | |
| MTHM 02 | SARA L. KALLIO MATH MODELS W/A | YR | 4 | 120 | 7 | 7 | 3 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 3 | 3 | 1 | 0 | 1 |
| OFCA 02 | TOD NIX OFFICE AIDE | YR | 8 | 40 | 2 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 0 | 0 | 0 |
| PHOTO 05 | LAUREL BRADFORD PHOTOJOURNALISM | YR | 4 | 150 | 28 | 22 | 11 | 11 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 19 | 10 | 9 | 2 | 1 | 1 |
| PHYS 02 | KEITH MILES PHYSICS | YR | 4 | 270 | 43 | 43 | 20 | 23 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 40 | 18 | 22 | 2 | 2 | 0 |
| PHYS 02 | KEITH MILES PHYSICS | YR | 02 | | 24 | 13 | 11 | | | | | | | | | | | | 22 | 12 | 10 | 2 | 1 | 1 |
| PLC 07 | KEN ORGAIN PLANNING CONF | YR | 100 | 0 | 01 | 19 | 7 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 18 | 6 | 12 | 0 | 0 | 0 |
| PLPSCS 02 | JESUS R. SUAREZ JR. PRIN LW,PS,CO,S | YR | 1 | 60 | 19 | 19 | 6 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 | 6 | 12 | 1 | 0 | 1 |
| PLPSCS 02 | ROY TORRES PRIN LW,PS,CO,S | YR | 02 | | 0 | 0 | 0 | | | | | | | | | | | | | | | | | |
| | MLISS GRAHAM | YR | 02 | | 0 | 0 | 0 | | | | | | | | | | | | | | | | | |
| | LEE ANN COLLIER | YR | 02 | | 0 | 0 | 0 | | | | | | | | | | | | | | | | | |
| | RAMON GARCIA JR. | YR | 02 | | 0 | 0 | 0 | | | | | | | | | | | | | | | | | |
| | GLENDA KEITH | YR | 02 | | 0 | 0 | 0 | | | | | | | | | | | | | | | | | |
| | FLOR HINOJOSA | YR | 02 | | 0 | 0 | 0 | | | | | | | | | | | | | | | | | |
| | BRIAN TREES | YR | 02 | | 0 | 0 | 0 | | | | | | | | | | | | | | | | | |
| | SHANE TUCK | YR | 02 | | 0 | 0 | 0 | | | | | | | | | | | | | | | | | |
| | CHARLES E. KELLNER | YR | 02 | | 0 | 0 | 0 | | | | | | | | | | | | | | | | | |
| | DAVE HULETT | YR | 02 | | 0 | 0 | 0 | | | | | | | | | | | | | | | | | |
| PLC 43 | ROSIE PADILLA PLANNING CONF | YR | | 02 | 0 | 0 | 0 | | | | | | | | | | | | | | | | | |
| PRECAL 02 | ALICE K. KELLY PRECALCULUS | YR | 4 | 150 | 27 | 16 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24 | 15 | 9 | 3 | 1 | 2 |
| PRECAL 02 | ALICE K. KELLY PRECALCULUS | YR | 02 | 281 | 27 | 16 | 11 | | | | | | | | | | | | | | | | | |
| PRINAC 02 | AGUSTO NOCHE PRIN ARCH/CONST | YR | 1 | 120 | 9 | 9 | 3 | 6 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 6 | 2 | 4 | 2 | 0 | 2 |
| rdgib 07 | FLOR HINOJOSA reading 1 | YR | 1 | 48 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 |
| RESHUM | RES/KEITH HUMAN | YR | 1 | 30 | 3 | 3 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 2 | 1 | 1 |
| ROTC1 01 | JAMES BUTLER NJROTC 1 | YR | 6 | 180 | 8 | 8 | 1 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 1 | 6 | 1 | 0 | 1 |

```
lsonyr01.p                              Uvalde High School                              10:25 AM   04/11/11
04.10.12.00.00-010033                Course/Class Count Report 001                                 PAGE: 6
```

| COURSE | DESCRIPTION | LGTH | EST SEC | NBR AVL | NBR REQ | TOTALS TOT | FEM | MAL | AmerInd TOT | FEM | MAL | Asian TOT | FEM | MAL | Black TOT | FEM | MAL | Hispanic TOT | FEM | MAL | White TOT | FEM | MAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ROTC2 02 | VAN HENLEY | YR | 02 | | | 8 | 1 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 1 | 6 | 1 | 0 | 1 |
| ROTC3 01 | NJROTC 3 CALVIN LAMBERT | YR | 02 | 4 | 120 | 5 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 4 | 1 | 0 | 1 |
| ROTC4 01 | NJROTC 4 CALVIN LAMBERT | YR | 02 | 4 | 154 | 3 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 1 | 1 | 0 |
| SP1 05 | SPANISH 1 MANUEL AYALA | YR | 02 | 8 | 240 | 27 | 12 | 15 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24 | 10 | 14 | 2 | 1 | 1 |
| SP2 08 | SPANISH 2 BERTHA GARCIA | YR | 02 | 11 | 274 | 35 | 16 | 19 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 31 | 14 | 17 | 3 | 1 | 2 |
| SP2 02 | SPANISH 2 REBECCA MORENO | YR | 02 | | | 17 | 7 | 10 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 6 | 9 | 2 | 1 | 1 |
| SP2P 01 | SPANISH 2 PRE-A MARIA CARDOZA | YR | 02 | 2 | 60 | 12 | 10 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 10 | 2 | 0 | 0 | 0 |
| SPMD1 01 | SPORT MEDICINE1 BRANDY JONES | YR | 02 | 1 | 60 | 20 | 8 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 7 | 5 | 8 | 3 | 5 |
| STULSC 01 | STUDENT LD-SC SHARON B. FOWLER | YR | 02 | 2 | 30 | 14 | 10 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 7 | 2 | 5 | 3 | 2 |
| SWTJEN 01 | SWTJC ENGLISH JOHN JUHASZ | YR | 02 | 2 | 84 | 18 | 12 | 6 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 6 | 4 | 7 | 5 | 2 |
| SWTJGO 02 | SWTJC GOVT ARNULFO ALVARADO | SM2 | 02 | 2 | 90 | 15 | 6 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 8 | 3 | 5 | 6 | 3 | 3 |
| THEPR1 01 | THEATER PRODUCT JENNIFER MEERS | YR | 02 | 1 | 30 | 7 | 3 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 2 | 2 | 3 | 1 | 2 |
| THEPR2 01 | THEATER PRODUCT JENNIFER MEERS | YR | 02 | 1 | 30 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| TMSP 02 | TEAM SPORTS FRANK M. GONZALES JR. | SM2 | 02 | 7 | 90 | 14 | 8 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 12 | 7 | 5 | 1 | 0 | 1 |
| USHIS 05 | U.S. HISTORY DONALD RIGGS | YR | 02 | 12 | 240 | 28 | 16 | 12 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 26 | 16 | 10 | 1 | 0 | 1 |
| USHIS 14 | U.S. HISTORY ALBERTO SANDOVAL JR. | YR | 02 | | | 18 | 10 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 17 | 10 | 7 | 1 | 0 | 1 |
| WRGEO 02 | WORLD GEOGRAPHY | YR | 02 | 15 | 210 | 26 | 13 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23 | 12 | 11 | 3 | 1 | 2 |
| WRGEO 03 | WORLD GEOGRAPHY DEBRA ORAM | YR | 02 | 15 | 270 | 39 | 20 | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 36 | 20 | 16 | 3 | 0 | 3 |
| WRHIS 01 | WORLD HISTORY KAMERON ARNOLD | YR | 02 | | | 21 | 8 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 8 | 13 | 0 | 0 | 0 |
| WRHIS 04 | WORLD HISTORY JIM GUZMAN | YR | 02 | | | 18 | 12 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 12 | 3 | 3 | 0 | 3 |

```
1sonyr01.p                              Uvalde High School                        10:25 AM   04/11/11
04.10.12.00.00-010033                Course/Class Count Report Totals                       PAGE:   7
```

| TITLE FOR TOTAL | | | |
|---|---|---|---|
| TOTALS GROUP | TOTAL | FEMALE | MALE |
| GRAND TOTALS | 1140 | 561 | 579 |
| Amerind | 3 | 3 | 0 |
| Asian | 9 | 5 | 4 |
| Black | 9 | 6 | 3 |
| Hispanic | 933 | 465 | 468 |
| White | 186 | 82 | 104 |

****************** End of report ******************