1sonyr01.p
04.10.12.00.00-010033

Excel Academy
Course/Class Count Report 002

10:50 AM    04/11/11
PAGE: 1

| COURSE | | DESCRIPTION | LGTH | EST SEC | NBR AVL | NBR REQ | TOTALS TOT | TOTALS FEM | TOTALS MAL | Amerind TOT | Amerind FEM | Amerind MAL | Asian TOT | Asian FEM | Asian MAL | Black TOT | Black FEM | Black MAL | Hispanic TOT | Hispanic FEM | Hispanic MAL | White TOT | White FEM | White MAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1ENG1 | | ENGLISH 1 | TM | 0 | 85 | 01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2BB | HILDA DAVIS | TM | T4 | 02 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| 1ENG2 | | ENGLISH 2 | TM | 0 | 272 | 41 | 4 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 2 | 2 | 0 | 0 | 0 |
| | 2AA | HILDA DAVIS | | T3 | 02 | — | 2 | 1 | 1 | — | — | — | — | — | — | — | — | — | 2 | 1 | 1 | — | — | — |
| | 2BB | HILDA DAVIS | | T4 | 02 | — | 2 | 1 | 1 | — | — | — | — | — | — | — | — | — | 2 | 1 | 1 | — | — | — |
| 2ALG1 | | ALGEBRA 1 | TM | 0 | 68 | 01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2ALG2 | | ALGEBRA 2 | TM | 0 | 374 | 01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 11 | 10 | 0 | 0 | 0 |
| 2GEOM | | GEOMETRY | TM | 0 | 204 | 21 | 21 | 11 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 11 | 10 | 0 | 0 | 0 |
| | 2AA | SANDRA LOZANO | | T3 | 02 | — | 9 | 5 | 4 | — | — | — | — | — | — | — | — | — | 9 | 5 | 4 | — | — | — |
| | 2BB | SANDRA LOZANO | | T4 | 02 | — | 12 | 6 | 6 | — | — | — | — | — | — | — | — | — | 12 | 6 | 6 | — | — | — |
| 3ECO | | ECONOMICS | TM | 0 | 238 | 11 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 1AA | RALPH SALINAS | | T3 | 02 | — | 1 | 1 | — | — | — | — | — | — | — | 1 | 1 | — | — | — | — | — | — | — |
| 3GOVT | | GOVERNMENT | TM | 0 | 272 | 21 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 0 |
| | 2AA | RALPH SALINAS | | T4 | 02 | — | 2 | 0 | 2 | — | — | — | — | — | — | 1 | — | 1 | 1 | — | 1 | — | — | — |
| 3WHIST | | W. HISTORY | TM | 0 | 272 | 401 | 40 | 26 | 14 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 39 | 25 | 14 | 0 | 0 | 0 |
| | 2AA | RALPH SALINAS | | T3 | 02 | — | 10 | 5 | 5 | — | — | — | — | — | — | — | — | — | 10 | 5 | 5 | — | — | — |
| | 2BB | RALPH SALINAS | | T2 | 02 | — | 12 | 8 | 4 | — | — | — | — | — | — | — | — | — | 12 | 8 | 4 | — | — | — |
| 4CHEM | | CHEMISTRY | TM | 1 | 72 | 31 | 31 | 24 | 7 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 27 | 22 | 5 | 4 | 2 | 2 |
| | 2AA | ANDREW PETERSON | | T3 | 02 | — | 14 | 11 | 3 | — | — | — | — | — | — | — | — | — | 12 | 10 | 2 | 2 | 1 | 1 |
| | 2BB | ANDREW PETERSON | | T4 | 02 | — | 17 | 13 | 4 | — | — | — | 1 | — | 1 | — | — | — | 15 | 12 | 3 | 2 | 1 | 1 |
| 4PHYS | | PHYSICS | TM | 0 | 340 | 01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5SPAN2 | | SPANISH 2 | TM | 0 | 476 | 01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2AA | PAULINO MATA | | T3 | 02 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| | 2BB | PAULINO MATA | | T4 | 02 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| 6MXYMT | | MONEY MATTERS | TM | 1 | 144 | 121 | 12 | 4 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 4 | 8 | 0 | 0 | 0 |
| | 2AA | JUDY M. GARNER | | T3 | 02 | — | 7 | 3 | 4 | — | — | — | — | — | — | — | — | — | 7 | 3 | 4 | — | — | — |
| | 2BB | JUDY M. GARNER | | T4 | 02 | — | 5 | 1 | 4 | — | — | — | — | — | — | — | — | — | 5 | 1 | 4 | — | — | — |
| 6PBMF | | PRN BUSMKTFIN | TM | 1 | 288 | 01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6TSDE | | TSDATAE | TM | 1 | 276 | 01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7AVD1 | | AVID 1 | TM | 1 | 276 | 01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7AVD2 | | AVID 2 | TM | 1 | 276 | 221 | 22 | 9 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22 | 9 | 13 | 0 | 0 | 0 |
| | 2A | ANTONIO A. VILLARREAL | | T3 | 02 | — | 11 | 5 | 6 | — | — | — | — | — | — | — | — | — | 11 | 5 | 6 | — | — | — |
| | 2BB | ANTONIO A. VILLARREAL | | T4 | 02 | — | 11 | 4 | 7 | — | — | — | — | — | — | — | — | — | 11 | 4 | 7 | — | — | — |
| 7AVD3 | | AVID 3 | TM | 1 | 204 | 01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2A | ANTONIO A. VILLARREAL | | T1 | 02 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| 7AVD4 | | AVID 4 | | 1 | 204 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2A | ANTONIO A. VILLARREAL | | T1 | 02 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

lsonyr01.p
04:10:12.00.00-010033

Excel Academy
Course/Class Count Report Totals

10:50 AM    04/11/11
PAGE: 2

### TITLE FOR TOTAL

| TOTALS GROUP | TOTAL | FEMALE | MALE |
|---|---|---|---|
| GRAND TOTALS | 133 | 77 | 56 |
| AmerInd | 0 | 0 | 0 |
| Asian | 0 | 0 | 0 |
| Black | 1 | 1 | 0 |
| Hispanic | 127 | 74 | 53 |
| White | 5 | 2 | 3 |

*********************** End of report ***********************

```
1sonyr01.p                              Excel Academy                              10:58 AM    04/08/11
04.10.12.00.00-010033                Course/Class Count Report 002                 PAGE:
```

| COURSE | DESCRIPTION | HOMEROOM | YR | LGTH | EST SEC | NBR AVL | NBR REQ | TOTALS TOT | FEM | MAL | Amerind TOT | FEM | MAL | Asian TOT | FEM | MAL | Black TOT | FEM | MAL | Hispanic TOT | FEM | MAL | White TOT | FEM | MAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1aHRM | HOMEROOM |  |  | YR | 1 | 72 | 74 | 74 | 46 | 28 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 69 | 43 | 26 | 4 | 2 | 2 |
| D1 |  | HILDA DAVIS |  |  |  | YS2 04 |  | 13 | 8 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 8 | 5 | 0 | 0 | 0 |
| G1 |  | JUDY M. GARNER |  |  |  | YS2 04 |  | 13 | 7 | 6 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 11 | 6 | 5 | 1 | 0 | 1 |
| L1 |  | SANDRA LOZANO |  |  |  | YS2 04 |  | 12 | 8 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 7 | 4 | 1 | 1 | 0 |
| M1 |  | PAULINO MATA |  |  |  | YS2 04 |  | 12 | 7 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 6 | 5 | 1 | 1 | 0 |
| P1 |  | ANDREW PETERSON |  |  |  | YS2 04 |  | 12 | 9 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 9 | 3 | 0 | 0 | 0 |
| S1 |  | RALPH SALINES |  |  |  | YS2 04 |  | 12 | 7 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 7 | 4 | 1 | 0 | 1 |

Number of Sections: 6                     Average Students Per Section: 12.33

| 1ENG1 | ENGLISH 1 |  |  | TM | 0 | 85 | 01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1AA |  | HILDA DAVIS |  |  |  | T3 03 |  | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1BB |  | HILDA DAVIS |  |  |  | T4 01 |  | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2BB |  | HILDA DAVIS |  |  |  | T4 02 |  | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Number of Sections: 3                     Average Students Per Section: 0.00

| 1ENG2 | ENGLISH 2 |  |  | TM | 0 | 272 | 31 | 31 | 22 | 9 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 30 | 21 | 9 | 0 | 0 | 0 |
| 2AA |  | HILDA DAVIS |  |  |  | T3 02 |  | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 0 | 0 | 0 |
| 2BB |  | HILDA DAVIS |  |  |  | T4 02 |  | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 0 | 0 | 0 |
| 3AA |  | HILDA DAVIS |  |  |  | T3 03 |  | 8 | 5 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 5 | 3 | 0 | 0 | 0 |
| 3BB |  | HILDA DAVIS |  |  |  | T4 03 |  | 19 | 15 | 4 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 18 | 14 | 4 | 0 | 0 | 0 |

Number of Sections: 4                     Average Students Per Section: 7.75

| 1ENG3 | ENGLISH 3 |  |  | TM | 0 | 272 | 651 | 65 | 39 | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 61 | 37 | 24 | 4 | 2 | 2 |
| 5AA |  | HILDA DAVIS |  |  |  | T3 05 |  | 7 | 4 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 4 | 2 | 1 | 0 | 1 |
| 5B |  | HILDA DAVIS |  |  |  | T2 05 |  | 16 | 8 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 6 | 8 | 2 | 2 | 0 |
| 5BB |  | HILDA DAVIS |  |  |  | T4 05 |  | 15 | 7 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 7 | 7 | 1 | 0 | 1 |
| 8AA |  | HILDA DAVIS |  |  |  | T3 08 |  | 5 | 3 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 3 | 2 | 0 | 0 | 0 |
| 8B |  | HILDA DAVIS |  |  |  | T2 08 |  | 15 | 13 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 13 | 2 | 0 | 0 | 0 |
| 8BB |  | HILDA DAVIS |  |  |  | T4 08 |  | 7 | 4 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 4 | 3 | 0 | 0 | 0 |

Number of Sections: 6                     Average Students Per Section: 10.83

| 1ENG4 | ENGLISH 4 |  |  | TM | 0 | 272 | 79 | 79 | 50 | 29 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 74 | 46 | 28 | 5 | 4 | 1 |
| 1AA |  | HILDA DAVIS |  |  |  | T3 01 |  | 15 | 12 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 12 | 3 | 0 | 0 | 0 |
| 1BB |  | HILDA DAVIS |  |  |  | T4 01 |  | 20 | 13 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 | 13 | 6 | 1 | 0 | 1 |
| 6AA |  | HILDA DAVIS |  |  |  | T3 06 |  | 22 | 12 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 10 | 10 | 2 | 2 | 0 |
| 6BB |  | HILDA DAVIS |  |  |  | T4 06 |  | 22 | 13 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 11 | 9 | 2 | 2 | 0 |

Number of Sections: 4                     Average Students Per Section: 19.75

| 2ALG1 | ALGEBRA 1 |  |  | TM | 0 | 68 | 01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2ALG2 | ALGEBRA 2 |  |  | TM | 0 | 374 | 611 | 61 | 32 | 29 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 58 | 30 | 28 | 3 | 2 | 1 |
| 3BB |  | SANDRA LOZANO |  |  |  | T4 03 |  | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| 7AA |  | SANDRA LOZANO |  |  |  | T3 07 |  | 16 | 7 | 9 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 16 | 7 | 9 | 0 | 0 | 0 |
| 7BB |  | SANDRA LOZANO |  |  |  | T4 07 |  | 24 | 13 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23 | 12 | 11 | 1 | 1 | 0 |
| 8AA |  | SANDRA LOZANO |  |  |  | T3 08 |  | 12 | 8 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 7 | 4 | 1 | 1 | 0 |

1sonyr01.p                                  Excel Academy                                    10:58 AM
04-10.12.00.00-010033                  Course/Class Count Report 002                         PAGE: 2
                                                                                             04/08/11

| COURSE | DESCRIPTION | LGTH | SEC | EST AVL | NBR REQ | NBR TOT | TOTALS FEM | MAL | American TOT | FEM | MAL | Asian TOT | FEM | MAL | Black TOT | FEM | MAL | Hispanic TOT | FEM | MAL | White TOT | FEM | MAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8BB | SANDRA LOZANO | | T4 | 08 | | 8 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 4 | 4 | 0 | 0 | 0 |
| **Number of Sections: 5** | | | | | | | | | | | | | | | | | | **Average Students Per Section: 12.20** | | | | | | |
| 2GEOM | GEOMETRY | TM | T3 | 0 | 204 | 45| | 45 | 25 | 20 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 44 | 24 | 20 | 0 | 0 | 0 |
| 1AA | SANDRA LOZANO | | T3 | 01 | | 9 | 4 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 4 | 5 | 0 | 0 | 0 |
| 1BB | SANDRA LOZANO | | T4 | 01 | | 15 | 10 | 5 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 14 | 9 | 5 | 0 | 0 | 0 |
| 2AA | SANDRA LOZANO | | T3 | 02 | | 9 | 5 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 5 | 4 | 0 | 0 | 0 |
| 2BB | SANDRA LOZANO | | T4 | 02 | | 12 | 6 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 6 | 6 | 0 | 0 | 0 |
| **Number of Sections: 4** | | | | | | | | | | | | | | | | | | **Average Students Per Section: 11.25** | | | | | | |
| 2MTHM | MATH MODELS | TM | 0 | 204 | 48| | 48 | 26 | 22 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 46 | 26 | 20 | 2 | 0 | 2 |
| 3AA | SANDRA LOZANO | | T3 | 03 | | 10 | 2 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 2 | 7 | 1 | 0 | 1 |
| 3BB | SANDRA LOZANO | | T4 | 03 | | 7 | 2 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 2 | 4 | 1 | 0 | 1 |
| 6AA | SANDRA LOZANO | | T3 | 06 | | 15 | 11 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 11 | 4 | 0 | 0 | 0 |
| 6BB | SANDRA LOZANO | | T4 | 06 | | 16 | 11 | 5 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 11 | 5 | 0 | 0 | 0 |
| **Number of Sections: 4** | | | | | | | | | | | | | | | | | | **Average Students Per Section: 12.00** | | | | | | |
| 2PRCAL | PRE-CALCULUS | TM | 1 | 24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3ECO | ECONOMICS | TM | 0 | 238 | 27| | 27 | 18 | 9 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 26 | 18 | 8 | 0 | 0 | 0 |
| 1AA | RALPH SALINAS | | T3 | 02 | | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| 1BB | RALPH SALINAS | | T4 | 01 | | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| 2BB | RALPH SALINAS | | T4 | 02 | | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| 5AA | RALPH SALINAS | | T3 | 05 | | 16 | 11 | 5 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 15 | 10 | 5 | 0 | 0 | 0 |
| 5BB | RALPH SALINAS | | T4 | 05 | | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| 7AA | RALPH SALINAS | | T3 | 07 | | 4 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 3 | 1 | 0 | 1 |
| 7BB | RALPH SALINAS | | T4 | 07 | | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 3 | 0 | 0 | 0 | 0 |
| **Number of Sections: 5** | | | | | | | | | | | | | | | | | | **Average Students Per Section: 5.40** | | | | | | |
| 3GOVT | GOVERNMENT | TM | 0 | 272 | 23| | 23 | 12 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 11 | 9 | 3 | 1 | 2 |
| 1AA | RALPH SALINAS | | T3 | 01 | | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| 2BB | RALPH SALINAS | | T4 | 02 | | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| 3B | RALPH SALINAS | | T2 | 03 | | 14 | 8 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 7 | 6 | 1 | 1 | 0 |
| 3BB | RALPH SALINAS | | T4 | 03 | | 17 | 8 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 7 | 9 | 1 | 1 | 0 |
| 8AA | RALPH SALINAS | | T3 | 08 | | 8 | 6 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 6 | 2 | 0 | 0 | 0 |
| 8B | RALPH SALINAS | | T2 | 08 | | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 0 | 0 | 0 |
| **Number of Sections: 6** | | | | | | | | | | | | | | | | | | **Average Students Per Section: 3.83** | | | | | | |
| 3USHIS | US HISTORY | TM | 0 | 272 | 65| | 65 | 38 | 27 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 63 | 36 | 27 | 2 | 2 | 0 |
| 3AA | RALPH SALINAS | | T3 | 03 | | 10 | 5 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 5 | 5 | 0 | 0 | 0 |
| 8BB | RALPH SALINAS | | T4 | 08 | | 8 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 4 | 4 | 0 | 0 | 0 |
| **Number of Sections: 6** | | | | | | | | | | | | | | | | | | **Average Students Per Section: 10.83** | | | | | | |
| 3WGEO | W. GEOGRAPHY | TM | 0 | 68 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

```
1sonyr01.p                              Excel Academy                              10:58 AM  04/08/11
04.10.12.00.00-010033              Course/Class Count Report 002                   PAGE:     3
```

| COURSE | DESCRIPTION | LGTH | SEC | EST NBR | NBR REQ | TOTALS TOT | TOTALS FEM | TOTALS MAL | AmerInd TOT | AmerInd FEM | AmerInd MAL | Asian TOT | Asian FEM | Asian MAL | Black TOT | Black FEM | Black MAL | Hispanic TOT | Hispanic FEM | Hispanic MAL | White TOT | White FEM | White MAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3WHIST | W. HISTORY | TM | 0 | 272 | 52 | 51 | 34 | 17 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 50 | 33 | 17 | 0 | 0 | 0 |
| 1AA | RALPH SALINAS | T3 | 01 | | | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 3 | 0 | 0 | 0 | 0 |
| 1B | RALPH SALINAS | T2 | 01 | | | 5 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 2 | 3 | 0 | 0 | 0 |
| 1BB | RALPH SALINAS | T4 | 01 | | | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 3 | 0 | 0 | 0 | 0 |
| 2AA | RALPH SALINAS | T3 | 02 | | | 10 | 5 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 5 | 5 | 0 | 0 | 0 |
| 2B | RALPH SALINAS | T2 | 02 | | | 12 | 8 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 8 | 4 | 0 | 0 | 0 |
| 2BB | RALPH SALINAS | T4 | 02 | | | 18 | 13 | 5 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 17 | 12 | 5 | 0 | 0 | 0 |
| Number of Sections: 6 | | | | Average Students Per Section: 8.50 | | | | | | | | | | | | | | | | | | | |
| 4BIO | BIOLOGY | TM | 0 | 136 | 20 | 20 | 14 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 14 | 6 | 0 | 0 | 0 |
| 8AA | ANDREW PETERSON | T3 | 08 | | | 9 | 6 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 6 | 3 | 0 | 0 | 0 |
| 8BB | ANDREW PETERSON | T4 | 08 | | | 11 | 8 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 8 | 3 | 0 | 0 | 0 |
| Number of Sections: 2 | | | | Average Students Per Section: 10.00 | | | | | | | | | | | | | | | | | | | |
| 4CHEM | CHEMISTRY | TM | 1 | 72 | 90 | 89 | 63 | 26 | 0 | 0 | 0 | 1 | 1 | 0 | 4 | 2 | 2 | 84 | 60 | 24 | 4 | 2 | 2 |
| 2AA | ANDREW PETERSON | T3 | 02 | | | 14 | 11 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 12 | 10 | 2 | 2 | 1 | 1 |
| 2BB | ANDREW PETERSON | T4 | 02 | | | 17 | 13 | 4 | 0 | 0 | 0 | 1 | 1 | 0 | 2 | 0 | 2 | 15 | 12 | 3 | 1 | 0 | 1 |
| 7A | ANDREW PETERSON | T1 | 07 | | | 9 | 6 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 6 | 3 | 0 | 0 | 0 |
| 7AA | ANDREW PETERSON | T3 | 07 | | | 12 | 7 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 7 | 5 | 1 | 1 | 0 |
| 7B | ANDREW PETERSON | T2 | 07 | | | 18 | 13 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 | 13 | 5 | 0 | 0 | 0 |
| 7BB | ANDREW PETERSON | T4 | 07 | | | 19 | 13 | 6 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 18 | 12 | 6 | 0 | 0 | 0 |
| Number of Sections: 6 | | | | Average Students Per Section: 14.83 | | | | | | | | | | | | | | | | | | | |
| 4ENVSY | ENV. SYSTEMS | TM | 0 | 136 | 29 | 29 | 8 | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25 | 6 | 19 | 4 | 2 | 2 |
| 1AA | ANDREW PETERSON | T3 | 01 | | | 13 | 2 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 1 | 10 | 2 | 1 | 1 |
| 1BB | ANDREW PETERSON | T4 | 01 | | | 16 | 6 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 5 | 9 | 2 | 1 | 1 |
| Number of Sections: 2 | | | | Average Students Per Section: 14.50 | | | | | | | | | | | | | | | | | | | |
| 4PHYS | PHYSICS | TM | 0 | 340 | 25 | 25 | 11 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 24 | 11 | 13 | 0 | 0 | 0 |
| 5AA | ANDREW PETERSON | T3 | 05 | | | 6 | 4 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 4 | 2 | 0 | 0 | 0 |
| 5BB | ANDREW PETERSON | T4 | 05 | | | 11 | 5 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 10 | 5 | 5 | 0 | 0 | 0 |
| 6AA | ANDREW PETERSON | T3 | 06 | | | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 1 | 0 | 0 | 0 |
| 6BB | ANDREW PETERSON | T4 | 06 | | | 6 | 1 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 1 | 5 | 0 | 0 | 0 |
| Number of Sections: 4 | | | | Average Students Per Section: 6.25 | | | | | | | | | | | | | | | | | | | |
| 5SPAN1 | SPANISH 1 | TM | 0 | 340 | 17 | 17 | 6 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 6 | 9 | 2 | 0 | 2 |
| 5BB | PAULINO MATA | T4 | 05 | | | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| 6AA | PAULINO MATA | T3 | 06 | | | 5 | 1 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 1 | 4 | 0 | 0 | 0 |
| 6BB | PAULINO MATA | T4 | 06 | | | 5 | 1 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 1 | 4 | 0 | 0 | 0 |
| 8AA | PAULINO MATA | T3 | 08 | | | 3 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 1 | 0 | 1 |
| 8BB | PAULINO MATA | T4 | 08 | | | 3 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 1 | 0 | 1 |
| Number of Sections: 5 | | | | Average Students Per Section: 3.40 | | | | | | | | | | | | | | | | | | | |
| 5SPAN2 | SPANISH 2 | TM | 0 | 476 | 33 | 33 | 21 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 | 20 | 12 | 0 | 0 | 0 |
| 2AA | PAULINO MATA | T3 | 02 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

```
lsonyr01.p                              Excel Academy                            10:58 AM   04/08/11
04.10.12.00.00-01.0033              Course/Class Count Report 002                   PAGE:   4
```

| COURSE | DESCRIPTION | LGTH | SEC | EST AVL | NBR REQ | TOTALS TOT | TOTALS FEM | TOTALS MAL | AmerInd TOT | AmerInd FEM | AmerInd MAL | Asian TOT | Asian FEM | Asian MAL | Black TOT | Black FEM | Black MAL | Hispanic TOT | Hispanic FEM | Hispanic MAL | White TOT | White FEM | White MAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2BB | PAULINO MATA | T4 | 02 | — | — | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| 3AA | PAULINO MATA | T3 | 03 | — | — | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| 3BB | PAULINO MATA | T4 | 03 | — | — | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| 5AA | PAULINO MATA | T3 | 05 | — | — | 8 | 6 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 6 | 2 | 0 | 0 | 0 |
| 5BB | PAULINO MATA | T4 | 05 | — | — | 11 | 9 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 9 | 2 | 0 | 0 | 0 |
| 7AA | PAULINO MATA | T3 | 07 | — | — | 3 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 2 | 1 | 0 | 0 | 0 |
| 7BB | PAULINO MATA | T4 | 07 | — | — | 4 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 1 | 3 | 0 | 0 | 0 |
| 8AA | PAULINO MATA | T3 | 08 | — | — | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 |
| 8BB | PAULINO MATA | T4 | 08 | — | — | 3 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 2 | 0 | 2 | 0 | 0 | 0 |

Number of Sections: 10    Average Students Per Section: 3.30

| 5SPAN3 | SPANISH 3 | TM | 1 | 144 | 34 | 26 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 33 | 25 | 8 | 1 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 1AA | PAULINO MATA | T3 | 01 | — | — | 7 | 6 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 6 | 1 | 0 | 0 | 0 |
| 1BB | PAULINO MATA | T4 | 01 | — | — | 5 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 2 | 3 | 0 | 0 | 0 |
| 3AA | PAULINO MATA | T3 | 03 | — | — | 13 | 10 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 10 | 3 | 0 | 0 | 0 |
| 3BB | PAULINO MATA | T4 | 03 | — | — | 6 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 6 | 0 | 0 | 0 | 0 |
| 6AA | PAULINO MATA | T3 | 06 | — | — | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| 6BB | PAULINO MATA | T4 | 06 | — | — | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7AA | PAULINO MATA | T3 | 07 | — | — | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7BB | PAULINO MATA | T4 | 07 | — | — | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8AA | PAULINO MATA | T3 | 08 | — | — | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| 8BB | PAULINO MATA | T4 | 08 | — | — | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |

Number of Sections: 8    Average Students Per Section: 4.25

| 5SPAN4 | SPANISH 4 | TM | 1 | 212 | 10 | 5 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 5 | 5 | 0 | 0 | 0 |

| 1AA | JUDY M. GARNER | T3 | 01 | — | — | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 |
| 1BB | JUDY M. GARNER | T4 | 01 | — | — | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 0 | 0 | 0 |
| 2AA | JUDY M. GARNER | T3 | 02 | — | — | 7 | 3 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 3 | 4 | 0 | 0 | 0 |
| 2BB | JUDY M. GARNER | T4 | 02 | — | — | 5 | 1 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 1 | 4 | 0 | 0 | 0 |
| 3AA | JUDY M. GARNER | T3 | 03 | — | — | 7 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 5 | 0 | 2 | 2 | 0 |
| 3BB | JUDY M. GARNER | T4 | 03 | — | — | 3 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 1 | 2 | 0 | 0 | 0 |

Number of Sections: 10    Average Students Per Section: 1.00

| 6MXYMT | MONEY MATTERS | TM | 1 | 79 | 79 | 49 | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 74 | 44 | 30 | 4 | 4 | 0 |

| COURSE | DESCRIPTION | LGTH | EST SEC | NBR AVL | NBR REQ | TOTALS TOT | TOTALS FEM | TOTALS MAL | AmerInd TOT | AmerInd FEM | AmerInd MAL | Asian TOT | Asian FEM | Asian MAL | Black TOT | Black FEM | Black MAL | Hispanic TOT | Hispanic FEM | Hispanic MAL | White TOT | White FEM | White MAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5AA | JUDY M. GARNER | | T3 | 05 | | 9 | 2 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 2 | 7 | 0 | 0 | 0 |
| 5BB | JUDY M. GARNER | | T4 | 05 | | 8 | 6 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 3 | 2 | 2 | 2 | 0 |
| 6AA | JUDY M. GARNER | | T3 | 06 | | 7 | 5 | 2 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 5 | 2 | 3 | 0 | 0 | 0 |
| 6BB | JUDY M. GARNER | | T4 | 06 | | 9 | 7 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 7 | 2 | 0 | 0 | 0 |
| 7AA | JUDY M. GARNER | | T3 | 07 | | 12 | 10 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 10 | 2 | 0 | 0 | 0 |
| 7BB | JUDY M. GARNER | | T4 | 07 | | 8 | 6 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 6 | 2 | 0 | 0 | 0 |

Number of Sections: 12        Average Students Per Section: 6.58

| 6PRBMF | PRN BUSMKTFIN | TM | 1 | 288 | 01 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| 6TSDE | TSDATAE | TM | 1 | 276 | 11 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| 1AA | JUDY M. GARNER | | T3 | 01 | | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| 3AA | JUDY M. GARNER | | T3 | 03 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5AA | JUDY M. GARNER | | T3 | 05 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Number of Sections: 3         Average Students Per Section: 0.33

| 7AVID1 | AVID 1 | TM | 1 | 276 | 01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7AVID2 | AVID 2 | TM | 1 | 276 | 139| 139 | 89 | 50 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 132 | 84 | 48 | 6 | 4 | 2 |
| 2A | ANTONIO A. VILLARREAL | | T3 | 02 | | 11 | 5 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 5 | 6 | 0 | 0 | 0 |
| 2BB | ANTONIO A. VILLARREAL | | T4 | 02 | | 11 | 4 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 4 | 7 | 0 | 0 | 0 |
| 3A | ANTONIO A. VILLARREAL | | T3 | 03 | | 3 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 1 | 2 | 0 | 0 | 0 |
| 3BB | ANTONIO A. VILLARREAL | | T4 | 03 | | 13 | 9 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 8 | 4 | 1 | 1 | 0 |
| 5A | ANTONIO A. VILLARREAL | | T3 | 05 | | 15 | 10 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 9 | 5 | 1 | 1 | 0 |
| 5BB | ANTONIO A. VILLARREAL | | T4 | 05 | | 9 | 5 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 5 | 4 | 0 | 0 | 0 |
| 6A | ANTONIO A. VILLARREAL | | T3 | 06 | | 10 | 8 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 8 | 1 | 1 | 0 | 1 |
| 6BB | ANTONIO A. VILLARREAL | | T4 | 06 | | 15 | 12 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 14 | 10 | 4 | 0 | 0 | 0 |
| 7A | ANTONIO A. VILLARREAL | | T3 | 07 | | 15 | 11 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 11 | 2 | 1 | 0 | 1 |
| 7BB | ANTONIO A. VILLARREAL | | T4 | 07 | | 10 | 7 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 9 | 6 | 3 | 1 | 1 | 0 |
| 8A | ANTONIO A. VILLARREAL | | T3 | 08 | | 11 | 7 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 7 | 4 | 0 | 0 | 0 |
| 8BB | ANTONIO A. VILLARREAL | | T4 | 08 | | 16 | 10 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 10 | 6 | 0 | 0 | 0 |

Number of Sections: 12        Average Students Per Section: 11.58

| 7AVID3 | AVID 3 | TM | 1 | 204 | 01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2A | ANTONIO A. VILLARREAL | | T1 | 02 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3A | ANTONIO A. VILLARREAL | | T1 | 03 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5A | ANTONIO A. VILLARREAL | | T1 | 05 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6A | ANTONIO A. VILLARREAL | | T1 | 06 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7A | ANTONIO A. VILLARREAL | | T1 | 07 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8A | ANTONIO A. VILLARREAL | | T1 | 08 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Number of Sections: 6         Average Students Per Section: 0.00

| 7AVID4 | AVID 4 | TM | 1 | 204 | 01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2A | ANTONIO A. VILLARREAL | | T1 | 02 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3A | ANTONIO A. VILLARREAL | | T1 | 03 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

lsonyr01.p                                   Excel Academy                              10:58 AM   04/08/11
04.10.12.00.00-010033                    Course/Class Count Report 002                  PAGE:   6

| COURSE | DESCRIPTION | LGTH | SEC | EST AVL | NBR REQ | NBR TOT | TOTALS FEM | MAL | Amerind TOT | FEM | MAL | Asian TOT | FEM | MAL | Black TOT | FEM | MAL | Hispanic TOT | FEM | MAL | White TOT | FEM | MAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5A | ANTONIO A. VILLARREAL | TM | 1 | T1 05 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 6A | ANTONIO A. VILLARREAL | | | T1 06 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 7A | ANTONIO A. VILLARREAL | | | T1 07 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 8A | ANTONIO A. VILLARREAL | | | T1 08 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |

Number of Sections: 6       Average Students Per Section: 0.00

| 8PE AA | PE AA | TM | 1 | 36 | 191 | 19 | 14 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 12 | 4 | 3 | 2 | 1 |
| 1A | RALPH SALINAS | | | T1 04 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 1B | RALPH SALINAS | | | T2 04 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| 4BB | RALPH SALINAS | | | T4 04 | 18 | 13 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 12 | 4 | 2 | 1 | 1 |

Number of Sections: 3       Average Students Per Section: 6.33

| 8PEFND | PE FOUND | TM | 1 | 36 | 24 | 24 | 18 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 16 | 5 | 3 | 2 | 1 |
| 1A | RALPH SALINAS | | | T1 04 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 1B | RALPH SALINAS | | | T2 04 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 |
| 4AA | RALPH SALINAS | | | T3 04 | 23 | 17 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 16 | 5 | 1 | 1 | 1 |

Number of Sections: 3       Average Students Per Section: 8.00

| 8PRLWE | PRINLPCS | SM | 1 | 12 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 |
| 1A | JESUS R. SUAREZ JR. | | | SM1 01 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 |

Number of Sections: 1       Average Students Per Section: 1.00

| 8READ1 | READING 1 | TM | 1 | 182 | 01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9CSMT1 | COSMETOLOGY 1 | YR | 1 | 12 | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 |
| 1A | C HAMMER | | | YS1 01 | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 |

Number of Sections: 1       Average Students Per Section: 2.00

| 9CSMT2 | COSMETOLOGY 2 | YR | 1 | 12 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3A | C HAMMER | | | YS1 03 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Number of Sections: 1       Average Students Per Section: 1.00

| 9ICSMT | INTRO TO CSMT | YR | 1 | 36 | 4 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 3 | 3 | 0 | 0 | 0 | 0 |
| 5B | C HAMMER | | | YS2 05 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6A | C HAMMER | | | YS1 06 | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 |
| 6B | C HAMMER | | | YS2 06 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |

Number of Sections: 3       Average Students Per Section: 1.33

| 9LWEE1 | LAWENF1 | YR | 1 | 24 | 41 | 3 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 2 | 1 | 0 | 0 | 0 |
| 3A | JESUS R. SUAREZ JR. | | | YS1 03 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 |
| 3B | JESUS R. SUAREZ JR. | | | YS2 03 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |

Number of Sections: 2       Average Students Per Section: 1.50

| CSM01 | COSM01 | YR | 1 | 12 | 01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1A | CHERYL HAMMER | | | YS1 01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Number of Sections: 1       Average Students Per Section: 0.00

| CSM02 | COSMO II | YR | 1 | 12 | 01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3A | CHERYL HAMMER | | | YS1 03 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

```
1sonyr01.p                                    Excel Academy                                            10:58 AM   04/08/11
04.10.12.00.00-010033                  Course/Class Count Report 002                                              PAGE:   7
```

|         |             |      |     |     |     | ---TOTALS--- | | | ---AmerInd--- | | | ---Asian--- | | | ---Black--- | | | ---Hispanic--- | | | ---White--- | | |
|---------|-------------|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
|         |             |      |     | EST | NBR | NBR | | | | | | | | | | | | | | | | | |
| COURSE  | DESCRIPTION | LGTH | SEC | AVL | REQ | TOT | FEM | MAL | TOT | FEM | MAL | TOT | FEM | MAL | TOT | FEM | MAL | TOT | FEM | MAL | TOT | FEM | MAL |
| PE1     | PE-1ST      | TM   | 0   | 238 | 01  | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   |
| PE2     | PE-2ND      | TM   | 0   | 34  | 01  | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   | 0   |

Number of Sections:  1          Average Students Per Section:  0.00

```
1sonyr01.p                            Excel Academy                           10:58 AM
04.10.12.00.00-010033          Course/Class Count Report Totals              04/08/11
                                                                              PAGE:  8
```

TITLE FOR TOTAL
TOTALS GROUP

| | TOTAL | FEMALE | MALE |
|---|---|---|---|
| AmerInd | 0 | 0 | 0 |
| Asian | 0 | 0 | 0 |
| Black | 9 | 9 | 0 |
| Hispanic | 1037 | 637 | 400 |
| White | 53 | 31 | 22 |
| GRAND TOTALS | 1099 | 677 | 422 |

****************** End of report ******************