# Item 9

# UCISD GIFTED AND TALENTED PROGRAM ENROLLMENTS 2010-2011

April 1, 2011

District GT Enrollments

| Student Count | Race and Ethnicity 0000010 | 0000011 | 001000 | 001011 | 010000 | 010001 | 100000 | 100001 | 100011 | 101001 | 111111 | LEP Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grand Total 473 | 111 | 1 | 339 | 1 | 1 | 5 | 1 | 1 | 11 | 1 | 1 | 1 | Non-LEP |
| 16 | | | 13 | | | 2 | | 1 | | | | | LEP |
| 7 | | | 5 | | 1 | | | | 1 | | | | 1st Yr Monitor |
| 8 | | | 7 | | | | 1 | | | | | | 2nd Yr Monitor |
| 504 | 111 | 1 | 364 | 1 | 2 | 8 | 1 | 1 | 13 | 1 | 1 | 1 | |

Due to changes in the federal classification of race and ethnicity, students may now have multiracial and ethnic designations. Each Race/Ethnicity column above is explained in the following legend:

| 0000010 | White | 000011 | White Hispanic | 001000 | Black |
| --- | --- | --- | --- | --- | --- |
| 001011 | Black White Hispanic | 010000 | Asian | 010001 | Asian Hispanic |
| 100000 | American Indian | 100001 | American Indian Hispanic | 100011 | American Indian White Hispanic |
| 101001 | American Indian Black Hispanic | 111111 | American Indian Asian Black Hawaiian White Hispanic | | |

9