# Item 10

UCISD GIFTED AND TALENTED PROGRAM ENROLLMENTS 2010-2011

April 1, 2011

| Campus | Grand Total | 000010 | 000011 | 001000 | 001011 | 010000 | 010001 | 100000 | 100001 | 100011 | 101001 | 111111 | LEP Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Uvalde HS | 103 | 39 | 58 | | | 1 | | | 3 | 1 | 1 | | Non-LEP |
| Excel Academy | 1 | | 1 | | | | | | | | | | Non-LEP |
| Uvalde JHS | 57 | 18 | 37 | | | 1 | | | 1 | | | | Non-LEP |
| Benson | 64 | 14 | 45 | | | 2 | 1 | | 1 | | | | Non-LEP |
|  | 3 | | 1 | | | 2 | | | | | | | LEP |
|  | 2 | | 1 | | 1 | | | | | | | 1 | 1st Yr Monitor |
| Dalton | 19 | 3 | 15 | | | | | | 1 | | | | Non-LEP |
|  | 6 | | 5 | | | | | | 1 | | | | LEP |
| Robb | 59 | 11 | 46 | | | | | | 2 | | | | Non-LEP |
| Anthon | 76 | 13 | 60 | 1 | | | | | 2 | | | | Non-LEP |
|  | 5 | | 5 | | | | | | | | | | LEP |
|  | 3 | | 2 | | | | | | 1 | | | | 1st Yr Monitor |
|  | 1 | | 1 | | | | | | | | | | 2nd Yr Monitor |
| Batesville | 19 | | 19 | | | | | | | | | | Non-LEP |
|  | 2 | | 2 | | | | | | | | | | LEP |
|  | 1 | | 1 | | | | | | | | | | 1st Yr Monitor |
| Flores | 75 | 13 | 58 | | -1 | 1 | | 1 | 1 | | | | Non-LEP |
|  | 1 | | 1 | | | | | | | | | | 1st Yr Monitor |
|  | 7 | | 6 | | | 1 | | | | | | | 2nd Yr Monitor |
| Grand Total | 504 | 111 | 364 | 1 | 2 | 8 | 1 | 1 | 13 | 1 | 1 | 1 | LEP Status |

Due to changes in the federal classification of race and ethnicity, students may now have multiracial and ethnic designations. Each Race/Ethnicity column above is explained in the following legend:

| | | | | | |
|---|---|---|---|---|---|
| 000010 | White | 000011 | White Hispanic | 001000 | Black |
| 001011 | Black White Hispanic | 010000 | Asian | 010001 | Asian Hispanic |
| 100000 | American Indian | 100001 | American Indian Hispanic | 100011 | American Indian White Hispanic |
| 101001 | American Indian Black Hispanic | 111111 | American Indian Asian Black Hawaiian White Hispanic | | |