# Item 11

UCISD Gifted and Talented Program Decisions 2010-2011

April 11, 2011

# CAMPUS RESULTS

## NOMINATIONS

| Campus | Number of Students Nominated | Hispanic Nominations Number | % | Native American Nominations Number | % | African American Nominations Number | % | Asian Nominations Number | % | White Nominations Number | % | LEP Nominations Number | % | Non-LEP Nominations Number | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anthon | 26 | 21 | 81% | 1 | 4% | 0 | 0% | 0 | 0% | 4 | 15% | 2 | 8% | 24 | 92% |
| Benson | 43 | 34 | 79% | 0 | 0% | 1 | 2% | 1 | 2% | 7 | 16% | 1 | 2% | 42 | 98% |
| Robb | 19 | 10 | 53% | 0 | 0% | 0 | 0% | 0 | 0% | 9 | 47% | 0 | 0% | 19 | 100% |
| Batesville | 10 | 10 | 100% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 1 | 10% | 9 | 90% |
| Dalton | 38 | 31 | 82% | 0 | 0% | 0 | 0% | 0 | 0% | 7 | 18% | 8 | 21% | 30 | 79% |
| Flores | 12 | 7 | 58% | 0 | 0% | 0 | 0% | 0 | 0% | 5 | 42% | 0 | 0% | 12 | 100% |
| Junior High | 2 | 2 | 100% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 2 | 100% |
| High School | 8 | 8 | 100% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 1 | 12% | 7 | 88% |
| Excel Academy | 0 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% |
| | | | | | | | | | | | | | | | |
| UCISD Totals | 158 | 123 | 77% | 1 | 1% | 1 | 1% | 1 | 1% | 32 | 20% | 13 | 8% | 145 | 92% |

UCISD Gifted and Talented Program Decisions 2010-2011

April 11, 2011

# CAMPUS RESULTS

ACCEPTANCES

| Campus | Total Students Accepted | | Hispanic Accepted | | Native American Accepted | | African American Accepted | | Asian Accepted | | White Accepted | | LEP Accepted | | Non LEP Accepted | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number | % | Number | % | Number | % | Number | % | Number | % | Number | % | Number | % | Number | % |
| Anthon | 11 | 42% | 9 | 82% | 0 | 0% | 0 | 0% | 0 | 0% | 2 | 18% | 1 | 9% | 10 | 91% |
| Benson | 32 | 74% | 26 | 81% | 0 | 0% | 1 | 3% | 1 | 3% | 4 | 13% | 1 | 3% | 31 | 97% |
| Robb | 19 | 100% | 10 | 53% | 0 | 0% | 0 | 0% | 0 | 0% | 9 | 47% | 0 | 0% | 19 | 100% |
| Batesville | 10 | 100% | 10 | 100% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 1 | 10% | 9 | 90% |
| Dalton | 25 | 66% | 22 | 88% | 0 | 0% | 0 | 0% | 0 | 0% | 3 | 12% | 6 | 24% | 19 | 76% |
| Flores | 12 | 100% | 7 | 100% | 0 | 0% | 0 | 0% | 0 | 0% | 5 | 100% | 0 | 0% | 12 | 100% |
| Junior High | 2 | 100% | 2 | 100% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 2 | 100% |
| High School | 5 | 63% | 5 | 100% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 1 | 10% | 4 | 80% |
| Excel Academy | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% |
| | | | | | | | | | | | | | | | | |
| UCISD Totals | 116 | 73% | 91 | 78% | 0 | 0% | 1 | 1% | 1 | 1% | 23 | 20% | 10 | 9% | 106 | 91% |

UCISD Gifted and Talented Program Decisions 2010-2011

April 11, 2011

# CAMPUS RESULTS

## NON-ACCEPTANCES

| Campus | Total Students Not Accepted | | Hispanic Not Accepted | | Native American Not Accepted | | African American Not Accepted | | Asian Not Accepted | | White Not Accepted | | LEP Not Accepted | | Non LEP Not Accepted | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number | % | Number | % | Number | % | Number | % | Number | % | Number | % | Number | % | Number | % |
| Anthon | 15 | 58% | 12 | 80% | 1 | 7% | 0 | 0% | 0 | 0% | 2 | 13% | 1 | 7% | 14 | 93% |
| Benson | 11 | 26% | 8 | 73% | 0 | 0% | 0 | 0% | 0 | 0% | 3 | 27% | 0 | 0% | 11 | 100% |
| Robb | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% |
| Batesville | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% |
| Dalton | 13 | 34% | 9 | 69% | 0 | 0% | 0 | 0% | 0 | 0% | 4 | 31% | 2 | 15% | 11 | 85% |
| Flores | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% |
| Junior High | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% |
| High School | 3 | 38% | 3 | 100% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 3 | 100% |
| Excel Academy | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% |
| UCISD Totals | 42 | 27% | 32 | 76% | 1 | 2% | 0 | 0% | 0 | 0% | 9 | 21% | 3 | 7% | 39 | 92% |

UCISD Gifted and Talented Program Decisions 2010-2011

April 11, 2011

# CAMPUS RESULTS

## NOMINATIONS

| Campus | Number of Students Nominated | Hispanic Nominations | | Native American Nominations | | African American Nominations | | Asian Nominations | | White Nominations | | LEP Nominations | | Non-LEP Nominations | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Number | % | Number | % | Number | % | Number | % | Number | % | Number | % | Number | % |
| Anthon | 26 | 21 | 81% | 1 | 4% | 0 | 0% | 0 | 0% | 4 | 15% | 2 | 8% | 24 | 92% |
| Benson | 43 | 34 | 79% | 0 | 0% | 1 | 2% | 1 | 2% | 7 | 16% | 1 | 2% | 42 | 98% |
| Robb | 19 | 10 | 53% | 0 | 0% | 0 | 0% | 0 | 0% | 9 | 47% | 0 | 0% | 19 | 100% |
| Batesville | 10 | 10 | 100% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 1 | 10% | 9 | 90% |
| Dalton | 38 | 31 | 82% | 0 | 0% | 0 | 0% | 0 | 0% | 7 | 18% | 8 | 21% | 30 | 79% |
| Flores | 12 | 7 | 58% | 0 | 0% | 0 | 0% | 0 | 0% | 5 | 42% | 0 | 0% | 12 | 100% |
| Junior High | 2 | 2 | 100% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 2 | 100% |
| High School | 8 | 8 | 100% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 1 | 12% | 7 | 88% |
| Excel Academy | 0 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% |
| | | | | | | | | | | | | | | | |
| UCISD Totals | 158 | 123 | 77% | 1 | 1% | 1 | 1% | 1 | 1% | 32 | 20% | 13 | 8% | 145 | 92% |

UCISD Gifted and Talented Program Decisions 2010-2011

April 11, 2011

# CAMPUS RESULTS

## ACCEPTANCES

| Campus | Total Students Accepted | | Hispanic Accepted | | Native American Accepted | | African American Accepted | | Asian Accepted | | White Accepted | | LEP Accepted | | Non LEP Accepted | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number | % | Number | % | Number | % | Number | % | Number | % | Number | % | Number | % | Number | % |
| Anthon | 11 | 42% | 9 | 82% | 0 | 0% | 0 | 0% | 0 | 0% | 2 | 18% | 1 | 9% | 10 | 91% |
| Benson | 32 | 74% | 26 | 81% | 0 | 0% | 1 | 3% | 1 | 3% | 4 | 13% | 1 | 3% | 31 | 97% |
| Robb | 19 | 100% | 10 | 53% | 0 | 0% | 0 | 0% | 0 | 0% | 9 | 47% | 0 | 0% | 19 | 100% |
| Batesville | 10 | 100% | 10 | 100% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 1 | 10% | 19 | 100% |
| Dalton | 25 | 66% | 22 | 88% | 0 | 0% | 0 | 0% | 0 | 0% | 3 | 12% | 6 | 24% | 19 | 76% |
| Flores | 12 | 100% | 7 | 100% | 0 | 0% | 0 | 0% | 0 | 0% | 5 | 100% | 0 | 0% | 12 | 100% |
| Junior High | 2 | 100% | 2 | 100% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 2 | 100% |
| High School | 5 | 63% | 5 | 100% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 1 | 10% | 4 | 80% |
| Excel Academy | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% |
| | | | | | | | | | | | | | | | | |
| UCISD Totals | 116 | 73% | 91 | 78% | 0 | 0% | 1 | 1% | 1 | 1% | 23 | 20% | 10 | 9% | 106 | 91% |

# UCISD GIFTED AND TALENTED PROGRAM ENROLLMENTS 2010-2011

April 1, 2011

District GT Enrollments

| Student Count | Race and Ethnicity | | | | | | | | | | | LEP Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 000010 | 000011 | 001000 | 001011 | 010000 | 010001 | 100000 | 100001 | 100011 | 101001 | 111111 | |
| 473 | 111 | 339 | 1 | 1 | 5 | 1 | 1 | 11 | 1 | 1 | 1 | Non-LEP |
| 16 | | 13 | | | 2 | | | 1 | | | | LEP |
| 7 | | 5 | | 1 | | | | 1 | | | | 1st Yr Monitor |
| 8 | | 7 | | | 1 | | | | | | | 2nd Yr Monitor |
| 504 | 111 | 364 | 1 | 2 | 8 | 1 | 1 | 13 | 1 | 1 | 1 | Grand Total |

Due to changes in the federal classification of race and ethnicity, students may now have multiracial and ethnic designations. Each Race/Ethnicity column above is explained in the following legend:

| | | | | | |
|---|---|---|---|---|---|
| 000010 | White | 000011 | White Hispanic | 001000 | Black |
| 001011 | Black White Hispanic | 010000 | Asian | 010001 | Asian Hispanic |
| 100000 | American Indian | 100001 | American Indian Hispanic | 100011 | American Indian White Hispanic |
| 101001 | American Indian Black Hispanic | 111111 | American Indian Asian Black Hawaiian White Hispanic | | |

# UCISD GIFTED AND TALENTED PROGRAM ENROLLMENTS 2010-2011

April 1, 2011

| Campus | Grand Total | 000010 | 000011 | 001000 | 001011 | 010000 | 010001 | 100000 | 100001 | 100011 | 101001 | 111111 | LEP Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Uvalde HS | 103 | 39 | 58 | | | 1 | | | 3 | 1 | 1 | | Non-LEP |
| Excel Academy | 1 | | 1 | | | | | | | | | | Non-LEP |
| Uvalde JHS | 57 | 18 | 37 | | | 1 | | | 1 | | | | Non-LEP |
| Benson | 64 | 14 | 45 | | | 2 | 1 | | 1 | | | 1 | Non-LEP |
| | 3 | | 1 | | | 2 | | | | | | | LEP |
| | 2 | | 1 | | 1 | | | | | | | | 1st Yr Monitor |
| Dalton | 19 | 3 | 15 | | 1 | | | | | | | | Non-LEP |
| | 6 | | 5 | | | | | | 1 | | | | Non-LEP |
| Robb | 59 | 11 | 47 | | | | | | 1 | | | | LEP |
| | 76 | 13 | 61 | | | | | | 2 | | | | Non-LEP |
| Anthon | 5 | | 2 | 1 | | | | | 2 | | | | Non-LEP |
| | 3 | | 2 | | | | | | 1 | | | | LEP |
| | | | | | | | | | | | | | 1st Yr Monitor |
| | 1 | | 1 | | | | | | | | | | 2nd Yr Monitor |
| Batesville | 19 | | 19 | | | | | | | | | | Non-LEP |
| | 2 | | 2 | | | | | | | | | | LEP |
| | 1 | | 1 | | | | | | | | | | 1st Yr Monitor |
| Flores | 75 | 13 | 58 | | 1 | 1 | 1 | 1 | 1 | | | | Non-LEP |
| | 1 | | 1 | | | | | | | | | | 1st Yr Monitor |
| | 7 | | 6 | | | 1 | | | | | | | 2nd Yr Monitor |
| Grand Total | 504 | 111 | 364 | 1 | 2 | 8 | 1 | 1 | 13 | 1 | 1 | 1 | LEP Status |

Due to changes in the federal classification of race and ethnicity, students may now have multiracial and ethnic designations. Each Race/Ethnicity column above is explained in the following legend:

| | | | |
|---|---|---|---|
| 000010 | White | 000011 | White Hispanic |
| 001011 | Black White Hispanic | 010000 | Asian |
| 100000 | American Indian | 100001 | American Indian Hispanic |
| 101001 | American Indian Black Hispanic | 111111 | American Indian Asian Black Hawaiian White Hispanic |
| 001000 | Black | | |
| 010001 | Asian Hispanic | | |
| 100011 | American Indian White Hispanic | | |