# Item 12

UCISD Gifted and Talented Program Decisions 2010-2011

## DISTRICT - WIDE

| | Total Students Number | % | Hispanic Number | % | Native American Number | % | African American Number | % | Asian Number | % | White Number | % | LEP Number | % | Non LEP Number | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UCISD Total Students Nominated | 158 | 100% | 123 | 79% | 1 | 1% | 1 | 1% | 1 | 1% | 32 | 20% | 13 | 8% | 145 | 92% |
| UCISD Total Students Accepted | 116 | 73% | 91 | 78% | 0 | 0% | 1 | 1% | 1 | 1% | 23 | 20% | 10 | 9% | 106 | 91% |
| UCISD Total Students Not Accepted | 42 | 27% | 32 | 76% | 1 | 2% | 0 | 0% | 0 | 0% | 9 | 21% | 3 | 7% | 39 | 92% |

April 11, 2011

/2

UCISD Gifted and Talented Program Decisions 2010-2011

April 11, 2011

# CAMPUS RESULTS

## NON-ACCEPTANCES

| Campus | Total Students Not Accepted Number | % | Hispanic Not Accepted Number | % | Native American Not Accepted Number | % | African American Not Accepted Number | % | Asian Not Accepted Number | % | White Not Accepted Number | % | LEP Not Accepted Number | % | Non LEP Not Accepted Number | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anthon | 15 | 58% | 12 | 80% | 1 | 7% | 0 | 0% | 0 | 0% | 2 | 13% | 1 | 7% | 14 | 93% |
| Benson | 11 | 26% | 8 | 73% | 0 | 0% | 0 | 0% | 0 | 0% | 3 | 27% | 0 | 0% | 11 | 100% |
| Robb | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% |
| Batesville | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% |
| Dalton | 13 | 34% | 9 | 69% | 0 | 0% | 0 | 0% | 0 | 0% | 4 | 31% | 2 | 15% | 11 | 85% |
| Flores | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% |
| Junior High | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% |
| High School | 3 | 38% | 3 | 100% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 3 | 100% |
| Excel Academy | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% |
| UCISD Totals | 42 | 27% | 32 | 76% | 1 | 2% | 0 | 0% | 0 | 0% | 9 | 21% | 3 | 7% | 39 | 92% |

UCISD Gifted and Talented Program Decisions 2010-2011

April 11, 2011

## DISTRICT - WIDE

| | Total Students Number | % | Hispanic Number | % | Native American Number | % | African American Number | % | Asian Number | % | White Number | % | LEP Number | % | Non LEP Number | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UCISD Total Students Nominated | 158 | 100% | 123 | 79% | 1 | 1% | 1 | 1% | 1 | 1% | 32 | 20% | 13 | 8% | 145 | 92% |
| UCISD Total Students Accepted | 116 | 73% | 91 | 78% | 0 | 0% | 1 | 1% | 1 | 1% | 23 | 20% | 10 | 9% | 106 | 91% |
| UCISD Total Students Not Accepted | 42 | 27% | 32 | 76% | 1 | 2% | 0 | 0% | 0 | 0% | 9 | 21% | 3 | 7% | 39 | 92% |