# Item 13

## National Honor Society
## Uvalde UHS
## Members 2010-2011

| Grades 9-12 | Number of Active Members | Percent of Total | Number of Inductees | Percent of Total |
|---|---|---|---|---|
| White Hispanic | 100 | 57% | 41 | 61% |
| American Indian Hispanic | 2 | 1% | 2 | 3% |
| American Indian White Hispanic | 1 | <1% | 1 | 1% |
| White Non Hispanic | 66 | 38% | 21 | 31% |
| Asian | 7 | 4% | 2 | 3% |
| LEP | 0 | 0% | 1 | 1% |
| Non LEP | 176 | 100% | 66 | 99% |
| Total | 176 |  | 67 |  |

**Note:**

**\*\*Revisions include Information regarding grade 10 members and new inductees. NHS induction was held April 14, 2011.**

revised April 15, 2011

# Junior National Honor Society
## Uvalde UJHS
## Members 2010-2011

| Grade 8 | Number | Percent |
|---|---|---|
| White Hispanic | 43 | 70% |
| American Indian | 1 | 2% |
| White Non Hispanic | 18 | 31% |
| Asian | 2 | 3% |
| LEP | 0 | 0% |
| Non LEP | 57 | 100% |
| Total | 57 | |

Note –8th graders were inducted in Spring 2011. Their numbers are included above.

# Junior National Honor Society
## Uvalde UJHS
## Members 2010-2011

| Grade 7 Inducted in Spring 2011 | Number | Percent |
|---|---|---|
| White Hispanic | 47 | 75% |
| American Indian Hispanic | 3 | 5% |
| American Indian | 1 | 2% |
| African American White | 1 | 2% |
| White Non Hispanic | 12 | 19% |
| LEP** | 0 | 0% |
| Non LEP | 63 | 100% |
| Total | 63 | |

**Note: 5 students inducted in grade 7 were served as LEP students prior to 2008; they were monitored and exited and are now considered non-LEP