# Item 14

#14

## UVALDE C.I.S.D. BILINGUAL/ESL PROGRAM
## PARENT DENIALS BY CAMPUS
## 2010-2011

| | DALTON | ANTHON | BENSON | ROBB | FLORES | JE HIGH | HSCHOOL | EXCEL | BATES | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| PRE-K | 0 | | | | | | | | 0 | 0 |
| K | 2 | | | | | | | | 0 | 2 |
| 1ST | | 0 | 0 | 1 | | | | | 0 | 1 |
| 2ND | | 1 | 1 | 0 | | | | | 0 | 2 |
| 3RD | | 0 | 0 | 0 | | | | | 1 | 1 |
| 4TH | | 6 | 1 | 0 | | | | | 1 | 8 |
| 5TH | | | | | 0 | | | | 0 | 0 |
| 6TH | | | | | 1 | | | | 1 | 2 |
| 7TH | | | | | | 0 | | | | 0 |
| 8TH | | | | | | 2 | | | | 2 |
| 9TH | | | | | | | 0 | 0 | | 0 |
| 10TH | | | | | | | 0 | 0 | | 0 |
| 11TH | | | | | | | 0 | 0 | | 0 |
| 12TH | | | | | | | 0 | 0 | | 0 |
| TOTAL | | | | | | | | | | |

14