# Item 15

#15

UVALDE C.I.S.D. BILINGUAL/ESL PROGRAM
LEP - SPECIAL ED BY CAMPUS
2010-2011

| | Dalton | | | Anthon | | | Benson | | | Robb | | | Flores | | | JrHigh | | | Bates | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | F | M | E | F | M | E | F | M | E | F | M | E | F | M | E | F | M | E | F | M | E |
| PRE-K | 1 | 0 | 0H | | | | | | | | | | | | | | | | 0 | | |
| K | 1 | 0 | 1H | | | | | | | | | | | | | | | | 0 | | |
| 1ST | | | | 1 | 1 | 0H | 0 | 0 | 0H | 2 | 1 | 1H | | | | | | | 0 | | |
| 2ND | | | | 0 | 0 | 0H | 1 | 0 | 1H | 1 | 0 | 1H | | | | | | | 0 | | |
| 3RD | | | | 0 | 0 | 0H | 2 | 1 | 1H | 0 | 0 | 0H | | | | | | | 0 | | |
| 4TH | | | | 3 | 0 | 3H | 1 | 1 | 0H | 2 | 1 | 1H | | | | | | | 0 | | |
| 5TH | | | | | | | | | | | | | 0 | 0 | 0H | | | | 0 | | |
| 6TH | | | | | | | | | | | | | 3 | 3 | 0H | | | | 2 | 1 | 1H |
| 7TH | | | | | | | | | | | | | | | | 4 | 1 | 3 | | | |
| 8TH | | | | | | | | | | | | | | | | 6 | 2 | 4 | | | |
| 9TH | | | | | | | | | | | | | | | | | | | | | |
| 10TH | | | | | | | | | | | | | | | | | | | | | |
| 11TH | | | | | | | | | | | | | | | | | | | | | |
| 12TH | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 2 | | 1 | 4 | | 3 | 4 | | 2 | 5 | | 3 | 3 | | 0 | 10 | | 7 | 2 | | 1 |

| | Race | | Ethnicity | | LEP | Sp.ED. |
|---|---|---|---|---|---|---|
| | F | M | F | M | | |
| PR-K | | | | | 1 | 1 |
| K | | | | | 3 | |
| 1ST | | | | | 2 | |
| 2ND | | | | | 2 | |
| 3RD | | | | | 6 | |
| 4TH | | | | | 0 | |
| 5TH | | | | | 5 | |
| 6TH | | | | | 4 | |
| 7TH | | | | | 6 | |
| 8TH | | | | | 5 | |
| 9TH | | | | | 4 | |
| 10TH | | | | | 2 | |
| 11TH | | | | | 6 | |
| 12TH | | | | | | |
| TOTAL | | | | | 47 | |

| H.S. | F | M | E | Excel F | M | E | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9th | 5 | 2 | 3 H | 0 | 0 | 0 H | | | |
| 10th | 3 | 0 | 3 H | 1 | 1 | 0 H | | | |
| 11th | 2 | 0 | 2 H | 0 | 0 | 0 H | | | |
| 12th | 5 | 1 | 4 H | 1 | 1 | 0 H | | | |

15 = TOTAL NUMBER
12 = FEMAL
2 = MALE
 = HISPANIC
 = % OF LEP STUDENTS THAT ARE SP.ED.