# Item 16

# Item 16
# Number and Percentages of students by race/ethnicity and LEP status of the Top 10 Graduating Seniors

| 2011 | Top 10 Graduates |
|---|---|
| White Hispanic – 2 | 20% |
| White – 8 | 80% |
| LEP – 0 | 0% |
| Non-LEP – 10 | 100% |

** Due to changes in the federal classification of race and ethnicity, students may now have multiracial and ethnic designations.