# Item 17

Item 17

Number and percentages of students by race/ethnicity and LEP status for the top 10% of the UHS senior class

| 2011 | Top 10% |
|---|---|
| Seniors – 27 | |
|     White Hispanic – 10 | 37% |
|     White – 17 | 44% |
|     LEP – 0 | 0% |
|     Non-LEP – 27 | 100% |
| Juniors – 26 | |
|     White Hispanic – 13 | 50 % |
|     White -12 | 50 % |
|     LEP – 0 | 0% |
|     Non-LEP – 26 | 100% |

** Due to changes in the federal classification of race and ethnicity, students may now have multiracial and ethnic designations.

# Item 17

Number and percentages of students by race/ethnicity and LEP status for the top 10% of the UHS senior class

| 2011 | Top 10% |
|---|---|
| Seniors – 27 | |
|     White Hispanic – 10 | 37% |
|     White – 17 | 44% |
|     LEP – 0 | 0% |
|     Non-LEP – 27 | 100% |
| Juniors – 26 | |
|     White Hispanic – 13 | 50 % |
|     White -12 | 50 % |
|     LEP – 0 | 0% |
|     Non-LEP – 26 | 100% |

\*\* Due to changes in the federal classification of race and ethnicity, students may now have multiracial and ethnic designations.