# Item 21

## PreAP and AP Course Enrollments 2010-2011

| Course | # of Students | Am. Indian | Asian | Black | Hispanic | White |
|---|---|---|---|---|---|---|
| Pre AP 7 ELA | 151 | 0 | 0 | 1 | 122 | 28 |
| Pre AP 8 ELA | 202 | 1 | 4 | 2 | 164 | 31 |
| English 1 Pre AP | 124 | 0 | 1 | 0 | 88 | 35 |
| English 2 Pre AP | 31 | 0 | 2 | 1 | 1 | 85 |
| AP English Language | 90 | 0 | 3 | 0 | 29 | 23 |
| AP English Literature | 6*** | 0 | 1 | 0 | 4 | 1 |
| Pre AP 7 TX History | 135 | 0 | 0 | 1 | 108 | 26 |
| Pre AP 8 US History | 194 | 2 | 5 | 0 | 155 | 32 |
| Pre AP World Geography | 138 | 0 | 2 | 0 | 100 | 36 |
| AP World History | 97 | 0 | 2 | 1 | 67 | 27 |
| AP US History | 50 | 0 | 1 | 0 | 39 | 10 |
| Pre AP 7 Spanish | 4 | 0 | 0 | 0 | 4 | 0 |
| Spanish 1 JH | 94 | 0 | 1 | 1 | 80 | 12 |
| AP Spanish Language JH | 3 | 0 | 0 | 0 | 3 | 0 |
| Spanish 2 Pre AP | 22 | 0 | 0 | 0 | 22 | 0 |
| AP Spanish Language HS | 15 | 0 | 0 | 0 | 15 | 0 |
| Latin 2 Pre AP | 24 | 0 | 1 | 0 | 11 | 12 |
| Latin 3 Pre AP | 23 | 0 | 0 | 0 | 12 | 11 |
| Pre AP 7 Math | 154 | 0 | 0 | 1 | 127 | 26 |
| Pre AP 8 Math | 69 | 1 | 0 | 0 | 66 | 2 |
| Alg 1 JH | 129 | 0 | 4 | 1 | 96 | 28 |

#21

# PreAP and AP Course Enrollments 2010-2011

| Course | # of Students | Am. Indian | Asian | Black | Hispanic | White |
|---|---|---|---|---|---|---|
| Geometry JH | 3 | 0 | 0 | 0 | 3 | 0 |
| Pre AP Alg 1 | 60 | 0 | 1 | 0 | 37 | 12 |
| Pre AP Alg 2 | 104 | 0 | 3 | 1 | 77 | 23 |
| Pre AP Geometry | 93 | 0 | 2 | 0 | 67 | 24 |
| Pre AP Pre Cal | 74 | 1 | 1 | 0 | 32 | 40 |
| AP Calculus AB | 6 | 0 | 1 | 0 | 4 | 1 |
| Pre AP 7 Science | 140 | 0 | 0 | 2 | 112 | 26 |
| Pre AP 8 Science | 164 | 1 | 4 | 0 | 132 | 27 |
| Pre AP Physics | 84 | 1 | 3 | 0 | 49 | 31 |
| Pre AP Chemistry | 110 | 0 | 2 | 1 | 74 | 33 |
| Pre AP Biology | 124 | 0 | 1 | 0 | 90 | 33 |
| AP Biology | 9 | 0 | 0 | 0 | 5 | 4 |
| AP Music Theory | 15 | 0 | 1 | 0 | 11 | 3 |

*** first semester only

April 2011

Enrollments available only by local ethnicity codes

6/18/2010

CONFIDENTIAL

TEXAS EDUCATION AGENCY

District Name: [redacted]
District #: 232903

Class of 2009 District Four-Year Completion Summary (Gr. 9-12)
To Be Used in the 2010 Accountability System

| Student Groups (Analysis groups are those with an 'X') | Graduates* Number | Graduates* Rate | Con- tinuers Number | GED Re- cipients Number | Completion I** (w/o GED) Number | Completion I** (w/o GED) Rate | Completion II*** (w/GED) Number | Completion II*** (w/GED) Rate | Dropouts**** (4-yr) Number | Dropouts**** (4-yr) Rate | Total in Class |
|---|---|---|---|---|---|---|---|---|---|---|---|
| X All Students | 278 | 78.1% | 40 | 6 | 318 | 89.3% | 324 | 91.0% | 32 | 9.0% | 356 |
| African American | 2 | 100.0% | 0 | 0 | 2 | 100.0% | 2 | 100.0% | 0 | 0.0% | 2 |
| X Hispanic | 224 | 77.0% | 36 | 5 | 260 | 89.3% | 265 | 91.1% | 26 | 8.9% | 291 |
| X White | 52 | 82.5% | 4 | 1 | 56 | 88.9% | 57 | 90.5% | 6 | 9.5% | 63 |
| Native American | 0 | - | 0 | 0 | 0 | - | 0 | - | 0 | - | 0 |
| Asian/Pac. Islander | 0 | - | 0 | 0 | 0 | - | 0 | - | 0 | - | 0 |
| X Economic Disadv. | 98 | 70.0% | 20 | 3 | 118 | 84.3% | 121 | 86.4% | 19 | 13.6% | 140 |
| Special Education | 27 | 75.0% | 3 | 0 | 30 | 83.3% | 30 | 83.3% | 6 | 16.7% | 36 |
| LEP | 9 | 69.2% | 0 | 0 | 9 | 69.2% | 9 | 69.2% | 4 | 30.8% | 13 |
| AYP LEP @ | 60 | 74.1% | 11 | 3 | 71 | 87.7% | 74 | 91.4% | 7 | 8.6% | 81 |
| At Risk | 143 | 72.2% | 31 | 5 | 174 | 87.9% | 179 | 90.4% | 19 | 9.6% | 198 |

A dash ('-') means there were no students in attendance in the student group.

\* This four-year longitudinal graduation rate will be used to determine 2010 AYP status. For more information about how this indicator will be used, see the 2010 AYP Guide (available in June 2010 at http://ritter.tea.state.tx.us/ayp/index.html).

\*\* Completion I is the indicator used under standard procedures. It includes graduates and continuers as completers.

\*\*\* Completion II is the indicator used under ARA procedures. It includes graduates, continuers, and GED recipients as completers.

\*\*\*\* This is the four-year longitudinal dropout rate, which is different from the annual dropout rate. See the publication 'Secondary School Completion and Dropouts in Texas Public Schools 2008-09' (available in August 2010) for more information.

@ The AYP LEP student group includes the current LEP students reported in the row above plus students formerly identified as LEP during any of their years in Texas public schools.

CONFIDENTIAL

TEXAS EDUCATION AGENCY

6/18/2010

District Name: UVALDE CISD
District #: 232903

Campus Name: ▓▓▓▓▓▓
Campus #: 232903001

Class of 2009 Campus Four-Year Completion Summary (Gr. 9-12)
To Be Used in the 2010 Accountability System

Grade Span: 09 - 12

| Student Groups (Analysis groups are those with an 'X') | Graduates* | | Con-tinuers Number | GED Recipients Number | Completion I** (w/o GED) | | Completion II*** (w/GED) | | Dropouts**** (4-yr) | | Total in Class |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number | Rate | | | Number | Rate | Number | Rate | Number | Rate | |
| X All Students | 270 | 82.6% | 25 | 5 | 295 | 90.2% | 300 | 91.7% | 27 | 8.3% | 327 |
| African American | 2 | 100.0% | 0 | 0 | 2 | 100.0% | 2 | 100.0% | 0 | 0.0% | 2 |
| X Hispanic | 217 | 82.2% | 22 | 4 | 239 | 90.5% | 243 | 92.0% | 21 | 8.0% | 264 |
| X White | 51 | 83.6% | 3 | 1 | 54 | 88.5% | 55 | 90.2% | 6 | 9.8% | 61 |
| Native American | 0 | - | 0 | 0 | 0 | - | 0 | - | 0 | - | 0 |
| Asian/Pac. Islander | 0 | - | 0 | 0 | 0 | - | 0 | - | 0 | - | 0 |
| X Economic Disadv. | 94 | 75.2% | 11 | 2 | 105 | 84.0% | 107 | 85.6% | 18 | 14.4% | 125 |
| Special Education | 27 | 77.1% | 3 | 0 | 30 | 85.7% | 30 | 85.7% | 5 | 14.3% | 35 |
| LEP | 8 | 72.7% | 0 | 0 | 8 | 72.7% | 8 | 72.7% | 3 | 27.3% | 11 |
| AYP LEP @ | 58 | 82.9% | 3 | 3 | 61 | 87.1% | 64 | 91.4% | 6 | 8.6% | 70 |
| At Risk | 137 | 76.5% | 21 | 4 | 158 | 88.3% | 162 | 90.5% | 17 | 9.5% | 179 |

A dash ('-') means there were no students in attendance in the student group.

* This four-year longitudinal graduation rate will be used to determine 2010 AYP status. For more information about how this indicator will be used, see the 2010 AYP Guide (available in June 2010 at http://ritter.tea.state.tx.us/ayp/index.html).

** Completion I is the indicator used under standard procedures. It includes graduates and continuers as completers.

*** Completion II is the indicator used under AEA procedures. It includes graduates, continuers, and GED recipients as completers.

**** This is the four-year longitudinal dropout rate, which is different from the annual dropout rate. See the publication 'Secondary School Completion and Dropouts in Texas Public Schools 2008-09' (available in August 2010) for more information.

@ The AYP LEP student group includes the current LEP students reported in the row above plus students formerly identified as LEP during any of their years in Texas public schools.

CONFIDENTIAL

TEXAS EDUCATION AGENCY

6/18/2010

District Name: UVALDE CISD
District #: 232903

Class of 2009 Campus Four-Year Completion Summary (Gr. 9-12)
To Be Used in the 2010 Accountability System

Campus Name: ███████ ACADEMY
Campus #: 232903002

Grade Span: 09 - 12

| Student Groups (Analysis groups are those with an 'X') | Graduates* Number | Graduates* Rate | Con-tinuers Number | GED Re-cipients Number | Completion I** (w/o GED) Number | Completion I** (w/o GED) Rate | Completion II*** (w/GED) Number | Completion II*** (w/GED) Rate | Dropouts**** (4-yr) Number | Dropouts**** (4-yr) Rate | Total in Class |
|---|---|---|---|---|---|---|---|---|---|---|---|
| All Students | 8 | 27.6% | 15 | 1 | 23 | 79.3% | 24 | 82.8% | 5 | 17.2% | 29 |
| African American | 0 | - | 0 | 0 | 0 | - | 0 | - | 0 | - | 0 |
| Hispanic | 7 | 25.9% | 14 | 1 | 21 | 77.8% | 22 | 81.5% | 5 | 18.5% | 27 |
| White | 1 | 50.0% | 1 | 0 | 2 | 100.0% | 2 | 100.0% | 0 | 0.0% | 2 |
| Native American | 0 | - | 0 | 0 | 0 | - | 0 | - | 0 | - | 0 |
| Asian/Pac. Islander | 0 | - | 0 | 0 | 0 | - | 0 | - | 0 | - | 0 |
| Economic Disadv. | 4 | 26.7% | 9 | 1 | 13 | 86.7% | 14 | 93.3% | 1 | 6.7% | 15 |
| Special Education | 0 | 0.0% | 0 | 0 | 0 | 0.0% | 0 | 0.0% | 1 | 100.0% | 1 |
| LEP | 1 | 50.0% | 0 | 0 | 1 | 50.0% | 1 | 50.0% | 1 | 50.0% | 2 |
| AYP LEP @ | 2 | 18.2% | 8 | 0 | 10 | 90.9% | 10 | 90.9% | 1 | 9.1% | 11 |
| At Risk | 6 | 31.6% | 10 | 1 | 16 | 84.2% | 17 | 89.5% | 2 | 10.5% | 19 |

A dash ('-') means there were no students in attendance in the student group.

* This four-year longitudinal graduation rate will be used to determine 2010 AYP status. For more information about how this indicator will be used, see the 2010 AYP Guide (available in June 2010 at http://ritter.tea.state.tx.us/ayp/index.html).

** Completion I is the indicator used under standard procedures. It includes graduates and continuers as completers.

*** Completion II is the indicator used under AEA procedures. It includes graduates, continuers, and GED recipients as completers.

**** This is the four-year longitudinal dropout rate, which is different from the annual dropout rate. See the publication 'Secondary School Completion and Dropouts in Texas Public Schools 2008-09' (available in August 2010) for more information.

@ The AYP LEP student group includes the current LEP students reported in the row above plus students formerly identified as LEP during any of their years in Texas public schools.

This is a registered AEC and will be evaluated under AEA procedures.

Completion data not evaluated for your state accountability rating due to small numbers; district at-risk data may be used.

6/18/2010

**CONFIDENTIAL**

**TEXAS EDUCATION AGENCY**

DISTRICT NAME: UVALDE CISD
DISTRICT #: 232903

### 2008-09 DISTRICT DROPOUT SUMMARY - TABLE A
### ANNUAL DROPOUT RATE (Gr. 7-12)

To Be Used in the 2010 Accountability System - AEA Procedures

| Student Groups (Analysis groups are those with an "X") | Dropouts | Cumulative Attendance | Student Group Percent | Dropout Rate (Gr. 7-12) |
|---|---|---|---|---|
| All Students | 42 | 2,219 | 100% | 1.9% |
| African American | 0 | 12 | 1% | 0.0% |
| Hispanic | 39 | 1,869 | 84% | 2.1% |
| White | 3 | 322 | 15% | 0.9% |
| Native American | 0 | 2 | 0% | 0.0% |
| Asian/Pac. Islander | 0 | 14 | 1% | 0.0% |
| Economic Disadv. | 12 | 1,089 | 49% | 1.1% |
| At Risk | 12 | 945 | 43% | 1.3% |

### 2008-09 DISTRICT DROPOUT SUMMARY - TABLE B
### ANNUAL DROPOUT RATE (Gr. 7-8)

To be Used in the 2010 Accountability System - Standard Procedures

| Student Groups (Analysis groups are those with an "X") | Dropouts | Cumulative Attendance | Student Group Percent | Dropout Rate (Gr. 7-8) |
|---|---|---|---|---|
| All Students | 1 | 690 | 100% | 0.1% |
| African American | 0 | 3 | 0% | 0.0% |
| Hispanic | 1 | 597 | 87% | 0.2% |
| White | 0 | 86 | 12% | 0.0% |
| Native American | 0 | 1 | 0% | 0.0% |
| Asian/Pac. Islander | 0 | 3 | 0% | 0.0% |
| Economic Disadv. | 1 | 421 | 61% | 0.2% |
| At Risk | 1 | 252 | 37% | 0.4% |

Dropout data not evaluated for your accountability rating due to small numbers.
A dash ('-') means there were no students in attendance in the student group.

### COLUMN DEFINITIONS

Dropouts are the number of students counted as dropouts in your district.

Cumulative Attendance is the total number of students in the applicable grades reported in attendance during any 6-week period as submitted on the PEIMS attendance records for 2008-09.

Student Group Percent is the number of students in Cumulative Attendance in a given group divided by the Cumulative Attendance count for 'All Students.'

Dropout Rate is Dropouts expressed as a percent of Cumulative Attendance.

6/18/2010                            C O N F I D E N T I A L

                              T E X A S   E D U C A T I O N   A G E N C Y

DISTRICT NAME: UVALDE CISD
DISTRICT #: 232903

CAMPUS NAME: UVALDE H S                                              GRADE SPAN: 09 - 12
CAMPUS #: 232903001

### 2008-09 CAMPUS DROPOUT SUMMARY - TABLE A
### ANNUAL DROPOUT RATE (Gr. 7-12)

To Be Used in the 2010 Accountability System - AEA Procedures

| Student Groups (Analysis groups are those with an "X") | Dropouts | Cumulative Attendance | Student Group Percent | Dropout Rate (Gr. 7-12) |
|---|---|---|---|---|
| All Students | 33 | 1,452 | 100% | 2.3% |
| African American | 0 | 9 | 1% | 0.0% |
| Hispanic | 30 | 1,202 | 83% | 2.5% |
| White | 3 | 229 | 16% | 1.3% |
| Native American | 0 | 1 | 0% | 0.0% |
| Asian/Pac. Islander | 0 | 11 | 1% | 0.0% |
| Economic Disadv. | 10 | 626 | 43% | 1.6% |
| At Risk | 8 | 640 | 44% | 1.3% |

### 2008-09 CAMPUS DROPOUT SUMMARY - TABLE B
### ANNUAL DROPOUT RATE (Gr. 7-8)

To be Used in the 2010 Accountability System - Standard Procedures

| Student Groups (Analysis groups are those with an "X") | Dropouts | Cumulative Attendance | Student Group Percent | Dropout Rate (Gr. 7-8) |
|---|---|---|---|---|
| All Students | - | - | - | - |
| African American | - | - | - | - |
| Hispanic | - | - | - | - |
| White | - | - | - | - |
| Native American | - | - | - | - |
| Asian/Pac. Islander | - | - | - | - |
| Economic Disadv. | - | - | - | - |
| At Risk | - | - | - | - |

Dropout data not evaluated for your accountability rating due to small numbers.
A dash ('-') means there were no students in attendance in the student group.

COLUMN DEFINITIONS

Dropouts are the number of students counted as dropouts in your campus.

Cumulative Attendance is the total number of students in the applicable grades reported in attendance during any 6-week period as submitted on the PEIMS attendance records for 2008-09.

Student Group Percent is the number of students in Cumulative Attendance in a given group divided by the Cumulative Attendance count for 'All Students.'

Dropout Rate is Dropouts expressed as a percent of Cumulative Attendance.

6/18/2010

C O N F I D E N T I A L

TEXAS EDUCATION AGENCY

DISTRICT NAME: UVALDE CISD
DISTRICT #: 232903

CAMPUS NAME: EXCEL ACADEMY
CAMPUS #: 232903002

GRADE SPAN: 09 - 12

### 2008-09 CAMPUS DROPOUT SUMMARY - TABLE A
### ANNUAL DROPOUT RATE (Gr. 7-12)

To Be Used in the 2010 Accountability System - AEA Procedures

| Student Groups (Analysis groups are those with an "X") | Dropouts | Cumulative Attendance | Student Group Percent | Dropout Rate (Gr. 7-12) |
|---|---|---|---|---|
| All Students | 8 | 104 | 100% | 7.7% |
| African American | 0 | 0 | 0% | - |
| Hispanic | 8 | 96 | 92% | 8.3% |
| White | 0 | 8 | 8% | 0.0% |
| Native American | 0 | 0 | 0% | - |
| Asian/Pac. Islander | 0 | 0 | 0% | - |
| Economic Disadv. | 1 | 49 | 47% | 2.0% |
| At Risk | 3 | 61 | 59% | 4.9% |

### 2008-09 CAMPUS DROPOUT SUMMARY - TABLE B
### ANNUAL DROPOUT RATE (Gr. 7-8)

To be Used in the 2010 Accountability System - Standard Procedures

| Student Groups (Analysis groups are those with an "X") | Dropouts | Cumulative Attendance | Student Group Percent | Dropout Rate (Gr. 7-8) |
|---|---|---|---|---|
| All Students | - | - | - | - |
| African American | - | - | - | - |
| Hispanic | - | - | - | - |
| White | - | - | - | - |
| Native American | - | - | - | - |
| Asian/Pac. Islander | - | - | - | - |
| Economic Disadv. | - | - | - | - |
| At Risk | - | - | - | - |

This is a registered AEC and will use Table A for accountability.
Dropout data not evaluated for your accountability rating due to small numbers.
A dash ('-') means there were no students in attendance in the student group.

COLUMN DEFINITIONS

Dropouts are the number of students counted as dropouts in your campus.

Cumulative Attendance is the total number of students in the applicable grades reported in attendance during any 6-week period as submitted on the PEIMS attendance records for 2008-09.

Student Group Percent is the number of students in Cumulative Attendance in a given group divided by the Cumulative Attendance count for 'All Students.'

Dropout Rate is Dropouts expressed as a percent of Cumulative Attendance.

6/18/2010

C O N F I D E N T I A L

T E X A S   E D U C A T I O N   A G E N C Y

DISTRICT NAME: UVALDE CISD
DISTRICT #: 232903

CAMPUS NAME: UVALDE J H
CAMPUS #: 232903044

GRADE SPAN: 07 - 08

### 2008-09 CAMPUS DROPOUT SUMMARY - TABLE A
### ANNUAL DROPOUT RATE (Gr. 7-12)

To Be Used in the 2010 Accountability System - AEA Procedures

| Student Groups (Analysis groups are those with an "X") | Dropouts | Cumulative Attendance | Student Group Percent | Dropout Rate (Gr. 7-12) |
|---|---|---|---|---|
| All Students | 1 | 690 | 100% | 0.1% |
| African American | 0 | 3 | 0% | 0.0% |
| Hispanic | 1 | 597 | 87% | 0.2% |
| White | 0 | 86 | 12% | 0.0% |
| Native American | 0 | 1 | 0% | 0.0% |
| Asian/Pac. Islander | 0 | 3 | 0% | 0.0% |
| Economic Disadv. | 1 | 421 | 61% | 0.2% |
| At Risk | 1 | 252 | 37% | 0.4% |

### 2008-09 CAMPUS DROPOUT SUMMARY - TABLE B
### ANNUAL DROPOUT RATE (Gr. 7-8)

To be Used in the 2010 Accountability System - Standard Procedures

| Student Groups (Analysis groups are those with an "X") | Dropouts | Cumulative Attendance | Student Group Percent | Dropout Rate (Gr. 7-8) |
|---|---|---|---|---|
| All Students | 1 | 690 | 100% | 0.1% |
| African American | 0 | 3 | 0% | 0.0% |
| Hispanic | 1 | 597 | 87% | 0.2% |
| White | 0 | 86 | 12% | 0.0% |
| Native American | 0 | 1 | 0% | 0.0% |
| Asian/Pac. Islander | 0 | 3 | 0% | 0.0% |
| Economic Disadv. | 1 | 421 | 61% | 0.2% |
| At Risk | 1 | 252 | 37% | 0.4% |

Dropout data not evaluated for your accountability rating due to small numbers.
A dash ('-') means there were no students in attendance in the student group.

COLUMN DEFINITIONS

Dropouts are the number of students counted as dropouts in your campus.

Cumulative Attendance is the total number of students in the applicable grades reported in attendance during any 6-week period as submitted on the PEIMS attendance records for 2008-09.

Student Group Percent is the number of students in Cumulative Attendance in a given group divided by the Cumulative Attendance count for 'All Students.'

Dropout Rate is Dropouts expressed as a percent of Cumulative Attendance.

District Name: UVALDE CISD
County Name: UVALDE
District #: 232903

TEXAS EDUCATION AGENCY
Academic Excellence Indicator System
2009-10 District Profile

Section II - Page 2

Retention Rates by Grade:

| | Non-Special Education Rates | | Special Education Rates | |
|---|---|---|---|---|
| | District | State | District | State |
| Kindergarten | 0.9% | 2.4% | 0.0% | 11.8% |
| Grade 1 | 5.5% | 5.3% | 13.0% | 9.7% |
| Grade 2 | 4.9% | 3.0% | 12.2% | 4.2% |
| Grade 3 | 7.3% | 2.3% | 12.2% | 2.4% |
| Grade 4 | 0.3% | 1.2% | 0.0% | 1.0% |
| Grade 5 | 2.3% | 1.7% | 9.5% | 1.7% |
| Grade 6 | 0.7% | 0.8% | 2.2% | 1.3% |
| Grade 7 | 0.7% | 1.2% | 0.0% | 1.8% |
| Grade 8 | 0.7% | 1.4% | 7.1% | 2.5% |

Data Quality:

| | District | | State | |
|---|---|---|---|---|
| | Count | Percent | Count | Percent |
| PID Errors (student) | 15 | 0.3% | 6,858 | 0.1% |
| Underreported Students | 57 | 2.5% | 10,045 | 0.5% |

CLASS SIZE INFORMATION
(Derived from teacher responsibility records.)

Class Size Averages by Grade and Subject:

| | | District | State |
|---|---|---|---|
| Elementary: | Kindergarten | 21.0 | 19.3 |
| | Grade 1 | 18.6 | 19.1 |
| | Grade 2 | 19.4 | 19.2 |
| | Grade 3 | 18.9 | 19.3 |
| | Grade 4 | 19.2 | 19.9 |
| | Grade 5 | 23.3 | 22.4 |
| | Grade 6 | 23.4 | 21.1 |
| | Mixed Grades | - | 24.7 |
| Secondary: | English/Language Arts | 18.8 | 17.8 |
| | Foreign Languages | 21.5 | 19.4 |
| | Mathematics | 22.6 | 18.5 |
| | Science | 23.9 | 19.3 |
| | Social Studies | 22.6 | 20.4 |