IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GENOVEVA MORALES, *et al.*,<br>    Plaintiff | §<br>§<br>§ | |
| v. | § | DR-70-CA-14 |
| | §<br>§ | |
| E.P. SHANNON, *et al.*,<br>    Defendants | §<br>§ | |

### ADVISORY TO THE COURT

   Plaintiffs Genoveva Morales, *et al.*, provide this notice advising the Court that counsel for Defendants, Grant Cook, informed Plaintiffs that they do not oppose Plaintiffs' Motion for Leave to Extend Page Limits to Plaintiffs' Motion to Enforce Consent Order and for Further Relief.  Accordingly, Plaintiffs ask the Court to grant said motion and to order the clerk to file Plaintiffs' Motion to Enforce Consent Order and for Further Relief, which was attached as Exhibit A to the Plaintiffs' Motion for Leave to Extend Page Limits.

DATED: August 29, 2011                         Respectfully Submitted,


                                                 /s/ David G. Hinojosa
                                                David G. Hinojosa
                                                Texas State Bar No. 24010689

                                                **MEXICAN AMERICAN LEGAL DEFENSE AND**
                                                 **EDUCATIONAL FUND, INC. (MALDEF)**
                                                110 Broadway, Suite 300
                                                San Antonio, TX 78205
                                                Tel. (210) 224-5476
                                                Fax (210) 224-5382

                                                Attorneys for Plaintiffs

2

**CERTIFICATE OF SERVICE**

I certify that on August 29, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Grant Cook
5005 Riverway, Ste. 210
Houston, Texas 77056

   /s/ David G. Hinojosa
David G. Hinojosa

2