IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GENOVEVA MORALES, *et al.*, | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | DR-70-CA-14 |
| | § | |
| E.P. SHANNON, *et al.*, | § | |
| Defendants | § | |

## ADVISORY REGARDING MOTION TO ENFORCE AND FOR FURTHER RELIEF

Plaintiffs Genoveva Morales, *et al.*, file this advisory to update the Court on the progress of the parties' settlement negotiations and the status of Plaintiffs' Motion to Enforce and for Further Relief.  The parties continue to negotiate in good faith to resolve the issues raised in the pending Motion but need additional time to negotiate, rather than proceeding with the briefing on the arguments related to the Motion.

On August 15, 2011, Plaintiffs filed their Motion to Enforce Consent Order and for Further Relief.  Soon thereafter, Defendants informed Plaintiffs that they would be inclined to discuss a potential settlement without further Court intervention. On September 2, 2011, Defendants filed their response, and in lieu of Plaintiffs filing their reply by September 13, 2011, the parties agreed to attempt to resolve the outstanding issues.  Accordingly, the Court to granted a joint motion to abate the briefing schedule and the Court's consideration of the merits of the Motion to Enforce until fourteen days following October 21, 2011.  Thereafter, on December 5, 2011, the Court granted an additional extension for Plaintiffs to file their reply eleven days following the earlier of December 12, 2011 or an advisory by one of the parties informing the Court that resolution of the outstanding issues was not successful.  *See* Dkt. No. 199.

The parties believe that resolution of the monitoring and compliance issues contained in Plaintiffs' Motion to Enforce remains a strong possibility. However, due to the intervening holiday breaks and ongoing settlement negotiations, the parties require additional time to exchange additional information and related settlement agreements to resolve outstanding issues.

Plaintiffs and/or Defendants will advise the Court if negotiations lead to a mutually agreed settlement or, if an agreement cannot be reached, Plaintiffs will file their reply brief within 11 days after said advisory.

If the Court desires otherwise, the parties respectfully request that the Court inform them accordingly.

DATED:  December 22, 2011                    Respectfully Submitted,

                                                        Mexican American Legal Defense and
                                                          Educational Fund, Inc. (MALDEF)

                                                     <u>David G. Hinojosa /s/</u>
                                                     David G. Hinojosa
                                                     State Bar No. 24010689
                                                     Nina Perales
                                                     110 Broadway, Suite 300
                                                     San Antonio, TX 78205
                                                     Tel: (210)224-5476 / Fax: (210)224-5382

                                                   **ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on December 22, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Grant Cook
5005 Riverway, Ste. 210
Houston, Texas 77056

<u>    /s/ David G. Hinojosa</u>
David G. Hinojosa