IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

GENOVEVA MORALES, *et al.*,  §
    Plaintiffs  §
      §
v.  §  DR-70-CA-14
      §
E.P. SHANNON, *et al.*,  §
    Defendants  §

## JOINT ADVISORY REGARDING MOTION TO ENFORCE AND FOR FURTHER RELIEF

Plaintiffs Genoveva Morales, *et al.*, and Defendants E.P. Shannon and Uvalde Consolidated Independent School District, *et al.*, file this joint advisory to update the Court on the progress of the parties' settlement negotiations and the status of Plaintiffs' Motion to Enforce and for Further Relief. The parties recently engaged in good faith negotiations to resolve the issues raised in the pending Motion but need additional time to negotiate the terms of a potential consent decree. The parties believe that resolution of the monitoring and compliance issues contained in Plaintiffs' Motion to Enforce remains a strong possibility and hope to reach a final agreement over the next forty-five days.

As the Court is aware, Plaintiffs filed their Motion to Enforce Consent Order and for Further Relief on August 15, 2011. Soon thereafter, Defendants informed Plaintiffs that they would be inclined to discuss a potential settlement without further Court intervention. On September 2, 2011, Defendants filed their response, and in lieu of Plaintiffs filing their reply by September 13, 2011, the parties agreed to attempt to resolve the outstanding issues. Accordingly, the Court granted a joint motion to abate the briefing schedule. Thereafter,

Plaintiffs filed an advisory informing the Court that the parties were continuing to negotiate outstanding issues but needed additional time.

Plaintiffs and/or Defendants will advise the Court if negotiations lead to a mutually agreed settlement or, if an agreement cannot be reached, Plaintiffs will file their reply brief within 11 days after said advisory.

If the Court desires otherwise, the parties respectfully request that the Court inform them accordingly.

DATED:  April 18, 2012                    Respectfully Submitted,

                                          Mexican American Legal Defense and
                                             Educational Fund, Inc. (MALDEF)


                                          David G. Hinojosa /s/
                                          David G. Hinojosa
                                          State Bar No. 24010689
                                          Nina Perales
                                          110 Broadway, Suite 300
                                          San Antonio, TX 78205
                                          Tel: (210)224-5476 / Fax: (210)224-5382

                                          **ATTORNEYS FOR PLAINTIFFS**


                                          The Cook Law Firm

                                          Grant Cook /s/ w/p
                                          Grant Cook
                                          State Bar No. 04732000
                                          5005 Riverway, Ste. 210
                                          Houston, Texas 77056
                                          Tel:  (713) 552-0700
                                          Fax: (713) 552-1610

                                          **ATTORNEY FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I certify that on April 18, 2012, I electronically filed the foregoing document with the

Clerk of Court using the CM/ECF system, which will send notification of such filing to the

following:

> Grant Cook
> 5005 Riverway, Ste. 210
> Houston, Texas 77056

>    /s/ David G. Hinojosa
> David G. Hinojosa