# Exhibit B

232903

EDUCATIONAL PHILOSOPHY                                                                  AE
                                                                                     (LOCAL)

The District develops visionaries, staff and students, who are high achievers, profound thinkers, hard workers, and productive citizens.

The District's Board-approved commitments shall be as follows:

1. The District shall maintain a unitary system.

2. The District shall not discriminate on the basis of race, color, or ethnic origin.

3. The District is committed to the principle of diversity, and staff members who work directly with children shall be hired, assigned, promoted, and dismissed without regard to race, color, or national origin.

4. The District shall assure that bus routes and assignment of students to buses are conducted in a manner that provides transportation of all eligible pupils on a non-segregated and non-discriminatory basis.

5. The District shall assure that school construction and school consolidations shall be done in a manner to prevent an occurrence of a dual structure, and further, shall be planned and carried out to achieve the objective of complete desegregation.

This declaration of commitments shall be the official policy of the District. This policy shall take effect after it is adopted immediately upon release of the District from supervision of the final court order. This policy shall be subject to Board review three years from the date the District is released from supervision of the court.