WALSH, ANDERSON,
GALLEGOS, GREEN
and TREVIÑO, P.C.

ATTORNEYS AT LAW

MAY **2 2** 2013

May 21, 2013

Mr. David G. Hinojosa
MALDEF
110 E. Broadway Street, Suite 300
San Antonio, Texas 78205

*Via Certified Mail #7010 2780 0003 1514 1350*
*RETURN RECIEPT REQUESTED*

Re:   Cause No. DR-70-CA-14; *Genoveva Morales, et al., vs. E.P. Shannon, et al.,* In the United States District Court for the Western District of Texas, San Antonio Division

Dear David:

When last we spoke, I informed you that Uvalde Consolidated Independent School District's trustees are very interested in bringing this litigation to an end. As I told you then, the trustees appear to be of the sentiment that something ought to be done to honor Mrs. Morales for the courage she showed in bringing about much needed changes. To that end, there has been discussion of naming a school after Mrs. Morales. My understanding from the trustees' conversations with community members is that Mrs. Morales might like this matter brought to a mutually satisfactory ending as well. When we spoke you were going to approach your client about the possibility of settlement discussions. Would you kindly advise me whether you have had the opportunity to do so?

I look forward to your response.

Sincerely,

D. CRAIG WOOD

cc:   Ms. Chris Elizalde, Walsh, Anderson, et al, *via email*
      Mr. Mickey Gerdes, Board President, *via email*

EXHIBIT
1

100 N.E. Loop 410, #900, San Antonio, TX 78216   MAIL : P.O. Box 460606, San Antonio, TX 78246

T : 210.979.6633   F : 210.979.7024   www.WalshAnderson.com