## David Hinojosa

| | |
|---|---|
| **From:** | David Hinojosa |
| **Sent:** | Thursday, July 18, 2013 4:44 PM |
| **To:** | 'Craig Wood' |
| **Cc:** | Renee Robinson; Erika Fierro; Stacy Castillo |
| **Subject:** | RE: Uvalde Consolidated Independent School District / Shannon |

Craig,

It is number 19 on the exhibit attached to the Consent Order:

19. The District's School Board shall create and present bi-annual compliance reports with the provisions related to ELL programs in this exhibit and the Consent Order. These reports shall:

   a) Include a written report.
   b) Be presented to the public at board meetings. The District may present the Fall public report in conjunction with a regular board meeting. The District shall present the Spring public report in a Special Board Meeting. In addition to a public notice requirements, the District shall provide direct written notice individually to parents of ELL students. These written notices may be disseminated by ELL students' teachers.

David G. Hinojosa
Southwest Regional Counsel
MALDEF

---

**From:** Craig Wood [mailto:cwood@wabsa.com]
**Sent:** Thursday, July 18, 2013 3:38 PM
**To:** David Hinojosa
**Cc:** Renee Robinson; Erika Fierro; Stacy Castillo
**Subject:** Uvalde Consolidated Independent School District / Shannon

David,

I am working with the Superintendent to collect the data you have requested. In the meantime, you mentioned that you believed that there was an annual reporting requirement with which the Board had not complied. The Board is very eager to see that all conditions of the Consent Decree are met. I do not see an annual reporting requirement other than the data to be submitted to the federal court (which has been done). Would you please point me to the pertinent provision so that I can make sure that the requirement is met? Thanks.

Craig



EXHIBIT
2

**Craig Wood**
Attorney | Shareholder
210.979.6633
210.979.7024 (fax)
www.walshanderson.com

WALSH, ANDERSON,
GALLEGOS, GREEN
and TREVIÑO, P.C.

ATTORNEYS AT LAW

100 N. E. Loop 410, Suite 900
San Antonio, TX 78216

CONFIDENTIALITY NOTICE: This email & attached documents may contain confidential information. All information is intended only for the use of the named recipient. If you are not the named recipient, you are not authorized to read, disclose, copy, distribute or take any action in reliance on the information and any action other than immediate delivery to the named recipient is strictly prohibited. If you have received this email in error, do not read the information and please immediately notify sender by telephone to arrange for a return of the original documents. If you are the named recipient you are not authorized to reveal any of this information to any other unauthorized person. If you did not receive all pages listed or if pages are not legible, please immediately notify sender by phone.