IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GENOVEVA MORALES, *et al.*, | § | |
|     Plaintiffs | § | |
| | § | |
| v. | § | DR-70-CA-14 |
| | § | |
| E.P. SHANNON, *et al.*, | § | |
|     Defendants | § | |

## **PROPOSED ORDER**

The Court considered Defendants' Motion to Quash Notices of Deposition for Rule 30(B)(6) Witness and Maria Elena Martinez and Motion for Entry of Protective Order, as well as Plaintiffs' Response in Opposition to Defendants' motion. After reviewing the arguments the Court DENIES Defendants' motion to quash and for entry of a protective order.

SIGNED and ENTERED this _____ day of _____, 20014.

_____
**HONORABLE ORLANDO L. GARCIA**
**UNITED STATES DISTRICT JUDGE**