IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GENOVEVA MORALES, *ET AL.*, | § | |
|     Plaintiffs | § | |
| | § | |
| v. | § | DR-70-CA-14 |
| | § | |
| E.P. SHANNON, *ET AL.*, | § | |
|     Defendants | § | |

**ORDER**

Before the Court is the parties' Joint Motion to Modify and Supplement 2012 Consent Order. The Court finds the duties, terms, and obligations set forth in Exhibit C to the Joint Motion to be consistent with the Fourteenth Amendment to the United States Constitution, Title VI of the Civil Rights Act of 1964 and the Equal Educational Opportunities Act of 1974 and shall further the orderly desegregation of the District. Having considered the pleadings and the arguments, the Court GRANTS said motion and enters Exhibit C to the Joint Motion as an enforceable order, attaching the same to the October 26, 2012 Consent Order and Settlement Agreement (Dkt. No. 204). It is so Ordered.

DATED this _____ day of _____, 2014.

                                                                                                               _____
                                                                                                                UNITED STATES DISTRICT JUDGE