IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| **GENOVEVA MORALES, et al,** § | |
| § | |
| **Plaintiffs** § | |
| § | |
| VS. § | **CIVIL ACTION NO. 2:70-cv-00014 OLG** |
| § | |
| **E.P. SHANNON, et al** § | |
| § | |
| **Defendants** § | |

## UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT'S CORRECTED 2013 ANNUAL REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, Uvalde Consolidated Independent School District, files this, its Corrected 2013 Annual Report, correcting its prior Annual Report, filed on April 15, 2013. The Annual Compliance Reports are required by the Consent Order entered on October 26, 2012. *See* Dkt. No. 204.

During the process of discovery between the parties and in completing its recently filed 2014 Annual Report, the District learned that some of its statistical information provided in its 2013 Annual Report, which was filed on April 15, 2013, was incorrect. The individuals responsible for compiling those statistics no longer work for the District. The individuals at the District who now compile and review the information for the Compliance Reports reviewed the 2013 report and found some errors in the data that was compiled. This Corrected Report is now being filed to correct that data.

Attached as Exhibit "1" is the corrected data for the 2013 Annual Report. Specifically, the attached corrected report corrects the 2012-2013 data for the April 15, 2013 Annual Report for Items No. 4 (number and percentages of full-time teachers by race and ethnicity), No. 5 (number and percentages of full-time teachers by race and ethnicity in each school), and No. 19 (number of teachers, principals and administrators hired during the 2012-13 school year).

        Respectfully submitted,

        WALSH, ANDERSON, GALLEGOS
        GREEN & TREVIÑO, P.C.
        100 N.E. Loop 410, Suite 900
        San Antonio, Texas 78216
        TEL NO.: (210) 979-6633
        FAX NO.: (210) 979-7024

By:   /s/ Stacy Castillo
       D. CRAIG WOOD
       ATTORNEY IN CHARGE
       State Bar No. 21888700
       cwood@wabsa.com
       STACY T. CASTILLO
       State Bar No. 00796322
       scastillo@wabsa.com

       ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Corrected 2013 Annual Report was electronically filed with the Court on this 5th day of May 2014, using CM/ECF system which will send notification of such filing to the following:

Mr. David G. Hinojosa
Mr. Ernest Herrera
Mexican American Legal Defense
And Educational Fund, Inc. (MALDEF)
110 Broadway, Ste. 200
San Antonio, TX  78205

                                              /s/ Stacy Castillo
                                              STACY T. CASTILLO