XIII :Annual Report and Document Requests:

4.     The number and percentages of **full-time** teachers by race and ethnicity in the District:

|                 | Total | Percentage |
|-----------------|-------|------------|
| AmIn            | 1     | 0%         |
| Asian           | 5     | 1%         |
| Black           | 4     | 1%         |
| Hawaiian_PacIsl | 1     | 0%         |
| Hispanic        | 187   | 54%        |
| White           | 149   | 43%        |
| **Grand Total** | **347** |          |

*Data Source : Skyward EEOC Data for 2012-2013*

EXHIBIT "1"

XIII : Annual Report and Document Requests:

5. The number and percentages of **full-time** teachers by race and ethnicity in each school in the District:

|  | AmIn | Asian | Black | Hawaiian_PacIsl | Hispanic | White | Grand Total | % Hispanic |
|---|---|---|---|---|---|---|---|---|
| AEP |  |  |  |  | 2 | 2 | 4 | 50% |
| ANTHON |  |  |  |  | 27 | 15 | 42 | 64% |
| BATESVILLE |  |  |  |  | 11 | 4 | 15 | 73% |
| BENSON |  |  |  |  | 9 | 12 | 21 | 43% |
| DALTON |  |  |  |  | 24 | 14 | 38 | 63% |
| EXCEL ACADEMY |  |  |  |  | 8 | 1 | 9 | 89% |
| FLORES EL |  |  | 1 |  | 21 | 22 | 44 | 48% |
| HIGH SCHOOL | 1 | 2 | 2 |  | 28 | 47 | 80 | 35% |
| ROBB |  | 1 |  | 1 | 32 | 12 | 46 | 70% |
| UVALDE JH |  | 2 | 1 |  | 25 | 20 | 48 | 52% |
| Grand Total | 1 | 5 | 4 | 1 | 187 | 149 | 347 | 54% |

*Data Source : Skyward EEOC Data for 2012-2013*

## XIII : Annual Report and Document Requests:

19. The number of teachers, principals and administrators, respectively, by race and ethnicity **hired** by the district during the present school year:

| | AmIn | Asian | Black | Hispanic | White | Grand Total |
|---|---|---|---|---|---|---|
| 01 - Full Time - Officials, Administrators, Managers | | | | | 2 | 2 |
| 02 - Full Time - Principals | | | | 1 | | 1 |
| 04 - Full Time - Assistant Principal, Nonteaching | | | | 1 | 1 | 2 |
| 05 - Full Time - Elementary Classroom Teachers | | 1 | | 13 | 15 | 29 |
| 06 - Full Time - Secondary Classroom Teachers | 1 | 3 | 1 | 17 | 21 | 43 |
| 08 - Full Time - Guidance | | | | 1 | | 1 |
| 12 - Full Time - Other Professional Staff | | | | 2 | 2 | 4 |
| Grand Total | 1 | 4 | 1 | 35 | 41 | 82 |

*Data Source : Skyward EEOC Data for 2012-2013*