IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| **GENOVEVA MORALES, et al,** § | |
| § | |
| **Plaintiffs** § | |
| § | |
| VS. § | **CIVIL ACTION NO. 2:70-cv-00014 OLG** |
| § | |
| **E.P. SHANNON, et al** § | |
| § | |
| **Defendants** § | |

### UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT'S
### 2015 ANNUAL REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, Uvalde Consolidated Independent School District, files its 2015 Annual Report (Exhibit "A,") as required by the Consent Order and Settlement Agreement entered on October 23, 2012. This Report is being timely filed pursuant to the Court's grant of an extension to file the Report to May 15, 2015. *See* Dkt. No. 223.

        Respectfully submitted,

        WALSH, ANDERSON, GALLEGOS
        GREEN & TREVIÑO, P.C.
        100 N.E. Loop 410, Suite 900
        San Antonio, Texas  78216
        TEL NO.: (210) 979-6633
        FAX NO.: (210) 979-7024

By:    /s/ STACY CASTILLO
        D. CRAIG WOOD
        ATTORNEY IN CHARGE
        State Bar No. 21888700
        STACY TUER CASTILLO
        State Bar No. 00796322

        ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Annual Report was electronically filed with the Court on this 15 day of May 2015, using CM/ECF system which will send notification of such filing to the following:

Ms. Marisa Bono
Mr. Ernest Herrera
Mexican American Legal Defense
And Educational Fund, Inc. (MALDEF)
110 Broadway, Ste. 200
San Antonio, TX  78205
SBN:  24010689

        /s/ Stacy Castillo_____
        STACY T. CASTILLO