9.  The number and percentages of students by race, ethnicity and LEP status in the Gifted and Talented Program District-wide;



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909
Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net

BOARD OF TRUSTTES
Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Carlos Fernandez, Jr.
Rob Fowler
Maria Elena Martinez
Brent Rutledge

XIII : Annual Report and Document Requests:

9. The number and percentage of students by race, ethnicity and
   LEP status in the Gifted and Talented Program District---Wide.

Chart A - Fall 2014 PEIMS Snapshot.  These counts do not include any students from
Dalton Elementary, since they do not accept entry of Dindergarten GT students until March.

| Count of LOCAL_STUDENT_ID | Column L ▼ | | | | | | |
|---|---|---|---|---|---|---|---|
| Row Labels ▼▼ | 0 | 1 | F | S | Grand Total | % | % LEP |
| ▼ 1 | | | | | | | |
| Asian | 8 | 1 | | | 9 | 2% | 11% |
| Black | 1 | | | | 1 | 0% | 0% |
| Hispanic | 338 | 24 | 5 | 1 | 368 | 83% | 7% |
| Two_More | 1 | | | | 1 | 0% | 0% |
| White | 65 | | | 1 | 66 | 15% | 0% |
| 1 Total | 413 | 25 | 5 | 2 | 445 | ■ | 6% |
| Grand Total | 413 | 25 | 5 | 2 | 445 | | |

Codes
0 = Non LEP
1 = LEP
F = First Year Monitor
S = Second Year Monitor

*Data Source : Fall 2014 PEIMS Snapshot*

Chart B – Dalton Elementary spring 2015 GT students accepted for entry

| | LEP | Non-LEP | TOTAL | % | % LEP |
|---|---|---|---|---|---|
| Asian | 0 | 2 | 2 | .06% | .00% |
| Black | 0 | 0 | 0 | .00% | .00% |
| Hispanic | 13 | 10 | 23 | .68% | .56% |
| Two More | 0 | 2 | 2 | .12% | .00% |
| White | 0 | 7 | 7 | .21% | .00% |
| Grand Total | 13 | 11 | 34 | ■ | .56% |

Data Source:  Dalton Elementary G/T minutes

Batesville School
Dalton Elementary
Anthon Elementary

Robb Elementary
Benson Elementary

Flores Middle School
Uvalde Junior High
Uvalde High School

10.  The number and percentages of students by race, ethnicity and LEP status in the Gifted and Talented Program in each school in the District;



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909
Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net

BOARD OF TRUSTTES
Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Carlos Fernandez, Jr.
Rob Fowler
Maria Elena Martinez
Brent Rutledge

XIII : Annual Report and Document Requests:

10. The number and percentage of students by race, ethnicity and LEP status in the Gifted and Talented Program in each school in the District.

| Count of LOCAL_STUDENT_ID | Column L | | | | | | |
|---|---|---|---|---|---|---|---|
| Row Labels | 0 | 1 | F | S | Grand Total | % | % LEP |
| ▼ Anthon Elementary | | | | | | | |
| Hispanic | 14 | 10 | | | 24 | 89% | 42% |
| White | 3 | | | | 3 | 11% | 0% |
| Anthon Elementary Total | 17 | 10 | | | 27 | | 37% |
| ▼ Batesville School | | | | | | | |
| Black | 1 | | | | 1 | 6% | 0% |
| Hispanic | 13 | 2 | | | 15 | 88% | 13% |
| White | 1 | | | | 1 | 6% | 0% |
| Batesville School Total | 15 | 2 | | | 17 | | 12% |
| ▼ Benson Elementary | | | | | | | |
| Asian | 2 | | | | 2 | 3% | 0% |
| Hispanic | 47 | 1 | | 1 | 49 | 83% | 2% |
| White | 8 | | | | 8 | 14% | 0% |
| Benson Elementary Total | 57 | 1 | | 1 | 59 | | 2% |
| ▼ Flores Middle School | | | | | | | |
| Asian | 1 | 1 | | | 2 | 2% | 50% |
| Hispanic | 96 | 1 | 1 | | 98 | 85% | 1% |
| White | 15 | | | | 15 | 13% | 0% |
| Flores Middle School Total | 112 | 2 | 1 | | 115 | | 2% |
| ▼ Morales Junior High | | | | | | | |
| Asian | 1 | | | | 1 | 2% | 0% |
| Hispanic | 41 | | | | 41 | 84% | 0% |
| White | 7 | | | | 7 | 14% | 0% |
| Morales Junior High Total | 49 | | | | 49 | | 0% |
| ▼ Robb Elementary | | | | | | | |
| Asian | 2 | | | | 2 | 3% | 0% |
| Hispanic | 48 | 10 | 4 | | 62 | 79% | 16% |
| White | 14 | | | | 14 | 18% | 0% |
| Robb Elementary Total | 64 | 10 | 4 | | 78 | | 13% |
| ▼ Uvalde High School | | | | | | | |
| Asian | 2 | | | | 2 | 2% | 0% |
| Hispanic | 79 | | | | 79 | 79% | 0% |
| Two_More | 1 | | | | 1 | 1% | 0% |
| White | 17 | | | 1 | 18 | 18% | 0% |
| Uvalde High School Total | 99 | | | 1 | 100 | | 0% |
| Grand Total | 413 | 25 | 5 | 2 | 445 | | |

Codes
0 = Non LEP
1 = LEP
F = First Year Monitor
S = Second Year Monitor

*Data Source : Fall 2014 PEIMS Snapshot*

Batesville School
Dalton Elementary
Anthon Elementary

Robb Elementary
Benson Elementary

Flores Middle School
Uvalde Junior High
Uvalde High School

11.  The number and percentages of students by race, ethnicity and LEP status during the current school year of students applying for entry, denied entry and accepted for entry into the GT program District-wide;



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909 •Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net
*"Uvalde CISD Pride ... The Power to Transform!"*

BOARD OF TRUSTEES
Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Carlos Fernandez, Jr.
Rob Fowler
Maria Elena Martinez
Brent Rutledge

XIII Item # 11 The number and percentages of students by race, ethnicity and LEP status during the current school year of students applying for entry, denied entry and accepted for entry into the GT Program district-wide.

| (# 11) Uvalde CISD 2014-2015 GT Nominations District-Wide | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| District | Applied for Entry | Accepted for entry | Percent | Am Ind/ AK Nat. | Black | Asian | White | Nat HA/ Oth PI | His/Lat | LEP |
| Totals | 397 | 112 | 28% | 0 | 1 (100%) | 4 (80%) | 12 (30%) | 0 | 95 (27%) | 17 (40%) |

| (# 11) Uvalde CISD 2014-2015 GT Nominations District-Wide | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| District | Applied for Entry | Denied entry | Percent | Am Ind/ AK Nat. | Black | Asian | White | Nat HA/ Oth PI | His/Lat | LEP |
| Totals | 397 | 285 | 72% | 0 | 0 | 1 (20%) | 28 (70%) | 0 | 256 (73%) | 26 (60%) |

Data Source: Campus Nominations

12.  The number and percentages of students by race, ethnicity and LEP status during the current school year of students applying for entry, denied entry and accepted for entry into the GT program in each school in the District;



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909 •Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net
*"Uvalde CISD Pride ... The Power to Transform!"*

BOARD OF TRUSTEES
Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Carlos Fernandez, Jr.
Rob Fowler
Maria Elena Martinez
Brent Rutledge

XIII Item # 12 The number and percentages of students by race, ethnicity and LEP status during the current school year of students applying for entry, denied entry and accepted for entry into the GT Program in each school in the district.

| Campus | Applied for Entry | Accepted for Entry | Percent | Am Ind/ AK Nat. | Black | Asian | White | Nat HA/ Oth PI | His/Lat | LEP |
|---|---|---|---|---|---|---|---|---|---|---|
| Dalton EC Center | 135 | 34 | 25% | 0 | 0 | 2 | 1 | 0 | 31 | 8 |
| Anthon Elementary | 119 | 25 | 21% | 0 | 0 | 1 | 2 | 0 | 22 | 2 |
| Robb Elementary | 31 | 16 | 52% | 0 | 1 | 0 | 2 | 0 | 13 | 1 |
| Benson Elementary | 59 | 23 | 39% | 0 | 0 | 1 | 6 | 0 | 16 | 1 |
| Batesville Elementary | 25 | 6 | 24% | 0 | 0 | 0 | 0 | 0 | 6 | 2 |
| Flores Middle School | 27 | 8 | 30% | 0 | 0 | 0 | 1 | 0 | 7 | 3 |
| Morales Jr. School | 0 | 0 | 0% | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Uvalde High School | 1 | 0 | 0% | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Totals | 397 | 112 | 28% | 0 | 1 (100% | 4 (80%) | 12 (30%) | 0 | 95 (27%) | 17 (40%) |

| (#12) Uvalde CISD 2014-2015 GT Nominations (Denied Entry) By campus | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Campus | Applied for Entry | Denied Entry | Percent | Am Ind/ AK Nat. | Black | Asian | White | Nat HA/ Oth PI | His/Lat | LEP |
| Dalton EC Center | 135 | 101 | 75% | 0 | 0 | 1 | 9 | 0 | 91 | 8 |
| Anthon Elementary | 119 | 94 | 79% | 0 | 0 | 0 | 10 | 0 | 84 | 7 |
| Robb Elementary | 31 | 15 | 48% | 0 | 0 | 0 | 4 | 0 | 11 | 0 |
| Benson Elementary | 59 | 36 | 61% | 0 | 0 | 0 | 4 | 0 | 32 | 3 |
| Batesville Elementary | 25 | 19 | 76% | 0 | 0 | 0 | 0 | 0 | 19 | 0 |
| Flores Middle School | 27 | 19 | 70% | 0 | 0 | 0 | 1 | 0 | 18 | 8 |
| Morales Jr. High School | 0 | 0 | 0% | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Uvalde High School | 1 | 1 | 100% | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| Totals | 397 | 285 | 72% | 0 | 1 (20%) | 28 (70%) | 0 | | 256 (73%) | 26 (60%) |

Data Source: Campus Nominations

13.  The number and percentages of students by race, ethnicity and LEP status in each of the Junior National Honor Society and the National Honor Society;



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909
Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net

BOARD OF TRUSTTES
Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Carlos Fernandez, Jr.
Rob Fowler
Maria Elena Martinez
Brent Rutledge

XIII : Annual Report and Document Requests:

13. The number and percentages of students by race, ethnicity and LEP status in each of the Junior National Honor Society and National Honor Society.

| Campus | Number of Members | AmIndian/ AK Nat. | Black | Asian | White | Hispanic Latino | LEP |
|---|---|---|---|---|---|---|---|
| Uvalde High School | 135 | 0 | 0 | 6 | 36 | 93 | 1 |
| Morales Junior High | 42 | 1 | 0 | 0 | 0 | 41 | 0 |
| Flores Middle School | 77 | 1 | 0 | 3 | 5 | 68 | 2 |
| Totals | 254 | 2 | 0 | 9 | 41 | 202 | 3 |
| Percent | ■ | 1% | 0% | 4% | 16% | 80% | 1% |

Data Source: Campus Inductions at each campus

Batesville School
Dalton Elementary
Anthon Elementary

Robb Elementary
Benson Elementary

Flores Middle School
Uvalde Junior High
Uvalde High School

14.  The number of parental denials to the language service programs (e.g., bilingual education and English as a Second Language) for ELL students;



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909
Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net

BOARD OF TRUSTTES
Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Carlos Fernandez, Jr.
Rob Fowler
Maria Elena Martinez
Brent Rutledge

XIII : Annual Report and Document Requests:

14. The number of parent denials to the language service programs (e.g. bilingual education and English as a Second Language) for all ELL students.

| Count of STUDENT_ID | Column | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Row Labels | 3 | A | B | C | D | F | H | Grand Total | % | % Denials |
| Asian | | | 3 | 1 | | 1 | | 5 | 1% | 20% |
| Hispanic | 35 | 1 | 59 | 28 | 162 | 37 | 2 | 324 | 96% | 9% |
| Two_More | 1 | | | | | | | 1 | 0% | 0% |
| White | 3 | | | 1 | 5 | | | 9 | 3% | 11% |
| Grand Total | 39 | 1 | 62 | 30 | 167 | 38 | 2 | 339 | | 9% |

| Codes | |
|---|---|
| 3 | Parent Or Guardian Has Requested Placement Of A Non-LEP Student In The Bilingual Program |
| A | Parent Or Guardian Has Denied Placement Of A LEP Student In The Required Bilingual Program, But Has Approved Placement Of A LEP Student In The ESL Program |
| B | Parent Or Guardian Has Approved Placement Of A Grade PK-8 LEP Student In The Required ESL Program |
| C | Parent Or Guardian Has Denied Placement Of A LEP Student In Any Special Language Program |
| D | Parent Or Guardian Has Approved Placement Of A LEP Student In The Bilingual Program |
| F | Parent Or Guardian Of A Grade 9-12 LEP Student Has Approved Services In Accordance With The LPAC Plan. |
| H | Parent or Guardian Has Requested Placement Of A Non-LEP Student In The English As A Second Language Program |

*PEIMS Code Table C093*
*Data Source : Fall 2014 PEIMS Snapshot*

Batesville School
Dalton Elementary
Anthon Elementary

Robb Elementary
Benson Elementary

Flores Middle School
Uvalde Junior High
Uvalde High School

15.  The number and percentages of students by race, ethnicity and LEP status identified as special education.



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909
Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net

BOARD OF TRUSTTES
Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Carlos Fernandez, Jr.
Rob Fowler
Maria Elena Martinez
Brent Rutledge

XIII : Annual Report and Document Requests:

15. The number and percentages of students by race, ethnicity and LEP status identified as special education.

| Count of STUDENT_ID | Colum ▼ | | | | | |
|---|---|---|---|---|---|---|
| Row Labels ▼ | 0 | 1 | S | Grand Total | | |
| ▼ 1 | | | | | % | % LEP |
| AmIn | 2 | | | 2 | 0% | 0% |
| Hispanic | 455 | 42 | 2 | 499 | 89% | 8% |
| HW-Pacific_Is | 1 | | | 1 | 0% | 0% |
| Two_More | 2 | | | 2 | 0% | 0% |
| White | 56 | | | 56 | 10% | 0% |
| 1 Total | 516 | 42 | 2 | 560 | ■■■ | 8% |
| Grand Total | 516 | 42 | 2 | 560 | ■■■ | ■■■ |

| Codes |
|---|
| 0 = Non LEP |
| 1 = LEP |
| F = First Year Monitor |
| S = Second Year Monitor |

*Data Source : Fall 2014 PEIMS Snapshot*

---

Batesville School
Dalton Elementary
Anthon Elementary

Robb Elementary
Benson Elementary

Flores Middle School
Uvalde Junior High
Uvalde High School

16.  The number and percentages of students by race, ethnicity and LEP status in the Top Ten Graduates as recognized by the District ( if not final, then state: not yet final);



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909
Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net

BOARD OF TRUSTTES
Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Carlos Fernandez, Jr.
Rob Fowler
Maria Elena Martinez
Brent Rutledge

XIII : Annual Report and Document Requests:

16. The number and percentages students by race, ethnicity and LEP status in the Top Ten Graduates as recognized by the District (if not final: state not yet final)

NOT YET FINAL

| Other ID | Rank | GPA | RaceEth | LEP |
|---|---:|---|---|---|
| 18711 | 1 | 103.810 | White | No |
| 17976 | 2 | 103.578 | Hispanic | No |
| 18237 | 3 | 103.115 | White | No |
| 18409 | 4 | 102.172 | Asian | No |
| 18119 | 5 | 101.883 | Hispanic | No |
| 22828 | 6 | 100.759 | Asian | No |
| 24618 | 7 | 100.746 | White | No |
| 18002 | 8 | 100.311 | Hispanic | No |
| 20085 | 9 | 99.803 | White | No |
| 25673 | 10 | 99.746 | Hispanic | No |

| Count of Other ID | | | |
|---|---|---|---|
| Row Labels ▼ | Total | % | %LEP |
| Asian | 2 | 20% | 0% |
| Hispanic | 4 | 40% | 0% |
| White | 4 | 40% | 0% |
| Grand Total | 10 | | 0% |

*Data Source : Skyward MidYear Ranking - Semester 1*

Batesville School
Dalton Elementary
Anthon Elementary

Robb Elementary
Benson Elementary

Flores Middle School
Uvalde Junior High
Uvalde High School

17.  The number and percentages of students by race, ethnicity and LEP status ranking in the Top Ten Percent of the junior and senior classes, respectively;



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909
Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net

BOARD OF TRUSTTES
Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Carlos Fernandez, Jr.
Rob Fowler
Maria Elena Martinez
Brent Rutledge

XIII : Annual Report and Document Requests:

17.  The number and percentages students by race, ethnicity and LEP status in the Top Ten Percent of the junior and senior classes respectively.

NOT YET FINAL

| 11th Grade | | - NOT YET FINAL | | |
|---|---|---|---|---|
| Other ID | Rank | GPA | RaceEth | LEP |
| 25462 | 1 | 102.762 | Hispanic | No |
| 19092 | 2 | 102.651 | Hispanic | No |
| 25461 | 3 | 102.070 | Hispanic | No |
| 19124 | 4 | 101.186 | White | No |
| 19873 | 5 | 100.867 | White | No |
| 19867 | 6 | 100.200 | Hispanic | No |
| 18966 | 7 | 100.178 | Hispanic | No |
| 19121 | 8 | 100.023 | Hispanic | No |
| 18965 | 9 | 99.578 | Hispanic | No |
| 24840 | 10 | 99.545 | Hispanic | No |
| 19076 | 11 | 99.286 | Hispanic | No |
| 19016 | 12 | 99.159 | Hispanic | No |
| 18955 | 13 | 98.978 | Hispanic | No |
| 19855 | 14 | 98.455 | Hispanic | No |
| 19706 | 15 | 98.276 | Hispanic | No |
| 19005 | 16 | 97.804 | Hispanic | No |
| 20171 | 17 | 97.753 | Hispanic | No |
| 19126 | 18 | 97.435 | Hispanic | No |
| 25460 | 19 | 97.378 | Hispanic | No |
| 19136 | 20 | 97.130 | Hispanic | No |
| 17945 | 21 | 97.000 | Hispanic | No |
| 18863 | 22 | 96.886 | Hispanic | No |
| 22549 | 23 | 96.844 | White | No |
| 20413 | 24 | 96.310 | White | No |
| 21245 | 25 | 96.277 | Hispanic | No |

| Count of Other ID | | | |
|---|---|---|---|
| Row Labels | Total | % | % LEP |
| Hispanic | 21 | 84% | 0% |
| White | 4 | 16% | 0% |
| Grand Total | 25 | | 0% |

| 12th Grade | | - NOT YET FINAL | | |
|---|---|---|---|---|
| Other ID | Rank | GPA | RaceEth | LEP |
| 18711 | 1 | 103.810 | White | No |
| 17976 | 2 | 103.578 | Hispanic | No |
| 18237 | 3 | 103.115 | White | No |
| 18409 | 4 | 102.172 | Asian | No |
| 18119 | 5 | 101.883 | Hispanic | No |
| 22828 | 6 | 100.759 | Asian | No |
| 24618 | 7 | 100.746 | White | No |
| 18002 | 8 | 100.311 | Hispanic | No |
| 20085 | 9 | 99.803 | White | No |
| 25673 | 10 | 99.746 | Hispanic | No |
| 24557 | 11 | 99.690 | White | No |
| 17981 | 12 | 99.569 | Hispanic | No |
| 18390 | 13 | 99.333 | Hispanic | No |
| 28688 | 14 | 98.453 | Asian | No |
| 21755 | 15 | 97.776 | Hispanic | No |
| 18007 | 16 | 97.456 | Hispanic | No |
| 18179 | 17 | 97.290 | Hispanic | No |
| 18113 | 18 | 96.881 | White | No |
| 18216 | 19 | 96.864 | Hispanic | No |
| 24570 | 20 | 96.783 | Hispanic | No |
| 18104 | 21 | 96.767 | Hispanic | No |
| 28069 | 22 | 96.529 | White | No |
| 18692 | 23 | 95.426 | Hispanic | No |

| Count of Other ID | | | |
|---|---|---|---|
| Row Labels | Total | % | % LEP |
| Asian | 3 | 13% | 0% |
| Hispanic | 13 | 57% | 0% |
| White | 7 | 30% | 0% |
| Grand Total | 23 | | 0% |

*Data Source : Skyward MidYear Ranking - Semester 1*

Batesville School
Dalton Elementary
Anthon Elementary

Robb Elementary
Benson Elementary

Flores Middle School
Uvalde Junior High
Uvalde High School

18.  The number of waivers and exceptions to the Bilingual and English as a Second Language educational programs submitted by the District and the corresponding grade level and language program for which the waivers or exceptions apply;



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909 •Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net
*"Uvalde CISD Pride ... The Power to Transform!"*

BOARD OF TRUSTEES
Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Carlos Fernandez, Jr.
Rob Fowler
Maria Elena Martinez
Brent Rutledge

# 18

Uvalde CISD did not submit for any waivers and or exceptions to the Bilingual and English as a Second Language Programs.

19.  The number of teachers, principals and administrators, respectively, by race and ethnicity hired by the District during the present school year;



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909 • Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net
*"Uvalde CISD Pride ... The Power to Transform!"*

BOARD OF TRUSTEES
Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Carlos Fernandez, Jr.
Rob Fowler
Maria Elena Martinez
Brent Rutledge

**Report #19:** The number of teachers, principals and administrators hired by the District for 2014-2015.

| Ethnicity | # of teachers | # of Principals | # of Administrators | Total |
|---|---|---|---|---|
| Amer. Indian | 0 | 0 | 0 | 0 |
| Asian/PI | 0 | 0 | 0 | 0 |
| Black | 0 | 1 | 0 | 1 |
| White | 27 | 2 | 1 | 30 |
| Hispanic | 30 | 4 | 3 | 37 |
|  | 57 | 7 | 4 | 68 |

Data Source: Skyward Human Resources Spring 2015

Batesville School
Dalton Elementary
Anthon Elementary

Robb Elementary
Benson Elementary

Flores Middle School
Morales Junior High
Uvalde High School

20.  The number of teachers, principals and administrators, respectively, by race and ethnicity lost by attrition or other means during the present school year;



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909 •Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net
*"Uvalde CISD Pride ... The Power to Transform!"*

BOARD OF TRUSTEES
Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Carlos Fernandez, Jr.
Rob Fowler
Maria Elena Martinez
Brent Rutledge

Report #20: The number of teachers, principals and administrators Lost by Attrition in the District for the 2014-2015.

| Ethnicity | # of teachers | # of Principals | # of Administrators | Total |
|---|---|---|---|---|
| Amer. Indian | 0 | 0 | 0 | 0 |
| Asian/PI | 0 | 0 | 0 | 0 |
| Black | 0 | 0 | 0 | 0 |
| White | 7 | 0 | 1 | 8 |
| Hispanic | 7 | 0 | 1 | 8 |
| | 14 | 0 | 2 | 16 |

Data Source: Skyward Human Resources Spring 2015

Batesville School
Dalton Elementary
Anthon Elementary

Robb Elementary
Benson Elementary

Flores Middle School
Morales Junior High
Uvalde High School

UCISD 2015 Court Compliance Report-101

| |
|---|
| 21.  The results of Latino students in  the areas identified in Sections:  VIII(D) – Gifted and Talented; |
| IX(C) – Junior National Honor Society and National Honor Society; |
| X(D) – Pre-Advanced Placement and Advanced Placement; |
| XII(A) – TAKS/STAAR |
| XII(B) – Graduation, Retention and Dropouts. |

# RESULTS OF LATINO STUDENTS IDENTIFIED FOR GIFTED AND TALENTED



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909
Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net

BOARD OF TRUSTTES
Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Carlos Fernandez, Jr.
Rob Fowler
Maria Elena Martinez
Brent Rutledge

XIII : Annual Report and Document Requests:

9.  The number and percentage of students by race, ethnicity and
    LEP status in the Gifted and Talented Program District---Wide.

Chart A - Fall 2014 PEIMS Snapshot.  These counts do not include any students from
Dalton Elementary, since they do not accept entry of Dindergarten GT students until March.

| Count of LOCAL_STUDENT_ID | Column L ▾ | | | | | | |
|---|---|---|---|---|---|---|---|
| Row Labels ▾ | 0 | 1 | F | S | Grand Total | % | % LEP |
| ▼ 1 | | | | | | | |
| Asian | 8 | 1 | | | 9 | 2% | 11% |
| Black | 1 | | | | 1 | 0% | 0% |
| Hispanic | 338 | 24 | 5 | 1 | 368 | 83% | 7% |
| Two_More | 1 | | | | 1 | 0% | 0% |
| White | 65 | | | 1 | 66 | 15% | 0% |
| 1 Total | 413 | 25 | 5 | 2 | 445 | | 6% |
| Grand Total | 413 | 25 | 5 | 2 | 445 | | |

Codes
0 = Non LEP
1 = LEP
F = First Year Monitor
S = Second Year Monitor

*Data Source : Fall 2014 PEIMS Snapshot*

Chart B -- Dalton Elementary spring 2015 GT students accepted for entry

| | LEP | Non-LEP | TOTAL | % | % LEP |
|---|---|---|---|---|---|
| Asian | 0 | 2 | 2 | .06% | .00% |
| Black | 0 | 0 | 0 | .00% | .00% |
| Hispanic | 13 | 10 | 23 | .68% | .56% |
| Two More | 0 | 2 | 2 | .12% | .00% |
| White | 0 | 7 | 7 | .21% | .00% |
| Grand Total | 13 | 11 | 34 | | .56% |

Data Source:  Dalton Elementary G/T minutes

Batesville School          Robb Elementary          Flores Middle School
Dalton Elementary          Benson Elementary        Uvalde Junior High
Anthon Elementary                                   Uvalde High School



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909 •Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net
*"Uvalde CISD Pride ... The Power to Transform!"*

BOARD OF TRUSTEES
Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Carlos Fernandez, Jr.
Rob Fowler
Maria Elena Martinez
Brent Rutledge

XIII Item # 11 The number and percentages of students by race, ethnicity and LEP status during the current school year of students applying for entry, denied entry and accepted for entry into the GT Program district-wide.

| (# 11) Uvalde CISD 2014-2015 GT Nominations District-Wide | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| District | Applied for Entry | Accepted for entry | Percent | Am Ind/ AK Nat. | Black | Asian | White | Nat HA/ Oth PI | His/Lat | LEP |
| Totals | 397 | 112 | 28% | 0 | 1 (100%) | 4 (80%) | 12 (30%) | 0 | 95 (27%) | 17 (40%) |

| (# 11) Uvalde CISD 2014-2015 GT Nominations District-Wide | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| District | Applied for Entry | Denied entry | Percent | Am Ind/ AK Nat. | Black | Asian | White | Nat HA/ Oth PI | His/Lat | LEP |
| Totals | 397 | 285 | 72% | 0 | 0 | 1 (20%) | 28 (70%) | 0 | 256 (73%) | 26 (60%) |

Data Source: Campus Nominations

# RESULTS OF LATINO STUDENTS IDENTIFIED FOR JUNIOR NATIONAL HONOR SOCIETY AND NATIONAL HONOR SOCIETY



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909
Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net

BOARD OF TRUSTTEES
Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Carlos Fernandez, Jr.
Rob Fowler
Maria Elena Martinez
Brent Rutledge

XIII : Annual Report and Document Requests:

21b.  The results of Latino students identified for:
Junior National Honor Society and National Honor Society.

| Campus | Number of Members | AmIndian/ AK Nat. | Black | Asian | White | Hispanic Latino | LEP |
|---|---|---|---|---|---|---|---|
| Uvalde High School | 135 | 0 | 0 | 6 | 36 | 93 | 1 |
| Morales Junior High | 42 | 1 | 0 | 0 | 0 | 41 | 0 |
| Flores Middle School | 77 | 1 | 0 | 3 | 5 | 68 | 2 |
| Totals | 254 | 2 | 0 | 9 | 41 | 202 | 3 |
| Percent | | 1% | 0% | 4% | 16% | 80% | 1% |

Data Source: Campus Inductions at each campus

Batesville School
Dalton Elementary
Anthon Elementary

Robb Elementary
Benson Elementary

Flores Middle School
Uvalde Junior High
Uvalde High School

# RESULTS OF LATINO STUDENTS IDENTIFIED FOR PRE-ADVANCED PLACEMENT AND ADVANCED PLACEMENT



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909
Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net

BOARD OF TRUSTTES
Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Carlos Fernandez, Jr.
Rob Fowler
Maria Elena Martinez
Brent Rutledge

XIII : Annual Report and Document Requests:

21.  The results of Latino students identified for:
(c) Pre-Advanced Placement and Advanced Placement

| | Number of PreAP and AP Courses taken by students | | | | | | |
|---|---|---|---|---|---|---|---|
| | AmIn | Asian | Black | Hispanic | White | Two_More | Grand Total |
| Uvalde High School | 3 | 28 | 2 | 661 | 199 | 8 | 901 |
| Morales Junior High School | | 4 | | 250 | 41 | 4 | 299 |
| Flores Middle School | | 16 | | 572 | 130 | | 718 |
| Grand Total | 3 | 48 | 2 | 1483 | 370 | 12 | 1918 |

| | Number of students taking PreAP or AP courses | | | | | | |
|---|---|---|---|---|---|---|---|
| | AmIn | Asian | Black | Hispanic | White | Two_More | Grand Total |
| Uvalde High School | 2 | 9 | 1 | 270 | 65 | 2 | 349 |
| Morales Junior High School | | 1 | | 94 | 15 | 1 | 111 |
| Flores Middle School | | 4 | | 169 | 30 | | 203 |
| Grand Total | 2 | 14 | 1 | 533 | 110 | 3 | 663 |

Chart A : Counts of all PreAP and AP courses taken by students (duplicates)
Chart B : Counts of all students taking PreAP and AP courses (no duplicates)

Data Source : Skyward – Course Class Counts Report (Spring 2015)

Batesville School
Dalton Elementary
Anthon Elementary

Robb Elementary
Benson Elementary

Flores Middle School
Uvalde Junior High
Uvalde High School

UCISD 2015 Court Compliance Report-109

# RESULTS OF LATINO STUDENTS IDENTIFIED FOR TAKS/STAAR FAILING/PASSING

# 2013-2014

## XIII Annual Report and Document Request

### XII(A) STAAR Results



2

# STAAR

## State of Texas Assessment
## of Academic Readiness

"Uvalde CISD Pride....The Power to Transform!"



## STAAR 3rd Grade

| Demographics | Reading | | | Mathematics | | |
|---|---|---|---|---|---|---|
| | Tested | Passed | % | Tested | Passed | % |
| Male | 169 | 91 | 54% | 172 | 75 | 445 |
| Female | 169 | 107 | 63% | 168 | 85 | 51% |
| Hispanic | 309 | 176 | 57% | 310 | 145 | 47% |
| American Indian | 2 | 1 | 50% | 2 | 1 | 50% |
| Asian | 2 | 1 | 50% | 2 | 2 | 100% |
| Black/AA | 0 | 0 | 0% | 0 | 0 | 0% |
| Native Hawaiian | 1 | 0 | 0% | 1 | 1 | 100% |
| White | 23 | 20 | 87% | 24 | 11 | 46% |
| Two or more | 1 | 0 | 0% | 1 | 0 | 0% |
| Eco. Dis. | 283 | 158 | 56% | 284 | 147 | 53% |
| LEP | 25 | 13 | 52% | 25 | 19 | 51% |
| Sp. Ed. | 24 | 7 | 29% | 25 | 9 | 44% |
| Totals | 338 | 198 | 59% | 340 | 160 | 47% |

"Uvalde CISD Pride....The Power to Transform!"

3



## STAAR 4th Grade

| Demographics | Reading | | | Mathematics | | | Writing | | |
|---|---|---|---|---|---|---|---|---|---|
| | Tested | Passed | % | Tested | Passed | % | Tested | Passed | % |
| Male | 173 | 100 | 57% | 174 | 81 | 47% | 172 | 91 | 53% |
| Female | 143 | 80 | 56% | 144 | 69 | 48% | 148 | 94 | 64% |
| Hispanic | 264 | 159 | 55% | 291 | 132 | 45% | 293 | 161 | 55% |
| American Indian | 0 | 0 | 0% | 0 | 0 | 0% | 0 | 0 | 0% |
| Asian | 3 | 3 | 100% | 3 | 3 | 100% | 3 | 3 | 100% |
| Black/AA | 2 | 2 | 100% | 2 | 2 | 100% | 2 | 2 | 100% |
| Native Hawaiian | 0 | 0 | 0% | 0 | 0 | 0% | 0 | 0 | 0% |
| White | 20 | 15 | 75% | 20 | 12 | 60% | 20 | 17 | 85% |
| Two or More | 2 | 1 | 50% | 2 | 1 | 50% | 2 | 2 | 100% |
| Eco. Dis. | 264 | 138 | 52% | 265 | 113 | 43% | 266 | 143 | 54% |
| LEP | 27 | 10 | 37% | 27 | 4 | 15% | 26 | 9 | 35% |
| Sp. Ed. | 26 | 11 | 42% | 28 | 7 | 25% | 30 | 5 | 17% |
| Totals | 316 | 180 | 57% | 318 | 150 | 47% | 320 | 185 | 58% |

"Uvalde CISD Pride....The Power to Transform!"

4

## STAAR 5th Grade

| Demographics | Reading | | | Mathematics | | | Science | | |
|---|---|---|---|---|---|---|---|---|---|
| | Tested | Passed | % | Tested | Passed | % | Tested | Passed | % |
| Male | 149 | 108 | 72% | 150 | 105 | 70% | 149 | 71 | 48% |
| Female | 147 | 119 | 72% | 149 | 111 | 75% | 149 | 64 | 43% |
| Hispanic | 262 | 197 | 75% | 266 | 186 | 70% | 265 | 114 | 43% |
| American Indian | 0 | 0 | 0% | 0 | 0 | 0% | 0 | 0 | 0% |
| Asian | 2 | 1 | 50% | 2 | 2 | 100% | 2 | 1 | 50% |
| Black/AA | 2 | 1 | 50% | 2 | 1 | 50% | 2 | 0 | 0% |
| Native Hawaiian | 0 | 0 | 0% | 0 | 0 | 0% | 0 | 0 | 0% |
| White | 29 | 26 | 90% | 28 | 25 | 89% | 29 | 19 | 66% |
| Two or More | 1 | 1 | 100% | 1 | 1 | 100% | 1 | 1 | 100% |
| Eco. Dis. | 237 | 172 | 73% | 241 | 164 | 68% | 238 | 92 | 39% |
| LEP | 28 | 14 | 50% | 28 | 14 | 50% | 25 | 6 | 24% |
| Sp. Ed. | 12 | 5 | 42% | 15 | 7 | 47% | 21 | 3 | 14% |
| Totals | 296 | 227 | 77% | 299 | 216 | 72% | 298 | 135 | 45% |

"Uvalde CISD Pride....The Power to Transform!"

5

## STAAR 6th Grade

| Demographics | Reading | | | Mathematics | | |
|---|---|---|---|---|---|---|
| | Tested | Passed | % | Tested | Passed | % |
| Male | 131 | 78 | 60% | 134 | 94 | 70% |
| Female | 160 | 103 | 64% | 160 | 123 | 77% |
| Hispanic | 266 | 161 | 61% | 269 | 196 | 73% |
| American Indian | 0 | 0 | 0% | 0 | 0 | 0% |
| Asian | 4 | 3 | 75% | 4 | 3 | 75% |
| Black/AA | 0 | 0 | 0% | 0 | 0 | 0% |
| Native Hawaiian | 0 | 0 | 0% | 0 | 0 | 0% |
| White | 21 | 17 | 81% | 21 | 18 | 86% |
| Two or More | 0 | 0 | 0% | 0 | 0 | 0% |
| Eco. Dis. | 240 | 144 | 60% | 243 | 178 | 73% |
| LEP | 16 | 9 | 56% | 16 | 13 | 81% |
| Sp. Ed. | 16 | 6 | 38% | 19 | 10 | 53% |
| Totals | 291 | 181 | 62% | 294 | 217 | 74% |

"Uvalde CISD Pride....The Power to Transform!"

6



## STAAR 7th Grade

| Demographics | Reading | | | Mathematics | | | Writing | | |
|---|---|---|---|---|---|---|---|---|---|
| | Tested | Passed | % | Tested | Passed | % | Tested | Passed | % |
| Male | 167 | 85 | 51% | 164 | 87 | 53% | 164 | 77 | 47% |
| Female | 179 | 116 | 65% | 182 | 118 | 65% | 182 | 112 | 62% |
| Hispanic | 301 | 167 | 55% | 300 | 170 | 57% | 301 | 155 | 51% |
| American Indian | 0 | 0 | 0% | 0 | 0 | 0% | 0 | 0 | 0% |
| Asian | 1 | 1 | 100% | 1 | 1 | 100% | 1 | 1 | 100% |
| Black/AA | 0 | 0 | 0% | 0 | 0 | 0% | 0 | 0 | 0% |
| Native Hawaiian | 1 | 1 | 100% | 1 | 1 | 100% | 1 | 1 | 100% |
| White | 43 | 32 | 74% | 44 | 33 | 75% | 43 | 32 | 74% |
| Two or More | 0 | 0 | 0% | 0 | 0 | 0% | 0 | 0 | 0% |
| Eco. Dis. | 282 | 151 | 54% | 282 | 152 | 54% | 281 | 139 | 49% |
| LEP | 23 | 5 | 22% | 21 | 8 | 38% | 22 | 6 | 27% |
| Sp. Ed. | 15 | 5 | 25% | 16 | 6 | 38% | 17 | 1 | 6% |
| Totals | 346 | 201 | 58% | 346 | 205 | 59% | 346 | 189 | 55% |

"Uvalde CISD Pride....The Power to Transform!"

7