# STAAR 8th Grade

| Demographics | Reading | | | Mathematics | | |
|---|---|---|---|---|---|---|
| | Tested | Passed | % | Tested | Passed | % |
| Male | 184 | 146 | 79% | 188 | 147 | 78% |
| Female | 151 | 130 | 86% | 151 | 112 | 78% |
| Hispanic | 290 | 236 | 81% | 294 | 222 | 76% |
| American Indian | 1 | 1 | 100% | 1 | 1 | 100% |
| Asian | 1 | 1 | 100% | 1 | 1 | 100% |
| Black/AA | 1 | 1 | 100% | 1 | 1 | 100% |
| Native Hawaiian | 0 | 0 | 0% | 0 | 0 | 0% |
| White | 40 | 36 | 90% | 40 | 33 | 83% |
| Two or More | 2 | 1 | 50% | 2 | 1 | 50% |
| Eco. Dis. | 259 | 203 | 78% | 263 | 189 | 72% |
| LEP | 12 | 6 | 50% | 13 | 6 | 46% |
| Sp. Ed. | 14 | 10 | 71% | 18 | 11 | 61% |
| Totals | 335 | 276 | 82% | 339 | 259 | 76% |



## STAAR 8th Grade

| Demographics | Science | | | Social Studies | | |
|---|---|---|---|---|---|---|
| | Tested | Passed | % | Tested | Passed | % |
| Male | 192 | 89 | 46% | 192 | 65 | 34% |
| Female | 148 | 79 | 53% | 149 | 41 | 28% |
| Hispanic | 297 | 138 | 46% | 298 | 84 | 28% |
| American Indian | 1 | 1 | 100% | 1 | 1 | 100& |
| Asian | 1 | 1 | 100% | 1 | 1 | 100% |
| Black/AA | 0 | 0 | 0% | 0 | 0 | 0% |
| Native Hawaiian | 0 | 0 | 0% | 0 | 0 | 0% |
| White | 40 | 27 | 68% | 40 | 19 | 48% |
| Two or More | 1 | 1 | 100% | 1 | 1 | 100% |
| Eco. Dis. | 253 | 107 | 42% | 254 | 63 | 25% |
| LEP | 13 | 1 | 8% | 13 | 2 | 15% |
| Sp. Ed. | 23 | 5 | 22% | 23 | 4 | 17% |
| **Totals** | 340 | 168 | 49% | 341 | 106 | 31% |



## STAAR EOC (All Students)

| | English I | | | English II | | |
|---|---|---|---|---|---|---|
| **Demographics** | **Tested** | **Passed** | **%** | **Tested** | **Passed** | **%** |
| Male | 289 | 109 | 38% | 193 | 82 | 42% |
| Female | 274 | 146 | 53% | 199 | 94 | 47% |
| Hispanic | 511 | 217 | 42% | 360 | 154 | 43% |
| American Indian | 1 | 1 | 100% | 1 | 1 | 100% |
| Asian | 2 | 2 | 100% | 0 | 0 | 0% |
| Black/AA | 1 | 1 | 100% | 2 | 2 | 100% |
| Native Hawaiian | 1 | 0 | 0% | 1 | 0 | 0% |
| White | 43 | 30 | 70% | 27 | 18 | 67% |
| Two or More | 4 | 4 | 100% | 1 | 1 | 100% |
| Eco. Dis. | 430 | 169 | 39% | 287 | 110 | 38% |
| LEP | 19 | 1 | 5% | 16 | 1 | 6% |
| Sp. Ed. | 44 | 5 | 11% | 24 | 4 | 17% |
| **Totals** | 563 | 255 | 45% | *395 | *178 | 45% |

## STAAR EOC S (All Students)

| Demographics | Algebra I | | | US History | | |
|---|---|---|---|---|---|---|
| | Tested | Passed | % | Tested | Passed | % |
| Male | 209 | 133 | 64% | 138 | 114 | 83% |
| Female | 208 | 146 | 70% | 144 | 110 | 76% |
| Hispanic | 384 | 251 | 65% | 249 | 193 | 78% |
| American Indian | 1 | 1 | 100% | 1 | 1 | 100% |
| Asian | 1 | 1 | 100% | 3 | 3 | 100% |
| Black/AA | 1 | 1 | 100% | 1 | 1 | 100% |
| Native Hawaiian | 1 | 1 | 100% | 2 | 2 | 100% |
| White | 28 | 23 | 82% | 26 | 24 | 92% |
| Two or More | 1 | 1 | 100% | 0 | 0 | 0% |
| Eco. Dis. | 322 | 203 | 63% | 196 | 151 | 77% |
| LEP | 11 | 2 | 18% | 3 | 2 | 67% |
| Sp. Ed. | 28 | 9 | 32% | 18 | 11 | 61% |
| Totals | 417 | 279 | 28% | 282 | 224 | 79% |



## STAAR EOC (All Students)

| | Biology | | |
|---|---|---|---|
| **Demographics** | **Tested** | **Passed** | **%** |
| Male | 159 | 132 | 83% |
| Female | 196 | 167 | 85% |
| Hispanic | 318 | 265 | 83% |
| American Indian | 0 | 0 | 0% |
| Asian | 2 | 2 | 100% |
| Black/AA | 1 | 1 | 100% |
| Native Hawaiian | 0 | 0 | 0% |
| White | 31 | 28 | 90% |
| Two or More | 3 | 3 | 100% |
| Eco. Dis. | 251 | 205 | 82% |
| LEP | 8 | 2 | 25% |
| Sp. Ed. | 14 | 7 | 50% |
| **Totals** | 355 | 299 | 84% |



# RESULTS OF LATINO STUDENTS IDENTIFIED FOR GRADUATION, RETENTION AND DROPOUTS

UCISD 2015 Court Compliance Report-123



Uvalde
Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909 •Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net
*"Uvalde CISD Pride ... The Power to Transform!"*

BOARD OF TRUSTEES
Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Carlos Fernandez, Jr.
Rob Fowler
Maria Elena Martinez
Brent Rutledge

21.D

XIII: Annual Report and Document Requests:

21. The results of Latino students identified for (e) Graduation, Retention and Dropouts

Retention Rate for Hispanics is 5.3 %
(all grade levels)

Data Source: TEA website – "Grade-Level Retention Data"

Annual Dropout Rate for Hispanics:
7th-8th Dropout Rate is .06%
9th-12th Dropout Rate is 5.9%

Graduation Rate for Hispanics is 86.5%

Data Source: Texas Education Agency
Texas Academic Performance Report
( TAPR Report 2012-2013) Uvalde CISD

Batesville School
Dalton Elementary
Anthon Elementary
Robb Elementary
Benson Elementary
Flores Middle School
Morales Junior High
Uvalde High School

UCISD 2015 Court Compliance Report-124

**Grade-Level Retention, by Grade, 2012-13, Uvalde CISD, District Number 232903, Uvalde County**

| Grade | Retained | Students | Rate (%) |
|---|---|---|---|
| Grade K | - | <400 | 4.2 |
| Grade 1 | - | <400 | 6.8 |
| Grade 2 | - | <400 | 2.8 |
| Grade 3 | - | <400 | 1.4 |
| Grade 4 | - | <400 | 0.3 |
| Grade 5 | - | <400 | 7.2 |
| Grade 6 | 0 | <400 | 0.0 |
| Grade 7 | - | <400 | 1.1 |
| Grade 8 | - | <400 | 4.8 |
| Grade 9 | - | <400 | 20.1 |
| Grade 10 | - | <400 | 6.5 |
| Grade 11 | - | <300 | 4.0 |
| Grade 12 | - | <300 | 4.9 |
| Total | - | <4,400 | 5.1 |

*Note.* A dash (-) indicates data are not reported to protect student anonymity. When the number of retained students is not reported, the total number of students is presented in such a manner as to provide a general idea of the number of students in the group while maintaining student anonymity. A dot (.) indicates there were no students in the group or, in rare cases, that a reporting anomaly prevented calculation of the rate.

**Table 2**
**Grade 9 Longitudinal Graduation and Dropout Rates, Class of 2013,**
**Calculated for State Accountability per Texas Education Code §39.053(g-1) and §39.055,**
**Uvalde CISD, District Number 232903,**
**Uvalde County**

| | -Graduated- | | -Continued- | | -Received GED- | | -Dropped out- | | -Graduated, continued, or received GED- | |
|---|---|---|---|---|---|---|---|---|---|---|
| Class | Number | Rate (%) | Number | Rate (%) | Number | Rate (%) | Number | Rate (%) | Number | Rate (%) |
| 308 | 249 | 80.8 | 11 | 3.6 | 8 | 2.6 | 40 | 13.0 | 268 | 87.0 |

*Note.* A dash (-) indicates data are not reported to protect student anonymity. When the number of students represented by a final status is not reported, the corresponding class size may be presented in such a manner as to provide a general idea of the number of students in the class while maintaining student anonymity.

**Table 2**
**Graduates Within Diploma Programs, by Race/Ethnicity, Economic Status, Gender, Program Participation, and Student Characteristic, Class of 2013 Grade 9 Cohort, Calculated for State Accountability per Texas Education Code §39.053(g-1) and §39.055, Uvalde CISD, Uvalde County**

| Group | Minimum High School Program (%) | Recommended/Advanced High School Program (%) |
|---|---|---|
| African American | 33.3 | 66.7 |
| American Indian | - | - |
| Asian | 0.0 | 100.0 |
| Hispanic | 16.2 | 83.8 |
| Pacific Islander | - | - |
| White | 11.8 | 88.2 |
| Multiracial | - | - |
| Economically disadvantaged | 18.7 | 81.3 |
| Female | 11.4 | 88.6 |
| Male | 20.5 | 79.5 |
| At-risk | 23.3 | 76.7 |
| Bilingual or English as a second language | 50.0 | 50.0 |
| Career and technical education | 14.1 | 85.9 |
| English language learner in Grades 9-12 | 45.5 | 54.5 |
| English language learner in last year | 50.0 | 50.0 |
| Gifted and talented | 0.0 | 100.0 |
| Immigrant | 0.0 | 100.0 |
| Migrant | 9.1 | 90.9 |
| Special education | 93.1 | 6.9 |
| Title I | 15.4 | 84.6 |
| All | 15.7 | 84.3 |

*Note.* A dash (-) indicates data are not reported to protect student anonymity.

**Grade-Level Retention, by Race/Ethnicity, Economic Status, Gender, and Grade, 2012-13, Uvalde CISD, District Number 232903, Uvalde County**

| Group | Grade | Retained | Students | Rate (%) |
|---|---|---|---|---|
| African American | Grade K | 0 | <100 | 0.0 |
| | Grade 1 | 0 | <100 | 0.0 |
| | Grade 2 | 0 | <100 | 0.0 |
| | Grade 3 | 0 | <100 | 0.0 |
| | Grade 4 | 0 | <100 | 0.0 |
| | Grade 5 | . | . | . |
| | Grade 6 | 0 | <100 | 0.0 |
| | Grade 7 | . | . | . |
| | Grade 8 | . | . | . |
| | Grade 9 | - | <100 | 25.0 |
| | Grade 10 | . | . | . |
| | Grade 11 | . | . | . |
| | Grade 12 | 0 | <100 | 0.0 |
| | Total | - | <100 | 6.3 |
| American Indian | Grade K | . | . | . |
| | Grade 1 | 0 | <100 | 0.0 |
| | Grade 2 | . | . | . |
| | Grade 3 | . | . | . |
| | Grade 4 | 0 | <100 | 0.0 |
| | Grade 5 | 0 | <100 | 0.0 |
| | Grade 6 | . | . | . |
| | Grade 7 | 0 | <100 | 0.0 |
| | Grade 8 | 0 | <100 | 0.0 |
| | Grade 9 | 0 | <100 | 0.0 |
| | Grade 10 | 0 | <100 | 0.0 |
| | Grade 11 | . | . | . |
| | Grade 12 | . | . | . |
| | Total | 0 | <100 | 0.0 |
| Asian | Grade K | . | . | . |
| | Grade 1 | 0 | <100 | 0.0 |
| | Grade 2 | 0 | <100 | 0.0 |
| | Grade 3 | 0 | <100 | 0.0 |
| | Grade 4 | 0 | <100 | 0.0 |
| | Grade 5 | 0 | <100 | 0.0 |
| | Grade 6 | 0 | <100 | 0.0 |
| | Grade 7 | 0 | <100 | 0.0 |
| | Grade 8 | 0 | <100 | 0.0 |
| | Grade 9 | . | . | . |
| | Grade 10 | 0 | <100 | 0.0 |
| | Grade 11 | 0 | <100 | 0.0 |
| | Grade 12 | 0 | <100 | 0.0 |
| | Total | 0 | <100 | 0.0 |
| Hispanic | Grade K | - | <400 | 4.0 |
| | Grade 1 | - | <400 | 7.2 |

*Note.* A dash (-) indicates data are not reported to protect student anonymity. When the number of retained students is not reported, the total number of students is presented in such a manner as to provide a general idea of the number of students in the group while maintaining student anonymity. A dot (.) indicates there were no students in the group or, in rare cases, that a reporting anomaly prevented calculation of the rate.

**Grade-Level Retention, by Race/Ethnicity, Economic Status, Gender, and Grade, 2012-13, Uvalde CISD, District Number 232903, Uvalde County**

| Group | Grade | Retained | Students | Rate (%) |
|---|---|---|---|---|
| | Grade 2 | - | <400 | 2.7 |
| | Grade 3 | - | <400 | 1.2 |
| | Grade 4 | - | <300 | 0.4 |
| | Grade 5 | - | <400 | 7.6 |
| | Grade 6 | 0 | <400 | 0.0 |
| | Grade 7 | - | <400 | 1.3 |
| | Grade 8 | - | <400 | 4.8 |
| | Grade 9 | - | <400 | 21.1 |
| | Grade 10 | - | <300 | 7.1 |
| | Grade 11 | - | <300 | 4.4 |
| | Grade 12 | - | <300 | 5.3 |
| | Total | - | <4,000 | 5.3 |
| Pacific Islander | Grade K | . | . | . |
| | Grade 1 | . | . | . |
| | Grade 2 | 0 | <100 | 0.0 |
| | Grade 3 | . | . | . |
| | Grade 4 | . | . | . |
| | Grade 5 | . | . | . |
| | Grade 6 | 0 | <100 | 0.0 |
| | Grade 7 | . | . | . |
| | Grade 8 | . | . | . |
| | Grade 9 | . | . | . |
| | Grade 10 | 0 | <100 | 0.0 |
| | Grade 11 | . | . | . |
| | Grade 12 | . | . | . |
| | Total | 0 | <100 | 0.0 |
| White | Grade K | - | <100 | 6.5 |
| | Grade 1 | - | <100 | 3.8 |
| | Grade 2 | - | <100 | 5.3 |
| | Grade 3 | - | <100 | 6.3 |
| | Grade 4 | 0 | <100 | 0.0 |
| | Grade 5 | - | <100 | 4.3 |
| | Grade 6 | 0 | <100 | 0.0 |
| | Grade 7 | 0 | <100 | 0.0 |
| | Grade 8 | - | <100 | 5.6 |
| | Grade 9 | - | <100 | 8.0 |
| | Grade 10 | - | <100 | 3.0 |
| | Grade 11 | - | <100 | 2.5 |
| | Grade 12 | - | <100 | 2.8 |
| | Total | - | <400 | 3.4 |
| Multiracial | Grade K | 0 | <100 | 0.0 |
| | Grade 1 | 0 | <100 | 0.0 |
| | Grade 2 | . | . | . |
| | Grade 3 | 0 | <100 | 0.0 |

*Note.* A dash (-) indicates data are not reported to protect student anonymity. When the number of retained students is not reported, the total number of students is presented in such a manner as to provide a general idea of the number of students in the group while maintaining student anonymity. A dot (.) indicates there were no students in the group or, in rare cases, that a reporting anomaly prevented calculation of the rate.

**Grade-Level Retention, by Race/Ethnicity, Economic Status, Gender, and Grade, 2012-13, Uvalde CISD, District Number 232903, Uvalde County**

| Group | Grade | Retained | Students | Rate (%) |
|---|---|---|---|---|
| | Grade 4 | 0 | <100 | 0.0 |
| | Grade 5 | . | . | . |
| | Grade 6 | . | . | . |
| | Grade 7 | 0 | <100 | 0.0 |
| | Grade 8 | 0 | <100 | 0.0 |
| | Grade 9 | 0 | <100 | 0.0 |
| | Grade 10 | . | . | . |
| | Grade 11 | . | . | . |
| | Grade 12 | . | . | . |
| | Total | 0 | <100 | 0.0 |
| Economically disadvantaged | Grade K | - | <300 | 4.4 |
| | Grade 1 | - | <400 | 7.1 |
| | Grade 2 | - | <300 | 3.4 |
| | Grade 3 | - | <300 | 1.4 |
| | Grade 4 | - | <300 | 0.4 |
| | Grade 5 | - | <300 | 7.2 |
| | Grade 6 | 0 | <400 | 0.0 |
| | Grade 7 | - | <300 | 1.5 |
| | Grade 8 | - | <300 | 5.6 |
| | Grade 9 | - | <300 | 24.5 |
| | Grade 10 | - | <300 | 9.3 |
| | Grade 11 | - | <200 | 4.6 |
| | Grade 12 | - | <200 | 6.0 |
| | Total | - | <3,400 | 5.7 |
| Female | Grade K | - | <200 | 5.2 |
| | Grade 1 | - | <200 | 6.1 |
| | Grade 2 | - | <200 | 3.3 |
| | Grade 3 | - | <200 | 0.7 |
| | Grade 4 | - | <200 | 0.7 |
| | Grade 5 | - | <200 | 8.6 |
| | Grade 6 | 0 | <200 | 0.0 |
| | Grade 7 | - | <200 | 1.3 |
| | Grade 8 | - | <300 | 4.4 |
| | Grade 9 | - | <200 | 14.6 |
| | Grade 10 | - | <200 | 5.0 |
| | Grade 11 | - | <200 | 2.5 |
| | Grade 12 | - | <200 | 3.1 |
| | Total | - | <2,200 | 4.5 |
| Male | Grade K | - | <200 | 3.0 |
| | Grade 1 | - | <300 | 7.4 |
| | Grade 2 | - | <200 | 2.3 |
| | Grade 3 | - | <200 | 2.1 |
| | Grade 4 | 0 | <200 | 0.0 |
| | Grade 5 | - | <200 | 5.6 |

*Note.* A dash (-) indicates data are not reported to protect student anonymity. When the number of retained students is not reported, the total number of students is presented in such a manner as to provide a general idea of the number of students in the group while maintaining student anonymity. A dot (.) indicates there were no students in the group or, in rare cases, that a reporting anomaly prevented calculation of the rate.

**Grade-Level Retention, by Race/Ethnicity, Economic Status, Gender, and Grade, 2012-13, Uvalde CISD, District Number 232903, Uvalde County**

| Group | Grade | Retained | Students | Rate (%) |
|---|---|---|---|---|
| | Grade 6 | 0 | <200 | 0.0 |
| | Grade 7 | - | <300 | 1.0 |
| | Grade 8 | - | <200 | 5.1 |
| | Grade 9 | - | <200 | 25.5 |
| | Grade 10 | - | <200 | 8.1 |
| | Grade 11 | - | <200 | 5.6 |
| | Grade 12 | - | <200 | 6.5 |
| | Total | - | <2,300 | 5.6 |

*Note.* A dash (-) indicates data are not reported to protect student anonymity. When the number of retained students is not reported, the total number of students is presented in such a manner as to provide a general idea of the number of students in the group while maintaining student anonymity. A dot (.) indicates there were no students in the group or, in rare cases, that a reporting anomaly prevented calculation of the rate.

**Table 2**
**Annual Dropout Rates, by Grade Span, 2012-13,**
**Calculated for State Accountability per Texas Education Code §39.053(g-1) and §39.055,**
**Uvalde CISD, District Number 232903,**
**Uvalde County**

| Grade span | Dropouts | Students | Rate (%) |
|---|---|---|---|
| Grades 7-8 | - | <900 | 0.2 |
| Grades 9-12 | - | <1,400 | 3.6 |
| Grades 7-12 | 51 | 2,167 | 2.4 |

*Note.* A dash (-) indicates data are not reported to protect student anonymity. When the number of dropouts is not reported, the total number of students is presented in such a manner as to provide a general idea of the number of students in the group while maintaining student anonymity. A dot (.) indicates there were no students in the group or, in rare cases, that a reporting anomaly prevented calculation of the rate.

**Table 2**
**Annual Dropout Rates, by Race/Ethnicity, Economic Status, Gender, and Grade Span, 2012-13, Calculated for State Accountability per Texas Education Code §39.053(g-1) and §39.055, Uvalde CISD, District Number 232903, Uvalde County**

| Group | Grade span | Dropouts | Students | Rate (%) |
|---|---|---|---|---|
| African American | Grades 7-8 | 0 | 1 | 0.0 |
| | Grades 9-12 | 0 | 8 | 0.0 |
| | Grades 7-12 | 0 | 9 | 0.0 |
| American Indian | Grades 7-8 | 0 | 4 | 0.0 |
| | Grades 9-12 | 0 | 2 | 0.0 |
| | Grades 7-12 | 0 | 6 | 0.0 |
| Asian | Grades 7-8 | 0 | 3 | 0.0 |
| | Grades 9-12 | 0 | 9 | 0.0 |
| | Grades 7-12 | 0 | 12 | 0.0 |
| Hispanic | Grades 7-8 | - | <800 | 0.3 |
| | Grades 9-12 | - | <1,200 | 4.2 |
| | Grades 7-12 | 51 | 1,884 | 2.7 |
| Pacific Islander | Grades 7-8 | . | . | . |
| | Grades 9-12 | 0 | 2 | 0.0 |
| | Grades 7-12 | 0 | 2 | 0.0 |
| White | Grades 7-8 | 0 | 99 | 0.0 |
| | Grades 9-12 | 0 | 148 | 0.0 |
| | Grades 7-12 | 0 | 247 | 0.0 |
| Multiracial | Grades 7-8 | 0 | 5 | 0.0 |
| | Grades 9-12 | 0 | 2 | 0.0 |
| | Grades 7-12 | 0 | 7 | 0.0 |
| Economically disadvantaged | Grades 7-8 | - | <600 | 0.2 |
| | Grades 9-12 | - | <1,000 | 4.4 |
| | Grades 7-12 | 41 | 1,504 | 2.7 |
| Female | Grades 7-8 | - | <400 | 0.3 |
| | Grades 9-12 | - | <700 | 2.9 |
| | Grades 7-12 | 20 | 1,055 | 1.9 |
| Male | Grades 7-8 | - | <500 | 0.2 |
| | Grades 9-12 | - | <700 | 4.4 |
| | Grades 7-12 | 31 | 1,112 | 2.8 |

*Note.* A dash (-) indicates data are not reported to protect student anonymity. When the number of dropouts is not reported, the total number of students is presented in such a manner as to provide a general idea of the number of students in the group while maintaining student anonymity. A dot (.) indicates there were no students in the group or, in rare cases, that a reporting anomaly prevented calculation of the rate.