11. The number and percentages of students by race, ethnicity and LEP status during the current school year of students applying for entry, denied entry and accepted for entry into the GT Program District-wide;



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909 •Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net
*"Uvalde CISD Pride ... The Power to Transform!"*

BOARD OF TRUSTEES
Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Luis Fernandez
Rob Fowler
Maria Elena Martinez
Roland Sanchez

XIII Annual Report and Documentation Report

11. The number and percentages of students by race, ethnicity and LEP status during the current school year of students applying for entry into the GT Program district-wide.

| (#11) Uvalde CISD 2016-2017 GT Accepted for Entry District-Wide | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| District | Applied for entry | Accepted for entry | Percent | American Indian | Black | Asian | White | Pacific Islander | Hispanic | LEP |
| Totals | 186 | 33 | 17% | 1 | 0 | 2 | 7 | 0 | 23 | 6* |

| (#11) Uvalde CISD 2016-2017 GT Denied District-Wide | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| District | Applied for entry | Denied for entry | Percent | American Indian | Black | Asian | White | Pacific Islander | Hispanic | LEP |
| Totals | 186 | 153 | 82% | 2 | 3 | 0 | 22 | 0 | 126 | 12* |

*This number is included in the Hispanic/Latino numbers

---

Batesville School
Dalton Elementary
Anthon Elementary

Robb Elementary
Benson Elementary
Flores Middle School

Morales Junior High
Uvalde High School

12. The number and percentages of students by race, ethnicity and LEP status during the current school year of students applying for entry, denied entry and accepted for entry into the GT Program in each school in the District;



# Uvalde
## Consolidated Independent School District

BOARD OF TRUSTEES
Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Luis Fernandez
Rob Fowler
Maria Elena Martinez
Roland Sanchez

1000 North Getty Street • P.O. Box 1909 •Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net
*"Uvalde CISD Pride ... The Power to Transform!"*

XIII Annual Report and Documentation Report

12. The number and percentages of students by race, ethnicity and LEP status during the current school year of students applying for entry, denied entry and accepted for entry into the GT Program in each school in the district.

| (#12) Uvalde CISD 2016-2017 GT Nominations (Accepted for Entry) By Campus | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| District | Applied for entry | Accepted for entry | Percent | Am Ind/ AK Nat. | Black | Asian | White | Nat HA/ Oth PI | His/Lat | LEP |
| Dalton EC Center | 108 | 22 | 20% | 1 | 0 | 2 | 4 | 0 | 15 | 6 |
| Anthon Elementary | 15 | 4 | 27% | 0 | 0 | 0 | 2 | 0 | 2 | 0 |
| Robb Elementary | 26 | 3 | 12% | 0 | 0 | 0 | 1 | 0 | 2 | 0 |
| Benson Elementary | 16 | 1 | 6% | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| Batesville Elementary | 8 | 1 | 12% | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| Flores Middle School | 7 | 2 | 29% | 0 | 0 | 0 | 0 | 0 | 2 | 0 |
| Morales Jr. High School | 3 | 0 | 0% | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Uvalde High School | 3 | 0 | 0% | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Totals | 186 | 33 | 17% | 1 | 0 | 2 | 7 | 0 | 23 | 6* |

* This number is included in the Hispanic/Latino numbers

1 of 2

| | | |
|---|---|---|
| Batesville School | Robb Elementary | Morales Junior High |
| Dalton Elementary | Benson Elementary | Uvalde High School |
| Anthon Elementary | Flores Middle School | |



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909 • Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net
*"Uvalde CISD Pride ... The Power to Transform!"*

BOARD OF TRUSTEES
Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Luis Fernandez
Rob Fowler
Maria Elena Martinez
Roland Sanchez

XIII Annual Report and Documentation Report

12. The number and percentages of students by race, ethnicity and LEP status during the current school year of students applying for entry, denied entry and accepted for entry into the GT Program in each school in the district.

| (#12) Uvalde CISD 2016-2017 GT Nominations (Denied Entry) By Campus | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| District | Applied for entry | Denied for entry | Percent | Am Ind/ AK Nat. | Black | Asian | White | Nat HA/ Oth PI | His/Lat | LEP |
| Dalton EC Center | 108 | 86 | 80% | 2 | 1 | 0 | 12 | 0 | 71 | 11 |
| Anthon Elementary | 15 | 11 | 73% | 0 | 0 | 0 | 1 | 0 | 10 | 0 |
| Robb Elementary | 26 | 23 | 88% | 0 | 0 | 0 | 4 | 0 | 19 | 1 |
| Benson Elementary | 16 | 15 | 94% | 0 | 1 | 0 | 1 | 0 | 13 | 0 |
| Batesville Elementary | 8 | 7 | 88% | 0 | 0 | 0 | 0 | 0 | 7 | 0 |
| Flores Middle School | 7 | 5 | 71% | 0 | 0 | 0 | 3 | 0 | 2 | 0 |
| Morales Jr. High School | 3 | 3 | 100% | 0 | 1 | 0 | 0 | 0 | 2 | 0 |
| Uvalde High School | 3 | 3 | 100% | 0 | 0 | 0 | 1 | 0 | 2 | 0 |
| Totals | 186 | 153 | 82% | 2 | 3 | 0 | 22 | 0 | 126 | 12* |

\* This number is included in the Hispanic/Latino numbers

2 of 2

Batesville School          Robb Elementary          Morales Junior High
Dalton Elementary          Benson Elementary        Uvalde High School
Anthon Elementary          Flores Middle School

**Table 4: GT Nominations Accepted**

| Campus | Applied for Entry | Accepted for Entry | Percent | Am Ind/ AK Nat. | Black | Asian | White | Nat HA/ Oth PI | His/Lat | LEP |
|---|---|---|---|---|---|---|---|---|---|---|
| Dalton EC Center | 108 | 22 | 20% | 1 | 0 | 2 | 4 | 0 | 15 | 6 |
| Anthon Elementary | 15 | 4 | 27% | 0 | 0 | 0 | 2 | 0 | 2 | 0 |
| Robb Elementary | 26 | 3 | 12% | 0 | 0 | 0 | 1 | 0 | 2 | 0 |
| Benson Elementary | 16 | 1 | 6% | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| Batesville Elementary | 8 | 1 | 12% | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| Flores Middle School | 7 | 2 | 29% | 0 | 0 | 0 | 0 | 0 | 2 | 0 |
| Morales Jr. High School | 3 | 0 | 0% | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Uvalde High School | 3 | 0 | 0% | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Totals | 186 | 33 | 18% | 1 | 0 | 2 | 7 | 0 | 23 | 6 |

**Table 5: GT Nominations Denied**

| Campus | Applied for Entry | Denied Entry | Percent | Am Ind/ AK Nat. | Black | Asian | White | Nat HA/ Oth PI | His/Lat | LEP |
|---|---|---|---|---|---|---|---|---|---|---|
| Dalton EC Center | 108 | 86 | 80% | 2 | 1 | 0 | 12 | 0 | 71 | 11 |
| Anthon Elementary | 15 | 11 | 73% | 0 | 0 | 0 | 1 | 0 | 10 | 0 |
| Robb Elementary | 26 | 23 | 88.4% | 0 | 0 | 0 | 4 | 0 | 19 | 1 |
| Benson Elementary | 16 | 15 | 88% | 0 | 1 | 0 | 1 | 0 | 13 | 0 |
| Batesville Elementary | 8 | 7 | 88% | 0 | 0 | 0 | 0 | 0 | 7 | 0 |
| Flores Middle School | 7 | 5 | 71% | 0 | 0 | 0 | 3 | 0 | 2 | 0 |
| Morales Jr. High School | 3 | 3 | 100% | 0 | 1 | 0 | 0 | 0 | 2 | 0 |
| Uvalde High School | 3 | 3 | 100% | 0 | 0 | 0 | 1 | 0 | 2 | 11 |

9

Uvalde CISD 2015-2016 GT Accepted for Entry District Wide

| District | Applied for Entry | Accepted for entry | Percent | Amrcn Indian | Black | Asian | White | Pac Islnd | Hspnc | LEP |
|---|---|---|---|---|---|---|---|---|---|---|
| Totals | 186 | 33 | 18% | 1 | 0 | 2 | 7 | 0 | 23 | 6 |

**Table 7: GT Nominations Denied**

Uvalde CISD 2015-2016 GT Denied District Wide

| District | Applied for Entry | Denied entry | Percent | Amrcn Indian | Black | Asian | White | Pac Islnd | Hspnc | LEP |
|---|---|---|---|---|---|---|---|---|---|---|
| Totals | 186 | 153 | 82% | 2 | 3 | 0 | 22 | 0 | 126 | 11 |

13. The number and percentages of students by race, ethnicity and LEP status in each of the Junior National Honor Society and the National Honor Society;



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909 •Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net
*"Uvalde CISD Pride ... The Power to Transform!"*

BOARD OF TRUSTEES
Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Luis Fernandez
Rob Fowler
Maria Elena Martinez
Roland Sanchez

XIII Annual Report and Documentation Report

### 13. National Honor Society and National Junior Honor Society

Uvalde CISD has three chapters of the Honor Societies: Uvalde High School National Honor Society, the John Nance Garner National Junior Honor Society, and the Rodolfo Flores National Junior Honor Society. Each chapter is a merit based service organization. By laws and membership criteria are clearly delineated in written format and communicated to students and parents during annual transition orientation presentations.

Uvalde CISD is submitting a copy of the membership for the 2015-2016 school year for National Honor Society, John Nance Garner National Junior Honor Society and Rodolfo Flores National Junior Honor Society.

Uvalde High School continues to extend induction applications to 10th grade students for the 2016-2017 membership.

Uvalde CISD continues to maintain a National Honor Society webpage on the district's homepage. NHS brochures are posted in both English and Spanish. UCISD hopes to increase our Hispanic participation by our awareness presentation and activities.

As of date, applications have been distributed to candidates who meet chapter qualifications. Inductions will be held at each of the campuses upon completion of process.

An updated report of total enrollment in NHS and NJHS will be submitted with the spring report.

---

Batesville School
Dalton Elementary
Anthon Elementary

Robb Elementary
Benson Elementary
Flores Middle School

Morales Junior High
Uvalde High School



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909 •Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net
*"Uvalde CISD Pride ... The Power to Transform!"*

**BOARD OF TRUSTEES**
Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Luis Fernandez
Rob Fowler
Maria Elena Martinez
Roland Sanchez

### XIII Annual Report and Documentation Report

21. IX (C) Junior National Honor Society and National Honor Society

On Tuesday, February 9, 2016 Flores Middle School held their inductions to the *Rodolfo Flores National Junior Honor Society*. The cumulative number of inductees from both sixth and seventh grade was seventy (70). Total membership is 109.

Below is a breakdown of inductees by ethnicity/race and program.

| Rodolfo Flores National Junior Honor Society (Inductees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Grade | American Indian | Black | Asian | White | Pacific Islander | Hispanic | English Language Learner(ELL) |
| 6th | 0 | 0 | 3 6% | 9 19% | 0 | 36 75% | 0 |
| 7th | 0 | 0 | 0 | 6 27% | 0 | 16 73% | 1 5% |
| Current Rodolfo Flores National Junior Honor Society | | | | | | | |
| Current Membership | 0 | 0 | 0 | 3 8% | 0 | 36 92% | 0 |
| Total Membership for 2015-2016 | | | | | | | |
| Total Membership for 2015-2016 | 0 | 0 | 3 3% | 18 17% | 0 | 88 80% | 1 0.01% |

On March 8, 2016 the John Nance Garner National Junior Honor Society of Morales Junior High School held their inductions. The cumulative number of inductees was four (4) students. Total membership

| John Nance Garner National Junior Honor Society (Inductees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Grade | American indian | Black | Asian | White | Pacific Islander | Hispanic | English Language Learner (ELL) |
| 8th | 0 | 0 | 0 | 1 25% | 0 | 3 75% | 0 |

1 of 3

Batesville School
Dalton Elementary
Anthon Elementary

Robb Elementary
Benson Elementary
Flores Middle School

Morales Junior High
Uvalde High School



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909 •Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net
*"Uvalde CISD Pride ... The Power to Transform!"*

BOARD OF TRUSTEES
Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Luis Fernandez
Rob Fowler
Maria Elena Martinez
Roland Sanchez

XIII Annual Report and Documentation Report

21. IX (C) Junior National Honor Society and National Honor Society

On March 8, 2016 the John Nance Garner National Junior Honor Society of Morales Junior High School held their inductions. The cumulative number of inductees was four (4) students. Total membership

| John Nance Garner National Junior Honor Society (Inductees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Grade | American Indian | Black | Asian | White | Pacific Islander | Hispanic | English Language Learner (ELL) |
| Current Membership | 0 | 0 | 1 4% | 5 22% | 0 | 17 74% | 0 |
| Total Membership for 2015-2016 | | | | | | | |
| Total Membership for 2015-2016 | 0 | 0 | 1 3% | 6 22% | 0 | 20 74% | 0 |

2 of 3

Batesville School
Dalton Elementary
Anthon Elementary

Robb Elementary
Benson Elementary
Flores Middle School

Morales Junior High
Uvalde High School



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909 • Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net
*"Uvalde CISD Pride ... The Power to Transform!"*

BOARD OF TRUSTEES
Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Luis Fernandez
Rob Fowler
Maria Elena Martinez
Roland Sanchez

XIII Annual Report and Documentation Report

21. IX (C) Junior National Honor Society and National Honor Society

On May 9, 2016 the Uvalde High School National Honor Society held their inductions. The following information below is the data for the number of inductees and total membership.

| Grade | American Indian | Black | Asian | White | Pacific Islander | Hispanic | English Language Learner(ELL) |
|---|---|---|---|---|---|---|---|
| Uvalde High School National Honor Society (Inductees) | | | | | | | |
| 10th | 0 | 1 3% | 1 3% | 6 19% | 0 | 23 74% | 0 |
| 11th | 0 | 0 | 0 | 1 12.5% | 0 | 7 87.5% | 0 |
| 12th | 0 | 0 | 0 | 1 25% | 0 | 3 75% | 0 |
| Current Uvalde High School National Honor Society | | | | | | | |
| Current Membership | 0 | 0 | 2 5% | 20 24% | 0 | 61 73% | 0 |
| Total Membership for 2015-2016 | | | | | | | |
| Total Membership for 2015-2016 | 0 | 1 .7% | 3 2.3% | 28 22.2% | 0 | 94 74.6% | 0 |

3 of 3

Batesville School
Dalton Elementary
Anthon Elementary

Robb Elementary
Benson Elementary
Flores Middle School

Morales Junior High
Uvalde High School

14. The number of parental denials to the language service programs (e.g. bilingual education and English as a Second Language) for ELL students;



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909
Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net

BOARD OF TRUSTEES
Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Luis Fernandez
Rob Fowler
Maria Elena Martinez
Roland Sanchez

XIII : Annual Report and Document Requests:

14.   The number of parent denials to the language service programs (e.g. bilingual education and English as a Second Language) for all ELL students.

| Count of Octer ID Column Labels | 3 | A | B | C | D | F | Grand Total | % | % Denials |
|---|---|---|---|---|---|---|---|---|---|
| Asian | | | 4 | | | | 4 | 1% | 0% |
| Black | 1 | | | | | | 1 | 0% | 0% |
| Hispanic | 89 | 1 | 54 | 32 | 177 | 49 | 402 | 93% | 8% |
| White | 15 | | 1 | | 4 | 3 | 23 | 5% | 0% |
| Grand Total | 105 | 1 | 59 | 32 | 181 | 52 | 430 | | 7% |

| Codes | |
|---|---|
| 3 | Parent Or Guardian Has Requested Placement Of A Non-LEP Student In The Bilingual Program |
| A | Parent Or Guardian Has Denied Placement Of A LEP Student In The Required Bilingual Program, But Has Approved Placement Of A LEP Student In The ESL Program |
| B | Parent Or Guardian Has Approved Placement Of A Grade PK-8 LEP Student In The Required ESL Program |
| C | Parent Or Guardian Has Denied Placement Of A LEP Student In Any Special Language Program |
| D | Parent Or Guardian Has Approved Placement Of A LEP Student In The Bilingual Program |
| F | Parent Or Guardian Of A Grade 9-12 LEP Student Has Approved Services In Accordance With The LPAC Plan. |

*Excerpt from PEIMS Code Table C053*

*Data Source : Fall 2017 PEIMS Snapshot*

Batesville School
Dalton Elementary
Anthon Elementary

Robb Elementary
Benson Elementary

Flores Middle School
Uvalde Junior High
Uvalde High School

15. The number and percentages of students by race, ethnicity and LEP status identified as special education;



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909
Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net

BOARD OF TRUSTEES

Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Luis Fernandez
Rob Fowler
Marla Elena Martinez
Roland Sanchez

XIII : Annual Report and Document Requests:

15.  The number and percentages of students by race, ethnicity and LEP status identified as special education.

| Count of Other ID Column La | 0 | 1 | F | S | Grand Total | % | % LEP |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| Am-In | 1 | | | | 1 | 0% | 0% |
| Black | 2 | | | | 2 | 0% | 0% |
| Hispanic | 430 | 29 | 1 | 2 | 462 | 90% | 6% |
| NH-PI | 1 | | | | 1 | 0% | 0% |
| Two-More | 2 | | | | 2 | 0% | 0% |
| White | 43 | | | | 43 | 8% | 0% |
| Grand Total | 479 | 29 | 1 | 2 | 511 | | 6% |

*Data Source : Fall 2017 PEIMS Snapshot*

LEP Codes:

0 = Non LEP
1 = LEP
F = First Year Monitor
S = Second Year Monitor

Batesville School
Dalton Elementary
Anthon Elementary

Robb Elementary
Benson Elementary

Flores Middle School
Uvalde Junior High
Uvalde High School

UCISD 2017 Court Compliance Report  104

16. The number and percentages of students by race, ethnicity and LEP status in the Top Ten Graduates are recognized by the District (if not final, then state: not yet final);



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909
Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net

**BOARD OF TRUSTEES**

Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Luis Fernandez
Rob Fowler
Maria Elena Martinez
Roland Sanchez

XIII : Annual Report and Document Requests:

16.     The number and percentages of students by race, ethnicity and LEP status in
the Top Ten Graduates as recognized by the District (if not final: state not yet final)

NOT YET FINAL

| Senior Class 2017 | | | | |
|---|---|---|---|---|
| Other ID | Rank | GPA | Race-Eth | LEP |
| 19683 | 1 | 105.109 | Hispanic | 0 |
| 19785 | 2 | 104.107 | Two-More | 0 |
| 19720 | 3 | 103.304 | Hispanic | 0 |
| 19721 | 4 | 103.074 | Hispanic | 0 |
| 19674 | 5 | 102.796 | Hispanic | 0 |
| 20899 | 6 | 102.786 | Hispanic | 0 |
| 19829 | 7 | 102.655 | Hispanic | 0 |
| 20842 | 8 | 102.298 | Hispanic | 0 |
| 22827 | 9 | 101.722 | Asian | 0 |
| 19832 | 10 | 101.61 | Hispanic | 0 |

|  | Count of Other ID | % | % LEP |
|---|---|---|---|
| Asian | 1 | 10% | 0% |
| Hispanic | 8 | 80% | 0% |
| Two-More | 1 | 10% | 0% |
| Grand Total | 10 |  | 0% |

*Data Source - Skyward Mid-Year Ranking*

Batesville School
Dalton Elementary
Anthon Elementary

Robb Elementary
Benson Elementary

Flores Middle School
Uvalde Junior High
Uvalde High School

17. The number and percentages of students by race, ethnicity and LEP status ranking in the Top Ten Percent of the junior and senior classes, respectively;



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909
Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net

BOARD OF TRUSTEES

Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Luis Fernandez
Rob Fowler
Maria Elena Martinez
Roland Sanchez

XIII : Annual Report and Document Requests:

17.    The number and percentages of students by race, ethnicity and LEP status in the Top
Ten Percent of the junior and senior classes, respectively.

**NOT YET FINAL**

Senior Class 2017

| Other ID | Rank | GPA | Race-Eth | LEP |
|---|---|---|---|---|
| 29653 | 1 | 103.109 | Hispanic | 0 |
| 19785 | 2 | 104.107 | Two-More | 0 |
| 19720 | 3 | 103.304 | Hispanic | 0 |
| 19721 | 4 | 103.074 | Hispanic | 0 |
| 19674 | 5 | 102.796 | Hispanic | 0 |
| 20899 | 6 | 102.786 | Hispanic | 0 |
| 19828 | 7 | 102.655 | Hispanic | 0 |
| 20842 | 8 | 102.298 | Hispanic | 0 |
| 22827 | 9 | 101.722 | Asian | 0 |
| 19832 | 10 | 101.610 | Hispanic | 0 |
| 21164 | 11 | 101.547 | White | 0 |
| 19667 | 12 | 101.035 | Hispanic | 0 |
| 19833 | 13 | 100.857 | Hispanic | 0 |
| 24808 | 14 | 100.719 | White | 0 |
| 21696 | 15 | 100.567 | Hispanic | 0 |
| 19450 | 16 | 100.273 | Hispanic | 0 |
| 25498 | 17 | 100.217 | Hispanic | 0 |
| 19856 | 18 | 100.193 | Hispanic | 0 |
| 35992 | 19 | 99.864 | White | 0 |
| 25480 | 20 | 99.067 | Hispanic | 0 |
| 24774 | 21 | 98.534 | White | 0 |
| 24779 | 22 | 98.517 | White | 0 |
| 20020 | 23 | 98.172 | Hispanic | 0 |
| 25699 | 24 | 97.948 | Asian | 0 |
| 25803 | 25 | 97.419 | Hispanic | 0 |
| 19543 | 26 | 97.164 | Hispanic | 0 |
| 19884 | 27 | 97.102 | Hispanic | 0 |
| 19821 | 27 | 97.102 | Hispanic | 0 |
| 19678 | 29 | 96.793 | White | 0 |

| | Count of Other ID | % | % LEP |
|---|---|---|---|
| Asian | 2 | 7% | 0% |
| Hispanic | 20 | 69% | 0% |
| Two-More | 1 | 3% | 0% |
| White | 6 | 21% | 0% |
| Grand Total | 29 | | 0% |

*Data Source   Skyward Mid Year Ranking*

Junior Class 2018

| Other ID | Rank | GPA | Race-Eth | LEP |
|---|---|---|---|---|
| 26707 | 1 | 102.405 | Hispanic | 0 |
| 26058 | 2 | 101.682 | Hispanic | 0 |
| 20572 | 3 | 101.619 | White | 0 |
| 26708 | 4 | 101.331 | Asian | 0 |
| 20760 | 5 | 100.071 | Hispanic | 0 |
| 20598 | 6 | 99.905 | Hispanic | 0 |
| 20890 | 7 | 99.762 | Hispanic | 0 |
| 25801 | 8 | 99.470 | Hispanic | 0 |
| 22551 | 9 | 99.386 | Hispanic | 0 |
| 21235 | 10 | 98.595 | Hispanic | 0 |
| 20746 | 11 | 98.500 | Hispanic | 0 |
| 20837 | 12 | 97.952 | White | 0 |
| 26719 | 13 | 97.667 | Hispanic | 0 |
| 20542 | 14 | 97.503 | Hispanic | 0 |
| 20955 | 15 | 97.357 | Hispanic | 0 |
| 20558 | 16 | 97.350 | Hispanic | 0 |
| 24359 | 17 | 97.238 | Hispanic | 0 |
| 20547 | 18 | 97.071 | Hispanic | 0 |
| 21637 | 19 | 96.476 | Hispanic | 0 |
| 20929 | 20 | 96.025 | Hispanic | 0 |
| 20794 | 21 | 95.833 | Hispanic | 0 |
| 20763 | 22 | 95.432 | Hispanic | 0 |
| 20569 | 23 | 95.273 | Hispanic | 0 |
| 26848 | 24 | 95.000 | White | 0 |
| 20759 | 25 | 94.500 | White | 0 |
| 20693 | 26 | 94.000 | Hispanic | 1 |
| 20539 | 27 | 93.318 | Hispanic | 0 |
| 21602 | 28 | 93.190 | White | 0 |
| 26709 | 29 | 93.143 | White | 0 |
| 21522 | 30 | 93.119 | Hispanic | 0 |

| | Count of Other ID | % | % LEP |
|---|---|---|---|
| Asian | 1 | 3% | 0% |
| Hispanic | 23 | 77% | 4% |
| White | 6 | 20% | 0% |
| Grand Total | 30 | | 3% |

*Data Source - Skyward Mid-Year Ranking*

Batesville School
Dalton Elementary
Anthon Elementary

Robb Elementary
Benson Elementary

Flores Middle School
Uvalde Junior High
Uvalde High School

18. The number of waivers and exceptions to the Bilingual and English as a Second Language educational programs submitted by the District and the corresponding Grade level and language program for which the waivers or exceptions apply;



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909 •Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net
*"Uvalde CISD Pride ... The Power to Transform!"*

BOARD OF TRUSTEES
Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Luis Fernandez
Rob Fowler
Maria Elena Martinez
Roland Sanchez

XIII. Annual Report and Documentation Report:

18. The number of waivers and exceptions to the Bilingual and English as a Second Language educational programs submitted by the District and the corresponding Grade level and language program for which the waivers or exceptions apply;

For the 2016-2017 school year Uvalde C.I.S.D has no waivers and/or exceptions to the Bilingual and English as a Second Language Educational Programs.

Batesville School          Robb Elementary          Morales Junior High
Dalton Elementary          Benson Elementary        Uvalde High School
Anthon Elementary          Flores Middle School

19. The number of teachers, principals and administrators, respectively, by race and ethnicity hired by the District during the present school year;



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909 •Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net
*"Uvalde CISD Pride ... The Power to Transform!"*

BOARD OF TRUSTEES
Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Luis Fernandez
Rob Fowler
Maria Elena Martinez
Roland Sanchez

XIII. Annual Report and Documentation Report:

19. The number of teachers, principals and administrators, respectively, by race and ethnicity hired by the District during the present school year;

|  | American Indian | Asian/PI | Black/Non Hisp | Hispanic | White/Non-Hisp |
|---|---|---|---|---|---|
| Teachers | 0 | 0 | 0 | 26 | 30 |
| Principals | 0 | 0 | 0 | 4 | 0 |
| Administrators | 0 | 0 | 0 | 6 | 1 |

| MARTINEZ, FRANCES | ASST. PRINCIPAL. | ROBB | H | admin |
|---|---|---|---|---|
| RODRIGUEZ, MICHAEL | ASST. SUPT. | CENTRAL OFFICE | H | admin |
| ZUNIGA, SANDRA | DIRECTOR | CENTRAL OFFICE | H | admin |
| GONZALEZ, LOIDA | ASST. PRINCIPAL | DALTON | H | admin |
| ELIOTT, VIRGINIA | ASST. PRINCIPAL | FLORES | H | admin |
| RAMIREZ, JOHN | DIRECTOR | TRANSPORTATION | H | admin |
| OLIVER, GARY | ASST. PRINCIPAL | HIGH SCHOOL | W | admin |
| CONTRERAS, ABRAHAM | PRINCIPAL | DALTON | H | princ |
| HAYS, KRISTA | PRICIPAL | FLORES | H | princ |
| RODRIGUEZ, MICHELLE I | PRINCIPAL | MORALES JR HIGH | H | princ |
| LOPEZ, HECTOR | PRINCIPAL | BATESVILLE | H | princ |

Batesville School
Dalton Elementary
Anthon Elementary

Robb Elementary
Benson Elementary
Flores Middle School

Morales Junior High
Uvalde High School

20. The number of teachers, principals and administrators, respectively, by race and ethnicity lost by attrition or other means during the present school year; and



# Uvalde
## Consolidated Independent School District

1000 North Getty Street • P.O. Box 1909 •Uvalde, Texas 78802
(830) 278-6655 • Fax (830) 591-4909
Jeanette Ball, Ph.D. • Superintendent of Schools
www.ucisd.net
*"Uvalde CISD Pride ... The Power to Transform!"*

BOARD OF TRUSTEES
Mickey Gerdes, President
Willie Edwards, VP
Javier Flores, Secretary
Luis Fernandez
Rob Fowler
Maria Elena Martinez
Roland Sanchez

XIII. Annual Report and Documentation Report:

20. The number of teachers, principals and administrators, respectively, by race and ethnicity lost by attrition or other means during the present school year; and

| | American Indian | Asian/PI | Black/Non Hisp | Hispanic | White/Non-Hisp |
|---|---|---|---|---|---|
| Teachers | 0 | 0 | 0 | 6 | 6 |
| Principals | 0 | 0 | 0 | 0 | 1 |
| Administrators | 0 | 0 | 0 | 1 | 0 |

Batesville School
Dalton Elementary
Anthon Elementary

Robb Elementary
Benson Elementary
Flores Middle School

Morales Junior High
Uvalde High School

UCISD 2017 Court Compliance Report  114