FILED

OCT - 6 2017

CLERK U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| GENOVEVA MORALES, et al., | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:70-cv-00014 OLG |
| | § | |
| | § | |
| E.P. SHANNON, et al., | § | |
| | § | |
| Defendants | § | |

## ORDER GRANTING DEFENDANTS'
## UNOPPOSED MOTION TO DISMISS AND MOTION FOR UNITARY STATUS

On this 4 day of October 2017, came on to be heard Defendants' Unopposed Motion to Dismiss and Motion for Unitary Status. The Court having reviewed the pleadings on file and having considered the arguments of counsel, is of the opinion that Defendants' Unopposed Motion to Dismiss and Motion for Unitary Status should be GRANTED. The Court finds the Defendants are in compliance with the 2012 Consent Decree and its supplements, and have made reasonable efforts towards compliance over a reasonable period of time. The Uvalde Consolidated Independent School District has met its obligation to eliminate the vestiges of *de jure* segregation to the extent practicable and it has shown a good faith commitment to and compliance with its desegregation orders and to the rights that were the impetus for the Court's orders. The Court concludes that unitary status has been achieved in all of the District's

1

operations, so that further judicial oversight is neither required or desirable.

Therefore, it is hereby ORDERED that Defendants' Motion to Dismiss and Motion for Unitary Status is hereby GRANTED. This case is DISMISSED in its entirety.

SIGNED on this 4 day of October, 2017.

_____
JUDGE ORLANDO L. GARCIA